# EXHIBIT D



**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File #: U200037395635
Date Filed: 12/15/2020

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| INTREPID STUDIOS, INC. | 11558 SORRENTO VALLEY ROAD, SUITE 7<br>SAN DIEGO, CA 92121 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| COMMERCEWEST BANK | 2111 BUSINESS CENTER DRIVE<br>IRVINE, CA 92612 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All assets and all personal property of Debtor, wherever located and whenever acquired, including, but no limited to: Equipment, Inventory, Fixture, Goods, Instruments, Chattel paper (including without limitation Electronic Chattel Paper), General Intangibles, payment Intangibles, Accounts and all other obligations now or hereafter owing to Grantor, all Deposit Accounts, cash, and money, certificates of deposit, Investment Property, Financial Assets, Letters of Credit Rights, all Commercial Tort Claims and any other causes of action against third parties (excluding only claims for death or personal Injury), As-Extracted Collateral, Intellectual property, copyrights, trademarks trade names, all Supporting Obligations for any of the foregoing, all Proceeds (including without limitation insurance proceeds) from and products of and accessions to any of the foregoing and all books and records relating to any of the foregoing. Terms and used herein shall have the meaning provided in the applicable Uniform Commercial Code.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
78135005



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U250170152219
Date Filed: 7/15/2025

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |
| Amendment Action Information: | |
| Initial Financing Statement File Number | U200037395635 |
| Date Filed | 12/15/2020 |
| Amendment Action | Continuation |
| Name of Secured Party of Record Authorizing This Amendment: | |
| ☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below. | |
| Authorizing Secured Party Name | COMMERCEWEST BANK |
| Optional Filer Reference Information: | |
| 104969036 | |