Conte Cicala (SBN 173554)
conte.cicala@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Jordan W. Garman (*pro hac vice* forthcoming)
jordan.garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **MOTION TO SEAL PORTIONS OF PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT AND EXHIBIT A TO PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT IN ITS ENTIRETY** <br><br> *Filed concurrently with Declaration of Jordan W. Garman* <br><br> Judge:    Hon. Linda Lopez <br> Hearing Date:  March 24, 2026 <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Trial Date:    Not Set |

WITHERS
BERGMAN LLP

MOTION TO SEAL PORTIONS OF PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT AND EXHIBIT A TO PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT IN ITS ENTIRETY

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** pursuant to Southern District of California Local Civil Rule 79.2, Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Plaintiff") moves the Court for an order to conditionally file under seal certain portions of Plaintiff's Verified Shareholder Derivative Complaint and Direct Complaint ("the Complaint"), along with Exhibit A to the Complaint in its entirety (the "Conditionally Sealed Material"), until such time as parties with an interest in the confidentiality of the material have had the opportunity to make arguments in favor of sealing.

A proposed order is being lodged separately with the Court.

DATED:  February 17, 2026          WITHERS BERGMAN LLP


By: _/s/ Conte Cicala_
Conte Cicala (SBN 173554)
conte.cicala@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Jordan W. Garman (*pro hac vice* forthcoming)
jordan.garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

MOTION TO SEAL PORTIONS OF PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT AND EXHIBIT A TO PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT IN ITS ENTIRETY

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Plaintiff") respectfully seeks leave to conditionally file under seal an unredacted version of Plaintiff's Verified Shareholder Derivative Complaint and Direct Complaint ("the Complaint"), along with Exhibit A to the Complaint in its entirety (the "Conditionally Sealed Material"), copies of which are attached hereto, in order to allow parties with an interest in the confidentiality of information contained within the Complaint and Exhibit A the opportunity to present argument to the Court in favor of sealing.

Plaintiff's Complaint includes certain information from, and attaches as Exhibit A, an agreement signed between Plaintiff and other parties which contains a confidentiality provision governing the disclosure of certain information contained within the Complaint and within Exhibit A. (*See* Exhibit A § 9.)

Plaintiff recognizes the "strong presumption in favor of access" to judicial records and that sealing of such records requires "compelling reasons[.]" *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). However, Plaintiff is also cognizant of the fact that "[c]ourts in this circuit have … recognized that information subject to confidentiality agreements may also meet the 'compelling reasons' standard when accompanied by a particularized factual showing." *Compal Electronics, Inc. v. Apple Inc.*, 2017 WL 11423604, at *2 (S.D. Cal. Sept. 5, 2017).

Plaintiff is amenable to public filing of all information contained within the Complaint and Exhibit A, and takes no position on whether the compelling reasons standard is met with respect to the Conditionally Sealed Material. However, Plaintiff recognizes that the Conditionally Sealed Material is subject to a confidentiality provision implicating other parties. Therefore, out of an abundance of caution, Plaintiff seeks leave to conditionally file his unredacted Complaint under seal, and file a public version of the Complaint with certain information redacted. He also seeks leave to file Exhibit A under seal in its entirety to allow other interested parties the

3

Withers
Bergman LLP

MOTION TO SEAL PORTIONS OF PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT AND EXHIBIT A TO PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT IN ITS ENTIRETY

opportunity to assert whether the redacted and conditionally sealed material should remain sealed.

In an effort to seal only what is necessary, Plaintiff on February 14, 2026 separately filed a redacted public version of the Complaint, which redacts the information subject to the relevant confidentiality provision, and which included a slipsheet for Exhibit A.

Counsel is cognizant of this Court's Civil Chambers Rules, Rule 3(A). Because this motion relates to the conditional sealing of case opening documents, Plaintiff's counsel was unable to conference with counsel for Defendants, as Defendants have not yet been served, and no counsel for Defendants have entered appearances. Plaintiff's counsel will seek to confer with any counsel for Defendants upon said counsel's appearances.

Accordingly, Plaintiff respectfully requests leave to (1) conditionally file under seal the attached unredacted version of the Complaint; (2) file Exhibit A to the Complaint under seal in its entirety; and (3) file a public version of the Complaint with certain information redacted and with a slipsheet for Exhibit A, subject to other interested parties' argument concerning whether the redacted and conditionally sealed material should remain sealed.

WITHERS
BERGMAN LLP

4

MOTION TO SEAL PORTIONS OF PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT AND EXHIBIT A TO PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT IN ITS ENTIRETY

DATED:  February 17, 2026        WITHERS BERGMAN LLP


By: /s/ Conte Cicala

Conte Cicala (SBN 173554)
conte.cicala@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Jordan W. Garman (*pro hac vice* forthcoming)
jordan.garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

WITHERS
BERGMAN LLP

MOTION TO SEAL PORTIONS OF PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT AND EXHIBIT A TO PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT IN ITS ENTIRETY