Conte Cicala (SBN 173554)
conte.cicala@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Jordan W. Garman (*pro hac vice* forthcoming)
jordan.garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S MOTION TO SEAL PORTIONS OF PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT AND EXHIBIT A TO PLAINTIFF STEVEN SHARIF'S VERIFIED COMPLAINT IN ITS ENTIRETY** <br><br> *Filed concurrently with Motion to Seal Portions of Verified Complaint and Exhibit A to Verified Complaint In Its Entirety* <br><br> Judge:        Hon. Linda Lopez <br> Hearing Date:  March 24, 2026 <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Trial Date:    Not Set |

WITHERS
BERGMAN LLP

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF MOTION TO SEAL PORTIONS OF VERIFIED COMPLAINT AND EXHIBIT A TO VERIFIED COMPLAINT IN ITS ENTIRETY

### DECLARATION OF JORDAN W. GARMAN

I, JORDAN W. GARMAN, declare as follows:

1. I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Plaintiff") in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2. I submit this declaration in support of Plaintiff Steven Sharif's Motion to Seal Portions of Plaintiff Steven Sharif's Verified Complaint and Exhibit A to Plaintiff Steven Sharif's Verified Complaint in its Entirety.

3. On February 14, 2026, Plaintiff filed a Verified Shareholder Derivative Complaint and Direct Complaint (the "Complaint") against Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holding LLC, and Nominal Defendant Intrepid Studios, Inc. (collectively, the "Defendants"). Plaintiff's Complaint includes information that is subject to a confidentiality provision in an agreement signed between Plaintiff and other parties. That information has been redacted in the publicly filed version of the Complaint, and the relevant agreement containing the confidentiality provision, which is attached as an exhibit (Exhibit A) to the Complaint, has been provisionally sealed in its entirety (the "Conditionally Sealed Material").

4. Specifically, the Complaint refers to, includes information from, and attaches as an exhibit an agreement which contains a confidentiality provision governing the disclosure of the information currently redacted in the Complaint. A true and correct copy of that agreement is attached as **Exhibit A** to the Complaint, and it has been lodged under seal. The relevant confidentiality provisions are included within Section 9 of the agreement.

5. Out of an abundance of caution, Plaintiff has conditionally lodged the Conditionally Sealed Material under seal based on the confidentiality provision

WITHERS
BERGMAN LLP

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF MOTION TO SEAL PORTIONS OF VERIFIED COMPLAINT AND EXHIBIT A TO VERIFIED COMPLAINT IN ITS ENTIRETY

contained within the agreement to allow other interested parties the opportunity to assert whether the redacted material and sealed exhibit should remain sealed.

6.    In an effort to seal only what is necessary based on the relevant confidentiality provision, Plaintiff has separately filed a redacted public version of the Complaint, which redacts the information subject to the relevant confidentiality agreements, and which uses a slipsheet for Exhibit A.

7.    Counsel is cognizant of this Court's Civil Chambers Rules, Rule 3(A). Because this motion relates to the conditional sealing of case opening documents, Plaintiff's counsel was unable to conference with counsel for Defendants, as Defendants have not yet been served, and no counsel for Defendants have entered appearances. Plaintiff's counsel will seek to confer with any counsel for Defendants upon said counsel's appearances

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2026 at Boston, Massachusetts.

By:    */s/ Jordan W. Garman*
Jordan W. Garman

Withers Bergman LLP

3

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF MOTION TO SEAL PORTIONS OF VERIFIED COMPLAINT AND EXHIBIT A TO VERIFIED COMPLAINT IN ITS ENTIRETY