AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| STEVEN SHARIF | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:26-cv-00965-LL-JLB |
| ROBERT DAWSON, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.                    .

Date:    03/02/2026

/s/ Leslie Evans
*Attorney's signature*

Leslie Evans (Bar No. 173010)
*Printed name and bar number*

Withers Bergman LLP
4250 Executive Square, Suite 540
La Jolla, CA 92037

*Address*

Leslie.Evans@withersworldwide.com
*E-mail address*

(619) 329-6454
*Telephone number*

(619) 923-8854
*FAX number*