# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPRID STUDIOS, INC., **Plaintiff,** v. ROBERT DAWSON, RYAN OGEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, **Defendant.** | Case No. 26CV0965-LL-JLB **PRO HAC VICE APPLICATION** Steven Sharif Party Represented |

I, __Jordan W. Garman__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Withers Bergman LLP
Street address: 430 Park Avenue, 10th Floor
City, State, ZIP: New York, New York 10022
Phone number: 617.613.9705
Email: jordan.garman@withersworldwide.com
That on __1/21/2016__ I was admitted to practice before __New York State__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case __Sharif v. Dawson et al__
Case Number __26-cv-00965-LL-JLB__    Date of Application __02/24/2026__
Application: ☐ Granted   ☒ Denied   (Previously listed local counsel is not based in Southern California)

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Jordan Garman*
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Leslie Evans                                    619.329.6454
(Name)                                          (Telephone)

Withers Bergman LLP
(Firm)

4250 Executive Square, Suite 540       La Jolla            92037
(Street)                                (City)              (Zip code)

*/s/ Jordan Garman*
(Signature of Applicant)

I hereby consent to the above designation.

*/s/ L Evans*
(Signature of Designee Attorney)