Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (*pro hac vice* pending)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC,<br><br>Defendants,<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB<br><br>**PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>*Filed concurrently with Memorandum of Points and Authorities; Declaration of Jordan W. Garman; Declaration of Steven Sharif; Request for Hearing*<br><br>Judge:        Hon. Linda Lopez<br>Hearing Date:  TBD<br><br>Action Filed:  February 14, 2026<br>Trial Date:     Not Set |

Withers

Bergman

**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER**

**PLEASE TAKE NOTICE THAT** on a date to be determined by the above-entitled Court, located at Courtroom 14B, United States Court House, 333 West Broadway, San Diego, CA, Plaintiff Steven Shariff as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), will and hereby does move this Court to issue a temporary restraining order and issue an order to show cause why a preliminary injunction should not issue as follows:

(1)   Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings LLC (collectively, "Defendants"), along with any of their agents, are enjoined from accessing, using, selling, distributing, or causing anyone to access, use, sell, or distribute Intrepid's trade secrets, including any accounts or applications containing the trade secrets, as included and listed in Exhibit 3 to the accompanying Declaration of Steven Sharif ("Sharif Decl.").

(2)   Appointment of a neutral intellectual-property custodian or escrow agent to hold and control, on a temporary and limited basis, the credentials, administrative privileges, and source-control access to the accounts, platforms, and repositories that contain Intrepid's trade secrets, for the sole purpose of preventing any access, use, sale, or dissemination of those trade secrets pending adjudication of the parties' ownership dispute.

This motion is made following conference of counsel, as described in the accompanying Declaration of Jordan W. Garman, ¶ 6.

This motion is based on this Notice of *Ex Parte* Motion for Temporary Restraining Order, the accompanying Memorandum of Points and Authorities, Declaration of Jordan W. Garman, Declaration of Steven Sharif, the Request for Hearing, the pleadings and records in this matter, and such other further argument and evidence which may be had at the hearing on this motion.

Withers

Bergman

Case No. 3:26-cv-00965-LL-JLB

DATED:  March 2, 2026                    WITHERS BERGMAN LLP


By:  */s/ Jessica Nall*
Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (*pro hac vice* pending)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*