# EXHIBIT 1

**EMPLOYEE CONFIDENTIALITY, NON-DISCLOSURE,
AND NON-RECRUITING AGREEMENT**

This Employee Confidentiality, Non-Disclosure, and Non-Recruiting Agreement (this "**Agreement**"), dated as of the Effective Date (defined below), is entered into by and between Intrepid Studios ("**Company**"), and the employee whose name and signature appear below ("**Employee**").

**RECITALS**

A.    As part of Employee's employment with Company, Employee has been or will be exposed to or provided with Trade Secrets (defined below) and Confidential Information (defined below) relating to the operation of Company's business and its clients or customers.

B.    Company wishes to protect its Trade Secrets and Confidential Information from unauthorized possession, use, or disclosure and to protect itself from unfair competition. Accordingly, Employee acknowledges that a part of the consideration that Employee is providing Company in exchange for his or her employment and continued employment with Company is Employee's agreement to maintain the secrecy of Company's Trade Secrets and Confidential Information in the manner provided herein.

In consideration of the foregoing, Employee agrees as follows:

**AGREEMENT**

1.    <u>Duty of Loyalty</u>.  While employed by Company, Employee agrees at all times to devote his or her best efforts to the business of the Company, to perform conscientiously all duties and obligations required or assigned, and to not usurp for personal gain any opportunities in Company's line of business.

2.    <u>Protection of Company's Trade Secrets and Confidential Information</u>.

(a)    <u>Definition of Trade Secrets</u>.  Employee acknowledges and agrees that, through his or her employment with Company, he or she has been or will be exposed to or provided with the Company's Trade Secrets. As defined by California law, "trade secrets" means information, including a formula, pattern, compilation, program, device, method, technique or process, that (i) derives independent economic value, actual or potential, from not being generally known to the public or to other persons or entities who can obtain economic value from its disclosure or use and (ii) is the subject of efforts that are reasonable under the circumstances to maintain its secrecy. Company's "**Trade Secrets**" include, but are not limited to, the following: customer lists and information; employee lists and information; information relating to any vendor supplying a product of any kind or nature to Company including, but not limited to, for supplies, materials, tools, implements, subcontractors, or labor; information concerning the Company's business plans and strategies, marketing plans and strategies, bidding, pricing, contract negotiation methods and techniques, costs and expenses, and sources of supply; know-how in connection with its operations, including scheduling, timing, administrative functions, methods, materials, tools, implements, procedures, processes, and other expertise of any kind; cost, expense, and rate

1

information in connection with labor of any kind or nature; techniques, formulas, and specifications; cleaning training methods, expertise, procedures, and processes; information concerning cleaning and degreasing materials and agents and the sources of supply for such materials and agents; computer software and databases; algorithms; and user names and passwords. Employee acknowledges and agrees that Company's Trade Secrets are not generally known to the public or to the Company's competitors, were developed or compiled at significant expense by Company over an extended period of time, and are the subject of Company's reasonable efforts to maintain their secrecy and that Company derives significant independent economic value by keeping secret its Trade Secrets.

(b)    Definition of Confidential Information.    Employee acknowledges and agrees that, through his or her employment with Company, he or she has been or will be exposed to or provided with Company's Confidential Information. "**Confidential Information**" means information belonging to Company, whether reduced to writing or in a form from which such information can be obtained, translated, or derived into reasonably usable form, that has been provided to Employee during his or her employment with Company, that Employee has gained access to while employed by Company, or that was developed by Employee in the course of Employee's employment with Company, and that is proprietary and confidential in nature. Company's Confidential Information includes, but is not limited to, the following: (i) information believed by Company to be a Trade Secret that ultimately does not qualify as such under California law but nonetheless was maintained by Company as confidential; (ii) information concerning the nature of Company's business and its manner of operation; (iii) the methods and systems used by Company in soliciting, selling, and providing its services and products to its clients and customers; (iv) financial and accounting information, such as cost, pricing, and billing information, client and customer profiles, financial policies and procedures, and revenues and profit margins; (v) sales and marketing information, such as sales strategies and programs; (vi) information concerning Company's clients and customers and prospective clients or customers; (vii) information concerning Company's vendors and suppliers; (viii) client and customer lists; (ix) prospective client and customer lists; (x) information regarding client and customer buying habits and special needs; (xi) employment policies and procedures; (xii) personnel records; and (xiii) information concerning Company's business relationships with persons, firms, corporations, and other entities.

(c)    Excluded Information.    For avoidance of doubt, Company's Trade Secrets and Confidential Information do not include any information that (i) is already in the public domain or becomes available to the public through no breach of this Agreement by Employee; (ii) was lawfully in Employee's possession before disclosure to the Employee by Company; (iii) is lawfully disclosed to Employee by a third party without any obligations of confidentiality attaching to such disclosure; or (iv) is developed by Employee entirely on his or her own time without Company's equipment, supplies, or facilities and does not relate at the time of conception to Company's business or actual or demonstrably anticipated research or development of Company.

(d)    Property of Company.    Employee acknowledges and agrees that all Trade Secrets and Confidential Information developed, created, or maintained by Employee, alone or with others, while he or she is employed by Company, shall remain at all times the sole property of Company.

(e)      Covenant Not to Disclose.   Employee acknowledges and agrees that Employee's employment with Company creates a relationship of confidence and trust with Company with respect to all of Company's Trade Secrets and Confidential Information. Therefore, at any time during Employee's term of employment or following the termination of Employee's employment with Company, whether voluntary or involuntary, Employee shall not, except as required in the conduct of Company's business, as authorized in writing by Company, or as authorized by law, use, publish, or disclose any of Company's Trade Secrets or Confidential Information in any manner whatsoever. Notwithstanding the foregoing, this Section 5(e) does not prohibit or limit the right of Employee to discuss, debate, or otherwise communicate with other employees of the Company regarding his or her workplace terms and conditions of employment, including wages.

(f)      Covenant Not to Solicit.  Employee agrees that for a period of two (2) years following the termination of his or her employment with Company, whether voluntary or involuntary, Employee shall not, directly or indirectly, solicit or attempt to solicit any business from any of Company's clients or customers for the purposes of providing products or services that are competitive with those provided by Company when such solicitation or attempt at solicitation is done by Employee through the use of Company's Trade Secrets or Confidential Information.