# EXHIBIT 2

**EMPLOYEE HANDBOOK**



**Effective: March 2025**

- Follow all company procedures and policies
- Refrain from using alcohol or illegal drugs

### PERSONAL APPEARANCE AND HYGIENE

Intrepid is a casual work environment where business casual dress is always appropriate. Employees should consider their level of customer and public contact and the types of meetings they are scheduled to attend in determining what attire is appropriate. Employees are expected to present a professional image, both through behavior and appearance.

The following are generally not acceptable:

- Any clothing or accessories that would present a safety hazard
- Sexually provocative clothing or exposed undergarments
- Clothing with offensive slogans or pictures
- Excessive or disruptive use of perfumes or colognes

All employees are expected to maintain appropriate oral and bodily hygiene. Hair (including facial hair) should be clean. Accessories should not interfere with an employee's work. The excessive use of perfume or cologne is unacceptable, as are odors that are disruptive or offensive to others or may exacerbate allergies.

Managers are responsible for enforcing dress and grooming standards for their department. Any employee whose appearance does not meet these standards may be counseled. If their appearance is unduly distracting or the clothing is unsafe, the employee may be sent home to change into something more appropriate.

### CONFIDENTIALITY

The security of company property is of vital importance to Intrepid Studios. Intrepid Studios property includes not only tangible property, like desks and computers, but also intangible property such as confidential and/or proprietary information. It is critical for Intrepid Studios to preserve and protect its confidential information, as well as the confidential information of customers, patients, suppliers, and third parties. All employees are responsible for ensuring that proper security is maintained at all times.

Each employee is responsible for safeguarding confidential information obtained in connection with his employment. In the course of your work, you may have access to confidential, proprietary, and/or trade secret information regarding Intrepid Studios, its suppliers, its customers, or perhaps even fellow employees. It is your responsibility to in no way reveal or divulge any such information unless necessary for you to do so in the performance of your duties. Access to this information should be on a "need-to-know" basis and must be authorized by your supervisor. Any breach of this policy will not be tolerated, and legal action may be taken by Intrepid Studios.

Confidential and Personal Information

"Confidential Information" means all information, not generally known, belonging to, or otherwise relating to the business of Intrepid Studios or its clients, suppliers, vendors, affiliates, or partners, regardless of the media or manner in which it is stored or conveyed, that Intrepid Studios has taken reasonable steps to protect from unauthorized use or disclosure, and is not generally known in the industry or public. Confidential Information includes but is not limited to trade secrets as well as other proprietary knowledge, information, and know-how; non-public intellectual property rights, including business plans and strategies; manufacturing techniques; formulae; processes; designs; drawings; discoveries; improvements; ideas; conceptions; test data; compilations of data; all attorney-client privileged information; attorney work product; and developments, whether or not patentable and whether or not copyrightable.

"Personal Information" includes personally-identifiable information about employees, clients, adverse parties, witnesses, consultants, or other individuals, such as Social Security numbers, background information, credit card or banking information, health information, or other non-public information entrusted to Intrepid Studios. There are laws in the United States and other countries that protect certain types of personal information, and employees should not disclose personal information about other individuals to any third party or from one country to another without prior managerial approval.

Given the nature of Intrepid Studios' business, protecting Confidential and Personal Information is of vital concern to Intrepid Studios. This information is one of Intrepid Studios' most important assets, particularly since our client relationships are built on trust. It enhances Intrepid Studios' opportunities for future growth, and indirectly adds to the job security of all employees.

For those reasons, you must hold all Confidential Information in confidence, and not disclose, use, copy, publish, or summarize any Confidential Information, except (a) as necessary to carry out your assigned responsibilities as an employee of Intrepid Studios, and (b) after termination, only as specifically authorized in writing by a supervisor or manager of Intrepid Studios.

You must also safeguard, and keep confidential, proprietary information of Intrepid Studios and other parties with which Intrepid Studios does business to the same extent as if it were Confidential Information.

These undertakings, duties, obligations, and responsibilities are permanent and continue even beyond termination of your employment with Intrepid Studios.

Failure to take reasonable measures to protect Intrepid Studios' Confidential Information may jeopardize its status as a trade secret, expose the company to liability, or adversely affect client relations. While employed by Intrepid Studios, you must not use or disclose any Confidential or Personal Information that you produce or obtain during your employment, except to the extent such use or disclosure is required in connection with performing your job. You may not use or disclose Confidential or Personal Information for any reason after your employment relationship with Intrepid

Studios ends. Misuse or unauthorized disclosure of Confidential or Personal Information may result in immediate termination, as well as potential civil and criminal liability. Nothing in this Handbook restricts an employee from discussing his or her wages or other terms and conditions of employment with coworkers or others, to the extent protected by law.

Obligations on Termination

On termination of employment, whether voluntary or involuntary, all company documents, computer records, and other tangible company property in the employee's possession or control must be returned to Intrepid Studios immediately. Furthermore, employees are requested to complete the Certificate of Compliance of the Employee Confidentiality, Non-Disclosure, and Non-Recruiting Agreement completed at time of employment with Intrepid Studios.

Security

To avoid loss of company property, Intrepid Studios maintains and promulgates security procedures, which include maintaining control of entrances, exits, restricted areas, document control, and record keeping. Specific procedures regarding the protection of company property, traffic throughout the facilities, and designation of restricted areas may be issued and posted on company bulletin boards. Employees are expected to abide by all of Intrepid Studios' security procedures.

Avoiding loss or theft of Confidential or Personal Information is an important part of each employee's job. Accordingly, employees must observe good security practices. Employees are expected to keep Confidential Information secure from outside visitors and all other persons who do not have legitimate reason to see or use such information. Employees are not to remove company property without authorization. Failure to adhere to company policies regarding Confidential and Personal Information will be considered grounds for discipline, up to, and including termination.

Given the sensitivity of Confidential and Personal Information, employees may only dispose of and transmit such information by secure methods approved by Intrepid Studios.

**SOLICITATION AND DISTRIBUTION**

Solicitation during work time and in work areas is prohibited. Solicitation is defined as the act of asking for something, selling something, urging someone to do something, petitioning, or distributing persuasive materials. This could include, but is not limited to, asking for donations for a child's school (including through sales of a product), attempting to convert someone to or from a religion, distributing political materials, or collecting signatures. Work time includes time when either the person soliciting, or being solicited to, is scheduled to be performing their work duties. Work areas include areas where employees generally do work, such as cubicles, offices, or conference rooms, and does not include areas such as the lunch or break room.