# EXHIBIT 3

| IP/Trade Secret (Verified Compl. ¶ 25) | Point of Access to Trade Secret as Sought in Nevada Proceeding[1] |
|---|---|
| Audio/visual effects | AWS; Perforce; Github; Miro; MongoDB; g-suite – Google; Microsoft; Slack; Boomlibrary; Waves; Bitwarden; Resemble.ai |
| Models for characters, monsters, the environment, visual effects, text narrative, sound effects, and animations (i.e., production assets created by employees/contractors and incorporated into builds) | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Autodesk; Adobe |
| The Company's confidential source code and technical implementation architecture, including server-side node simulation logic, distributed event-processing systems, dynamic resource-allocation algorithms, balancing formulas, and backend systems governing world persistence, territory control, and economic dependencies | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Docker; ScaleMatrix; CDW | HPE lease; Universal Foundry (3rd party contractor) |
| Designs and implementations of server meshing technology an distributed networking systems | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Docker; ScaleMatrix; CDW | HPE lease |

[1] These access points are included in the list of applications contained in Exhibit 1 to TFE's Complaint, *TFE Games Holdings, LLC v. Steven Sharf et al*., No. A-26-939022-B (Nev. Dist. Ct., Dep't 13 Feb. 9, 2026). (*See* Exhibit 1 to March 2, 2026 Declaration of Jordan W. Garman ("Garman Decl.") in support of Plaintiff Steven Sharif's *Ex Parte* Motion for Temporary Restraining Order.)

| IP/Trade Secret (Verified Compl. ¶ 25) | Point of Access to Trade Secret as Sought in Nevada Proceeding[1] |
|---|---|
| Proprietary Player versus Player risk-reward scaling algorithms and conditional reward-modification logic implemented within the combat and flagging systems | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Docker; ScaleMatrix; CDW \| HPE lease |
| The implemented Node-system engine logic (predicate-based world-state engine, conditional matrices, progression thresholds, etc.) as embodied in the Company's code and backend architecture | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Docker; ScaleMatrix; CDW \| HPE lease |
| Developmental tools used in game creation (population tool, spawner systems, quest/story arc systems, internal admin tools) | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Docker; ScaleMatrix; CDW \| HPE lease |
| The event tool used to create open world events, wars, and caravan systems | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Docker; ScaleMatrix; CDW \| HPE lease |
| The implemented seasonal environmental systems as built into the engine | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Docker; ScaleMatrix; CDW \| HPE lease |

2.

| IP/Trade Secret (Verified Compl. ¶ 25) | Point of Access to Trade Secret as Sought in Nevada Proceeding[1] |
|---|---|
| The implemented trade/caravan systems, including economic balancing parameters and resource distribution logic | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Docker; ScaleMatrix; CDW \| HPE lease |
| Class implementation logic and stat balancing systems as embodied in the Company's codebase | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Docker; ScaleMatrix; CDW \| HPE lease |
| Compiled builds, deployment pipelines, infrastructure configurations, and production environments | AWS; Perforce; Github; Miro; MongoDB; Google workspace; Microsoft; Slack; Bitwarden; DB Scheme; GitKraken; JetBrains; incident.io; Lens; Docker ScaleMatrix; CDW \| HPE lease; Universal Foundry (3rd party contractor) |

3.