Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (*pro hac vice* pending)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> *Filed concurrently with Ex Parte Motion for Temporary Restraining Order; Memorandum of Points and Authorities; Declaration of Steven Sharif; Request for Hearing* <br><br> Judge:  Hon. Linda Lopez <br> Hearing Date:  TBD <br><br> Action Filed:  February 14, 2026 <br> Trial Date:  Not Set |

WITHERS
BERGMAN LLP

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S EX PARTE
MOTION FOR TEMPORARY RESTRAINING ORDER

## DECLARATION OF JORDAN W. GARMAN

I, JORDAN W. GARMAN, declare as follows:

1.      I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action.  All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true.  If called as a witness, I could and would testify competently as to all facts set forth herein.

2.      I submit this declaration in support of Plaintiff Steven Sharif's *Ex Parte* Motion for Temporary Restraing Order.

3.      On February 9, 2026, Defendant TFE Games Holdings, LLC ("TFE") filed suit in the District Court of Clark County Nevada, captioned *TFE Games Holdings, LLC v. Steven Sharf et al.*, No. A-26-939022-B (Nev. Dist. Ct., Dep't 13 Feb. 9, 2026) (the "Nevada Action"), alleging, in part, that Plaintiff has "refused to turnover" certain Intrepid records to TFE as purported successor-in-interest to Intrepid, including "the account information for numerous Technology Platforms" and the passwords for those platforms.  A true and correct copy of that Complaint is attached hereto as **Exhibit 1**. TFE amended its complaint on February 11, 2026. A true and correct copy of that Amended Complaint is attached hereto as **Exhibit 2.**

4.      On February 17, 2026, TFE filed an *Ex Parte* Motion for a Temporary Restraining Order in the Nevada Action, seeking to restrain Sharif and his "agents" from withholding certain records and passwords, including passwords to platforms containing trade secrets and intellectual property.  A true and correct copy of this motion is attached hereto as **Exhibit 3**. As part of TFE's application for a temporary restraining order in the Nevada Action (at Exhibit 4 thereto), it submitted a Notice of Disposition of Collateral at Private Sale pursuant to Section 9601 *et seq.* of the Uniform Commercial Code.  CommerceWest Bank and Intrepid are omitted from this Notice.

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER

WITHERS
BERGMAN LLP

5.      On February 24, 2026, the Nevada court entered a mandatory temporary restraining order upon TFE's application, "restrain[ing] [Steven Sharif's purported agents] from withholding" records and passwords from TFE. Accordingly, the temporary restraining order essentially compels Sharif's purported "agents" to provide to TFE records, which necessarily include the passwords to platforms containing trade secrets and intellectual property. That order does not require TFE to maintain the status quo upon receipt of access to those accounts. A true and correct copy of this order is attached hereto as **Exhibit 4**.

6.      On February 25, 2026, I participated in a Zoom meet and confer with counsel for TFE in the Nevada Action to discuss this *Ex Parte* Motion, pursuant to Federal Rule of Civil Procedure 65(b)(1)(B), Civil Local Rule of Practice for the United States District Court for the Southern District of California 83.3(g), and this Court's Civil Chambers Rules, Rule 5. During that conversation, counsel for TFE acknowledged that TFE is engaged in discussions with at least one potential buyer of Intrepid and its assets. During the meet and confer, I raised the possibility that the parties enter into a stipulation to maintain the status quo in the near term such that Plaintiff could bring a fully noticed motion for a preliminary injunction, rather than an emergent temporary restraining order. To that end, I proposed written terms for that agreement on February 27, 2026. Due to the urgent nature of this motion, I requested confirmation by end of day February 28, 2026. As of this date, I have not received a substantive response with respect to the proposed terms of an agreement. A true and correct copy of the email correspondence, dated February 19, 2026 through March 2, 2026, is attached hereto as **Exhibit 5.**

WITHERS
BERGMAN LLP

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 2, 2026 at Boston, Massachusetts.

By:  */s/ Jordan W. Garman*
Jordan W. Garman

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER