# EXHIBIT 5

| From: | Samuel A. Schwartz <saschwartz@nvfirm.com> |
|---|---|
| Sent: | Monday, March 2, 2026 2:34 PM |
| To: | Garman, Jordan |
| Cc: | LaVigne, Christopher; Susan Roman; Emily Anderson; Nall, Jessica; Jason Thomas |
| Subject: | Re: Sherif |

Thank you Jordan - we will get these sorted and get reciprocal acceptances over to you for our action here in Nevada.


**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.


> On Feb 27, 2026, at 6:55 PM, Garman, Jordan <Jordan.Garman@withersworldwide.com> wrote:

> Thank you, Sam. At the following link, there are service waiver request packets for each of the defendants in the S.D. Cal. action. Please confirm you are amenable to accept these via email. https://withersworldwide.sharefile.com/d-sa14bd23851514f18a3d7cee2c2c0eb1f

> On the scheduling issue, we may be amenable to push as you propose, but we would need an answer on items (1)-(5) by tomorrow EOD. Otherwise, we will need to file a TRO on Monday in the San Diego court. It's not clear that the Nevada court will actually rule on jurisdiction at the March 9 hearing, and we cannot delay solely on the assumption that it will, particularly without agreement on the standstill and preservation items.

> Best,
> Jordan

> **Jordan Garman**
> Partner
> Dispute Resolution
> t +1 617 613 9705
> withersworldwide.com | my profile

1

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Friday, February 27, 2026 1:56 PM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Susan Roman <sroman@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Nall, Jessica <Jessica.Nall@withersworldwide.com>; Jason Thomas <JThomas@nvfirm.com>
**Subject:** RE: Sherif

Good morning – I can confirm item 1, the reciprocal service – we can facilitate the acceptance of all of the parties on this side of the aisle.  We will get you service acceptances for Steven and John for the Nevada action.  I will have to get back to you with respect to items 2 (1)-(5), however, a few comments to (6):

1. Considering that the Nevada action is 8 days away from a hearing, which will include resolving jurisdiction disputes in Nevada, I think we should push the CA briefing schedule back 10 days; plus
2. I have a planned family Spring Break vacation from March 12-22, so the hearing date will have to go back a bit, again, assuming you are right and there is not jurisdiction in Nevada; however
3. If we are right, and there is Nevada jurisdiction, we would seek to stay the CA case as the Nevada case was first in time and involves the same parties and facts.

I understand if you want to start the briefing in CA quicker and insist on moving forward, in which case, we would move to stay CA now pending the NV outcomes.  Please let us know how you would like to proceed.

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Sent:** Friday, February 27, 2026 5:39 AM
**To:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Cc:** LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Susan Roman <sroman@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Nall, Jessica

<Jessica.Nall@withersworldwide.com>

**Subject:** RE: Sherif

Sam,

Thank you for your time earlier this week. Further to our call, we wanted to follow up on two items:

(1) Have you been able to confirm if you can accept service for Rob, Theresa, Aaron, and Ryan, or if they are otherwise amenable to accepting service? If so, we will send the relevant waiver forms for them as well as for TFE.

(2) We discussed the possibility of reaching a near-term agreement to preserve the status quo while the initial proceedings in both courts move forward. Doing so would obviate the need for us to seek emergency relief in the Southern District and instead allow for preliminary-injunction motion practice with full briefing by both sides. To that end, we have outlined below a proposed agreement in principle. Please let us know if your client would be amenable to these terms, or if it would be helpful to discuss.

Proposed Agreement in Principle:

1. Term: The agreement will remain in effect until **both** the Clark County District Court and the Southern District of California have ruled on the pending and/or forthcoming motions for preliminary injunction.

2. Standstill: Neither party, nor anyone associated with them or under their control, will consummate any sale, transfer, encumbrance, license, or assignment of *Ashes of Creation*, nor of any related intellectual property or trade secrets, nor take any action to exploit, impair, or otherwise interfere with or harm the game or its underlying intellectual property, trade secrets, components, or source code, or take any action that would reasonably be expected to reduce the value of the game. TFE, its agents, and any parties associated therewith will temporarily suspend all sales-related negotiations. TFE will temporarily suspend any informal outreach (other than that permitted via court order) to any former Intrepid employees seeking access to the game or its underlying intellectual property, components, or source code.

3. Preserving the Game's Value: TFE shall be responsible for all ScaleMatrix fees necessary to maintain uninterrupted hosting and backup services. Such payment shall be deemed custodial preservation costs incurred solely to prevent degradation of the game and its underlying components, and shall not create an ownership interest, lien, reimbursement right, or inference of lawful foreclosure. Neither TFE nor its agents or affiliates shall communicate with ScaleMatrix except as jointly authorized, nor change the credentials, access rights, or billing details, or represent itself as owner of the assets stored therein. TFE or its agents will take appropriate steps (or authorize Steven Sharif to take such steps) as may be necessary to offboard former Intrepid employees from access to key systems as such access could result in inadvertent spoliation or other damage to the IP and/or trade secrets.

