Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (*pro hac vice* pending)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **REQUEST FOR HEARING** <br><br> *Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Declaration of Jordan W. Garman; Declaration of Steven Sharif* <br><br> Judge:         Hon. Linda Lopez <br> Hearing Date:  TBD <br><br> Action Filed:  February 14, 2026 <br> Trial Date:    Not Set |

Case No. 3:26-cv-00965-LL-JLB

**REQUEST FOR HEARING**

Plaintiff respectfully requests the Court hold a hearing on Plaintiff Steven Sharif's *Ex Parte* Motion for Temporary Restraining Order because a brief hearing would materially assist the Court in addressing the immediacy and mechanics of the threatened harm. As set forth in the motion, Defendants are poised, pursuant to a recently issued positive temporary restraining order compelling turnover in a related Nevada proceeding, to obtain imminent access to online platforms and accounts that house Intrepid Studios' core trade secrets and intellectual property. This imminent turnover creates a concrete risk of irreversible disclosure, use, or sale of the trade secrets before this Court can fully consider the merits. Oral argument would permit the Court to address in real time the interaction between the Nevada order and the relief sought here, and to assess the necessity and scope of the requested injunctive and neutral intellectual property custodian and/or escrow agent relief in light of disputed ownership, asset control, and preservation concerns. Given the rapidly evolving posture and the operational realities underlying Defendants' impending access to the trade secrets at issue, Plaintiff respectfully submits that oral argument would materially aid the Court.

DATED:  March 2, 2026          RESPECTFULLY SUBMITTED,


By:  */s/ Jessica Nall*

Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (*pro hac vice* pending)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

WITHERS
BERGMAN LLP

3                    Case No. 3:26-cv-00965-LL-JLB