# EXHIBIT 1

| **From:** | Garman, Jordan |
|---|---|
| **Sent:** | Tuesday, March 3, 2026 9:04 AM |
| **To:** | Samuel A. Schwartz; Emily Anderson; Susan Roman; Jason Thomas |
| **Cc:** | Nall, Jessica; LaVigne, Christopher |
| **Subject:** | Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Samuel A. Schwartz | |
| | Emily Anderson | |
| | Susan Roman | |
| | Jason Thomas | |
| | Nall, Jessica | Read: 3/3/2026 10:22 AM |
| | LaVigne, Christopher | Read: 3/3/2026 9:31 AM |

Counsel,

Please be advised that we filed a motion for a temporary restraining order last night in the above-captioned matter.

In accordance with Judge Lopez's individual rules, Rule 5, we are serving those papers by email with read receipt requested.

You can find the as-filed papers here: https://withersworldwide.sharefile.com/d-s8697277ed0a34fec83320f71cd2c911c. Please note this link will expire in 30 days.

Best regards,
Jordan

**Jordan Garman**
Partner
Dispute Resolution
t +1 617 613 9705
withersworldwide.com | my profile

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505



Singapore: where successful businesses and families thrive

1