# EXHIBIT 2

Case 3:26-cv-00965-LL-MMP Document 18-2 Filed 03/04/26 PageID.335 Page 1 of 2

| | |
|---|---|
| **From:** | Samuel A. Schwartz <saschwartz@nvfirm.com> |
| **To:** | Garman, Jordan |
| **Sent:** | Tuesday, March 3, 2026 10:01 AM |
| **Subject:** | Read: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB |

Your message

  To: Samuel A. Schwartz
  Subject: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB
  Sent: Tuesday, March 3, 2026 6:04:08 AM (UTC-08:00) Pacific Time (US & Canada)

 was read on Tuesday, March 3, 2026 7:01:24 AM (UTC-08:00) Pacific Time (US & Canada).