Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Defendant*
*TFE Games Holdings, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 3:26-cv-00965-LL-JLB |
| Plaintiff, | |
| vs. | |
| ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC, | |
| Defendants, | |
| and | |
| INTREPID STUDIOS, INC., | |
| Nominal Defendant. | |

## NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER
## IN RELATED NEVADA CASE (CASE NO. A-26-939022-B)

**PLEASE TAKE NOTICE** that the *Findings of Fact, Conclusions of Law and Temporary Restraining Order Pursuant to Plaintiff's Ex Parte Motion for Temporary Restraining Order Pursuant to NRCP 65(b)(1) or NRS 31.859* (the "**TRO**") was entered in *TFE Games Holdings, LLC v. Steven Sharif, et al.*, Case No. A-26-939022-B, pending before the Eighth Judicial District Court for Clark County, Nevada (the "**Nevada Case**") on February 24, 2026. A true and correct copy of the TRO is attached hereto as **Exhibit A**.

**PLEASE TAKE FURHTER NOTICE** that a continued hearing related to the TRO will be held on March 9, 2026, at 9:00 AM PDT, in Courtroom 16D, Eighth Judicial District Court for Clark

1

County, Nevada, 200 Lewis Avenue, Las Vegas, Nevada 89101.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the "first-to-file rule," a court may transfer, stay, or dismiss an action when a similar complaint has already been filed in another court. *Alltrade, Inc. v. Uniweld Products, Inc.*, 946 F.2d 622, 623 (9th Cir. 1991); *see also Mesi v. Mesi*, 136 Nev. 748, 752, 478 P.3d 366, 370 (2020) ("Although the doctrine was originally developed in federal court, state courts have applied it as well."). Because the Nevada Case was filed first and involves substantially similar parties and issues, TFE Games Holdings, LLC submits the instant action should be stayed subject to the pending first-in-time hearings in Nevada. TFE Games Holdings, LLC reserves all rights with respect to responding to the pending matters in this case as they are set by this Court.

Dated: March 4, 2026.

SCHWARTZ, PLLC

By: */s/ Sasha Aliakbar-Amid*
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*TFE Games Holding, LLC*