Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **NOTICE OF POSTED BOND** <br><br> Judge:        Hon. Linda Lopez <br><br> Action Filed:  February 14, 2026 <br> Trial Date:     Not Set |

**NOTICE OF POSTED BOND**

**PLEASE TAKE NOTICE THAT,** pursuant to the Court's order granting Plaintiff's Ex Parte Motion for Temporary Restraining Order (ECF No. 20), on March 5, 2026, Plaintiff posted a bond in the amount of $1,000 with the Clerk of Court by check as required by Fed. R. Civ. P. 65(c). A true and correct copy of the receipt is attached hereto as **Exhibit 1**.

DATED:  March 5, 2026                    RESPECTFULLY SUBMITTED,


By:    */s/ Jessica Nall*
        Jessica Nall (SBN 215149)
        Jessica.Nall@withersworldwide.com
        Withers Bergman LLP
        909 Montgomery Street, Suite 300
        San Francisco, California 94133
        Telephone:  415.872.3200

        Leslie Evans (SBN 173010)
        Leslie.Evans@withersworldwide.com
        4250 Executive Square, Suite 540
        La Jolla, CA 92037
        Telephone:  619.329.6454

        Jordan W. Garman (admitted *pro hac vice*)
        Jordan.Garman@withersworldwide.com
        430 Park Avenue, 10th Floor
        New York, NY 10022
        Telephone:  212.848.9882

        *Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

WITHERS
BERGMAN LLP

# EXHIBIT 1

Generated: Mar 5, 2026 12:28PM                                                                 Page 1/1

# U.S. District Court

## California Southern - San Diego

Receipt Date: Mar 5, 2026 12:28PM

STEVEN SHARIF

Rcpt. No: 167582                  Trans. Date: Mar 5, 2026 12:28PM                  Cashier ID: #SN (6532)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DCAS326CV000965 /001<br>STEVEN SHARIF<br>**FBO**: STEVEN SHARIF | 1 | 1000.00 | 1000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #224357 | 03/5/2026 | | $1,000.00 |
| | | | Total Due Prior to Payment: | | $1,000.00 |
| | | | Total Tendered: | | $1,000.00 |
| | | | Total Cash Received: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.