Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF TEMPORARY RESTRAINING ORDER** <br><br> Judge:          Hon. Linda Lopez <br><br> Action Filed:  February 14, 2026 <br> Trial Date:     Not Set |

DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF TEMPORARY RESTRAINING ORDER

## DECLARATION OF JORDAN W. GARMAN

I, JORDAN W. GARMAN, declare as follows:

1.     I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action.  All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true.  If called as a witness, I could and would testify competently as to all facts set forth herein.

2.     I submit this declaration in response to the Court's March 4, 2026 Order Granting *Ex Parte* Motion for Temporary Restraining Order (the "Temporary Restraining Order"), requiring Plaintiff to "serve a copy of this order on Defendants." (*See* ECF. No. 20 at 13.)

3.     On March 5, 2026, at 9:37 a.m. Pacific Time, I served a copy of the Temporary Restraining Order on various members of Schwartz, PLLC, counsel for Defendant TFE Games Holdings LLC, including Samuel A. Schwartz and Sasha Amid, via email with return receipt requested.  A true and correct copy of that email is attached hereto as **Exhibit 1**. I am not aware of the identity of counsel for Defendants Robert Dawson, Theresa Fette, Ryan Ogden, and Aaron Bartels. However, because Schwartz, PLLC obtained waivers of service on behalf of those Defendants (*see* ECF Nos. 13-17), I believe that those Defendants have likewise received notice of the Temporary Restraining Order through Schwartz, PLLC.

4.     On March 5, 2026, at 11:09 A.M. PST, I received a read receipt from Mr. Schwartz reflecting that he received and opened the email. A true and correct copy of that receipt is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct.

WITHERS
BERGMAN LLP

2

DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF TEMPORARY RESTRAINING ORDER

Executed on March 6, 2026 at Boston, Massachusetts.


By:   */s/ Jordan W. Garman*
      Jordan W. Garman

DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF TEMPORARY RESTRAINING ORDER

WITHERS
BERGMAN LLP