# EXHIBIT 2

| | |
|---|---|
| **From:** | Samuel A. Schwartz <saschwartz@nvfirm.com> |
| **To:** | Garman, Jordan |
| **Sent:** | Thursday, March 5, 2026 2:09 PM |
| **Subject:** | Read: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.) |

Your message

  To: Samuel A. Schwartz
  Subject: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.)
  Sent: Thursday, March 5, 2026 9:37:16 AM (UTC-08:00) Pacific Time (US & Canada)

 was read on Thursday, March 5, 2026 11:09:08 AM (UTC-08:00) Pacific Time (US & Canada).