Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Defendant*
*TFE Games Holdings, LLC*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC,<br><br>Defendants,<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB<br><br>**DECLARATION OF SAMUEL A. SCHWARTZ, ESQ. IN SUPPORT OF DEFENDANT TFE GAMES HOLDINGS, LLC'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON ITS MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER PURSUANT TO FRCP 65(b)(4)**<br><br>Judicial Officer: Hon. Linda Lopez<br>Courtroom: 14B (14th Floor)<br>Hearing Date: N/A<br>Hearing Time: N/A<br><br>Action Filed: February 14, 2026<br>Trial Date: Not Set |

I, Samuel A. Schwartz, Esq.., hereby declare as follows:

1.    I am over the age of 18, mentally competent and unless otherwise stated, I have personal knowledge of the facts set forth herein. If called upon to testify as to the contents of this declaration, I could and would do so.

2.  I am an attorney with Schwartz, PLLC, counsel for Defendant TFE Games Holdings, LLC in the above-referenced matter.[1] I am admitted to practice in the Supreme Court of Nevada and the United States District Court for the District of Nevada, and the Ninth Circuit Court of Appeals, among others. I make this declaration in support of Defendant's *Ex Parte Application for Order Shortening Time* (the "**Application**") on its *Motion to Dissolve Temporary Restraining Order Pursuant to FRCP 65(b)(4)* (the "**Motion**"),[2] both of which have been contemporaneously filed in the above-referenced matter.

3.  The Motion contains an accurate recitation of TFE's view of the background of this matter.

4.  On March 6, 2026, I participated in a telephonic meet and confer with counsel for Steven Sharif to discuss the Motion and Application, pursuant to Federal Rule of Civil Procedure 65(b)(4), Local Civil Rule of Practice of the United States District Court for the Southern District of California 83.3.g, and Civil Chambers Rule 5. During that conversation, I notified counsel of TFE's intent to file its Motion, and its position (among others) that as TFE's supporters represent approximately seventy percent (70%) of the owners of Intrepid and approximately seventy-two percent (72%) of the Intrepid's debt, the Plaintiff is not protecting the owners and lenders of Intrepid in this action. I asked that the Plaintiff agree to a hearing on the Motion on or before March 11, 2026, in part because the undersigned lead counsel is leaving on a planned family Spring vacation on March 12, 2026.

5.  Counsel for the Plaintiff informed me that she would discuss with her colleagues whether the requested shortened time was amenable; however, as of the signing of this declaration, I have not received a reply. Due to the urgent nature of the

---

[1]  A Pro Hac Vice Application pursuant to CivLR 83.3.c.4 for me to appear and participate as counsel for TFE in the above-captioned action has been submitted to the Court.

[2]  All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Motion, it is being filed today, along with the Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2026.

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.

3