Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Defendant*
*TFE Games Holdings, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **REQUEST FOR ORAL ARGUMENT FOR DEFENDANT TFE GAMES HOLDINGS, LLC'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER PURSUANT TO FRCP 65(b)(4)** <br><br> Judicial Officer: Hon. Linda Lopez <br> Courtroom: 14B (14th Floor) <br> Hearing Date: April 10, 2026 <br> Hearing Time: N/A <br><br> Action Filed: February 14, 2026 <br> Trial Date: Not Set |

**TO:  THE  COURT  AND  ALL  PARTIES  AND  THEIR  COUNSEL  OF RECORD:**

Pursuant to CivLR 7.1.d.1 and Civil Chambers Rule 3(B), Defendant TFE Games Holdings, LLC hereby respectfully requests oral argument on its *Motion to Dissolve Temporary Restraining Order Pursuant to FRCP 65(b)(4)* (the "**Motion**") for the following reasons. Defendant submits that oral argument would assist the Court because the Motion involves detailed factual issues, and a hearing is already set for March 18, 2026, at 4:30 PM PDT, on the preliminary injunction requested by

Plaintiff Steven Sharif. Defendant also submits that Plaintiff's *Ex Parte Motion for Temporary Restraining Order* and supporting documents have raised numerous arguments that misapply applicable law, rely on authorities which are not on point, and misstate the factual record. Therefore, Defendant believes oral argument would assist the Court to clarify the facts and law applicable to the Motion.

Dated: March 6, 2026.

SCHWARTZ, PLLC

By: */s/ Sasha Aliakbar-Amid*
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
601 East Bridger Avenue
Las Vegas, Nevada  89101

*Attorneys for Defendant*
*TFE Games Holding, LLC*