Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Defendant*
*TFE Games Holdings, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **DECLARATION OF MICHAEL L. STURM REGARDING PROOF OF SERVICE OF DEFENDANT TFE GAMES HOLDINGS, LLC'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON ITS MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER PURSUANT TO FRCP 65(b)(4) [ECF NO. 25] AND RELATED DOCUMENTS** <br><br> Judicial Officer: Hon. Linda Lopez <br> Courtroom: 14B (14th Floor) <br> Hearing Date: N/A <br> Hearing Time: N/A <br><br> Action Filed: February 14, 2026 <br> Trial Date: Not Set |

I, Michael L. Sturm, hereby declare as follows:

1.  I am over the age of eighteen (18) years old and not a party to the above-captioned civil action.

2.  I am employed as a Paralegal by the law firm of Schwartz, PLLC, counsel of record for Defendant TFE Games Holdings, LLC ("**Defendant**") in the above-captioned civil action.

3.  On March 6, 2026, at approximately 8:25 PM PST, I caused true and

1                                                                26cv00965-LL-JLB

correct copies of *Defendant TFE Games Holdings, LLC's Ex Parte Application for Order Shortening Time on Its Motion to Dissolve Temporary Restraining Order Pursuant to FRCP 65(b)(4)* [ECF No. 25][1] (the "***Ex Parte* Application**") to be served electronically via the Court's CM/ECF system upon the individuals and e-mail addresses listed below on the electronic service list for the above-captioned civil action – all attorneys from the law firm of Withers Bergman LLP, counsel of record for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("**Plaintiff**"):

      a.    Conte C. Cicala, Esq. (**conte.cicala@withersworldwide.com**);

      b.    Jessica Nall, Esq. (**jessica.nall@withersworldwide.com**);

      c.    Jordan W. Garman, Esq. (**jordan.garman@withersworldwide.com**); and

      d.    Leslie Evans, Esq. (**leslie.evans@withersworldwide.com**),

(collectively, "**Plaintiff's Counsels' E-Mail Addresses**").

4.    On March 6, 2026, at approximately 9:27 PM PST, pursuant to Civil Chambers Rule 3(C) and ECF Manual Sections 2(g)(4) and 2(h), I sent a message via electronic mail to the Honorable Linda Lopez at **efile_lopez@casd.uscourts.gov** with a copy of a proposed order granting Defendant's *Ex Parte* Application in Microsoft Word format (the "**Proposed Order**") attached thereto (the "**E-Mail Message to Judge Lopez**"). A true and correct copy of the E-Mail Message to Judge Lopez (excluding the attachment) is attached hereto as **Exhibit 1**.

5.    On March 6, 2026, at approximately 9:42 PM PST, pursuant to Civil Chambers Rule 5 and ECF Manual Section 2(h), I sent a message via electronic mail, ***return receipt requested and with "High" importance***, to Plaintiff's Counsels' E-

---

[1]    "**Civil Chambers Rule**" references are to the Honorable Linda Lopez, United States District Judge's Civil Chambers Rules. "**ECF Manual**" references are to the Electronic Case Filing Administrative Policies and Procedures Manual. "**ECF No.**" references are to the numbers assigned to the documents filed in the above-captioned civil action as they appear on the docket maintained by the Clerk of the Court.

Mail Addresses with copies of the following documents attached thereto:

      a.    Defendant's *Ex Parte* Application [ECF No. 25];

      b.    the Proposed Order; and

      c.    the E-Mail Message to Judge Lopez,

(the "**E-Mail Message to Plaintiff's Counsel**"). A true and correct copy of the E-Mail Message to Plaintiff's Counsel (excluding the attachments) is attached hereto as **Exhibit 2**.

6.    On March 7, 2026, I received read receipts from Plaintiff's Counsels' E-Mail Addresses reflecting that the E-Mail Message to Plaintiff's Counsel was received and read on the respective dates and approximate times listed below:

      a.    Conte C. Cicala, Esq. (**conte.cicala@withersworldwide.com**) [March 7, 2026, at 3:06:35 AM PST];

      b.    Jordan W. Garman, Esq. (**jordan.garman@withersworldwide.com**) [March 7, 2026, at 6:55:05 AM EST];

      c.    Leslie Evans, Esq. (**leslie.evans@withersworldwide.com**) [March 7, 2026, at 6:45:36 AM PST]; and

      d.    Jessica Nall, Esq. (**jessica.nall@withersworldwide.com**) [March 7, 2026, at 7:49:49 AM PST].

True and correct copies of the foregoing read receipts are attached hereto as **Exhibit 3**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2026.

*/s/ Michael L. Sturm*

Michael L. Sturm, an employee of SCHWARTZ, PLLC

3               26cv00965-LL-JLB