# EXHIBIT 1

## Michael Sturm

| | |
|---|---|
| **From:** | Michael Sturm |
| **Sent:** | Friday, March 6, 2026 9:27 PM |
| **To:** | efile_lopez@casd.uscourts.gov |
| **Subject:** | 26cv00965-LL-JLB - Steven Sharif v. Robert Dawson, et al. - Order Granting Ex Parte Application for Order Shortening Time |
| **Attachments:** | Proposed Order (re ECF No. 25) (Final) - TFE.docx |

Good Evening,

Attached, pursuant to Civil Chambers Rule 3(C) and ECF Manual Sections 2(g)(4) and 2(h), please find the Word draft of the proposed order granting *Defendant TFE Games Holdings, LLC's Ex Parte Application for Order Shortening Time on Its Motion to Dissolve Temporary Restraining Order Pursuant to FRCP 65(b)(4)* [ECF No. 25] in Case No. 3:26-cv-00965-LL-JLB.

Copies of ECF No. 25, this email, and the proposed order will also be sent to opposing counsel via electronic mail, return-receipt requested.

Sincerely,

**Michael L. Sturm**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Direct: (702) 929-2006
Facsimile: (702) 442-9887
msturm@nvfirm.com

**Please consider the environment before printing this email**

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.