# EXHIBIT 2

**Michael Sturm**

---

| | |
|---|---|
| **From:** | Michael Sturm |
| **Sent:** | Friday, March 6, 2026 9:42 PM |
| **To:** | Conte C. Cicala; Jessica Nall; Jordan Garman; Leslie Evans |
| **Subject:** | 26cv00965-LL-JLB - Steven Sharif v. Robert Dawson, et al. - Ex Parte Application for Order Shortening Time [ECF No. 25] & Proposed Order re same |
| **Attachments:** | [25] Ex Parte Application for OST on TFE's Motion to Dissolve TRO Pursuant to FRCP 65(b)(4) - TFE.pdf; Proposed Order (re ECF No. 25) (Final) - TFE.docx; 26cv00965-LL-JLB - Steven Sharif v. Robert Dawson, et al. - Order Granting Ex Parte Application for Order Shortening Time |

| | |
|---|---|
| **Importance:** | High |

Good Evening Counsel,

Attached, pursuant to Civil Chambers Rules 3(C) and 5, and ECF Manual Sections 2(g)(4) and 2(h), please find the following:

1. a PDF copy of *Defendant TFE Games Holdings, LLC's Ex Parte Application for Order Shortening Time on Its Motion to Dissolve Temporary Restraining Order Pursuant to FRCP 65(b)(4)* [ECF No. 25];
2. a Word draft of a proposed Order granting the above-referenced *ex parte* application; and
3. a copy of the email sent to the Hon. Linda Lopez (efile_lopez@casd.uscourts.gov) with the above-referenced proposed Order attached.

Sincerely,

**Michael L. Sturm**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Direct: (702) 929-2006
Facsimile: (702) 442-9887
msturm@nvfirm.com

**Please consider the environment before printing this email**

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.