UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 26cv965-LL-JLB |
| Plaintiff, | **ORDER GRANTING DEFENDANT TFE GAMES HOLDINGS LLC'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON ITS MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER** |
| v. | |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS LLC, | |
| Defendants, | [ECF No. 25] |
| and | |
| INTREPID STUDIOS, INC., | |
| Nominal Defendant. | |

On March 6, 2026, Defendant TFE Games filed an Ex Parte Application for an order shortening time on its motion to dissolve the temporary restraining order ("TRO") issued by the Court on March 4, 2026. ECF No. 25. TFE requests that the normal briefing schedule for its motion to dissolve the TRO be shortened so that it is heard as soon as practicable and before the preliminary injunction hearing on March 18, 2026. *Id.* The Court **GRANTS**

TFE's Ex Parte Application to shorten time on its motion to dissolve the TRO. The Court **CONVERTS** the preliminary injunction hearing on <u>March 18, 2026</u> at <u>4:30 p.m. PST</u> to a hearing on the motion to dissolve the TRO, with Plaintiff's response due on or before **March 11, 2026 at 9:00 a.m. PST** and TFE's reply due on or before **March 12, 2026**.[1] If either party seeks to appear at the hearing by videoconference, it should be filed—following a meet and confer—as a joint motion or an ex parte application requesting leave to do so. The preliminary injunction hearing and its briefing schedule will be rescheduled following the Court's resolution on the motion to dissolve the TRO, if necessary.

**IT IS SO ORDERED.**

Dated:  March 9, 2026

Honorable Linda Lopez
United States District Judge

---

[1] The Court is starting a criminal trial on March 10, 2026 that is anticipated to last three weeks, and March 18 is the earliest practicable time to hold this hearing.

26cv965-LL-JLB