Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:   415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:   619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:   212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINITFF STEVEN SHARIF'S OPPOSITION TO DEFENDANT TFE GAMES HOLDINGS, LLC'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER** <br><br> *Filed concurrently with Memorandum of Points and Authorities; Declaration of Aaron Lovaas* <br><br> Judge:           Hon. Linda Lopez <br> Hearing Date:  March 18, 2026 <br><br> Action Filed:   February 14, 2026 <br> Trial Date:      Not Set |

Withers
Bergman LLP

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF JORDAN GARMAN IN SUPPORT OF PLAINITFF STEVEN SHARIF'S OPPOSITION
TO DEFENDSANT TFE GAMES HOLDINGS, LLC'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

## DECLARATION OF JORDAN W. GARMAN

I, JORDAN W. GARMAN, declare as follows:

1.      I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.      I submit this declaration in support of Plaintiff's Opposition to Defendant TFE Games Holdings, LLC's ("TFE") Motion to Dissolve Temporary Restraining Order ("TRO") ("Motion to Dissolve").

3.      On March 5, 2026, counsel for TFE provided notice for the first time that TFE intended to file a motion to dissolve the TRO that same day or the next day. In the same email, counsel requested my availability to discuss TFE's accompanying *ex parte* motion to shorten time on the Motion to Dissolve. A true and correct copy of that email is attached hereto as **Exhibit 1**.

4.      On March 6, 2026, I participated in a telephonic meet and confer with counsel for TFE to discuss the Motion to Dissolve and the *ex parte* motion to shorten time. During that meet and confer, TFE's counsel stated that Robert Dawson has a 100% ownership interest in TFE.

5.      TFE filed its Motion to Dissolve on March 6, 2026, (*see* ECF No. 24), on one day's notice.

6.      I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 11, 2026 at Boston, Massachusetts.


By: */s/ Jordan W. Garman*
    _____
    Jordan W. Garman