# EXHIBIT 1

| | |
|---|---|
| **From:** | Emily Anderson <eanderson@nvfirm.com> |
| **Sent:** | Thursday, March 5, 2026 1:32 PM |
| **To:** | Garman, Jordan |
| **Cc:** | Samuel A. Schwartz; Susan Roman; Jason Thomas; LaVigne, Christopher; Athanasios Agelakopoulos; Nall, Jessica; Sasha Amid; Michael Sturm |
| **Subject:** | RE: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.) |

CAUTION: This email originated from an external source.

Thank you, Jordan. TFE Games Holdings, LLC will be filing a Motion to Dissolve the TRO pursuant to FRCP 65(b)(4) either today or tomorrow. Pursuant to the local and chambers rules, we are required to meet and confer before filing an ex parte application for order shortening time on TFE's Motion to Dissolve.

Please advise as to your availability after 2pm PST today for a meet and confer on the ex parte application.

Thanks,

Emily

**Emily D. Anderson, Esq**.
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Tel: 702-385-5544
Direct: 702-929-2002
Cell: 702-813-0391
eanderson@nvfirm.com

 **Please consider the environment before printing this email**

**\*\*CONFIDENTIALITY NOTICE\*\***

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Sent:** Thursday, March 5, 2026 9:37 AM
**To:** Sasha Amid <samid@nvfirm.com>
**Cc:** Samuel A. Schwartz <saschwartz@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; Jason Thomas <JThomas@nvfirm.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Nall, Jessica <Jessica.Nall@withersworldwide.com>
**Subject:** Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.)

Counsel,

Please find attached a Temporary Restraining Order issued by the Court in the above captioned matter. We will be in touch shortly with respect to the requirement to jointly propose an IP Custodian.

Best,
Jordan

**Jordan Garman**
Partner
Dispute Resolution
t +1 617 613 9705
withersworldwide.com | my profile

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505



**Withers Bergman LLP** - 430 Park Avenue, 10th Floor, New York, NY 10022-3505 T: +1 212 848 9800 F: +1 212 848 9888

Withers
London | Geneva | Milan | Padua
Hong Kong | Singapore | Tokyo | British Virgin Islands
New York | Greenwich | New Haven | Texas
San Francisco | Los Angeles | San Diego

This email (and any attachments) is confidential and may also be legally privileged. If you are not the intended recipient please immediately notify the sender then delete it from your system. You should not copy it or use it for any purpose nor disclose its contents to any other person.