Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **DECLARATION OF AARON LOVAAS IN SUPPORT OF PLAINITFF STEVEN SHARIF'S OPPOSITION TO DEFENDANT TFE GAMES HOLDINGS, LLC'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER** <br><br> *Filed concurrently with Filed concurrently with Memorandum of Points and Authorities; Declaration of Jordan W. Garman* <br><br> Judge:  Hon. Linda Lopez <br> Hearing Date:  March 18, 2026 <br><br> Action Filed:  February 14, 2026 <br> Trial Date:  Not Set |

Case No. 3:26-cv-00965-LL-JLB

Withers Bergman LLP

DECLARATION OF AARON LOVAAS IN SUPPORT OF PLAINITFF STEVEN SHARIF'S OPPOSITION TO DEFENDSANT TFE GAMES HOLDINGS, LLC'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

# DECLARATION OF AARON LOVAAS

I, AARON LOVAAS, declare as follows:

1.    I am a Director with the firm Fennemore Craig, P.C, counsel for Steven Sharif and John Moore (together the "Nevada Defendants") in the lawsuit filed against them by TFE Games Holdings, LLC ("TFE") in the Eighth Judicial District Court, Clark County, Nevada, captioned *TFE Games Holdings, LLC v. Steven Sharf et al.*, No. A-26-939022-B (Nev. Dist. Ct., Dep't 13 Feb. 9, 2026) (the "Nevada Action"). All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.    I submit this declaration in support of the Opposition by Plaintiff Steven Sharif ("Plaintiff"), individually and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), to Defendant TFE's Motion to Dissolve the Temporary Restraining Order in the instant case.

3.    A true and correct excerpt of the Nevada Defendants' March 2, 2026 submission in the Nevada Action in opposition to TFE's Motion for Preliminary Injunction, in which Nevada Defendants contest that the Nevada court may exercise personal jurisdiction over them, is attached hereto as **Exhibit 1.** When the Southern District of California thereafter granted Plaintiff's request for a temporary restraining order in the instant action (the "California TRO"), I advised the Nevada Court via filed notice, attaching the California TRO.

4.    On March 9, 2026, the Nevada Court held a hearing in the Nevada Action on TFE's Motion for a Preliminary Injunction. I attended that hearing on behalf of the Nevada Defendants. At the hearing, the Court continued the hearing until March 26, 2026, stating it was "very interested" to first see how the Southern District of California would rule at the preliminary injunction hearing in the instant case, which was then-scheduled for March 18, 2026.

5.    I declare under penalty of perjury that the foregoing is true and correct.

2    Case No. 3:26-cv-00965-LL-JLB

Executed on March 11, 2026 at Las Vegas, Nevada.


By: */s/ Aaron Lovaas*
Aaron Lovaas

Withers Bergman LLP

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF AARON LOVAAS IN SUPPORT OF PLAINITFF STEVEN SHARIF'S OPPOSITION TO DEFENDANT TFE GAMES HOLDINGS, LLC'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER