Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Defendant*
*TFE Games Holdings, LLC*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC,<br><br>          Defendants,<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>          Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB<br><br>**DECLARATION OF THERESA FETTE IN SUPPORT OF REPLY IN SUPPORT OF THE MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER PURSUANT TO FRCP 65(b)(4); MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>*Filed concurrently with Reply in Support of Motion to Dissolve Temporary Restraining Order Pursuant to FRCP 65(b)(4); Memorandum of Points and Authorities*<br><br>Judicial Officer: Hon. Linda Lopez<br>Courtroom: 14B (14th Floor)<br>Hearing Date: March 18, 2026<br>Hearing Time: 4:30 p.m. PST<br><br>Action Filed: February 14, 2026<br>Trial Date: Not Set |

I, Theresa Fette, hereby declare as follows:

1

1. I am over the age of 18, mentally competent and unless otherwise stated, I have personal knowledge of the facts set forth herein. If called upon to testify as to the contents of this declaration, I could and would do so.

2. I am an investor in, and board member of, Intrepid Studios, Inc. ("**Intrepid**").

3. I make this declaration in support of Defendants' Reply in Support of the Motion to Dissolve Temporary Restraining Order Pursuant to FRCP 65(B)(4); Memorandum of Points and Authorities (the "**Reply**") which has been filed contemporaneously in the above-referenced matter.

4. The Reply contains an accurate recitation of TFE's view of the background of this matter.

5. During 2025, Intrepid ran a process to identify a buyer or investor with Aream & Co., a well-respected boutique video game investment banker, with offices in London, Berlin, Singapore and San Francisco.

6. Over roughly one year, Aream contacted at least 42 individual parties, ten of whom I interviewed (with Mr. Sharif), and 2 of whom accessed a data room.

7. Not one of the parties Aream introduced us to offered to buy or invest in *Ashes of Creation* or Intrepid.

8. Robert Dawson was the primary source of funding for Intrepid's operations during the process run by Aream.

9. After the failure of the Aream process, it became clear Intrepid would not be able to pay its bills as they came due.

10. Intrepid is not operating at this time.

11. Mr. Sharif is a guarantor of the CommerceWest Bank loan.

2

Docusign Envelope ID: 964E0440-8CBB-8448-8273-4D3009D64E7E

12.     CommerceWest Bank had a lien on Mr. Sharif's personal residence, which I understand Mr. Sharif recently sold.

13.     I understand CommerceWest Bank currently holds approximately $1,100,000 of the proceeds of the sale of Mr. Sharif's home as security for the loan.

14.     TFE was in the midst of hiring vendors to restart game development when the TRO issued in this case.

15.     Due to the TRO, the game is not being maintained or serviced.

16.     Each day the game is not being serviced, additional customers are requesting refunds and losing interest in the game.

17.     Each day TFE is prevented from continuing to develop the game, the former employees are obtaining new jobs and losing interest.

18.     The timing of getting Ashes of Creation moving forward again is urgent due to nature of the video game market.

Pursuant to 18 U.S.C. § 1623, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2026



/s/ Theresa Fette

Theresa Fette

3