Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Defendant*
*TFE Games Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC,<br><br>Defendants,<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB |

1

**DECLARATION OF LIAM BRENNAN
IN SUPPORT OF TFE GAMES HOLDINGS, LLC'S
<u>MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER</u>**

I, Liam Brennan, declare as follows:

1.  I am the Chief Executive Officer of Companion Group, a video game development and advisory firm that works with companies developing online multiplayer video games.

2.  Through my work with Companion Group and prior experience in the video game industry, I have worked with development teams on large-scale online multiplayer games, including massively multiplayer online role-playing games (**"MMORPGs"**).

3.  Through my professional work in the video game industry, I have become familiar with the development and operational structure of the MMORPG project Ashes of Creation.

4.  Ashes of Creation is a large-scale MMORPG that has been under development for many years and involves complex game systems, server infrastructure, and online service components.

5.  MMORPG projects are among the most technically complex types of video game development and typically require coordinated teams of engineers, designers, and operational staff working continuously over extended periods of time.

6.  Based on my experience in the industry, development of MMORPG projects requires ongoing maintenance and continuous development activity.

7.  These projects rely on numerous third-party software libraries, middleware tools, and development frameworks that must be updated regularly. If development work stops for extended periods of time, those dependencies may become outdated or incompatible with the existing codebase and require additional work to restore

2

compatibility.

8. MMORPG projects also rely on server infrastructure and backend systems that require ongoing maintenance and security updates.

9. In my experience working with online multiplayer games, extended disruption to development operations can significantly delay development progress and make it more difficult to restart development.

10. Large online game projects also depend on the specialized knowledge of the engineers and developers who built the core systems of the game. If development teams are disbanded or personnel leave a project, that knowledge can be difficult to recover and restarting development can become more complex.

11. Online multiplayer games rely heavily on active player communities and ongoing communication between developers and players.

12. Community platforms such as Discord, Reddit, Twitch, and social media typically serve as the primary communication channels between a game's developers and its player community.

13. Based on my personal observations, the official Discord server and social media accounts associated with the game have historically served as the primary communication channels for the project.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated: March 11, 2026

Signed by:

*liam Brennan*

62D818CD183940C...

Liam Brennan
CEO, Companion Group
liam@companiongroup.io

3