Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Defendants Robert Dawson,*
*Ryan Ogden, Theresa Fette, Aaron Bartels,*
*and TFE Games Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT DAWSON; RYAN OGDEN; THERESA FETTE; AARON BARTELS; and TFE GAMES HOLDINGS, LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **DEFENDANTS ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AND AARON BARTELS' NOTICE OF JOINDER TO DEFENDANT TFE GAMES HOLDINGS, LLC'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER PURSUANT TO FRCP 65(b)(4) [ECF NO. 24] AND REPLY IN SUPPORT THEREOF [ECF NO. 36]** <br><br> Judicial Officer: Hon. Linda Lopez <br> Courtroom: 14B (14th Floor) <br> Hearing Date: March 18, 2026 <br> Hearing Time: 4:30 PM PDT <br><br> Action Filed: February 14, 2026 <br> Trial Date: Not Set |

TO:    THE COURT AND ALL PARTIES AND THEIR COUNSEL OF

       RECORD:

       PLEASE TAKE NOTICE that Defendants Robert Dawson, Ryan Ogden,

Theresa Fette, and Aaron Bartels (collectively, the "**Defendants**"), by and through

their counsel of record, Schwartz, PLLC, pursuant to CivLR 7.1.j [1] and Civil

---

[1]    "**Civil Rule**" references are to the Federal Rules of Civil Procedure. "**CivLR**

Chambers Rule 3(D), to avoid duplicative briefing and conserve judicial resources, hereby join in Defendant TFE Games Holdings, LLC's ("**TFE**") *Motion to Dissolve Temporary Restraining Order Pursuant to FRCP 65(b)(4)* [ECF No. 24] (the "**Motion to Dissolve TRO**")[2] in full, and adopt and incorporate by reference as their own all arguments, authorities, and evidence set forth therein.

TFE's Motion to Dissolve TRO, filed on March 6, 2026, moves the Court, pursuant to Civil Rule 65(b)(4), to dissolve the Temporary Restraining Order [ECF No. 20] entered on March 4, 2026. The Motion to Dissolve TRO is set for hearing on March 18, 2026, at 4:30 PM PDT, before the Honorable Linda Lopez, United States District Judge, in Courtroom 14B (14th Floor) of the James M. Carter and Judith N. Keep U.S. Courthouse, located at 333 West Broadway; San Diego, California 92101.

The legal arguments advanced by TFE in its Motion to Dissolve TRO apply equally to Defendants, who respectfully request the same relief as prayed for by TFE therein.

PLEASE TAKE FURTHER NOTICE that Defendants also hereby join in TFE's *Reply in Support of Motion to Dissolve Temporary Restraining Order Pursuant to FRCP 65(b)(4)* [ECF No. 36] (the "**Reply**") in full, and adopt and incorporate by reference as their own all arguments, authorities, and evidence set forth therein. TFE's Reply was filed on March 12, 2026. For all the reasons set forth in the Reply, Defendants respectfully request that the Court dissolve the Temporary Restraining Order as applied to Defendants as well.

///

///

---

or **Local Civil Rule**" references are to the Local Civil Rules of Practice of the United States District Court for the Southern District of California. "**Civil Chambers Rule**" references are to the Honorable Linda Lopez, United States District Judge's Civil Chambers Rules. "**ECF No.**" references are to the numbers assigned to the documents filed in the above-captioned civil action as they appear on the docket maintained by the Clerk of the Court.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Dissolve TRO.

Dated: March 12, 2026.

SCHWARTZ, PLLC

By: /s/ Sasha Aliakbar-Amid
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
601 East Bridger Avenue
Las Vegas, Nevada  89101

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*