Samuel B. Strohbehn, SBN 257697
Irean Z. Swan, SBN 313175
Maddie Rudge, SBN 362727
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
(619) 235-6000
sstrohbehn@rosinglaw.com
mrudge@rosinglaw.com

Sasha Aliakbar-Amid
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
(702) 469-5131
samid@nvfirm.com

Attorneys for Defendants ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS and TFE GAMES HOLDING LLC

ROSING POTT & STROHBEHN LLP<br>770 1ST AVENUE, SUITE 200<br>SAN DIEGO, CALIFORNIA 92101

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC,<br><br>                    Defendants,<br><br>                    And<br><br>INTREPID STUDIOS, INC.,<br><br>                    Nominal Defendant. | Case No. 3:26-cv-00965-LL-JLB<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Judge:        Hon. Linda Lopez<br><br>Action Filed:        February 14, 2026<br>Trial Date:        None Set |

///

///

///

1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Samuel B. Strohbehn of Rosing Pott & Strohbehn, LLP has associated as counsel of record for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels and TFE Games Holding LLC in the above matter with current counsel Sasha Aliakbar-Amid of Schwartz, PLLC.

Please add Mr. Strohbehn to your respective service lists

ROSING POTT & STROHBEHN LLP

Dated:  March 16, 2026          By: _____

Samuel B. Strohbehn
Attorneys for Defendant ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

2

3:26-cv-00965-LL-JLB

ROSING POTT & STROHBEHN LLP
770 1ST AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92101

### CERTIFICATE OF SERVICE
*Sharif v. Dawson, et al.*
USDC Case No. 3:26-cv-00965-LL-JLB

I hereby certify that on March 16, 2026, I electronically filed the foregoing **NOTICE OF ASSOCIATION OF COUNSEL** with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on March 16, 2026, at Bakersfield, California.

*Tressa Schulze*
Tressa Schulze

3:26-cv-00965-LL-JLB