Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>            Plaintiff,<br><br>        v.<br><br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC,<br><br>            Defendants,<br><br>            and<br><br>INTREPID STUDIOS, INC.,<br><br>            Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB<br><br>**DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO**<br><br>Judge:        Hon. Linda Lopez<br><br>Action Filed:  February 14, 2026<br>Trial Date:    Not Set |

WITHERS BERGMAN LLP

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION FOR LAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO

## DECLARATION OF JORDAN W. GARMAN

I, JORDAN W. GARMAN, declare as follows:

1.    I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc., in this action.  All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true.  If called as a witness, I could and would testify competently as to all facts set forth herein.

2.    I submit this declaration to confirm service of Plaintiff Steven Sharif's *Ex Parte* Motion for Leave to File a Sur-Reply in Opposition to Defendants' Motion to Dissolve the Temporary Restraining Order on defense counsel, per this Court's Civil Chambers Rules, Rule 5.

3.    On March 16, 2026, at 2:43 p.m. PST, I served via email with return receipt requested on members of Schwartz, PLLC, counsel for Defendants, copies of (1) Plaintiff Steven Sharif's *Ex Parte* Motion for Leave to file a Sur-Reply in Opposition to Defendants Motion to Dissolve the Temporary Restraining Order; (2) the March 16, 2026 Declaration of Jessica Nall in support of the same and exhibits; (3) the Proposed Order as sent to the Court; and (4) the March 16, 2026 email transmitting the Proposed Order to the Court A true and correct copy of that email, with attachments, is attached hereto as **Exhibit 1**.

4.    On March 16, 2026, at 2:45 p.m. PST, I received a read receipt from Susan Roman of Schwartz, PLLC reflecting that she received and opened the email. A true and correct copy of that receipt is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct.

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO

Executed on March 16, 2026 at Boston, Massachusetts.


By:    */s/ Jordan W. Garman*
Jordan W. Garman

Withers
Bergman LLP

2

Case No. 3:26-cv-00965-LL-JLB
DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION FOR
LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO