# EXHIBIT 2

| | |
|---|---|
| **From:** | Susan Roman <sroman@nvfirm.com> |
| **To:** | Garman, Jordan |
| **Sent:** | Monday, March 16, 2026 5:45 PM |
| **Subject:** | Read: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.) |

Your message

To: Susan Roman
Subject: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.)
Sent: Monday, March 16, 2026 2:42:44 PM (UTC-08:00) Pacific Time (US & Canada)

was read on Monday, March 16, 2026 2:44:28 PM (UTC-08:00) Pacific Time (US & Canada).