# EXHIBIT B

# EXHIBIT 5

Case 3:26-cv-00965-LL-MMP    Document 45-9    Filed 03/16/26    PageID.1400    Page 3

1/30/2026 8:05:32 AM (Delivered 1/30/2026 8:05:32 AM)

I just want to say, this is EXACTLY why the board trying to sneak one past a BANK was a terrible decision to make. Instead of this elaborate foreclosure strategy, someone should have done the normal and RIGHT thing and just reached out to the bank and ASKED for some grace and an extension. Now the situation is FUCKED.

Sorry I'm not trying to be rude. But this is one of the MANY damaging missteps the board chose to take, that puts us in this precarious situation.

1/30/2026 8:08:42 AM (Read 1/30/2026 8:08:46 AM)

Theresa Fette

Steven I have many things to say this but will refrain.  I am tired of pouring my good energy into bad

1/30/2026 8:09:56 AM (Delivered 1/30/2026 8:09:58 AM)

I am not mad at you, and I am sorry that this situation is the way it is. I am appreciative of your attempts of putting in good energy.

1/30/2026 8:10:01 AM (Delivered 1/30/2026 8:10:01 AM)

Just frustrated

1/30/2026 8:17:20 AM (Read 1/30/2026 8:17:37 AM)

Theresa Fette

Steven — my point is simply this: notifying the bank would naturally accelerate any seizure notice. That limited optionality. Perhaps there could have been room to negotiate; perhaps there still is, and we intend to explore that.

I don't see a clear date on the notice, so it's hard to even anchor timing. What I do know is that the loss of access/ passwords and the back-and-forth didn't help stabilize the situation.

There are a lot of moving parts here, and I don't think it's productive for anyone to assign blame. The focus should be on getting clarity and a workable path forward.