Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Irean Z. Swan, Esq.
California Bar No. 313175
iswan@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California  92101
Telephone: (619) 235-6000

*Attorneys for Defendants Robert Dawson,
Ryan Ogden, Theresa Fette, Aaron Bartels,
and TFE Games Holdings, LLC*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 3:26-cv-00965-LL-JLB |
| Plaintiff, | **DEFENDANT TFE GAMES HOLDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO CIVIL RULE 7.1 AND LOCAL CIVIL RULE 40.2** |
| vs. | |
| ROBERT DAWSON; RYAN OGDEN; THERESA FETTE; AARON BARTELS; and TFE GAMES HOLDINGS, LLC, | Judicial Officer: Hon. Linda Lopez Courtroom: 14B (14th Floor) |
| Defendants, | Action Filed: February 14, 2026 Trial Date: Not Set |
| and | |
| INTREPID STUDIOS, INC., | |
| Nominal Defendant. | |

/ / /

/ / /

1                                                              26cv00965-LL-JLB

Defendant TFE Games Holdings, LLC ("**TFE**"), by and through its counsel of record, Schwartz, PLLC and Rosing Pott & Strohbehn LLP, hereby makes the following disclosures pursuant to Civil Rule 7.1[1] and CivLR 40.2:

TFE is a Delaware limited liability company which has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock. TFE is one hundred percent (100%) owned by Defendant Robert Dawson.

Dated: March 16, 2026.

By: */s/ Sasha Aliakbar-Amid*
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101

Samuel B. Strohbehn, Esq.
California Bar No. 257697
Irean Z. Swan, Esq.
California Bar No. 313175
Maddie Rudge, Esq.
California Bar No. 362727
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California  92101

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*

---

[1] "**Civil Rule**" references are to the Federal Rules of Civil Procedure. "**CivLR** or **Local Civil Rule**" references are to the Local Civil Rules of Practice of the United States District Court for the Southern District of California.