Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION TO SHORTEN TIME ON PLAINTIFF'S MOTION TO DISQUALIFY** <br><br> Judge:         Hon. Linda Lopez <br><br> Action Filed:  February 14, 2026 <br> Trial Date:     Not Set |

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION TO SHORTEN TIME ON PLAINTIFF'S MOTION TO DISQUALIFY

## <u>DECLARATION OF JORDAN W. GARMAN</u>

I, JORDAN W. GARMAN, declare as follows:

1.      I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc., in this action.  All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true.  If called as a witness, I could and would testify competently as to all facts set forth herein.

2.      I submit this declaration to confirm service of Plaintiff Steven Sharif's *Ex Parte* Motion to Shorten Time on his Motion to Disqualify Schwartz, PLLC (the "Motion to Shorten Time"), per this Court's Civil Chambers Rules, Rule 5.

3.      On March 17, 2026, at 12:14 a.m. PST, I served via email with return receipt requested on members of Schwartz, PLLC and Samuel Strohbehn, counsel for Defendants, copies of (1) the Motion to Shorten Time; (2) the March 16, 2026 Declaration of Jessica Nall and exhibit in support of the same; (3) the Proposed Order as sent to the Court; and (4) the March 16, 2026 email transmitting the Proposed Order to the Court A true and correct copy of that email, with attachments, is attached hereto as **Exhibit 1**.

4.      On March 17, 2026, at 12:50 a.m. PST, I received a read receipt from Samuel Schwartz of Schwartz, PLLC reflecting that he received and opened the email. A true and correct copy of that receipt is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2026 at Boston, Massachusetts.

By:   */s/ Jordan W. Garman*
      Jordan W. Garman

Withers Bergman LLP

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION TO SHORTEN TIME ON PLAINTIFF'S MOTION TO DISQUALIFY