# EXHIBIT 1

| | |
|---|---|
| **From:** | Garman, Jordan |
| **Sent:** | Tuesday, March 17, 2026 3:14 AM |
| **To:** | Samuel A. Schwartz; Sasha Amid; Emily Anderson; Jason Thomas; Susan Roman; Sstrohbehn@rosinglaw.com |
| **Cc:** | Nall, Jessica; LaVigne, Christopher; Sanichar, Lalindra |
| **Subject:** | Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB |
| **Attachments:** | Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB – Order Granting Plaintiff's Ex Parte Motion to Shorten Time on Plaintiff's Motion to Disqualify Schwartz, PLLC; 907006020_1 _Proposed Order_Sharif v. Dawson et al._3.26.cv.00965_ Order Granting Plaintiff's Ex Parte Motion to Shorten Time on Plaintiff's Motion to Disqualify.docx; 2026.03.16 - Dkt. 48 - Plaintiff's Ex Parte Mot for Order Shortening Time on His Mot to Disqualify Schwartz, PLLC.pdf; 2026.03.16 - Dkt. 48.1 - Decl. of J Nall ISO Plaintiff's Ex Parte Mot. to Shorten Time.pdf; 2026.03.16 - Dkt. 48.2 - Exhibit 1 to J Nall Decl..pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | Samuel A. Schwartz | |
| | Sasha Amid | |
| | Emily Anderson | |
| | Jason Thomas | |
| | Susan Roman | |
| | Sstrohbehn@rosinglaw.com | |
| | Nall, Jessica | Delivered: 3/17/2026 3:14 AM |
| | LaVigne, Christopher | Delivered: 3/17/2026 3:14 AM |
| | Sanichar, Lalindra | Delivered: 3/17/2026 3:14 AM |

Counsel,

Please be advised that, as discussed this morning, we filed today the attached *ex parte* motion to shorten time on Plaintiff's Motion to Disqualify.

In accordance with Judge Lopez's Civil Chambers Rules, Rule 5, we are serving those as-filed papers by email with read receipt requested.

We also attach the proposed order that we submitted to the Court and the email transmitting the proposed order.

Best,
Jordan

**Jordan Garman**
Partner
Dispute Resolution
t +1 617 613 9705
withersworldwide.com | my profile

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505

1

| | |
|---|---|
| **From:** | Garman, Jordan |
| **Sent:** | Tuesday, March 17, 2026 2:48 AM |
| **To:** | efile_lopez@casd.uscourts.gov |
| **Cc:** | Nall, Jessica; Evans, Leslie; Sanichar, Lalindra |
| **Subject:** | Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB – Order Granting Plaintiff's Ex Parte Motion to Shorten Time on Plaintiff's Motion to Disqualify Schwartz, PLLC |
| **Attachments:** | 907006020_1_Proposed Order_Sharif v. Dawson et al._3.26.cv.00965_ Order Granting Plaintiff's Ex Parte Motion to Shorten Time on Plaintiff's Motion to Disqualify.docx |

To Whom It May Concern,

Please find attached a proposed order granting Plaintiff Steven Sharif's *Ex Parte* Motion to Shorten Time on Plaintiff's Motion to Disqualify Schwartz, PLLC. (the "Ex Parte Motion to Shorten Time")

The *Ex Parte* Motion to Shorten Time was filed as ECF No. 48 on the above-captioned docket.

Thank you.

Respectfully submitted,
Jordan Garman


**Jordan Garman**
Partner
Dispute Resolution
t +1 617 613 9705
withersworldwide.com | my profile

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505



Singapore:
where successful
businesses and
families thrive
—

1

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No. 3:26-cv-00965-LL-JLB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY SCHWARTZ, PLLC** |
| v. | |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, | Judge: Hon. Linda Lopez |
| Defendants, | Trial Date: Not Set |
| and | |
| INTREPID STUDIOS, INC., | |
| Nominal Defendant. | |

**ORDER GRANTING PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY SCHWARTZ, PLLC**

Before the Court is Plaintiff Steven Sharif's *Ex Parte* Motion for Order Shortening Time on his Motion to Disqualify Schwartz, PLLC (the "*Ex Parte* Motion") (ECF No. 48).

