Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 3:26-cv-00965-LL-JLB |
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| v. | Judge:        Hon. Linda Lopez |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, | Action Filed:   February 14, 2026<br>Trial Date:     Not Set |
| Defendants, | |
| and | |
| INTREPID STUDIOS, INC., | |
| Nominal Defendant. | |

Withers
Bergman LLP

Case No. 3:26-cv-00965-LL-JLB

NOTICE OF WITHDRAWAL

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** on March 16, 2026, Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Plaintiff"), filed his sur-reply in further opposition to Defendants' Motion to Dissolve the Temporary Restraining Order. (ECF No. 45.) Plaintiff also filed an accompanying Declaration of Steven Sharif, five exhibits, and Declaration of Jordan W. Garman.  (*See* ECF Nos. 45-1, 45-2, 45-3, 45-4, 45-5, 45-6, 45-7.)

Pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California, the documents were incorrectly filed as they were filed using the CM/ECF account of an attorney other than the individual who signed the documents.

Plaintiff hereby withdraws his sur-reply and accompanying documents. (ECF No. 45). Plaintiff will immediately refile using the correct electronic signature and/or CM/ECF account.

Withers
Bergman LLP

2

NOTICE OF WITHDRAWAL

Case No. 3:26-cv-00965-LL-JLB

DATED:  March 17, 2026          RESPECTFULLY SUBMITTED,

By:   */s/ Jessica Nall*
Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*