Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 3:26-cv-00965-LL-JLB |
| Plaintiff, | **DECLARATION OF STEVEN SHARIF IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO** |
| v. | |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, | *Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Declaration of Jordan W. Garman* |
| Defendants, | |
| and | Judge:          Hon. Linda Lopez |
| | Hearing Date:  March 18, 2026 |
| INTREPID STUDIOS, INC., | |
| Nominal Defendant. | Action Filed:  February 14, 2026 |
| | Trial Date:     Not Set |

Case No. 3:26-cv-00965-LL-JLB

WITHERS
BERGMAN LLP

DECLARATION OF STEVEN SHARIF IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO

## DECLARATION OF STEVEN SHARIF

I, STEVEN SHARIF, declare as follows:

1.    I am a co-founder of Intrepid Studios, Inc ("Intrepid"). I am the former CEO of Intrepid, and I served on its board of directors from the company's inception until my resignation on January 19, 2026. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.    I submit this declaration in support of Plaintiff's Sur-Reply in Opposition to Defendants' Motion to Dissolve the Temporary Restraining Order (*See* ECF No. 24.)

3.    In or about October 2022, well before any alleged default, Intrepid engaged Aream & Co. ("Aream") to assist in raising equity and debt financing and in identifying potential publishing partners. In that capacity, Aream prepared and provided materials concerning investor outreach strategy. Those materials were not prepared for, and do not relate to, any foreclosure disposition. A true and correct excerpt of Aream's September 2022 PowerPoint for Intrepid Studios is attached hereto as **Exhibit 1.**

4.    Aream's efforts to raise capital or identify publishing partners were wholly unrelated to the foreclosure process. On December 27, 2025, Defendant Robert Dawson contacted Aream to advise them for the first time that he intended to proceed with a foreclosure to transfer Intrepid's assets to a new entity. Aream acknowledged the communication as notice of an entity change, but otherwise did not participate in any sale or foreclosure activity. A true and correct copy of that correspondence is attached hereto as **Exhibit 2 and Exhibit 3.**

5.    Intrepid never engaged Aream to find a buyer for either Intrepid or *Ashes of Creation* as part of the Article 9 Foreclosure process.

6.    Contrary to Defendant Theresa Fette's suggestion that no potential buyers for Intrepid's assets existed, at least one potential buyer expressed interest in

WITHERS
BERGMAN LLP

acquiring Intrepid's assets shortly before the foreclosure sale. Attached as **Exhibit 4** is a true and correct copy of a January 30, 2026 text message correspondence between Theresa Fette and me concerning that prospective buyer.

7.    Defendants' failure to notify CommerceWest Bank was deliberate and purposeful. On January 30, 2026, Defendant Fette and I corresponded via text message regarding the lack of notice to CommerceWest Bank, during which she stated that "notifying [CommerceWest Bank] would naturally accelerate any seizure notice. That limited optionality." A true and correct copy of that correspondence is attached hereto as **Exhibit 5.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16 , 2026 at Harrisonburg, Virginia.

By: _____
Steven Sharif

2

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF STEVEN SHARIF IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO