Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 3:26-cv-00965-LL-JLB |
| Plaintiff, | **DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO** |
| v. | |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, | *Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Declaration of Steven Sharif* |
| Defendants, | |
| and | Judge:             Hon. Linda Lopez |
| | Hearing Date:  March 18, 2026 |
| INTREPID STUDIOS, INC., | |
| Nominal Defendant. | Action Filed:  February 14, 2026 |
| | Trial Date:     Not Set |

WITHERS BERGMAN LLP

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO

## DECLARATION OF JORDAN W. GARMAN

I, JORDAN W. GARMAN, declare as follows:

1.    I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc., in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.    I submit this declaration in support of Plaintiff's Sur-Reply in Opposition to Defendants' Motion to Dissolve the Temporary Restraining Order. (*See* ECF No. 24.)

3.    On February 13, 2026 and March 5, 2026, I participated in Zoom meetings with CommerceWest Bank's lawyers. They indicated that Defendants did not provide CommerceWest Bank with prior notice of Defendant TFE Games Holdings LLC's January 16, 2026 foreclosure on Intrepid's assets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2026 at Boston, Massachusetts.


By: */s/ Jordan W. Garman*
      Jordan W. Garman

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-JLB

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO