UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS LLC,<br><br>Defendants,<br><br>And<br><br>INTREPID STUDIOS, INC.,<br><br>Nominal Defendant. | Case No.: 26cv965-LL-JLB<br><br>**ORDER:**<br><br>**(1) GRANTING DEFENDANT TFE GAMES HOLDINGS, LLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>[ECF No. 23]<br><br>**(2) GRANTING DEFENDANT TFE GAMES HOLDINGS, LLC'S REQUEST FOR ORAL ARGUMENT**<br><br>[ECF No. 26] |

On March 6, 2026, Defendant TFE Games Holdings, LLC filed a request for judicial notice. ECF No. 23. Specifically, Defendant requested judicial notice of the amended complaint and a reply brief with exhibits regarding a motion for preliminary injunction in the Nevada state court case of *TFE Games Holdings, LLC v. Sharif*, Case No. A-26-939022-B. *Id.* The Court **GRANTS** the request by taking judicial notice of the

1

court filings, but "not for the truth of the facts recited therein" as to any disputed facts. *See Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record.").

Also on March 6, 2026, Defendant requested oral argument on its Motion to Dissolve Temporary Restraining Order, which is set for hearing on March 18, 2026. ECF No. 26. The parties have fully briefed the Motion to Dissolve the TRO so the Court does not believe oral argument is necessary, but **GRANTS** the request by allowing each side up to five minutes for oral argument.

**IT IS SO ORDERED.**

Dated: March 18, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv965-LL-JLB