# EXHIBIT 4

Docusign Envelope ID: 26412679-A8AD-86F6-8140-EAB364CFCA6F

Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
Samuel A. Schwartz, Esq. (admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Defendant*
*TFE Games Holdings, LLC*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB <br><br> **DECLARATION OF ROBERT DAWSON IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65** <br><br> Judicial Officer: Hon. Linda Lopez <br> Courtroom: 14B (14th Floor) <br> Hearing Date: <br> Hearing Time: <br><br> Action Filed: February 14, 2026 <br> Trial Date: Not Set |

1

Docusign Envelope ID: 26412679-A8AD-86F6-8140-EAD364CFCA6F

I, Robert Dawson, hereby declare as follows:

1.    I am over the age of 18, mentally competent and unless otherwise stated, I have personal knowledge of the facts set forth herein. If called upon to testify as to the contents of this declaration, I could and would do so.

2.    I make this declaration in support of the Response.

3.    The Response contains an accurate recitation of TFE's view of the background of this matter.

4.    On March 25, 2026, TFE set aside the Article 9 Sale[1] and returned the Collateral, including *Ashes of Creation*, to Intrepid.

5.    Attached hereto as **Exhibit A** are true and correct copies of the Assignment Agreement and Bill of Sale transferring the Collateral from TFE to Intrepid, subject to TFE's liens.

6.    Attached hereto as **Exhibit B** is a true and correct copy of the financial forecast Steven Sharif provided me for Intrepid for the years 2022 and 2023.

7.    Each of the Notes was secured by the Security Agreement.

Pursuant to 18 U.S.C. § 1623, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2026

DocuSigned by:

/s/ Robert Dawson

9FB0FDC25750433...

Robert Dawson

---

[1]    Capitalized terms not otherwise defined shall have the same meaning as in the Response.

2



# EXHIBIT A

Docusign Envelope ID: 7EF20BC6-3A09-3440-81CA-F73195A48C36

## ASSIGNMENT AND ASSUMPTION OF ASSETS

THIS ASSIGNMENT AND ASSUMPTION OF ASSETS (this "**Assignment**"), is made as of March 25, 2026, by and between TFE GAMES HOLDINGS, LLC, a Delaware limited liability company ("**Assignor**"), on the one hand, and INTREPID STUDIOS, INC., a Delaware corporation ("**Assignee**"), on the other hand.

On January 16, 2026, at 1:00 p.m. (Pacific Time), Assignor conducted an Article IX sale (the "**Article IX Sale**") of all assets belonging to Assignee including but not limited to shares, intellectual property, software, all real property, personal property, trademarks, licenses, cash, accounts and notes receivable, inventory, equipment, all other assets, intangible or tangible, and proceeds of the foregoing, whether voluntary or involuntary, including but not limited to those assets conveyed pursuant to the Article IX Sale (collectively, the "**Article IX Sale Assets**"). At the Article IX Sale, Assignor placed the only, highest, and best offer.  As a result, Assignor was the winning bidder and became the lawful owner of the Article IX Sale Assets.

NOW, FOR VALUE RECEIVED, pursuant to that certain Bill of Sale dated March 25, 2026, attached as Exhibit A (the "**Bill of Sale**"), Assignor sells, transfers, conveys and assigns to Assignee, on an "as-is where-is" basis and subject to all liens, including but not limited to the Permitted Encumbrances, as defined in the Bill of Sale, and any and all other liens on record that existed prior to the Article IX Sale, all of Assignor's rights, title and interests in and to the Article IX Sale Assets, together with all recourse rights and remedies that Assignor presently has or may have, or other duties or obligations under the Article IX Sale Assets with respect to any existing or prior unresolved disputes or defaults, including, without limitation, payment defaults.

Assignee accepts the foregoing assignment and assumes all of the duties, obligations and liabilities of Assignor with respect to the Article IX Sale Assets, to the extent arising on and after the date of this Assignment.

This Assignment shall be governed by the laws of the State of Delaware without giving effect to the conflict of laws principles thereof.

This Assignment may be executed by one or more parties to this Assignment in any number of counterparts and all said counterparts taken together shall be deemed to constitute one and the same instrument.

[no further text on this page, signature page to follow]

1

Docusign Envelope ID: 7EF20BC6-3A09-8440-81CA-F73195A48C36

**IN WITNESS WHEREOF**, the Parties have executed this Assignment as of the Effective Date.

Assignor:                          TFE GAMES HOLDINGS, LLC,
                                   a Delaware limited liability company

                                   DocuSigned by:
                                   By: Robert Dawson
                                   ⎯9FB0FDC25750433...⎯

                                   Name: Robert Dawson

                                   Title: Member


Assignee:                          INTREPID STUDIOS, INC,
                                   a Delaware corporation

                                   DocuSigned by:
                                   B  Robert Dawson
                                   ⎯9FB0FDC25750433...⎯

                                   Name: Robert Dawson

                                   Title: Member

2

Docusign Envelope ID: 7EF20BC6-3A09-8440-81CA-F73195A48C36

**EXHIBIT A**

**Bill of Sale**

Docusign Envelope ID: 7EE20BC6-3A09-9440-81CA-F73195A48C36

## BILL OF SALE

**FOR GOOD AND VALUABLE CONSIDERATION**, the receipt and sufficiency of which are hereby acknowledged, TFE GAMES HOLDINGS, LLC, a Delaware limited liability company ("**Seller**") hereby sells, assigns, transfers, and conveys to INTREPID STUDIOS, INC., a Delaware corporation ("**Purchaser**"), all of Seller's right, title and interest in and to the Article IX Sale Assets as described in that certain Assignment and Assumption of Assets, dated March 25, 2026, by and between Seller and Purchaser (the "**Assignment**"), to which this Bill of Sale is attached as Exhibit A.

Seller warrants that it has good and marketable title to the Article IX Sale Assets, on an "as-is where-is" basis and subject to all liens, including but not limited to those identified on Schedule A, attached hereto (the "**Permitted Encumbrances**"), and any and all other liens on record that existed prior to the Article IX Sale, as defined in the Assignment.

This instrument may be executed in one or more counterparts, each of which shall be deemed an original, and such counterparts shall constitute but one and the same instrument. A signed copy of this instrument delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this instrument.

[no further text on this page, signature page to follow]

Docusign Envelope ID: 7EF20BC6-3A09-8440-81CA-F73195A48C36

**IN WITNESS WHEREOF**, Seller executed this Bill of Sale on March 25, 2026.

TFE GAMES HOLDINGS, LLC,
a Delaware limited liability company

By ____Robert Dawson_____

Name: ___Robert Dawson_____

Title: ___Member_____

Docusign Envelope ID: 7EF20BC6-3A09-8440-81CA-573195A48C36

## SCHEDULE A

### **Permitted Encumbrances**

1. Those liens as set forth in that certain UCC-1 in favor of CommerceWest Bank, filed with the State of California Secretary of State on December 15, 2020, having a File Number of U200037395635

2. Those liens as set forth in that certain UCC-1 in favor of U.S. Small Business Administration, filed with the State of California Secretary of State on July 26, 2020, having a File Number of U200004968430

3. Those liens as set forth in that certain UCC-1 in favor of Robert Dawson, filed with the State of California Secretary of State on May 13, 2024, having a File Number of U240040960326, as assigned to TFE Games Holdings, LLC, pursuant to that certain UCC-3 Financing Statement, filed with the State of California Secretary of State on January 7, 2026, File No. U260001403217

# EXHIBIT B