Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 3:26-cv-00965-LL-MMP |
| Plaintiff, | **DECLARATION OF STEVEN SHARIF IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S REPLY IN SUPPORT OF PRELIMINARY INJUNCTION** |
| v. | |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, | *Filed concurrently with Memorandum of Points and Authorities; Declaration of Jordan W. Garman* |
| Defendants, | Judge:          Hon. Linda Lopez |
| and | Hearing Date:  April 2, 2026 |
| INTREPID STUDIOS, INC., | Action Filed:  February 14, 2026 |
| Nominal Defendant. | Trial Date:     Not Set |

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-MMP

## **<u>DECLARATION OF STEVEN SHARIF</u>**

I, STEVEN SHARIF, declare as follows:

1.      I am a co-founder of Intrepid Studios, Inc ("Intrepid"). I am the former CEO of Intrepid, and I served on its board of directors from the company's inception until my resignation on January 19, 2026. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.      I submit this declaration in support of Plaintiff Steven Sharif's Reply in Support of Preliminary Injunction.

3.      On May 16, 2024, Defendant Robert Dawson executed Intrepid's Shareholder Agreement. A true and correct excerpt of this executed agreement is attached hereto as **Exhibit 1**. This agreement contains confidentiality provisions, which state that "each Shareholder shall … keep confidential and not … disclose … any Confidential Information" of Intrepid, including, *inter alia*, "financial statements." (*See* Exhibit 1, Article V, Section 5.01.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2026 at Harrisonburg Virginia.

By: _____
Steven Sharif

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-MMP