Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S REPLY IN SUPPORT OF PRELIMINARY INJUNCTION** <br><br> *Filed concurrently with Memorandum of Points and Authorities; Declaration of Steven Sharif* <br><br> Judge:        Hon. Linda Lopez <br> Hearing Date:  April 2, 2026 <br><br> Action Filed:  February 14, 2026 <br> Trial Date:     Not Set |

## DECLARATION OF JORDAN W. GARMAN

I, JORDAN W. GARMAN, declare as follows:

1.    I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.    I submit this declaration in support of Plaintiff Steven Sharif's Reply in Support of Preliminary Injunction.

3.    On December 2, 2025, an Intrepid vendor named SADA Systems, LLC ("SADA"), an authorized reseller of Google, brought a breach of contract claim in New York Superior Court (Index No. 656217/2025) alleging Intrepid is liable for $852,631.21 in missed payments. A true and correct copy of that complaint is attached hereto as **Exhibit 1**. On March 5, 2026, SADA moved for default judgment. A true and correct copy of that Motion for Default Judgment is attached hereto as **Exhibit 2**.

4.    On February 20, 2026, following the mass layoffs of all Intrepid employees earlier that month, former Intrepid employees brought a class action lawsuit in the Southern District of California against Intrepid and each party to this lawsuit—including TFE Games Holdings, LLC—alleging violations of the federal WARN Act, the California WARN Act, and state labor laws.  A true and correct copy of the class action complaint is attached hereto as **Exhibit 3**.

5.    On March 25, 2026, Defendants purportedly "set aside" the private foreclosure by, and sale of Intrepid's assets to, Defendant TFE on January 16, 2026. (*See* ECF No. 58 at 8.)  Defendants did so without notice to Plaintiff or Plaintiff's counsel.

I declare under penalty of perjury that the foregoing is true and correct.

WITHERS BERGMAN LLP

Case No. 3:26-cv-00965-LL-MMP
DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S REPLY IN SUPPORT OF PRELIMINARY INJUNCTION

Executed on March 27, 2026 at Boston, Massachusetts.


By:  */s/ Jordan W. Garman*
Jordan W. Garman