# EXHIBIT 2



# REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 12/16/2024)

## Supreme COURT, COUNTY OF New York

Index No: _____ 656217/2025 _____    Date Index Issued: _____ 12/03/2025 _____

| **For Court Use Only:** |
| --- |
| IAS Entry Date |
| |
| Judge Assigned |
| |
| RJI Filed Date |
| |

**CAPTION**    Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

SADA Systems, LLC

Plaintiff(s)/Petitioner(s)

-against-

Intrepid Studios, Inc.

Defendant(s)/Respondent(s)

---

**NATURE OF ACTION OR PROCEEDING:**    Check only one box and specify where indicated.

### COMMERCIAL

- ☒ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☐ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial (specify): _____

**NOTE:** For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.

### TORTS

- ☐ Asbestos
- ☐ Environmental (specify): _____
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability (specify): _____
- ☐ Other Negligence (specify): _____
- ☐ Other Professional Malpractice (specify): _____
- ☐ Other Tort (specify): _____

### SPECIAL PROCEEDINGS

- ☐ Child-Parent Security Act (specify): ☐ Assisted Reproduction ☐ Surrogacy Agreement
- ☐ CPLR Article 75 - Arbitration    [see **NOTE** in **COMMERCIAL** section]
- ☐ CPLR Article 78 - Proceeding against a Body or Officer
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 - Kendra's Law
- ☐ MHL Article 10 - Sex Offender Confinement (specify): ☐ Initial ☐ Review
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene (specify): _____
- ☐ Other Special Proceeding (specify): _____

### MATRIMONIAL

- ☐ Contested

  **NOTE:** If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum (UCS-840M)**.

  For Uncontested Matrimonial actions, use the Uncontested Divorce RJI **(UD-13)**.

### REAL PROPERTY    Specify how many properties the application includes: _____

- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify): ☐ Residential ☐ Commercial

  Property Address: _____

  **NOTE:** For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.

- ☐ Partition

  **NOTE:** Complete and attach the **PARTITION RJI ADDENDUM (UCS-840P)**.

- ☐ Tax Certiorari (specify): Section: _____ Block: _____ Lot: _____
- ☐ Tax Foreclosure
- ☐ Other Real Property (specify): _____

### OTHER MATTERS

- ☐ Certificate of Incorporation/Dissolution    [see **NOTE** in **COMMERCIAL** section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change/Sex Designation Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other (specify): _____

---

**STATUS OF ACTION OR PROCEEDING**    Answer YES or NO for every question and enter additional information where indicated.

| | YES | NO | |
| --- | --- | --- | --- |
| Has a summons and complaint or summons with notice been filed? | ☒ | ☐ | If yes, date filed: _____ 12/01/2025 |
| Has a summons and complaint or summons with notice been served? | ☒ | ☐ | If yes, date served: _____ 12/17/2025 |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: _____ |

---

**NATURE OF JUDICIAL INTERVENTION**    Check one box only and enter additional information where indicated.

- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice    Date Issue Joined: _____
- ☒ Notice of Motion    Relief Requested: Judgment - Default    Return Date: 04/13/2026
- ☐ Notice of Petition    Relief Requested: _____    Return Date: _____
- ☐ Order to Show Cause    Relief Requested: _____    Return Date: _____
- ☐ Other Ex Parte Application    Relief Requested: _____
- ☐ Partition Settlement Conference
- ☐ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Waiver of Court Costs, Fees and Expenses
- ☐ Writ of Habeas Corpus
- ☐ Other (specify): _____

Case 3:26-cv-00965-LL-MMP   Document 60-5   Filed 03/27/26   PageID 1092   Page 3 of 6

| RELATED CASES | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**. | | | |
|---|---|---|---|---|
| **Case Title** | **Index/Case Number** | **Court** | **Judge (if assigned)** | **Relationship to instant case** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PARTIES** — For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**.

| Un-Rep | Parties — List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants — For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined — For each defendant, indicate if issue has been joined. | Insurance Carriers — For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: SADA Systems, LLC  Role(s): Plaintiff/Petitioner | PHILIP TAFET, Ballard Spahr LLP, 1675 Broadway 19 FL, New York, NY 10019, 2122230200, tafetp@ballardspahr.com | ☒ YES ☐ NO | |
| ☒ | Name: Intrepid Studios, Inc.  Role(s): Defendant/Respondent | 4955 Rancho Del Mar Trail, San Diego, CA 92130 | ☒ YES ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES ☐ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: 03/05/2026

