Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 3:26-cv-00965-LL-MMP |
| Plaintiff, | **DECLARATION OF STEVEN SHARIF IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY SCHWARTZ, PLLC** |
| v. | |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, | *Filed concurrently with Reply in Support of Motion to Disqualify Schwartz, PLLC; Declaration of Jessica Nall* |
| Defendants, | |
| and | Judge:        Hon. Linda Lopez |
| | Hearing Date:  April 2, 2026 |
| INTREPID STUDIOS, INC., | |
| Nominal Defendant. | Action Filed:  February 14, 2026 |
| | Trial Date:      Not Set |

Withers
Bergman LLP

**<u>DECLARATION OF STEVEN SHARIF</u>**

I, STEVEN SHARIF, declare as follows:

1.      I am the former Chief Executive Officer and former member of the Board of Directors of Intrepid Studios, Inc. ("Intrepid"), and am currently a shareholder of Intrepid. I have brought this lawsuit both on my own behalf and derivatively on behalf of Intrepid as a shareholder. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.      I submit this declaration in support of Plaintiff's Reply in Support of Motion to Disqualify Schwartz, PLLC.

3.      In the fall of 2024, Intrepid's business license was temporarily suspended. During that period, an unrelated bad actor engaged in corporate identity theft/corporate hijacking and briefly seized Intrepid Inc.'s name. As an interim measure, Intrepid Studios, LLC was registered as a backstop while Intrepid pursued reclamation of its original corporate name. Intrepid reclaimed its original corporate name within a few months. Intrepid Studios, LLC was never a separately operating business entity but was simply a temporary alternate name for Intrepid Studios, Inc.

4.      In late 2024, my friend Eric Kurtzman, upon hearing about my troubles with several of the Intrepid Board members including Rob Dawson, recommended Samuel A. Schwartz to me as my and Intrepid's potential counsel, saying that he was "solid corporate lawyer with a lot of experience in what I think of as the 'difficult.space' for companies" noting "he may have some good guidance for [me]." A true and correct copy of the November 20, 2024 e-mail reflecting this recommendation is attached hereto as **Exhibit 1**.

5.      On November 27, 2024, Mr. Kurtzman introduced me to Mr. Schwartz through a text message. A true and correct copy of the November 27, 2024 text message reflecting this introduction is attached hereto as **Exhibit 2**. After this initial connection, I participated in two telephone calls with Mr. Schwartz, without Mr.

Withers Bergman LLP

2                              Case No. 3:26-cv-00965-LL-MMP

DECLARATION OF STEVEN SHARIF IN SUPPORT OF PLAINITFF STEVEN SHARIF'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY SCHWARTZ, PLLC

Kurtzman, on December 1 and December 2, 2024. A true and correct copy of text messages between myself and Mr. Schwartz between November 27, 2024 and December 2, 2024 are attached hereto as **Exhibit 3**. This message has been redacted to preserve the attorney-client privilege inherent in these communications.

6. Following the December 1, 2024 call with Mr. Schwartz, I received an e-mail from Mr. Schwartz with the subject "Engagement" discussing preparation of an engagement agreement for Intrepid. A true and correct copy of the December 1, 2024 email is attached hereto as **Exhibit 5**. This message has been redacted to preserve the attorney-client privilege inherent in these communications.

7. On December 2, 2024, at 2:45 p.m., I received from Schwartz, PLLC (1) an engagement letter and (2) two legal memoranda relating to a potential Chapter 11 proceeding for Intrepid. Receipt of the engagement letter and legal memoranda predated my phone conversation with Mr. Schwartz on December 2, 2024. A true and correct copy of the transmittal e-mail is attached hereto as **Exhibit 6**.

8. On December 4, 2024, following my conversations with Mr. Schwartz, I sent Mr. Kurtzman a text message stating that I had spoken with Mr. Schwartz and that I intended to engage Mr. Schwartz as counsel. Mr. Kurtzman responded: "I suspect that's the best option for you." A true and correct copy of the December 4, 2024 text messages between myself and Mr. Kurtzman are attached hereto as **Exhibit 4**.

9. On December 16, 2024, I received a letter from Schwartz, PLLC regarding "Potential Conflict of Interest Consent," addressed to myself and Mr. Kurtzman. The letter stated that Schwartz, PLLC "discussed acting as legal counsel to Intrepid Studios, LLC" and that Schwartz, PLLC "discussed undertaking a restructuring of Intrepid Studios, LLC, including the preparation of an engagement agreement." That letter included a disclosure that "Steven Sharif, individually, and Intrepid acknowledge that they were advised to retain separate counsel" regarding the waiver of conflicts. That letter further included a signature line for "Steven Sharif,

individually" along with a signature line for "Steven Sharif, on behalf of Intrepid Studios, LLC." A true and correct copy of this letter is attached hereto as **Exhibit 7**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2026 at Harrisonburg Virginia.

By: _____

Steven Sharif

Withers Bergman LLP

Case No. 3:26-cv-00965-LL-MMP

DECLARATION OF STEVEN SHARIF IN SUPPORT OF PLAINITFF STEVEN SHARIF'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY SCHWARTZ, PLLC