# EXHIBIT 1

**Eric Kurtzman**                    11/20/24
To: **Steven Sharif** ›

# Re: Cap Table

Caution! This message was sent from outside your organization.

Allow sender |
Block sender |
Report

Thanks for sending this. I will forward to my counsel. This gives me a couple concerns as just a general issue, but should be manageable for us. Specifically, the "Non Dilutable" equity looks crushing. In any case, perhaps we should discuss and maybe it's not what it looks like to me.

It may also make sense for you to meet my counsel, Sam Schwartz, as he's a solid corporate lawyer with a lot of experience in what I think of the "difficult.space" for companies. He may have some good guidance for you. Do you ever make it to Vegas?

All the best,

Eric Kurtzman

See More