# EXHIBIT 2

345

2 People >

iMessage
Nov 27, 2024 at 1:19 AM

Eric Kurtzman

Steve, Sam. Sam, Steve. I've mentioned each of you to the other. Please take whatever steps you believe appropriate to connect.

Thanks Eric! Sam, it's great to connect. I hear you are a smart dude to know. Would love to chat sometime.

iMessage