# EXHIBIT 3

9:22

REDACTED

iMessage
Nov 27, 2024 at 1:51 AM

Good evening. Dropping Eric, who is an excellent judge of character. I understand you are in town for the holiday?

Sam Schwartz

Hey brother, yes. I'm gonna be in tomorrow night, but may have to return Friday morning. I live in San Diego

Let's plan a call. Tomorrow on trip in? Sunday?

Awesome! Sunday would work best. I can make any time work.

11 am?

Let's do it! 💪

I will call you.

Dec 1, 2024 at 3:11 PM

StevenSharif@intrepidstudios.com

Dec 2, 2024 at 6:20 PM

Good afternoon.  Susan sent over drafts of the agreements. REDACTED
REDACTED

iMessage