# EXHIBIT 4

12:32

655



Eric

Thanks for connecting me with Sam. I set up a call to chat with him on Sunday morning.

Also, I told Rob about the bitcoin, and he asked if Jason could contact you. So you may get a text from Jason.

Great

Nov 27, 2024 at 6:23 PM

Hey brother, if you have a chance to call or text with Jason, I gave him your contact info so he could call you. I'll do an intro text shortly

I have about 40 minutes right now. After that, I'll be out of contact until at least Saturday night.

Perfect

I'll tell him

I can't work with him. He wasn't even able to listen to the terms before getting upset.

Dec 4, 2024 at 6:46 PM

Btw. Chatted with Sam, good dude. Going to engage with him.

I suspect that's the best option for you.

iMessage