# EXHIBIT 5



Steven Sharif <stevensharif@intrepidstudios.com>

## Engagement

1 message

**Samuel A. Schwartz** <saschwartz@nvfirm.com>                    Sun, Dec 1, 2024 at 12:29 PM
To: "StevenSharif@intrepidstudios.com" <StevenSharif@intrepidstudios.com>
Cc: Susan Roman <sroman@nvfirm.com>

Caution! This message was sent from outside your organization.                    Allow sender | Block sender | Report

Steve, thank you for the call today.  As we discussed, we will prepare an engagement agreement –

REDACTED

Please let me know if you have any questions or comments, and does a call tomorrow afternoon work for you to pick-up next steps?

REDACTED

**Samuel A. Schwartz, Esq.**

Schwartz Law, PLLC

601 East Bridger Avenue

Las Vegas, NV 89101

702.802.2207 tel

SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.