# EXHIBIT 6



**Steven Sharif <stevensharif@intrepidstudios.com>**

## Engagement Letter

3 messages

**Susan Roman** <sroman@nvfirm.com>                              Mon, Dec 2, 2024 at 2:45 PM
To: "stevensharif@intrepidstudios.com" <stevensharif@intrepidstudios.com>
Cc: "Samuel A. Schwartz" <saschwartz@nvfirm.com>

Caution! This message was sent from outside your organization.          Allow sender | Block sender | Report

Good afternoon. Attached please find the firm's Engagement Letter for your review. Should same meet with your approval, please have it signed where indicated and return it to my attention. Also attached are the following documents:

- Chapter 11 Overview Memorandum; and
- Chapter 11 Preparation with Document List (please provide the documents listed

Should you have any questions, please do not hesitate to contact me.

Thank you,

Susan Roman

Paralegal

**Schwartz Law, PLLC**

601 E. Bridger Avenue

Las Vegas, NV  89101

702-802-2242 direct

sroman@nvfirm.com