# EXHIBIT 7

# SCHWARTZ LAW

**Samuel A. Schwartz, Esq.**
Office: 702.385.5544
Fax: 702.385.2741
601 E. Bridger Avenue
Las Vegas, Nevada 89101
saschwartz@nvfirm.com

December 16, 2024

VIA ELECTRONIC MAIL –stevensharif@intrepidstudios.com; ███████████████

Steven Sharif
Eric Kurtzman

### Re: Potential Conflict of Interest Consent

Dear Gentlemen:

As you know, Schwartz Law, PLLC (the "**Firm**") discussed acting as legal counsel to Intrepid Studios, LLC ("**Intrepid**"), and is counsel to Eric Kurtzman, Nevada Expansion, Inc., among other related entities (each individually, a "**Client**", and together the "**Clients**"). Currently, the Firm is aware that Intrepid and the Clients are adverse in connection with a proposed lending facility. Pursuant to Nevada Rule of Professional Conduct 1.7(b), the Firm believes it will be able to provide the Clients competent and diligent representation if the parties go forward with any lending, however, the Firm requires the informed written consent of Intrepid and each Client.

### Potential Conflict

First, the Firm drafted the loan documents underlying the proposed loan, by and between Intrepid and the Clients. Second, the Firm discussed undertaking a restructuring of Intrepid Studios, LLC, including the preparation of an engagement agreement. Third, the Firm undertook various other legal work on behalf of the Clients.

### Consent

You understand and have been informed that the Firm represents the Clients. You acknowledge that you are aware that the interests of Intrepid and the Clients are adverse. You acknowledge that differences may also exist or become evident during the course of the Firm's representation of the Clients opposite Intrepid. Notwithstanding the potential conflicts of interest, you agree to the representation of the Clients by the Firm in connection with the loan documents between the parties opposite Intrepid. To help the Firm continue to assess conflicts, you agree to advise it of any changes—including but not limited to agreements, claims, causes of action, liabilities, affiliations, and potential adversities—which might affect the Firm's analysis of actual or potential conflicts of interest.

# SCHWARTZ LAW

The Firm encourages you to consult with other counsel before signing this waiver and you represent and warrant that you have had the opportunity to seek independent counsel in review of this waiver before signing it.

Steven Sharif, individually, and Intrepid acknowledge that they were advised to retain separate counsel to best protect their respective interests.

If you agree with the terms of this consent form, as outlined above, please countersign this letter where indicated below and return it to us after you have sufficient time to seek independent counsel in relation to this matter. If you have any questions, please feel free to contact me or a member of the Firm.

Sincerely,

/s/ Samuel A. Schwartz_____

Samuel A. Schwartz, Esq.

I have read the foregoing. I understand the conflicts. I consent to the conflicts.

_____       _____
Steven Sharif, individually                Eric Kurtzman, individually

_____       _____
Steven Sharif, on behalf of Intrepid Studios,    Eric    Kurtzman,    on    behalf    of    Nevada
LLC                                        Expansion, Inc.