# EXHIBIT 1

| **From:** | Samuel A. Schwartz <saschwartz@nvfirm.com> |
|---|---|
| **Sent:** | Friday, March 27, 2026 4:13 PM |
| **To:** | Athanasios Agelakopoulos |
| **Cc:** | Jason Thomas; Emily Anderson; Nall, Jessica; Sasha Amid; Susan Roman; LaVigne, Christopher; Garman, Jordan; Shrayber, Katia; Sam Strohbehn |
| **Subject:** | Re: Request to meet and confer: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.): factual disagreements in re: disqualification |

Adding our CA co-counsel to the string in case he can join.


**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.


On Mar 27, 2026, at 4:08 PM, Athanasios Agelakopoulos <aagelakopoulos@nvfirm.com> wrote:


I am, likewise, available.

Please do not hesitate to contact me with any questions or concerns regarding this message.

Sincerely,

Athanasios E. Agelakopoulos, Esq.
Partner
Schwartz, PLLC
440 Louisiana Street; Suite 1055
Houston, Texas 77002

1

Direct: 713-900-3737

aagelakopoulos@nvfirm.com

*Admitted in Nevada, Delaware and Georgia

Not admitted in Texas; Texas admission pending

**CONFIDENTIALITY NOTICE**

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Jason Thomas <JThomas@nvfirm.com>
**Sent:** Friday, March 27, 2026 6:06 PM
**To:** Emily Anderson <eanderson@nvfirm.com>; Samuel A. Schwartz <saschwartz@nvfirm.com>; Jessica Nall <Jessica.Nall@withersworldwide.com>
**Cc:** Sasha Amid <samid@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; Christopher LaVigne <Christopher.LaVigne@withersworldwide.com>; Jordan Garman <Jordan.Garman@withersworldwide.com>; Katia Shrayber <Katia.Shrayber@withersworldwide.com>; Athanasios Agelakopoulos <AAgelakopoulos@nvfirm.com>
**Subject:** Re: Request to meet and confer: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.): factual disagreements in re: disqualification

Me as well.

**Jason Thomas, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Direct: 702-929-2001
jthomas@nvfirm.com

---

**From:** Emily Anderson <eanderson@nvfirm.com>
**Sent:** Friday, March 27, 2026 4:04:12 PM
**To:** Samuel A. Schwartz <saschwartz@nvfirm.com>; Jessica Nall <Jessica.Nall@withersworldwide.com>
**Cc:** Sasha Amid <samid@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; Jason Thomas <JThomas@nvfirm.com>; Christopher LaVigne <Christopher.LaVigne@withersworldwide.com>; Jordan Garman <Jordan.Garman@withersworldwide.com>; Katia Shrayber <Katia.Shrayber@withersworldwide.com>; Athanasios Agelakopoulos <AAgelakopoulos@nvfirm.com>
**Subject:** RE: Request to meet and confer: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.): factual disagreements in re: disqualification

I'm available at 4:30pm PST today.

Thanks,

Emily

Schwartz, PLLC
Direct: 702-929-2002

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Friday, March 27, 2026 4:00 PM
**To:** Jessica Nall <Jessica.Nall@withersworldwide.com>
**Cc:** Sasha Amid <samid@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; Jason Thomas <JThomas@nvfirm.com>; Christopher LaVigne <Christopher.LaVigne@withersworldwide.com>; Jordan Garman <Jordan.Garman@withersworldwide.com>; Katia Shrayber <Katia.Shrayber@withersworldwide.com>; Athanasios Agelakopoulos <AAgelakopoulos@nvfirm.com>
**Subject:** Re: Request to meet and confer: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.): factual disagreements in re: disqualification

Yes - who can be on the call?

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Mar 27, 2026, at 3:49 PM, Nall, Jessica <Jessica.Nall@withersworldwide.com> wrote:

I'm trying to move things around – any chance 4:30 would work?

