Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone: 415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone: 619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF JESSICA NALL IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY SCHWARTZ, PLLC** <br><br> *Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Proposed Order* <br><br> Judge: Hon. Linda Lopez <br> Hearing Date: May 1, 2026 <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Action Filed: February 14, 2026 <br> Trial Date: Not Set |

Case No. 3:26-cv-00965-LL-MMP

Withers Bergman LLP

DECLARATION OF JESSICA NALL IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY SCHWARTZ, PLLC

# DECLARATION OF JESSICAL NALL

I, JESSICA NALL, declare as follows:

1.    I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.    I submit this declaration in support of Plaintiff Steven Sharif's Motion to Seal Exhibits Filed in Support of his Reply in Support of Motion to Disqualify Schwartz, PLLC (the "Motion to Seal").

3.    The document filed as Exhibit 3 to the Declaration of Steven Sharif in Support of his Reply in Support of Motion to Disqualify (the "Sharif Reply Declaration") is a text message conversation between Steven Sharif and Samuel Schwartz, of Schwartz, PLLC. The redacted portion of this conversation is a confidential attorney-client communication subject to attorney-client privilege.

4.    The document filed as Exhibit 5 to the Sharif Reply Declaration is an email from Samuel Schwartz, of Schwartz, PLLC, to Steven Sharif, cc'ing Susan Roman, of Schwartz, PLLC. The redacted portion of this email is a confidential attorney-client communication subject to attorney-client privilege.

5.    The document filed as Exhibit 7 to the Sharif Reply Declaration is a letter from Samuel Schwartz, of Schwartz, PLLC, to Steven Sharif and Eric Kurtzman. The redacted portion of this letter contains personal identifying information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2026 at San Francisco, California.

By:  */s/ Jessica Nall*
     Jessica Nall

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-MMP

DECLARATION OF JESSICA NALL IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY SCHWARTZ, PLLC