Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION TO SEAL CERTAIN DOCKET ENTRIES** <br><br> *Filed concurrently with Ex Parte Motion to Seal* <br><br> Judge:          Hon. Linda Lopez <br> Hearing Date:  Not Set <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Action Filed:  February 14, 2026 <br> Trial Date:     Not Set |

Case No. 3:26-cv-00965-LL-MMP

Withers
Bergman LLP

## <u>DECLARATION OF JORDAN W. GARMAN</u>

I, JORDAN W. GARMAN, declare as follows:

1.     I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.     I submit this declaration in support of Plaintiff Steven Sharif's *Ex Parte* Motion to Seal Certain Docket Entries (the "*Ex Parte* Motion").

3.     On March 25, 2026, Defendants Robert Dawson and Theresa Fette, who are shareholders of Intrepid, publicly filed 2022 and 2023 Projected Monthly Cash Flow sheets for Intrepid, (*see* ECF No. 58-1 at 11-12), and 2023-2025 Balance Sheets and Income Statements of Intrepid. (*See* ECF No. 58-2 at 4-9.) These documents contain detailed non-public financial information, including operating losses, liabilities, accrued interest, and cash balances. Defendants also included details of these documents in their Response to Order to Show Cause Why a Preliminary Injunction Should Not Issue the ("Response"). (*See* ECF No. 58 at 6-7, n.3.) This information comprises sensitive information, the dissemination of which is competitively harmful. Additionally, Defendant Dawson is subject to a confidentiality agreement precluding dissemination of this material. A true and correct excerpt of that agreement is attached hereto as **Exhibit 1**.

4.     Defendants filed these documents without conferring with Plaintiff as to whether sealing or redaction was appropriate.

5.     On March 26, 2026, at 8:31 AM PST, I contacted counsel for Defendants in good faith alerting them of this matter and to discuss this *Ex Parte* Motion, pursuant to Civil Local Rule of Practice for the United States District Court for the Southern District of California 83.3(g), and this Court's Civil Chambers Rules, Rule 5. Counsel met and conferred via email in an effort to file a joint motion to seal this information

and certain personally identifiable information ("PII") identified by Defendants. A true and correct copy of this correspondence is attached hereto as **Exhibit 2**.

6.      On March 30, 2026, Defendants rejected Plaintiff's proposed revisions to the proposed joint motion to seal in ways that Plaintiff felt inaccurately and substantially weakened the case for sealing and accordingly did not conform to the Judge's requirements to establish a compelling reason for sealing. Defendants indicated that they no longer wished to file a joint motion and would proceed unilaterally.

7.      Due to the urgency of this matter, Plaintiffs submit this *Ex Parte* Motion to prevent further public dissemination of sensitive financial information.

8.      Attached hereto as **Exhibit 3** is a proposed redacted version of ECF No. 58.

9.      Attached hereto as **Exhibit 4** is a proposed redacted version of ECF No. 58-1.

10.      Attached hereto as **Exhibit 5** is a proposed redacted version of ECF No. 58-2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2026 at New Haven, Connecticut.

By:  */s/ Jordan W. Garman*
Jordan W. Garman

WITHERS BERGMAN LLP

2      Case No. 3:26-cv-00965-LL-MMP
DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION TO SEAL CERTAIN DOCKET ENTRIES