# EXHIBIT C

# EXHIBIT 4

Theresa Fette

Who was the guy we spoke to that said if we were at failure, he would consider.

1/30/2026 10:34:32 AM (Delivered 1/30/2026 10:34:34 AM)

Daniel Gossels

1/30/2026 10:58:31 AM (Delivered 1/30/2026 10:58:33 AM)

