# EXHIBIT 1

## Samuel A. Schwartz

| | |
|---|---|
| **From:** | Eric Kurtzman <eric@kurtzmans.com> |
| **Sent:** | Saturday, December 14, 2024 4:32 PM |
| **To:** | Samuel A. Schwartz; Bryan Lindsey |
| **Subject:** | [EXTERNAL] Fwd: Legal issues around the note |

AND WE"RE BACK!

Just spoke to Steven.  He said his bank would sign an amendment to our note, but asked if we could accept a letter stating their agreement on their letterhead instead of an actual. Counter-signature to our amendment (just to get this done more quickly).  I said I'd check with counsel.  Notarized letter from bank?

They are very much in a rush and these terms look pretty good to me, so I'd like to get docs generated Monday if possible?

All the best,

Eric Kurtzman


Begin forwarded message:

**From:** Eric Kurtzman <eric@kurtzmans.com>
**Subject: Re: Legal issues around the note**
**Date:** December 14, 2024 at 4:25:29 PM PST
**To:** Steven Sharif <stevensharif@intrepidstudios.com>

Here's the deal on the table:

- You will transfer $10,000 to the Schwartz Law Firm retainer
- Our Note Terms (basic)
  - I will pay $4 million for the note
  - You will transfer to me a 0.5% interest in Ashes of Creation in non-dilutable format
  - Bank to approve all of the following:
    - We would increase interest rate to 14%
    - The term of the note would be 6 months
    - 1.5% Points to be added on Day 1
    - Default rate an additional 8%
    - Shift terms of the Note to Nevada law
    - Option of:
      - 10% Success Fee at close, or

1

- - - 1% of Ashes of Creation in non-dilutable format
  - All legal fees to be added to the principal of the note to the extent not covered by the retainer

All the best,

Eric Kurtzman

On Dec 12, 2024, at 1:36 PM, Eric Kurtzman <eric@kurtzmans.com> wrote:

I had counsel look into this.  At the highest level, the note is governed by California law and the original Deed of Trust states that the DOT is secured by a promissory note in the sum of $4,500,000, "and any extensions or renewals thereof."  As long as the actual amount of the Note does not exceed $4,500,000, and we are simply amending the term and/or interest rate, that should be okay without having to get the 2nd DOT holder to sign off.  Unfortunately, $4,500,000 is not a large enough figure to support what we are doing here.

So, here's where we are as far as I can see the field.  It's unlikely that we're going to make something work based on where everyone has set their position, and that's fine of course.  The only ways I can see anything working are:

1. I pay $4 million for the Note and something else of material hard value.  As no one seems to have such an item, this option seems dead.
2. Everyone, including the second lien holder, signs an amendment setting the rate to 14%, setting the term to be one year form now, and setting the governing law to be Nevada.  Points and Equity TBD.
3. I buy the note for $3 million, which gives me an implicit 13.33% interest rate.  I would provide a right to repurchase the note from me for a year for $3.3 million.  This, however, doesn't appear to accommodate what Rob seeks to do, so likely dead.  If we can move forward here, Points and Equity TBD.

Unfortunately, as I mentioned, the note just isn't worth $4mm for a variety of reasons, chief among them that anyone buying the note is walking into a drama scene that's been five years in the making.  While the scene may conclude with a beautiful ending, the Note buyer in this chapter is walking in as Frodo begins to climb Mount Doom, and to continue the analogy, you have a second lien holder standing like Shelob in our poor Frodo's way.

On a side note, as long as I've mentioned Shelob, I'm proud to say I identified a typo that remains in Lord of the Rings after so many editions read by so many millions of people.  One day I'll be famous!  Until then, I'll focus on the lending stuff.  If we can get additional collateral and/or Robb to alter his position, we can move forward.  Otherwise, we're stuck like bodies in the Dead Marshes (sorry, I had to go back to Lord of the Rings).  Don't mean to make light of this.  I just don't see how it works.  Would love to work with you if we can find a way.

2

All the best,

Eric Kurtzman