# EXHIBIT 3

## Samuel A. Schwartz

| | |
|---|---|
| **From:** | Samuel A. Schwartz |
| **Sent:** | Monday, January 26, 2026 4:48 PM |
| **To:** | 'Rueda, Michael' |
| **Cc:** | Bryan Lindsey |
| **Subject:** | RE: Intro |
| **Attachments:** | TFE Games Holdings - Steven Sharif - Term Sheet - DRAFT - 1.26.26.docx |

SUBJECT TO FRE 408
ALL RIGHTS RESERVED

Michael, thanks for the call today.  Attached is a term sheet for Steven.  The Board expects a response by noon ET and if anything needs clarification, it is finalized by 5 p.m. ET.  Absent a new agreement being reached by tomorrow afternoon, it is the intent of the company to move on without Steven.

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Rueda, Michael <Michael.Rueda@withersworldwide.com>
**Sent:** Monday, January 26, 2026 11:11 AM
**To:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Subject:** RE: Intro

Sam – can you confirm whether only you will be participating on the call or if representatives of the company intend on joining?

**Michael A. Rueda**
Partner
Corporate
US Head of Sports and Entertainment
t +1 203 302 4087
withersworldwide.com | my profile

Secretary: Shauna Spinelli  t +1 203 302 4088

Withers Bergman LLP
430 Park Avenue, 10th FL, New York, NY  10022
1700 East Putnam Avenue, Suite 400, Greenwich, CT 06870-1366

1

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Saturday, January 24, 2026 7:50 PM
**To:** Rueda, Michael <Michael.Rueda@withersworldwide.com>
**Cc:** Theresa Fette <theresa@nevadataxgroup.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>
**Subject:** Re: Intro

I understand Steven resigned from all posts. I do not have authority to extend any offers at this time. I do think a call to level set is wise and then we can talk about next steps and prospective offers.  How about tomorrow?

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Jan 24, 2026, at 4:22 PM, Rueda, Michael <Michael.Rueda@withersworldwide.com> wrote:

Sam – nice to meet you also.  Can you provide the latest offer that has been presented to Steve along with any of the relevant documents so that Chris and I can review them and speak to Steve?

Thank you,

**Michael A. Rueda**
Partner
Corporate
US Head of Sports and Entertainment
t +1 203 302 4087
withersworldwide.com | my profile

Secretary: Shauna Spinelli  t +1 203 302 4088

Withers Bergman LLP
430 Park Avenue, 10th FL, New York, NY  10022
1700 East Putnam Avenue, Suite 400, Greenwich, CT 06870-1366

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Saturday, January 24, 2026 4:02 PM
**To:** Theresa Fette <theresa@nevadataxgroup.com>
**Cc:** Rueda, Michael <Michael.Rueda@withersworldwide.com>; LaVigne, Christopher

<Christopher.LaVigne@withersworldwide.com>
**Subject:** Re: Intro

CAUTION: This email originated from an external source.
Thank you Teresa.  Michael and Christopher, nice to meet you.  I am around today and tomorrow if either day works for a call.

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Jan 24, 2026, at 12:30 PM, Theresa Fette <theresa@nevadataxgroup.com> wrote:

Michael & Christopher, please meet our corporate counsel, Sam Schwartz.

We will let you guys take it from here.

Theresa Fette, MAcc, LL.M
theresa@nevadataxgroup.com

PRIVILEGED COMMUNICATION
Sent from my iPhone

---

**Withers Bergman LLP** - 1700 East Putnam Avenue, Suite 400, Greenwich, CT 06870-1366, T: +1 203 302 4100

Withers
London | Geneva | Milan | Padua
Hong Kong | Singapore | Tokyo | British Virgin Islands
New York | Greenwich | New Haven | Texas
San Francisco | Los Angeles | San Diego

This email (and any attachments) is confidential and may also be legally privileged. If you are not the intended recipient please immediately notify the sender then delete it from your system. You should not copy it or use it for any purpose nor disclose its contents to any other person.