# EXHIBIT 4

## Samuel A. Schwartz

| | |
|---|---|
| **From:** | Friedman, Roger <rfriedman@rutan.com> |
| **Sent:** | Friday, March 27, 2026 5:30 PM |
| **To:** | Samuel A. Schwartz |
| **Cc:** | David Vogel |
| **Subject:** | RE: Intrepid Studios - Loan No. ███9349 - Payoff Demand Statement |

Sam –

I believe the amount of cash collateral is approximately $1,260,000. The Bank does not currently plan to apply the cash collateral to the loan balance, and does not currently plan to apply the cash collateral as a condition of the sale of the loan.

**Roger F. Friedman**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4604

rfriedman@rutan.com | www.rutan.com



Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

From: Samuel A. Schwartz <saschwartz@nvfirm.com>
Sent: Friday, March 27, 2026 5:03 PM
To: Friedman, Roger <rfriedman@rutan.com>
Cc: David Vogel <dvogel@hechtsolberg.com>
Subject: Re: Intrepid Studios - Loan No. ███9349 - Payoff Demand Statement

Thank you, Roger, how much cash is the bank holding as well?

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Mar 27, 2026, at 4:55 PM, Friedman, Roger <rfriedman@rutan.com> wrote:

Sam –

As we previously discussed, attached to this e-mail is a loan payoff demand statement dated today.

As we also discussed, CommerceWest Bank is not taking sides in the ongoing dispute between your clients and Steven Sharif. We also are providing this loan payoff demand statement to counsel for Steven Sharif.

If your clients want to pay off or purchase the loan, please let us know so we can provide an updated loan payoff demand statement at that time.

Thank you,

**Roger F. Friedman**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612

O. (714) 641-5100 | D. (714) 662-4604

rfriedman@rutan.com | www.rutan.com

<image001.png>

_____

Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

<2026-03-27 Payoff Demand Statement.pdf>



# COMMERCEWEST
## BANK

### Demand Statement

March 27, 2026

INTREPID STUDIOS, INC
3721 VALLEY CENTRE DRIVE, SUITE 200
SAN DIEGO, CA  92130

RE:  **INTREPID STUDIOS, INC.**
　　　　　Loan No:　▇▇9349

In response to your request, you are authorized to use the following figures to pay off the above referenced loan on or before: **03/31/2026**

| | |
|---|---:|
| Principal Balance | $ 5,260,480.03 |
| Accrued Interest Due | $ 473,939.40 |
| Late Charge Due Amount | $ 29,851.10 |
| Legal Fees | $ 36,257.40 |
| Recording & Reconveyance Fee | $ 270.00 |
| UCC Termination Fee | $ 65.00 |
| **TOTAL PAYOFF** | **$ 5,800,862.93** |

If Payoff is not received by **March 31, 2026,** you will need to include the per diem (daily interest) of **$1,011.72** to the interest balance until payoff is received by our office.   In addition, legal fees will continue to accrue.

**Please deliver funds to: CommerceWest Bank, 2445 McCabe Way, Suite 300, Irvine, CA 92614**
**Attn: Loan Servicing**

**Wire Instructions:  ABA #122243334, Account #▇▇1010, reference client's name and loan number**

Call CommerceWest Bank to verify payoff before wiring funds or issuing a Cashier's Check.  In the event payment received does not satisfy the total payoff, we do have the right to return the funds for the shortage.  We reserve the right to amend or cancel this demand at any time or in the event that payment in full is not received in our office within 30 days from the date of this statement.  In the event this demand or your escrow is cancelled, please forward your check in the amount of $25.00 in payment of our cancellation fee.  We do not arbitrarily send updated statements. Requested written updated statements are $25.00 per statement, plus an additional $15.00 fee will be charged for each fax request.

Please call (949) 955-4314 with any questions or for any clarifications on this demand.

Sincerely,

*Sandra Brown*

Sandra Brown
VP / Loan Operations Administrator