Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF JESSICA NALL CONFIRMING SERVICE OF *EX PARTE* MOTION TO SEAL CERTAIN DOCKET ENTRIES** <br><br> Judge:          Hon. Linda Lopez <br> Hearing Date:  Not Set <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Action Filed:  February 14, 2026 <br> Trial Date:      Not Set |

# DECLARATION OF JESSICA NALL

I, JESSICA NALL, declare as follows:

1.    I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.    I submit this declaration in support of Plaintiff Steven Sharif's *Ex Parte* Motion to Seal Certain Docket Entries (the "*Ex Parte* Motion"). (*See* ECF No. 64.)

3.    On April 1, 2026, at 9:04 a.m. PST, I served a copy of the *Ex Parte* Motion on Schwartz, PLLC, counsel for all named Defendants, via email with return receipt requested, in accordance with Rule 5 of this Court's Civil Chambers Rules. A true and correct copy of that email is attached hereto as **Exhibit 1**.

4.    On April 1, 2026, at 9:06 a.m. and 9:11 a.m. PST, I received read receipts from Tina Goddard and Susan Roman, of Schwartz PLLC, respectively reflecting that they received and opened the email. A true and correct copy of those receipts is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2026 at San Francisco, California.

By: */s/ Jessica Nall*
_____
Jessica Nall

Withers Bergman LLP

Case No. 3:26-cv-00965-LL-MMP
DECLARATION OF JESSICA NALL CONFIRMING SERVICE OF EX PARTE MOTION TO SEAL CERTAIN DOCKET ENTRIES