# EXHIBIT 1

| | |
|---|---|
| **From:** | Nall, Jessica |
| **Sent:** | Wednesday, April 1, 2026 12:04 PM |
| **To:** | Athanasios Agelakopoulos; Samuel A. Schwartz; Tina Goddard; Sasha Amid; Emily Anderson |
| **Cc:** | Sstrohbehn@rosinglaw.com; Evans, Leslie; LaVigne, Christopher; Jason Thomas; Susan Roman; Pengelly, Taylor; Garman, Jordan |
| **Subject:** | RE: Sharif v. Dawson et al. - 3:26-cv-00965-LL-MMP |

Counsel,

Please be advised that we filed an *ex parte* motion to seal certain docket entries yesterday morning in the above captioned matter.

In accordance with Judge Lopez's individual rules, Rule 5, we are serving those papers by email with read receipt requested.

You can find the as filed papers here: https://withersworldwide.sharefile.com/d-s8409c7d0c9634518a5d19b0423a3fcb2. Please note this link will expire in 30 days.

Regards,
Jessica

**Jessica Nall**
Partner | Executive Crisis Management and Defense
Litigation | White Collar and Regulatory Defense | Investigations
withersworldwide.com | my profile

Withers Bergman LLP
909 Montgomery Street, Suite 300, San Francisco, CA 94133