# EXHIBIT 2

| | |
|---|---|
| **From:** | Tina Goddard <tgoddard@nvfirm.com> |
| **To:** | Nall, Jessica |
| **Sent:** | Wednesday, April 1, 2026 12:06 PM |
| **Subject:** | Read: Sharif v. Dawson et al. - 3:26-cv-00965-LL-MMP |

Your message

  To: Tina Goddard
  Subject: RE: Sharif v. Dawson et al. - 3:26-cv-00965-LL-MMP
  Sent: Wednesday, April 1, 2026 9:04:24 AM (UTC-08:00) Pacific Time (US & Canada)

 was read on Wednesday, April 1, 2026 9:06:01 AM (UTC-08:00) Pacific Time (US & Canada).

1

| | |
|---|---|
| **From:** | Susan Roman <sroman@nvfirm.com> |
| **To:** | Nall, Jessica |
| **Sent:** | Wednesday, April 1, 2026 12:11 PM |
| **Subject:** | Read: Sharif v. Dawson et al. - 3:26-cv-00965-LL-MMP |

Your message

  To: Susan Roman
  Subject: RE: Sharif v. Dawson et al. - 3:26-cv-00965-LL-MMP
  Sent: Wednesday, April 1, 2026 9:04:24 AM (UTC-08:00) Pacific Time (US & Canada)

 was read on Wednesday, April 1, 2026 9:10:28 AM (UTC-08:00) Pacific Time (US & Canada).