Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Irean Z. Swan, Esq.
California Bar No. 313175
iswan@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
ROSING  POTT  &  STROHBEHN
LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 235-600

*Attorneys for Defendants Robert Dawson,
Ryan Ogden, Theresa Fette, Aaron Bartels,
and TFE Games Holdings, LLC*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF TINA GODDARD REGARDING PROOF OF SERVICE OF EX PARTE MOTION TO SEAL PORTIONS OF EXHIBITS TO PLAINTIFF STEVEN SHARIF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO [ECF 65] AND PROPOSED ORDER REGARDING SAME** <br><br> Judicial Officer: Hon. Linda Lopez <br> Courtroom: 14B (14th Floor) <br> Hearing Date: N/A <br> Hearing Time: N/A <br><br> Action Filed: February 14, 2026 <br> Trial Date: Not Set |

1                                        26cv00965-LL-MMP

I, Tina Goddard, hereby declare as follows:

1.    I am over the age of eighteen (18) years old and not a party to the above-captioned civil action.

2.    I am employed as a Paralegal by the law firm of Schwartz, PLLC, counsel of record for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC ("**Defendants**").

3.    On March 31, 2026 at approximately 7:16 PM PST, I caused true and correct copies of the *Ex Parte Motion to Seal Portions of Exhibits to Plaintiff Steven Sharif's Sur-Reply in Opposition to Defendants' Motion to Dissolve TRO* [ECF 65][1] (the "**Ex Parte Motion**") to be served electronically via the court's CM/ECF system upon the individuals and email addresses listed below on the electronic service list for the above-captioned civil action – all attorneys and staff from the law firm of Withers Bergman LLP, counsel of record for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("**Plaintiff**"):

    a.  Jessica Nall, Esq. (**jessica.nall@withersworldwide.com**)

    b.  Erica Tinoco (**erica.tinoco@withersworldwide.com**)

    c.  Jordan W. Garman, Esq. (**jordan.garman@withersworldwide.com**)

    d.  Leslie Evans, Esq. (**leslie.evans@withersworldwide.com**)

(collectively, "**Plaintiff's Counsels' E-Mail Addresses**").

4.    On March 31, 2026, at approximately 7:53 PM PST, pursuant to Civil Chambers Rule 3(C) and ECF Manual Sections and 2(h), I sent a message via electronic mail to the Honorable Linda Lopez at **efile_lopez@casd.uscourts.gov** with a copy of a proposed order granting Defendant's *Ex Parte* Motion in Microsoft

---

[1]    "**Civil Chambers Rule**" references are to the Honorable Linda Lopez, United States District Judge's Civil Chambers Rules. "**ECF Manual**" references are to the Electronic Case Filing Administrative Policies and Procedures Manual. "**ECF No.**" references are to the numbers assigned to the documents filed in the above-captioned civil action as they appear on the docket maintained by the Clerk of the Court.

Word format (the "**Proposed Order**") attached thereto (the "**E-Mail Message to Judge Lopez**"). A true and correct copy of the E-Mail Message to Judge Lopez (excluding the attachment) is attached hereto as **Exhibit 1**.

5.    On March 31, 2026, at approximately 8:37 PM PST, pursuant to Civil Chambers Rule 5 and ECF Manual Section 2(h), I sent a message via electronic mail, return receipt requested and with "High" importance, to Plaintiff's Counsels' E- Mail Addresses with copies of the following documents attached thereto:

   a.  Defendant's Ex Parte Motion [ECF No. 65];

   b.  the Proposed Order; and

   c.  the E-Mail Message to Judge Lopez,

(the "**E-Mail Message to Plaintiff's Counsel**").  A true and correct copy of the Email Message to Plaintiff's Counsel (excluding the attachments) is attached hereto as **Exhibit 2**.

6.    On March 31, 2026, I received read receipts from Plaintiff's Counsels' Email Addresses reflecting that the E-Mail Message to Plaintiff's Counsel was received and read on the respective dates and approximate times listed below:

   a.  Jessica Nall, Esq. (jessica.nall@withersworldwide.com)
       [March 31, 2026, at 8:59:32 PM PST]; and

   b.  Jordan W. Garman, Esq. (jordan.garman@withersworldwide.com)
       [March 31, 2026, at 11:43:45 PM EST].

True and correct copies of the foregoing read receipts are attached hereto as **Exhibit 3**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2026.

/s/ Tina Goddard
Tina Goddard, an employee of
Schwartz, PLLC