# EXHIBIT 1

| | |
|---|---|
| **From:** | Tina Goddard |
| **To:** | efile_lopez@casd.uscourts.gov |
| **Subject:** | 26cv00965-LL-JLB - Steven Sharif v. Robert Dawson, et al. - Order Granting Ex Parte Motion to Seal Portions of Exhibits to Plaintiff Steven Sharif"s Sur-Replys in Opposition to Defendants" Motion to Dissolve TRO |
| **Date:** | Tuesday, March 31, 2026 7:52:54 PM |
| **Attachments:** | TFE-Proposed Order re Motion to Seal.docx |

Good Evening,

Attached, pursuant to Civil Chambers Rule 3(C) and ECF Manual Sections 2(g)(4) and 2(h), please find the Word draft of the proposed order granting *Order Granting Ex Parte Motion to Seal Portions of Exhibits to Plaintiff Steven Sharif's Sur-Replys in Opposition to Defendants' Motion to Dissolve TRO* [ECF No. 65] in Case No. 3:26-cv-00965-LL-JLB.

Copies of ECF No. 65, this email, and the proposed order will also be sent to opposing counsel via electronic mail, return-receipt requested.

Sincerely,


**Tina Goddard**
Paralegal
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Direct: 702-754-1961
tgoddard@nvfirm.com


 **Please consider the environment before printing this email**

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.