# EXHIBIT 2

| | |
|---|---|
| **From:** | Tina Goddard |
| **To:** | Nall, Jessica; Garman, Jordan; Evans, Leslie; "Erica.Tinoco@withersworldwide.com" |
| **Subject:** | 26cv00965-LL-JLB - Steven Sharif v. Robert Dawson, et al. - Order Granting Ex Parte Motion to Seal Portions of Exhibits to Plaintiff Steven Sharif"s Sur-Replys in Opposition to Defendants" Motion to Dissolve TRO |
| **Date:** | Tuesday, March 31, 2026 8:36:54 PM |
| **Attachments:** | 65_Motion to Seal.pdf<br>TFE-Proposed Order re Motion to Seal.docx<br>26cv00965-LL-JLB - Steven Sharif v. Robert Dawson et al. - Order Granting Ex Parte Motion to Seal Portions of Exhibits to Plaintiff Steven Sharif"s Sur-Replys in Opposition to Defendants" Motion to Dissolve TRO.msg |
| **Importance:** | High |

Good Evening Counsel,

Attached, pursuant to Civil Chambers Rules 3(C) and 5, and ECF Manual Sections 2(g)(4) and 2(h), please find the following:

1. a PDF copy of *Defendant TFE Games Holdings, LLC's Ex Parte Motion to Seal Portions of Exhibits to Plaintiff Steven Sharif's Sur-Replys in Opposition to Defendants' Motion to Dissolve TRO)* [ECF No. 65];
2. a Word draft of a proposed Order granting the above-referenced *ex parte* application; and
3. a copy of the email sent to the Hon. Linda Lopez (efile_lopez@casd.uscourts.gov) with the above-referenced proposed Order attached.

Sincerely,

**Tina Goddard**
Paralegal
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Direct: 702-754-1961
tgoddard@nvfirm.com

 **Please consider the environment before printing this email**

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.