# EXHIBIT 1

March 31, 2026

 **Steven** 🔥AoC  8:49 AM
Hey brother. I am reaching out, in what I hope is confidence. At the outset of this message, I want you to know that what the board and their agents (Jason) has been saying is complete fiction. I know that you've been in communication with the board and some of the former developers. What I'm doing in court is in part largely to protect my team, and get justice for them and I and the community.

If you have any evidence of the board communicating with you or others

 iMessage

ard
er
ould b
move forward with the courts.

If you have any evidence of the board communicating with you or others regarding access to the game code or other sensitive info, that information would be important for me to know as I move forward with the courts.

   Message @St...