# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC,<br><br>Defendants,<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>Nominal Defendant. | Case No. 26cv0965-LL-MMP<br><br>**ORDER GRANTING EX PARTE MOTION TO SEAL PORTIONS OF EXHIBITS TO PLAINTIFF STEVEN SHARIF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE TRO**<br><br>[ECF No. 65] |

The Court, having reviewed and considered the *Ex Parte Motion to Seal Portions of Exhibits to Plaintiff Steven Sharif's Sur-Reply in Opposition to Defendants' Motion to Dissolve TRO* (the "**Motion to Seal**") [ECF No. 65], Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC, ("**Defendants**"), pursuant to Fed. R. Civ. P. 5.2(e), CivLR

1       26cv0965-LL-MMP

79.2(c) and 83.3(g), and Civil Chambers Rules 4 and 5 for authority to specified exhibits under seal; and finding compelling reasons:

**IT IS HEREBY ORDERED** that Motion to Seal is GRANTED;

**IT IS FURTHER ORDERED** that the original filings contained in Exhibits A, B, C, and D in the Motion to Seal will be sealed and the redacted versions filed by the Clerk in CM/ECF (ECF Nos. 45-5, 45-6, 53-5, and 53-6) in accordance with Fed. R. Civ. P. 5.2(e), CivLR 79.2(c) and 83.3(g), and Civil Chambers Rules 4 and 5.

**IT IS SO ORDERED.**

Dated:  April 3, 2026

Honorable Linda Lopez
United States District Judge

2                              26cv0965-LL-MMP