UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS LLC, <br><br> Defendants, <br><br> And <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.:  26cv965-LL-JLB <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SEAL CERTAIN DOCKET ENTRIES** <br><br> [ECF No. 64] |

Before the Court is Plaintiff's Ex Parte Motion to Seal Certain Docket Entries. ECF No. 64. Specifically, Plaintiff seeks to seal certain exhibits to Defendants' Response to Order to Show Cause why a Preliminary Injunction Should Not Issue [ECF No. 58] that contain sensitive and confidential financial information. For good cause and compelling reasons, the Court **GRANTS** the Ex Parte Motion. *See Nixon v. Warner Communications, Inc.,* 435 U.S. 589, 598 (1978) (noting that sealing may be justified to prevent judicial

documents from being used "as sources of business information that might harm a litigant's competitive standing").

The Clerk shall seal the following documents and file the redacted versions [ECF Nos. 64-4, 64-5, 64-6]:

1.   ECF No. 58

2.   ECF No. 58-1

3.   ECF No. 58-2

**IT IS SO ORDERED.**

Dated:  April 3, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv965-LL-JLB