Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **NOTICE OF PLAINTIFF STEVEN SHARIF'S MOTION FOR RECEIVER** <br><br> *Filed concurrently with Memorandum of Points and Authorities; Declaration of Steven Sharif; Declaration of Jessica Nall; Witness Declarations; Request for Hearing* <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Judge:    Hon. Linda Lopez <br> Hearing Date:  May 19, 2026 <br><br> Action Filed:  February 14, 2026 <br> Trial Date:    Not Set |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on May 19, 2026, or as soon thereafter as this matter may be heard, before the Court, located at Courtroom 14B, United States Court House, 333 West Broadway, San Diego, CA, Plaintiff Steven Sharif ("Plaintiff"), as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), moves the Court for an order appointing a neutral receiver over Intrepid with full equitable and exclusive power to possess, control, preserve, or sell Intrepid's assets as necessary; operate and manage the business; conduct financial administration and accounting; litigate claims; and ensure legal and court compliance. Specifically, Plaintiff moves for appointment of Howard Grobstein, whose CV is attached as Exhibit 2 to the accompanying Declaration of Jessica Nall.

This motion is made following conference of counsel, as described in the accompanying Declaration of Jessica Nall ¶¶ 3-6.

Plaintiff makes this Motion pursuant to this Notice of Motion, the Memorandum of Points and Authorities, Declaration of Steven Sharif, Declaration Jessica Nall, Declaration of Karen Boreyko, Declaration of Tom Alkazin, Declaration of Zac Schuster, Declaration of Jacob Beucler, Declaration of Bryan Langford, and Declaration of Jason Zimmerman, filed concurrently herewith, as well as the pleadings and records on file in this action, and upon such oral and other documentary evidence as this Court may require.

Withers
Bergman LLP

DATED:  April 14, 2026          Respectfully Submitted,

WITHERS BERGMAN LLP

By: */s/ Jordan W. Garman*
    Jessica Nall (SBN 215149)
    Jessica.Nall@withersworldwide.com
    Withers Bergman LLP
    909 Montgomery Street, Suite 300
    San Francisco, California 94133
    Telephone:  415.872.3200

    Leslie Evans (SBN 173010)
    Leslie.Evans@withersworldwide.com
    4250 Executive Square, Suite 540
    La Jolla, CA 92037
    Telephone:  619.329.6454

    Jordan W. Garman (admitted *pro hac vice*)
    Jordan.Garman@withersworldwide.com
    430 Park Avenue, 10th Floor
    New York, NY 10022
    Telephone:  212.848.9882

    *Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

Withers
Bergman LLP

Case No. 3:26-cv-00965-LL-MMP

NOTICE OF PLAINTIFF STEVEN SHARIF'S MOTION FOR RECIVER