# EXHIBIT 1

From: **Steven Sharif** stevensharif@intrepidstudios.com
Subject: **Re: Intrepid Studios**
Date: **Mar 25, 2022 at 11:05:26 AM**
To: **Christine Ivie** ██████████████████████
Cc: **Robert Dawson**██████████████████████

Hi Christine,

Wire came through.

Thanks!

Sent from my iPhone

> On Mar 25, 2022, at 4:45 AM, Christine Ivie ██████████████████████ wrote:
>
> Good morning Steve,
>
> Rob's bank processed the wire yesterday afternoon.  Kindly confirm receipt when you get a chance.
>
> Thank you.
>
> Christine Ivie, Assistant to Robert D. Dawson
> C: ██████████████

**From:** Steven Sharif <stevensharif@intrepidstudios.com>
**Sent:** Thursday, March 24, 2022 11:16 AM
**To:** Christine Ivie ██████████████████████
**Cc:** Robert Dawson ██████████████████████
**Subject:** Re: Intrepid Studios

They can reach me at ██████████████

Thanks

Sent from my iPhone

On Mar 24, 2022, at 7:36 AM, Christine Ivie ██████████████████████ wrote:

Thank you, Steve.  Please send me your phone number when you have a moment, so that Rob's bank may contact you to confirm the wiring instructions.

Christine Ivie, Assistant to Robert D. Dawson
C: █████████

---

**From:** Steven Sharif <stevensharif@intrepidstudios.com>
**Sent:** Wednesday, March 23, 2022 6:28 PM
**To:** Christine Ivie ████████████████████
**Cc:** Robert Dawson ████████████████████████
**Subject:** Re: Intrepid Studios

Thanks Christine!

I've attached the wiring instructions below for the initial $5mm. Please let me know if you'd like a call to confirm those details over the phone.

Thanks!

Intrepid Studios, Inc
3721 Valley Centre Dr STE 200
San Diego, CA 92130

Bank: Commerce West Bank

<image001.jpg>

Sent from my iPhone

On Mar 23, 2022, at 2:45 PM, Christine Ivie ██████████████████████ wrote:

Hi Steve,

Rob asked that I send the attached executed document to your attention.

Thank you.

Christine Ivie, Assistant to Robert D. Dawson
C: ████████████

---

**From:** Robert Dawson ███████████████████████████
**Sent:** Wednesday, March 23, 2022 2:02 PM
**To:** ███████████████████
**Subject:** FW: Intrepid Studios

---

**From:** Steven Sharif <stevensharif@intrepidstudios.com>
**Sent:** Wednesday, March 23, 2022 12:39 PM
**To:** Robert Dawson ██████████████████████████
**Cc:** Rob Dawson ███████████████████████
**Subject:** Intrepid Studios

Hey Rob,

Attached please find the executable agreement. If you are able to print, sign and scan back the copy by email we should be good to go.

Thanks!

--

--

Steven Sharif
*Founder / Creative Director*
**Intrepid Studios Inc.**



w: www.intrepidstudios.com
e: StevenSharif@IntrepidStudios.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

<20220323 prom note.pdf>