# EXHIBIT 3



Steven Sharif <stevensharif@intrepidstudios.com>

## Initial thinking on deal terms

**Mark Sottosanti** ███████████████                Tue, Dec 20, 2022 at 1:32 PM
To: Steven Sharif <stevensharif@intrepidstudios.com>, John Moore <johnmoore@intrepidstudios.com>
Cc: nicolo Laurent ████████████████, Marc Merrill █████████████, Jake Perlman-Garr █████████████, Abhi Ramprasad ██████████████

> Caution! This message was sent from outside your organization.       Allow sender  |  Block sender

Hi Steven and John,

Following up on our conversation last week, I'd like to share our initial thinking around the financial component of a potential acquisition of Intrepid by Riot. It's clear we share a goal of creating and evolving a genre-defining MMO that delights millions of players for decades. With that goal in mind, we would aim to align our incentives, de-risking your investment in AoC in the short term while giving you meaningful upside in the long term, but most importantly making sure the game has sufficient resources to achieve the vision and outcomes that we're collectively aiming for.

Here is our proposed outline:



This represents a total investment of $250-$500M by Riot, which would further scale post-launch as we invest in additional AoC content and features over time. I look forward to discussing this on Thursday, and before then, we'll also send over initial answers to your operational questions (how project funding works, standard Riot benefits, what it means to be a Rioter, etc.).

Mark

--
**Mark Sottosanti** // CFO // **Riot Games**