# EXHIBIT 4

3:33

‹ Voicemail

**Rob Dawson**
phone
February 4, 2023 at 12:30 PM

0:00                                                    −0:10

## Transcription

"Hey Steve give me a call back when you can I want to talk to you about that offer today I'm not excited and all about that when I do the math on it but I want to hear your thoughts..."

Was this transcription **useful** or **not useful**?

Favorites          Recents          Contacts          Keypad          1049
                                                                        Voicemail