# EXHIBIT 8

7/31/2023 8:25:56 AM (Read 7/31/2023 8:26:00 AM)

Rob Dawson

You're idea of me wanting to take it over is not sane man
I bet on you and have zero desire to engage actively there and do anything..   you
be seen how you run the business and you've done a great job.

You should not have changed or added terms to our deal of non voting last
night.  That was never the deal

Good luck finding something else today.   Remember you can't sell the Corp
assets without shareholder consent

7/31/2023 8:18:32 AM (Read 7/31/2023 8:18:38 AM)

Rob Dawson

Me take control.  You're on too many drugs man.  Do you really think i want to
control it?  No. Inmost want to vote my economy. Interest like any investor and
unless u think i am an idiot you'd know I'm
Voting with you.  And after future rounds to outside investors dilute us, we would
still vote together.

Let me know what riot says.

This is going to end ugly but if u think better to have riot vote and control than
me, then by all means go for if