# EXHIBIT 9

Rob Dawson

You need to get Ryan in touch with Billl Hartock today so that we can get the amended articles file. I want that connection made before I wire any funding for payroll