# EXHIBIT 10

6/10/2024 9:45:33 AM (Delivered 6/10/2024 9:45:34 AM)

I may lose vision completely in my right eye. I have been in eye for the past 3 weeks. Not trying to trigger you but there are periods I cannot see and also having intense migraines. I'm waiting for the doctor right now. I know there are competing priorities. I am trying to juggle them while dealing with this.

6/10/2024 9:49:18 AM (Read 6/10/2024 9:51:25 AM)

**Rob Dawson**

I understand your vision. You still can talk to me on the phone.

I think i need to come there and get i vi loved on the day to day managing the finances and this legal issue. I'm not funding any more $ without the. Agreements being signed. You've had months to do it and my patience is gone

6/10/2024 9:50:08 AM (Read 6/10/2024 9:51:25 AM)

**Rob Dawson**

And So is the lawfirm unless you find other money to pay them. I'm not paying anything else til all the docs are signed by the 98%

6/10/2024 9:50:30 AM (Read 6/10/2024 9:51:25 AM)

**Rob Dawson**

So don't ask for money this week if this is not done.

6/10/2024 9:55:43 AM (Read 6/10/2024 9:58:24 AM)

**Rob Dawson**

And when you are prioritizing don't think starting a discussion on Thursday when you need a wire Friday is going to happen. SIGNATURES.

No more money without. And they should be very high in priority list as you can't pay employees

Is Joe going to fund?