# EXHIBIT 11

Jason Caramanis

at that point John is out of the company and he can be your spouse

if that's not the case then you need to understand Nuclear war is a button pushed by Rob and this is where we are at

I have to start suing you and start aggressively attacking you and the company and simultaneously put you INTO involuntary Bankruptcy and then also FILE a TRO removing you and John from the company

and during this process Rob ceases all funding

YOU don't have a job and Payroll is obliterated