# EXHIBIT 12

6/13/2024 8:45:01 AM (Read 6/13/2024 8:45:03 AM)

Rob Dawson

Ok. I am not threatening but am withdrawing from the ▮▮▮▮▮▮ not issuing the stock and not conjugating for two weeks.  Not going to work with me.

I gave both you and John notice to exercise and issue stock for the warrants.  If that is more completed, i am going to file a complaint with the California AG for an investigation i do securities fraud. They will decide if there is fraud with the projections, money raises and failure to convert my warrants.

Since you are not communicating with me, i am forced you to protect my 60 mil

If you don't call
Me to talk this out now, i am going the other direction.  I won't sit back any longer.  You've had ample time and opportunity to do what you agreed to and you don't

You can push your issues off to Joe and Tom,   But those are your issues

I am done with the stall tactics.

There is a chance that if you call me now, we can resolve it, and if not then we at least each know the direction we have to go

6/13/2024 8:46:02 AM (Read 6/13/2024 9:34:47 AM)

Rob Dawson

Call me

Do you understand what that does to you with dilution