# EXHIBIT 14



Rob Dawson

And where is your wire to me!?

5/1/2024 9:51:25 AM (Delivered 5/1/2024 9:51:26 AM)

K I'm going now on it

5/1/2024 9:51:06 AM (Read 5/1/2024 9:51:06 AM)

Rob Dawson

I'm not sending wire til docs are signed and returned so you'd better get on it asap

5/1/2024 9:50:34 AM (Read 5/1/2024 9:50:34 AM)

Rob Dawson

And i would evict him with pleasure today

5/1/2024 9:50:24 AM (Read 5/1/2024 9:50:28 AM)

Rob Dawson

Did you look at your emails.  I do t want to talk anymore today.  Sign and return with proof and i will send 1.395 mil and i dont want to hear from anyone again i tik docs are signed.  And know that i will come after John with a vengeance if he doesn't sign.  He fucjed my life and i have severe animosity toward him