# EXHIBIT 18



**mwe.com**

Mark Mihanovic
Attorney at Law
mmihanovic@mwe.com
+1 650-815-7438

December 14, 2023

Intrepid Studios, Inc.
11558 Sorrento Vally Road, Suite 7
San Diego, California 92121
Attention: Robert Dawson

Re:    Engagement Letter for Representation

Dear Sirs:

Thank you for selecting McDermott Will & Emery LLP ("McDermott") to provide legal services to Intrepid Studios, Inc. (the "Company") in connection with (i) corporate organizational and capitalization-related issues and other general corporate matters (the "Corporate Matters") and (ii) such other matters as you may refer to us from time to time.

McDermott is a limited liability partnership registered in the State of Illinois. Certain terms of our legal representation are set forth in this letter and in the Additional Terms that accompany this letter.

I will be principally responsible for the legal services to be provided by McDermott to the Company relating to the Corporate Matters. As circumstances warrant, other attorneys and non-attorney professionals also may provide to the Company some of such legal services.

It is important that all information provided to us is complete, accurate and up to date so that we can represent your interests fully. Accordingly, please ensure that we are notified of any changes or variations to that information which may arise after the date it is provided to us as well as any new circumstances which might be relevant to the work we are undertaking for you.

Our fees are based primarily on the time spent by, and hourly billing rates (which are subject to adjustment from time to time) of, each professional working on a matter, although other factors (such as the complexity and size of, and the time constraints imposed by circumstances relating to, such matter, as well as the skill and experience required to perform the services in connection with such matter and any efficiencies we bring to bear thereon) may be taken into consideration. A professional's rate may vary from one assignment to another due to such factors, among others. My time for legal services provided to the Company hereunder will initially be billed at $1,435 per hour. The current hourly rates of others at McDermott who may provide legal services to the Company range from $200 to $425 for non-attorney professionals, $685 to $1,045 for associates and staff attorneys and $1,250 to $1,500 for other partners. Our time is ordinarily recorded in quarter-hour increments. Our rates are reviewed at least annually and may be increased during the course of our representation of the Company. In addition to our fees, we will bill the Company for items of expense which we incur on behalf of the Company.

**McDermott Will & Emery**

2049 Century Park East Suite 3200   Los Angeles CA 90067-3206   Tel +1 310 277 4110   Fax +1 310 277 4730

US practice conducted through McDermott Will & Emery LLP.

Page 2

McDermott initially requires a retainer of $25,000 to be held by McDermott during the pendency of the attorney-client relationship described herein. Should the nature of this matter or the amount of work change, we may deem it necessary to require an additional retainer beyond such amount (in which case we will consult with the Company concerning the scope of our services and any additional retainer required). The retainer deposit contemplated hereby, and any similar advances in the future, will be deposited in an interest-bearing account and will earn interest on the Company's behalf (or, in the case of certain small accounts, for the benefit of a charitable organization designated by applicable state law). We intend to submit invoices monthly, and we will apply the retainer to credit legal fees and expenses incurred in the last month for which we perform services in the engagement described herein and earlier at our discretion.

In order to avoid misunderstandings concerning potential conflicts of interest, it is our policy to clarify the identity of our clients and the circumstances under which we may represent other clients with interests which are or may be adverse to the Company's interests. Our representation of the Company hereunder does not extend to the Company's subsidiaries, employees, shareholders or partners or entities in which the Company owns an interest (even a substantial interest). McDermott represents, and in the future will represent, many other clients. We are accepting the engagement described herein with the Company's consent that we may accept any other engagement, including for litigation and other dispute resolution proceedings, from any existing or new client (even if such other engagement requires that we take a position that is or might be directly adverse to the interest of the Company or to one of the Company's affiliates), provided that such other engagement is not substantially related to the subject matter of any services we shall have provided to the Company and will not require disclosure of any confidential information of the Company which the Company shall have communicated to us. (All such other engagements and representations are referred to herein as "Permitted Representations"). The Company hereby waives all actual and potential conflicts of interest that might exist because of any Permitted Representation undertaken by McDermott and will not assert that any engagement of McDermott by the Company is a basis to challenge or to disqualify McDermott from undertaking or continuing any Permitted Representation.

Unless we are otherwise instructed by the Company in writing at or prior to the completion of the matters for which the Company has engaged us hereunder, we may, at our discretion, destroy or dispose of documents and data (including hard copies and electronic versions and electronically stored information) and any other materials that we have stored or otherwise remain in our possession after completion or termination of our services in connection with such matters.

