# EXHIBIT 21

3/24/2025 4:55:53 PM (Read 3/24/2025 6:53:32 PM)

**Rob Dawson**
Call me

3/24/2025 6:53:17 PM (Read 3/24/2025 6:53:32 PM)

**Rob Dawson**
Forget it.  But don't call when you need money either

3/24/2025 6:53:42 PM (Read 3/24/2025 6:54:02 PM)

**Rob Dawson**
It's been 2 hours and i needed your help with Jason but fuck it

3/24/2025 6:54:26 PM (Delivered 3/24/2025 6:54:27 PM)

Hey sorry I did not see the text

3/24/2025 6:54:30 PM (Read 3/24/2025 6:54:30 PM)

**Rob Dawson**
Nor tonight

3/24/2025 6:54:31 PM (Delivered 3/24/2025 6:54:31 PM)

Just tried to call

3/24/2025 6:54:32 PM (Read 3/24/2025 6:54:33 PM)

**Rob Dawson**
Whatever

3/24/2025 6:54:51 PM (Read 3/24/2025 6:54:52 PM)

**Rob Dawson**
I saw. I no longer want or need to talk

3/24/2025 6:55:14 PM (Delivered 3/24/2025 6:55:15 PM)

I'm sorry it wasn't intentional. We have the March launch on Thursday I was/am completely buried

3/24/2025 6:55:19 PM (Delivered 3/24/2025 6:55:19 PM)

Was not ignoring you

3/24/2025 6:55:31 PM (Delivered 3/24/2025 6:55:32 PM)

Sorry :(

3/24/2025 6:56:44 PM (Delivered 3/24/2025 6:56:44 PM)

We had build failures all weekend and did our PTR testing today with some server crashing so I was full tilt into that triage. And for some reason the "call me" notification I must have missed

3/24/2025 6:56:47 PM (Delivered 3/24/2025 6:56:48 PM)

😫 🤦

3/24/2025 6:56:49 PM (Read 3/24/2025 6:56:50 PM)

**Rob Dawson**
Well don't lie to me and say you don't see it as i know you watch or phone.

3/24/2025 6:59:23 PM (Read 3/24/2025 7:00:58 PM)

**Rob Dawson**
I needed 2 minutes but getting 2 mil from Jason isn't a priority u til you want to make payroll

I'm not a guy that wastes your time on the phone and that's not cool with me.  And you ficked up me getting Jason's consent.  Thanks.

You'd better call Brian and find 1.5 for next week.

3/24/2025 7:01:16 PM (Read 3/24/2025 7:01:16 PM)

**Rob Dawson**
I'm done worrying about finding for next week as i assume you have it covered since you ignored me when i almost had it

3/24/2025 7:01:33 PM (Delivered 3/24/2025 7:01:34 PM)

Rob. I did not ignore you. I missed a text