# EXHIBIT 22

**AMENDMENT TO CONVERTIBLE NOTE CONVERSION AGREEMENT**

This Amendment to the Convertible Note Conversion Agreement ("Amendment") is made and entered into as of April 30, 2025, and is effective as of June 1, 2024, by and between:

1. **Intrepid Studios, Inc.**, a California corporation with its principal place of business at 3721 Valley Centre Dr., Suite 200, San Diego, CA  92130 ("Company"); and

2. **Intrepid Creations, LLC,** a Florida LLC residing at ███████████████████ ████ ("Holder").

**RECITALS**

WHEREAS, the Company and Holder previously entered into a **Convertible Line of Credit Promissory Note** dated 11/23/2020 ("Note"), under which the Holder provided financing to the Company;

WHEREAS, the parties entered into a **Conversion Agreement** dated June 2024 ("Conversion Agreement"), pursuant to which the Note was converted into 162.30 shares of Class B stock of the Company;

WHEREAS, the parties now desire to amend the Conversion Agreement to void the agreement and restore the original Note and payment obligations of the Company;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree as follows:

**1. AMENDMENT OF CONVERTIBLE NOTE CONVERSION AGREEMENT**

The Conversion Agreement is hereby amended such that the equity conversion is reversed, and the Note Payable Agreement is reinstated as follows:

**2. REINSTATEMENT OF NOTE PAYABLE**

(a) The original Note dated 11/23/2020 and any subsequent amendments is reinstated as of its original date, and the Company acknowledges its obligation to repay the outstanding principal balance, plus any accrued interest.

(b) Any shares issued to the holder under the Conversion Agreement shall be returned to the Company and canceled by the Company's Board of Directors.

**3. WAIVER OF CONVERSION RIGHTS**

The Holder hereby irrevocably and unconditionally waives, relinquishes, and disclaims any and all rights to convert the Note, including any interest accrued thereon, into equity securities of the Company.

## 4. REPRESENTATIONS AND WARRANTIES

Each party represents and warrants that:

(a) It has full power and authority to enter into this Amendment;

(b) Sufficient consideration has been received;

(c) It has taken all necessary corporate or individual actions to execute this Amendment;

(d) This Amendment does not violate any existing agreement, law, or regulation.

## 5. RELEASE OF CLAIMS

Each party releases and forever discharges the other from any claims, liabilities, or obligations arising from the Conversion Agreement, except as modified herein.

## 6. MISCELLANEOUS

(a) **Governing Law**: This Amendment shall be governed by the laws of the State of California.

(b) **Effect on Agreement**: Except as expressly amended by this Amendment, all terms of the original Convertible Line of Credit Promissory Note remain in full force and effect.

(c) **Counterparts**: This Amendment may be executed in counterparts, each of which shall be deemed an original.

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date first written above.

**Intrepid Studios, Inc.**

By: *Steven Sharif*

Name: Steven Sharif

Title: CEO

**Intrepid Creations, LLC**

By: *Robert D Dawson*
Robert D Dawson (Aug 5, 2025 15:29:37 EDT)

Name: Robert Dawson

Title: Manager