# EXHIBIT 24

From: **Robert Dawson** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: **Re: Call**
Date: **May 21, 2025 at 12:55:37 PM**
To: **Steven Sharif** stevensharif@intrepidstudios.com
Cc: **Ryan Ogden** rogden@intrepidstudios.com

Caution! This message was sent from outside your organization.

Allow sender | Block sender | Report

**See below:**

**On May 21, 2025, at 12:44 PM, Steven Sharif <stevensharif@intrepidstudios.com> wrote:**

**Topics for our 10:30 meeting;**

**1. The documents have sections that state;**
**REPRESENTATIONS AND WARRANTIES**
**Each party represents and warrants that:**
**(a) It has full power and authority to enter into this Amendment;**
**(b) It has taken all necessary corporate or individual actions to execute this Amendment;**
**(c) This Amendment does not violate any existing agreement, law, or regulation.**
**Concerns -**

- **We should have a board meeting to approve the amendments?**

**The board is not a party to the amendments**

- **The company does not currently have legal counsel, or at least no legal counsel that I have access to and correspondence with regarding line (b) and (c), should we have that before signing this?**

We are not cure know g legal
Counsel and have no $ to pay for outside counsel.  T would be great to get someone pro bono which won't happen. Bit we can't even pay the daily operating costs

-

**2. In the *Amendment to the Convertible Note Conversion Agreements* it states that "the parties now desire to amend the Conversion Agreement to restore the original Note and payment obligations of the Company", does this mean that Jason's conversion agreements, security and pledge agreements will be put back into effect on the company? Is that correct?**

Jason's security ucc1 was never released and still related to all remaining debt owed to him. You've been in breach since day 1 with with the mainsdtreet lending and you are in breach on multiple ways.  Only way to fix that is either raise a lot of money to pay off or be successful and make
A lot of money to pay it off

Jason has always been the senior secured creditor and he did not release that. And he is still converting the 7.7% and Ryan correct me if I'm wrong but the other note was never co vetted, he just got stock issued as consideration for making the loan

**3. I see the amendments to restore the original notes for Rob, Jason and friends, but I do not see this approach with regards to my conversions. Why?**

I'm happy to add that.  We need to see where you put the 4 mil in as that has never been confirmed.   How was it funded.   You got the 4% consumable and yet we did not have e any evidence you ever put the 4 mil in.  Give details on finding that and we will add it.

**4. Will restoring Jason's notes cause us to be in default with the Bank's UCC-1 lien on the company and assets?**

He never released it as he was still owed money ok some of the notes

On Wed, May 21, 2025 at 7:35 AM Steven Sharif <stevensharif@intrepidstudios.com> wrote:
Kk. How about 10:30? (1:30EST) or 12:30? (3:30EST)
Sent from my iPhone

On May 21, 2025, at 6:52 AM, Robert Dawson ██████████████ wrote:

No.  I have an appt from. 10:30-11:30

On May 21, 2025, at 9:20 AM, Ryan Ogden <rogden@intrepidstudios.com> wrote:

That works for me.

Ryan

On Tue, May 20, 2025 at 10:02 PM Steven Sharif <stevensharif@intrepidstudios.com> wrote:
Can we chat tomorrow morning? I am going back home tonight, and can chat at 8am my time if you are available. I have some questions about the docs.

Sent from my iPhone

--
--



Steven Sharif
*Founder / Creative Director*
**Intrepid Studios Inc.**
w: www.intrepidstudios.com
e: StevenSharif@IntrepidStudios.com

  

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to

whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.