# EXHIBIT 25 [LODGED UNDER SEAL]