# EXHIBIT 26

3/17/2025 1:10:22 PM (Read 3/17/2025 1:21:39 PM)

Rob Dawson

I want to get all deposits from
Stripe and PayPal going to pathway only this week. Who is doing that?

3/28/2025 1:43:29 PM (Read 3/28/2025 5:19:05 PM)

Rob Dawson

Did we get all deposits directed to pathway

3/31/2025 1:19:07 PM (Read 3/31/2025 1:19:25 PM)

Rob Dawson

Please confirm that the PayPal funds deposits are now directed to Pathway Bank.

4/2/2025 8:20:44 AM (Read 4/2/2025 10:20:06 AM)

Ryan Ogden

PayPal is now linked to the pathway account

Steven, send me any auto debits or anything else that needs to be paid so that I can get them set up on pathway. That is the account we're going to be using to pay expenses going forward. I recommend you just have things come to me directly so you don't have to be the middleman. you're too busy