# EXHIBIT 27

**STEAMWORKS** SALES & ACTIVATIONS REPORTS

Signed in as **sjsharif** | Logout | Mega Site Map | Vi

Home | Products | Packages | Bundles | Regions | Wishlists | Players | Steam Deck | Coupons | Rep

# Publisher info - Intrepid Studios, Inc

Sales data is up to date as of: 2026-01-14 02:40:00 PM PST (?)

| Intrepid Studios, Inc Lifetime Numbers | |
|---|---|
| Intrepid Studios, Inc lifetime revenue | $8,207,270 |
| Intrepid Studios, Inc lifetime Steam units | 199,493 |
| Intrepid Studios, Inc lifetime retail activations | 76,523 |
| Intrepid Studios, Inc lifetime units total | 276,016 |