# EXHIBIT 28

From: **Ryan Ogden** rogden@intrepidstudios.com
Subject: **Re: [EXTERNAL]Re: Loan payment modification**
Date: **Jul 24, 2025 at 1:26:22 PM**
To: **Aaron Schweizer** aschweizer@cwbk.com
Cc: **Steven Sharif** stevensharif@intrepidstudios.com, **Eddie Y. Sung** esung@cwbk.com

**Hi Aaron,**

**No, the notes payable have not been converted.  Of course, CWBK is in the most senior position on that list of notes, so it will be paid before any of the other notes are paid off - - hopefully it is not too much of an issue.**

**Thanks**
**Ryan**

**On Wed, Jul 23, 2025 at 10:31 AM Aaron Schweizer <aschweizer@cwbk.com> wrote:**

This sender is trusted.

Hi Ryan,

I received the financials, thank you. It looks like LT liabilities show notes payable at $97.7M. I was under the impression that the notes had been converted to equity. Is that not true? That would make things a lot simpler if that's the case.

Thanks,

Aaron

**To Send a Secure File, Click Here**

**AARON SCHWEIZER**
AVP/ Portfolio Manager





📞 (949) 870-1131

📱 (949) 434-3328

✉ aschweizer@cwbk.com

**CREDIT ADMINISTRATION**

✉ loansupport@cwbk.com

**Eddie Y. Sung**
Senior Vice President/ Credit Administrator
📞 (949) 474-5264

✉ esung@cwbk.com

🌐 www.cwbk.com

📋 CW Weekly Journal

**From:** Ryan Ogden <rogden@intrepidstudios.com>
**Sent:** Tuesday, July 22, 2025 10:18 PM
**To:** Aaron Schweizer <aschweizer@cwbk.com>
**Cc:** Steven Sharif <stevensharif@intrepidstudios.com>; Eddie Y. Sung <esung@cwbk.com>
**Subject:** Re: [EXTERNAL]Re: Loan payment modification

**Caution:** This is an external sender. Please use caution before opening any links or attachments.

Hi Aaron,

I believe that I just sent the files via the secure transfer portal.  Please let me know if you did not receive them.

Thank you

Ryan

On Tue, Jul 22, 2025 at 5:02 PM Aaron Schweizer <aschweizer@cwbk.com> wrote:



Great, thanks Ryan

**To Send a Secure File, Click Here**





**AARON SCHWEIZER**

AVP/ Portfolio Manager

📞 (949) 870-1131

📱 (949) 434-3328

✉ aschweizer@cwbk.com

**CREDIT ADMINISTRATION**

✉ loansupport@cwbk.com

**Eddie Y. Sung**

Senior Vice President/ Credit Administrator

📞 (949) 474-5264

✉ esung@cwbk.com

🌐 www.cwbk.com

🗒 CW Weekly Journal

**From:** Ryan Ogden <rogden@intrepidstudios.com>
**Sent:** Tuesday, July 22, 2025 1:29 PM

**To:** Aaron Schweizer <aschweizer@cwbk.com>
**Cc:** Steven Sharif <stevensharif@intrepidstudios.com>; Eddie Y. Sung <esung@cwbk.com>
**Subject:** Re: [EXTERNAL]Re: Loan payment modification

**Caution:** This is an external sender. Please use caution before opening any links or attachments.

**Yes, I will get them to you. I'm a little behind so it may be after you leave the office.**

**On Tue, Jul 22, 2025 at 1:44 PM Aaron Schweizer <aschweizer@cwbk.com> wrote:**

Hi Ryan,

Thanks again for sending May. Just following up to confirm that those will be received by end of day? Thanks,

