# EXHIBIT 29

**COMMERCEWEST**
BANK

**Via US Mail and Email**

Valve Corporation
10400 NE 4th Street, Suite 1400
Bellevue, WA 98004
Attn: C.O.O.
Email: Augusta@valvesoftware.com

You are hereby notified that Intrepid Studios, Inc., a California corporation, assigned to CommerceWest Bank its account receivable due from Valve Corporation, specifically due on a Valve Corporation Steam Distribution Agreement - Online Version between Valve Corporation and Intrepid Studios, Inc.

Payments due or to become due on such account receivable should be made to the undersigned. Payment instructions are enclosed.

Sincerely,

CommerceWest Bank

By_____

Name  DAVID  QUIZON

Title  EXECUTIVE VICE PRESIDENT



## Incoming Wire Instructions

CommerceWest Bank

2445 McCabe Way, Suite 300

Irvine, CA  92614

**ABA No.** ▮▮▮▮**3334**

**Account Number:** ▮▮▮**1010**

**Reference: Borrowers Name and Loan #**