# EXHIBIT 30

1/14/2026 7:54:06 PM (Read 1/14/2026 7:56:00 PM)

**Rob Dawson**

Not time yet.  I want to wait til after foreclosure and the steam money is collected

1/8/2026 7:06:05 AM (Read 1/8/2026 7:11:32 AM)

**Rob Dawson**

Steven get John to answer ryan today about the steam account. He's not responding