# EXHIBIT 31

From: **Ryan Ogden** rogden@intrepidstudios.com
Subject: **Steam Transfer**
Date: **Jan 8, 2026 at 12:18:05 PM**
To: **John Moore** johnmoore@intrepidstudios.com, **Steven Sharif** stevensharif@intrepidstudios.com
Cc: **Robert Dawson** ███████████████████

**Hi John,**

**We need to get together on the phone with Steam and figure out how to transfer the ownership of the account to the new entity that we have created and also update the financial information.  When will you have time to do this?  It is urgent.**

**Thank you,**
**Ryan**