# EXHIBIT 32

1/16/2026 1:03:30 PM (Read 1/16/2026 1:06:21 PM)



Rob Dawson

It's offficial.  The foreclosure is complete.   TFE holdings owns all of the assets

• Theresa Fette reacted with ‼️ on 1/16/2026 1:06:08 PM