# EXHIBIT 33

1/16/2026 1:19:50 PM

Just being open and honest here.

1/16/2026 1:20:27 PM

What spooked her most was the prospects of not paying pto

1/16/2026 1:20:35 PM

From the email on Wednesday she got

1/16/2026 1:27:49 PM (Read 1/16/2026 1:32:14 PM)

Theresa Fette

If we are saving money, a $120k HR person doesn't make sense

1/16/2026 1:36:28 PM

Theresa. It may not make sense from a dollars perspective. But I am increasingly perturbed at how myopic the board is being with these types of assessments.

I understand that my level of resistance and push back is not making me any friends. To be honest, I am more concerned about the 150m+ put into 10 years going up in flames not because of us not finding the money to make it to September.

But because of the chefs in the kitchen are literally throwing cooking oil on the walls and floor.

1/16/2026 1:37:27 PM

Not trying to be confrontational or hyperbolic. But honest and direct.

1/16/2026 1:49:27 PM (Read 1/16/2026 1:49:31 PM)

Theresa Fette

I do understand your concerns.  And they aren't invalid.  However, we have $12m to get to the end.  We have to be stewards of this money and the roadmap to annual revenue.