# EXHIBIT 34

← ⋯ 🗑 🗄

**JB** **Jacob Beucler** ⋯
To: Steven Sharif
Sat 3/28/2026 5:48 PM

---------- Forwarded message ----------
From: **Jacob Beucler** <jbeucler@intrepidstudios.com>
Date: Sat, Jan 31, 2026 at 9:50 AM
Subject: My letter of Resignation
To: Theresa Fette ████████████████████ Douglas
Bartels ███████████████ Aaron Bartels
████████████, Ryan Ogden
<rogden@intrepidstudios.com>, Robert Dawson
███████████████

Members of the Board of Directors,

I am writing to formally tender my resignation from my position as Director of Production, effective immediately, for cause.

This is not a decision I make lightly. I joined this company because I believed in its mission, its people, and the integrity of its leadership. Unfortunately, recent actions and directives by the Board have placed me in an untenable position, one that I cannot reconcile with my ethical obligations and professional responsibilities to the Company and its employees.

Specifically, I was directed by members of the Board to assist in facilitating and administering the termination of employees under circumstances in which earned wages and other legally owed compensation were not intended to be paid. During these discussions, I and others were subjected to coercive pressure suggesting that payment of such wages would be contingent upon my willingness to "play ball" and assist in implementing the Board's directives, and that refusal to do so would result in those wages not being paid.

↩⌄ Reply

