# EXHIBIT 35

Case 3:25-cv-03095-LL-MMP   Document 76-2   Filed 04/14/26   PageID.1774   Page 2 of 2

**AB** **Aaron Bartels**                    1/8/26
To: Ryan   Cc: Steven, Robert, Theresa >

Caution! This message was sent from outside your organization.

Allow sender |
Block sender |
Report

I do not believe we should pay severance nor PTO. These are bottom performers. Who have already been paid more than they deserve. We don't owe them more.

If they want to make noise in market, they will anyway as we're fired. Who listens to a poor performer who gets whacked?

Any suit against us will be against the old entity that will have no value in a week. So unless Sam thinks we have an obligation or exposure. Let's not pay either.

There is no value in using good cash to pay this. If we can find $90K, let's spend it on marketing. Will generate $180K or 6k new players. When we turn on subscriptions will be worth $120K a month. Conservative valuation multiple of 10X says this makes us $1.2M.

Our fiduciary duty as a board says we owe our investors this better allocation of capital. If we got $80K laying around :-)

Thanks,

Aaron Bartels