# EXHIBIT 36



Steven Sharif <stevensharif@intrepidstudios.com>

---

## Resignation

---

**Steven Sharif** <stevensharif@intrepidstudios.com>                                                                          Mon, Jan 19, 2026 at 1:49 PM
To: Robert Dawson ███████████████████████████
Cc: Theresa Fette ███████████████████████████████, Ryan Ogden <rogden@intrepidstudios.com>, Aaron Bartels ███████████████████
███████████████████

Members of the Board,

I am writing to formally tender my resignation from my role as Chief Executive Officer of the Company, effective immediately, subject to any reasonable transitional considerations the Board may require, and from my position as a member of the Board.

This is not a decision I take lightly. I have dedicated years of my life to building this company, its culture, and its product, and I remain deeply proud of what the team has accomplished. However, under the current circumstances, I can no longer continue in my role in a manner that I believe is responsible, sustainable, or consistent with my fiduciary and ethical obligations.

First, I fundamentally disagree with the Board's repeated attempts to terminate employees without paying wages and compensation legally owed to them, including accrued PTO. In December, the Board insisted on the termination of approximately fifty employees without PTO or severance. After I refused and raised sustained objections over a two-week period, the Board again pressed to proceed with terminations on January 5. Ultimately, the Board agreed to reduce the number of terminations to ten and to honor PTO obligations only after I personally committed to covering the cost of that PTO myself.

Had the Board proceeded at any of those decision points, it is my firm belief, based on risks I outlined repeatedly in prior communications, and which were corroborated by other senior members of the team, that the company and product would have faced a substantial risk of failure. The manner in which these decisions were discussed and pursued reflected a cavalier and, at times, insensitive posture toward both legal exposure and human impact. This process directly contributed to the loss of a critical member of our operational leadership, Midori, who was responsible for our HR function. As a result, the company is now operating without dedicated HR support and without independent legal counsel during a period when both are essential, particularly as further cost-containment measures are being contemplated.

Second, I do not agree with the private foreclosure strategy currently being pursued. In my judgment, this approach raises serious concerns regarding fiduciary duties owed to shareholders, creditors, employees, and the company itself, and may expose all involved parties to significant legal and ethical risk. In particular, aspects of the strategy appear to rely on assumptions regarding the company's rights and control over core assets that, in my view, warrant careful legal scrutiny and should not be treated as settled or unconditional.

Third, after reviewing the Board's proposed waterfall structure for employee retention and incentive participation, I am not confident that the structure as drafted will retain the key employees required to execute on a meaningful chance for success. Nor am I confident that the Board will meaningfully consider the adjustments I would recommend to improve alignment, scalability, and retention. At this stage of the company, an incentive framework that only rewards high success outcomes materially increases execution and attrition risk, rather than mitigating it.

Fourth, I have been subjected to repeated threats, coercion, and ultimatums to execute documents and actions that I have openly and consistently protested. I cannot, in good conscience, participate in actions that I believe place the Board, the company, the product, and my family in material financial and legal jeopardy.

Compounding this, the Board has taken steps that have effectively removed access to independent legal counsel for the executive team. This has left me in an uninformed and untenable position and has created personal risk for me as an officer and director, as well as undue risk for the company. I cannot responsibly

serve as CEO without the ability to obtain appropriate independent legal guidance in circumstances of this magnitude.

More broadly, I do not believe my experience, feedback, or direction is being weighed with the seriousness these circumstances require. This includes situations where timelines and forecasts were provided with the explicit understanding that success depended on additional funding, appropriate outsourcing, sufficient headcount, and, most critically, adequate marketing investment. Those inputs were not provided.

Despite these constraints, the project has performed materially above industry norms. Our December early access launch achieved KPIs and revenue benchmarks that many comparable projects fail to reach even after full commercial launch. That performance reflects the strength of the vision, the team, and the foundation we built together.

I do not underestimate the pressure the Board, and particularly Rob, has been under. I have a considerable amount of empathy for all parties involved, from the investment team, to the development team pulling together to try and deliver on the vision and opportunity. I have sacrificed years of my life and my health in execution of that vision and opportunity. However, delivering on this opportunity requires a nuanced understanding of this genre, this market, and this development model. In my view, critical decisions are being made from an insufficiently informed perspective, resulting in micromanagement and reactive course corrections that materially undermine the project's probability of success.

The correct operating model has always been straightforward: budget, talent, and vision drive results. Management's role is to present a plan, with associated funding and time requirements, that we believe will deliver projected outcomes, not to substitute that process with persistent tactical intervention by this Board.

Since beginning medical leave in October, I have continued to assist the Board and the team in an advisory capacity without compensation, to the extent my health has allowed. I have prepared communications regarding the company's acquisition and my stepping away due to ongoing health considerations and am prepared to deliver those communications to the team today and to the broader community tomorrow morning.

If the Board wishes to reconsider its approach and meaningfully address the issues outlined above, I am open to discussion. However, under the current conditions, being overextended, not being heard, and being asked to assume unacceptable personal and professional risk, I cannot continue in my role.

I sincerely hope the company ultimately succeeds and I remain deeply proud of what this team has built.

Respectfully,
Steven Sharif


--

--



### Steven Sharif

*Founder / Creative Director*
**Intrepid Studios Inc.**
w: www.intrepidstudios.com
e: StevenSharif@IntrepidStudios.com

  

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.