# EXHIBIT 37

## Summary by Copilot

---

**DV** David Vogel<dvogel@hechtsolberg.com>

To: ████████████████

Cc: David Quizon; Eddie Y. Sung; Sabrina Johnson

Fri 1/16/2026 1:47 PM

Steven,

I understand you spoke with David Quizon this afternoon and that you and your legal counsel can speak with us at 3pm this afternoon. I am sending a calendar invite with a Teams link (you can join through the Teams app or call in by phone). I do not have your legal counsel's email address, so please forward the calendar invitation to him or her.

Best,

**David J. Vogel**
HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP
600 WEST BROADWAY, SUITE 800
SAN DIEGO, CA 92101