# EXHIBIT 38

From: **Midori Roecks** mbond@intrepidstudios.com
Subject: **Resignation effective Tuesday, January 20th, 2026.**
Date: **Jan 16, 2026 at 6:31:33 PM**
To: **Steven Sharif** stevensharif@intrepidstudios.com, **John Moore** jmoore@intrepidstudios.com, **Bryan Langford** blangford@intrepidstudios.com, **Ryan Ogden** rogden@intrepidstudios.com

---

To the Board of Directors and Executive Leadership,

I am resigning my position effective Tuesday, January 20th, 2026.

As I documented in my email and Slack messages on January 14th 2026, I advised a member of the Board and senior leadership that terminating employees without paying accrued and unused PTO, or without having final wages available at the time of termination, would violate California Labor Code requirements. Despite this notice and repeated attempts to ensure that layoffs were conducted lawfully and responsibly, the team and I continued to experience pressure to proceed with immediate terminations without adequate planning or safeguards for legal compliance. That this issue was only resolved after the former CEO offered to personally fund the required payments further underscores the seriousness of the situation.

This is not an isolated concern. Over the past several months, I have repeatedly raised additional compliance and ethical risks, including the lack of funding for an employment-based immigration (PERM) process the company previously committed to sponsoring, unpaid vendor obligations, and the growing risk of employees losing benefits coverage due to nonpayment and lack of annual renewal proceedings. These issues were escalated in good faith with the expectation that they would be addressed. Instead, they remain unresolved, creating ongoing exposure for the company and personal risk for those asked to implement these decisions.

I have made every reasonable effort to preserve my employment by identifying risks, proposing lawful alternatives, and advocating for compliance. However, given the Board's repeated disregard for these concerns, I no longer believe I can continue in my role without being asked to compromise my legal obligations and professional and personal integrity. Under these circumstances, a reasonable person desiring to remain employed would have no viable alternative but to resign.

I value the work and the people affected by these decisions, and I did not reach this conclusion lightly. Nonetheless, I cannot participate in or facilitate actions that I

reasonably believe violate the law or expose me to ongoing legal and ethical risk.

Please confirm receipt of this notice. I fully intend to, and will cooperate with any reasonable transition requests consistent with my professional obligations.

Sincerely,
Midori Roecks


--

Midori Roecks

Senior HR Generalist
**Intrepid Studios Inc.**
w: www.intrepidstudios.com
e: MBond@IntrepidStudios.com


This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.