# EXHIBIT 39

Thanks for heads up Steven.

We can't change what wasn't prepared. I don't understand what the plan for it was if Midori didn't leave as she wasn't aware of new co and we needed it.

I am working with 2 new brokers. Your current one has not replied to my email and that's the only contact info I got.

Running with it.

1/23/2026 10:59:21 AM

Doug,

The board has exercised full control over NewCo preparations and insurance decisions, and I was neither involved in nor consulted on those efforts. I was not asked to assist, and neither Midori nor I were responsible for any NewCo setup.

At the board's direction, I worked directly with Cigna and Kaiser in October, November, and December to establish payment arrangements specifically to prevent any lapse in employee health coverage. Any current risk of termination is the result of the board's failure to follow through with the carriers.

Jessica is our broker and has been throughout. If you are relying solely on unanswered emails, that is not a reasonable effort under the circumstances. You should be calling both Jessica and the existing carriers immediately to attempt to preserve coverage.

Attempts to shift responsibility to me or departed staff are inaccurate and inappropriate. The board has been operating independently, has kept the executive team at arm's length, and has had direct responsibility for NewCo execution.

As Bryan has stated to me, this issue was raised with you approximately two weeks ago in San Diego when you met with him. This was known, actionable, and left unaddressed.

Confirm today what actions you are taking with Cigna, Kaiser, and Jessica to prevent termination of coverage on February 1st.

1/23/2026 11:08:24 AM (Read 1/23/2026 11:08:41 AM)

Theresa Fette

Steven for transparency, no action will be taken unless we can get to resolution with you.  As you and I discussed, if we can't, unfortunately no more funding and company will be put on ice

1/23/2026 11:18:35 AM

If the board wishes to attempt to use employee benefits that they paid into as a leverage tactic with me, then you may do so at your own peril. I will not be coerced further.

1/23/2026 11:31:46 AM (Read 1/23/2026 11:34:37 AM)

Theresa Fette

Not coercion.  If we can't get to agreement, there is no reason to pay.  Company will be shutting down