# EXHIBIT 40

**Intrepid**
STUDIOS

Steven Sharif <stevensharif@intrepidstudios.com>

## Draft - Conditions

Steven Sharif <stevensharif@intrepidstudios.com>                                    Wed, Jan 21, 2026 at 9:08 AM
To: Theresa Fette ██████████████████

Hey Michael,

Can you review this email to the board. They want me to return, so I am identifying the conditions.

Members of the Board,

Following my resignation, you indicated a desire to discuss the possibility of my continued involvement with the Company. I am willing to consider that possibility only if a clear set of governance, authority, and risk-allocation issues are formally addressed.

What follows is not a negotiation of intent or tone, but a statement of the conditions under which I would be prepared to consider continued service. These conditions are driven by fiduciary responsibility, legal exposure, operational reality, and personal health considerations. Any continuation would be contingent upon these terms being documented and approved in writing.

---

### 1. Role, Authority, and Decision Rights

- I would continue to serve as **Chief Executive Officer**.

- I retain **final authority over product vision and creative direction** for *Ashes of Creation*.

- The Board's role is to approve **budgets, capital strategy, and risk tolerance**, not to manage day-to-day execution or substitute tactical decision-making.

- Guardrails are acceptable; operational micromanagement is not.

---

### 2. Executive Team Autonomy

- Day-to-day operations are owned by the executive team.

- The **COO (I propose Bryan Langford to the Board) and CFO (Must find candidates for the Board) roles must be in-house operators** and **not Board members**, to avoid conflicts of interest and ensure appropriate expertise.

- Board members do not issue directives to staff outside the executive chain of command (CEO).

## 3. HR, Staffing, and Ethical Standards

- The executive team controls:

    - Hiring, firing, promotions

    - PTO policy, holidays, and breaks

    - Employee contracts and benefits

- No employee termination may occur without:

    - Payment of all legally owed wages and accrued PTO

    - Executive approval

- Independent HR leadership must be restored.

- Independent outside **corporate legal counsel** must be restored and accessible to the executive team.

- No officer or employee may be pressured, threatened, or coerced into executing documents or actions they have objected to in writing.

## 4. Legal Counsel, Personal Risk, and Health Considerations

- I must have uninterrupted access to **independent legal counsel when necessary**.

- The Company and Board acknowledge the heightened personal and legal risk I have been placed under and agree not to expose officers to uncompensated or undisclosed liability.

- Any continuation of my role must reasonably accommodate ongoing health constraints and treatment.

## 5. Financial Framework and Budget

- The Board sets **annual or milestone-based budget ceilings**, not line-item operational control.

Intrepid Studios Mail - Draft 4 Conditions

- Management is authorized to operate within those constraints toward a September launch, based on:

  - ~$15M raised

  - ~$4.2M currently available

  - ~$7M expected additional revenue through September

- If funding assumptions change, plans are adjusted transparently and prospectively.

---

## 6. Foreclosure and Capital Structure

- First- and second-position senior creditors must be addressed transparently and in good faith.

- No private foreclosure or restructuring strategy may create legal exposure for any Board member or Officer. Indemnification required.

- Investors such as Tom, Karen, and Zach must be addressed through negotiated solutions (e.g., carried debt, structured repayment post-launch), not unilateral removal.

---

## 7. Incentives and Retention

- The Board agrees to discuss and implement a **meaningful incentive pool** (equity-based).

- Allocation of that pool is determined by the executive team.

- Cash retention bonuses may be authorized by management where required to preserve execution continuity.

- Incentives must reward delivery and survival, not only extreme success outcomes.

---

## 8. Outsourcing, Partners, and Tools

- Outsourcing contracts, partner agreements, and tools/licensing decisions are determined by the executive team.

- The Board retains visibility, not operational veto.

---

## 9. Disparagement, False Statements, and Reputational Harm

- I have become aware of statements made by Board members to employees as well as investors that are inaccurate and damaging, including claims that I owe the Company money. Those statements are materially false.

- The Board must:

    - Immediately correct the record with all parties to whom such statements were made

    - Cease all disparaging or speculative commentary regarding my conduct, finances, or intentions

- Any continuation of service will require:

    - Mutual **non-disparagement agreements**

    - Mutual **releases** relating to past actions and statements

    - Appropriate **NDAs** governing future discussions

---

## 10. Documentation and Process

- These conditions must be reflected in formal written agreements or governance amendments.

- Verbal assurances are insufficient.

- Until such documentation is in place, my resignation stands.

If the Board believes these conditions are workable, I am open to reviewing draft documentation and discussing next steps. If not, I believe it is in everyone's interest to proceed with an orderly transition.

\--
\--



Steven Sharif
*Founder / Creative Director*
**Intrepid Studios Inc.**
w: www.intrepidstudios.com
e: StevenSharif@IntrepidStudios.com

  

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.