# EXHIBIT 41



Steven Sharif <stevensharif@intrepidstudios.com>

## IMMEDIATE ACTION REQUIRED - Health Insurance

1 message

**Steven Sharif** <stevensharif@intrepidstudios.com>                                                        Fri, Jan 23, 2026 at 10:28 AM
To: Theresa Fette █████████████████████████████
Cc: Aaron Bartels ███████████████████████████, ███████████████████, Ryan Ogden <rogden@intrepidstudios.com>, ryan ogden ████████████
Robert Dawson ██████████████████████████
Bcc: jzimmerman@intrepidstudios.com, jbeucler@intrepidstudios.com, blangford@intrepidstudios.com

Board Members,

I have been informed that the company's health insurance coverage is currently scheduled to lapse on February 1st, which is now less than ten days away. If accurate, this represents a serious operational, legal, and ethical risk to the company and its employees.

At the board's request, I personally worked with Cigna and Kaiser throughout October, November, and December to establish payment arrangements to maintain uninterrupted coverage. Those arrangements were put in place specifically to provide the board and leadership team time to stabilize payments and secure continuation.

Based on the information now being relayed to me, I understand that there have been no subsequent communications or corrective actions taken by the board or its designated leadership with either insurer to address the outstanding issues or to finalize continuation.

Given my resignation and the board's assumption of operational control, responsibility for maintaining employee benefits now rests fully with the board and its appointed leadership. Any lapse in coverage would have foreseeable consequences, including potential regulatory exposure, employee claims, and material harm to morale and retention.

I strongly urge the board to immediately confirm:

1. Whether coverage is in fact set to terminate on February 1st

2. What binding steps have been taken with Cigna and Kaiser to secure continuation

3. Who is accountable for execution and employee communication

This is not a discretionary matter. Failure to act promptly creates significant downstream liability for the company and its governing body.

Please confirm status and resolution today.