# EXHIBIT 42

Case 3:26-cv-00965-LL-MMP     Document 78-44     Filed 04/14/26     PageID.1794     Page 2 of 2

**Theresa Fette**

Like I said take a look at offer and let me know if it's impossible to get there

If not, it's bigger than you just making statement.  There would be no reason for Rob to even fund payroll.  It will all go to bankruptcy and creditors.

This road everyone loses big time

1/23/2026 3:46:30 PM (Delivered 1/23/2026 3:46:31 PM)

You know how I know that might not be accurate? I was on a call with my litigator and attorney and both said that was not accurate. I also recall Sam saying on the one call I was on that he would be sending an email to Rob saying that he does not advise not sending a notice to the bank.

1/27/2026 1:12:43 PM (Delivered 1/27/2026 1:12:43 PM)

Well I've had 2 years to process how Rob operates. He doesn't like to play fair. I think that is abundantly clear. Just look at the bank situation, the settlement and original dilution issues, the threats to my life, the threats of eviction and coercion from my home, and now finally his unwillingness to agree with the provisions in the term sheet.

I will pursue claims, along with the other investors, for the damages the board and Rob has caused with this foreclosure and other unethical actions he has taken post the July 2024 settlement.

Obviously, this was not the outcome that was necessary, and it is truly shameful. But if Rob is intent on ensuring the destruction of the company and the loss of the investors capital, I cannot stop him. I know you believe my position was reasonable, as do other advisors I trust.

As for transition, I will confer with my attorneys tonight and get back to you.

1/30/2026 8:05:32 AM (Delivered 1/30/2026 8:05:32 AM)

I just want to say, this is EXACTLY why the board trying to sneak one past a BANK was a terrible decision to make. Instead of this elaborate foreclosure strategy, someone should have done the normal and RIGHT thing and just reached out to the bank and ASKED for some grace and an extension. Now the situation is FUCKED.

Sorry I'm not trying to be rude. But this is one of the MANY damaging missteps the board chose to take, that puts us in this precarious situation.

1/30/2026 8:17:20 AM (Read 1/30/2026 8:17:37 AM)

**Theresa Fette**

Steven — my point is simply this: notifying the bank would naturally accelerate any seizure notice. That limited optionality. Perhaps there could have been room to negotiate; perhaps there still is, and we intend to explore that.