# EXHIBIT 43

B4284-2972 12/30/2025 11:03 PM Received by California Secretary of State

BA20252526261



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION
CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20252526261

Date Filed: 12/30/2025

---

**Entity Details**

| | |
|---|---|
| Corporation Name | INTREPID STUDIOS, INC. |
| Entity No. | 3788290 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 3721 VALLEY CENTRE DR STE 200<br>SAN DIEGO, CA 92130 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 2683 VIA DE LA VALLE G #139<br>DEL MAR, CA 92014 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | 3721 VALLEY CENTRE DR STE 200<br>SAN DIEGO, CA 92130 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Steven Sharif | 3721 VALLEY CENTRE DR STE 200<br>SAN DIEGO, CA 92130 | Chief Executive Officer, Secretary |
| + John Moore | 4955 RANCHO DEL MAR TRL<br>SAN DIEGO, CA 92130 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| Steven Sharif | 3721 VALLEY CENTRE DR STE 200<br>SAN DIEGO, CA 92130 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| Agent Name | JOHN MOORE |
| Agent Address | 2683 VIA DE LA VALLE G #139<br>DEL MAR, CA 92014 |

**Type of Business**

| | |
|---|---|
| Type of Business | ONLINE GAME DEVELOPMENT |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Ryan Ogden*

Signature

*12/30/2025*

Date

B4284-2973 12/30/2025 11:03 PM Received by California Secretary of State