# EXHIBIT 44

7/28/2024 10:35:12 AM (Read 7/28/2024 10:35:18 AM)

Rob Dawson

I want you guys in the lead and me hidden in the background as ownership. Never would be in the forefront. I want to get the legal and finance buttoned up so we are good to go