# EXHIBIT 45

 Outlook

---

## Fwd: Formal Request to Correct Improper Statement of Information Filing

**From** Steven Sharif <stevensharif@intrepidstudios.com>

**Date** Mon 2/2/2026 8:26 AM

**To** ████████████████████████████

---

Sent from my iPhone

Begin forwarded message:

> **From:** Robert Dawson ████████████████████████
> **Date:** January 31, 2026 at 12:26:29 PM EST
> **To:** Steven Sharif <stevensharif@intrepidstudios.com>
> **Cc:** Theresa Fette ███████████████████████, Aaron Bartels
> ███████████████████, Ryan Ogden <rogden@intrepidstudios.com>,
> Michael.Rueda@withersworldwide.com, "Samuel A. Schwartz" <saschwartz@nvfirm.com>
> **Subject: Re: Formal Request to Correct Improper Statement of Information Filing**

Please send me the signed minutes wherein Ryan was appointed CFO.

> On Jan 30, 2026, at 10:25 PM, Steven Sharif
> <stevensharif@intrepidstudios.com> wrote:

Dear Members of the Board,

I am writing to formally notify the Board of, and request immediate correction of, a material misrepresentation made by the Company in its Statement of Information filing with the California Secretary of State.

On December 30, 2025, Ryan Ogden filed an amendment to the Company's Statement of Information that removed himself as Chief Financial Officer and replaced that officer designation with the name of John Moore. This change was made without authorization, without a board vote, and without Mr. Moore's consent or appointment to that role.

As the Board is aware, Ryan Ogden was unanimously appointed Chief Financial Officer by the Board on September 4, 2024, as reflected in the official

board minutes, and has since acted in that capacity continuously. At no point did the Board appoint John Moore as Chief Financial Officer.

This filing therefore constitutes a material misrepresentation of the Company's officers.

Under **California Corporations Code §1502,** a corporation's Statement of Information must accurately set forth the names and titles of its principal executive officer, secretary, and chief financial officer (or equivalent officers). Further, under **California Corporations Code §312,** corporate officers are elected or appointed by the board of directors, and no individual may be represented as an officer absent such appointment.
Until a successor officer is duly appointed by the board, the Company is required to continue reporting the last properly appointed officer. Any unilateral alteration of officer designations in public filings without board authorization is therefore improper and non-compliant.

Accordingly, I am formally requesting that the Board take immediate action to:

1. Correct the Statement of Information to accurately reflect Ryan Ogden as the last duly appointed Chief Financial Officer

2. Provide written confirmation that this corrective filing has been completed.

Additionally, I request that the Statement of Information be promptly updated to remove Steven Sharif as Chief Executive Officer. My understanding is that Doug Bartels is the most recently appointed Chief Executive Officer by the Board, and the Company's public filings should accurately reflect current officer appointments in compliance with **California Corporations Code §§1502 and 312.** Please provide written confirmation once these corrections have been made.

Given the seriousness of inaccurate officer filings, and the potential legal and reputational implications for both the Company and the individuals named, I expect this matter to be addressed without delay.

Please confirm receipt of this request and advise on the timeline for correction.

Sincerely,
Steven Sharif