# EXHIBIT 46

From: John Moore johnmoore@intrepidstudios.com
Subject: Resignation
Date: Jan 31, 2026 at 5:09:28 PM
To: Theresa Fette ███████████████████████
Cc: ████████████████████, Douglas Bartels
dbartels@intrepidstudios.com, Ryan Ogden
rogden@intrepidstudios.com, Robert Dawson
████████████████████████

Members of the Board of Directors,

I am writing to formally tender my resignation from my position as Director of Operations, effective immediately, for cause.

As a co-founder of the Company, I have devoted years of my professional life to building this studio, its culture, and its operations with the expectation that its leadership would act with integrity, transparency, and fidelity to its legal and fiduciary obligations. Unfortunately, recent actions and conduct by the Board have placed me in an untenable position that I cannot reconcile with my ethical obligations, professional responsibilities, or personal duties to my family.

First, I have serious concerns regarding the misrepresentation of officer roles in the Company's Statement of Information filings. I did not consent to, authorize, or accept designation as an officer of the Company, yet my name and title were represented in official filings in a manner inconsistent with reality and without my approval. This created personal legal exposure and undermined trust in the Company's governance practices.

Second, I am a personal guarantor on the Company's Main Street Lending Program loan with CommerceWest Bank, secured by my personal collateral. I observed and objected to actions taken or proposed by the Board involving an attempted private foreclosure under Article 9 that, in my judgment, risked impairing the senior secured position of CommerceWest Bank and jeopardizing collateral I personally guaranteed. These actions exposed me to significant personal financial risk without my consent and in a manner inconsistent with my understanding of the Company's obligations to its senior creditor.

Third, I have experienced and observed severe and unwarranted animosity directed toward me by the Chairman of the Board, despite having had only minimal direct interaction. This hostility contributed to an environment in which I could not perform my role effectively, independently, or in good faith.
In addition, I have observed repeated integrity failures among senior leadership with respect to the treatment of employees during separation discussions, including conduct that I believe was inconsistent with the Company's stated values and with basic standards of fairness and respect owed to employees.

Finally, the cumulative effect of these events has caused significant stress and harm to my family. My spouse has experienced serious health challenges as a result of repeated harassment, coercive communications, and sustained pressure arising from Board conduct related to these matters. Continuing in my role under these conditions would place further and unacceptable strain on my family and compromise my personal responsibilities to their wellbeing.

Taken together, these circumstances have caused me to lose confidence in the Board's ability to fulfill its duties of care and loyalty to the Company, its employees, and its stakeholders. Remaining in my role would require me to tolerate conduct that I cannot ethically support and risks that I cannot responsibly accept.

I deeply regret the circumstances that have led to this decision, particularly given the impact on employees who have acted in good faith and with professionalism throughout this period. They deserve leadership that operates lawfully, transparently, and with integrity.

I am willing to cooperate reasonably on transitional matters to the extent appropriate and consistent with my legal, ethical, and personal obligations.

Sincerely,

John Moore
Director of Operations