Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF JACOB BEUCLER IN SUPPORT OF PLAINITFF STEVEN SHARIF'S MOTION FOR RECEIVER** <br><br> *Filed concurrently with Plaintiffs' Motion for Appointment of Receiver* <br><br> Judge:          Hon. Linda Lopez <br> Hearing Date:  May 19, 2026 <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Action Filed:  February 14, 2026 <br> Trial Date:      Not Set |

## DECLARATION OF JACOB BEUCLER

I, JACOB BEUCLER, declare as follows:

1. I am former Director of Production of Intrepid Studios, Inc. ("Intrepid'). I make this declaration voluntarily based on my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2. I have over twenty years of experience developing video games. I was initially recruited to work for Intrepid by the company's former HR director. At the time, I was living in the Republic of Cyprus and working for another video game company. I had been looking for an opportunity to move back to the United States when I was connected with Intrepid. I then interviewed with Intrepid, met with Steven Sharif, accepted an offer, and relocated to San Diego in 2021. I worked at Intrepid for about four and a half years as Director of Production.

3. When I joined Intrepid, the studio had already completed a phase called "Alpha One" and was preparing for what can be described as a "project reboot." The plan was to go back into pre-production in order to build the version of the game we would put on the market. My role focused on implementing new technology and new road maps in the game's systems and getting the game ready for market.

4. *Ashes of Creation* was an ambitious idea that presented unique challenges, but nothing outside the norm for a large-scale gaming project. According to my professional experience, nothing I observed in the development of *Ashes of Creation* was unusual. Game development is a difficult process and often takes longer, and frequently costs more, than initially anticipated. In fact, I have had similar experiences to my experience at Intrepid at least four or five different times throughout my career as a video game developer.

5. In 2025, the Beta version of the *Ashes of* Creation was released to the market on a platform called Steam and performed better than we had anticipated with a large amount of players signing up to play. Though it was still an early version of the game, our metrics were positive and I felt as though the game was positioned to

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-MMP

do well in the future.

6. In November 2025, there were internal conversations about how to move forward with the game in light of the company's financials. The board asked Brian Langford, Lead Producer, and me to come up with a plan to move forward, including what parts of the game could be trimmed and what staff reductions might be survivable should they become necessary. We provided several different scenarios to the board, offering suggestions for what we could cut out of the game, and what staff we could afford to lose and when, all in an effort to explain what realistic paths forward looked like in order to salvage the company in light of a reported cash crunch. On or around December 23, 2025, I provided the board with a detailed PowerPoint presentation outlining these proposals. All of my suggestions were recommended with the assumption that treating the employees properly, ensuring they received their PTO, were paid for their time, and received adequate notice of any layoffs in compliance with the WARN Act, would be a priority for the company.

7. In response, the board rejected every scenario we suggested and, in January 2026, board members Robert Dawson and Theresa Fette told me that they had instead sought external advice about game development and what to do with the company. In my view, advice from external advisors was not worthwhile given that any outside individuals would not have had sufficient information about Intrepid and *Ashes of Creation*, and its current situation, with which to advise.

8. On or around December 29, 2025, I received a call from Mr. Sharif in which he communicated to me that the board planned to fire about one hundred Intrepid employees while they were on holiday, without paying wages owed or accrued PTO. I immediately followed up with Mr. Sharif by email to document my concerns. In that email I told him that he could not do this because it was unethical and likely illegal and would ruin his reputation as a developer.

9. On or around December 31, 2025, the board demanded on a phone call with certain Intrepid employees that approximately forty-six or forty-seven

2    Case No. 3:26-cv-00965-LL-MMP

DECLARATION OF JACOB BEUCLER IN SUPPORT OF PLAINITFF STEVEN SHARIF'S MOTION FOR RECEIVER

employees be terminated that day—a number I understand to have been manipulated to circumvent WARN Act obligations. It was clear to me by the comments made on that phone call that the board wanted to fire employees immediately. Following this call, I again documented my concerns in an email to Sharif. The employees the board sought to terminate were extremely hardworking and had just worked seventy-hour weeks for ten weeks straight to help get *Ashes of Creation* to early access and subsequently to prepare for market.

10. Immediately after this phone call with the board, I spoke with Mr. Sharif and Mr. Langford also by phone to discuss whether there was any other way to trim the scale of Intrepid's operations while staying within the bounds of the law, as per our previous suggestions communicated to the board a few weeks prior.

