# EXHIBIT 2

 

# HOWARD B. GROBSTEIN
**Partner | CPA/CFF, CFE**

## Areas of Expertise

Practice focus in the following key areas:

- **Fraud Investigations** – Representation of fiduciaries and private parties in numerous and complex fraud cases with alleged losses ranging from $25,000 to approximately $1 billion. Representations include court appointed receivers, monitors, special masters, and private parties in regulatory, equity, and international matters.

- **Forensic Reconstructions** – Acts as forensic accountant in litigation and insolvency matters, reconstructing records related to disputes, litigation, fraudulent conveyances, solvency analyses, and other situations.

- **Litigation Consulting** – Court Appointed/Stipulated Position consulting and/or expert witness in litigation cases and has testified at arbitration, deposition, and in federal and state courts.

- **Insolvency and Dispute Matters** – Has acted as a chapter 7 and chapter 11 bankruptcy trustee and frequently serves as a post-confirmation liquidating trustee and has served as a Chapter 11 examiner and receiver in several cases; represents bankruptcy trustees, debtors, creditors, creditor committees, receivers, special masters, assignees, and attorneys in insolvency cases. Involved in numerous cases, most of which involved complex forensic or fraud related issues.

- **Neutral Accountant and Court's Own Expert** – Acts as the court appointed neutral accountant to resolve complicated accounting and financial disputes in state court actions. Has been appointed as the court's own expert as directed by federal bankruptcy judges in bankruptcy matters.

- **Fiduciary Positions** – Acted as provisional director, interim board member, liquidating trustee, receiver, partition referee, independent board member, chief restructuring officer (CRO), fractional/interim CFO, assignee for the benefit of creditors, Chapter 7 and Chapter 11 bankruptcy trustee, and responsible officer.

- **Fractional CFO/Controller** – Frequently acts as a fractional/interim CFO and controller for companies and organizations in need of temporary or long-term, part time assistance with financial and strategic oversight.

## Certifications and Licenses

- Certified Public Accountant
- Certified Fraud Examiner
- Certified Financial Forensics (AICPA)

## Education

- Bachelor of Science, Business Administration – Emphasis in Accounting
  California State University, Northridge, 1994

Los Angeles
6300 Canoga Avenue, Suite 1500W,
Woodland Hills, CA 91367
818.532.1020 | gtllp.com

Phoenix, AZ
Los Angeles County, CA
Orange County, CA

Riverside County, CA
Boston, MA
Las Vegas, NV

Metro Washington D.C.
Mérida, MX

## Professional Affiliations

- Past Co-Chairperson of the California Receivers Forum (Los Angeles & Orange County); current member
- Past President of Los Angeles Bankruptcy Forum; current member
- Past member of AICPA Task Force for Drafting Questions for the Certified in Financial Forensics Designation
- Member of Association of Certified Fraud Examiners
- Past Member of the Board of Directors and Past Treasurer of Turnaround Management Association
- Member of California Society of CPA's
- Member of American Institute of CPA's

## Speaking Engagements

- Participated in seminar for Association of Certified Fraud Examiners on the topic of Fraud Related to COVID 19
- Participated in seminar at California Receivers Forum on the topic The Accountant for the Court-Appointed Receiver.
- Presented a seminar to the Trustee Administrator's Group on searching for hidden assets in Chapter 7 proceedings.
- Participated in a seminar at California Receivers Forum on SEC Receiverships.
- Participated in a seminar at California Receivers Forum on Complex Receiverships.

## Publications

- *Fraud Casebook: Lessons* from *the Bad Side of Business*, July 2007. Co-authored chapter.
- *Reviving the Financially Distressed Business*, February 2019. Authored chapter.

## Civic and Community Activities

- Former member of the Board of Directors, former Treasurer, and Chairman of the Finance Committee of Heart of Los Angeles (HOLA), a non-profit organization providing after school programs and tutoring to inner-city youth.

## Community Awards

- 40 Under 40 Award; San Fernando Valley Business Journal

# Examples of Experience

## <u>Litigation Fiduciary Services</u>

*(Provisional Director, Interim Board Member, Receiver, Bankruptcy Trustee, Assignee for the Benefit of Creditors, Examiner, etc.)*

- **Independent President, CEO and Liquidating Trustee** to Verity Health System (VHS Liquidating Trust) – Appointed as the Liquidating Trustee for VHS Liquidating Trust. Verity Health System owned and operated several hospitals in California and is the second largest hospital bankruptcy ever filed in the United States. Acting as President and Trustee to transition hospitals from Debtor to purchasers. Prosecuting litigation claims against failed buyer for breach of contract. Prosecuting claims against former management company for fraudulent transfer. Negotiated and sold captive insurance company. Resolving avoidance actions with gross of over $500 million. Addressing litigation related to hospitals including over 150 medical malpractice, employee, and general liability claims. Work closely with trust advisory board, hospital board and other constituents to effectively manage the terms of the plan of reorganization. Addressing dissolution of hospital entities, related foundations, and benefit plans. Evaluating and preparing final tax returns for the entities and benefit plans.

