# EXHIBIT 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------x

SADA SYSTEMS, LLC,

                        Plaintiff,

            - against -

INTREPID STUDIOS,

                        Defendant.

-----------------------------------------------------------------------x

Index No. _____

SUMMONS

TO THE ABOVE NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty (20) days after service of this summons, exclusive of the day of service (or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:  New York, New York
        December 2, 2025

By: */s/ Philip I. Tafet*
Philip I. Tafet
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
tafetp@ballardspahr.com
Telephone: 212.223.0200
Facsimile: 212.223.1942

Joel F. Newell, *Pro Hac Vice Forthcoming*
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Plaintiff SADA Systems, LLC*

Case 3:26-cv-00965-LL-MMP    Document 78-61    Filed 04/14/26    PageID.1950    Page
3 of 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------x

SADA SYSTEMS, LLC,

               Plaintiff,

        - against -

INTREPID STUDIOS, INC.,

               Defendant.

-----------------------------------------------------------------------x

Index No. _____

COMPLAINT

Plaintiff SADA Systems, LLC, a Delaware limited liability company (formerly SADA Systems, Inc.) ("SADA"), by and through its undersigned counsel, hereby file this Complaint against Defendant Intrepid Studios, Inc., a California corporation ("Intrepid") as follows:

## PARTIES, JURISDICTION, AND VENUE

1. SADA is a Delaware limited liability company, with its principal place of business located in the State of California. SADA is an authorized reseller of Google, Inc. ("Google") and provides its customers with access to Google Cloud Platform services (the "Services").

2. Defendant Intrepid is now, and at all relevant times was, a California corporation organized under the laws of the State of California, with its principal place of business in San Diego, California.

3. Jurisdiction is proper as the defendant, Intrepid expressly consented to personal jurisdiction in this Court.

4. Venue is proper as SADA and Intrepid entered into a forum selection clause assigning the federal and state courts of New York County, New York as the exclusive venues for the claims herein.

Case 3:26-cv-00965-LL-MMP    Document 78-61    Filed 04/14/26    PageID.1951    Page 4 of 8

## FACTUAL ALLEGATIONS

### The Agreement

5.      SADA and Intrepid entered into that certain Google Cloud Platform Ordering Document dated September 23, 2022, governing Intrepid's access to and use of the Services (the "Ordering Document"), attached hereto as "**Exhibit A**." The terms of the Google Cloud Platform Customer Agreement (the "GCP Agreement"), attached hereto as "**Exhibit B**," were incorporated into the terms of the Ordering Document (collectively, the "Agreement"). The GCP Agreement established the terms under which SADA provides Intrepid with access to the Services.

6.      SADA and Intrepid agreed, pursuant to the Agreement, that the Agreement shall be governed by New York law, excluding the state's conflict of laws rules. See Exhibit B Attachment 1, Section 13.5.

7.      SADA and Intrepid agreed, pursuant to the Agreement, that all claims arising out of or relating to the Agreement will be litigated exclusively in the federal or state courts of New York County, New York, USA. See Exhibit B at Attachment 1, Section 13.5.

8.      Under the Agreement, in exchange for Google Cloud Platform usage, Intrepid must pay SADA's monthly invoice based on the previous month's total Google Cloud Platform usage ("Invoices").

9.      The Agreement requires SADA to invoice Intrepid for all amounts due under any executed Ordering Document, with each invoice payable by Intrepid within 30 days of receipt. See Ordering Document, Invoices and Payment.

10.     If Intrepid is late on payment for Services, SADA reserves the right to suspend the Services or terminate the Agreement for breach. See Exhibit B, Section 4.6.

2

**Defendant's Defaults**

11.     On April 14, 2025 SADA, after a prolonged account delinquency, sent Intrepid a Final Demand for Past Due Payment (the "Demand") to recover the outstanding Invoice balance of $852,631.21.

12.     On April 21, 2025, after receiving no response to the Demand, SADA cancelled Intrepid's Services.

13.     In a final attempt to recover the outstanding balance, on July 25, 2025, SADA sent Intrepid a Final Demand for Payment ("Second Demand") requiring payment of the full $852,631.21 debt within ten (10) days of the date of the demand and once again notifying Intrepid of its material breach and account termination.

14.     Intrepid has refused to pay the outstanding amount due. The failure to pay the Invoices constitutes a breach of the Agreement. See Exhibit B, Section 4.6.

