# EXHIBIT 7

Case 3:26-cv-00965-LL-MMP     Document 78-62     Filed 04/14/26     PageID.1957     Page 2 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------------x

SADA SYSTEMS, LLC,

                Plaintiff,

          - against -

INTREPID STUDIOS, INC.,

                Defendant.

----------------------------------------------------------------------x

Index No. 656217/2025

### NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Affirmation of Philip Tafet, Esq., dated March 5, 2026 and the exhibits annexed thereto, and upon all the prior papers and proceedings had herein, plaintiff Sada Systems, LLC ("Plaintiff") will move this Court, at the Motion Support Courtroom thereof, Room 130 of the Courthouse, 60 Centre Street, New York, New York, on April 13, 2026 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to CPLR 3215, entering a default judgment in favor of plaintiffs and against defendants in the amount of $852,631.21, with interest, costs, disbursements and reasonable attorney fees.

PLEASE TAKE FURTHER NOTICE, that pursuant to CPLR 2214(b), answering affidavits and any notice of cross-motion, with supporting papers, if any, shall be served at least seven (7) days before the return date of this motion.

[SIGNATURE PAGE TO FOLLOW]

Case 3:26-cv-00965-LL-MMP    Document 78-62    Filed 04/14/26    PageID.1958    Page
3 of 3

Dated: March 5, 2026

/s/ Philip I. Tafet
Philip I. Tafet
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: 212.223.0200
Facsimile: 212.223.1942

Joel F. Newell, *Pro Hac Vice Forthcoming*
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Plaintiff SADA Systems, LLC*

2