# EXHIBIT 8

**Filename**: "voicemail-9350B0FE-649F-4717-8B9E-1CA7AF769267"

**Transcript of Voicemail**

*Sam Schwartz, Intrepid Studios.*

*Casey, it's Sam Schwartz. It's about 3:30 on Thursday. I sent you an email earlier. Uh, Judge Lopez, uh, dissolved the TRO, denied a preliminary injunction. I sent you a copy of the minute order.*

*They'd also been seeking to disqualify us, that got denied too. So, um, uh, the assets, we also put them back in Intrepid. So the board is now, uh, after access, uh, to Intrepid's assets. Please, uh, call me or respond to my email as soon as you can. Uh, there should be no dispute or issue about giving Intrepid its stuff so they can move forward.*

*Uh, my, my mobile is easy way, easiest way to get me today is ▮▮▮▮▮▮▮▮.*