Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **REQUEST FOR HEARING** <br><br> *Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Declaration of Steven Sharif; Declaration of Jessica Nall; Witness Declarations* <br><br> Judge:          Hon. Linda Lopez <br> Hearing Date:  May 19, 2026 <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Action Filed:  February 14, 2026 <br> Trial Date:      Not Set |

## <u>REQUEST FOR HEARING</u>

Plaintiff respectfully requests that the Court hold a hearing on Plaintiff Steven Sharif's Motion for Receiver (the "Motion"). Oral argument would materially assist the Court in evaluating whether the complex and evolving circumstances set forth in the Motion warrant appointment of a neutral receiver over Intrepid Studios, Inc. ("Intrepid") with exclusive equitable authority to possess, control, preserve, or sell Intrepid's assets as necessary; operate and manage the business; conduct financial administration and accounting; litigate claims; and ensure legal and court compliance, as well as to investigate lien validity and ensure that any disposition is fair, lawful, and beneficial to all stakeholders.

As detailed in the Motion, Defendants have demonstrated a pattern of conduct—both before and during this litigation—showing that they cannot be trusted to steward Intrepid's assets, including manipulation and backdating of transactions, misrepresentations to regulators and financial institutions, public conduct designed to depress asset value, and improper interference with Plaintiff's counsel. These actions present an ongoing risk of irreparable harm and the destruction of any fair market for Intrepid's assets, harm that cannot be remedied through damages or later relief. A hearing would allow the Court to address in real time whether, and to what extent, a receiver with equitable powers is necessary to protect the assets and stakeholders at issue, particularly given Defendants' stated intent to pursue a second disposition of Intrepid's assets. Plaintiff respectfully submits that oral argument would meaningfully aid the Court in tailoring any relief to the complex, fast-moving, and high-stakes issues surrounding control, preservation, and potential sale of Intrepid's assets.

DATED:  April 14, 2026          WITHERS BERGMAN LLP


By: */s/ Jordan W. Garman*
Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

REQUEST FOR HEARING