Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S UNOPPOSED MOTION TO SEAL** <br> *Filed concurrently with Motion to Seal* <br><br> Judge:          Hon. Linda Lopez <br> Hearing Date:  May 19, 2026 <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Action Filed:  February 14, 2026 <br> Trial Date:      Not Set |

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-MMP

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S UNOPPOSED MOTION TO SEAL

## <u>DECLARATION OF JORDAN W. GARMAN</u>

I, JORDAN W. GARMAN, declare as follows:

1.    I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.    I submit this declaration in support of Plaintiff Steven Sharif's Motion to Seal Certain Information Filed in Support of Application to Appoint a Receiver, *Ex Parte* Motion to Shorten Time, and Motion to Seal (the "Motion to Seal").

3.    Documents Plaintiff has filed in support of Plaintiff's Motion for Receiver, *Ex Parte* Motion to Shorten Time, and this Motion to Seal include three categories of information that he seeks to seal: (1) information from an agreement signed between Plaintiff and other parties which contains a confidentiality provision governing disclosure of the information contained therein; (2) personal identifying information of the parties and third parties; and (3) confidential business information ancillary to the disposition of Plaintiff's Motion for a Receiver

4.    With respect to the first category, Plaintiff previously lodged this agreement with the Court at Dkt. No. 4, Exhibit A. The relevant confidentiality clause is contained in Section 9 of that agreement. Plaintiff does not take a position on with respect to whether this information should be sealed, but Plaintiff respectfully requests that it be provisionally sealed pending any response from Defendants to this Motion.

5.    The specific documents for which Plaintiff seeks provisional sealing based on the referenced agreement are:

    a. Plaintiff's Motion for a Receiver at the following page and line numbers:

        i.    Page 4, lines 20-23

      ii.    Page 5, line 2

      iii.   Page 5, line 4

      iv.   Page 5, lines 10-11

      v.    Page 6, lines 7-8

b. Declaration of Steven Sharif in Support of Plaintiff Steven Sharif's Motion for Receiver, in the following paragraphs:

      i.     Paragraph 13

      ii.    Paragraph 14

      iii.   Paragraph 19

c. Exhibits to the Declaration of Steven Sharif, in the following exhibits:

      i.     Exhibit 12 (redacted only)

      ii.    Exhibit 15 (redacted only)

      iii.   Exhibit 19 (redacted only)

      iv.   Exhibit 20 (redacted only)

      v.    Exhibit 25 (sealed in full)

d. Exhibits to the Declaration of Jessica Nall in Support of Plaintiff Steven Sharif's Motion for Receiver, in the following exhibits:

      i.     Exhibit 1 (redacted only)

e. Exhibits to the Declaration of Jordan W. Garman in Support of Plaintiff Steven Sharif's Unopposed Motion to Seal Certain Information Filed in Support of Motion for Receiver, in the following exhibits:

      i.     Exhibit 1 (redacted only)

f. Exhibits to the Declaration of Jessica Nall in Support of Plaintiff Steven Sharif's Ex Parte Motion for Order Shortening Time on Plaintiff's Motion for Receiver, in the following exhibits:

      i.     Exhibit 2 (redacted only)

6. In addition, many exhibits to the Declaration of Steven Sharif and

Exhibit 8 to the Declaration of Jessica Nall in Support of Plaintiff Steven Sharif's Motion for Receiver contain personal identifying information ("PII"), including personal phone numbers, personal e-mail addresses, physical or mailing addresses, and names of third-party investors unaffiliated with the instant dispute.

7.     The specific documents Plaintiff seeks to redact based on the inclusion of PII are:

    a. Exhibits to the Declaration of Steven Sharif in Support of Plaintiff Steven Sharif's Motion for Receiver, in the following exhibits:

        i.    Exhibit 1 (redacted only)

        ii.    Exhibit 2 (redacted only)

        iii.    Exhibit 3 (redacted only)

        iv.    Exhibit 5 (redacted only)

        v.    Exhibit 6 (redacted only)

        vi.    Exhibit 7 (redacted only)

        vii.    Exhibit 8 (redacted only)

        viii.    Exhibit 9 (redacted only)

        ix.    Exhibit 10 (redacted only)

        x.    Exhibit 11 (redacted only)

        xi.    Exhibit 12 (redacted only)

        xii.    Exhibit 13 (redacted only)

        xiii.    Exhibit 14 (redacted only)

        xiv.    Exhibit 15 (redacted only)

        xv.    Exhibit 16 (redacted only)

        xvi.    Exhibit 20 (redacted only)

        xvii.    Exhibit 21 (redacted only)

        xviii.    Exhibit 22 (redacted only)

        xix.    Exhibit 23 (redacted only)

        xx.    Exhibit 24 (redacted only)

xxi.    Exhibit 26 (redacted only)

xxii.    Exhibit 30 (redacted only)

xxiii.    Exhibit 31 (redacted only)

xxiv.    Exhibit 32 (redacted only)

xxv.    Exhibit 33 (redacted only)

xxvi.    Exhibit 34 (redacted only)

xxvii.    Exhibit 35 (redacted only)

xxviii.    Exhibit 36 (redacted only)

xxix.    Exhibit 37 (redacted only)

xxx.    Exhibit 39 (redacted only)

xxxi.    Exhibit 40 (redacted only)

xxxii.    Exhibit 41 (redacted only)

xxxiii.    Exhibit 42 (redacted only)

xxxiv.    Exhibit 44 (redacted only)

xxxv.    Exhibit 45 (redacted only)

xxxvi.    Exhibit 46 (redacted only)

b. Exhibits to the Declaration of Jessica Nall in Support of Plaintiff Steven Sharif's Motion for Receiver, in the following exhibits:

i.    Exhibit 8 (redacted only)

8.    In addition, certain exhibits to the Declaration of Steven Sharif contain business and financial terms ancillary to the substance of the Motion for Receiver, which could cause competitive harm to Intrepid or to the involved third parties (namely, CommerceWest Bank or Riot Games) if publicly revealed.

9.    The specific documents Plaintiff seeks to redact based on the inclusion of confidential competitive business information are:

a. Exhibits to the Declaration of Steven Sharif in Support of Plaintiff Steven Sharif's Motion for Receiver, in the following exhibits:

i.    Exhibit 3 (redacted only)

ii.   Exhibit 28 (redacted only)

10.   On April 13, 2026, my colleague Jessica Nall contacted counsel by e-mail for Defendants in good faith to discuss this Motion to Seal. Counsel for Defendants stated that they did not oppose this Motion to Seal. A true and correct copy of that e-mail correspondence is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2026 at Boston, Massachusetts.

By: */s/ Jordan W. Garman*
     Jordan W. Garman

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-MMP

DECLARATION OF JORDAN W. GARMAN IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S MOTION TO SEAL