# EXHIBIT 1

| | |
|---|---|
| **From:** | Samuel A. Schwartz <saschwartz@nvfirm.com> |
| **Sent:** | Monday, April 13, 2026 6:04 PM |
| **To:** | Tinoco, Erica |
| **Cc:** | Garman, Jordan; Athanasios Agelakopoulos; Emily Anderson; Susan Roman; LaVigne, Christopher; Nall, Jessica; Jason Thomas |
| **Subject:** | RE: Received Motion Today |

CAUTION: This email originated from an external source.

Erica, good afternoon.  We know Howard.  We do not approve of a general receiver for the reasons we discussed on Friday, and note that Mr. Sharif has rejected our good faith proposal for a receiver with limited powers.  The Defendants oppose an order shortening time.  Intrepid is not operating and the Article 9 sale is not pending.  There is no urgency on any front today to seek emergency relief.  With respect to the sealing of documents, you can note your motion to seal is unopposed for the reasons you outlined below.  We can sort whether documents should be unsealed at a future time.  Otherwise, your allegations regarding Mr. Caramanis are not well received and are rejected out of hand.  Mr. Cramanis has his own, well documented views and opinions of your clients.  To the extent you take issue with his characterizations of Mr. Sharif or Mr. Moore, please direct those matters to Mr. Caramanis and his counsel.

**Samuel A. Schwartz, Esq.**
Schwartz, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Tinoco, Erica <Erica.Tinoco@withersworldwide.com>
**Sent:** Monday, April 13, 2026 1:55 PM
**To:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Cc:** Garman, Jordan <Jordan.Garman@withersworldwide.com>; Athanasios Agelakopoulos <AAgelakopoulos@nvfirm.com>; Emily Anderson <eanderson@nvfirm.com>; Susan Roman <sroman@nvfirm.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>; Nall, Jessica <Jessica.Nall@withersworldwide.com>
**Subject:** Received Motion Today

## Sending on behalf of Jessica Nall

Hi Sam and team,
Hope you had a nice weekend.

Thank you for the meet and confer on Friday. To summarize, we understand your proposal to be that the parties stipulate to appointment of a receiver with the limited power to hold, collect, and organize the IP—*i.e.*, someone with similar powers as the IP Neutral had under the TRO, with perhaps expanded power to pay unpaid receivables that are blocking access to the key technology platforms. You suggested that perhaps the discharged IP Neutral, Mr. Kunkel, could serve in this role. We also understand that you would speak with your client over a willingness to pay for this person's services and for the vendor costs.

As we understand it, the proposal specifically contemplates Mr. Dawson and the Board otherwise retaining complete control over Intrepid's affairs.

We appreciate the proposal, and have no objection to the receiver being empowered with that authority, however, in our view a receiver with much broader equitable powers is required given Mr. Dawson's and the board's historical lack of regard for their fiduciary duties and given the doubts we have as to the scope of Mr. Dawson's rights as an Intrepid creditor and shareholder as we mentioned on both April 6 and April 10. We also continue to have strong concerns regarding the actions of Mr. Caramanis, whom we believe based on past experience and his public statements to be acting at the behest of Mr. Dawson and Mr. Ogden, in diminishing the value of Intrepid's assets through his unchecked campaign of defamation and release of confidential company financial documents designed to show Intrepid in a bad light.

We plan to advocate for a receiver with broad and exclusive equitable powers to possess, control, preserve, or sell the assets as necessary; operate and manage the business; conduct financial administration and accounting; litigate claims (including, as necessary, against Mr. Caramanis); and ensure legal compliance and transparency with the Court.

Based on his substantial prior video-game company experience, we plan to put forth Howard Grobstein as the receiver candidate (CV attached). We propose that payment should occur via receivership certificate, which we understand courts can issue even absent secured creditor consent.

We assume your clients do not agree to appointing a receiver with those broad equitable powers. In tandem with our motion for appointment of a receiver, we plan to move (1) to shorten time in light of Intrepid's (i.e., Defendants') recent purported re-acquisition of the IP assets and promised imminent Article 9 foreclosure, which creates urgency for the appointment of a receiver, and (2) to seal the following items:

- ▮▮▮ (however, we will take the position that we are agnostic over the ▮▮▮ being sealed and we are moving to give Defendants an opportunity to advocate for its sealing in response if they wish. Do you object to making it public at this point?)

- Personal cell phone numbers and personal email addresses of parties

- Cell phone numbers and personal email addresses of third parties

- Confidential business terms included in exhibits which are not relevant to the motion for receiver

Please let us know by 3PM Pacific if you will consent to appointment of Mr. Grobstein as a receiver with full equitable powers as outline above.  We will otherwise assume that your clients maintain your objections to same.  Also please let us know if you will oppose our motion to shorten time; and the motion to seal so that we may indicate to the Court whether any are unopposed?

I will be out of service for the kid spring break trip from now until Thursday so please cc Jordan and Chris and my team on any response.

Best,
Jess

**Erica Tinoco**

Client Services Executive
Dispute Resolution
t +1 415 549 2464
withersworldwide.com

Withers Bergman LLP
909 Montgomery Street, Suite 300, San Francisco, CA 94133



**Withers Bergman LLP** - 909 Montgomery Street, Suite 300, San Francisco, CA 94133 T: +1 415 872 3200 F: +1 415 549 2480

Withers
London | Geneva | Milan | Padua
Hong Kong | Singapore | Tokyo | British Virgin Islands
New York | Greenwich | New Haven | Texas
San Francisco | Los Angeles | San Diego

This email (and any attachments) is confidential and may also be legally privileged. If you are not the intended recipient please immediately notify the sender then delete it from your system. You should not copy it or use it for any purpose nor disclose its contents to any other person. Please note that where the content of this email is personal or otherwise unconnected with the business of the firm or its clients, the firm accepts no responsibility or liability for its content.