Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION TO SHORTEN TIME ON PLAINTIFF'S MOTION TO APPOINT RECEIVER** <br><br> Judge:　　　　Hon. Linda Lopez <br> Hearing Date:  Not Set <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Action Filed:  February 14, 2026 <br> Trial Date:　　Not Set |

Withers Bergman LLP

Case No. 3:26-cv-00965-LL-MMP

DECLARATION OF JORDAN W. GARMAN CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION TO SHORTEN TIME ON PLAINTIFF'S MOTION TO APPOINT RECEIVER

## <u>DECLARATION OF JORDAN W. GARMAN</u>

I, JORDAN W. GARMAN, declare as follows:

1.    I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc., in this action.  All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true.  If called as a witness, I could and would testify competently as to all facts set forth herein.

2.    I submit this declaration to confirm service of Plaintiff Steven Sharif's *Ex Parte* Motion for Order Shortening Time on his Motion to Appoint Receiver (the "*Ex Parte* Motion to Shorten Time"), per this Court's Civil Chambers Rules, Rule 5.

3.    On April 14, 2026, at 10:35 p.m. PST, I served via email with return receipt requested on members of Schwartz, PLLC, counsel for Defendants, copies of (1) the *Ex Parte* Motion to Shorten Time; (2) the April 14, 2026 Declaration of Jessica Nall and exhibits in support of the same; (3) the Proposed Order as sent to the Court; and (4) the April 14, 2026 email transmitting the Proposed Order to the Court. A true and correct copy of that email, with attachments, is attached hereto as **Exhibit 1**.

4.    On April 15, 2026, at 3:16 a.m. PST, I received a read receipt from Susan Roman of Schwartz, PLLC reflecting that she received and opened the email. A true and correct copy of that receipt is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2026 at Boston, Massachusetts.

By:  */s/ Jordan W. Garman*
Jordan W. Garman

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-MMP