# EXHIBIT 2

| | |
|---|---|
| **From:** | Susan Roman <sroman@nvfirm.com> |
| **To:** | Garman, Jordan |
| **Sent:** | Wednesday, April 15, 2026 6:16 AM |
| **Subject:** | Read: Sharif v. Dawson et al. - 3:26-cv-00965-LL-MMP |

Your message

  To: Susan Roman
  Subject: Sharif v. Dawson et al. - 3:26-cv-00965-LL-MMP
  Sent: Tuesday, April 14, 2026 10:34:36 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Wednesday, April 15, 2026 3:16:02 AM (UTC-08:00) Pacific Time (US & Canada).