Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **SUPPLEMENTAL DECLARATION OF TOM ALKAZIN REGARDING WITNESS INTIMIDATION** <br><br> Judge:  Hon. Linda Lopez <br> Hearing Date:  May 19, 2026 <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Action Filed:  February 14, 2026 <br> Trial Date:  Not Set |

# DECLARATION OF TOM ALKAZIN

I, TOM ALKAZIN, declare as follows:

1.    I am an investor in Intrepid Studios, Inc. ("Intrepid'). I make this declaration voluntarily based on my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2.    On April 14, 2026 I submitted a signed declaration in support of Plaintiff's Motion to Appoint a Receiver. (*See* ECF No. 78-53.) That evening, I received four text messages from Jason Caramanis. In these text messages, Mr. Caramanis referred to my declaration as "piece of shit lies." He also called me a "piece of shit," "liar," and "coachroach." He threatened to prove that I was lying through discovery and depositions of me and my wife. He said, "[t]hreatening that that i [sic] will depose you and sue you is NOT a threat it's the truth." A true and correct screenshot of these messages is attached hereto as **Exhibit A**.

3.    I did not respond to Mr. Caramanis' message and have not responded to any messages sent to me by Mr. Caramanis since February 2026. I stopped responding to his messages because I had previously received some messages from Mr. Caramanis that threatened to "destroy" me through legal proceedings.

4.    These threats from Mr. Caramanis have caused me severe stress and sleep loss. In response to his comments on April 14, 2026, I have since stopped to consider the potential mental and emotional consequences of further participation in this lawsuit. I even discussed the issue with my wife as to whether I should withdraw my statements submitted on April 14, 2026.

5.    I'm aware that Mr. Caramanis has also contacted the family of another Intrepid investor, Karen Boreyko, who also submitted a declaration in support of Plaintiff's Motion to Appoint a Receiver. (*See* ECF No. 78-52.) I am aware that Mr. Caramanis contacted Karen Boreyko's brother, Benson K. Boreyko, and ranted to him for approximately 15 minutes about Ms. Boreyko's submission to this court. During that phone conversation, I'm aware that Mr. Caramanis expressed to Mr. Boreyko his

disbelief that Ms. Boreyko "sided" with Plaintiff, Steven Sharif. I understand Mr. Caramanis' comments to Mr. Boreyko on this phone call were animated and vulgar. I understand that this phone call has caused Ms. Boreyko a great deal of stress.

6.    I am fearful that this declaration will again animate Mr. Caramanis to undertake threats and harassment against me because of my participation in this litigation. I submit this declaration with the hope of stopping any further threats.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2026 at Las Vegas, Nevada.

By: _____
Tom Alkazin