# EXHIBIT A

**4:56**



read your piece of shit lies in your declaration you piece of shit

can't wait to get you and your wife in depositions liar and cockroach as you are

what a piece of work you are

I begged you for help so many times and you lied can't wait to prove all of this in your discovery abd depositions what a liar you are

Threatening that i will depose you and sue you is NOT a threat it's the truth

it's all good i see what scum i am dealing with

iMessage

  

4:57

**< 3**

Yester **JC** 50 PM

read your pie **Jason >** lies in your declaration you piece of shit

can't wait to get you and your wife in depositions liar and cockroach as you are

what a piece of work you are

I begged you for help so many times and you lied can't wait to prove all of this in your discovery abd depositions what a liar you are

Threatening that i will depose you and sue you is NOT a threat it's the truth

it's all good i see what scum i am dealing with

 iMessage