Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **SUPPLEMENTAL DECLARATION OF KAREN BOREYKO REGARDING WITNESS INTIMIDATION** <br><br> Judge:          Hon. Linda Lopez <br> Hearing Date:  May 19, 2026 <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Action Filed:  February 14, 2026 <br> Trial Date:      Not Set |

## DECLARATION OF KAREN BOREYKO

I, KAREN BOREYKO, declare as follows:

1.     I am an investor in Intrepid Studios, Inc. ("Intrepid'). I make this declaration voluntarily based on my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2.     On April 14, 2026 I submitted a signed declaration in support of Plaintiff's Motion to Appoint a Receiver. (*See* ECF No. 78-52.) That evening, I was on a phone call with my brother, Benson K. Boreyko, when he received another call from Jason Caramanis. Mr. Boreyko ended our call to speak with Mr. Caramanis and promptly called me back afterwards. He told me that Mr. Caramanis had ranted to him and was very angry that I had submitted a declaration in support of Plaintiff, Steven Sharif. Mr. Boreyko said that Mr. Caramanis had used very vulgar language, calling me "a lying cunt."

3.     This language from Mr. Caramanis has caused me severe stress and intimidation. In response to his comments on April 14, 2026, I have since stopped to consider whether I should have submitted my declaration. I understand that Tom Alkazin has received threats from Mr. Caramanis in response to his signed declaration filed in this case. (ECF No. 78-53).

4.     I am fearful that this declaration will again animate Mr. Caramanis to undertake harassment against me or that he will retaliate against me in a separate lawsuit because of my participation in this litigation. I submit this declaration with the hope of stopping any further harassment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2026 at Scottsdale, Arizona.

By: _____

Karen Boreyko