Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 3:26-cv-00965-LL-MMP |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF JESSICA NALL REGARDING WITNESS INTIMIDATION** |
| v. | Judge:          Hon. Linda Lopez |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, | Hearing Date:  May 19, 2026 |
| Defendants, | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |
| and | |
| INTREPID STUDIOS, INC., | Action Filed:  February 14, 2026 |
| Nominal Defendant. | Trial Date:       Not Set |

# DECLARATION OF JESSICA NALL

I, JESSICA NALL, declare as follows:

1.     I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.     I submit this declaration in further support of Plaintiff Steven Sharif's Motion to Appoint a Receiver. (ECF No. 78-1.)

3.     On February 16, 2026, Jason Caramanis made threatening statements towards witness Tom Alkazin and his wife publicly on a YouTube live stream hosted by NefasQS (the "Feb. 16, 2026 Live Stream"). On this live stream, which is recorded and available for viewing online, Mr. Caramanis recalled texting Mr. Alkazin and his wife directly, telling them "good luck to your fucking life. You sound a baseline, backstabbing human being. I'm coming after you and Bethany and everyone else go fuck yourself for lying to me. You're a cockroach. Can't wait to see you in court. You're a fucking liar. A complete con job." (Feb. 16, 2026 Live Stream at 56:32.) A true and correct recording of this live stream is available on YouTube at the following link: https://www.youtube.com/watch?v=WDJB-PRM2pY&t=3386s.

4.     On April 15, 2026, a few days after Plaintiff filed his Motion for Appointment of Receiver along with supporting Declarations from Tom Alkazin and Karen Boreyko, Jason Caramanis made statements about Mr. Alkazin and Ms. Boreyko publicly on a YouTube live stream hosted by NefasQS (the "Apr. 15, 2026 Live Stream"). On this live stream, which is recorded and available for viewing online, and in direct response to the signed declaration submitted by Mr. Alkazin on April 14, 2026, (ECF Nos. 78-53), Mr. Caramanis called Mr. Alkazin a "lying piece of shit to say all the shit that he said about [Mr. Caramanis]" (Apr. 15, 2026 Live Stream at 7:13:13.) Mr. Caramanis also recalled contacting Ms. Boreyko's brother in

response to the Declaration filed on her behalf. On that phone call, Mr. Caramanis recalled telling Ms. Boreyko's brother, "I thought Karen was a smart woman. Is she just stupid? . . . No, Karen Bareyko has no clue." (Apr. 15, 2026 Live Stream at 6:59:38.) A true and correct recording of this live stream is available on YouTube at the following link: https://www.youtube.com/live/bYeYPiWTx2M?t=25973s.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2026 at San Francisco, California.

By: /s/ Jessica Nall
Jessica Nall

2

Case No. 3:26-cv-00965-LL-MMP

SUPPLEMENTAL DECLARATION OF JESSICA NALL REGARDING WITNESS INTIMIDATION