Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 235-6000

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*

Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone: 415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone: 619.329.6454

Jordan W. Garman (admitted pro hac vice)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### Case No.: 3:26-cv-00965-LL-JLB

|  |  |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC,<br><br>Defendants,<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>Nominal Defendant. | Case No.: 3:26-cv-00965-LL-JLB<br><br>**JOINT MOTION TO APPROVE PARTIES' STIPULATION PERMITTING PLAINTIFF TO AMEND COMPLAINT AND ADJUSTING DEFENDANTS' RESPONSE DEADLINE**<br><br>Judicial Officer: Hon. Linda Lopez<br>Courtroom: 14B (14th Floor)<br><br>Action Filed: February 14, 2026<br>Trial Date: Not Set |

Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC (collectively, "**Defendants**"), and Plaintiff Steven Shariff ("**Plaintiff**" and, together with Defendants, the "**Parties**"), as an individual and derivatively on behalf of Intrepid Studios, Inc. ("**Intrepid**"), jointly move this Court, under Civil Local Rule 7.2, to approve the parties' stipulation allowing Plaintiff leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and correspondingly adjusting Defendants' deadline to file a response to Plaintiff's complaint. The Parties bring this Joint Motion for the reasons more fully set out below and pursuant to the pleadings and records on file in this action, and upon such oral and other documentary evidence as this Court may require.

1. Plaintiff filed his Verified Shareholder Derivative Complaint and Direct Complaint (the "**Verified Complaint**") on February 14, 2026. The Verified Complaint focuses largely on the January 16, 2026 foreclosure (the "**Foreclosure**") of the assets of Intrepid by Defendant TFE Games Holdings, LLC ("**TFE**").

2.    The facts of this matter have changed materially since the Verified Complaint was filed. Most notably, the Foreclosure was rescinded on March 25, 2026 and substantially all assets of Intrepid were returned to Intrepid.[1]

3.    As a result, the relief Plaintiff sought under the first two claims for relief in the Verified Complaint (the "**Trade Secrets Claims**"), seeking to preliminarily and permanently enjoin Defendants from accessing, using or selling Intrepid's "Trade Secret Materials" obtained in the Foreclosure, is now moot.

4.    At the hearing before this Court on April 2, 2026, the Court ordered that Defendants file a response to the Verified Complaint by April 23, 2026.

5.    On April 21, 2026, Defendants' counsel notified Plaintiff's counsel of Defendants' intention to file a motion to partially dismiss the Verified Complaint.

6.    On April 22, 2026, the parties held a meet and confer conference concerning, among other things, the potential motion to dismiss during which conference the grounds for partial dismissal of the Verified Complaint on the basis of the relief sought under the Trade Secrets Claims now being moot was discussed.

7.    As a result of the meet and confer conference and emails thereafter, the parties have stipulated that Defendants consent to Plaintiff amending the Verified Complaint under Federal Rule of Civil Procedure 15(a)(2) (permitting a plaintiff to amend a complaint absent leave of Court if the plaintiff has obtained the "opposing party's written consent"), and the parties correspondingly agree that Defendants' deadline to respond should be adjusted accordingly.

8.    The Parties agree that the deadline for Plaintiff to file an amended complaint should be within twenty-one (21) days after an order is entered approving the parties' stipulation and that Defendants' response should be due fourteen (14) days after the amended complaint is filed.

---

[1] Plaintiff reserves all rights to dispute the propriety of the rescission and the effect thereof.

9.    The parties respectfully jointly move this Court to approve this stipulation pursuant to Local Rule 7.2.

WHEREFORE, the Parties jointly respectfully request that this Court enter the proposed order, substantially in the form attached hereto as Exhibit A, granting the relief requested in this motion, and any such other relief that the Court deems just and proper.

Dated: April 23, 2026.

**WITHERS BERGMAN LLP**

By: */s/ Jordan W. Garman*
Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted pro hac vice)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

**SCHWARTZ, PLLC**

By: */s/ Sasha Aliakbar-Amid*
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Attorneys for Defendants*

# Exhibit A

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,

Plaintiff,

v.

ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC,

Defendants,

and

INTREPID STUDIOS, INC.,

Nominal Defendant.

Case No. 3:26-cv-00965-LL-JLB

**ORDER GRANTING JOINT MOTION TO APPROVE PARTIES' STIPULATION PERMITTING PLAINTIFF TO AMEND COMPLAINT AND ADJUSTING DEFENDANTS' RESPONSE DEADLINE**

Judge:  Hon. Linda Lopez
Trial Date: Not Set

The Court, having reviewed and considered the *Joint Motion to Approve Parties' Stipulation Allowing Plaintiff to Amend Complaint and Adjusting Defendants' Response Deadline* (the "**Motion**"), filed by Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holding, LLC ("**Defendants**") and Plaintiff, Steven Shariff, as an individual and derivatively on behalf of Intrepid Studios, Inc. (the "**Plaintiff**"), pursuant to Fed. R. Civ. P. 15(a)(2) and Civil Local Rule 7.2; and with good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Motion is GRANTED;

**IT IS FURTHER ORDERED** that Plaintiff is hereby given leave to file an amended complaint within twenty-one (21) days of the date of this order;

**IT IS FURTHER ORDERED** that the deadline for Defendants to respond to the amended complaint shall be fourteen (14) days after the date the amended complaint is filed

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2026.

_____
HONORABLE LINDA LOPEZ
UNITED STATES DISTRICT JUDGE