UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS LLC,<br><br>Defendants,<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>Nominal Defendant. | Case No.: 26cv965-LL-MMP<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE PARTIES' STIPULATION PERMITTING PLAINTIFF TO AMEND COMPLAINT AND ADJUSTING DEFENDANTS' RESPONSE DEADLINE**<br><br>[ECF No. 88] |

On March 23, 2026, the parties filed a Joint Motion to Approve Parties' Stipulation Permitting Plaintiff to Amend Complaint and Adjusting Defendants' Response Deadline pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 7.2. ECF No. 88. The Court **GRANTS** the Joint Motion as follows:

/ / /

1

1. On or before **May 15, 2026**, Plaintiff may file an amended complaint.

2. Defendants shall respond to the amended complaint fourteen days after it is filed.

**IT IS SO ORDERED.**

Dated:  April 24, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv965-LL-MMP