UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No.: 26cv965-LL-MMP |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO APPROVE PARTIES' STIPULATION PERMITTING PARTIES TO ADJUST RESPONSE AND REPLY DEADLINES TO PLAINTIFF'S MOTION FOR RECEIVER** |
| v. | |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS LLC, | |
| Defendants, | |
| and | [ECF No. 92] |
| INTREPID STUDIOS, INC., | |
| Nominal Defendant. | |

On May 4, 2026, the parties filed a Joint Motion to Approve Parties' Stipulation Permitting Parties to Adjust Response and Reply Deadlines to Plaintiff's Motion for Receiver. ECF No. 92. The Court **GRANTS** the Joint Motion as follows:

///

///

1

26cv965-LL-MMP

1.      On or before **May 7, 2026**, Defendants shall respond to the Motion.

2.      Plaintiff may reply on or before **May 14, 2026**.

**IT IS SO ORDERED.**

Dated:  May 4, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv965-LL-MMP