Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDING LLC, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **NOTICE OF PLAINTIFF STEVEN SHARIF'S NARROWED REQUEST FOR RELIEF ON MOTION TO APPOINT RECEIVER, ECF NO. 78** <br><br> Judge:        Hon. Linda Lopez <br><br> Action Filed:  February 14, 2026 <br> Trial Date:    Not Set |

Withers
Bergman LLP

Case No. 3:26-cv-00965-LL-MMP

NOTICE OF PLAINTIFF STEVEN SHARIF'S NARROWED REQUEST FOR RELIEF ON MOTION TO APPOINT RECEIVER

## NOTICE OF PLAINTIFF STEVEN SHARIF'S NARROWED REQUEST FOR RELIEF ON MOTION TO APPOINT RECEIVER, ECF NO. 78

Plaintiff Steven Sharif ("**Plaintiff**"), as an individual and derivatively on behalf of Intrepid Studios, Inc. ("**Intrepid**"), hereby provides notice of his narrowed request for relief pursuant to Plaintiff Steven Sharif's Motion for Receiver (ECF No. 78) ("Motion for Receiver").

On April 14, 2026, Plaintiff filed his Motion for Receiver requesting appointment of "a neutral receiver over Intrepid with full equitable and exclusive power to possess, control, preserve, or sell Intrepid's assets as necessary; operate and manage the business; conduct financial administration and accounting; litigate claims; and ensure legal and court compliance." (*Id.* at 2.)

On April 20, 2026, the Court ordered "the parties to further meet and confer in person or by video conference on the issue of a receiver … in a good faith effort to resolve [the receiver issue] as expeditiously as possible." (ECF No. 87 at 3.)

As more fully described in the parties' Joint Status Report on Parties' Meet and Confer Efforts Regarding Appointment of Receiver, (ECF No. 90), the parties have met and conferred extensively and in good faith regarding Plaintiff's Motion for Receiver. While the parties' discussions have not fully resolved their differences regarding Plaintiff's Motion for Receiver, those discussions have significantly narrowed the relief Plaintiff seeks through his Motion for Receiver.

Therefore, Plaintiff respectfully narrows his requested relief pursuant to his Motion for Receiver and requests, for the reasons outlined in the Motion for Receiver, that the Court appoint a limited, neutral receiver over Intrepid with the following powers and duties: (1) to preserve Intrepid's intellectual property and related assets; (2) to oversee and monitor any foreclosure sale of Intrepid's assets, and to report to the Court on the propriety of any such sale; (3) to investigate on Intrepid's behalf Defendant Robert Dawson's and Defendant TFE Games Holdings, LLC's right to proceed with a foreclosure sale (including by analyzing relevant loan documents and

related amendments and agreements), pursuant to the receiver's duties to ensure the propriety of any foreclosure sale; and (4) to take any actions required, including legal action, to halt ongoing actions undertaken by any party, or by non-party shareholder Jason Caramanis, and any of their agents or representatives, that are harming the value of Intrepid's assets (including, but not limited to, public disparagement of Intrepid and its assets and associated parties, along with public disclosure of Company confidential information).

Plaintiff has concurrently submitted a revised proposed order reflecting the narrowing of his requested relief described above.

DATED:  May 6, 2026

Respectfully Submitted,
WITHERS BERGMAN LLP


By:  *Jordan W. Garman*

Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*