Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 235-6000

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*

Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone: 415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone: 619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Case No.: 3:26-cv-00965-LL-MMP**

STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,

Plaintiff,

vs.

ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC,

Defendants,

and

INTREPID STUDIOS, INC.,

Nominal Defendant.

Case No.: 3:26-cv-00965-LL-MMP

**JOINT MOTION TO APPROVE PARTIES' STIPULATED CONSOLIDATED BRIEFING SCHEDULE ON PLAINTIFF STEVEN SHARIF'S MOTION FOR RECEIVER [ECF NO. 78] AND DEFENDANTS' FORTHCOMING COUNTER-MOTION FOR A LIMITED RECEIVER**

Judicial Officer: Hon. Linda Lopez
Courtroom: 14B (14th Floor)

Action Filed: February 14, 2026
Trial Date: Not Set

Plaintiff Steven Sharif ("**Plaintiff**"), as an individual and derivatively on behalf of Intrepid Studios, Inc. ("**Intrepid**"), and Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC (collectively, "**Defendants**" and, together with Plaintiff, the "**Parties**"), jointly move this Court, under Civil Local Rule 7.2, to approve the parties' stipulated consolidated briefing schedule with respect to Plaintiff Steven Sharif's Motion for Receiver (the "**Motion**") [ECF No. 78] and Defendants' forthcoming Counter-Motion for a Limited Receiver (the "**Counter-Motion**" and, together with the Motion, the "**Motions**"). The Parties bring this Joint Motion for the reasons more fully set out below and pursuant to the pleadings and records on file in this action, and upon such oral and other documentary evidence as this Court may require.

1)    Plaintiff filed the Motion on April 14, 2026. (ECF No. 78.)

2)    On May 4, 2026, the Court granted the Parties' joint motion to move the response and reply deadlines with respect to the Motion by two days. (ECF No. 94.)

Accordingly, Defendants' current deadline to respond is May 7, 2026, and Plaintiff's reply deadline is currently set for May 14, 2026.

3) The Parties further met and conferred this week with respect to Defendants' anticipated Counter-Motion.

4) In view of the significant substantive overlap between the Motion and the Counter-Motion, the parties agreed to a consolidated briefing schedule as follows:

(a) Defendants' deadline to respond to the Motion will remain May 7, 2026. Defendants' opposition to the Motion (the "**Opposition**") will be filed concurrently with Defendants' memorandum of law in support of the Counter-Motion. The combined page total for the Counter-Motion and Opposition will not exceed 40 pages. Per Civil Chambers Rule 3(b), the hearing date for the Counter-Motion should be June 11, 2026.

(b) Plaintiff's deadline to file a combined reply in support of the Motion and a response to the Counter-Motion will be May 28, 2026 (*i.e.*, 14 days prior to June 11, 2026 per Local Rule 7.1(e)(2)). Plaintiff's combined brief will not exceed 25 pages.

(c) Defendants' deadline to file a reply in support of the Counter-Motion will be June 4, 2026 (*i.e.*, seven days prior to June 11, 2026 per Local Rule 7.1(e)(3)). Defendants' brief will not exceed 10 pages.

5) The Parties further agreed to jointly move the Court to approve this stipulated consolidated briefing schedule under Local Rule 7.2.

6) This consolidated briefing schedule is supported by considerations of judicial economy and fairness. By consolidating the Motion and Counter-Motion briefing, the Court would receive five briefs in support of the Motions rather than six, reducing duplication and streamlining the presentation of the issues for decision. Further, the consolidated briefing schedule allots each side a total of 50 pages for the briefing on the Motions, as opposed to 60 pages if the briefing schedule is not

consolidated, reducing the total page count while ensuring that each side is granted equal space for briefing.

7)     The consolidated briefing schedule would also tee up the related Motions for hearing on the same date, should the Court determine to order oral argument.

WHEREFORE, the Parties jointly respectfully request that this Court enter the proposed order submitted concurrently herewith, granting the relief requested in this motion, and any such other relief that the Court deems just and proper.


Dated: May 7, 2026

                                    **WITHERS BERGMAN LLP**


                                    By:  */s/ Jordan W. Garman*
                                    Jessica Nall (SBN 215149)
                                    Jessica.Nall@withersworldwide.com
                                    Withers Bergman LLP
                                    909 Montgomery Street, Suite 300
                                    San Francisco, California 94133
                                    Telephone:  415.872.3200

                                    Leslie Evans (SBN 173010)
                                    Leslie.Evans@withersworldwide.com
                                    4250 Executive Square, Suite 540
                                    La Jolla, CA 92037
                                    Telephone:  619.329.6454

                                    Jordan W. Garman (admitted pro hac vice)
                                    Jordan.Garman@withersworldwide.com
                                    430 Park Avenue, 10th Floor
                                    New York, NY 10022
                                    Telephone:  212.848.9882

                                    *Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

**SCHWARTZ, PLLC**

By: */s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*