UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>                                    Plaintiff,<br><br>v.<br><br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS LLC,<br><br>                                    Defendants,<br><br>                                    and<br><br>INTREPID STUDIOS, INC.,<br><br>                                    Nominal Defendant. | Case No.:  26cv965-LL-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR CONSOLIDATED BRIEFING ON MOTIONS FOR RECEIVER**<br><br>[ECF No. 96] |

On May 7, 2026, the parties filed a Joint Motion to Approve Parties' Stipulated Consolidated Briefing Schedule on Plaintiff Steven Sharif's Motion for Receiver [ECF No. 78] ("Motion") and Defendants' Forthcoming Counter-Motion for a Limited Receiver ("Counter-Motion"). ECF No. 96. The Court **GRANTS** the Joint Motion as follows:

/ / /

1. On or before **May 7, 2026**, Defendants shall respond to the Motion and file their memorandum of law in support of their Counter-Motion for a Limited Receiver and the combined page total for the two briefs shall be no more than 40 pages;

2. On or before **May 28, 2026**, Plaintiff shall file his reply to any opposition to the Motion and file an opposition to the Counter-Motion in a combined brief no longer than 25 pages;

3. On or before **June 4, 2026**, Defendants shall file their reply to any opposition to the Counter-Motion in a brief no longer than 10 pages.

4. The hearing date for the Motion and Counter-Motion shall be June 11, 2026; however, the Court will issue a separate order setting argument should the Court determine oral argument is necessary.

**IT IS SO ORDERED.**

Dated:  May 7, 2026

_____
Honorable Linda Lopez
United States District Judge

26cv965-LL-MMP