# EXHIBIT A

5/31/2024 9:26 PM

**Steven Sharif** ████████

I have a quick question. Let me know when you have a sec

5/31/2024 9:11 PM

**TMoney** ████████

How much cash begins coming in with alpha launch

5/31/2024 9:12 PM

**Steven Sharif** ████████

Between 24-45m within 2 months of a2 launch (August). Then after could be another 16-24m over 6 months from alpha launch.

5/31/2024 9:14 PM

**TMoney** ████████

What's your profit from those numbers

5/31/2024 9:15 PM

**Steven Sharif** ████████

Our burn is 2.8. The margin on that revenue is like 88-90%. Server overhead is the only real cog

6/11/2024 5:18 PM

**TMoney** ████████

Do you have an updated deck with new dates etc

6/11/2024 5:30 PM

**Steven Sharif** ████████

I have our forecasts for launch and forecast assumption sheets. Our Alpha Two launch date is August 23rd. I'll forward the forecasts to you now

6/11/2024 5:57 PM

**TMoney** ████████

Can you forward the last version of your deck as well

6/11/2024 6:01 PM

**Steven Sharif** ████████

Yes

6/11/2024 6:02 PM

**TMoney** ████████

I have a $4b family I want to pitch. They are very sophisticated so need to have everything dotted and crossed

6/11/2024 6:03 PM

**Steven Sharif** ████████

Kk sending now.

6/11/2024 7:43 PM

**TMoney** ████████

