# EXHIBIT B

**Steven Sharif** ⬛

<Attachment>

**Steven Sharif** ⬛

<Attachment>

7/24/2025 4:20 AM

**Steven Sharif** ⬛

<Attachment>

7/24/2025 5:33 AM

7/24/2025 5:02 PM

**TMoney** ⬛

I thought about our conversation a lot last night and this morning. I do continue to think you should do what's right for your health, your marriage and your life. This project is not worth dying over I do think that you should ask for what you want/deserve and I hope you and Rob can be reasonable in reaching a solution. But if you can't, I don't think the answer is to burn the house down. Steven, you do have a lot of friends/family/employees that you deeply care for that have invested money and time into your dream. I can see you are a good person trying to survive an impossible situation. But I think the right answer for the people that you care about is that if you choose to not be involved and move on to Riot or whatever that you feel you need to, you do it with respect and dignity for those that you care for and you try to transition the team in the best way possible to help the investors and the team be as successful as they are able to.

7/24/2025 5:05 PM

**TMoney** ⬛

Leave with the dignity and respect that you did the right thing and you did right by the people you care for and you can look in the mirror and sleep at night. Just my experience share

7/24/2025 5:41 PM

**Steven Sharif** ⬛

I also thought a great deal about our conversation. And I am appreciative of your willingness to step into this pile of drama and try to be a light. I want you to know I've spent a long time trying to hold the line, to protect the people I care about, and to keep this project on track despite everything that's happened. But what we discussed isn't even a tenth of what's been done behind the scenes—there's been a sustained campaign of threats, coercion, and illegal behavior, including direct threats to my life. That's not something I can ignore or walk away from quietly. I've come to a point where I believe doing what's right means holding Rob and Jason accountable for what they've done. Enough is enough. I have a responsibility, not just to myself and my family, but to the other investors, the team, and the company I built from the ground up. This isn't about burning a house down. It's about refusing to let people who got here through fear and corruption continue unchecked. I'll always care about the people who supported this vision. That's exactly why I can't just step aside and let this continue or let them get away with what they have done. If Rob is unwilling to do what is right, then I must pursue what I feel is right.

7/24/2025 5:42 PM

**Steven Sharif** ⬛

Hopefully I have your support, in convincing Rob to do the right thing.

7/24/2025 6:20 PM

**Steven Sharif** ⬛

Thank you 🙏

7/24/2025 6:20 PM

**Steven Sharif** ⬛

❤

7/24/2025 6:21 PM

**TMoney** ⬛

Loved "Thank you 🙏"

7/24/2025 9:53 PM

**TMoney** ⬛

Aream came back with industry standard, and its not what you want: $250-400k with 2-3% equity kicker and exit bonus So far Rob has been sending better deals for review … but just giving you the facts to digest

7/24/2025 9:55 PM

**Steven Sharif** ⬛

<Attachment>