# EXHIBIT D

1/28/2026 12:52 AM

**Steven Sharif** ▮▮▮▮▮

He asked me if it was true that I was unwilling to have any board oversight. I said it wasn't. If you want to negotiate a healthy transition, I don't think lying is going to be helpful in that process.

1/28/2026 1:15 AM

**TMoney** ▮▮▮▮▮

Steven I don't think it's healthy for us to go back and forth. And you've threatened litigation to me as well. In the document your attorney struck all provisions of board oversight. Now perhaps you just meant to strike that to vest today. And I understood it wrong. I stayed above board with Brian and did not bad mouth you in any way. And have no plans to. I would like to move forward and help these employees get to a good place and I personally would like to go back to my life. And I have given you the benefit of the doubt many times. I would appreciate you doing the same before you call me a liar. And it's probably best that we just let attorneys handle from here. I truly wish you the best and tried my hardest to help. Now my only interest is in helping the company and its employees move forward.

1/28/2026 1:17 AM

**Steven Sharif** ▮▮▮▮▮

Correct. Those were struck to vest today. I never had an issue with board oversight. It's in my original email titled conditions and the equity framework email.

1/30/2026 5:05 PM

**Steven Sharif** ▮▮▮▮▮

I just want to say, this is EXACTLY why the board trying to sneak one past a BANK was a terrible decision to make. Instead of this elaborate foreclosure strategy, someone should have done the normal and RIGHT thing and just reached out to the bank and ASKED for some grace and an extension. Now the situation is FUCKED. Sorry I'm not trying to be rude. But this is one of the MANY damaging missteps the board chose to take, that puts us in this precarious situation.

1/30/2026 5:08 PM

**TMoney** ▮▮▮▮▮

Steven I have many things to say this but will refrain. I am tired of pouring my good energy into bad

1/30/2026 5:09 PM

**Steven Sharif** ▮▮▮▮▮

I am not mad at you, and I am sorry that this situation is the way it is. I am appreciative of your attempts of putting in good energy.

1/30/2026 5:10 PM

**Steven Sharif** ▮▮▮▮▮

Just frustrated

1/30/2026 5:17 PM

**TMoney** ▮▮▮▮▮

Steven — my point is simply this: notifying the bank would naturally accelerate any seizure notice. That limited optionality. Perhaps there could have been room to negotiate; perhaps there still is, and we intend to explore that. I don't see a clear date on the notice, so it's hard to even anchor timing. What I do know is that the loss of access/passwords and the back-and-forth didn't help stabilize the situation. There are a lot of moving parts here, and I don't think it's productive for anyone to assign blame. The focus should be on getting clarity and a workable path forward.

1/30/2026 5:18 PM

**TMoney** ▮▮▮▮▮

And believe me ... everyone feels the heaviness of the situation. At least our small BOD and you have a lot to lose

1/30/2026 5:21 PM

**Steven Sharif** ▮▮▮▮▮

It was probably sometime around Jan 18th. They sent me a default notice by email, and Jason said he received a fedex at the office. Ask for it while you are there. I bet it was commerce. Steam confirmed I sent them a request for the password Friday of last week. Their payment goes out today. They sent me the password reset yesterday and I immediately sent to you. Me having the password or not, would not have made a difference I am sure here. You can confirm that likely by checking the date on the notice of default in the fedex. I assume that is a procedural requirement for any seizure actions. Not trying to be adversarial, but it is sounding like the account login issues are being blamed for this, when in reality it wouldn't have made a difference.

1/30/2026 5:26 PM

**TMoney** ▮▮▮▮▮

If they sent it 1/18 ... it's no one's fault ... it would've happened regardless of you or Rob

1/30/2026 5:27 PM

**TMoney** ▮▮▮▮▮

Did you tell us about the default notice

**Steven Sharif** ▬▬▬▬▬

I didn't see it because they sent it to my personal email not the business email I use. Jason got a FedEx 1/24. But am not in San Diego. You need to ask him for it while there. I don't know if that is it or not. Could be Kilroy

1/30/2026 5:35 PM

**TMoney** ▬▬▬▬▬

Ok on my way to office. Stand by today. I'm not sure if they will want to call you but I think we all need to figure this out

1/30/2026 5:47 PM

**Steven Sharif** ▬▬▬▬▬

I

1/30/2026 5:47 PM

**Steven Sharif** ▬▬▬▬▬

K*

1/30/2026 5:48 PM

**Steven Sharif** ▬▬▬▬▬

Also I was able to secure insurance for Intrepid studios so that people can be covered during transition to newco

1/30/2026 5:48 PM

**Steven Sharif** ▬▬▬▬▬

And also so people who are laid off can have cobra

1/30/2026 5:48 PM

**Steven Sharif** ▬▬▬▬▬

There is no upfront cost to it. But someone from the company will need to approve it

1/30/2026 5:49 PM

**Steven Sharif** ▬▬▬▬▬

I sent it to Bryan

1/30/2026 5:49 PM

**TMoney** ▬▬▬▬▬

Did you give info to Doug

1/30/2026 5:49 PM

**Steven Sharif** ▬▬▬▬▬

No. Doug doesn't respond to me. So I have to Bryan to give to you guys at meeting

1/30/2026 5:49 PM

**TMoney** ▬▬▬▬▬

Please send to Doug. Bryan and everyone are not totally being helpful

1/30/2026 5:49 PM

**TMoney** ▬▬▬▬▬

Send to me