# EXHIBIT E

[10/30/2025 8:56 PM] Steven Sharif ███████████ : Steven Sharif is inviting you to a scheduled Zoom meeting.

[11/24/2025 7:12 PM] Steven Sharif ███████████ : Please review this summary of my understanding for board direction.

Board Direction – Operational & Communication Sequence

[11/25/2025 1:47 AM] Steven Sharif ███████████ : Was the above summary in line with expectations?

[12/5/2025 4:55 AM] Robert Dawson [Ashes Of Creation] ███████████ : Would it be possible for everyone to do an in person board meeting on December 15

[12/5/2025 4:56 AM] TMoney (████████████████████): I could possibly make it work … I have to reschedule several meetings but can try

[12/15/2025 5:55 PM] Steven Sharif (██████████): 3721 valley Centre drive

[12/15/2025 8:26 PM] Steven Sharif (██████████ : Heads up my appointment will likely be done at 12:30 so I should be back at 12:45.

[12/15/2025 9:38 PM] Steven Sharif ███████████ : On my way back now

[12/15/2025 9:38 PM] TMoney ███████████████ : We are in conf room

[12/15/2025 11:00 PM] TMoney ███████████████ : 2. Document the decision

[12/26/2025 9:20 PM] Steven Sharif ███████████ : Steven Sharif is inviting you to a scheduled Zoom meeting.

[12/28/2025 7:05 PM] Steven Sharif ███████████ : Do you have time today before the 5pm EST board meeting to chat?

[12/28/2025 7:06 PM] TMoney ███████████████ : I'm at airport now and can talk.  My flight is delayed and I don't think I land until 5:30

[12/29/2025 5:29 PM] Steven Sharif ███████████  Steven Sharif is inviting you to a scheduled Zoom meeting.

[12/31/2025 3:30 AM] Steven Sharif ███████████ : I am out of dentist. Ryan can you send me the list you have and I will add anything I think is missing. Didn't have this task on my sheet from our board meeting yesterday.

[1/3/2026 3:21 AM] Aaron Bartels [Sales Benchmark Index] ███████████ : Can see balance needed. Agree w T we need to stack hands on standard pitch deck & narrative by next board meeting.

[1/9/2026 1:16 AM] TMoney ███████████████ : Aaron I can tag team, after you leave if we don't get to it.  I have all day board meetings through next Tues in Nashville.  So can jump in while you are at HBS

[1/14/2026 4:39 PM] Aaron Bartels [Sales Benchmark Index] ███████████ : Steven, during last Mondays board meeting, we agreed to make the 10 cuts no later than 1/6.

[1/14/2026 4:42 PM] Steven Sharif ███████████ : Can we review what you are saying. The plan as I understood it was that their final paycheck was paid through 1/15 (the final day of the pay period).

[1/15/2026 6:36 AM] Steven Sharif ████████████ : I spoke with Doug, and just spoke to Jacob and Bryan. Telling them to sit tight and that we would invite them to discuss with the board tomorrow morning.

[1/15/2026 6:38 AM] Steven Sharif ████████████ : To answer your question, they were aware of the separation and layoffs. But we did not finally tell them that no PTO. Was being paid until tonight. As I was waiting to say so since we were still litigating on the board.

[1/15/2026 6:45 AM] Steven Sharif ████████████ : I think we should explore that question with them tomorrow as a board. I just spoke with them and let them know we will have an opportunity to meet with them tomorrow and discuss.

[1/15/2026 10:44 PM] Steven Sharif ████████████ : Quick update from Bryan. I asked him to prepare an email update for the board

[1/22/2026 9:01 PM] Doug Bartels ████████████ : Just sent and email asking for your approval to move Steam authority from Steven to Ryan.