# EXHIBIT F

[1/2/2026 11:55 PM] Robert Dawson [Ashes Of Creation] (█████████): Very specific question i would have liked to hear the answers.  What do you say about other investors and what number did you answer we are trying to raise

[1/2/2026 11:56 PM] Robert Dawson [Ashes Of Creation] (█████████): And what did you tell them is current burn rate

[1/2/2026 11:58 PM] Steven Sharif (█████████): I said we are a small cap table of 8-10 friends and family, we've raised 120m in funding not including revenues reinvested. When they asked how much we are trying to raise, I turned the table and asked what types of investment sizes they typically do. Didn't want to under project a number or scare them. When they said 4-10m I responded with "I think that is a range the board would consider"

[1/2/2026 11:58 PM] Robert Dawson [Ashes Of Creation] (█████████): Why are you saying beta end of year.  A 10

[1/2/2026 11:58 PM] Robert Dawson [Ashes Of Creation] (█████████): I wish i had been included in that call