# EXHIBIT A

| | |
|---|---|
| **From:** | ryan ogden ███████████████████████████████> |
| **Sent:** | Saturday, July 19, 2025 8:36 AM |
| **To:** | Steven Sharif; Robert Dawson; johnmoore ██████████ |
| **Subject:** | FW: Money owed to / from Steven / John |
| **Attachments:** | Steven.xlsx |

Sending for the 3rd time.

**From:** ryan ogden
**Sent:** Thursday, July 10, 2025 6:50 PM
**To:** Steven Sharif <████████████████████>; Robert Dawson <████████████████████>
**Subject:** FW: Money owed to / from Steven / John

Resending this so that you can investigate.

Thanks
Ryan

**From:** ryan ogden
**Sent:** Wednesday, May 28, 2025 5:10 PM
**To:** stevensharif████████████████
**Cc:** Robert Dawson <████████████████████>
**Subject:** Money owed to / from Steven / John

Steven,
I've gone through every transaction in quickbooks and summarized everything in the attached workbook.  It shows a net outflow of a little over a million to you and John (rather than $4M inflow).  Can you please take a look at this and let me know if I have missed anything or not considered anything?  I'm happy to walk you through it - - I think it would be helpful.  Our objective is not to push any agenda or take anything away – we just have to get these records to match the actual transactions so that we can get through an audit.  Obviously, this is highly time sensitive – it affects the information that both Theresa and Square Enix are asking for.  Please help me address this ASAP.

Thanks
Ryan