# EXHIBIT B

**4/7/2025 3:06 PM**

Steven Sharif



**4/7/2025 3:35 PM (Viewed 4/7/2025 3:36 PM)**

Steven Sharif

Ryan, please send me the routing/account numbers and verify the account name for the pathway Intrepid Studios, Inc. account so that I can change the gusto default bank account to it.

**4/7/2025 3:36 PM**

Steven Sharif

There is a true up tax withdrawal that is expected to hit tonight, I believe for about 20k

**4/7/2025 3:36 PM**

Steven Sharif

File attachment with MIME type: image/png

**4/7/2025 3:37 PM**
Ryan's 15

What is the issue with getting me access to the financial side of Gusto?

**4/7/2025 3:39 PM**

Steven Sharif

You have full administrator access. I sent the above screenshots of gusto back office showing that your account has the permissions checkbox added. What is the issue with sending me the above info?

**4/7/2025 3:39 PM**
Ryan's 15

The issue is Rob wants me handling the finance side of things

56

**Steven Sharif** ▮

4/7/2025 3:40 PM (Viewed 4/7/2025 3:41 PM)

What does that have to do with me updating gusto's default bank account?

**Ryan's 15** ▮

4/7/2025 3:41 PM

Banking is a finance activity.  I know you understand this

**Ryan's 15** ▮

4/7/2025 3:45 PM

Let's do a call with Rob and get on the same page.  You free?

**Steven Sharif** ▮

4/7/2025 3:45 PM

I just tried to call him

**Steven Sharif** ▮

4/7/2025 3:45 PM

lol

**Steven Sharif** ▮

4/7/2025 3:45 PM

No answer

**Steven Sharif** ▮

4/7/2025 3:45 PM (Viewed 4/7/2025 3:46 PM)

Feels like we aren't playing on the same team

**Steven Sharif** ▮

4/7/2025 3:45 PM (Viewed 4/7/2025 3:46 PM)

Unsure why

**Ryan's 15** ▮

4/7/2025 3:46 PM

Laughed at "Feels like we aren't playing on the same team"

57