# EXHIBIT A













12

