Samuel A. Schwartz, Esq.
  (admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
Amara S. Barbará, Esq.
California Bar No. 323332
abarbara@rosinglaw.com
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 235-6000

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DAWSON; RYAN OGDEN; THERESA FETTE; AARON BARTELS; and TFE GAMES HOLDINGS, LLC,<br><br>Defendants,<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP<br><br>**DECLARATION OF TIM SHARIF IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER**<br><br>Judicial Officer: Hon. Linda Lopez<br>Courtroom: 14B (14th Floor)<br>Hearing Date: June 11, 2026<br>Hearing Time: N/A<br><br>Action Filed: February 14, 2026<br>Trial Date: Not Set |

Please see the attached Declaration of Tim Sharif in support of opposition to

/ / /

/ / /

/ / /

1                                              26cv00965-LL-MMP

Plaintiff's Motion for Appointment of Receiver.

Dated: May 7, 2026.

By: */s/ Sasha Aliakbar-Amid*
Samuel A. Schwartz, Esq.
  (admitted *pro hac vice*)
Nevada Bar No. 10985
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101

Samuel B. Strohbehn, Esq.
California Bar No. 257697
Irean Z. Swan, Esq.
California Bar No. 313175
Maddie Rudge, Esq.
California Bar No. 362727
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California  92101

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*

26cv00965-LL-MMP

## DECLARATION OF TIM SHARIF

I, Tim Sharif, declare as follows:

1. I am over the age of eighteen and competent to testify to the matters stated herein. I have personal knowledge of the facts set forth in this Declaration, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters stated below.

2. I am the founder and Chief Executive Officer of 310 Nutrition, a direct-to-consumer nutrition company I have built and operated for approximately fourteen years.

3. Steven Sharif is my younger brother. He is approximately ten years younger than I am. Steven is the founder, Chief Executive Officer, and Creative Director of Intrepid Studios, Inc., the company developing the video game commonly known as Ashes of Creation. Steven and I were not close growing up, and our relationship in adulthood has been driven in significant part by Steven seeking financial support from me.

### *Steven's Repeated Representations Regarding Intrepid Studios and Ashes of Creation*

4. Over a period spanning multiple years, Steven made repeated representations to me regarding the status, timing, and commercial prospects of Intrepid Studios and Ashes of Creation. These representations included, but were not limited to, the following:

> (a) That the launch of Ashes of Creation was imminent. The specific timeline Steven represented varied over the years — at times he stated launch was approximately one year away, at other times approximately six months away — but the consistent posture was that launch was just around the corner. Steven made representations of this character, in substantially similar form, repeatedly over a period of years. Each time the represented launch window passed without launch, Steven would offer a new explanation and again represent that launch was imminent.

> (b) That upon launch, Ashes of Creation would generate hundreds of millions of dollars in revenue.

> (c) That Ashes of Creation would be a billion-dollar game.

5. On occasions when I was present, I personally observed Steven make representations of substantially the same character to other individuals he was pitching, including the same imminent-launch posture, the same revenue framing, and the same valuation framing. These were Steven's own representations, made by Steven directly, in his own words. I did not make any such representations, did not solicit funds for Steven or Intrepid, and was not involved in raising capital for Steven or Intrepid.

6. Steven is a persuasive and confident communicator. The polish of his explanations, the specificity of his timelines, and the confidence of his projections gave people who had no independent means of verifying the underlying state of the company a reasonable basis to credit what he was saying. As his older brother, I had no reason at the time to doubt him. The same representations were made repeatedly across multiple years, with the same confident framing and the same imminent-launch posture, while the underlying timelines never materialized and the financial projections were never realized.

### *Loans from 310 Nutrition to Steven Sharif Personally*

7. On June 30, 2020, Steven executed a Promissory Note in favor of 310 Nutrition in the principal amount of up to $1,500,000.00, bearing interest at 5% per annum (the "310 Note"). Steven signed the 310 Note **in his individual capacity as the Borrower**. The 310 Note was not signed by Intrepid Studios, on behalf of Intrepid Studios, or by Steven in any representative capacity. It was a personal obligation of Steven Sharif. A true and correct copy of the 310 Note is attached as **Exhibit A**.

8. Pursuant to the 310 Note and subsequent advances, 310 Nutrition extended credit to Steven over time. As of December 31, 2024, the outstanding principal balance is $1,100,000. The advances and accrued interest are reflected in 310 Nutrition's financial records. Total interest accrued at 5% per annum through December 31, 2024 is $255,835.59. 310 Nutrition has reported and paid taxes on this accrued interest, even though Steven has never actually paid that interest to 310 Nutrition.

9. Despite Steven having signed the 310 Note in his individual capacity, Steven has, in conversations with me and with others, repeatedly characterized these advances as having been made to Intrepid Studios. That characterization is contradicted by the document Steven himself signed. The 310 Note identifies Steven Sharif as the Borrower, not Intrepid Studios.

### *Steven's Pattern of Refusing to Execute Documentation*

10. In other dealings between Steven and me, Steven has refused to execute documentation that would crystallize his obligations. By way of example, in connection with the Ashes of Creation merchandise program:

> (a) Over an extended period, Steven and his team directed my company to order Ashes of Creation branded inventory on the basis of repeated assurances from Steven that he would actively promote the merchandise to the Ashes of Creation community and would execute a written agreement formalizing my company's role. In reliance on those assurances, my company ordered approximately $300,000 in branded inventory at Steven's direction. Steven and his team subsequently did not promote, sell, or meaningfully support the sale of that inventory to the Ashes of Creation community, despite repeated expressions of community interest in such merchandise. The inventory remains largely unsold and is currently sitting in my company's warehouse. Steven has not reimbursed or otherwise addressed the cost.

> (b) I separately incurred approximately $10,000 in legal fees to have my attorney, Jordan Hamburger, prepare a contract that would have established my company as the exclusive merchandise seller for Ashes of Creation. Steven and his team participated in the drafting process. Once the contract was finalized, Steven refused to sign it and ceased meaningfully engaging on the subject.

11. In each of these instances, the pattern has been the same. Steven actively encourages a course of conduct, induces expenditure or commitment on my part, and then refuses to execute the documentation that would crystallize his corresponding obligations.

### *Conclusion*

12. Steven, over a period of years, repeatedly made the same representations to me regarding the imminent launch and commercial success of Ashes of Creation. He has, in his dealings with me, signed documents in his individual capacity acknowledging personal obligations — such as the 310 Note attached as Exhibit A — and then subsequently characterized those obligations to others as obligations of Intrepid Studios. Capital that I extended directly to Steven personally has not been repaid, and this has materially impaired my own company's financial position.

13. I make this Declaration based on my personal knowledge of the matters set forth above.

I declare under penalty of perjury under the laws of the State of Nevada and the United States of America that the foregoing is true and correct.


Executed on April 27, 2026 at 12:36 PM, at Manila, Philippines.

**Tim Sharif**