# EXHIBIT A

# PROMISSORY NOTE

$ 1,500,000.00                                    Date: June 30th          , 2020

**FOR VALUE RECEIVED**, Steven Sharif (the "Borrower"), promises to pay to 310 Nutrition, ("Holder"), or its registered assigns, the principal sum of up to One Million Five Hundred Thousand and No/100ths Dollars ($ 1,500,000.00), or such lesser amount as shall then equal the outstanding principal amount hereof, together with interest from the date of this Note on the unpaid principal balance at a rate per annum equal to five  percent (5%) (the "Agreement" or "Note"). All unpaid principal, together with any then unpaid and accrued interest and other amounts payable hereunder, shall be due and payable on the earlier of (i) 45 days from the date first listed above (the "Maturity Date"), or (ii) when such amounts are requested by Lender at Lender's sole discretion.

## 1. Definitions

As used in this Note, the following capitalized terms have the following meanings:

(a) "Articles" shall mean the Articles of Incorporation of the Company.

(b) "Holder" shall mean the Person specified in the introductory paragraph of this Note or any Person who shall at the time be the registered holder of this Note.

(c) "Borrower" shall mean the Person specified in the introductory paragraph of this Note or any person who shall at the time be the registered borrower of this Note.

(d) "Person" shall mean and include an individual, a partnership, a corporation (including a business trust), a joint stock company, a limited liability company, an unincorporated association, a joint venture or other entity or a governmental authority.

## 2. Interest

Accrued interest on this Note shall be payable at such time as the outstanding principal amount hereof shall be paid in full.

## 3. Payment

Payment shall be made in lawful tender of the United States. The Borrower may prepay at any time without penalty in whole or in part, the unpaid principal and interest due on this Note with the prior written consent of the Holder.

**4. Rights of Holder upon Default**

Upon the occurrence or existence of any Event of Default and at any time thereafter during the continuance of such Event of Default, Holder may, by written notice to the Borrower, declare all outstanding obligations payable by the Borrower hereunder to be immediately due and payable without presentment, demand, protest or any other notice of any kind, all of which are hereby expressly waived, anything contained in the Transaction Documents to the contrary notwithstanding. In addition to the foregoing remedies, upon the occurrence or existence of any Event of Default, Holder may exercise any other right, power or remedy granted to it hereunder or pursuant to applicable law.

**5. Governing Law**

This Note and all actions arising out of or in connection with this Note shall be governed by and construed in accordance with the laws of the State of California without regard to the conflicts of law provisions of the State of California or of any other state.

IN WITNESS WHEREOF, the Company has caused this Note to be issued as of the date first written above.

**BORROWER:**

By: _Steven Sharif_
      Steven Sharif

**HOLDER:**
**310 Nutrition**

By: _____

_____ _____ [Print Name & Title]