Samuel A. Schwartz, Esq.
  (admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Amara S. Barbara, Esq.
California Bar No. 323332
abarbara@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California  92101
Telephone: (619) 235-6000

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*

Jessica Nall, Esq.
California Bar No. 215149
jessica.nall@withersworldwide.com
WITHERS BERGMAN LLP
909 Montgomery Street, Suite 300
San Francisco, California  94133
Telephone: (415) 872-3200

Leslie Evans, Esq.
California Bar No. 173010
leslie.evans@withersworldwide.com
WITHERS BERGMAN LLP
4250 Executive Square, Suite 540
La Jolla, California  92037
Telephone: (619) 329-6454

Jordan W. Garman, Esq.
  (admitted *pro hac vice*)
New York Bar No. 5413976
jordan.garman@withersworldwide.com
WITHERS BERGMAN LLP
430 Park Avenue, 10th Floor
New York, New York  10022
Telephone: (212) 848-9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### Case No.: 3:26-cv-00965-LL-MMP

26cv00965-LL-MMP

STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,

Plaintiff,

vs.

ROBERT DAWSON; RYAN OGDEN; THERESA FETTE; AARON BARTELS; and TFE GAMES HOLDINGS, LLC,

Defendants,

and

INTREPID STUDIOS, INC.,

Nominal Defendant.

Case No.: 3:26-cv-00965-LL-MMP

**DECLARATION OF SAMUEL A. SCHWARTZ, ESQ. IN SUPPORT OF JOINT MOTION TO SEAL CERTAIN INFORMATION WITHIN DEFENDANTS' OPPOSITION TO PLAINTIFF STEVEN SHARIF'S MOTION FOR RECEIVER [ECF NO. 98] AND DECLARATIONS IN SUPPORT THEREOF [ECF NOS. 99-102]**

Judicial Officer: Hon. Linda Lopez
Courtroom: 14B (14th Floor)
Hearing Date: N/A
Hearing Time: N/A

Action Filed: February 14, 2026
Trial Date: Not Set

I, Samuel A. Schwartz, Esq., hereby declare as follows:

1.      I am over the age of eighteen and mentally competent.

2.      I am the principal of Schwartz, PLLC ("**Schwartz**" or the "**Firm**"), and an attorney duly licensed to practice law in the State of Nevada, the United States District Court for the District of Nevada, the Bankruptcy Appellate Panel for the Ninth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the United States Supreme Court, among others. I make this declaration based on my own personal knowledge, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify as to the limited matters set forth in this declaration, I could and would do so.

3.      I submit this declaration in support of the *Joint Motion to Seal Certain Information Within Defendants' Opposition to Plaintiff Steven Sharif's Motion for Receiver [ECF No. 98] and Declarations in Support Thereof [ECF Nos. 99-102]* (the "**Joint Motion to Seal**")[1] [ECF No. 105] filed by the Parties on May 11, 2026.

---

[1]      All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Joint Motion to Seal.

4.      Schwartz is co-counsel of record for Defendants in the above-captioned action.

5.      The Parties bring the Joint Motion to Seal before the Court following the good faith conferences of counsel for Plaintiff and Defendants via telephone on May 6, 2026 and electronic mail on May 6 and 8, 2026.

6.      As more fully set forth in the Joint Motion to Seal, the Parties seek entry of an order by the Court sealing only those limited parts of the Opposition and Declarations in Opposition listed and identified therein which contain any PII or FI.

7.      The Court has previously ordered that such PII and FI may be filed under seal in this matter by the Parties. (*See* ECF Nos. 75 and 76).

8.      The Parties maintain that the PII to be sealed, which is private and not generally available to the public, must be protected from public view in order to prevent unauthorized access or disclosure to potential bad actors. For example, unredacted telephone numbers filed in this action belonging to certain Defendants, before being sealed by the Court, had already been used to harass said Defendants. (*See* ECF No. 65, pg. 3 of 7, lines 17-18).

9.      Furthermore, it is the Parties' position that the FI to be sealed is the private property of Intrepid and not otherwise available to the public. Disclosure of said FI creates the risk of competitive harm to Intrepid.

10.     The Parties believe that the prejudice to the Parties would be substantial in the absence of an order to seal the above-referenced PII and FI, whereas any potential prejudice to the public in not having access to said information is, by significant orders of magnitude, substantially less.

11.     Based upon the foregoing, it is respectfully submitted that good cause exists within the meaning of Civil Rule 5.2(e)(1) for entry of an order to seal the PII and FI.

/ / /

/ / /

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2026.

/s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.

4                                        26cv00965-LL-MMP