Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 235-6000

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*

Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone: 415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone: 619.329.6454

Jordan W. Garman (admitted pro hac vice)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Case No.: 3:26-cv-00965-LL-JLB**

STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,

Plaintiff,

vs.

ROBERT DAWSON; RYAN OGDEN; THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS, LLC,

Defendants,

and

INTREPID STUDIOS, INC.,

Nominal Defendant.

Case No.: 3:26-cv-00965-LL-JLB

**JOINT MOTION TO ALLOW PARTIES TO ADJUST RESPONSE DEADLINES TO PLAINTIFF, STEVEN SHARIF'S MOTION FOR A RECEIVER [ECF NO. 78.]**

Judicial Officer: Hon. Linda Lopez
Courtroom: 14B (14th Floor)

Action Filed: February 14, 2026
Trial Date: Not Set

Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC (collectively, "**Defendants**"), and Plaintiff Steven Shariff ("**Plaintiff**" and, together with Defendants, the "**Parties**"), as an individual and derivatively on behalf of Intrepid Studios, Inc. ("**Intrepid**"), jointly move this Court, under Civil Local Rule 7.2, to allow Plaintiff leave to adjust the deadlines for the Defendants to respond to *Plaintiff Steven Sharif's Motion for Receiver* (the "**Motion**") [ECF No. 78] and for Plaintiff to reply to same. The Parties bring this Joint Motion for the reasons more fully set out below and pursuant to the pleadings and records on file in this action, and upon such oral and other documentary evidence as this Court may require.

1.      Plaintiff filed the Motion on April 14, 2026. Defendants' current deadline to respond is May 5, 2026, and Plaintiff's response deadline is currently set for May 12, 2026.

2.      On May 4, 2026, the parties held a meet and confer conference and agreed to jointly move this Court for an order adjusting the deadlines for Defendants to respond to the Motion and for Plaintiff to reply.

3.      The Parties agreed that the deadline for Defendants to file a response should be May 7, 2026 and the deadline for Plaintiff to file a reply should be May 14, 2026.

WHEREFORE, the Parties jointly respectfully request that this Court enter the proposed order, substantially in the form attached hereto as Exhibit A, granting the relief requested in this motion, and any such other relief that the Court deems just and proper.

Dated: May 12, 2026.

**WITHERS BERGMAN LLP**

By: */s/ Jessica Nall*
Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted pro hac vice)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

**SCHWARTZ, PLLC**

By: */s/ Sasha Aliakbar-Amid*
Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Attorneys for Defendants*