# EXHIBIT U

4/29/2023 10:20:51 PM (Read 4/29/2023 10:20:54 PM)

Jason Caramanis

your a MOTher fucker

4/29/2023 10:21:12 PM (Read 4/29/2023 10:21:12 PM)

Jason Caramanis

i am talking to you like you need to understand who your fucking with

4/29/2023 10:21:20 PM (Read 4/29/2023 10:21:21 PM)

Jason Caramanis

push me more asshole

4/29/2023 10:21:25 PM (Read 4/29/2023 10:21:25 PM)

Jason Caramanis

you have no idea

4/29/2023 10:21:34 PM (Read 4/29/2023 10:21:34 PM)

Jason Caramanis

keep it up bitch