# EXHIBIT W

5/11/2024 1:27:46 PM (Read 5/11/2024 2:23:30 PM)

robdawson

You can talk with Jason

Every blow up I've had with yiu has been about getting agreements done and you continuously stall and ignore or try to back door something that's not your personal agenda now that wasn't ever part of our conversation.

5/11/2024 1:28:42 PM (Read 5/11/2024 2:23:30 PM)

robdawson

I'm done talking and done funding ashes without signed agreements

5/14/2024 7:16:23 AM (Delivered 5/14/2024 7:16:23 AM)

Rob, I sent you an email with my thoughts. If you are open to chatting today about it then perhaps we can come to some agreement to move forward.

But I have to say, Jason just called me and threatened to break my jaw...and destroy the company if I don't sign whatever you both want.

That's crazy. If you don't want to talk to me fine. But don't send Jason to intimidate me. I sent you my thoughts in that email hoping to give some perspective into where I'm coming from. And hope for us to communicate. Not use Jason as a go between.

5/14/2024 7:21:10 AM (Read 5/14/2024 7:21:12 AM)

robdawson

Nope. I already responded

5/14/2024 7:21:18 AM (Read 5/14/2024 7:21:19 AM)

robdawson

I'm done

5/14/2024 7:22:04 AM (Read 5/14/2024 7:22:11 AM)

robdawson

Please send stock certificates.  My default notices are being prepared as we speak.