# EXHIBIT X

5/23/2024 10:42:20 PM (Read 5/24/2024 9:19:34 AM)

Jason Caramanis

we did everything you asked for me to do and include the

what else are you going to want to change again

It's all done now and Rob and I both signed off on it

get it done and sent out for docusign Asap so we can all have peace of mind

i am beyond boiling with you and don't value that this 2 lines of edits that's what you wanted is Now done and i am waiting for this to be completed

5/23/2024 10:25:44 PM (Read 5/24/2024 9:19:34 AM)

Jason Caramanis

look Steven your fucken attorney Diana send me a message

you act like she is the boss

get this shit fucken done tomorrow or your life is over On Tuesday when business opens i am NOT fucking around with you asshole anymore

this is fucken retarded

your lucky i have Rob's back otherwise i would fuck your whole world up

hope i am clear your a piece of shit