# EXHIBIT Y [LODGED UNDER SEAL]