# EXHIBIT BB

U240040960326



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U240040960326

Date Filed: 5/13/2024

Submitter Information:

| | |
|---|---|
| Contact Name | Robert Dawson |
| Organization Name | |
| Phone Number | (407) 539-4482 |
| Email Address | robert.d.dawson@outlook.com |
| Address | 1740 GREYSTONE CT LONGWOOD, FL 32779 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| Intrepid Studios, Inc. | 3721 Valley Centre Dr. Ste. 200 San Diego, CA 92130 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| Robert Dawson | 1740 Greystone Ct Longwood, FL 32779 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All assets and all personal property of Debtor, wherever located and whenever acquired, including, but no limited to: Equipment, Inventory, Fixture, Goods, Instruments, Chattel paper (including without limitation Electronic Chattel Paper), General Intangibles, payment Intangibles, Accounts and all other obligations now or hereafter owing to Grantor, all Deposit Accounts, cash, and money, certificates of deposit, Investment Property, Financial Assets, Letters of Credit Rights, all Commercial Tort Claims and any other causes of action against third parties (excluding only claims for death or personal Injury), As-Extracted Collateral, Intellectual property, copyrights, trademarks trade names, all Supporting Obligations for any of
the foregoing, all Proceeds (including without limitation insurance proceeds) from and products of and accessions to any of the
foregoing and all books and records relating to any of the foregoing. Terms and used herein shall have the meaning provided in
the applicable Uniform Commercial Code.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:

B2733-8010 05/13/2024 4:13 PM Received by California Secretary of State

☐ Order a Search to Reflect

B2733-8011 05/13/2024 4:13 PM Received by California Secretary of State