# EXHIBIT FF

**AMENDMENT TO CONVERTIBLE NOTE CONVERSION AGREEMENT**

This Amendment to the Convertible Note Conversion Agreement ("Amendment") is made and entered into as of July 15, 2025, and is effective as of June 1, 2024, by and between:

1. **Intrepid Studios, Inc.**, a California corporation with its principal place of business at 3721 Valley Centre Dr., Suite 200, San Diego, CA  92130 ("Company"); and

2. **Robert Dawson,** an individual residing at ██████████████████████ ("Holder").

3. **Ya-Ya Legacy Trust** (Assignor)

**RECITALS**

WHEREAS, the Company, Assignor and Holder ("parties") previously entered into multiple financing agreements (See Schedule A), under which the Holder and Assignor provided financing to the Company;

WHEREAS, the parties entered into a **Conversion Agreement** dated June 2024 ("Conversion Agreement"), pursuant to which the Note was converted into 3203.08 Shares of Class A Common Stock and 975.68 shares of Class B stock of the Company;

WHEREAS, the parties now desire to amend the Conversion Agreement to restore the original Note and payment obligations of the Company;

WHEREAS, the parties desire to leave in force the assignment portion of the agreement;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree as follows:

**1. AMENDMENT OF CONVERTIBLE NOTE CONVERSION AGREEMENT**

The Conversion Agreement is hereby amended such that the equity conversion is reversed, and the Note Payable Agreement is reinstated as follows:

**2. REINSTATEMENT OF NOTE PAYABLE**

(a) The original Notes Payable as listed in Schedule A and any subsequent amendments is reinstated, and the Company acknowledges its obligation to repay the outstanding principal balance, plus any accrued interest.

(b) Any Class B shares issued to the Holder under the Conversion Agreement shall be voided and treated as if such shares were never issued.

**3. ISSUANCE OF WARRANT SHARES**

The Company agrees to issue to the Holder the shares related to any warrants that were granted as part of the original Note Payable Agreement. The issuance shall be in accordance

with the original terms and conditions of the warrant agreement, including the applicable exercise price and vesting schedule.

## 4. REPRESENTATIONS AND WARRANTIES

Each party represents and warrants that:

(a) It has full power and authority to enter into this Amendment;

(b) It has taken all necessary corporate or individual actions to execute this Amendment;

(c) This Amendment does not violate any existing agreement, law, or regulation.

## 5. RELEASE OF CLAIMS

Each party releases and forever discharges the other from any claims, liabilities, or obligations arising from the Conversion Agreement, except as modified herein.

## 6. MISCELLANEOUS

(a) **Governing Law**: This Amendment shall be governed by the laws of the State of California.

(b) **Effect on Agreement**: Except as expressly amended by this Amendment, all terms of the original Conversion Agreement remain in full force and effect.

(c) **Counterparts**: This Amendment may be executed in counterparts, each of which shall be deemed an original.

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date first written above.

**Intrepid Studios, Inc.**

By: *Steven Sharif*

Name: Steven Sharif

Title: CEO

**Holder**

By: *Robert D Dawson*
Robert D Dawson (Jul 18, 2025 07:01 EDT)

Name: Robert Dawson

**Assignor**

By: *Jason Caramanis Trustee*
Jason Caramanis Trustee (Jul 17, 2025 14:05 PDT)

Name: Jason Caramanis

Title: Trustee of Ya-Ya Legacy Trust

## Schedule A

### Schedule of Notes

1. Convertible Promissory Note, dated July 31, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson, of which 78.94737% of such principal amount and interest has been assigned to ███████████ pursuant to the Convertible Note Assignment and Conversion Agreement, by and among Intrepid Studios, Inc., Robert Dawson and ██████ ██████, dated as of the date hereof.

2. Convertible Promissory Note, dated July 13, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson, of which 37.63441% of such principal amount and interest has been assigned to ███████████ pursuant to the Convertible Note Assignment and Conversion Agreement, by and among Intrepid Studios, Inc., Robert Dawson and ██████ ██████ dated as of the date hereof.

3. Convertible Promissory Note, dated August 16, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson, of which 13.0719% of such principal amount and interest has been assigned to Ryan Ogden pursuant to the Convertible Note Assignment and Conversion Agreement, by and among Intrepid Studios, Inc., Robert Dawson and Ryan Ogden, dated as of the date hereof.

4. Warrant to Purchase Membership Interests of Intrepid Studios, Inc., dated January 1, 2020, by and between Intrepid Studios, Inc. and Robert D. Dawson for 10% of the non-voting shares of Intrepid Studios, Inc.

