# EXHIBIT GG

# [LODGED

# UNDER SEAL]