# EXHIBIT HH

U260001403217

B4303-6203 01/07/2026 11:51 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U260001403217

Date Filed: 1/7/2026

| Submitter Information: | |
|---|---|
| Contact Name | Lucas Mundell, Esq. |
| Organization Name | Schwartz, PLLC |
| Phone Number | (702) 385-5544 |
| Email Address | sroman@nvfirm.com |
| Address | 601 E Bridger Avenue<br>Las Vegas, NV 89101 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U240040960326 |
| Date Filed | 05/13/2024 |
| Amendment Action | Secured Party Amendment |
| Secured Party Action | Edit Secured Party |

Edit Secured Party:

| Secured Party Name | Mailing Address |
|---|---|
| *Changed From:*<br>ROBERT DAWSON<br>*Changed To:*<br>TFE Games Holdings, LLC | *Changed From:*<br>1740 GREYSTONE CT<br>LONGWOOD, FL 32779<br>*Changed To:*<br>7336 W POST ROAD<br>111<br>NEVADA, FL 89113 |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          ROBERT DAWSON

Optional Filer Reference Information:

Miscellaneous Information: