Samuel A. Schwartz, Esq.
  (admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Amara S. Barbara, Esq.
California Bar No. 323332
abarbara@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 235-6000

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>ROBERT DAWSON; RYAN OGDEN; THERESA FETTE; AARON BARTELS; TFE GAMES HOLDINGS, LLC; and JASON CARAMANIS,<br><br>            Defendants,<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>            Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT [ECF NO. 99]**<br><br>Judicial Officer: Hon. Linda Lopez<br>Courtroom: 14B (14th Floor)<br><br>Action Filed: February 14, 2026<br>Trial Date: Not Set |

PLEASE TAKE NOTICE that on May 7, 2026, Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC (collectively, "**Defendants**") filed the *Declaration of Robert Dawson in Support of the Opposition to Plaintiff's Motion for Appointment of Receiver* [ECF No. 99] (the "**Declaration**").

PLEASE TAKE FURTHER NOTICE that on May 11, 2026, Defendants and

Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("**Plaintiff**," and together with Defendants, the "**Parties**"), filed the *Joint Motion to Seal Certain Information Within Defendants' Opposition to Plaintiff Steven Sharif's Motion for Receiver [ECF No. 98] and Declarations in Support Thereof [ECF Nos. 99-102]* [ECF No. 105] (the "**Joint Motion to Seal**"). The Joint Motion to Seal requested, *inter alia*, that the Clerk of the Court seal the unredacted version of the Declaration, and substitute in CM/ECF the redacted version of the Declaration filed at ECF No. 99 with an updated redacted version submitted by the Parties [ECF No. 105-2].

PLEASE TAKE FURTHER NOTICE that on May 18, 2026, the *Order Granting Joint Motion to Seal Certain Information Filed in Defendants' Opposition to Motion for Receiver* [ECF No. 116] (the "**Order Granting Joint Motion to Seal**") was entered by the Court, which stated, "To the extent that Defendants previously filed documents without redactions, Defendants are **ORDERED** to withdraw those documents and refile them with the proper redactions." (ECF No. 116 at pg. 2 of 2, lines 17-19) (emphasis in original).

PLEASE TAKE FURTHER NOTICE that Defendants, in compliance with the Order Granting Joint Motion to Seal, hereby withdraw the redacted version of the Declaration filed at ECF No. 99 (including all attachments thereto), for the sole purpose of refiling an updated version of the Declaration with the proper redactions, which Defendants shall do forthwith.

Dated: May 19, 2026.

By: */s/ Sasha Aliakbar-Amid*
Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Nevada Bar No. 10985
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101

Samuel B. Strohbehn, Esq.
California Bar No. 257697
Amara S. Barbara, Esq.
California Bar No. 323332
Maddie Rudge, Esq.
California Bar No. 362727
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*