# EXHIBIT D

## <u>DIRECTIVE FOR ISSUANCE OF WARRANTS</u>

### April 23, 2024

This Directive is made by Robert D. Dawson ("Holder"), being the Holder of the following Convertible Promissory Notes:

| DATE OF NOTE | AMOUNT OF PROMISSORY NOTE | WARRANT PERCENTAGE |
|---|---|---|
| 3/21/2023 | $1,400,000 | 1.5000% |
| 3/30/2023 | $1,600,000 | 1.7150% |
| 4/28/2023 | $1,075,000 | 1.1520% |
| 5/12/2023 | $670,000 | 0.8380% |
| 5/26/2023 | $250,000 | 0.3125% |
| 5/31/2023 | $500,000 | 0.6250% |
| 6/2/2023 | $470,000 | 0.5875% |
| 6/14/2023 | $675,000 | 0.8440% |
| 6/29/2023 | $1,070,000 | 1.3380% |
| 7/13/2023 | $930,000 | 1.1625% |
| 7/31/2023 | $1,900,000 | 2.3750% |
| 8/16/2023 | $765,000 | 0.9263% |
| 8/29/2023 | $1,070,000 | 1.3370% |
| 9/12/2023 | $835,000 | 1.0440% |
| 9/28/2023 | $1,100,000 | 1.3750% |
| 10/12/2023 | $1,200,000 | 1.5000% |
| 11/1/2023 | $1,100,000 | 1.3750% |
| 11/15/2023 | $1,360,000 | 1.7000% |
| 12/1/2023 | $1,050,000 | 1.3125% |
| 12/14/2023 | $1,640,000 | 2.0500% |
| 12/28/2023 | $2,220,000 | 2.7750% |
| 1/17/2024 | $1,200,000 | 1.5000% |
| 2/14/2024 | $600,000 | 0.7500% |
| 2/28/2024 | $1,918,000 | 4.8000% |
| 3/12/2024 | $1,045,000 | 1.3100% |
| 4/1/2024 | $1,240,000 | 1.5500% |
| 4/15/2024 | $1,030,000 | 1.2785% |
| **TOTAL:** | **$29,913,000** | **37.3913%** |

WHEREAS, Robert D. Dawson is the Holder of the above-listed Convertible Promissory Notes; and

WHEREAS, Paragraph 6 of said Convertible Promissory Notes provides that Intrepid Studios, Inc., a California corporation (the "Company"), is obligated to issue non-dilutable stock for the Warrants.

NOW, THEREFORE, the Holder hereby demands the following:

The Warrants in Paragraph 6 of each of the above-listed Convertible Promissory Notes are hereby exercised for the issuance of non-dilutable stock in the Company, as of the date first set forth above;

Said non-dilutable stock shall be issued to the Holder, Robert D. Dawson; and

All remaining terms of the above Convertible Promissory Notes remain in full force and effect.

IN WITNESS WHEREOF, this Directive has been executed by the Holder, effective as of the date first set forth above.

**HOLDER**

**Robert D. Dawson**

**ALERT: HURRICANE ERIN IN THE CARIBBEAN REGION AND THE CAROLINAS IN THE U.S. MA...**

# USPS Tracking®

FAQs >

Tracking Number:                                                                Remove ✕

## 95890710527024142526 38

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:12 am on July 14, 2025 in DEL MAR, CA 92014.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

DEL MAR, CA 92014
July 14, 2025, 10:12 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

See Less ∧

Track Another Package



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Del Mar, CA 92014

| | |
|---|---|
| Certified Mail Fee  $4.85 | 0550 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy)  $ _____  $0.00 | |
| ☐ Return Receipt (electronic)  $ _____  $0.00 | |
| ☐ Certified Mail Restricted Delivery  $ _____  $0.00 | Postmark |
| ☐ Adult Signature Required  $ _____  $0.00 | Here |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage  $0.73 | |
| $ | |
| Total Postage and Fees | 07/10/2025 |
| $5.58 | |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |

