# EXHIBIT F





we haven't yet cause Steven said he wanted to have his legal guy work on it 1st

9/9/2022 10:38 PM

**Steven Sharif** ▮▮▮▮

Awesome! Hope all is going well on your end. I should have some updates on the legal by end of next week. 💪

9/9/2022 10:38 PM

iPhone ▮▮▮▮

We need to have that done really soon becaise when private equity and investment bankers start looking, it needs to be up to date

9/9/2022 10:39 PM (Viewed 9/9/2022 10:41 PM)

**Steven Sharif** ▮▮▮▮

We also are about finished with the tax filings, those Will be done and caught up by the 15th

9/9/2022 10:41 PM

iPhone ▮▮▮▮

Great. I apologize for going dark. It's my top priority Monday

9/9/2022 10:46 PM

**Steven Sharif** ▮▮▮▮

No worries brother, let's kick ass Monday 💪

9/21/2022 4:46 PM (Viewed 9/21/2022 6:01 PM)

**Jason Caramanis** ▮▮▮▮

hey Steven did you have a talk with Rob to start sorting out all the deals we have as you wanted to create some docs moving forward please advise what we are doing on this as before you take on meetings with a serious A Round of funding you need to have it all buttoned up and cleaned up

if you don't need more money and can make it to launch then no need to do all this work and add more pressure on you until after Alpha 2 is done in October

i know your juggling your ass off trying to build a Billion Dollar company

both Rob and I are the 2 largest investors/creditors now and want the outcome to be huge

We are here to support you but can only do so much until you start passing the baton to us

Rob did you have this conversation on Monday with Steven ??

9/21/2022 4:53 PM (Viewed 9/21/2022 6:01 PM)

Steven Sharif

We chatted yesterday about it, and yes the goal is to get this all buttoned up within the next 1-2 week. And then circulate with you guys for review. Will text more on this tonight once I'm out of meetings ❤️ 🙏 💪

9/21/2022 5:04 PM (Viewed 9/21/2022 6:01 PM)

Jason Caramanis

ok all good

10/12/2022 1:46 PM (Viewed 10/12/2022 2:05 PM)

Steven Sharif

Some updates;

- Aream has provided their pitch deck and process overview and is prepping performance expectations for the raise, based on their understanding of the space, our product and projections and will sync next week. (Top choice so far)

- Wedbush is reviewing our deck and projections and will be meeting next week to discuss process and expectations. (Close second choice)

- Riot's Founders, CEO, CFO and Chairman have setup a call with me for Monday to discuss if they could fulfill our raise by themselves. (Interesting potential)

- Corporate docs will be finished for review this month.

- Taxes are caught up and books/financials look great now with updated strategy from Moss Adams

- Alpha 2 NDA testing has begun, there is still polish and bugs we are cleaning up and the expected first public test dates will aim to be around end of next month, in time for holidays.

i can kinda drive short distance and take my boot off but i am scared to drive to
SD and back without my boot on that much time it's getting better though

4/6/2023 8:12 PM (Viewed 4/6/2023 8:20 PM)

Steven Sharif

K 1 sec lemme finish this meeting

4/6/2023 8:12 PM (Viewed 4/6/2023 8:20 PM)

Jason Caramanis

ok no rush

4/6/2023 10:35 PM (Viewed 4/6/2023 10:37 PM)

Jason Caramanis

Hey Steven we need to have a serious talk over the phone tomorrow i just finished with Rob i understand and appreciate ALL that you gave from your heart and soul for this company but the money issue with Rob is becoming the same issue i had with you when you told me you put 10MM of your money into the company and didn't and the company was needing 2MM and i stepped up and refinanced my condo in Vegas to get the monies for you

Rob is feeling like hey i am the largest investor in this deal and ge is clearly NOT the largest shareholder

Understanding your feelings but your check writing is the as Top Gun your writing checks your body can't cash

I know you don't like my 30% equity deal and i understand you told me your brother was giving you 15-20MM never appeared at all

So you need to understand that your wealth is all dependent on this project becoming a reality but the likelihood of you owning more than 50% is zero if you expect Rob to continue bailing you out of your deal

Knowing what i know now is both good and bad and it's the pressure you put on us as i am a smaller fish than Rob but i completely understand how he feels cause i have never received anything from this company ever in any form other than i went as deep as i could financially

I am not making 1MM a month anymore and my income is obliterated in Jeunesse and it could go out of business at any moment

it's not fair to Rob especially that when he came on board you represented to him and me in Vegas that you needed 8MM plus 10MM which now Rob has done that and you still haven't gotten to launch as you promised and we are about 1 year away and needing 2MM a month

You need to be prepared for the serious heart conversation and understand that MONEY dictates the terms not YOU

sorry but it's the truth

and Rob and I have NOT seen any financials or balance sheet

where are they again i am not yelling or arguing or debating things

I have asked and so has Rob to see the balance sheets

i wrote an email that's clear to the NowCfo people to get the ball started

Please advise what we shall do here cause what is the purpose of this meeting as i discussed things with Rob and Rob needs to know you know that the purpose of this meeting is going to come down to your equity and mine and what is going to get of yours and mine

Lovingly Jason

4/6/2023 10:35 PM (Viewed 4/6/2023 10:37 PM)

Jason Caramanis

What Rob is going to get

4/6/2023 10:36 PM (Viewed 4/6/2023 10:37 PM)

Jason Caramanis

so unless you have Joe or someone else to step up at a 1B valuation deal be prepared to give up more of your personal equity as i told Rob i would give up some of mine as well to appease his serious level of commitment

4/6/2023 10:46 PM

iPhone

Jason thanks for the texts. Yes it is time to get resolved as i did not intend to be in the situation i currenly am with cash flow. 20 mil i and I'm the small shareholder with all the pressure to make payroll twice a month. Let's find fairness and finds to get this to the finish line.

4/6/2023 10:47 PM (Viewed 4/6/2023 10:48 PM)

Steven Sharif

K let's discuss Monday. What time are we meeting at Jason's?

4/6/2023 10:48 PM

iPhone

I will fly in Sunday night so the earlier the better Monday. Like noon?

4/6/2023 10:49 PM

Steven Sharif