# EXHIBIT G

i was thinking if we give them 51% Steven at this point they would book the total revenue to their company as since they are owned 100% by tencent a 51% shareholder can book 100% of their revenues

Rob is this correct from my past experiences ??

11/8/2022 1:48 PM

iPhone ▮▮▮▮▮

That is also my Understanding

11/8/2022 1:48 PM

Steven Sharif ▮▮▮▮▮

That's correct

11/8/2022 1:49 PM

Jason Caramanis ▮▮▮▮

we would 100% have to be converted to a C Corp

11/8/2022 1:49 PM

Steven Sharif ▮▮▮▮▮

Correct

11/8/2022 1:50 PM

Jason Caramanis ▮▮▮▮▮

i spoke to Rob after we hung up you know this is probably a 120-180 day process not a 30-90 process to close

11/8/2022 1:50 PM

Jason Caramanis ▮▮▮▮

starting now

11/16/2022 7:52 PM (Viewed 11/16/2022 8:07 PM)

Steven Sharif ▮▮▮▮▮

Just finished the second meeting with Riot. A lot to digest.

We are in a very strong position, they expressed that they currently have about 60 devs assigned to their internal mmo project. It is in its infancy and they have another 450ish devs across different content teams and another 300 in studios in Sydney that are ready and waiting. They want to scrap their project and make Ashes a development focus for Riot.

They are primarily interested in me as a leader they expressed over and over. Most of the meeting today was around my game design philosophy, our development approach, pipelines, workflows, features and schedules. We discussed designs and philosophy. We discussed riot's culture and core values.

Finally, we touched on our expectations from a valuation perspective if we were to consider an acquisition, investment or publishing agreement (again they stressed a desire to acquire, but want to be part of this in any way). I remained very tight lipped. They were pretty close to the chest on valuation, though they once again stated; "Based on where you are currently in development and how successful you've been in building your community and preorders, a high 9-figure valuation "makes sense". "

They were obviously posturing here, and they became visibly more nervous during this part of the conversation. They finished this part of the meeting by saying "we want to explore this further at our next meeting". My read on this, if that is their opening commentary they will go higher, since you always start below where you want to end up in a negotiation.

Lastly, they discussed aspects of the development they would want to change including; Voice actors of narrative, cinematics, esports, and stronger content/quest design.

Originally our next meeting was scheduled for Tuesday next week, but Marc had a scheduling conflict around thanksgiving and the next meeting is now scheduled for Nov 30th at the Riot campus.

> 11/16/2022 8:00 PM (Viewed 11/16/2022 8:07 PM)

Jason Caramanis ▇▇▇▇▇▇

understood high 9 figures is somewhere around 750-999MM valuation

> 11/16/2022 8:02 PM (Viewed 11/16/2022 8:07 PM)

Steven Sharif ▇▇▇▇▇▇

Correct. IMO if they are willing to nonchalantly throw around "high 9-figure" then in their strategy they would go above $1bn.

11/16/2022 8:03 PM (Viewed 11/16/2022 8:07 PM)

Steven Sharif ███████

I believe this is an attempt to illicit a response from me. Testing the waters, prior to an actual LoI or term sheet

11/16/2022 8:10 PM

iPhone ███████

I feel the valuation will be 2 bil

11/16/2022 8:10 PM

iPhone ███████

And everybody wins long term

11/16/2022 8:17 PM (Viewed 11/16/2022 9:12 PM)

Steven Sharif ███████

I don't believe that is an unreasonable assessment.

To say they are beyond thirsty is a sizable understatement.

11/16/2022 8:21 PM (Viewed 11/16/2022 9:12 PM)

Jason Caramanis ███████

Rob and Steven do you think a NON-BINDING LOI at this point is doable

11/16/2022 8:22 PM (Viewed 11/16/2022 9:12 PM)

Steven Sharif ███████

I think we will have an LoI in December.

2/24/2023 1:46 PM

iPhone ███████

Call today at 130 pm PST?

2/24/2023 1:47 PM (Viewed 2/24/2023 1:51 PM)

Steven Sharif ███████

👍👍

2/24/2023 4:19 PM

███████