# EXHIBIT H

Rob, I am reading through the doc they sent now.

I don't want to fight with you, we are brothers in this deal and I'm just trying to get us to the finish line with the company so we can relax and enjoy the hard work. I'm not trying to ignore you or be disrespectful at all, it's just fire after fire on the ground and I don't even have 5 minutes to think sometimes, so I apologize for taking time to text back during the day.

I just got done fighting for two weeks with John while trying to keep the ship moving forward. And now you are upset with the doc that the law firm wrote up.

I just read through it, I'm want us to find a way forward that we both are happy with.

5/10/2024 10:34 PM (Viewed 5/10/2024 10:57 PM)

Jason Caramanis

Loved "Rob, I am reading through the doc they sent now.
..."

5/10/2024 11:07 PM

iPhone

2 terms. That's it

Creative control meaning who is on the team and what they work on.

As you agree i have financial control and they can add that term

And third item is if there is a third party investor/buyer for ashes or intrepid and you don't like the terms, you have 30 days to buy me out instead of selling to third party

And that creative control is to steven. John does not get control as i have zero Trust or respect for him over what has transpired the last several weeks. Absolutely do not agree to it

That's it. No more terms

What a waste of time and legal Fees.

Did you tell him all the other overreaching terms?

I'm done fighting and I'm done funding. I'm ready to go to the legal system to resolve it and we all lose but i don't care any more. I've been stalled and delayed all that i will tolerate. I've pulled the plug on funding

You do this agreement as we had already agreed and none of the other terms. Or you find other money next week. I'm done

And you missed several deadlines and promises on resolving this. And that's after we spent months and you Agees to it before jason signed. And now we are 1.5 months down the road and no where.

And you sneak around and do attorney calls behind my back. Instead of denying your deceptive actions, you should be remorseful. I don't trust you with anything other than creative control.

5/11/2024 12:04 AM (Viewed 5/11/2024 12:06 AM)

Jason Caramanis

I hope and pray you both can resolve this as i am stuck in a middle of a shit storm just praying you both resolve things

5/11/2024 12:10 AM

iPhone ███████████

I'm done with new money. I will do the simple agreement with the 3 points including finance control for me, creative for steven, and option agreement for steven and intrepid to buy my shares back if there is a third party offer i want to take and they don't want to sell

If it is done and signed i will go fund but otherwise im not. I'll take my chances with the legal system and everybody loses, but the honestly don't care as this shareholder cluster fuck has cost all of us a fortune. Yiu guys with dilution and me with cash.

I never wanted to go past the 11 mil, then 14, and now it's at 50 mil

5/11/2024 12:15 AM

iPhone ███████████

Steven do you agree to the terms. If yes we need to tell lawfirm. If no, let's stop wasting time

5/11/2024 12:17 AM

iPhone ███████████

It's simple and an easy answer

5/13/2024 1:53 AM (Viewed 5/13/2024 2:14 AM)

Jason Caramanis ███████████



iPhone _____, _____

Hey r up and able to talk

6/10/2024 12:18 AM

iPhone _____, _____

Can we set a time in the morning?

6/10/2024 9:54 AM

iPhone _____, _____

Good morning. Are you able to set a time for a call this morning for

6/10/2024 11:40 AM

iPhone _____

Steven are you not able to talk or answer messages?

6/10/2024 12:27 PM

iPhone _____

You owe me several calls. Not cool. My patience is running out

6/10/2024 12:37 PM

iPhone _____

Sfeven i highly recommend you call e before i get angry again. I'm not there yet but you're triggering it. You need to talk to me.

6/10/2024 12:45 PM (Viewed 6/10/2024 12:47 PM)



may lose vision completely in my right eye. I have been in eye hell the past 3 weeks. Not trying to trigger you but there are periods I cannot see and also having intense migraines. I'm waiting for the doctor right now. I know there are competing priorities. I am trying to juggle them while dealing with this.

6/10/2024 12:49 PM

iPhone ███████████████████████

I understand your vision. You still can talk to me on the phone.

I think i need to come there and get i vi loved on the day to day managing the finances and this legal issue. I'm not funding any more $ without the. Agreements being signed. You've had months to do it and my patience is gone

6/10/2024 12:50 PM

iPhone ███████████████████████

And So is the lawfirm unless you find other money to pay them. I'm not paying anything else til all the docs are signed by the 98%

6/10/2024 12:50 PM

iPhone ███████████████████████

So don't ask for money this week if this is not done.

6/10/2024 12:55 PM

iPhone ███████████████████████

And when you are prioritizing don't think starting a discussion on Thursday when you need a wire Friday is going to happen. SIGNATURES.

No more money without. And they should be very high in priority list as you can't pay employees

Is Joe going to fund?