# EXHIBIT I

hey guys i am taking off to Asia in 5 hours i will be in the car in about 2.5 hours and have a 1 hour drive or so to LAX

if we all need to chat let me know

i asked Steven to help get me an updated CAP table with all of his negotiations he wanted back and again

this has to do with the both of you working on that CAP table

Rob if you could calmly help him without blowing up for Stevens own crap and calmly help him create a current CAP table i would much appreciate it

(this CAP table would delete my extra 15%) completely and again i am NOT 100 agreeing to this until i see a Current Cap table and the CAP table with ALL of everyone's desired dilutions

It's obvious Steven wants more equity and is losing it by the month (cause the money is dictating the terms)

i get it 1000%

i am not angry about anything just frustrated

so both of you if you want my 100% support on things needs to get me an updated CAP table and also Rob i need to see What ALL the dilutions look like after ALL of your agreements are converted and also what it will look like over the next 5-6 month with 5-6 more monthly agreements like you have been doing cause again it's just like ok

i get it i just need to see what it looks like

3/25/2024 1:16 PM (Viewed 3/25/2024 1:18 PM)

Steven Sharif

Hey Jason and Rob. I am in a situation and need help. My home has the Main Street loan as a second against it, and I have been trying to refinance my first, because it was due by the previous owner who carried me. He is unwilling to extend and has had me sign a forbearance agreement giving him the right to immediately foreclose if I don't pay down the first. It's 4million and I am able to refinance the loan with a bank but they won't do it with the Main Street second on the house. We had 2 appraisals done and it's worth 8m and 4m is owed. I don't know what to do, and I will be up a creek if I don't have a solution by Friday. I need some advice/help here, and all of this is happening at the worst possible moment for my sanity with keeping the lights on and everything running. Not to mention my marriage.

3/25/2024 1:20 PM

iPhone

Steven i understand your situation and i wish pathway could have done it because it's 50%LTV and a no brainer but our regulators only let us do one transaction like that every 24 months and I've already done the 1

Personally i can't do it. I'm tapped out every two weeks meeting payroll and ashes expenses.

Jason i know the details of this if you are interested in helping

4/26/2024 9:23 PM (Viewed 4/26/2024 9:24 PM)

Jason Caramanis

Hey Guys i would seriously recommend You grabbing John and going to dinner or drinks and get drunk LOL with Everyone and try and mend the fences

or at least Steven you and Rob meeting

it's imperative you both meet before Rob gets on a plane tomorrow

4/26/2024 9:25 PM

iPhone

I'm available and can meet anywhere

4/26/2024 9:32 PM (Viewed 4/26/2024 9:44 PM)

Jason Caramanis