# EXHIBIT J

6/13/2024 1:20 AM

**TMoney** ▮

> That's all the feedback I had. I think it would be helpful for you to think about the points and think how we can present to the guys what pain you are willing to endure. If this, then that type of thing

6/13/2024 1:21 AM

**TMoney** ▮

> My big contact has a massive Rolodex of venture capital firms that he said he would intro us to

6/13/2024 1:22 AM

**TMoney** ▮

> But I think a convo with you me and rob might also be helpful ... Joe is a good negotiator too

6/13/2024 1:26 AM

**TMoney** ▮

> Another question, bank have you $10m at one time would they be willing to extend a line against the pre-sale revenue

6/13/2024 1:32 AM

**TMoney** ▮

> Joe is going to call me shortly

6/13/2024 2:34 AM

**Steven Sharif** ▮

> Bank won't do a line with the current balance sheet, unless the existing debt would subordinate, which defeats Rob's current power play. Absolutely willing to chat with VCs, that will just take some time. I don't think a conversation with Rob is fruitful after the conversation I had with him last week. This is his messaging yesterday

6/13/2024 2:35 AM

**Steven Sharif** ▮

> <Attachment>

6/13/2024 2:35 AM

**Steven Sharif** ▮

> <Attachment>

6/13/2024 2:35 AM

**Steven Sharif** ▮

> Any attempt to negotiate will be perceived as weakness. I need to be able to call his bluff in a strong scorched earth approach. At least that was the advice of the attorneys.

6/13/2024 2:36 AM

**TMoney** ▮

> I hear you

6/27/2024 12:09 AM

**TMoney** ▮

> How are you holding up

6/27/2024 12:15 AM

**Steven Sharif** ▮

> <Attachment>