# EXHIBIT K

*Native email export — Exhibit L/5 (Email 2 of 3 in thread)*

**From:** Steven Sharif
**Sent:** 2025-11-01 01:25:12.558397
**To:**
**Subject:** Re: Immediate Board Action Required: Funding Shortfall and Leadership Decisions Ahead

---

Dear Theresa and Board Members, Thank you for your message and for your continued commitment, especially while traveling internationally. I appreciate the urgency you expressed, and I fully agree that the decisions in front of us require clarity, unity, and proper board direction. That said, I would like to respectfully clarify several important points for the sake of accuracy and governance: 1. Alignment and Authority

At no point have I resisted taking hard actions. My role as CEO is to present clear options, outline risks, and execute decisions made by the board — particularly when those actions involve layoffs, salary reductions, or structural changes that materially impact employees and shareholders. Those decisions must come from the board, and I remain committed to implementing them swiftly once directed. 2. Reflection of Board Consensus

During the leadership and board discussions this week — which you were unfortunately unable to attend — the direction agreed upon was to pursue every viable path to reach the December launch without immediate reductions to staff. That remains consistent with Rob's most recent update tonight that a potential path to December still exists. As I have consistently stated, if there is a viable way to reach December without jeopardizing launch readiness or inflicting unnecessary harm on the team, it is our fiduciary obligation to fully evaluate and attempt that path before resorting to workforce reductions. 3. Transparency and Financial Preparedness

The financial risks and runway timelines have been openly communicated to the board for months. Contingency plans — including reductions in force, salary deferrals, and equity-based incentives — are already modeled and can be executed immediately upon board directive. Staying flexible while viable alternatives are being actively pursued is not avoidance; it is prudent stewardship. 4. Willingness to Act with Board Direction

If the board determines that payroll reductions, equity deferral programs, or layoffs are now necessary, I am prepared to carry them out immediately. I only ask that such directives are decided through a formal vote or resolution so they are properly authorized, documented, and consistent with our fiduciary responsibilities. 5. Proposed Next Steps

I support holding an emergency board meeting within the next 48 hours to:

Review updated cash flow, including Rob's potential funding path Evaluate immediate vs. post-launch cost reduction strategies Decide whether to issue a formal directive regarding salary reductions, deferral programs, or layoffs Document any resolutions in the minutes to ensure protection and alignment for all leadership and board members

Additional Financial Update for Rob & the Board Rob, I have broken down the funding required for the December launch into the most essential costs. Each scheduled payment date currently includes a $250,000 marketing allocation — totaling $750,000 in marketing spend leading into launch. If you want to adjust the requirements by removing marketing from these dates, the total needed per date could be reduced by $250,000 accordingly. Additionally, I have spoken with Kilroy and Cigna and secured approval to defer their October and

November payments (totalling approximately $650,000) until after the December launch. I am attempting the same with Kaiser Permanente and Oyster; if successful, I will update the funding schedule — although those negotiations may be less certain.

I remain fully committed to executing whatever course of action the board directs — with transparency, urgency, and accountability. Respectfully, Steven

On Thu, Oct 30, 2025 at 9:18 PM Theresa Fette <theresa@nevadataxgroup.com> wrote:

Dear Board Members, I apologize that I am in Asia and unable to make the calls. I caught up with Aaron today, and I want to be direct about where we are and what comes next. We have been unable to sec sophospsmartbannerend

Dear Board Members,

I apologize that I am in Asia and unable to make the calls.  I caught up with Aaron today, and I want to be direct about where we are and what comes next.

We have been unable to secure the $4M in additional funding needed to carry us through a December launch. Despite continued outreach, I believe the probability of closing capital in time is low. Based on current projections, our existing runway will not support a full launch trajectory without immediate, company-wide adjustments.

For the past six months, Rob has been transparent about the limits of available capital. During that time, we did not make the structural or operational changes that could have extended runway or reduced burn. I've also observed Steven's ongoing hesitation to make the hard decisions required to protect the company. We can't avoid those decisions any longer. Even Amazon, with far deeper resources, chose to suspend their MMO and has laid off 30k people; we have to be willing to do the same.

To that end, I recommend an emergency leadership meeting within the next 48 hours to:

Fully brief the team on our financial position and available options. Align on a cost-reduction plan that will likely include payroll and staffing cuts. Implement a voluntary equity incentive program for anyone who defers pay to help us bridge the next 90 days.

I heard that Steven, John and Ryan have voluntarily withheld their pay. To extend runway meaningfully, I recommend a 20–25% temporary pay reduction across the company, with the executive team leading from the front.  You can offer a stock incentive plan to help with the pain of the loss.

For those willing to go further by deferring some or all pay for the next 90 days, I propose a bonus equity incentive — slightly higher than the base equity allocation tied to the general pay reduction. This rewards commitment and keeps key talent engaged through what will be an extremely difficult period.  You can also offer a voluntary lay off plan to non-critical employees that you may still need after launch.  I know this isn't optimum, we need all hands on deck, but we need to control the costs for what little funding we have.

This will not be an easy message for the leadership team or staff to hear. The only way through is full transparency and unity. My intent is not presenting as a failure, but as a reset — an opportunity to protect what we've built, preserve launch readiness, and give ourselves the option to fight another day.

Next Steps:

Emergency leadership meeting within 48 hours 13-week cash flow and reduction scenarios finalized within 72 hours Equity incentive framework presented to the board within 5 business days

We have reached the point where the board must act decisively. Survival now depends on our willingness to make hard calls quickly, communicate with clarity, and realign the company around a sustainable path forward.

With appreciation for everyone's commitment and realism, Theresa

PRIVILEGED COMMUNICATION Sent from my iPhone

--

--

Steven Sharif

Founder / Creative Director

Intrepid Studios Inc.

w: www.intrepidstudios.com

███████████████████

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

*Exported from: theresa@nevadataxgroup.com PST archive | Original email preserved*