# EXHIBIT L





Steven Sharif

7/24/2025 4:19 AM (Viewed 7/24/2025 5:33 AM)

Source file: Screenshot 2026-04-16 203625.png