Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDING LLC, and JASON CARAMANIS, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF JESSICA NALL IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION TO CONTINUE HEARING AND BRIEFING DEADLINES ON RECEIVER MOTIONS** <br><br> *Filed concurrently with Ex Parte Motion for Order Shortening Time* <br><br> Judge:        Hon. Linda Lopez <br> Hearing Date:  Not Set <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** <br><br> Action Filed:  February 14, 2026 <br> Trial Date:     Not Set |

Case No. 3:26-cv-00965-LL-MMP

WITHERS
BERGMAN LLP

## <u>DECLARATION OF JESSICA NALL</u>

I, JESSICA NALL, declare as follows:

1.      I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc. ("Intrepid"), (together "Plaintiff") in this action. All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true. If called as a witness, I could and would testify competently as to all facts set forth herein.

2.      I submit this declaration in support of Plaintiff Steven Sharif's *Ex Parte* Motion to Continue Hearing and Briefing Deadlines on the parties' Receiver Motions (the "*Ex Parte* Motion to Continue").

3.      In early May, I became aware of informal settlement discussions that were separately underway between the parties. I have since been informed that such discussions were still ongoing as of the end of the week of May 18 to 22, 2026.

4.      On May 14, 2026, my colleague, Jordan W. Garman, e-mailed Defendants' counsel to meet and confer about continuing the hearing date and briefing deadlines on the parties' Receiver Motions until after the parties' June 12, 2026 Early Neutral Evaluation Conference and in light of such discussions. Defendants' counsel did not agree to a continuance. A true and correct copy of that correspondence is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2026 at San Francisco, California.

By: */s/ Jessical Nall*
Jessica Nall

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-MMP

DECLARATION OF JESSICA NALL IN SUPPORT OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION TO CONTINUE HEARING AND BRIEFING DEADLINES ON RECEIVER MOTIONS