Jessica Nall (SBN 215149)
Jessica.Nall@withersworldwide.com
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:  415.872.3200

Leslie Evans (SBN 173010)
Leslie.Evans@withersworldwide.com
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:  619.329.6454

Jordan W. Garman (admitted *pro hac vice*)
Jordan.Garman@withersworldwide.com
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone:  212.848.9882

*Attorneys for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDING LLC, and JASON CARAMANIS, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF JESSICA NALL CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION TO CONTINUE HEARING** <br><br> Judge:  Hon. Linda Lopez <br><br> Action Filed: February 14, 2026 <br> Trial Date:  Not Set |

WITHERS BERGMAN LLP

DECLARATION OF JESSICA NALL CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION TO CONTINUE HEARING

## DECLARATION OF JESSICA NALL

I, JESSICA NALL, declare as follows:

1.      I am a Partner with the firm Withers Bergman LLP, counsel for Plaintiff Steven Sharif, as an individual and derivatively on behalf of Intrepid Studios, Inc., in this action.  All facts set forth in this declaration are of my own personal knowledge or are believed by me to be true.  If called as a witness, I could and would testify competently as to all facts set forth herein.

2.      I submit this declaration to confirm service of Plaintiff Steven Sharif's *Ex Parte* Motion to Continue Hearing and Briefing Deadlines on Receiver Motions (the "*Ex Parte* Motion to Continue") per this Court's Civil Chambers Rules, Rule 5.

3.      On May 26, 2026, at 11:10 PM, my colleague from Withers Bergman LLP, David Levine, served via email with return receipt requested on members of Schwartz, PLLC, counsel for Defendants, copies of (1) the *Ex Parte* Motion to Continue; (2) the May 26, 2026 Declaration of Jessica Nall and exhibit in support of the same; (3) the Proposed Order as sent to the Court; and (4) the May 26, 2026 email transmitting the Proposed Order to the Court. A true and correct copy of that email, with attachments, is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2026 at San Francisco, California.

By:  */s/ Jessica Nall*
        Jessica Nall

WITHERS
BERGMAN LLP

Case No. 3:26-cv-00965-LL-MMP
DECLARATION OF JESSICA NALL CONFIRMING SERVICE OF PLAINTIFF STEVEN SHARIF'S EX PARTE MOTION TO CONTINUE HEARING