Samuel A. Schwartz, Esq.
  (admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
Amara S. Barbará, Esq.
California Bar No. 323332
abarbara@rosinglaw.com
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 235-6000

*Attorneys for Defendants Robert Dawson,
Ryan Ogden, Theresa Fette, Aaron Bartels,
and TFE Games Holdings, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT DAWSON; RYAN OGDEN; THERESA FETTE; AARON BARTELS; TFE GAMES HOLDINGS, LLC, and JASON CARAMANIS, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **DECLARATION OF ROBERT DAWSON IN SUPPORT OF THE TFE DEFENDANTS' OPPOSITION TO PLAINTIFF STEVEN SHARIF'S *EX PARTE* MOTION TO CONTINUE HEARING AND BRIEFING DEADLINES ON RECEIVER MOTIONS** <br><br> Judicial Officer: Hon. Linda Lopez <br> Courtroom: 14B (14th Floor) <br> Hearing Date:  N/A <br> Hearing Time: N/A <br><br> Action Filed: February 14, 2026 <br> Trial Date: Not Set |

I, ROBERT DAWSON, declare as follows:

1.     I am the Chairman of the Board of TFE Games Holdings, LLC, a secured lender of Intrepid Studios, Inc. ("**Intrepid**" or the "**Company**"). I have served as Chairman of the Board since September 2024, and as a majority shareholder since July 2024. I am also the principal secured creditor of the Company. I submit this

1

declaration in support of The TFE Defendants' Opposition to Plaintiff Steven Sharif's *Ex Parte* Motion to Continue Hearing and Briefing Deadlines on Receiver Motions.

2.      I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to all facts set forth herein.

3.      I am aware of the informal discussions between the Parties.

4.      There are currently no meaningful settlement negotiations between the Parties to justify rescheduling the deadlines to which the Parties already agreed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, except as to matters stated on information and belief, and as to those matters, I believe them to be true.

Executed on May 28, 2026

DocuSigned by:

*Robert D. Dawson*
9FB0FDC25750433...    _____
Robert Dawson

2                                    26cv00965-LL-MMP