4. Preservation of Evidence: All parties will continue to preserve all potentially relevant evidence.

5. No Admissions: Nothing in this agreement constitutes an admission by either party as to ownership of the game and its underlying intellectual property, trade secrets, or other components; ratifies the Article 9 foreclosure; or waives any legal rights or claims. The sole purpose of this agreement is to maintain the status quo and prevent spoliation, loss, or degradation of the game pending initial court proceedings. This clause survives termination.

6. Proposed S.D. Cal. expedited briefing schedule for Plaintiff's preliminary injunction (contemplated motion practice on notice, pending service):
   1. Plaintiff's Opening PI Motion: **March 4, 2026**
   2. Defendants' Opposition: **March 11, 2026**
   3. Plaintiff's Reply: **March 17, 2026**
   4. Hearing Date: **March 20, 2026** (or any other date convenient for the court).

3

Best,
Jordan

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Tuesday, February 24, 2026 11:37 PM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Susan Roman <sroman@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>
**Subject:** Re: Sherif

Super

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Feb 24, 2026, at 8:25 PM, Garman, Jordan <Jordan.Garman@withersworldwide.com> wrote:

Sam, confirming that 5:30pm ET/2:30pm PT tomorrow works for us.

Best,
Jordan

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Tuesday, February 24, 2026 3:31 PM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Susan Roman <sroman@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>
**Subject:** Re: Sherif

Thanks

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue

Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com


**\*\*CONFIDENTIALITY NOTICE\*\***

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Feb 24, 2026, at 12:29 PM, Garman, Jordan <Jordan.Garman@withersworldwide.com> wrote:


I believe that should work on our end but will confirm. I will update the invitation in the meantime.


**Jordan Garman**
Partner
Dispute Resolution
t +1 617 613 9705
withersworldwide.com | my profile

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Tuesday, February 24, 2026 1:17 PM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Susan Roman <sroman@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>
**Subject:** Re: Sherif

Sorry Jordan - I meant the same afternoon time proposed today. Can we do 2:30 PT/5:30 ET? I am in court tomorrow morning.


**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

5

**CONFIDENTIALITY NOTICE**

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Feb 24, 2026, at 10:15 AM, Garman, Jordan <Jordan.Garman@withersworldwide.com> wrote:

Thanks for your flexibility. Yes tomorrow at 1:30pm ET/ 10:30am PT works for us. I will update the invitation.

**Jordan Garman**
Partner
Dispute Resolution
t +1 617 613 9705
withersworldwide.com | my profile

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Tuesday, February 24, 2026 1:05 PM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Susan Roman <sroman@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>
**Subject:** Re: Sherif

No problem - this afternoon is problematic, but how about the same time tomorrow afternoon?

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Feb 24, 2026, at 9:45 AM, Garman, Jordan <Jordan.Garman@withersworldwide.com> wrote:


Sam,

With apologies for the short notice, we have a court hearing that is going over schedule and will conflict with our scheduled call. Do you have availability to move our call to any time after 2:30pm PT/5:30pm ET today?

Best,
Jordan


**Jordan Garman**
Partner
Dispute Resolution
t +1 617 613 9705
withersworldwide.com | my profile

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Monday, February 23, 2026 1:24 AM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Susan Roman <sroman@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>
**Subject:** Re: Sherif

Jordan, the invitation you sent seems to have disappeared on my machine (or I hit the wrong button).  Please resend the coordinates so I can be sure we connect.

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Feb 22, 2026, at 7:15 PM, Garman, Jordan <Jordan.Garman@withersworldwide.com> wrote:

Thank you, I've just sent an invitation.

Best,
Jordan

**Jordan Garman**
Partner
Dispute Resolution
t +1 617 613 9705
withersworldwide.com | my profile

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Sunday, February 22, 2026 10:01 PM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Susan Roman <sroman@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>
**Subject:** Re: Sherif

Good evening. I can make a 30 min call at that time.

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Feb 22, 2026, at 6:56 PM, Garman, Jordan <Jordan.Garman@withersworldwide.com> wrote:


Sam,

Are you available on Tuesday at 1:30pm ET (10:30am PT)?

Best,
Jordan

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Friday, February 20, 2026 4:05 PM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Susan Roman <sroman@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>
**Subject:** Re: Sherif

How about Monday morning between 9-11 a.m. PT?

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Feb 20, 2026, at 10:53 AM, Garman, Jordan <Jordan.Garman@withersworldwide.com> wrote:

Hi Sam,

Looping in Chris as well. We are tied up this afternoon, but what is your availability to speak early next week?

Best,
Jordan

**Jordan Garman**
Partner
Dispute Resolution
t +1 617 613 9705
withersworldwide.com | my profile

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Thursday, February 19, 2026 10:42 AM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Subject:** Sherif

CAUTION: This email originated from an external source. Jordan, good morning. How is your schedule today or tomorrow to discuss the Intrepid related litigation?

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**Withers Bergman LLP** - 430 Park Avenue, 10th Floor, New York, NY 10022-3505 T: +1 212 848 9800 F: +1 212 848 9888

Withers
London | Geneva | Milan | Padua
Hong Kong | Singapore | Tokyo | British Virgin Islands
New York | Greenwich | New Haven | Texas
San Francisco | Los Angeles | San Diego

11

This email (and any attachments) is confidential and may also be legally privileged. If you are not the intended recipient please immediately notify the sender then delete it from your system. You should not copy it or use it for any purpose nor disclose its contents to any other person.