For good cause shown, the Court **GRANTS** Plaintiff's *Ex Parte* Motion.

Any opposition to Plaintiff's Motion to Disqualify Schwartz, PPLC is due _____.

Any reply in support of Plaintiff's Motion to Disqualify Schwartz, PPLC is due _____.

The hearing on Plaintiff's Motion to Disqualify Schwartz, PPLC shall be held _____.

**IT IS SO ORDERED.**

SIGNED this ____ day of _____, 2026.

_____
HONORABLE LINDA LOPEZ
UNITED STATES DISTRICT JUDGE

2

Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone: 415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone: 619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY SCHWARTZ, PLLC** <br><br> *Filed concurrently with Declaration of Jessica Nall* <br><br> Judge: Hon. Linda Lopez <br> Hearing Date: Not Set <br><br> Action Filed: February 14, 2026 <br> Trial Date: Not Set |

Case No. 3:26-cv-00965-LL-JLB

## NOTICE OF *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY SCHWARTZ, PLLC

**PLEASE TAKE NOTICE** that as soon as the matter may be heard in Courtroom 14B, United States Court House, 333 West Broadway, San Diego, CA, Plaintiff Steven Shariff as an individual and derivatively on behalf of Intrepid Studios, Inc., will and hereby does move this Court *ex parte* for an Order Shortening Time on Plaintiff's Motion to Disqualify Schwartz, PLLC, filed by Plaintiff on March 16, 2026.

This motion is made following conference of counsel, as described in the accompanying Declaration of Jessica Nall, ¶ 4.

Plaintiff makes this application pursuant to this Notice of Motion, the Memorandum of Points and Authorities, and Declaration of Jessica Nall filed concurrently herewith, as well as the pleadings and records on file in this action, and upon such oral and other documentary evidence as this Court may require.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Plaintiff respectfully submits the following Memorandum of Points and Authorities in support of his *Ex Parte* Motion for an Order Shortening Time on his Motion to Disqualify ("Motion to Disqualify"). Good cause exists for expedited consideration of Plaintiff's Motion to Disqualify counsel for two reasons. First, Plaintiff will suffer irreparable injury if defense counsel Schwartz, PLLC, which possesses from Plaintiff privileged and confidential information materially and substantially related to this litigation, is permitted to argue for Defendants at the March 18, 2026 hearing on Defendants' Motion to Dissolve the TRO. Second, Plaintiff did not manufacture the exigency here where counsel was made aware of the facts supporting the disqualification motion only last week, in the midst of another deadline in this matter, and have brought this motion as expeditiously as possible. Plaintiff therefore requests an order shortening the time on his Motion to Disqualify such that the Motion to Disqualify is heard prior to the hearing on Defendants' Motion to Dissolve the TRO.

## II.    FACTUAL BACKGROUND

On March 2, 2026, Plaintiff moved for a Temporary Restraining Order ("TRO"), seeking to restrain Defendants from using, access, selling, or distributing Intrepid's intellectual property and trade secret assets, which TFE purports to own. (*See* ECF No. 10). This Court granted the TRO on March 4, 2026, (*see* ECF No. 20), and ordered Defendants to show cause why a preliminary injunction should not issue, with Defendants' written response due by March 11, 2026, Plaintiff's reply due by March 13, 2026, and a hearing set for March 18, 2026. (*See* ECF No. 20 at 10-13.) In lieu of complying with the Court's schedule, TFE filed a Motion to Dissolve the TRO on March 6, 2026, (*see* ECF No. 24), in response to which the Court deferred the preliminary injunction briefing and hearing, ordered Plaintiff's response due by March 11, 2026 and Defendants' reply by March 12, 2026, and set a hearing for March

2    Case No. 3:26-cv-00965-LL-JLB

18, 2026. (*See* ECF No. 30.)