PHILIP IAN TAFET
Signature

5714944
Attorney Registration Number

PHILIP IAN TAFET
Print Name

This form was generated by NYSCEF

Docusign Envelope ID: 5152B4A5-CB1A-4214-829F-36D0BDF26ED5
Case 3.26-cv-00965-LL-MMP Document 60-5 Filed 03/27/26 PageID 1093 Page 4
of 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------x

SADA SYSTEMS, LLC,

                                        Plaintiff,

                                                                    Index No. 656217/2025

            - against -

                                                                    MOT. SEQ. NO. 1

INTREPID STUDIOS, INC.,

                                        Defendant.

-----------------------------------------------------------------------x

### <u>AFFIDAVIT OF MICHAEL WALKER</u>

I, Michael Walker, affirm the following to be true under the penalty of perjury:

1.      I am Associate General Counsel and Assistant Secretary for Insight Enterprises, Inc. ("Insight"). Insight is the parent company of a wholly owned subsidiary SADA Systems, LLC ("SADA"), the plaintiff in the above-captioned action. I am over the age of eighteen, and I am not a party to the above-captioned action. I am familiar with the facts and circumstances underlying this matter and, if called as a witness, could completely testify as to the facts set forth herein.

2.      I provide this affidavit in support of SADA's Motion for Default Judgment.

3.      SADA is a Delaware limited liability company, with its principal place of business located in the State of California. SADA is an authorized reseller of Google, Inc. ("Google") and provides its customers with access to Google Cloud Platform services (the "Services").

4.      SADA and Intrepid entered into that certain Google Cloud Platform Ordering Document dated September 23, 2022, governing Intrepid's access to and use of the Services (the "Ordering Document"). A true and correct copy is attached hereto as "**Exhibit A**."

DocuSign Envelope ID: 5152E6A2-C9AA-4214-829F-F35D5D8B26EF5

5.      The terms of the Google Cloud Platform Customer Agreement (the "GCP Agreement"), were incorporated into the terms of the Ordering Document (collectively, the "Agreement"). A true and correct copy is attached hereto as "**Exhibit B**."

6.      The GCP Agreement established the terms under which SADA provides Intrepid with access to the Services.

7.      Under the Agreement, in exchange for Google Cloud Platform usage, Intrepid must pay SADA's monthly invoice based on the previous month's total Google Cloud Platform usage ("Invoices").

8.      The Agreement requires SADA to invoice Intrepid for all amounts due under any executed Ordering Document, with each invoice payable by Intrepid within 30 days of receipt. See Ordering Document, Invoices and Payment.

9.      If Intrepid is late on payment for Services, SADA reserves the right to suspend the Services or terminate the Agreement for breach. See Exhibit B, Section 4.6.

10.     On April 14, 2025 SADA, after a prolonged account delinquency, sent Intrepid a Final Demand for Past Due Payment (the "Demand") to recover the outstanding Invoice balance of $852,631.21.

11.     On April 21, 2025, after receiving no response to the Demand, SADA cancelled Intrepid's Services.

12.     In a final attempt to recover the outstanding balance, on July 25, 2025, SADA sent Intrepid a Final Demand for Payment ("Second Demand") requiring payment of the full $852,631.21 debt within ten (10) days of the date of the demand and once again notifying Intrepid of its material breach and account termination.

2

DocuSign Envelope ID: 54B25AA5-CB84-42A4-890F-F85D60FB26FB5
Case 3.26-cv-00965-LL-MMP Document 60-5 Filed 03/27/26 PageID 1095 Page 6
of 6

13.    Intrepid has refused to pay the outstanding amount due. The failure to pay the Invoices constitutes a breach of the Agreement. See Exhibit B, Section 4.6.

14.    As of the filing of this Complaint, after applying all final credits, Plaintiff has been damaged in an amount of no less than $852,631.21.

I affirm this ___9th___ day of __March__, __2026__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

**SADA SYSTEMS, LLC**

DocuSign signed by:

By: _Michael Walker_
2C6D1E8255E242E...

Name:  Michael Walker

Title:   Associate General Counsel and Assistant Secretary

Date: March 9, 2026

3