Jess

**Jessica Nall**
Partner | Executive Crisis Management and Defense
Litigation | White Collar and Regulatory Defense | Investigations

3

withersworldwide.com | my profile

Withers Bergman LLP
909 Montgomery Street, Suite 300, San Francisco, CA 94133

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Friday, March 27, 2026 3:37 PM
**To:** Nall, Jessica <Jessica.Nall@withersworldwide.com>
**Cc:** Sasha Amid <samid@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; Jason Thomas <JThomas@nvfirm.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Garman, Jordan <Jordan.Garman@withersworldwide.com>; Shrayber, Katia <Katia.Shrayber@withersworldwide.com>; Athanasios Agelakopoulos <AAgelakopoulos@nvfirm.com>
**Subject:** Re: Request to meet and confer: Sharif v. Dawson et al. - 3:26-cv-00965-LL-JLB (S.D. Cal.): factual disagreements in re: disqualification

Jessica, thank you - we are happy to meet and confer this afternoon at 4 p.m. if that time is available.

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

> On Mar 27, 2026, at 3:17 PM, Nall, Jessica <Jessica.Nall@withersworldwide.com> wrote:
>
> Counsel,
>
> Per the Court's March 18th order requiring a detailed meet and confer where factual differences exist, we write regarding your opposition to Plaintiff's Motion to Disqualify Schwartz, PLLC, and the supporting declaration of Samuel A. Schwartz. The opposition and declaration contain multiple factual inaccuracies, including regarding the nature of the telephone call between Mr. Steven Sharif and Mr. Schwartz on December 1, 2024.

4

Given that you did not meet and confer with us on these issues prior to filing your opposition, we write to ask if you intend to retract the factual misstatements you have included in your filings, as follows:

1. That "[t]he entirety of the seventy-five minute phone call on December 1, 2024 … concerned the underwriting and due diligence related to the personal loan Sharif was trying to obtain" and involved Mr. Sharif, Mr. Schwartz, and Eric Kurtzman. (Schwartz Decl. ¶ 3; Opposition at 5.)

   1. **Plaintiff's Position**: As noted in Mr. Sharif's declaration (at ¶¶ 5-6), the December 1, 2024 call involved discussions of Mr. Schwartz's prospective representation of Intrepid and/or Mr. Sharif. That fact is evident from the fact that Schwartz, PLLC sent Mr. Sharif an engagement letter for representation of Intrepid related to Chapter 11 bankruptcy, along with two legal memoranda on Chapter 11 bankruptcy, *before* the December 2, 2024 call that Schwartz, PLLC maintains was where "the notion of a potential representation of [Intrepid] by the Schwartz firm in a bankruptcy filing was mentioned" first. (Schwartz Decl. ¶ 4). Non-privileged communications around this time conclusively indicate that Mr. Kurtzman did not attend either call.

1. That no attorney-client relationship was formed based on the prospective representation of Intrepid because the "proposed engagement agreement [was] for [Intrepid Studios,] LLC, *not* Sharif or Intrepid Studios, Inc." (Schwartz Decl. ¶ 5; Opposition at 5, 11-12.)

   1. **Plaintiff's Position**: The name Intrepid Studios, LLC was reserved and used in the fall of 2024 as a temporary solution after Intrepid Studios, Inc.'s business license temporarily lapsed and the name was seized in a cybersquatting incident by an unrelated third party. Intrepid Studios, Inc.'s original corporate name was reclaimed in early 2025, but Intrepid Studios, LLC was not a separate entity, and all privileged discussions related to Intrepid Studios, Inc., as the two entities are the same.

1. That there can be no conflict from prior representation related to a Chapter 11 bankruptcy for a company from future representation on a later Article 9 sale related to the same company based on assertions that the Article 9 sale was not "a known issue in 2024." (Opposition at 9.)

   1. **Plaintiff's Position**: There is a clear relationship between two forms of disposing of assets of the same company (one being a Chapter 11 bankruptcy, the other being an Article 9 foreclosure sale). Confidential information related to Chapter 11 bankruptcy is materially relevant to an Article 9 sale of the same company's assets. Therefore, the two issues are directly related.

==Please let us know by no later than 5:00 PM Pacific Time if you intend to retract your inaccurate statements== or if you wish to meet and confer further. If we do not receive a response, we assume that you do not plan to retract your factual positions.

Regards,
Jess

**Jessica Nall**
Partner | Executive Crisis Management and Defense
Litigation | White Collar and Regulatory Defense | Investigations
withersworldwide.com | my profile

Withers Bergman LLP
909 Montgomery Street, Suite 300, San Francisco, CA 94133