When we complete the services the Company has retained us to perform, our attorney-client relationship will be terminated. If the Company later retains us to perform further or additional services, our attorney-client relationship will be revived subject to these terms of engagement unless we change such terms in writing at the time of such retention.

The Additional Terms set forth additional terms of McDermott's business arrangement with the Company. If you have questions concerning any of the information set forth in this letter -- or, for that matter, should you have a concern or question at any time during our representation -- please feel free to contact me.

**McDermott**
**Will & Emery**

Page 3

The Company has the right to consult with other counsel concerning the terms of this engagement letter. By executing this engagement letter, the Company is confirming that the Company understands and accepts all of the terms set forth in this letter and in the Additional Terms and that this letter has been signed on behalf of the Company voluntarily and with the benefit of the information necessary to make a fully informed decision to agree to such terms. The Company intends for its consent to be effective and fully enforceable and to be relied upon by McDermott. The Company acknowledges and agrees that in the case of inconsistency between the Company's outside counsel guidelines or proposed terms or billing instructions (if any) and the terms of this engagement letter, this engagement letter controls the terms of our engagement. The terms of this engagement letter (including the Additional Terms) may not be modified unilaterally and any amendment or modification of such terms will be effective only upon execution of a writing signed by the Company and a person within McDermott authorized to approve such amendment or modification.

Please sign and return to us a copy of this letter. Note that the Company's request to McDermott to proceed, or the Company's acquiescence in McDermott proceeding, constitute the Company's full acceptance of the terms set forth herein and in the attached Additional Terms.

Again, thank you for giving us the opportunity to serve you. We look forward to a mutually rewarding relationship.

Sincerely,

Mark J. Mihanovic

MJM/mc

Agreed to and accepted (including the Additional Terms):

**INTREPID STUDIOS, INC.**

By: _____

Name: _Robert D. Dawson_

Title: _Agent_

Date: _12-19-2023_

(Last Revised 12/2023)

**McDermott
Will & Emery**

# ADDITIONAL TERMS

*This document sets forth McDermott Will & Emery LLP's additional standard terms of engagement for providing legal services. These terms are an integral part of our agreement with you. You should review this document carefully and retain it for your files. If you have any questions, please contact us promptly.*

**OUR SERVICES TO YOU** ~ In our engagement letter with you, we specify the matter in which we will be representing you. It is important that you have a clear understanding of the legal services we will provide. If at any time you have questions regarding the scope of our services, please communicate with your principal contact at McDermott.

We will represent you zealously and act on your behalf to the best of our ability. Whenever we provide you with an expression regarding the potential outcome of your matter, we will use our best professional judgment. However, we cannot guarantee the outcome of any matter. Any expression of our professional judgment regarding your matter or the potential outcome is limited by our knowledge of the facts and based on the law at the time. It is also subject to any unknown or uncertain factors or conditions beyond our control.

**WHO IS OUR CLIENT?** ~ It is our policy to represent only the person or entity identified in our engagement letter. Unless specifically stated to the contrary in that letter, our representation of you does not extend to any of your affiliates.

For example, if you are a corporation, our representation does not include any of your parents, subsidiaries, employees, officers, directors, shareholders, or any entities in which you own an interest (even a substantial interest). If you are a partnership, our representation does not extend to the individual partners of the partnership. If you are a trade association, our representation excludes members of the trade association. If you are an individual, our representation does not include your spouse, siblings, or other family members, successors in interest, or any entities in which you own an interest (even a substantial interest). If you are a trustee or other fiduciary, our representation does not include beneficiaries or other persons to whom you owe a duty.

When we deal with a representative or agent of an entity, we represent only the entity and not the representative or agent.

The advice and communications which we render on your behalf are not intended to be disseminated to or relied upon by any other parties without our written consent. We sometimes include a specific disclaimer in correspondence or other work product to this effect, but the absence of such a disclaimer does not create an exception or otherwise entitle others to rely on our work or advice.

**FEE ESTIMATES** ~ Clients frequently ask us to estimate the total fees and other charges they are likely to incur in connection with a particular matter. We are pleased to respond to such requests whenever possible with an estimate based on our professional judgment. This estimate always carries the understanding that, unless we agree otherwise in writing, it does not represent a maximum, minimum, or fixed-fee quotation. The ultimate cost frequently is more or less than the amount estimated.