Aaron

**To Send a Secure File, Click Here**

**AARON SCHWEIZER**

AVP/ Portfolio Manager

📞 (949) 870-1131

📱 (949) 434-3328

✉ aschweizer@cwbk.com

**CREDIT ADMINISTRATION**

✉loansupport@cwbk.com

**Eddie Y. Sung**
Senior Vice President/ Credit Administrator

📞(949) 474-5264

✉esung@cwbk.com

🌐www.cwbk.com

📄 CW Weekly Journal



**From:** Ryan Ogden <rogden@intrepidstudios.com>
**Sent:** Monday, July 21, 2025 3:50 PM
**To:** Aaron Schweizer <aschweizer@cwbk.com>
**Cc:** Steven Sharif <stevensharif@intrepidstudios.com>; Eddie Y. Sung <esung@cwbk.com>
**Subject:** Re: [EXTERNAL]Re: Loan payment modification

**Caution:** This is an external sender. Please use caution before opening any links or attachments.

Hi Aaron, I apologize – I have been traveling.  I need to do a quick review and I can send you the May financials by tomorrow and I should be able to follow up pretty shortly after that with the June numbers.

**Thank you,**

**Ryan**

On Mon, Jul 21, 2025 at 11:08 AM Aaron Schweizer <aschweizer@cwbk.com> wrote:

Hi Ryan,

Just following up on the below request. Thanks!

Aaron

**To Send a Secure File, Click Here**

**AARON SCHWEIZER**

AVP/ Portfolio Manager

📞 (949) 870-1131

📱 (949) 434-3328

✉ aschweizer@cwbk.com

**CREDIT ADMINISTRATION**

✉ loansupport@cwbk.com

**Eddie Y. Sung**

Senior Vice President/ Credit Administrator

📞(949) 474-5264

✉️[esung@cwbk.com](mailto:esung@cwbk.com)

🌐[www.cwbk.com](http://www.cwbk.com)

📄 CW Weekly Journal

---

**From:** Aaron Schweizer <[aschweizer@cwbk.com](mailto:aschweizer@cwbk.com)>
**Sent:** Thursday, July 17, 2025 10:40 AM
**To:** Ryan Ogden <[rogden@intrepidstudios.com](mailto:rogden@intrepidstudios.com)>
**Cc:** Steven Sharif <[stevensharif@intrepidstudios.com](mailto:stevensharif@intrepidstudios.com)>; Eddie Y. Sung <[esung@cwbk.com](mailto:esung@cwbk.com)>
**Subject:** RE: [EXTERNAL]Re: Loan payment modification
**Importance:** High

Ryan,

Thank you for the response. Projections are  encouraging, but I am also concerned that the MSLP group is out of patience. Can you please send recent financials so that I can verify your comments below? Please send P&L and Balance sheet for the last completed month as soon as you can.

Thank you,

Aaron

**To Send a Secure File, Click Here**



**AARON SCHWEIZER**
AVP/ Portfolio Manager
📞 (949) 870-1131
📱 (949) 434-3328
✉️ aschweizer@cwbk.com

**CREDIT ADMINISTRATION**
✉️loansupport@cwbk.com

**Eddie Y. Sung**
Senior Vice President/ Credit Administrator
📞(949) 474-5264
✉️esung@cwbk.com

🌐www.cwbk.com
📄 CW Weekly Journal

---

**From:** Ryan Ogden <rogden@intrepidstudios.com>
**Sent:** Wednesday, July 16, 2025 4:08 PM
**To:** Aaron Schweizer <aschweizer@cwbk.com>
**Cc:** Steven Sharif <stevensharif@intrepidstudios.com>; Eddie Y. Sung <esung@cwbk.com>
**Subject:** Re: [EXTERNAL]Re: Loan payment modification

**Caution:** This is an external sender. Please use caution before opening any links or attachments.

Hi Aaron,

I had a chance to speak with the main investors of Intrepid Studios and first of all they wanted to thank you for your understanding and the long term perspective that you have taken.  They are very confident that this is a situation

that can still work out positively for everyone.

Our game - Ashes of Creation has seen substantial progress over the past several months.  The game is being played in a test environment by 10s of thousands of people every week and the feedback and reception has been very positive.  We are currently in a de-bugging and polishing phase as we prepare for our 'early access' launch in November.  Early Access is when the flood gates will be opened and the game will be made available to the general public.  (This timeline has not yet been publicly announced so your confidentiality on that information would be very appreciated).  Our investment bankers have very conservatively estimated our revenue from the early access release to be $40 million.