11. At that time, I understood that there was a roughly $5 million lien against the company held by CommerceWest Bank. Revenue from the game's recent launch on Steam was supposed to flow into the company's accounts. In January 2026, the board discussed transferring the funds to a new entity, TFE Games Holdings, LLC, instead of honoring the bank's position, purportedly so the funds could be used to pay Intrepid employees. I understood from Mr. Sharif that the board was instead trying to sneak the Steam revenue past the bank, leaving Intrepid employees unpaid. He said he thought this was illegal and that he planned to alert the bank as to what the board was planning to do in an effort to ensure Intrepid employees were compensated.

12. After Sharif resigned in mid-January 2026, I remained employed alongside Mr. Langford. During that period, the board repeatedly tried to persuade us to join a new entity the board sought to create in order to continue the development of the game. They communicated to us that they planned to transfer Intrepid's assets to this new entity and then rehire some portion of the Intrepid team. We refused to do so without Mr. Sharif because *Ashes of Creation* is entirely Mr. Sharif's vision, and Mr. Sharif was the leader of Intrepid and the reason I joined the company.

13. On January 30, 2026, I attended a meeting with the board where we were

WITHERS
BERGMAN LLP

3

Case No. 3:26-cv-00965-LL-MMP

DECLARATION OF JACOB BEUCLER IN SUPPORT OF PLAINITFF STEVEN SHARIF'S MOTION FOR RECEIVER

informed that the Steam had refused to release the funds to new entity in light of the bank's lien. In response to this news, I recall Theresa Fette saying nearly verbatim: "We were trying to pull a fast one, and we got caught." The conversation then turned to damage control. The board discussed "cratering the company", *i.e.* ways to get out as fast as they could with all of Intrepid's assets. In particular, the board discussed shuttering the entire company and making it appear as though the Steam issue had caused a collapse. They then planned to send out a WARN notice, lay off the entire workforce and consolidate control over Intrepid's assets, causing Intrepid to default on obligations such as rent, health insurance, and employee wages. The board talked openly at this meeting about not paying the rent or the health insurance for the employees.

14. During this same meeting with the board, Aaron Bartels received a text, evidently from one of his lawyers. After reading the text, I recall Bartels saying, "Oh, great, we can do anything we want. There's so many options. We can cancel this company in so many different ways. That's fantastic." He seemed to have no regard for the 200 employees he sought to terminate.

15. Also at this meeting, the board discussed resurrecting game development through an offshore development company and presenting themselves to the gaming community as "white knights," all while framing Mr. Sharif as the villain. A substantial portion of this meeting was spent discussing their plan to blame Mr. Sharif. They planned to tell employees that their final checks would not be paid because Mr. Sharif decided to tip off the bank and trigger the collapse of the company. It was clear to me during this conversation that the board wanted to ensure Intrepid employees wrongly believed the company's collapse was Mr. Sharif's fault.

16. At the end of this January 30 meeting, after deciding to lay everyone off, Dawson mentioned that he needed to leave because he and his friends were heading out on a private jet to Cabo for the weekend. In my opinion, this demonstrates poor character on Dawson's part.

WITHERS
BERGMAN LLP

4    Case No. 3:26-cv-00965-LL-MMP
DECLARATION OF JACOB BEUCLER IN SUPPORT OF PLAINITFF STEVEN SHARIF'S MOTION FOR RECEIVER

17.    After this meeting, the board sent me a draft email containing their proposed WARN notice to send to employees, which included a line indicating it was endorsed by Intrepid management. In response to this email, and in light of what I observed at the January 30 meeting, I objected to sending the notice and tendered my resignation. Following my resignation, I cut off all contact with the board and have not been in contact with them since.

18.    This back and forth with the board gave me the impression that they had no real understanding of how to build a video game, had no regard for the humans involved, and had the sole objective to take control of Intrepid's assets. For them, it was just a numbers game.

19.    In view of my observations of Defendants' conduct with respect to Intrepid, I support the appointment of a receiver to safeguard Intrepid's assets and act in the best interests of Intrepid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026 at Bellevue, Washington.

By: _____
Jacob Beucler

WITHERS
BERGMAN LLP

5    Case No. 3:26-cv-00965-LL-MMP

DECLARATION OF JACOB BEUCLER IN SUPPORT OF PLAINITFF STEVEN SHARIF'S MOTION FOR RECEIVER