- **Chief Restructuring Officer** to William Jordan Investments, Inc. et. Al. – Retained as Chief Restructuring Officer ("CRO") to run, oversee operations of and wind down 26 entities in chapter 11. Businesses involved significant real estate holdings in numerous states throughout the country, deeds of trust, investments in operating businesses, and entitlement of raw land. Reconstructed books and records in order to determine amounts invested or loaned by creditors and members, monetized numerous assets in various states and stages including REO properties, commercial properties, notes receivable, and others. Worked with developers to entitle a high-end luxury assisted living facility for sale to third parties.

- **Chief Restructuring Officer** to Namco Capital Group, Inc. – Acted as Chief Restructuring Officer at the direction of the Official Committee of Unsecured Creditors. Analyzed and liquidated a portion of $2 billion in real estate holdings through approximately 100 different entities. Prepared bankruptcy schedules and Statement of Financial Affairs. Prepared monthly operating reports and met other court reporting requirements. Analyzed numerous real property assets in order to determine whether to liquidate, return to lender, or hold. Performed forensic investigation and financial activity of entities.

- **Chief Restructuring Officer** to Nationwide Beverage Bottling, Inc. – Acted as Chief Restructuring Officer for a water bottling plant in a chapter 11 proceeding. Increased production and sales by 300%, reduced costs and renegotiated certain expenses, restructured employee composition, and related salaries, negotiated sale of substantially all assets; investigated financial activity of debtor and insiders.

- Movie and Experiential Production Company (subject to NDA) – Acted as **independent board member** to assist disputing partners with operational, financial and tax matters related to the company.  Participated in regular board meetings, oversaw financial and operational matters by working with accounting and operational staff.  Resolved disputes between two board members/owners.

- **Chief Restructuring Officer** to Tarzana Plaza Community Association – Acted as the Chief Restructuring Officer of 100-unit condominium complex.  Addressed litigation against prior board members for potential defalcations and breach of fiduciary duty, Managed necessary repairs, maintenance and budgeting.

- Aerospace Plating Companies – Providing accounting, operational, and tax services to three companies (common ownership among three feuding families) under the direction of the provisional director for approximately 14 years.  Provide monthly and/or quarterly reporting packages.  Assist the provisional director by providing operational and financial guidance as well as tax consulting.

- **Receiver** in the matter of MUFG Union Bank v. NMA, et al. – Appointed by the Superior Court of California as the Receiver of National Merchants Association, a significant credit card processing company, and other related entities (approximately $800,000 in processed transactions per day). Operated business for approximately one year. Negotiated agreements with boarding bank, negotiated settlement between Plaintiff, Defendant, and receivership to resolve dispute issues and provide payment to the bank. Prepared forensic accounting regarding improper transactions alleged by Plaintiff MUFG Union Bank asserted against Defendant NMA. (Bond Posted)

- **Receiver** in the matter of MBMJ Capital LLC v. Sabemos Beverages, LLC, et al. – Appointed by the Superior Court of California as the Receiver of Sabemos Beverages, LLC, a liquor distributor. Wound down operations, negotiated transactions with warehouses regarding unpaid rent. Prepared forensic accounting related to alleged improper transactions by officers and directors. (Bond Posted)

- **Chapter 11 Trustee and Liquidating Trustee** to Kendall Frozen Fruits – Appointed as Chapter 11 Trustee to operate frozen berry distributor. Managed complete operations for approximately one year and a half. Negotiated exit of one shareholder; oversaw ordering, sales, employees, and all operations. Prepared monthly operating reports to report to the OUST, prepared corporate tax returns, negotiated terms of plan and disclosure statement, successfully reorganized case with projected 100% payout to unsecured creditors. (Bond Posted)

- **Chapter 11 & 7 Trustee** for Irontrac – Appointed as Chapter 7 Trustee to wind down and liquidate heavy equipment owner/lessor. Took possession of inventory of heavy equipment and conducted auction through Ritchie Brothers. Prepared forensic reconstruction of transactions between the Debtor and related entities/individuals. Reconstructed accounts receivable and commenced litigation, as necessary. Performed avoidance action analysis and commenced litigation against appropriate parties. Prepared necessary tax filings.