15.     As of the filing of this Complaint, after applying all final credits, Plaintiff has been damaged in an amount of no less than $852,631.21.

16.     SADA is entitled to all costs incurred in exercising its rights and pursuing its remedies under the Agreement and applicable law.

## CLAIM FOR RELIEF

### COUNT I

### (Breach of Contract)

17.     SADA incorporates all prior allegations of the Complaint as if fully set forth herein.

18.     The Agreement is a valid, binding, and enforceable contract between SADA and Intrepid.

19.     At all relevant times, SADA performed its obligations under the Agreement.

FILED: NEW YORK COUNTY CLERK 12/01/2025 05:34 PM
NYSCEF DOC. NO. 1
INDEX NO. 656217/2025
RECEIVED NYSCEF: 12/02/2025

Case 3:26-cv-00965-LL-MMP    Document 78-61    Filed 04/14/26    PageID.1953    Page
6 of 8

20.    Intrepid has breached the Agreement for the reasons set forth above by failing to pay the Invoices as required.

21.    As a result of Intrepid's breach, SADA has been damaged in an amount to be proven at trial, but in no event less than \$852,631.21 plus costs incurred by SADA in the enforcement of its rights under the Agreement pursuant to the terms thereof and applicable law.

## COUNT III

### (Unjust Enrichment – In the Alternative)

22.    SADA incorporates all prior allegations of the Complaint as if fully set forth herein.

23.    SADA entered into the Agreement with the reasonable expectation of payment from Intrepid.

24.    Intrepid knowingly accepted and retained the benefits conferred by SADA.

25.    It would contravene equity and good conscience to permit Intrepid to retain the benefits of the Agreement.

26.    SADA is entitled to compensation from Defendant for the value of the benefit that SADA conferred on Defendant in an amount to be proven at trial, but in no event less than \$852,631.21 plus costs incurred by SADA in the enforcement of its rights under the Agreement pursuant to the terms thereof and applicable law.

## COUNT IV

### (Promissory Estoppel – In the Alternative)

27.    SADA incorporates all prior allegations of the Complaint as if fully set forth herein.

28.    Intrepid promised to pay the Invoices under the Agreement.

29.    It was reasonably foreseeable that SADA would rely on this promise.

30.    SADA justifiably relied on this promise by providing Services to Intrepid.

4

Case 3:26-cv-00965-LL-MMP    Document 78-61    Filed 04/14/26    PageID.1954    Page
7 of 8

31.     SADA has incurred loss or suffered detriment as a result of such reliance.

32.     SADA is entitled to compensation from Defendant for the value of the benefit that SADA conferred on Defendant in an amount to be proven at trial, but in no event less than $852,631.21 plus costs incurred by SADA in the enforcement of its rights under the Agreement pursuant to the terms thereof and applicable law.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff SADA prays that judgment be entered in its favor and against Defendant Intrepid on each claim asserted herein, and that the Court grant the following relief:

a)     With respect to Count I (Breach of Agreement), SADA requests that judgment be entered in its favor and against Defendant Intrepid, awarding damages in an amount to be proven at trial, but in no event less than $852,631.21, plus costs incurred by SADA in the enforcement of its rights under the Agreement pursuant to the terms thereof and applicable law;

b)     With respect to the Count III (Unjust Enrichment), pleaded in the alternative, SADA requests that judgment be entered in its favor and against Defendant Intrepid, awarding damages in an amount to be proven at trial, but in no event less than $852,631.21 plus costs incurred by SADA in the enforcement of its rights under the Agreement pursuant to the terms thereof and applicable law;

c)     With respect to the Count IV (Promissory Estoppel), pleaded in the alternative, SADA requests that judgment be entered in its favor and against Defendant Intrepid, awarding damages in an amount to be proven at trial, but in no event less than $852,631.21, plus costs incurred by SADA in the enforcement of its rights under the Agreement pursuant to the terms thereof and applicable law;

5

Case 3:26-cv-00965-LL-MMP    Document 78-61    Filed 04/14/26    PageID.1955    Page 8 of 8

d)      Any such other and further relief the Court deems just and proper under the circumstances.

Dated: December 1, 2025

/s/ Philip I. Tafet

Philip I. Tafet
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
tafetp@ballardspahr.com
Telephone: 212.223.0200
Facsimile: 212.223.1942

Joel F. Newell, *Pro Hac Vice Forthcoming*
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Plaintiff SADA Systems, LLC*

6