5. Convertible Promissory Note, dated March 4, 2019 (with additional consideration dates of March 5, 2019, April 1, 2019, May 1, 2019, June 1, 2019 and July 1, 2019), by and between Ya-Ya Legacy Trust and Intrepid Studios, Inc. of which 50% of such principal amount and interest has been assigned to Robert D. Dawson pursuant to this Convertible Note Assignment and Conversion Agreement.

6. Convertible Promissory Note, dated March 21, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.

7. Convertible Promissory Note, dated March 30, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.

8. Convertible Promissory Note, dated April 20, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.

9. Convertible Promissory Note, dated May 12, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.

10. Convertible Promissory Note, dated May 26, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.

11. Convertible Promissory Note, dated June 2, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.

12. Convertible Promissory Note, dated June 14, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.

13. Convertible Promissory Note, dated June 29, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.
14. Convertible Promissory Note, dated August 29, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.
15. Convertible Promissory Note, dated September 12, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.
16. Convertible Promissory Note, dated September 28, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.
17. Convertible Promissory Note, dated October 12, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.
18. Convertible Promissory Note, dated November 1, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.
19. Convertible Promissory Note, dated November 15, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.
20. Convertible Promissory Note, dated December 1, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.
21. Convertible Promissory Note, dated December 14, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.
22. Convertible Promissory Note, dated December 28, 2023, by and between Intrepid Studios, Inc. and Robert D. Dawson.
23. Convertible Promissory Note, dated January 14, 2024, by and between Intrepid Studios, Inc. and Robert D. Dawson.
24. Convertible Promissory Note, dated February 14, 2024, by and between Intrepid Studios, Inc. and Robert D. Dawson.
25. Convertible Promissory Note, dated February 28, 2024, by and between Intrepid Studios, Inc. and Robert D. Dawson.
26. Convertible Promissory Note, dated March 12, 2024, by and between Intrepid Studios, Inc. and Robert D. Dawson.
27. Convertible Promissory Note, dated April 15, 2024, by and between Intrepid Studios, Inc. and Robert D. Dawson.
28. Convertible Promissory Note, dated April 15, 2024, by and between Intrepid Studios, Inc. and Robert D. Dawson.
29. Convertible Promissory Note, dated May 1, 2024, by and between Intrepid Studios, Inc. and Robert D. Dawson.
30. Pledge and Security Agreement, dated May 1, 2024, by and between Intrepid Studios, Inc. and Robert Dawson.
31. Convertible Promissory Note, dated May 15, 2024, by and between Intrepid Studios, Inc. and Robert D. Dawson.
32. Convertible Promissory Note, dated May 31, 2024, by and between Intrepid Studios, Inc. and Robert D. Dawson.

# Amerndment to Convertible Note Conversion Agreement - Rob and YaYa

Final Audit Report                                    2025-08-09

| | |
|---|---|
| Created: | 2025-07-17 |
| By: | Ryan Ogden ███████████████ |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAbDoWFDZG5uZE7PRgZphVKX6Nw6mqCcUV |

## "Amerndment to Convertible Note Conversion Agreement - Rob and YaYa" History

📄 Document created by Ryan Ogden ████████████████
2025-07-17 - 6:16:25 PM GMT

✉️ Document emailed to Steven Sharif (stevensharif@intrepidstudios.com) for signature
2025-07-17 - 6:16:31 PM GMT

✉️ Document emailed to ███████████████████ for signature
2025-07-17 - 6:16:31 PM GMT

✉️ Document emailed to Jason Caramanis ████████████████ for signature
2025-07-17 - 6:16:31 PM GMT

📄 Email viewed by Jason Caramanis ████████████
2025-07-17 - 9:05:02 PM GMT

🖊️ Signer Jason Caramanis ███████████████ entered name at signing as Jason Caramanis Trustee
2025-07-17 - 9:05:28 PM GMT

🖊️ Document e-signed by Jason Caramanis Trustee ██████████████
Signature Date: 2025-07-17 - 9:05:30 PM GMT - Time Source: server

📄 Email viewed by ████████████████
2025-07-18 - 10:59:30 AM GMT

🖊️ Signer ██████████████████ entered name at signing as Robert D Dawson
2025-07-18 - 11:01:37 AM GMT

🖊️ Document e-signed by Robert D Dawson ████████████████
Signature Date: 2025-07-18 - 11:01:39 AM GMT - Time Source: server

📕 **Adobe Acrobat Sign**

Email viewed by Steven Sharif (stevensharif@intrepidstudios.com)
2025-07-28 - 8:30:29 PM GMT

Email viewed by Steven Sharif (stevensharif@intrepidstudios.com)
2025-08-09 - 9:38:45 PM GMT

Document e-signed by Steven Sharif (stevensharif@intrepidstudios.com)
Signature Date: 2025-08-09 - 9:38:59 PM GMT - Time Source: server

Agreement completed.
2025-08-09 - 9:38:59 PM GMT

**Adobe Acrobat Sign**