**ALERT: HURRICANE ERIN IN THE CARIBBEAN REGION AND THE CAROLINAS IN THE U.S. MA...**

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052702414252645

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:40 am on July 14, 2025 in
SAN DIEGO, CA 92130.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

SAN DIEGO, CA 92130
July 14, 2025, 11:40 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

See Less ⌄

Track Another Package



## <u>DIRECTIVE FOR ISSUANCE OF WARRANTS</u>

### July 8, 2025

This Directive is made by Robert D. Dawson ("Holder"), being the Holder of the following Convertible Promissory Notes:

| DATE OF NOTE | AMOUNT OF PROMISSORY NOTE | WARRANT PERCENTAGE |
|---|---|---|
| 6/14/2024 | $1,100,000.00 | 1.3750% |
| 12/2/2024 | $400,000.00 | 0.5000% |
| 1/13/2025 | $1,000,000.00 | 1.2500% |

WHEREAS, Robert D. Dawson is the Holder of the above Convertible Promissory Notes; and

WHEREAS, Paragraph 6 of said Convertible Promissory Notes provides that Intrepid Studios, Inc., a California corporation (the "Company"), is obligated to issue non-dilutable stock for the Warrant.

NOW, THEREFORE, the Holder hereby demands the following:

The Warrant in Paragraph 6 of the above Convertible Promissory Note is hereby exercised for the issuance of non-dilutable stock in the Company, as of the date first set forth above;

Said non-dilutable stock shall be issued to the Robert D. Dawson Irrevocable Dynasty Trust, dated December 31, 2012; and

All remaining terms of the above Convertible Promissory Notes remain in full force and effect.

IN WITNESS WHEREOF, this Directive has been executed by the Holder, effective as of the date first set forth above.

**HOLDER**

Robert D. Dawson

## DIRECTIVE FOR ISSUANCE OF WARRANTS

### July 8, 2025

This Directive is made by Robert D. Dawson ("Holder"), being the Holder of the following Convertible Promissory Notes:

| DATE OF NOTE | AMOUNT OF PROMISSORY NOTE | WARRANT PERCENTAGE |
|---|---|---|
| 5/16/2024 | $1,495,000.00 | 1.8700% |
| 5/31/2024 | $1,315,000.00 | 1.6500% |
| 9/17/2024 | $1,053,831.54 | 1.3200% |
| 9/20/2024 | $100,000.00 | 0.1250% |
| 9/30/2024 | $1,300,000.00 | 1.6250% |
| 10/16/2024 | $1,125,000.00 | 1.4100% |
| 11/1/2024 | $500,000.00 | 0.6250% |
| 12/2/2024 | $500,000.00 | 0.6250% |
| 12/17/2024 | $925,000.00 | 1.1600% |
| 1/22/2025 | $515,000.00 | 0.6438% |
| 2/3/2025 | $1,200,000.00 | 1.5000% |
| 2/6/2025 | $770,000.00 | 0.9625% |
| 2/12/2025 | $1,300,000.00 | 1.6250% |
| 2/26/2025 | $250,000.00 | 0.3125% |
| 2/28/2025 | $1,265,000.00 | 1.5813% |
| 3/10/2025 | $1,000,000.00 | 1.2500% |

WHEREAS, Robert D. Dawson is the Holder of the above Convertible Promissory Notes; and

WHEREAS, Paragraph 6 of said Convertible Promissory Notes provides that Intrepid Studios, Inc., a California corporation (the "Company"), is obligated to issue non-dilutable stock for the Warrant.

NOW, THEREFORE, the Holder hereby demands the following:

The Warrant in Paragraph 6 of the above Convertible Promissory Note is hereby exercised for the issuance of non-dilutable stock in the Company, as of the date first set forth above;

Said non-dilutable stock shall be issued to the Holder, Robert D. Dawson; and

All remaining terms of the above Convertible Promissory Notes remain in full force and effect.

IN WITNESS WHEREOF, this Directive has been executed by the Holder, effective as of the date first set forth above.

**HOLDER**

Robert D. Dawson