On or about March 10, 2026, Plaintiff's counsel was made aware for the first time of the facts supporting the Motion to Disqualify. (*See* Mar. 16, 2026 Declaration of Jessica Nall ("Nall Decl.") ¶ 3.) As outlined in the Motion to Disqualify, this conflict stems from a consultation between Schwartz, PLLC and Plaintiff—before Schwartz, PLLC represented any of the Defendants—in which Plaintiff provided privileged and confidential information, and Schwartz, PLLC provided legal advice, materially and substantially related to the instant dispute. This Court is scheduled to hear arguments on Defendants' Motion to Dissolve in just two days, on March 18, 2026. (*See* ECF No. 30.)   Unless disqualified, Schwartz, PLLC will argue the preliminarily dispositive Motion to Dissolve while in possession of, and relying on, factual information Plaintiff previously disclosed to him in confidential attorney-client communications.

## III.   <u>ARGUMENT</u>

The Federal Rules enable a party to, "for good cause," apply *ex parte* for a court order setting an expedited hearing schedule. *See* Fed. R. Civ. P. 6(c)(1)(C); Loc. Civ. R. 7.1(e)(5). Good cause exists where "the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures" and "the moving party is without fault in creating the crisis that requires *ex parte* relief, or that the crisis occurred as a result of excusable neglect." *Walpert v. Solar Integrated Roofing Corp*., 2025 WL 863474, at *1 (S.D. Cal. Mar. 19, 2025) (citing *Mission Power Eng'g Co. v. Cont'l Cas. Co*., 883 F. Supp. 488, 492 (C.D. Cal. 1995)). Whether to grant an application under Rule 6(c) is a matter of the court's discretion. *See Johnson v. O'Malley*, 2024 WL 3567404, at *2 (S.D. Cal. July 29, 2024).

Good cause to expedite the hearing on the Motion to Disqualify exists here. Plaintiff may be irreparably prejudiced if Schwartz, PLLC—who possesses from Plaintiff privileged and confidential information materially and substantially related

WITHERS
BERGMAN LLP

3

Case No. 3:26-cv-00965-LL-JLB

PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY
SCHWARTZ, PLLC

to this dispute—is permitted to represent Defendants at the March 18, 2026 hearing to dissolve the TRO. *Cf. Fed. Ins. Co. v. Z&L Holdings, LLC*, 2024 WL 5257017, at *3 (C.D. Cal. Oct. 31, 2024) (holding the "serious ethical . . . concerns" surrounding the "unauthorized representation" by counsel presented a "threat of immediate or irreparable injury" that was "gravely concerning and require[d] the Court's full and immediate attention."). Moreover, Plaintiff is not at fault for the exigency, as counsel was made aware of the facts underlying the Motion to Disqualify less than a week ago in the midst of a 48-hour deadline to oppose Defendants' Motion to Dissolve, and counsel has brought this motion as expeditiously as possible. (*See* Nall Decl. ¶¶ 3, 5.)

## IV.   **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests the Court grant Plaintiff's *Ex Parte* Motion for Order Shortening Time On His Motion to Disqualify Schwartz, PLLC.

WITHERS
BERGMAN LLP

PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY SCHWARTZ, PLLC

DATED:  March 16, 2026          WITHERS BERGMAN LLP


By:  */s/ Jessica Nall*
Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

WITHERS
BERGMAN LLP

5                    Case No. 3:26-cv-00965-LL-JLB
PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY
SCHWARTZ, PLLC

Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 3:26-cv-00965-LL-JLB |
| Plaintiff, | **DECLARATION OF JESSICA NALL IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY SCHWARTZ, PLLC** |
| v. | |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, | *Filed concurrently with Ex Parte Application for Order Shortening Time* |
| Defendants, | Judge:          Hon. Linda Lopez Hearing Date:  Not Set |
| and | |
| INTREPID STUDIOS, INC., | Action Filed:  February 14, 2026 Trial Date:      Not Set |
| Nominal Defendant. | |

WITHERS BERGMAN LLP

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF JESSICA NALL IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY SCHWARTZ, PLLC

## DECLARATION OF JESSICA NALL

I, JESSICA NALL, declare as follows:

1. I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2. I submit this declaration in support of Plaintiff Steven Sharif's *Ex Parte* Application for Order Shortening Time on its Motion to Disqualify Schwartz, PLLC (the "Motion to Disqualify").