**McDermott**
**Will & Emery**

Page 4

**OTHER CHARGES** ~ As an adjunct to providing legal services, we may incur and pay a variety of charges on your behalf or charge for certain ancillary support services. When we incur such charges on your behalf or charge for such ancillary support services, we will include them in our billing statements. These charges may include, among other things, telephone, messenger, courier, express delivery services, facsimile communications (which typically include a per page charge in addition to the cost of the telephone usage), document printing, reproduction, scanning and imaging, data storage and processing (which typically include per gigabyte charges based on the volume of data), filing fees, deposition and transcript fees, witness fees, travel expenses, computer research, and charges by outside experts and consultants. Certain of these services, particularly those that involve significant technology and/or support services such as imaging and storing electronic data and documents and the use of specialized software for legal research and data processing, may be provided by McDermott at a profit.

It is our general policy to arrange for outside providers of services (such as the fees of outside consultants, expert witnesses and court reporters) to bill you directly. You agree to pay those bills promptly and to provide us notice that such payment has been made.

**BILLING ARRANGEMENTS, TERMS OF PAYMENT AND RETAINERS** ~ We will bill you on a regular basis—normally, each month—for both fees and other charges. You agree to make payment upon receipt of our statement.

Sometimes we ask for an advance retainer which will be credited towards your legal fees and expenses on a monthly basis, unless we agree to a different arrangement. If the retainer proves insufficient to cover current fees and other charges on a regular basis, we may ask you to replenish or increase it, and you agree to do so if asked.

Should your account become delinquent and satisfactory payment terms are not arranged, we may withdraw, or seek to withdraw, from the representation consistent with the applicable rules and pursue collection of the amounts owed. You will remain responsible for payment of our legal fees rendered and charges incurred prior to such withdrawal.

We look to you, the client, for payment regardless of whether you are insured to cover the particular risk or have the right to be reimbursed from someone else. You are responsible to pay us in accordance with the terms agreed to in this engagement, even if you engage us to collect or seek reimbursement from an insurer or other third party pursuant to contracts, statutes or insurance policies.

**TERMINATION** ~ You may terminate our representation at any time, with or without cause, by notifying us, and subject to court approval when required for matters in litigation. We will return your papers and other property to you promptly upon receipt of your request for those materials unless they are subject to a lien under applicable law. We will retain our own files pertaining to the matter or case, including our drafts, notes, internal memos, and work product. Your termination of our services will not affect your responsibility for payment of legal services rendered and other charges incurred before termination and in connection with an orderly transition of the matter.

We have the right to withdraw from our representation of you if, among other things, you fail to honor the terms of our engagement letter and/or the Additional Terms, you fail to make payment of any of our statements in a timely manner, you fail to cooperate or to follow our advice on a material matter, or any fact or circumstance occurs that would, in our view, render our continuing representation unlawful or

**McDermott**
**Will & Emery**

Page 5

unethical, or we determine that we are otherwise permitted under applicable law and rules to withdraw from the representation. If we elect to withdraw, you will take all steps necessary to free us of any obligation to perform further services, including the execution of any documents necessary to complete our withdrawal. Notwithstanding such termination, you will remain obligated to pay us for all services provided and to reimburse us for all costs and expenses paid or incurred on your behalf, including those required for the orderly transition of the engagement.

Our representation of you will be considered terminated at the earlier of (a) your termination of our representation and the completion of any work that may be required incidental to withdrawal from an ongoing matter, such as work that is appropriate to accomplish an orderly transition to other counsel, work required to obtain permission to withdraw from a court or other tribunal, and work that is required to be performed prior to the time that such permission is granted, (b) our withdrawal from our representation of you or (c) the completion of our work for you. In addition, in the event there has been no work performed by us on your behalf for six consecutive months, and no more work is contemplated, our attorney-client relationship will have been terminated.

**PRIVILEGE** ~ Our communications to and from you, including billing statements, may include attorney client privileged information or attorney work product. You should take reasonable steps to protect them from disclosure to third parties so as to maintain those privileges and protections.

**TAX-REPORTING OBLIGATIONS** ~ Laws in some jurisdictions require individuals and entities who engage in certain transactions to disclose details of the transaction and their participation in them to the local taxation authority. These laws may also impose an obligation on an advisor to make a disclosure. During the course of our engagement, McDermott may determine that one or more transactions on which we advise you require disclosure to a taxation authority. If that occurs, we will advise you with respect to any reporting obligations you may have. Penalties for noncompliance can be severe for both you and our firm. If you can make the disclosure yourself or through another advisor, we will encourage either to occur. If neither you nor any other advisor is willing to make the disclosure or we are not satisfied that a disclosure will or has been made and, in each case, we are under a legal obligation to make a disclosure, we reserve the right to make the disclosure in our absolute discretion, and notwithstanding our duty of confidentiality owed to you, we are accepting this engagement on the basis that you consent to us making such disclosure in these circumstances. We reserve the right to charge you for time incurred for fulfilling our obligations under this paragraph in accordance with the normal arrangements we have with you.