Up until the Early Access release our resources are honestly very scarce.  We believe that we have things arranged to continue to make payroll and finish development, but things are very tight.  Catching up the accrued interest will be very difficult, but as a show of good faith we would like to commit to figure out a way to at least resume the monthly interest payments (beginning with this month).  It would only be for a few more months - - we should receive the early access revenue by the first part of December and then we will be in a great position to pay all accrued interest and principal payments.

Please consider if this is something that you can make work for just a few more months and the investors are confident that everything can be fully satisfied in December.

Best Regards,

**Ryan**

**On Tue, Jul 15, 2025 at 1:01 PM Aaron Schweizer <aschweizer@cwbk.com> wrote:**

Thanks Ryan. Can you let me know when I can expect to hear back from you?

Thanks,

Aaron

**To Send a Secure File, Click Here**

**AARON SCHWEIZER**

AVP/ Portfolio Manager

📞 (949) 870-1131

📱 (949) 434-3328

✉ aschweizer@cwbk.com

**CREDIT ADMINISTRATION**

✉loansupport@cwbk.com



**Eddie Y. Sung**
Senior Vice President/ Credit Administrator
📞(949) 474-5264
✉️esung@cwbk.com

🌐www.cwbk.com
📋CW Weekly Journal

**From:** Ryan Ogden <rogden@intrepidstudios.com>
**Sent:** Tuesday, July 15, 2025 8:21 AM
**To:** Aaron Schweizer <aschweizer@cwbk.com>
**Cc:** Steven Sharif <stevensharif@intrepidstudios.com>; Eddie Y. Sung <esung@cwbk.com>
**Subject:** [EXTERNAL]Re: Loan payment modification

**Caution:** This is an external sender. Please use caution before opening any links or attachments.

Hi Aaron,

Just letting you know that this message is received and I'm discussing it with the investors.  It seems reasonable to me, but I need to get some commitments.  Thanks for working with us.

Ryan



**On Mon, Jul 14, 2025 at 1:53 PM Aaron Schweizer <aschweizer@cwbk.com> wrote:**

Hi Ryan (and Steven),

I just left you a voicemail, but I wanted to follow up in writing as well.

We're looking to finalize the repayment structure for the loan over the next six periods leading up to maturity. Before we proceed with documentation, I need your feedback to ensure this is feasible on your end.

Here's the proposed structure:

- Total accrued interest: ▮▮▮▮▮▮▮
- Divided over six periods: ▮▮▮▮▮▮ per period
- Monthly interest-only payment: Approximately ▮▮▮▮▮
- Total monthly payment (interest + accrued interest): Approximately ▮▮▮▮▮

Please note that this is based on a 30-day month and the current interest rate. The daily accrual is ▮▮▮▮▮▮, so for months with 31 days, the total would increase slightly.

This structure covers interest only. The remaining principal would be due at maturity, which we're treating as the sixth period. So, the final payment would include both the interest for that period and the full principal balance.

If Intrepid is unable to meet this structure, we need to know immediately. The MSLP is not offering any flexibility and is pressuring us to move toward default if we can't resolve this.

Please get back to me as soon as possible.

Best regards,

Aaron

**To Send a Secure File, Click Here**



**AARON SCHWEIZER**
AVP/ Portfolio Manager
 (949) 870-1131
 (949) 434-3328
✉ aschweizer@cwbk.com

**CREDIT ADMINISTRATION**
✉ loansupport@cwbk.com

**Eddie Y. Sung**
Senior Vice President/ Credit Administrator
 (949) 474-5264
✉ esung@cwbk.com

 www.cwbk.com
📄 CW Weekly Journal

**From:** Aaron Schweizer <aschweizer@cwbk.com>
**Sent:** Wednesday, July 9, 2025 11:18 AM
**To:** Steven Sharif <stevensharif@intrepidstudios.com>; Ryan Ogden <rogden@intrepidstudios.com>
**Cc:** Eddie Y. Sung <esung@cwbk.com>
**Subject:** RE: Loan payment modification
**Importance:** High

Hi Ryan,

Steven texted me yesterday and said he was out until the end of the week and to ask you to help. MSLP is pressing us to get the legal docs in order to move forward with the repayment plan. Otherwise they are requesting that we move the loan to the 20% default rate. We are trying to avoid this and we need these items below urgently. Can you secure the items below today?