- **Liquidating Trustee** to New Meatco Liquidating Trust – Appointed as Liquidating Trustee. Entity was a mass wholesale distributor of meat and seafood products. Prosecuted D&O claims and recovered in excess of $7 million. Prosecuted preference and insider claims in excess of $1 million.

- **Liquidating Trustee** to Gospel Light Liquidating Trust – Appointed as Liquidating Trustee. Entity was a publisher of religious books. Case involved analysis of financial records to determine potential actions against insiders and potential preference recipients.

- **Liquidating Trustee** to LFI Liquidating Trust – Appointed as Liquidating Trustee. Prior to the trust being formed, the entities were the subject of a regulatory receivership entitled SEC v. Carver. The trust was created to preserve potential value in highly speculative investments in biotech firms. As trustee, liquidated millions in stock for the benefit of creditors.

- Meteor Games, LLC – Appointed as **Chapter 7 Trustee**. Entity developed video game applications for use on smartphones and other devices. Reconstructed financial records in order to identify and trace the fraudulent use of company capital and assets for the benefit of principles and insiders. Commenced litigation against insiders and ultimately settled claims for the benefit of creditors.

- Diamond Decisions, Inc. – Appointed **as Chapter 11 Trustee** for an apparel manufacturing and distribution company. Discovered potential fraudulent investment scheme involving approximately $40 million. Performing forensic reconstruction of financial records for purposes of analyzing potential fraudulent conveyances, potential preferential transfers, and other causes of action. (Bond Posted)

- Welded Fixtures – Appointed as **Chapter 11 Trustee** for manufacturing company. Operated business for several months, prepared projections and budget to actual analyses on regular basis in order to maintain operations. Negotiated settlement with principal which resulted in payment in full to all creditors. Case was subsequently dismissed. (Bond Posted)

- DIVA Systems Corporation – Appointed as **Chapter 11 Trustee** of company which held a significant library of intellectual property related to video on demand and interactive program guide. Pursued litigation against proposed purchaser of assets who backed out of transaction immediately prior to plan confirmation. Negotiated a settlement with the defendant wherein the estate received $39.5 million (approximately 1.5 million more than lawsuit). Sold intellectual property and other assets. Successfully confirmed a plan of liquidation and was appointed as Liquidating Agent. (Bond Posted)

- EonXchange, LLC – Appointed as **Chapter 11 Trustee** of an emissions credits brokerage and optimal transaction software creator. The case involved an entity, its three wholly owned subsidiaries and their managing member. Successfully substantively consolidated three related subsidiaries into the bankruptcy estate and succeeded by stipulation to entirely substantively consolidate the managing member (an individual) into the Debtor's estate. Negotiated the liquidation of two multi-million-dollar pieces of real estate. Performed extensive fraud and forensic investigation used for litigation and prosecution by U.S. Attorney. Referred fraudulent activity to US Attorney resulting in indictment and guilty plea of managing member. (Bond Posted)

- Examiner – Appointed as **Chapter 11 Examiner** for medical practice. Evaluated operations of the debtor including a review of the assets, liabilities, revenues, and expenses for several year period of activity. Evaluated transactions between the debtor and related parties and provided a report to the United States Trustee and the Bankruptcy Court.

- Examiner – Appointed as **Chapter 11 Examiner** in a case involving a garbage disposal company. Conducted forensic analysis in an extremely short period of time and provided report to United States Trustee recommending appointment of a trustee.

- Examiner – Appointed as ***Chapter 11 Examiner*** in the matter of ChineseInvestors.com. The case involved a company that raised funds from investors and lenders to build an investment website requiring subscriptions. The Debtor maintained operations in the US and China. Investigated transactions related to loans, investments, disbursements, and transfers. Required extensive translation of documents from Mandarin Chinese to English. Drafted report and recommended the appointment of a trustee. The Court concurred and a trustee was appointed.

## Court Appointed/Stipulated Positions

- **Partition Referee** – Acted as Court appointed partition referee in dispute involving family members who commonly owned a commercial property. Negotiated a settlement among the parties involving the liquidation of the asset and allocation of proceeds.

- **Partition Referee** – Sheldon F. Bergen, et. al., v. Bernard P. Richman – Acted as Court appointed partition referee in dispute involving a family residence. Sold family residence and distributed proceeds pursuant to Court's order.