3. On March 10, 2026, I was made aware of facts showing that counsel for Defendants, Schwartz, PLLC, suffers from a direct conflict of interest stemming from a 2024 consultation between Samuel Schwartz and Plaintiff, on both his own and Intrepid's behalf. During that consultation, Plaintiff divulged privileged and confidential information materially and substantially related to the subject matter of this litigation, and Mr. Schwartz provided legal advice.

4. On March 16, 2026, in accordance with Local Civil Rule 83.3(g) and this Court's Civil Chambers Rules 5, I contacted counsel for Defendants in good faith to discuss this *Ex Parte* Motion. A true and correct copy of that correspondence is attached hereto as **Exhibit 1**. That day, I participated in a telephonic meet and confer with counsel for Defendants. During that conversation, counsel for Defendants represented that they did not consent to Plaintiff's *Ex Parte* Application to Shorten Time on its Motion to Disqualify.

5. Plaintiff brought the Motion to Disqualify as expeditiously as possible, in light of being made aware of the facts underlying the Motion to Disqualify in the midst of a 48-hour deadline to oppose Defendant's Motion to Dissolve the Temporary Restraining Order. (*See* ECF Nos. 30, 35.)

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF JESSICA NALL IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY SCHWARTZ, PLLC

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2026 at San Francisco, California.


By: */s/ Jessical Nall*
Jessica Nall

WITHERS
BERGMAN LLP

2

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF JESSICA NALL IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON HIS MOTION TO DISQUALIFY SCHWARTZ, PLLC

# EXHIBIT 1

| | |
|---|---|
| **From:** | Nall, Jessica |
| **Sent:** | Monday, March 16, 2026 11:24 AM |
| **To:** | Samuel A. Schwartz |
| **Cc:** | Sasha Amid; Emily Anderson; Susan Roman; Jason Thomas; LaVigne, Christopher; Garman, Jordan |
| **Subject:** | Request to meet and confer: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.) |

Sam and team,

Please let us know your availability for a meet and confer call today so that we can obtain and reflect your position on the following filings we intend to make with the federal court in San Diego as soon as possible today:

Motion to Disqualify Schwartz, PLLC, Ex Parte Motion to shorten time on Motion to Disqualify, Ex Parte Motion to file Surreply.

Thank you kindly,

Jessica

**Jessica Nall**
Partner | Executive Crisis Management and Defense
Litigation | White Collar and Regulatory Defense | Investigations
withersworldwide.com | my profile

Withers Bergman LLP
909 Montgomery Street, Suite 300, San Francisco, CA 94133

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Tuesday, March 10, 2026 10:04 AM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** Sasha Amid <samid@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; Jason Thomas <JThomas@nvfirm.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Nall, Jessica <Jessica.Nall@withersworldwide.com>
**Subject:** RE: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.)

Good morning – I think it does – we will circulate a joint request so we can put it in front of the Court.  I appreciate you will likely be there in person.

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the

1

intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Sent:** Tuesday, March 10, 2026 10:01 AM
**To:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Cc:** Sasha Amid <samid@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; Jason Thomas <JThomas@nvfirm.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Nall, Jessica <Jessica.Nall@withersworldwide.com>
**Subject:** RE: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.)

Hi Sam, if it obviates the need for today's call, we have no objection to you or your team appearing remotely for the March 18 hearing.

Best,
Jordan

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Monday, March 9, 2026 3:28 PM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** Sasha Amid <samid@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; Jason Thomas <JThomas@nvfirm.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Nall, Jessica <Jessica.Nall@withersworldwide.com>
**Subject:** Re: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.)