**McDERMOTT'S PRIVILEGE** ~ From time to time, issues may arise that raise questions as to our duties to you. We believe that it is in our clients' interest, as well as McDermott's interest, that in the event legal ethics or related issues arise during a representation, we receive experienced legal advice concerning our obligations. Accordingly, you agree that if we determine in our sole discretion during the course of the representation that it is necessary or appropriate to consult with McDermott lawyers designated to render legal advice to McDermott and its lawyers or to consult with outside lawyers, we have your consent to do so and any communications among lawyers working on the matter and McDermott lawyers or outside lawyers designated to render legal advice to McDermott and its lawyers will be privileged.

**McDermott
Will & Emery**

**SECURE COMMUNICATIONS AND DATA STORAGE** ~ Our email server is configured to encrypt emails if your email system supports it. We recommend that encryption be used to protect communications with us that include confidential information. You should discuss with your principal contact at McDermott any special measures that you require regarding email encryption. In addition, McDermott has available solutions to facilitate our collaboration and document sharing with you that we can discuss with you when appropriate. If you prefer to use a solution other than those provided by McDermott, we recommend that you carefully assess the data security offered by that solution. We discourage you from using text, instant messaging or similar programs to communicate with us. These forms of communication may not be encrypted and may be vulnerable to interception. We use cloud computing with servers located in a facility other than our offices. Some of our electronic data, including emails and documents, are stored in this manner.

**ANTI-BRIBERY AND ANTI-CORRUPTION** ~ We do not engage in bribery or corruption of any kind, and do not tolerate bribery or corruption by others to further the goals and objectives of our representations. We reserve the right to terminate our engagement if we learn of such improper conduct.

**PRIVACY** ~ Our Privacy Policy is available at https://www.mwe.com/single_page/privacy-policy/. It defines Personal Information and describes how McDermott Will & Emery may collect, use and disclose the Personal Information that we collect from you or about you in the context of your relationship with us: the choices you have regarding our use of your Personal Information; and how to contact us regarding our privacy practices. Please refer individuals whose information you provide to us to our Privacy Policy.

**EUROPEAN ECONOMIC AREA (EEA) DATA PROTECTION** ~ In providing legal services in the United States, we and third parties we engage on your behalf, may receive from you, or from third parties acting under your direction, data which relates to an identified or identifiable individual in the EEA ("EEA Personal Data").

To the extent applicable to us, we will comply with the provisions of the General Data Protection Regulation (EU) 2016/679 as well as any implementing, amending or supplemental regulation under EEA member state data protection laws ("EEA Data Protection Laws") as an independent data controller (i.e., we will each separately be responsible for our own processing of any EEA Personal Data).

You shall ensure that any such EEA Personal Data is provided in compliance with EEA Data Protection Laws and any other data protection or privacy laws that apply to you.

To the extent that you seek to defend or settle any claim in relation to EEA Personal Data which we are, or may in the future be, fully or partially responsible or liable for under EEA Data Protection Laws you shall keep us fully informed on a timely basis of such claim and shall take reasonable steps to mitigate the liability to you and us in relation to such claim.

Our EEA Privacy Policy, available at https://www.mwe.com/single_page/european-economic-area-eea-privacy-policy/, will apply to all EEA Personal Data. Please refer individuals whose EEA Personal Data that you provide to us to our EEA Privacy Policy.

As an international law firm, we may transfer data internationally. If your work is being handled by any McDermott Will & Emery entity outside the United States, any EEA Personal Data will also be



processed in accordance with our EEA Privacy Policy. and also the law which applies in the jurisdiction of that McDermott Will & Emery entity.

Under EEA Data Protection Laws and subject to any contrary legal or regulatory provisions. EEA data subjects have the right to access, modify. limit. transfer or delete their EEA Personal Data. if any, and to object to the processing of EEA Personal Data for any legitimate and compelling reasons as described in the EEA Privacy Policy. We will comply with such requests insofar as we are able under EEA Data Protection Laws. and other laws and binding regulatory guidance. to which we are subject. All correspondence in relation to data protection, including any request to exercise rights under the EEA Data Protection Laws. should be in writing to your principal contact at McDermott.

We may use the EEA Personal Data that you provide to contact you or appropriate persons within your organization about our legal services that may be of interest to you or your organization. This may include legal updates. seminars, and/or hospitality events. If at any time you or any member of your organization no longer wishes to receive this information directly from us. you or they should contact your principal contact at McDermott and we will make sure you no longer receive the information.

(Last Revised 01/2020)

DM_US 192216516-2.T18876.0010