Thank you,

Aaron

**To Send a Secure File, Click Here**

**AARON SCHWEIZER**
AVP/ Portfolio Manager
📞 (949) 870-1131
📱 (949) 434-3328
✉ aschweizer@cwbk.com



**CREDIT ADMINISTRATION**

✉ loansupport@cwbk.com

**Eddie Y. Sung**
Senior Vice President/ Credit Administrator
📞 (949) 474-5264
✉ esung@cwbk.com

🌐 www.cwbk.com
📋 CW Weekly Journal

---

**From:** Aaron Schweizer <aschweizer@cwbk.com>
**Sent:** Monday, July 7, 2025 12:03 PM
**To:** Steven Sharif <stevensharif@intrepidstudios.com>; Ryan Ogden <rogden@intrepidstudios.com>
**Cc:** Eddie Y. Sung <esung@cwbk.com>
**Subject:** Loan payment modification
**Importance:** High

Hi Steven and Ryan,

I wanted to follow up on my conversation with Steven last week regarding the loan repayment. We've received approval for a modification to the repayment terms that prioritizes payment of interest before the principal. The principal will now be due at maturity, while any accrued interest—and monthly interest payments over the next six months—must be paid prior to the final principal payment.

I'm currently working on a detailed payment schedule, but the estimated monthly payment is approximately $65,000, with the final principal payment due in December.

At this stage, the most urgent item we need is the board minutes or amended bylaws confirming the transfer of John's interest and the sale of equity to investors. It's essential to establish a historical record of when equity was transferred to ensure the accuracy of our documentation. We also need confirmation of the current signers and officers authorized to act on behalf of the company.

If you already have documents recording the equity investors, please send them over as soon as possible. This will allow us to finalize the loan documentation and begin collecting payments this week.

Let me know if you have any questions. Please respond to this email by end of day to acknowledge receipt and as much information as possible. Thank you.

Best regards,
Aaron

Get [Outlook for iOS](#)

**To Send a Secure File, Click Here**

**AARON SCHWEIZER**
AVP/ Portfolio Manager
📞 (949) 870-1131
📱 (949) 434-3328
✉ aschweizer@cwbk.com



**CREDIT ADMINISTRATION**

✉ loansupport@cwbk.com

**Eddie Y. Sung**
Senior Vice President/ Credit Administrator
📞 (949) 474-5264
✉ esung@cwbk.com

🌐 www.cwbk.com
📋 CW Weekly Journal

IMPORTANT/CONFIDENTIAL: This transmission is intended only for the use of the recipient(s) listed. It contains information that may be privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this transmission by mistake, please contact sender immediately.

IMPORTANT/CONFIDENTIAL: This transmission is intended only for the use of the recipient(s) listed. It contains information that may be privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this transmission by mistake, please contact sender immediately.

IMPORTANT/CONFIDENTIAL: This transmission is intended only for the use of the recipient(s) listed. It contains information that may be privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the

copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this transmission by mistake, please contact sender immediately.

IMPORTANT/CONFIDENTIAL: This transmission is intended only for the use of the recipient(s) listed. It contains information that may be privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this transmission by mistake, please contact sender immediately.

IMPORTANT/CONFIDENTIAL: This transmission is intended only for the use of the recipient(s) listed. It contains information that may be privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this transmission by mistake, please contact sender immediately.

IMPORTANT/CONFIDENTIAL: This transmission is intended only for the use of the recipient(s) listed. It contains information that may be privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this transmission by mistake, please contact sender immediately.