- **Partition Referee** – FB Ventura Blvd., LLC – Currently acting as partition referee in dispute between partners.  Recently sold commercial bank building owned by the partnership for approximately $12 million.

- **Neutral Accountant** in State Court Dispute – Appointed by Superior Court Judge as neutral accountant to resolve business dispute between two shareholders of computer component company. Issues included alleged diversion of corporate assets, diversion of corporate opportunity, reconstruction of allegedly destroyed accounting records, analysis of tax implications of transactions, and analysis of business operations. Neutral accountant prepared an extensive report on findings and testified at multi-day trial.

- **Assignee for the Benefit of Creditors** – Acted as the assignee for the benefit for creditors for a meat distribution company. Obtained valuation of assets, conducted auction of all personal property, negotiated settlements with insiders, litigated receivables and other actions with third parties, prepared tax returns.

- **Assignee for the Benefit of Creditors** – Acting as assignee for the benefit of creditors for an advertising company. Obtained valuation of assets, negotiated settlement of insider claims, conducted claims process, liquidating real property out of state, addressing tax issues related to assignment, collecting receivables.

- **Neutral Accountant** in State Court Dispute – Selected and Appointed by State Court Judge to act as neutral accountant to resolve business dispute between a medical practitioner and management company. Reconstructed financial records for several years. Analyzed alleged embezzlement of funds for personal use by a management company. Analyzed transactions and related them to management contract to identify potential improprieties. Traced financial activities through accounting records and banking information. Prepared extensive and detailed report on findings.

- **Neutral Accountant** in State Court Dispute – Stipulated neutral accountant to resolve dispute between partners involving several real estate companies holding numerous commercial real estate properties. Reconstructed and evaluated receipts, disbursements, distributions, tax implications and other matters related to approximately 13 properties covering a 13-year period of time.

- **Successor Trustee** – Designated as successor trustee in estate by three feuding siblings. Marketed and sold large commercial retail property in Texas. Prepared required court and tax documents for trust and distributed funds.

- Modern VideoFilm – Acting as **Independent sole board member** to wind down 401(k) and oversee litigation related to insiders and lenders.

- Scoobeez – Acting as **member of board of directors** for "last mile" deliver service provider to Amazon.

- **Court appointed CRO**, oversaw litigation with Amazon.

- E-Styles – **Disbursing Agent** retained jointly by Debtor and Creditor Committee of a company that sold baby and child development toys and products. Worked with administrator to reconcile bifurcation of pre- and post- petition accounts payable. Reconciled true-up amounts related to sale of assets pursuant to bankruptcy order. Reconstructed financial activity to prepare income, sales, and payroll tax returns. Preparation of avoidance action analyses. Appointed as post-confirmation disbursing agent.

## Fractional CFO/Controller Positions

- California State University, Dominguez Hills **–** Retained and acted as the **fractional CFO** for the California State University, Dominguez Hills for approximately one year. Acted as the entire accounting function for the university's foundation which is responsible for almost all financial aspects of the university including, but not limited to, the Dignity Health Center (former home to the Galaxy and Chargers), student union, bookstores, parking, Philanthropic Foundation, and food services. Prepared departmental budgets, budget-to-actual analyses, maintained general ledgers and monthly reporting, analyzed specific contemplated development projects, reconstructed, and analyzed philanthropic activities going back 10 years, participated in university board meetings to provide updates on activities, assisted with retention of permanent accounting department, prepared, and presented closing report.

- Infinity Capital – Retained as the **fractional controller** for hard money lender for approximately one year. Analyzed all existing loans, managed day-to-day operations, oversaw management of firm, collections, accounts payable, bank reconciliations, new loan transactions and assisted with negotiations of disposition of business.

- Youth Policy Institute – Provided **fractional CFO** services to non-profit organization to assist with wind down of operations. Managed daily operations, general ledger, communications with lenders and ultimate filing of bankruptcy.

- Confidential Non-Profit – Acted as **fractional CFO** for legal services non-profit firm due to sudden departure of CFO with no notice. Maintained daily operations including, donations, accounts payable, general ledger, fundraising, and payroll. Met daily with executive director to provide operational updates. Participated in board meetings to provide financial reports and updates. Assisted with retention of permanent CFO.

- Confidential Non-Profit – Acting as **fractional CFO** to youth services non-profit organization. Assisting with high- level strategic planning issues. Participate in finance committee meetings and board meetings to assist with financial reporting.