Jordan, good afternoon - Judge Lopez just converted the hearing on March 18 to one on our motion to dissolve and asked us to meet and confer on video appearances.  Are you available from 2:30-3, or 3:30-4 for a call today?

Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207
SASchwartz@nvfirm.com

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

> On Mar 9, 2026, at 10:52 AM, Garman, Jordan <Jordan.Garman@withersworldwide.com> wrote:
>
> Thank you, Sam.

2

Confirmed that we are preparing a notice, a draft of which we will provide to you for signoff before we file. Ted generally appears to have relevant experience, however, we believe that a San Diego-based neutral is highly preferable due to what we understand to be significant IP assets located physically in San Diego that are within the scope of the TRO. We also think that either Michael's or John's specific experience with and expertise in IP and digital assets, which Ted does not appear to have, is important given the nature of the disputed assets. Are you amenable to agreeing to one of Michael or John?

Best,
Jordan

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Sunday, March 8, 2026 11:40 PM
**To:** Garman, Jordan <Jordan.Garman@withersworldwide.com>
**Cc:** Sasha Amid <samid@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; Jason Thomas <JThomas@nvfirm.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Nall, Jessica <Jessica.Nall@withersworldwide.com>
**Subject:** Re: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.)

CAUTION: This email originated from an external source.
Jordan, good evening - as we discussed on Friday, one of the professionals we like for these roles is Ted Burr.  Ted acts as a trustee, receiver and financial advisor.  His resume can be found at the bottom of his web page here.  https://macrestructuring.com/.  Please confirm your office is preparing the notice and we can file with whomever we land on tomorrow afternoon.

Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207
SASchwartz@nvfirm.com

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

> On Mar 6, 2026, at 2:59 PM, Garman, Jordan <Jordan.Garman@withersworldwide.com> wrote:
>
>
> Counsel,
>
> In accordance with the Court's March 4, 2026 Order requiring the parties to jointly submit a proposed neutral IP custodian to the Court by Monday, March 9, we propose retaining one of the following individuals to act as neutral IP custodian:

1. Michael Kunkel, at Setec Investigations;
2. John Ellis, at Law Office of John C. Ellis, Jr.

Their CVs are attached. Please let us know if you are agreeable to either.

Best regards,
Jordan

---

**From:** Garman, Jordan
**Sent:** Thursday, March 5, 2026 12:37 PM
**To:** 'samid@nvfirm.com' <samid@nvfirm.com>
**Cc:** Samuel A. Schwartz <saschwartz@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; Jason Thomas <jthomas@nvfirm.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Nall, Jessica <Jessica.Nall@withersworldwide.com>
**Subject:** Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.)

Counsel,

Please find attached a Temporary Restraining Order issued by the Court in the above captioned matter. We will be in touch shortly with respect to the requirement to jointly propose an IP Custodian.

Best,
Jordan

**Jordan Garman**
Partner
Dispute Resolution
t +1 617 613 9705
withersworldwide.com | my profile

Withers Bergman LLP
100 Federal Street, Suite 1902, Boston, MA 02110*
430 Park Avenue, 10th Floor, New York, New York 10022-3505

---

**Withers Bergman LLP** - 430 Park Avenue, 10th Floor, New York, NY 10022-3505 T: +1 212 848 9800 F: +1 212 848 9888

Withers
London | Geneva | Milan | Padua
Hong Kong | Singapore | Tokyo | British Virgin Islands
New York | Greenwich | New Haven | Texas
San Francisco | Los Angeles | San Diego

This email (and any attachments) is confidential and may also be legally privileged. If you are not the intended recipient please immediately notify the sender then delete it from your system. You should not copy it or use it for any purpose nor disclose its contents to any other person.

<Michael Kunkel, Setec Investigations, Curriculum Vitae with Testimony.pdf>
<Ellis_CV_2026.pdf>

4