# EXHIBIT 2



### EMPLOYEE CONFIDENTIALITY, NON-DISCLOSURE, AND NON-RECRUITING AGREEMENT

This Employee Confidentiality, Non-Disclosure, and Non-Recruiting Agreement (this "**Agreement**"), dated as of the Effective Date (defined below), is entered into by and between Intrepid Studios ("**Company**"), and the employee whose name and signature appear below ("**Employee**").

### RECITALS

A.     As part of Employee's employment with Company, Employee has been or will be exposed to or provided with Trade Secrets (defined below) and Confidential Information (defined below) relating to the operation of Company's business and its clients or customers.

B.     Company wishes to protect its Trade Secrets and Confidential Information from unauthorized possession, use, or disclosure and to protect itself from unfair competition. Accordingly, Employee acknowledges that a part of the consideration that Employee is providing Company in exchange for his or her employment and continued employment with Company is Employee's agreement to maintain the secrecy of Company's Trade Secrets and Confidential Information in the manner provided herein.

In consideration of the foregoing, Employee agrees as follows:

### AGREEMENT

1.     <u>Duty of Loyalty</u>.  While employed by Company, Employee agrees at all times to devote his or her best efforts to the business of the Company, to perform conscientiously all duties and obligations required or assigned, and to not usurp for personal gain any opportunities in Company's line of business.

2.     <u>Protection of Company's Trade Secrets and Confidential Information</u>.

(a)     <u>Definition of Trade Secrets</u>.  Employee acknowledges and agrees that, through his or her employment with Company, he or she has been or will be exposed to or provided with the Company's Trade Secrets. As defined by California law, "trade secrets" means information, including a formula, pattern, compilation, program, device, method, technique or process, that (i) derives independent economic value, actual or potential, from not being generally known to the public or to other persons or entities who can obtain economic value from its disclosure or use and (ii) is the subject of efforts that are reasonable under the circumstances to maintain its secrecy. Company's "**Trade Secrets**" include, but are not limited to, the following: customer lists and information; employee lists and information; information relating to any vendor supplying a product of any kind or nature to Company including, but not limited to, for supplies, materials, tools, implements, subcontractors, or labor; information concerning the Company's business plans and strategies, marketing plans and strategies, bidding, pricing, contract negotiation methods and techniques, costs and expenses, and sources of supply; know-how in connection with its operations, including scheduling, timing, administrative

functions, methods, materials, tools, implements, procedures, processes, and other expertise of any kind; cost, expense, and rate information in connection with labor of any kind or nature; techniques, formulas, and specifications; cleaning training methods, expertise, procedures, and processes; information concerning cleaning and degreasing materials and agents and the sources of supply for such materials and agents; computer software and databases; algorithms; and user names and passwords. Employee acknowledges and agrees that Company's Trade Secrets are not generally known to the public or to the Company's competitors, were developed or compiled at significant expense by Company over an extended period of time, and are the subject of Company's reasonable efforts to maintain their secrecy and that Company derives significant independent economic value by keeping secret its Trade Secrets.

(b)    Definition of Confidential Information.    Employee acknowledges and agrees that, through his or her employment with Company, he or she has been or will be exposed to or provided with Company's Confidential Information. "**Confidential Information**" means information belonging to Company, whether reduced to writing or in a form from which such information can be obtained, translated, or derived into reasonably usable form, that has been provided to Employee during his or her employment with Company, that Employee has gained access to while employed by Company, or that was developed by Employee in the course of Employee's employment with Company, and that is proprietary and confidential in nature. Company's Confidential Information includes, but is not limited to, the following: (i) information believed by Company to be a Trade Secret that ultimately does not qualify as such under California law but nonetheless was maintained by Company as confidential; (ii) information concerning the nature of Company's business and its manner of operation; (iii) the methods and systems used by Company in soliciting, selling, and providing its services and products to its clients and customers; (iv) financial and accounting information, such as cost, pricing, and billing information, client and customer profiles, financial policies and procedures, and revenues and profit margins; (v) sales and marketing information, such as sales strategies and programs; (vi) information concerning Company's clients and customers and prospective clients or customers; (vii) information concerning Company's vendors and suppliers; (viii) client and customer lists; (ix) prospective client and customer lists; (x) information regarding client and customer buying habits and special needs; (xi) employment policies and procedures; (xii) personnel records; and (xiii) information concerning Company's business relationships with persons, firms, corporations, and other entities.

(c)    Excluded Information.    For avoidance of doubt, Company's Trade Secrets and Confidential Information do not include any information that (i) is already in the public domain or becomes available to the public through no breach of this Agreement by Employee; (ii) was lawfully in Employee's possession before disclosure to the Employee by Company; (iii) is lawfully disclosed to Employee by a third party without any obligations of confidentiality attaching to such disclosure; or (iv) is developed by Employee entirely on his or her own time without Company's equipment, supplies, or facilities and does not relate at the time of conception to Company's business or actual or demonstrably anticipated research or development of Company.



(d)      <u>Property of Company</u>.  Employee acknowledges and agrees that all Trade Secrets and Confidential Information developed, created, or maintained by Employee, alone or with others, while he or she is employed by Company, shall remain at all times the sole property of Company.

(e)      <u>Covenant Not to Disclose</u>.  Employee acknowledges and agrees that Employee's employment with Company creates a relationship of confidence and trust with Company with respect to all of Company's Trade Secrets and Confidential Information. Therefore, at any time during Employee's term of employment or following the termination of Employee's employment with Company, whether voluntary or involuntary, Employee shall not, except as required in the conduct of Company's business, as authorized in writing by Company, or as authorized by law, use, publish, or disclose any of Company's Trade Secrets or Confidential Information in any manner whatsoever. Notwithstanding the foregoing, this Section 5(e) does not prohibit or limit the right of Employee to discuss, debate, or otherwise communicate with other employees of the Company regarding his or her workplace terms and conditions of employment, including wages.

(f)      <u>Covenant Not to Solicit</u>.  Employee agrees that for a period of two (2) years following the termination of his or her employment with Company, whether voluntary or involuntary, Employee shall not, directly or indirectly, solicit or attempt to solicit any business from any of Company's clients or customers for the purposes of providing products or services that are competitive with those provided by Company when such solicitation or attempt at solicitation is done by Employee through the use of Company's Trade Secrets or Confidential Information.

3.      <u>Nonrecruiting Covenant</u>.  Employee acknowledges and agrees that Company has invested substantial time and effort in assembling its current personnel. Therefore, Employee agrees that for a period of two (2) years following his or her termination of employment with Company, whether voluntary or involuntary, Employee will not, in regard to any employee of Company that Employee had Material Contact with, directly or indirectly recruit or attempt to recruit any employee of Company or induce or attempt to induce any employee of Company to terminate or cease employment with Company. For purposes of this Agreement, "**Material Contact**" shall exist when Employee supervised the employee of Company, or worked directly with the employee of Company, or otherwise received Trade Secrets or Confidential Information from the employee of Company. Notwithstanding the foregoing, nothing in this Section 3 shall prevent Employee from receiving and considering any application from any employee of Company that is not solicited by Employee or on Employee's behalf.

4.      <u>Covenant Not to Compete During Term of Employment</u>.  Employee agrees that, during his or her term of employment with Company, he or she will not, directly or indirectly, either as an employee, employer, consultant, agent, principal, partner, corporate officer, board member, or director, or in any other individual or representative capacity, engage or attempt to engage in any competitive activity relating to the subject matter of his or her employment with Company or relating to Company's line of business.



5.    <u>Covenant Not to Compete After Term of Employment</u>.  Employee agrees that as an inducement for the Company to employ Employee, should Company transfer Employee to a position outside of the State of California, Employee agrees not to directly or indirectly compete with the business of the Company and its successors and assigns during a period of one (1) year following termination of employment, and notwithstanding the cause or reason for termination.

6.    <u>Reasonableness of Restrictive Covenants</u>.  Employee acknowledges that he or she has carefully read and considered Sections 2, 3, 4, and 5 of this Agreement and agrees that the restrictions set forth therein are fair and reasonable, are supported by valid consideration, and are reasonably required to protect the legitimate business interests of Company.

7.    <u>Defend Trade Secrets Act Immunity</u>.  Notwithstanding any provisions in this Agreement or Company policy applicable to the unauthorized use or disclosure of trade secrets, Employee is hereby notified that, under the Defend Trade Secrets Act (specifically, 18 USC §1833), Employee cannot be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made (i) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney, and (ii) solely for the purpose of reporting or investigating a suspected violation of law. Employee also may not be held so liable for disclosures made in a complaint or other document filed in a lawsuit or other proceeding, if that filing is made under seal. In addition, individuals who file a lawsuit for retaliation by an employer for reporting a suspected violation of law may disclose the trade secret to the attorney of the individual and use the trade secret information in the court proceeding, if the individual files any document containing the trade secret under seal and does not disclose the trade secret, except under court order, provided the Employee's actions are consistent with 18 USC §1833.

8.    <u>Prior Agreements, Relationships, and Commitments</u>.

(a)    Employee represents that he or she has no agreements, relationships, or commitments to or with any other person or entity that conflict with or would prevent Employee from performing any of Employee's obligations to Company under this Agreement or would otherwise prevent Employee from performing his or her job duties while employed by Company.

(b)    Employee will not disclose and has not disclosed to Company and will not use or induce Company to use any trade secrets or confidential information of others. Employee represents and warrants that he or she has returned all property, trade secrets, and confidential information belonging to others and is not in possession of any such property, confidential information, or trade secrets.

(c)    Employee agrees to indemnify, defend, and hold harmless Company and its officers, directors, and employees from any and all claims, damages, costs, expenses, or liability, including reasonable attorney fees and costs, incurred in connection with or resulting from any breach or default of the representations and warranties contained in this Section 7.



9.    <u>Termination of Employment</u>.  If Employee's employment with Company is terminated for any reason, whether voluntarily or involuntarily, Employee shall promptly:

(a)    Inform Company of and deliver to Company all records, files, electronic data, documents, plans, reports, books, notebooks, notes, memoranda, correspondence, contracts, and the like in Employee's possession, custody, or control that contain any of Company's Trade Secrets or Confidential Information that Employee prepared, used, or came in contact with while employed by Company;

(b)    Inform Company of and deliver to Company all records, files, electronic data, documents, plans, reports, books, notebooks, notes, memoranda, correspondence, contracts, and the like in Employee's possession, custody, or control that pertain in any way to the business of Company and that Employee prepared, used, or came in contact with while employed by Company;

(c)    Deliver to Company all tangible property in Employee's possession, custody, or control belonging to Company, including but not limited to key cards, office keys, cell phones, pagers, personal digital assistants, external hard drives, thumb drives, Zip drives, laptop computers, and desktop computers;

(d)    Allow Company's representative to inspect Employee's personal desktop computer, laptop computer, thumb drive, Zip drive, and any other external hard drive in order to determine whether any of Company's Trade Secrets or Confidential Information reside on that computer or drive and to remove any Trade Secrets or Confidential Information; and

(e)    Sign the Certificate of Compliance Post-Termination attached to this Agreement as <u>Exhibit "A"</u>.

10.    <u>Injunctive Relief</u>.  Employee acknowledges and agrees that if Company's Trade Secrets or Confidential Information were disclosed to a competing business or used in an unauthorized manner as provided herein, such unauthorized disclosure or use would cause immediate and irreparable harm to Company and would give a competing business an unfair business advantage against Company for which Company may not have an adequate remedy at law. Therefore, Employee agrees that, in addition to any other remedies available to Company at law or in equity, Company shall be entitled to any proper injunction, including but not limited to any temporary, preliminary, or final injunction, any temporary restraining order, and any temporary protective orders, to enforce Sections 2, 3, 4, and 5 of this Agreement in the event of breach or threatened breach by Employee. The restrictive covenants contained in this Agreement are independent of any other obligations between the parties, and the existence of any other claim or cause of action against Company is not a defense to enforcement of those covenants by injunction.

11.    <u>Employment at Will</u>.  Employee understands and agrees that nothing in this Agreement shall confer any right with respect to continuation of employment with Company, nor

shall it interfere in any way with Employee's right or Company's right to terminate Employee's employment at any time, with or without cause, with or without notice.

12.     Waiver.  No waiver by Company of any breach of this Agreement shall constitute a waiver of any preceding or succeeding breach. No waiver by Company of any right under this Agreement shall be construed as a waiver of any other right.

13.     Tolling and Suspension.  In the event of a breach by Employee of any restrictive covenant contained in this Agreement, the running of the period of restriction shall automatically be tolled and suspended for the amount of time that the breach continues and shall automatically commence when the breach is remedied so that Company shall receive the benefit of Employee's compliance with the terms and conditions of this Agreement.

14.     General Provisions.

(a)     Entire Agreement, Governing Law, Survival.  This Agreement constitutes the entire agreement between Company and Employee regarding the secrecy, use, and disclosure of Company's Trade Secrets and Confidential Information, and this Agreement supersedes any and all prior agreements regarding these matters. The provisions of this Agreement shall be governed by and construed in accordance with the laws of the State of California without giving effect to the principles of conflict of laws, except for Provision 5, which shall be governed by and construed in accordance with the laws of the state which Employee last worked for the Company. Any litigation regarding the interpretation, breach, or enforcement of this Agreement will be filed in and heard only by the state or federal courts with jurisdiction to hear such disputes in San Diego County, California. This Agreement consists of a series of separate restrictive covenants, all of which shall survive and be enforceable in law and equity after Employee's termination or cessation of employment.

(b)     Attorneys' Fees.  If any judicial or other proceeding is brought by either Party regarding the interpretation or enforcement of this Agreement, the prevailing party will recover from the other all attorneys' fees, costs, and expenses incurred by the prevailing party with regard to that proceeding, and the right to such attorneys' fees, costs, and expenses shall be deemed to have accrued upon the commencement of said proceeding and shall be enforceable whether or not said proceeding is prosecuted to judgment.

(c)     Severability.  Each provision of this Agreement is intended to be severable. If any court of competent jurisdiction determines that one or more of the provisions of this Agreement, or any part thereof, is or are invalid, illegal, or unenforceable, that invalidity, illegality, or unenforceability shall not affect or impair any other provision of this Agreement, and this Agreement shall be given full force and effect while being construed as if such invalid, illegal, or unenforceable provision(s) had not been contained in it. If the scope of any provision in this Agreement is found to be too broad to permit enforcement of that provision to its full extent, Employee consents to judicial modification of that provision and enforcement to the maximum extent permitted by law.

(d)    <u>Counterparts</u>.  This Agreement may be executed in identical counterparts which, when taken together, shall constitute one and the same instrument.  A counterpart transmitted by facsimile or email shall be deemed an original for all purposes.

The undersigned acknowledges that he or she has read and understood this Agreement and that he or she signs this Agreement intending to be bound by its terms as of the date set forth below.

I agree, and it is my intent, to sign this document electronically, and that signing and submitting this document electronically is the legal equivalent of having placed my handwritten signature on the

Signature

X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Document ID: 10710301

**EMPLOYEE HANDBOOK**



**Effective: March 2025**

**Table of Contents**

**INTRODUCTION** ................................................................................................ **8**

Welcome to Intrepid Studios! ............................................................8

Handbook Purpose ..............................................................................8

**EMPLOYMENT** ................................................................................................... **9**

Employee Relations Policy...................................................................9

Integration Clause and the Right to Revise .........................................9

Equal Employment ............................................................................10

Eligibility For Employment.................................................................11

At-Will Notice ....................................................................................12

Anniversary Date and Seniority.........................................................12

Employment Classifications...............................................................12

Personnel Records .............................................................................13

Employee References .........................................................................14

Job Duties ..........................................................................................14

Job Transfers......................................................................................14

Change in Employment Status ..........................................................14

Employment of Relatives...................................................................14

Work Schedules .................................................................................15

Employee Relocation Policy ..............................................................15

Meals and Rest Periods .....................................................................16

**CONDUCT AND BEHAVIOR** ............................................................................ **17**

General Conduct Guidelines...............................................................17

Prohibited Conduct............................................................................17

Enforcement ......................................................................................20

Complaint Procedure.........................................................................21

Corrective Action ..............................................................................21

**COMPENSATION**............................................................................................ **22**

Pay Periods ........................................................................................22

Timekeeping ......................................................................................22

Overtime ............................................................................................22

Payroll Deductions.............................................................................23

Pay Adjustments, Promotions and Demotions ..................................23

Performance Evaluation ....................................................................23

Work Assignments .............................................................................24

Expense Reimbursement....................................................................24

Advances and Loans ..........................................................................25

**BENEFITS** ...................................................................................................... **25**

Holidays .............................................................................................25

Sick Leave...........................................................................................26

Vacation (Paid Time Off)....................................................................26

Health and Welfare Benefits .............................................................27

Employee Workplace Retirement Plan (401K)...................................27

Continuation of Benefits ...................................................................27

Leave of Absence...............................................................................28

**HEALTH, SAFETY, AND SECURITY**................................................................. **34**

Non-Smoking ............................................................................................34
Drug and Alcohol Use ...............................................................................34
Reasonable Accommodations ...................................................................35
Accommodations for Pregnancy, Childbirth, and Related Medical Conditions .........36
Injury and Accident Response and Reporting ...........................................37
Workers' Compensation ............................................................................38
Workplace Violence and Security...............................................................38
Inclement Weather and Outages ..............................................................38
**WORKPLACE GUIDELINES** .......................................................................... **39**
Hours of Work ..........................................................................................39
Off-the-Clock Work....................................................................................39
Lactation Accommodation ........................................................................40
Attendance and Tardiness.........................................................................40
Work From Home Policy ............................................................................40
Personal Appearance and Hygiene ...........................................................42
Confidentiality ..........................................................................................42
Solicitation and Distribution.....................................................................44
Conflict of Interest ...................................................................................45
Outside Activities......................................................................................45
Reporting Irregularities ...........................................................................45
Inspections and Searches .........................................................................46
Hardware and Software Use .....................................................................46
Social Media .............................................................................................47
Personal Cell Phone Use............................................................................48
Personal Property .....................................................................................48
Parking .....................................................................................................48
Video Recording and Surveillance ............................................................48
**EMPLOYMENT SEPARATION** ...................................................................... **49**
Voluntary Termination ..............................................................................49
Termination ..............................................................................................49
Personal Possessions and Return of Company Property ...........................50
**APPENDIX A** ............................................................................................... **51**
State Specific Benefits ..............................................................................51
**ARIZONA EMPLOYEE HANDBOOK ADDENDUM** ........................................ **52**
(Arizona) State Disability Insurance ..........................................................52
**CALIFORNIA EMPLOYEE HANDBOOK ADDENDUM**...................................... **53**
(California) State Disability Insurance .......................................................53
California Family Rights Act.......................................................................54
(California) Pregnancy Leave .....................................................................56
(California) Voting Leave ...........................................................................56
(California) Civil Air Patrol Leave ..............................................................57
(California) Military Family Leave ..............................................................57
(California) Volunteer Emergency Responder Leave .................................57
(California) Witness Leave .........................................................................57
(California) Crime Victim Leave and Accommodations...............................58
(California) Bone Marrow Donation Leave.................................................58
(California) Organ Donation Leave ............................................................58

(California) Rehabilitation Leave ...................................................................59
(California) Literacy Education Assistance ....................................................59
(California) School Leave for Activity Attendance........................................59
(California) School Leave for Disciplinary Matters .......................................59
(California) Leave......................................................................................59
**COLORADO EMPLOYEE HANDBOOK ADDENDUM................................... 62**
(Colorado) Overtime & Minimum Pay Standards (COMPS) Order Notice ..................62
(Colorado) Civil Air Patrol Leave..............................................................62
(Colorado) Domestic Violence Leave .........................................................62
(Colorado) Jury Duty Leave ...................................................................63
(Colorado) Paid Family and Medical Leave Insurance ....................................63
(Colorado) Voting Leave .......................................................................65
(Colorado) Workplace Public Health Rights Notice........................................65
**FLORIDA EMPLOYEE HANDBOOK ADDENDUM ..................................... 66**
(Florida) Civil Air Patrol Leave ...............................................................66
(Florida) Domestic/Sexual Violence Leave ..................................................66
(Florida) Jury Duty Leave .....................................................................67
**HAWAII EMPLOYEE HANDBOOK ADDENDUM ...................................... 69**
(Hawaii) Bone Marrow, Stem Cell, or Organ Donation Leave...................................69
(Hawaii) Family Leave...........................................................................69
(Hawaii) Leave for Victims of Domestic/Sexual Violence..........................................71
(Hawaii) Witness Leave ........................................................................73
**INDIANA EMPLOYEE HANDBOOK ADDENDUM ..................................... 74**
(Indiana) Court Attendance and Witness Leave........................................................74
(Indiana) Employment Protections for Civil Air Patrol Members ...........................74
(Indiana) Jury Duty Leave .....................................................................74
(Indiana) Military Family Leave ...............................................................74
**KANSAS EMPLOYEE HANDBOOK ADDENDUM ...................................... 76**
(Kansas) Emergency Service Workers Protection ........................................76
(Kansas) Jury Duty Leave ......................................................................76
(Kansas) Leave for Victims of Domestic Violence/Sexual Assault................................76
(Kansas) Voting Leave...........................................................................77
**MARYLAND EMPLOYEE HANDBOOK ADDENDUM ................................... 78**
(Maryland) Civil Air Patrol Leave..............................................................78
(Maryland) Court Attendance and Witness Leave ........................................78
(Maryland) Crime Victim Leave ...............................................................79
(Maryland) Family Military Leave..............................................................79
(Maryland) Flexible Leave .....................................................................79
(Maryland) Jury Duty Leave....................................................................80
(Maryland) Public Health Emergency Leave for Essential Workers...........................80
(Maryland) Voting Leave........................................................................81
**MASSACHUSETTS EMPLOYEE HANDBOOK ADDENDUM............................. 82**
(Massachusetts) Pregnant Workers Fairness Act Notice ...........................................82
(Massachusetts) Paid Family and Medical Leave ........................................82
(Massachusetts) Crime Victim and Witness Leave....................................................85
(Massachusetts) Domestic Violence Leave .........................................................85
(Massachusetts) Jury Duty Leave ...............................................................86

(Massachusetts) Parental Leave......................................................................86
(Massachusetts) Small Necessities Leave.......................................................86
(Massachusetts) Voting Leave.......................................................................87
**MICHIGAN( EMPLOYEE HANDBOOK ADDENDUM...................................... 88**
(Michigan) Social Security Number Privacy....................................................88
(Michigan) Crime Victim Leave......................................................................88
(Michigan) Earned Sick Leave .......................................................................89
(Michigan) Employment Protections for Civil Air Patrol Members............................90
**MINNESOTA EMPLOYEE HANDBOOK ADDENDUM ................................... 90**
(Minnesota) Nursing Mothers, Lactating Employees, and Pregnancy Accommodations - Employee Notice ....................................................90
(Minnesota) Wage Disclosure Protection ......................................................91
(Minnesota) Bone Marrow Donation Leave....................................................91
(Minnesota) Civil Air Patrol Leave .................................................................91
(Minnesota) Earned Sick and Safe Leave .......................................................92
(Minnesota) Isolation and Quarantine Leave..................................................93
(Minnesota) Election Judge Leave..................................................................93
(Minnesota) Leave for Victims of Harassment or Domestic Violence ......................94
(Minnesota) Military Ceremony Leave............................................................94
(Minnesota) Military Injury or Casualty Leave ................................................95
(Minnesota) Political Leave ...........................................................................95
(Minnesota) Pregnancy and Parenting Leave .................................................95
(Minnesota) Public Official Leave...................................................................96
(Minnesota) School Conference and Activities Leave.......................................97
(Minnesota) Victim and Witness Leave ..........................................................97
(Minnesota) Voting Leave .............................................................................97
**MISSOURI EMPLOYEE HANDBOOK ADDENDUM...................................... 98**
(Missouri) Civil Air Patrol Leave.....................................................................98
(Missouri) Jury Duty Leave ............................................................................98
(Missouri) Victim and Witness Leave .............................................................98
(Missouri) Voting Leave.................................................................................99
**NEVADA EMPLOYEE HANDBOOK ADDENDUM ..................................... 100**
(Nevada) Court Attendance and Witness Leave .............................................100
(Nevada) Emergency Services Leave .............................................................100
(Nevada) Leave for Victims of Domestic Violence and Sexual Assault ...................100
(Nevada) Leave to Attend Juvenile Court.......................................................101
(Nevada) Legislative Leave ..........................................................................102
(Nevada) School Conference and Emergency Leave........................................102
(Nevada) School Visitation Leave .................................................................102
(Nevada) Voting Leave.................................................................................103
**NEW MEXICO EMPLOYEE HANDBOOK ADDENDUM............................... 104**
(New Mexico) Domestic Abuse Victim Leave.................................................104
(New Mexico) Isolation and Quarantine Leave ..............................................104
(New Mexico) Jury Duty Leave .....................................................................105
(New Mexico) Paid Sick Leave ......................................................................105
(New Mexico) Voting Leave..........................................................................107
**NEW YORK EMPLOYEE HANDBOOK ADDENDUM.................................... 108**

(New York) Reproductive Health Rights Notice ........................................................108
(New York) Accommodations for Victims of Domestic Violence ............................108
(New York) Blood and Bone Marrow Donation Leave ............................................109
(New York) COVID-19 Sick Leave ............................................................................109
(New York) Crime Victim and Witness Leave ........................................................110
(New York) Disability Benefits ................................................................................111
(New York) Jury Duty Leave ....................................................................................111
(New York) Military Spouse Leave ..........................................................................112
(New York) Paid Family Leave .................................................................................112
(New York) Paid Prenatal Personal Leave ..............................................................114
(New York) Paid Sick Leave .....................................................................................115
(New York) Voting Leave .........................................................................................116
**NORTH CAROLINA EMPLOYEE HANDBOOK ADDENDUM ...................................... 118**
(North Carolina) Civil Air Patrol Leave ...................................................................118
(North Carolina) Election Precinct Official Leave ...................................................118
(North Carolina) School Visitation Leave................................................................118
**OHIO EMPLOYEE HANDBOOK ADDENDUM ........................................................ 120**
(Ohio) Crime Victim and Witness Leave.................................................................120
(Ohio) Election Official Leave .................................................................................120
(Ohio) Emergency Services Leave............................................................................120
(Ohio) Jury Duty Leave ...........................................................................................121
(Ohio) Military Family Leave....................................................................................121
(Ohio) Voting Leave .................................................................................................122
**OREGON EMPLOYEE HANDBOOK ADDENDUM......................................................123**
(Oregon) Bone Marrow Donation Leave .................................................................123
(Oregon) Jury Duty Leave ........................................................................................123
(Oregon) Juvenile Court Attendance Leave ............................................................123
(Oregon) Legislative Leave ......................................................................................123
(Oregon) Paid Family and Medical Leave Insurance ..............................................124
(Oregon) State Board or Commission Leave ...........................................................126
**PENNSYLVANIA EMPLOYEE HANDBOOK ADDENDUM ..........................................127**
(Pennsylvania) Crime Victim and Witness Leave ....................................................127
(Pennsylvania) Jury Duty Leave ..............................................................................127
(Pennsylvania) Organ and Tissue Donation Leave .................................................127
**SOUTH CAROLINA EMPLOYEE HANDBOOK ADDENDUM........................................130**
(South Carolina) Crime Victim and Witness Leave..................................................130
(South Carolina) Emergency Service Workers Leave ..............................................130
(South Carolina) Isolation and Quarantine Leave ..................................................130
**TENNESSEE EMPLOYEE HANDBOOK ADDENDUM ................................................ 131**
(Tennessee) Jury Duty Leave ...................................................................................131
**TEXAS EMPLOYEE HANDBOOK ADDENDUM ....................................................... 132**
(Texas) Jury Duty Leave ...........................................................................................132
(Texas) Political Convention Leave ..........................................................................132
(Texas) Voting Leave................................................................................................132
(Texas) Witness Leave .............................................................................................132
**Virginia EMPLOYEE HANDBOOK ADDENDUM......................................................133**
(Virginia) Bone Marrow and Organ Donation Leave...............................................133

(Virginia) Civil Air Patrol Leave ................................................................................133

(Virginia) Court Attendance and Witness Leave ........................................................134

(Virginia) Crime Victim Leave ..................................................................................134

(Virginia) Election Worker Leave ..............................................................................135

**WASHINGTON EMPLOYEE HANDBOOK ADDENDUM ............................................. 136**

(Washington) Accommodations for Victims of Domestic Violence, Sexual Assault, or Stalking ..................................................................................................................136

(Washington) Jury Duty Leave..................................................................................136

(Washington) Leave for Victims of Domestic Violence, Sexual Assault, or Stalking.136

(Washington) Military Family Leave..........................................................................137

(Washington) Paid Family and Medical Leave Insurance...........................................138

(Washington) Pregnancy Disability Leave .................................................................140

(Washington) Seattle Paid Sick and Safe Leave........................................................140

**EMPLOYEE HANDBOOK ACKNOWLEDGEMENT....................................................... 143**

# INTRODUCTION

**WELCOME TO INTREPID STUDIOS!**

If you are a new employee, welcome to Intrepid Studios! If you are already working at Intrepid Studios, we wish to express our appreciation for your past and continuing service.

Intrepid Studios has prepared this handbook to provide employees with an overview of its policies, benefits, and rules. It is intended to familiarize employees with important information about Intrepid Studios, as well as information regarding their own privileges and responsibilities.

We want you to succeed in your work, and therefore urge you to always remember that one of the most important personal qualities you can display is a sincere and passionate interest in your work and your team. We want you to be proud of your place of work, and to feel encouraged in helping promote a positive atmosphere for you and your colleagues. Everyone at intrepid is expected to make a real effort to do an honest day's work of high quality. These are the personal characteristics that will assure our customers of the quality products they have a right to expect from us. Everyone at Intrepid takes pride in the work they do, and we want our players to be proud of the product we give them.

The policies and statements as set forth in this manual, have a sound background in common sense, based on our experiences concerning the overall best interest of our employees and customers. Whatever your duties, you are an important member of our organization. We wish you the best of success.

Sincerely,

John Moore and Steven Sharif
Founders

**HANDBOOK PURPOSE**

If you are a new employee, welcome to Intrepid Studios! If you are already working at Intrepid Studios, we wish to express our appreciation for your past and continuing service.

Intrepid Studios has prepared this handbook to provide employees with an overview of its policies, benefits, and rules. It is intended to familiarize employees with important information about Intrepid Studios, as well as information regarding their own privileges and responsibilities. It is not an employment contract or legal document.

This handbook cannot anticipate every situation or answer every question about employment. Therefore, in order to retain necessary flexibility in the administration of policies and procedures, Intrepid Studios reserves the right to change or revise policies, procedures, and benefits described in this handbook, other than the employment-at-

will provision, without notice, whenever Intrepid Studios determines that such action is warranted. Employees will, of course, be advised of changes that occur.

The policies and statements as set forth in this manual, have a sound background in common sense, based on our experiences concerning the overall best interest of our employees and customers. Whatever your duties, you are an important member of our organization. We wish you the best of success.

Sincerely,

John Moore and Steven Sharif
Founders

# EMPLOYMENT

### EMPLOYEE RELATIONS POLICY

The Employee Relations Policy at Intrepid Studios is an Open Door Policy under which you as an employee have the right to deal directly with management in regards to company policies, job assignments, working conditions, or any other concerns that may affect your performance or relationship with Intrepid Studios. You are not required to utilize any other person or organization to represent you in any question, discussion, or complaint regarding your employment at Intrepid Studios. Your Supervisor, your Department Manager, Human Resources, and the Founders and Creative Director are here to answer your questions and work with you in all matters for the best interest of you and Intrepid Studios. All concerns may first be discussed with your immediate supervisor before taking your concerns to any other level of management. You have the right, and management encourages you, to bring business and personal concerns to their attention. It is the desire of management to aid and assist you, whenever possible, in the resolution of your concerns.

We want you to succeed in your work, and therefore urge you to always remember that one of the most important personal qualities you can display is a sincere and passionate interest in your work and your team. We want you to be proud of your place of work, and to feel encouraged in helping promote a positive atmosphere for you and your colleagues. Everyone at intrepid is expected to make a real effort to do an honest day's work of high quality. These are the personal characteristics that will assure our customers of the quality products they have a right to expect from us. Everyone at Intrepid takes pride in the work they do, and we want our players to be proud of the product we give them.

### INTEGRATION CLAUSE AND THE RIGHT TO REVISE

This employee handbook contains the employment policies and practices of Intrepid Studios in effect at the time of publication. All previously issued handbooks and any inconsistent policy statements or memoranda are superseded.

Intrepid Studios reserves the right to revise, modify, delete, or add to any and all policies, procedures, work rules or benefits stated in this handbook or in any other document, except for the policy of at-will employment. However, any such changes must be in writing and must be signed by Steven Sharif or John Moore. Any written changes to this handbook will be distributed to all employees and posted on the company Slack so employees will be aware of the new policies or procedures. No oral statements or representations can in any way change or alter the provisions of this handbook.

Nothing in this employee handbook, or any other personnel document, including benefit plan descriptions, creates or is intended to create a promise or representation of continued employment for any employee.

### EQUAL EMPLOYMENT

It is the policy of the Company to provide equal employment opportunities to all qualified individuals and to administer all aspects and conditions of employment without regard to the following:

- Race and associated traits, including hairstyle(s), hair texture, hair length, and hair and cultural or religious headdresses
- Color
- Age
- Sex
- Sexual orientation
- Gender
- Gender identity and gender expression
- Religion, including dress and grooming practices
- National origin, including language use restrictions
- Pregnancy, childbirth, or breastfeeding
- Marital status
- Genetic information, including family medical history
- Physical or mental disability
- Relationship with someone with a disability
- Use of a service, guide, or support animal
- Military or veteran status
- Member of state militia status
- Citizenship and/or immigration status
- Child or spousal support withholding(s)
- Domestic violence, assault, or stalking victim status
- Medical conditions, including cancer, Hepatitis C, and AIDS/HIV
- Sickle cell trait
- Denial of family or medical care leave
- Political activities or affiliations
- Filing a complaint or advocating rights
- Lawful conduct occurring during nonworking hours not on Company premises
- Credit report or credit information
- Non-conviction arrests, criminal (over 10 years old), or expunged records
- Wage garnishment for consumer debt

- GED certificate
- Status as a smoker or non-smoker
- Any other protected class, in accordance with applicable federal, state, and local laws

Equal employment opportunity includes, but is not limited to, employment, training, promotion, demotion, transfer, leaves of absence and termination.

To comply with applicable federal and state laws protecting qualified individuals with known qualifying disabilities, Intrepid Studios will attempt to reasonably accommodate those individuals unless doing so would create an undue hardship on the company.

Any qualified applicant or employee who requires an accommodation in order to perform the essential functions of the job should contact Human Resources or the Founders and request such an accommodation.

You should report every instance of unlawful discrimination to management or to Human Resources, regardless of whether you or someone else is the subject of the discrimination. Detailed reports—including names, descriptions, and actual events or statements made—will greatly enhance Intrepid Studios' ability to investigate. Any documents supporting the allegations should also be submitted. Based on your report, Intrepid Studios will conduct an investigation. Intrepid Studios prohibits any and all retaliation for submitting a report of unlawful discrimination and for cooperating in any investigation. Any manager, supervisor, or employee who retaliates against the accuser or those involved in the investigation will be disciplined, up to and including discharge from employment.

If the investigation determines that prohibited discrimination or other conduct in violation of company policy has occurred, Intrepid Studios will take disciplinary action, up to and including termination of employment, against those who engaged in the misconduct. Intrepid Studios will also evaluate whether other employment practices should be modified in order to deter and prevent that conduct in the future.

Intrepid Studios will not retaliate against you for filing a complaint and will not knowingly permit retaliation by management employees or co-workers.


## ELIGIBILITY FOR EMPLOYMENT

Immigration Law Compliance

The IMMIGRATION ACT requires all employers to verify the identity and eligibility for employment of every person hired. It is Intrepid Studio's intention to employ only those authorized to work in the United States. All new hires and re-hired employees hired after November 6, 1986, must provide proof of work eligibility in accordance with U.S. Department of Immigration and Naturalization Regulations.

As a new hire or re-hired employee, you are required to provide proof of work eligibility within three (3) days of employment or Intrepid Studios will have to suspend your

11

employment without pay per the guidelines set forth by the U.S. Immigration Act. A list of acceptable documents is available in Human Resources or from the founders.

Minimum Age Requirement
Intrepid Studios requires that all employees be at least 18 years of age.

Background Checks
The Company may conduct a background check on any applicant or employee with their signed consent. The background check may consist of prior employment verification, reference checks, education confirmation, criminal background, or other information, as permitted by law. Third-party services may be hired to perform these checks. All offers of employment and continued employment are contingent upon a satisfactory background check. Refusal to consent to a background check may result in discipline, up to or including termination.  Employees have the right to receive a copy of any background check report.

## AT-WILL NOTICE
The employment relationship between the Company and employees is at-will. This means that employees are not hired for any specified period of time and their employment may be terminated at any time, with or without cause, and with or without notice, by either the Company or the employee. Company policy requires that all employees are at-will; any implied, oral, or written agreements or promises to the contrary are void and unenforceable, unless approved by an officer with the power to create an employment contract. There is no implied employment contract created by this Handbook or any other Company document or written or verbal statement or policy.

## ANNIVERSARY DATE AND SENIORITY
The employee's date of hire is their official employment anniversary date. Seniority is the length of continuous service starting on that date. Should an employee leave the Company and then be rehired, previously accrued seniority will be lost, and seniority will begin to accrue again on the date of rehire. With the exception of certain protected leaves and paid time off, seniority does not accrue during leaves of absence that exceed 30 calendar days.

## EMPLOYMENT CLASSIFICATIONS
The Company has established the following employee classifications for compensation and benefit purposes only. HR will inform the employee of their classification, status, and responsibilities at the time of hire, re-hire, promotion or at any time a change in status occurs. These classifications do not alter the employment at-will status.

New Hires
Intrepid Studios attempts to hire the most-qualified employees for each position. To ensure this, Intrepid Studios provides for an introductory period of employment for the employee to assess Intrepid Studios and the job content, and for Intrepid Studios to evaluate the new employee and his or her job performance. All new employees must complete, to Intrepid Studios' satisfaction, a 90-day introductory period beginning with

the date of initial employment. During the introductory period, an employee may be discharged by Intrepid Studios for any reason without advance notice. Similarly, the employee may resign from employment for any reason without advance notice during this period.

Upon completion of the orientation period, Intrepid Studios will review your performance. If Intrepid Studios finds your performance satisfactory and decides to continue your employment, it will advise you of improvements, if any, that are expected from you. You may express suggestions to improve Intrepid Studios' efficiency and operations.

Completion of the orientation period does not entitle you to remain employed by Intrepid Studios for any definite period of time and does not change the at-will status of regular employment.

Please talk to Human Resources or the Founders to verify the date of your eligibility for our benefits.

Regular Full-Time Employee
An employee who is scheduled to work 40 hours or more in a workweek on a fixed work schedule. The employee may be exempt or non-exempt and is generally eligible for all employment benefits offered by the Company.

Regular Part-Time Employee
An employee who is scheduled to work less than 30 hours in a workweek and may be eligible for some benefits.

Temporary Employee
An employee who is scheduled to work on a specific need of the Company. The employee will not receive any benefits unless specifically authorized in writing.

Exempt
Employees whose positions meet specific tests established by the Fair Labor Standards Act (FLSA) and applicable state law and who are exempt from overtime pay requirements. The basic premise of exempt status is that the exempt employee is to work the hours required to meet their work responsibilities.

Non-Exempt
Employees whose positions do not meet FLSA and state exemption tests and who are paid a multiple of their regular rate of pay for overtime hours worked. Unless notified otherwise in writing by management, all employees of the Company are exempt.

**PERSONNEL RECORDS**
The Company maintains various employment files while an individual remains an employee of the Company. Such files may include employee personnel files, attendance files, I-9 files, and files for medical purposes. Employees are required to notify HR should any of their personal information change (e.g., address, phone number, last name) so

the appropriate updates can be made to the files. The Company will take reasonable precautions to protect employee files and employees' personally identifiable information in its records.

Employee files are restricted based on who reasonably needs access to all or parts of the files. Employees may review their own personnel file by making a written request to Human Resources and the Company will make the contents of those records available within a reasonable time frame. The written request will become a part of the employee's personnel file. Review of physical files must take place in the presence Human Resources.

### EMPLOYEE REFERENCES

All employee reference check requests should be forwarded to Human Resources; only authorized members of management or Human Resources may provide this information. When the Company is contacted for a reference check or employment verification, generally only positions held and dates of employment will be confirmed. In some circumstances, past salary, and eligibility for rehire may be provided with written authorization from the employee.

### JOB DUTIES

During the orientation period, your supervisor will explain your job responsibilities and the performance standards expected of you. Be aware that your job responsibilities may change at any time during your employment. From time to time, you may be asked to work on special projects or to assist with other work necessary or important to the operation of your department or Intrepid Studios. Your cooperation and assistance in performing such additional work is expected and is part of your job's essential functions. Intrepid Studios reserves the right, at any time, with or without notice, to alter or change job responsibilities, reassign or transfer job positions, or assign additional job responsibilities.

### JOB TRANSFERS

The Company aspires to promote qualified internal candidates to fill open positions whenever possible and practical. When job openings occur, current employees are encouraged to apply.

Management reserves the right to place an employee in whatever job it deems useful or necessary. All job transfers, reassignments, promotions, or lateral transfers are at the discretion of the Company.

### CHANGE IN EMPLOYMENT STATUS

Intrepid Studios may change the employment classification of any employee at any time based on the nature of the employment assignment.

### EMPLOYMENT OF RELATIVES

The Company does not have a general prohibition against hiring relatives. However, an employee will generally not be hired, transferred, or promoted into a position where

they will be managed, directly or indirectly, by a family member or romantic partner. Other factors may also be considered when hiring a relative or romantic partner of a current employee, placing them in a particular position, or creating reporting relationships. The Company may transfer an employee or otherwise change their employment status at any time for any reason, including to avoid the appearance of favoritism or other conflict of interest.

## WORK SCHEDULES

To maintain efficient operations of the facility and be in compliance with wage and hours laws, it is essential that all employees, including management and supervisors, be knowledgeable of and comply with the work schedules, including lunch periods and rest breaks, established by their supervisors.

A normal, full-time work schedule consists of a 40-hr work week. Intrepid Studios reserves the right to change work schedules and assign employees to special work schedules as they deem necessary. Every effort will be made to provide reasonable notice in advance, if possible.

### Standard Working Hours

The standard working hours for all employees are from 9:00 AM to 6:00 PM Pacific Time, Monday through Friday, regardless of their individual time zone. This schedule includes a one-hour unpaid lunch break.

### Flexibility and Adjustments

Employees who need to adjust their working hours may submit a request to their manager for approval. However, even if an adjustment is granted, employees must remain available to respond to Slack messages and attend any scheduled meetings during the standard working hours of 9:00 AM to 6:00 PM Pacific Time.

### Availability Expectations

All employees are expected to be responsive (with a delay in response no greater than 15 minutes) during the designated working hours, even if they have completed their required eight hours outside of this timeframe. This ensures smooth collaboration across teams and timely communication.

### Compliance and Accountability

Failure to adhere to this policy may result in discussions with management to ensure alignment with business needs. Employees should communicate any challenges related to availability as soon as possible with their manager.

By adhering to this policy, we ensure a consistent and productive work environment that supports collaboration and operational efficiency.

## EMPLOYEE RELOCATION POLICY

### Purpose

This policy outlines the notification requirements for employees who are relocating and may have a change in their work location, with the purpose to ensure smooth transitions and compliance with company and legal requirements.

15

Notification Requirements

Employees must notify their manager and Human Resources (HR) at least 30 days in advance of a relocation, whenever possible. If 30 days' notice cannot be given, employees should notify HR and their manager as soon as possible. Upon notification, HR will provide a form for the employee to complete with details of their move.

When Notification is Required

Employees must notify HR and their manager in advance if:

- Their relocation will cause them to move from onsite work to remote work, or vice versa,
- They are a remote employee relocating to a new city, county, or state within the United States,
- They are considering relocating outside the United States with the intent to remain employed at Intrepid Studios. In such cases, employees must consult with management and HR as soon as possible, as the company may not be able to accommodate continued full-time employment for non-U.S. workers.

Employees are not required to notify HR and their manager if their work location remains unchanged. In these cases, employees should update their home address in Gusto and no further action is needed.

Compliance and Enforcement

Failure to provide timely notification may result in delays or complications with payroll, tax compliance, and work authorization. Employees are encouraged to communicate relocation plans as early as possible to avoid disruptions.

## MEALS AND REST PERIODS

Intrepid Studios authorizes and permits non-exempt employees working at least three and one-half hours in a day to take a 10-minute, off-duty paid rest period for each four hours worked or major fraction thereof. The 10 minutes do not include the reasonable time it takes to walk to and from a break area. Employees who work more than six hours in a day may take a second rest period. Employees who work more than 10 hours in a day may take a third rest period. Employees should take their rest periods in the middle of each work period to the extent it is practicable to do so, and not combine them with meal periods or skip them to leave work early.

Intrepid Studios also provides employees who work more than five hours in a day with an unpaid 60-minute, uninterrupted meal period that must start no later than the end of the fifth hour of work. Intrepid Studios provides employees who work more than 10 hours in a day with a second unpaid 30-minute, uninterrupted meal period starting no later than the end of the 10th hour of work. Employees who work no more than six hours in a day may waive the first meal period. Employees who work no more than 12 hours in a day may waive the second meal period if they took their first meal period. Employees are entitled, encouraged, and expected to take all meal periods provided under this policy and not waived. During meal periods, Intrepid Studios will relieve employees of all duty and will not exercise control over employees' activities. Employees are free to spend their meal period time as they choose (consistent with any other

16

Intrepid Studios policies that may apply during off-duty time) and are free to leave the worksite. No supervisor or manager may impede or discourage employees from taking meal periods provided under this policy.

# CONDUCT AND BEHAVIOR

### GENERAL CONDUCT GUIDELINES

Employees are expected to always exercise common sense and courtesy, for the benefit of clients, co-workers, and the Company as a whole. Professionalism is expected, as is respect for the safety and security of people and property. Failure to meet these expectations may be grounds for discipline, up to and including termination.

### PROHIBITED CONDUCT

The following conduct is prohibited and will not be tolerated by Intrepid Studios. This list of prohibited conduct is not all-inclusive; other types of conduct injurious to security, personal safety, employee welfare, and Intrepid Studios' operations also may be prohibited and may be the cause for disciplinary action up to and including termination.

- Falsification of employment records, employment information, or other company records.
- Recording the work time of another employee, allowing any other employee to record your work time, or allowing falsification of any timecard, whether your own or another employee's.
- Theft, misappropriation, or unauthorized possession or use of any property that does not belong to the employee.
- Removing or borrowing company property without prior authorization.
- Unauthorized use of company equipment, time, materials, or facilities.
- Provoking a fight or fighting during working hours or on Intrepid Studios' property.
- Carrying firearms or any other dangerous weapons on company premises at any time without written permission by management.
- Causing, creating, or participating in a disruption of any kind during working hours on company property.
- Insubordination, including but not limited to failure or refusal to obey the orders or instructions of a supervisor or member of management, or the use of abusive or threatening language toward a supervisor or member of management.
- Using abusive language at any time on company premises or toward customers or fellow employees.
- Failure to notify a supervisor when unable to report to work.
- Excessive absences, tardiness, or leaving early.
- Failure to observe working schedules, including rest and meal periods.
- Failure to provide a physician's certificate when requested to do so.
- Working overtime without authorization.
- Violation of any safety, health, security, or company policies, rules, or procedures.
- Incompetence, inferior workmanship, or unsatisfactory job performance.
- Abuse of or willfully causing damage to company property or the property of another employee or customer.
- Introduction, possession, use, or sale of illegal drugs on company or customer

property.

- Dishonesty in dealing with the company, customers, or fellow employees.
- Removal of blueprints, records, or confidential information of any nature from company property without the express written permission of management.
- Sharing trade secrets or other confidential business information with anyone who does not have an official need to know.
- Smoking or vaping anywhere inside the facility.
- Defamation of any kind such as (but not limited to): posting pictures, talking about other staff members, and talking about managers, customers, clients, or Founders. (This includes posts on any social media outlets or company communication platforms.)
- Failure to follow the policies outlined in this handbook.
- Taking or giving bribes of any nature.
- Any rude, discourteous, or unbusinesslike behavior, on or off Company premises, which is not protected by Section 7 of the National Labor Relations Act and that adversely affects the Company services, operations, property, reputation, or goodwill in the community, or interferes with work.
- Illegal gambling on Company premises.

This statement of prohibited conduct does not alter Intrepid Studios' policy of at-will employment. Either you or Intrepid Studios remains free to terminate the employment relationship at any time, with or without reason or advance notice. The stated list of prohibited conduct is in no way comprehensive and Intrepid Studios reserves the right to determine what it considers inappropriate behavior on a case-by-case basis. Furthermore, the workplace is expected to be a place of cooperation and harmony with your fellow team members. Courtesy and kindness are key components in fostering a more enjoyable work environment.

<u>Unlawful Harassment</u>

Intrepid Studios is committed to providing a workplace free of unlawful harassment and discrimination. This includes sexual harassment (which includes harassment based on pregnancy, perceived pregnancy, childbirth, breastfeeding, or related medical conditions) and harassment based on gender, gender identity (including transgender identity), gender expression, and sex stereotyping, as well as harassment based on such factors as race, color, religion, religious creed (including religious dress and religious grooming), national origin, ancestry, citizenship, age, physical or mental disability, legally-protected medical condition or information (including genetic information), family care or medical leave status, military caregiver status, military status, veteran status, marital status, domestic partner status, sexual orientation, status as a victim of domestic violence, sexual assault or stalking, enrollment in a public assistance program, or any other basis protected by federal, state, or local laws. Intrepid Studios strongly disapproves of and will not tolerate harassment of or discrimination against applicants, employees, unpaid interns, or volunteers by managers, supervisors, co-workers or third parties with whom employees come into contact. Similarly, Intrepid Studios will not tolerate harassment by its employees of non-employees with whom Intrepid Studios employees have a business, service, or professional relationship.

Prohibited unlawful harassment because of sex, race, ancestry, religion, physical or mental disability, medical condition, marital status, age, or any other protected basis includes, but is not limited to, the following behavior:

- Verbal conduct such as epithets, derogatory jokes or comments, slurs or unwanted sexual advances, invitations or comments;
- Visual conduct such as derogatory and/or sexually-oriented posters, photography, cartoons, drawings, or gestures;
- Physical conduct such as assault, unwanted touching, blocking normal movement, or interfering with work because of sex, race, or any other protected basis;
- Threats and demands to submit to sexual requests as a condition of continued employment, or to avoid some other loss, and offers of employment benefits in return for sexual favor;
- Retaliation for having reported or having threatened to report harassment.

Sexual Harassment

Intrepid Studios will not tolerate sexual harassment of employees by anyone, including management, other employees, or outside vendors.  Management will take swift and firm disciplinary action, up to and including discharge, against any person that violates this policy on Sexual Harassment.

Management provides and supports a Dispute Resolution Procedure for receiving and resolving complaints alleging discriminatory practices in employment relations, including harassment.  All complaints of harassment must be investigated promptly and in an impartial manner.  If an employee is not satisfied with the handling of a complaint or the action taken by the manager, the employee should bring the complaint to the next higher level of authority.  In all cases, the employee will be advised of the findings and conclusions.

In this organization sexual harassment is defined as:

- Unwelcome or unwanted sexual advances, e.g., patting, pinching, brushing up against, hugging, cornering, kissing, fondling, or any other physical contact considered unacceptable by another individual.
- Requests or demands for sexual favors. This includes subtle or blatant expectations, pressure, or requests for any type of sexual favor, accompanied by an implied or negative consequence unacceptable by another individual.
- Verbal abuse or kidding that is sexually-oriented and considered unacceptable by another individual.
- Displaying an intimidating, hostile, or offensive attitude because of unwanted sexually oriented demands, requests, physical contacts, or attention.
- Interfering with a co-worker's performance by exchanging unwanted sexual attention or sexually oriented conduct that reduces personal productivity or working time.

19

- The use of information systems (including e-mail, Intranet, or the Internet) for the display or transmission of sexually explicit images, messages, off-color jokes, or anything that may be construed as harassment or showing disrespect for others.

Abusive Conduct

Abusive conduct means malicious conduct in the workplace that a reasonable person would find hostile or offensive and unrelated to an employer's legitimate business interests. Abusive conduct may include repeated infliction of verbal abuse, such as the use of derogatory remarks, insults, and epithets, verbal or physical conduct that a reasonable person would find threatening, intimidating, or humiliating, or the sabotage or undermining of a person's work performance. A single act will generally not constitute abusive conduct, unless especially severe.

The Company considers abusive conduct in the workplace unacceptable and will not tolerate it under any circumstances. Employees should report abusive conduct to a manager or Human Resources. Managers are responsible for ensuring that employees are not subjected to abusive conduct. All reports will be treated seriously and investigated when appropriate. Employees who are found to have engaged in abusive conduct will be subject to discipline, up to and potentially including termination. Retaliation against an employee who reports abusive conduct or verifies that it took place is strictly prohibited.

Retaliation

Any form of retaliation against someone who has expressed concern about any form of harassment, refused to partake in harassing behavior, made a harassment complaint, or cooperated in a harassment investigation, is strictly prohibited. A complaint made in good faith will under no circumstances be grounds for disciplinary action. Individuals who make complaints that they know to be false may be subject to disciplinary action, up to and including termination.

### ENFORCEMENT

All managers and supervisors are responsible for:

- Implementing the Company's harassment policy;
- Ensuring that all employees they supervise have knowledge of and understand the Company policy;
- Reporting any complaints of misconduct to HR or the executive team, so they may be investigated and resolved internally;
- Taking and/or assisting in prompt and appropriate corrective action when necessary to ensure compliance with the policy; and
- Conducting themselves in a manner consistent with the policy.

Addressing Issues Informally

Employees who witness offensive behavior in the workplace - whether directed at them or another employee - are encouraged, though not required, to immediately address it with the employee whose behavior they found offensive. Managers, supervisors, or

leads are required to report any offensive behavior witnessed. An employee who is informed that their behavior is or was offensive should stop immediately and refrain from that behavior in the future, regardless of whether they agree that the behavior could have been offensive.

<u>Harassment Complaint Procedure</u>
Employees are encouraged to use the Complaint Procedure to report behavior that they feel is harassing, whether or not that behavior is directed at them. The Complaint Procedure provides for immediate, thorough, and objective investigation of claims of harassment. Appropriate disciplinary action will be taken against those who are determined to have engaged in harassing behavior.

## COMPLAINT PROCEDURE
The Company has established a procedure for a fair review of complaints related to any workplace controversy, conflict, or harassment. Employees may take their complaint directly to the person or department listed in Step 2 if the complaint is related to their supervisor or manager or if the employee feels the supervisor or manager would not provide an impartial resolution to the problem.

<u>Step 1</u>
The complaint should be submitted orally or in writing to a supervisor or manager within three working days of the incident or as soon as possible. Sooner is better, as it will assist in a more accurate investigation, but complaints will be taken seriously regardless of when they are reported. Generally, a meeting will be held within three business days of the employee's request, depending upon scheduling availability. Attempts will be made to resolve the issue during the meeting, but regardless of whether there is an immediate resolution, the supervisor or manager will give the employee a written summary of the meeting within three business days. Resolution may take longer if further investigation of the complaint is required. If the employee is not satisfied with the resolution, they may proceed to Step 2.

<u>Step 2</u>
The employee may submit an oral or written request for review of the complaint and Step 1 resolution to the HR or a designated investigator. This request should be made within three working days following the receipt of the Step 1 resolution. HR or the designated investigator will review the complaint and resolution and may call an additional meeting to explore the problem. If warranted, additional fact-finding will be undertaken. A final decision will be rendered within 10 working days after receiving the Step 2 request, and a written summary of the resolution will be provided to the employee who filed the complaint.

## CORRECTIVE ACTION
A high level of job performance and professionalism is expected from each employee. In the event that an employee's job performance does not meet the standards established for the position, they violate company policies or procedures, or their behavior is otherwise unacceptable, corrective action may ensue. Corrective action may include, but is not limited to: coaching, oral or written warnings, performance

improvement plans, paid or unpaid suspension, demotion, and termination. The type and order of actions taken will be at management's sole discretion and the Company is not required to take any disciplinary action before making an adverse employment decision, including termination.

# COMPENSATION

### PAY PERIODS

The standard seven-day payroll workweek for Intrepid Studios will begin at 12:00 a.m. Saturday. The designated pay period for all employees is semi-monthly. Paydays are on the 3rd and 17th of each month. Except as otherwise provided, if any date of paycheck distribution falls on a weekend or holiday, employees will be paid on the preceding scheduled workday.

### TIMEKEEPING

All non-exempt employees are required to use the Gusto timekeeping system to record their hours worked. For the purpose of this policy, all forms of timekeeping will be referred to as clocking in or out.

Non-exempt employees should clock in no sooner than five minutes before their scheduled shift and clock out no later than five minutes after their scheduled shift. Additionally, employees are required to clock in and out for their designated lunch periods. The length of the lunch period will be designated by the employee's manager; alteration or waiver of the lunch period requires manager approval. Lunch periods are unpaid time when employees are relieved of all duties. Waiver of the lunch period requires prior approval of the employee's manager. Under no circumstance may the waiver of the lunch period result in overtime work.

Accurate timekeeping is a federal and state wage and hour requirement, and employees are required to comply. Failing to enter time into the timekeeping system in an accurate and timely manner is unacceptable job performance.

Non-exempt employees are not permitted to work unscheduled time without prior authorization from their manager. This includes clocking in early, clocking out late, or working through scheduled break or lunch periods.

### OVERTIME

The Company complies with all applicable federal and state laws with regard to payment of overtime work.

Employees are required to work overtime when assigned. Any overtime worked must be authorized by a supervisor or manager, in advance. Working unauthorized overtime or the refusal or unavailability to work overtime is not acceptable work performance, and is subject to discipline, including but not limited to termination.

**PAYROLL DEDUCTIONS**

The Company complies with the salary basis requirements of the Fair Labor Standards Act (FLSA) and does not make improper deductions from the salaries of exempt employees. There are, however, certain circumstances where deductions from the salaries of exempt employees are permissible. Such circumstances include:

- When an exempt employee is absent from work for one or more full days for personal reasons other than sickness or disability
- When an exempt employee is absent for one or more full days due to sickness or disability if the deduction is made in accordance with a bona fide sick leave plan that provides compensation for salary lost due to illness
- To offset amounts received as witness or jury fees, or for military pay
- When an employee is on unpaid leave under the Family Medical Leave Act
- During an employee's first and last week of employment, if they work less than a full week

If an employee believes that an improper deduction has been made, they should immediately report this to their manager or to HR. Reports will be promptly investigated and if it is determined that an improper deduction has occurred, the employee will be promptly reimbursed.

**PAY ADJUSTMENTS, PROMOTIONS AND DEMOTIONS**

All pay increases are based upon merit, market factors, and the profitability of the Company. There may not be an automatic annual cost of living or salary adjustment. Employee pay also may be adjusted downward. Salary decreases may take place when there is job restructuring, job duty changes, job transfers, or adverse business economic conditions. Demotion is a reduction in responsibility, usually accompanied by a reduction in salary. If demotion occurs, employees will maintain their tenure with the Company.

**PERFORMANCE EVALUATION**

Employees will generally receive an appraisal of their job performance annually. This evaluation may be either written or oral. Such evaluation may not occur at exactly the same time each year, but thereabout, at the discretion of the executive team.

If the employee receives an evaluation sheet or other written document, they will be required to sign it. An employee's signature does not necessarily indicate that the employee agrees with all the comments, but that they have been given the opportunity to examine the evaluation and discuss it with their manager. The completed and signed evaluation form will be placed in the employee's personnel file and the employee will receive a copy of the performance evaluation.

In addition to performance evaluations, informal counseling sessions may be conducted from time to time.

## WORK ASSIGNMENTS

On occasion employees may be required to perform duties that are not part of their job description or usual tasks. This may happen because a co-worker is absent, a position is temporarily vacant, the business or department is particularly busy, or for other reasons. Employees are expected to perform these additional duties in a timely fashion and to the best of their ability. Should questions about process or procedure arise, employees should speak with their manager. Unless informed otherwise, employees will be paid at their regular rate of pay.

## EXPENSE REIMBURSEMENT

The Company will cover all reasonable, business-related expenses, upon approval. Any cost must be approved by the appropriate manager and Human Resources *before* the expense is incurred. Employees may not be reimbursed for expenses that were not approved in advance and are deemed unnecessary or extravagant.

The following types of expenses may be reimbursable under this policy:

- Lodging
- Travel expenses including airfare, reasonable airline luggage fees, train fare, bus, taxi, and related tips
- Meals, including tips up to 20%
- Laundry and dry-cleaning expenses during trips in excess of five days
- Car rental, parking fees, and tolls
- Mileage on a personal vehicle at the current IRS reimbursement rate
- Conference and convention fees
- Business entertainment expenses, up to pre-approved limits
- Relocation expenses

The following expenses are examples of expenses not reimbursable under this policy:

- Airline club dues
- Traffic fines
- Tips in excess of 20%
- In-flight movies, mini-bar expenses, and other forms of personal entertainment
- First-class airfare

No policy can anticipate every situation that might give rise to legitimate business expenses. Reasonable and necessary expenses not listed above may be reimbursable. When prior approval is required, managers should use their best judgment to determine if an unlisted expense is reimbursable under this policy.

Credit Cards
Company-issued credit cards are to be used for purchases on behalf of the Company and for any travel expenses incurred while traveling on company business only. At no time may an employee use a Company credit card for purchases intended for personal use; such expenses will require that the Company be reimbursed and may lead to revocation

24

of credit card privileges and other discipline. Credit card expenses require the same reimbursement documentation as other expenses.

Documentation

Requests for reimbursement of business expenses must be submitted in the Expense Report area of Intrepid Studios' HRIS, Gusto. In order to comply with IRS regulations, all business expenses should be supported with adequate records; employees are responsible for keeping these records as expenses are incurred. These records must include:

• The amount of the expenditure
• The time and place of the expenditure
• The business purpose of the expenditure
• The names and the business relationships of individuals for whom the expenditures were made

Requests for reimbursement lacking this information will not be processed and will be returned to the employee. Original receipts are preferred for all expenses. Requests for exceptions to this policy should explain why the exception is necessary and be approved by management.

Approvals

Expense reimbursement forms, together with required documentation, must be submitted to the employee's manager and Human Resources for review and approval. Once the expense reimbursement has been approved, it should be submitted for processing no more than 30 days after the expenses occurred. Managers approving expense reports are responsible for ensuring that the expense report have been filled out correctly with the required documentation and that the expenses submitted are allowable under this policy.

### ADVANCES AND LOANS

The Company does not give advances or loans to employees.

# BENEFITS

### HOLIDAYS

Regular full-time employees are entitled to the following paid holidays observed by the Company:

• New Year's Day
• President's Day
• Memorial Day
• Independence Day
• Labor Day
• Thanksgiving
• Friday after Thanksgiving
• Christmas Eve

- Christmas Day

Other days or parts of days may be designated as holidays with or without pay. No holiday pay will be paid to an employee who is on an unpaid status, on any leave, or absent due to workers' compensation.

### SICK LEAVE

Sick leave may be used for illnesses, doctor and dental appointments, or any event in which the employee is not able to provide the required advance notice to qualify for vacation time.

All employees are granted 40 hours per year. Employees must give this notification for each day they are absent. Employees may be required to submit, in writing, the reason or reasons for their continued sick leave, the estimated date of return, and whether any supplemental income payments are being received or whether application for them is pending.

*Employees working remotely in states with paid sick leave laws that exceed our standard policy will receive the greater benefit in accordance with applicable state laws.*

If an employee's absence extends beyond the period of accrued sick leave, the employee may submit a request for a leave of absence. In such cases a written statement from the treating doctor may be required stating the employee's ability to return to their regular duties before they are allowed to return to work.

Unused sick leave will expire at the end of each calendar year. Unused sick leave will be forfeit upon employment separation.

### VACATION (PAID TIME OFF)

Intrepid Studios provides eligible employees with PTO and provides them with the flexibility to meet both their work and personal needs. Intrepid Studios believes that this time is valuable for employees not only to make their work experience with the company more satisfying, but also to enhance their productivity. Therefore, employees are encouraged to take vacations annually.

All regular full-time employees will accrue vacation according to the following schedule:

| Years of Employment | Annual Vacation Earned |
| --- | --- |
| 1 – 2 Years | 80 Hours |
| 3 Years | 96 Hours |
| 4 Years | 112 Hours |
| 5 Years | 128 Hours |
| 6 Years | 144 Hours |
| 7 + Years | 160 Hours |

Vacation begins to accrue immediately on a pay period basis and employees are entitled to use accrued vacation beginning after the first day of employment. Vacation time no longer accrues once that employee's accrual reaches 240 hours. When that point is reached the employee must take vacation to begin accruing again.

Eligible employees may take vacation for any reason, including the following: vacation, personal illness, medical and dental appointments, family care and medical leave, disability leave, and personal commitments. Nonetheless, employees should continue to make every effort to schedule time off for personal appointments (medical appointments, teacher conferences, auto repairs, etc.) before and after working hours.

An employee must provide Intrepid Studios at least seven (7) days' advance notice before vacation time is to begin.

Employees may carryover all unused vacation up to the accrual cap each year. Employees may "borrow" against unaccrued vacation time up to a maximum of 40 hours.

All unused vacation will be paid out upon employment separation. Any negative PTO balances may be deducted from final check upon separation.

### HEALTH AND WELFARE BENEFITS
The Company complies with all applicable federal and state laws with regard to benefits administration. All regular employees scheduled and generally working at least 30 hours a week are entitled to health insurance and other company-sponsored health benefits, when in effect. The Company reserves the right to change or terminate health plans or other benefits at any time.

New qualifying employees will be eligible for coverage on the 1st of the month following their hire date. New employees may elect not to be covered.

### EMPLOYEE WORKPLACE RETIREMENT PLAN (401K)
As an Intrepid employee with a tenure of at least 6 months, you have access to a 401(k) workplace retirement account that's offered as an employee benefit. The account allows you to contribute a portion of your paycheck into an Edward Jones managed 401k account which will vest over a period of 6 years. Intrepid will match 100% of employee contributions up to 3% of the employee's annual salary.

### CONTINUATION OF BENEFITS
Under the federal Consolidated Omnibus Budget Reconciliation Act (COBRA), or a state mini-COBRA law, employees may be allowed to continue their health insurance benefits, at their own expense, for a set number of months after experiencing a qualifying event. Length of coverage may be dependent upon the qualifying event.

To qualify for continuation of health benefits, the covered individual must experience a qualifying event that would otherwise cause them to lose group health coverage. The following are qualifying events:

<u>For Employees</u>
- Voluntary or involuntary termination of employment for reasons other than gross misconduct
- Reduction in numbers of hours worked

<u>For Spouses</u>
- Loss of coverage by the employee because of one of the qualifying events listed above
- Covered employee becomes eligible for Medicare
- Divorce or legal separation of the covered employee
- Death of the covered employee

<u>For Dependent Children</u>
- Loss of coverage because of any of the qualifying events listed for spouses
- Loss of status as a dependent child under the plan rules

See Human Resources for additional information.

## LEAVE OF ABSENCE

### Jury Service Leave

All employees may attend jury duty in accordance with their legal obligations to do so. However, Intrepid Studios does not pay employees to serve on jury duty for an extended period of time. Exempt employees will be paid in accordance with the Fair Labor Standards Act, when applicable. Non-Employees or exempt employees serving on a jury for more than a week will be granted a leave of absence, without pay, or may use paid time off for this purpose provided that they give Intrepid Studios reasonable advance notice of their obligation to serve. Furthermore, it is the responsibility of the employee to bring the prospective juror's questionnaire to Human Resources or the Founders upon receipt. A letter from Intrepid Studios can then be attached in the event the employee or Intrepid Studios would like to try to have the employee excused.

Work Attendance: Evidence of jury duty attendance must be presented to Intrepid Studios. The employee should continue to report for work on those days or parts of days when excused from jury duty or when jury duty does not conflict with his work schedule.

Return to Work: It is the employee's responsibility to report for employment at the end of an approved leave. Failure to do so will be considered as voluntary termination.

In the event that the employee goes on an extended leave of absence for jury duty, any group insurance premiums Intrepid Studios may be paying will continue to be paid for only the remainder of the month after the start of the leave. Thereafter, the employee must make arrangements with Human Resources to pay in advance, the premiums on all group insurance plans the employee is eligible to elect to continue in effect. This will include any premiums the employee was paying and any premiums Intrepid Studios was paying.

**Witness Leave**

Employees who need to attend court as a witness, to appear with a minor, or because they are the victim in a criminal case, will be granted leave in order to appear in court. The Company may require proof of the need for leave. This leave is unpaid, though employees will be allowed to use accrued paid time off, if any is available. Exempt employees will be paid in accordance with the Fair Labor Standards Act.

**Bereavement Leave**

Employees will be allowed up to five days of unpaid leave upon the death of a family member. A family member is defined as a spouse, domestic partner, child, parent, parent-in-law, sibling, grandparent or grandchild. Leave does not have to be consecutive but must be completed within three months of the date of death.

**Medical Leave of Absence for Occupational Disabilities**

Requests for Leaves of Absence: A leave of absence shall be granted upon written request to any full-time or part-time employee who sustains a work-related disability. Before returning to work following a leave of absence for a work-related disability, an employee must submit verification by a physician stating the employee's ability to return to work and the date that he is able to return.

Intrepid Studios will retain the employee on an extended leave of absence for work-related disabilities until one of the following situations takes place:

The employee is released by a doctor for full or partial duty and either returns to work or fails to return to work on the day of release.
Intrepid Studios receives medical evidence satisfactory to it that the employee will be unable to return to his work.
The employee resigns or actually or constructively informs Intrepid Studios that he does not intend to return to Intrepid Studios' employment.

In the event that the employee goes on a medical leave for a work-incurred disability, any group insurance premiums Intrepid Studios may be paying will continue to be paid for only twelve weeks after the start of the leave. Thereafter, the employee must make arrangements with Human Resources to pay, in advance. This continued coverage will be under the guidelines of COBRA.

California Workers' Compensation laws govern such work-related injuries and illnesses. Intrepid Studios intends to fully comply with these laws.

**Medical Leave of Absence for Non-Occupational Disabilities**

A medical leave of absence may be granted for non-work-related medical conditions or disabilities (including, but not limited to, pregnancy, childbirth, and related medical conditions) for up to four months with a doctor's written certificate of disability. Requests for leave should be made in writing as far in advance as possible. Intrepid

Studios will comply with any and all applicable leave of absence laws under federal, state and local law.

**Family and Medical Leave Act (FMLA)**

In accordance with the Family and Medical Leave Act of 1993 (FMLA), Intrepid Studios, Inc. provides up to 12 or 26 weeks of unpaid, job-protected leave in a 12-month period to covered employees in certain circumstances.

Eligibility

To qualify for FMLA leave, you must:

- Have worked for the Company for at least 12 months;
- Have at least 1,250 hours of service in the 12 months before taking leave; and
- Work at a location where the Company has at least 50 employees within 75 miles of the employee's worksite.

Reasons for Leave:

You may take up to 12 weeks of unpaid FMLA leave in a 12-month period, which is a calendar year, for any of the following reasons:

- The birth of a child and to care for that child (leave must be completed within one year of the child's birth);
- The adoption or foster care placement of a child with you and in order to care for the newly placed child (leave must be completed within one year of the child's placement);
- To care for a spouse, child, or parent with a serious health condition;
- To care for your own serious health condition, which makes you unable to perform the essential functions of your position; or
- A qualifying exigency of a spouse, child, or parent who is a military member on covered active duty or called to covered active-duty status (or has been notified of an impending call or order to covered active duty).

An eligible employee who is a covered servicemember's spouse, child, parent, or next of kin may also take up to 26 weeks of FMLA leave in a single 12-month period to care for the servicemember with a serious injury or illness.

As used in this policy:

- *Spouse* means a husband or wife as recognized under state law for the purposes of marriage in the state or other territory or country where the marriage took place.
- *Child* means a biological, adopted, or foster child, a stepchild, a legal ward, or a child of a person standing in loco parentis, who is either under age 18 or age 18 or older and incapable of self-care because of a mental or physical disability at the time FMLA leave is to commence. A child for the purposes of military exigency or military care leave can be of any age.
- *Parent* means a biological, adoptive, step, or foster parent or any other individual who stood in loco parentis to you when you were a child.
- *Next of kin* for the purposes of military care leave is a blood relative other than a spouse, parent, or child in the following order: brothers and sisters,

30

grandparents, aunts and uncles, and first cousins. If a military service member designates in writing another blood relative as their caregiver, that individual will be the only next of kin. In appropriate circumstances, you may be required to provide documentation of next of kin status.

Upon return from FMLA leave, most employees must be restored to the same job or one nearly identical to it with equivalent pay, benefits, and other employment terms and conditions.

<u>Using Leave</u>
Employees must give 30 days' advance notice of the need for FMLA leave. If the need for leave is unforeseeable, provide notice as soon as possible. Normal call-in procedures apply to all absences from work, including requests for absences under this policy. Failure to provide appropriate notice may result in the delay or denial of leave.

Employees must inform the Company if the need for leave is for a reason for which FMLA leave was previously taken or certified.

<u>Intermittent Leave</u>
An employee does not need to use leave in one block. When it is medically necessary or the Company otherwise approves, employees may take leave intermittently or on a reduced schedule. Employees on FMLA leave may be required to report periodically to the Company regarding their status and intent to return to work. An employee who fails to return to work at the expiration of the leave without an approved extension will be considered to have resigned.

<u>Paid Leave Utilization During FMLA Leave</u>
FMLA leave is unpaid; however, you may be required to use available paid leave (e.g., paid time off or sick days) during FMLA leave as permitted by law.
FMLA leave runs concurrently with other leaves, such as accrued paid leave that is substituted for unpaid FMLA leave and any state family leave laws, to the extent allowed by applicable law. The substitution of paid leave for unpaid FMLA leave does not extend the 12 or 26 weeks (whichever is applicable) of FMLA leave. In addition, the substitution of paid leave for unpaid leave may not result in you receiving more than 100% of your salary.

<u>Certification</u>
The Company may require a certification from a health care provider, and periodic recertification, supporting the need for leave. If certification is requested, employees will have 15 days to provide it. If we determine that the certification is incomplete, we will provide a written notice indicating what additional information is required.

Employees do not have to share a medical diagnosis but must provide enough information so that the Company can determine if the leave qualifies for FMLA

protection. Sufficient information could include a doctor's note informing the Company that the employee is or will be unable to perform their job functions, that a family member cannot perform daily activities, or that hospitalization or continuing medical treatment is necessary.

If we become aware that an employee's need for leave is for a reason that may qualify under the FMLA, we will notify the employee if they are eligible for FMLA leave and, if eligible, provide a notice of rights and responsibilities under the FMLA. If the employee is not eligible, we will provide a reason for ineligibility. The Company will notify employees if leave will be designated as FMLA leave, and if so, how much leave will be designated as FMLA leave.

Maintaining Health Insurance Coverage During Leave
While employees are on FMLA leave, health insurance coverage will continue as if the employees were not on leave. Employees are responsible for their portion of the medical insurance premium cost, if any. Failure to pay the employee portion of the health insurance premiums in advance (or on the schedule established by the payroll department) may result in the termination of coverage. If eligible, the employee will receive notification of continuation of benefits.

The Company reserves the right to seek reimbursement from the employee for the medical insurance premiums paid by the Company while the employee was on FMLA leave if the employee fails to return from FMLA. The Company will not seek reimbursement if the failure to return is due to continuation, recurrence, or onset of a serious health condition of the employee or the employee's family member that would otherwise qualify for FMLA leave, or other circumstances beyond the employee's control.

Spouse Aggregation
If both you and your spouse work at the Company, you are collectively eligible for 12 weeks of leave for the birth or placement of a child or to care for a parent with a serious health condition. Similarly, spouses employed by the Company will be limited to a combined total of 26 weeks of leave to care for a military service member. This 26-week leave period will be reduced, however, by the amount of leave taken for other qualifying FMLA events. This type of leave aggregation does not apply to leave needed for your own serious health condition, to care for a spouse or child with a serious health condition, or because of a qualifying exigency.

Alternative Employment
Consistent with the Company's Outside Employment Policy, you may not work or be gainfully employed for yourself or another employer while on a leave of absence. If you are on a leave of absence and are found to be in violation of this policy, you will be subject to disciplinary action up to and including termination.

Reinstatement

32

Upon returning to work at the end of leave, you will generally be placed in your original job or an equivalent job with equivalent pay and benefits. You will not lose any benefits that accrued before leave was taken.

<u>Failure to Return</u>
If you fail to return to work or fail to make a request for an extension of leave prior to the expiration of the leave, you may be deemed to have voluntarily terminated your employment. The Company is not required to grant requests for open-ended leaves with no reasonable return date under these policies or as disability accommodations.

<u>Retaliation</u>
The Company will not interfere with an employee's FMLA rights or retaliate against them for using or trying to use FMLA leave, opposing any practice made unlawful by the FMLA, or being involved in any proceeding under or related to the FMLA.

Employees who believe they have not received the benefits to which they are entitled under FMLA are strongly encouraged to speak to another member of management or Human Resources for clarification or resolution. Failing that, an employee is able to file a complaint with the U.S. Department of Labor, Wage and Hour Division, or may bring a private action. FMLA does not affect any federal or state law prohibiting discrimination or supersede any state or local law or collective bargaining agreement that provides greater family or medical leave rights.

<u>Required Notice</u>
The Company is required to provide you with a copy of the *Your Employee Rights Under the Family and Medical Leave Act* notice, which can be found in the Documents section of Gusto.

**Military Leave**
If employees are on an extended military leave of absence, they are entitled to be restored to their previously held position or similar position, if available, without loss of any rights, privileges or benefits provided the employee meets the requirements specified in the Uniformed Services Employment and Reemployment Rights Act (USERRA).

An employee who is a member of the reserve corps of the armed forces of the United States or of the National Guard or the Naval Militia will be granted temporary leave of absence without pay while engaged in military duty as required by state employment law. In certain circumstances, a letter from the employee's commanding officer may be requested to establish the dates of duty.

**Personal Leave of Absence**
Regular full-time employees who have been with the Company for more than six months may request a personal leave of absence without pay. The employee must submit their request in writing and state the date they would like the leave to begin, the date they expect to return, and the reason for the leave. The Company will consider all factors,

33

including the necessity of the leave and the impact on business operations, and provide written approval or denial of the request at its sole discretion.

If approved, employees must use their leave of absence for the approved purpose. Sick leave, vacation time, seniority and other benefits will not accrue during an unpaid leave of absence. Holidays that occur during the leave of absence will not be paid. If an employee fails to return to work on the scheduled date of return, the Company will assume the employee has resigned.

# HEALTH, SAFETY, AND SECURITY

### NON-SMOKING
Smoking or vaping is prohibited in any public building or within 20 feet of a main entrance, exit, or window of a public building. The Company does not permit smoking or vaping in any company buildings, facilities, work sites, or vehicles. Employees wishing to smoke should do so during their break times, outside company buildings in designated areas, and in accordance with local ordinances.

### DRUG AND ALCOHOL USE
The Company is dedicated to providing employees with a drug free workplace. While on Company premises, whether during work time or non-work time, employees are prohibited from being under the influence of drugs or alcohol. There are limited exceptions for the use of prescription drugs (not including marijuana), as long as they do not create safety issues or impair an employee's ability to do their job, and the moderate use of alcohol at company-sponsored or sanctioned events.

Employees are strictly prohibited from possessing illegal drugs, cannabis, or excessive quantities of prescription or over-the-counter drugs while on Company premises, performing Company-related duties, or operating any Company equipment. Any drugs confiscated that are suspected of being illegal will be turned over to the appropriate law enforcement agency.

Employees taking medication should consult a medical professional to determine whether the drug may affect their personal safety or ability to perform their job and should advise their manager of any resulting job limitations. Once notified, the Company will make reasonable efforts to accommodate the limitation.

The Company reserves the right to test any employee for the use of illegal drugs, marijuana, or alcohol, in accordance with applicable law. Employees in safety-sensitive positions may be subject to regular or random drug testing. Drug or alcohol tests may also be conducted after an accident in which drugs or alcohol could reasonably be involved, or when behavior or impairment on the job creates reasonable suspicion of use. Under those circumstances, the employee may be driven to a certified lab for testing at the Company's expense. Refusal to be tested for drugs or alcohol will be treated the same as a positive test result.

Violation of this policy may result in discipline, up to and including termination.

To the extent that any federal, state, or local law or regulation limits or prohibits the application of any provision of this policy, then that particular provision will be ineffective in that jurisdiction only, while the remainder of the policy remains in effect.

<u>Confidentiality</u>

Disclosures made by employees to managers or supervisors concerning the use of legal drugs will be treated confidentially and will not be revealed to others unless there is an important work-related reason for doing so—i.e., to determine whether it is advisable for the employee to continue working. Disclosures made by employees to managers or supervisors concerning participation in any drug or alcohol rehabilitation program will be treated confidentially.

<u>Counseling</u>

Employees who suspect they may have a drug or alcohol problem, even in the early stages, are encouraged to voluntarily seek diagnoses and to follow through with treatment as prescribed by qualified professionals. Employees who wish to enter and participate in approved drug or alcohol rehabilitation programs are encouraged to contact a member of Intrepid Studios' management team for guidance regarding whether Intrepid Studios can accommodate the employee.

Employees should be aware that participation in a rehabilitation program will not necessarily shield them from disciplinary action for a violation of this guideline, particularly if discipline is imposed for a violation occurring before the employee seeks assistance.

<u>Authorized Use of Alcohol</u>

Intrepid Studios may provide alcohol for consumption at certain events, such as social functions.  The consumption of alcohol at these events does not violate this guideline.

**REASONABLE ACCOMMODATIONS**

Intrepid Studios, Inc. complies with the Americans with Disabilities Act (ADA), the Pregnancy Discrimination Act, and all applicable state and local fair employment practices laws, and is committed to providing equal employment opportunities to qualified individuals with disabilities, including disabilities related to pregnancy, childbirth, and related conditions. Consistent with this commitment, the Company will provide reasonable accommodation to otherwise qualified individuals where appropriate to allow the individual to perform the essential functions of the job, unless doing so would create an undue hardship on the business.

If you require an accommodation because of your disability, it is your responsibility to notify your Manager. You may be asked to include relevant information such as:

- The reason you need an accommodation.

35

- A description of the proposed accommodation.
- How the accommodation will help you perform the essential functions of your job.
-

After receiving your request, the Company will engage in an interactive dialogue with you to determine the precise limitations of your disability and explore potential reasonable accommodations that could overcome those limitations. In most cases, employees will be required to provide documentation from an appropriate healthcare provider. Human Resources will provide employees with the necessary form. All medical information received by the Company in connection with a request for accommodation will be treated as confidential.

The Company encourages you to suggest specific reasonable accommodations that you believe would allow you to perform your job. However, the Company is not required to make the specific accommodation requested by you and may provide an alternative accommodation, to the extent any reasonable accommodation can be made without imposing an undue hardship on the Company.

Where state or local law provides greater protections to employees than federal law, the Company will apply the law that provides the greatest benefit to employees.

If leave is provided as a reasonable accommodation, such leave may run concurrently with leave under the federal Family and Medical Leave Act and/or any other leave where permitted by state and federal law.

The Company will not discriminate or retaliate against employees for requesting an accommodation.

**ACCOMMODATIONS FOR PREGNANCY, CHILDBIRTH, AND RELATED MEDICAL CONDITIONS**

Intrepid Studios, Inc. recognizes the importance of supporting employees experiencing limitations related to pregnancy, childbirth, or related medical conditions by providing reasonable accommodations. We are committed to complying with the federal Pregnant Workers Fairness Act (PWFA) and any applicable state or local laws offering additional protections.

Examples of reasonable accommodations include:
- Additional break time for restroom use, meals, hydration, and rest.
- Seating options allowing for sitting or standing as needed.
- Schedule changes, part-time work, and paid and unpaid leave.
- Flexible work hours to accommodate medical appointments and physical needs.
- Telework (remote work).
- Closer parking spots to the workplace entrance.
- Light duty.
- Making existing facilities accessible or modifying the work environment.
- Job restructuring.
- Temporarily suspending one or more essential functions of your job.

- Acquiring or modifying equipment, uniforms, or devices.
- Adjusting or modifying examinations or policies.
-

If you require an accommodation, notify your Manager. In instances where the need for a particular accommodation is not obvious, you may be asked to provide:

- The reason an accommodation is needed.
- A description of the proposed accommodation.
- Information on how the accommodation will effectively address your limitations.

Medical documentation will not be required in the following situations:

- When the limitation and need for an accommodation is obvious.
- If the Company is already aware of the limitation due to previous disclosures.
- When requesting accommodations such as additional restroom breaks, fluid intake, food breaks, or seating arrangements, which are considered presumptively reasonable.
- For any lactation accommodations.
- When a similar accommodation has been provided to other employees without requiring documentation.

The Company will engage in an interactive process with you to identify suitable accommodations. While we strive to accommodate all requests, certain accommodations may not be provided if they would result in undue hardship to the Company. Factors considered include the nature and cost of the accommodation, the overall financial resources of the facility, and the impact on operations, including safety and efficiency.

If leave is provided as a reasonable accommodation, it may run concurrently with leave under the federal Family and Medical Leave Act (FMLA) and/or any other applicable leave as permitted by law.

The Company strictly prohibits retaliation against employees who request or utilize an accommodation under this policy.

### INJURY AND ACCIDENT RESPONSE AND REPORTING

If an employee is injured or witnesses an injury at work, they must report it immediately to the nearest available manager. Employees should render any assistance requested by that manager. When any accident, injury, or illness occurs while an employee is at work, regardless of the nature or severity, the employee must complete an injury reporting form and return it to Human Resources as soon as possible. Reporting should not be allowed to delay necessary medical attention. Once the accident is reported, follow-up will be handled by Human Resources or the designated Safety Officer, including a determination as to whether the injured employee may return to work.

Questions asked by law enforcement or fire officials making an investigative report should be answered giving only factual information and avoiding speculation. Liability

for personal injury or property damage should never be admitted in answering an investigatory question asked by law enforcement or fire officials.

In addition to compliance with safety measures imposed by federal Occupational Safety and Health Act (OSHA) and state law, the Company has an independent interest in making its facilities a safe and healthy place to work. The Company recognizes that employees may be in a position to notice dangerous conditions and practices and therefore encourages employees to report such conditions, as well as non-functioning or hazardous equipment, to a manager immediately. Appropriate remedial measures will be taken when possible and appropriate. Employees will not be retaliated or discriminated against for reporting of accidents, injuries, or illnesses, filing of safety-related complaints, or requesting to see injury and illness logs.

### WORKERS' COMPENSATION

The Company carries insurance that covers work-related injuries and illnesses. The workers' compensation insurance carrier governs the benefits provided. These benefits will not be limited, expanded, or modified by any statements of Company personnel or Company documents. In the case of any discrepancy, the insurance carrier's documents will control.

### WORKPLACE VIOLENCE AND SECURITY

The Company expects all employees to conduct themselves in a non-threatening, non-abusive manner at all times. No direct, conditional, or veiled threat of harm to any employee, customer, business partner, or Company property will be acceptable. Acts of violence or intimidation of others will not be tolerated. Any employee who commits, or threatens to commit, a violent act against any person while on Company premises, will be subject to discipline, up to immediate termination.

Employees share the responsibility of identifying and alleviating threatening or violent behaviors. Any employee who is subjected to or threatened with violence, or who is aware of another individual who has been subjected to or threatened with violence, should immediately report this information to a manager. Threats will be investigated and appropriate remedial or disciplinary action will be taken.

### INCLEMENT WEATHER AND OUTAGES

This policy establishes guidelines for Company operations during periods of extreme weather and similar emergencies. The Company will remain open in all but the most extreme circumstances. Unless an emergency closing is announced, all employees are expected to report to work. However, the Company does not advise employees to take unwarranted risks when traveling to work in the event of inclement weather or other emergencies. Each employee should exercise their best judgment with regard to road conditions and other safety concerns.

Designation of Emergency Closing
Only by the authorization of designated managers will the Company cease operations due to emergency circumstances. If severe weather conditions develop during working

hours, it is at the discretion of Management to release employees. Employees will generally be expected to remain at work until the appointed closing time.

Procedures during Closings
If weather or traveling conditions delay or prevent an employee's reporting to work, their immediate supervisor should be notified as soon as possible. If possible, such notification should be made via a real-time means of direct communication such as a phone call or Slack huddle directly with the supervisor. If direct contact is not possible, leaving a detailed voicemail message or message with another employee is acceptable.

An employee who is unable to report to work may use any accrued time off or take the day off without pay.

Pay and Leave Practices
When a partial or full-day closing is authorized by Management, the following pay and paid leave practices apply:

- Non-exempt hourly employees will be sent home for partial days with the option of using paid time off for the remainder of the day. If paid time off is not available, employees will be excused from work without pay and without disciplinary action.
- Exempt employees will be expected to continue work from home if their job duties allow. The Company will pay the exempt employee's regular salary regardless, as outlined in the Payroll Deductions policy.
- Exempt and non-exempt employees already scheduled to be off during emergency closings are charged such leave as was scheduled.

Other Work Options
Supervisors may approve requests for employees to temporarily work from home, if doing so allows completion of work assignments.

# WORKPLACE GUIDELINES

### HOURS OF WORK
Employees are expected to be at their work area and ready to work at their scheduled time. Employees will be given their work hours upon hire and at the time of any change in position. If the normal work hours are changed or if the Company changes its operating hours, employees will be given notice.

### OFF-THE-CLOCK WORK
Non-exempt employees must accurately record all time worked, regardless of when and where the work is performed. Off-the-clock work (doing work that is not reported in the timekeeping system) is prohibited. No member of management may request, require, or authorize non-exempt employees to perform work without compensation. Any possible violations should be reported promptly to a member of management.

### LACTATION ACCOMMODATION

The Company provides a supportive environment to enable breastfeeding employees to express breast milk during work hours for up to one year following the birth of a child. Accommodations under this policy include a place, other than a bathroom, that is shielded from view and free from intrusion from co-workers and the public which may be used by an employee to express breast milk. Discrimination and harassment of breastfeeding employees in any form is unacceptable and will not be tolerated.

### ATTENDANCE AND TARDINESS

Employees are expected to be at work and ready to go when their scheduled shift begins or resumes. If an employee is unable to be at work on time, or at all, they must notify their manager no later than 30 minutes before the start of their scheduled work day. If an employee's manager is not available, the employee should contact another member of management. If an employee is physically unable to contact the Company, they should ask another person to make contact on their behalf. Leaving a message with a co-worker or answering service is not considered proper notification. Excessive tardiness or absences are unacceptable job performance.

When an employee calls in absent, they should provide their expected time or date of return. The Company reserves the right to require proof of the need for absence, if allowed by law. If an employee is absent for three consecutive days and has not provided proper notification, the Company will assume that the employee has voluntarily quit their position and will proceed with the termination process.

If an employee becomes ill during their scheduled work day and feels they may need to leave before the end of their shift, they should notify their manager immediately. If an employee is unable to perform their job at an acceptable level, they may be sent home until they are well enough to work.

Absences should be arranged as far in advance as possible. When an employee needs to be absent during the workday they should attempt to schedule their outside appointment or obligation so that their absence has the smallest impact possible on business operations.

### WORK FROM HOME POLICY

Employees are permitted to work from home (WFH) occasionally or regularly, depending on a number of factors and the arrangements they've made with their manager. Working from home is a privilege that may be revoked at any time. The Company may request that an employee be present in the office at any time (regardless of scheduled WFH time) or deny a request to work from home based on business needs, employee performance, or viability of doing the work from home. To be eligible to WFH, an employee must have access to reliable internet and a space that is free from excessive noise or distraction.

Submitting Requests

Employees must submit their remote work request both in our HR Information System, Gusto, and to their supervisor and appropriate team members in person or via company

40

Slack. Requests for recurring or extended WFH arrangements will be considered after 3 months of employment, or in the case of a public health emergency.

Employees wishing to request additional remote workdays in any given workweek are required to speak with their manager in advance for approval. If approved, the employee must submit their request to their supervisor and notify appropriate team members.

Costs

The Company will supply the employee with appropriate office supplies and reimburse the employee for all other reasonable business-related expenses. Employees must get pre-approval for expenses associated with working from home. Any equipment supplied by the Company is to be used for business purposes only, unless otherwise specified. Employees must take appropriate action to protect these items from damage or theft.

The Company is not responsible for costs associated with the initial setup of the employee's home office such as, ISP, electricity, remodeling, furniture or lighting, or for repairs or modifications to the home office space.

Security

As with employees working in the office, those who WFH will be expected to ensure the protection of proprietary Company and customer information through use of locking doors, desks, file cabinets, and media storage, regular password maintenance, and any other steps appropriate for the job and the environment. Unless you live alone, computers should be locked when you walk away, and other household members should be not allowed access to or use of Company property.

Expectations

Employees must take all required break and rest periods and notify their lead when they're taking their meal and rest breaks. Inability to take, or interruptions to, meal or rest periods must be reported to your lead or Human Resources to ensure a compensatory rest break premium payment (equal to one hour's pay) is given.

Employees are not permitted to work from home more than 2 days in a 30-day period, without prior written consent from management. Excessive requests to work from home will be considered during performance reviews.

When working from home employees must also:

- Work their full, typical schedule
- Be available, when not on a break or meal period, with a delay in response of no more than 15 minutes
- Communicate consistently regarding their workload and status (break, lunch, working on a project, etc.)
- Attend all meetings in a virtual capacity
- Achieve the same level of production as in the office

41

- Follow all company procedures and policies
- Refrain from using alcohol or illegal drugs

### PERSONAL APPEARANCE AND HYGIENE

Intrepid is a casual work environment where business casual dress is always appropriate. Employees should consider their level of customer and public contact and the types of meetings they are scheduled to attend in determining what attire is appropriate. Employees are expected to present a professional image, both through behavior and appearance.

The following are generally not acceptable:

- Any clothing or accessories that would present a safety hazard
- Sexually provocative clothing or exposed undergarments
- Clothing with offensive slogans or pictures
- Excessive or disruptive use of perfumes or colognes

All employees are expected to maintain appropriate oral and bodily hygiene. Hair (including facial hair) should be clean. Accessories should not interfere with an employee's work. The excessive use of perfume or cologne is unacceptable, as are odors that are disruptive or offensive to others or may exacerbate allergies.

Managers are responsible for enforcing dress and grooming standards for their department. Any employee whose appearance does not meet these standards may be counseled. If their appearance is unduly distracting or the clothing is unsafe, the employee may be sent home to change into something more appropriate.

### CONFIDENTIALITY

The security of company property is of vital importance to Intrepid Studios. Intrepid Studios property includes not only tangible property, like desks and computers, but also intangible property such as confidential and/or proprietary information. It is critical for Intrepid Studios to preserve and protect its confidential information, as well as the confidential information of customers, patients, suppliers, and third parties. All employees are responsible for ensuring that proper security is maintained at all times.

Each employee is responsible for safeguarding confidential information obtained in connection with his employment. In the course of your work, you may have access to confidential, proprietary, and/or trade secret information regarding Intrepid Studios, its suppliers, its customers, or perhaps even fellow employees. It is your responsibility to in no way reveal or divulge any such information unless necessary for you to do so in the performance of your duties. Access to this information should be on a "need-to-know" basis and must be authorized by your supervisor. Any breach of this policy will not be tolerated, and legal action may be taken by Intrepid Studios.

Confidential and Personal Information

"Confidential Information" means all information, not generally known, belonging to, or otherwise relating to the business of Intrepid Studios or its clients, suppliers, vendors, affiliates, or partners, regardless of the media or manner in which it is stored or conveyed, that Intrepid Studios has taken reasonable steps to protect from unauthorized use or disclosure, and is not generally known in the industry or public. Confidential Information includes but is not limited to trade secrets as well as other proprietary knowledge, information, and know-how; non-public intellectual property rights, including business plans and strategies; manufacturing techniques; formulae; processes; designs; drawings; discoveries; improvements; ideas; conceptions; test data; compilations of data; all attorney-client privileged information; attorney work product; and developments, whether or not patentable and whether or not copyrightable.

"Personal Information" includes personally-identifiable information about employees, clients, adverse parties, witnesses, consultants, or other individuals, such as Social Security numbers, background information, credit card or banking information, health information, or other non-public information entrusted to Intrepid Studios. There are laws in the United States and other countries that protect certain types of personal information, and employees should not disclose personal information about other individuals to any third party or from one country to another without prior managerial approval.

Given the nature of Intrepid Studios' business, protecting Confidential and Personal Information is of vital concern to Intrepid Studios. This information is one of Intrepid Studios' most important assets, particularly since our client relationships are built on trust. It enhances Intrepid Studios' opportunities for future growth, and indirectly adds to the job security of all employees.

For those reasons, you must hold all Confidential Information in confidence, and not disclose, use, copy, publish, or summarize any Confidential Information, except (a) as necessary to carry out your assigned responsibilities as an employee of Intrepid Studios, and (b) after termination, only as specifically authorized in writing by a supervisor or manager of Intrepid Studios.

You must also safeguard, and keep confidential, proprietary information of Intrepid Studios and other parties with which Intrepid Studios does business to the same extent as if it were Confidential Information.

These undertakings, duties, obligations, and responsibilities are permanent and continue even beyond termination of your employment with Intrepid Studios.

Failure to take reasonable measures to protect Intrepid Studios' Confidential Information may jeopardize its status as a trade secret, expose the company to liability, or adversely affect client relations. While employed by Intrepid Studios, you must not use or disclose any Confidential or Personal Information that you produce or obtain during your employment, except to the extent such use or disclosure is required in connection with performing your job. You may not use or disclose Confidential or Personal Information for any reason after your employment relationship with Intrepid

Studios ends. Misuse or unauthorized disclosure of Confidential or Personal Information may result in immediate termination, as well as potential civil and criminal liability. Nothing in this Handbook restricts an employee from discussing his or her wages or other terms and conditions of employment with coworkers or others, to the extent protected by law.

Obligations on Termination

On termination of employment, whether voluntary or involuntary, all company documents, computer records, and other tangible company property in the employee's possession or control must be returned to Intrepid Studios immediately. Furthermore, employees are requested to complete the Certificate of Compliance of the Employee Confidentiality, Non-Disclosure, and Non-Recruiting Agreement completed at time of employment with Intrepid Studios.

Security

To avoid loss of company property, Intrepid Studios maintains and promulgates security procedures, which include maintaining control of entrances, exits, restricted areas, document control, and record keeping. Specific procedures regarding the protection of company property, traffic throughout the facilities, and designation of restricted areas may be issued and posted on company bulletin boards. Employees are expected to abide by all of Intrepid Studios' security procedures.

Avoiding loss or theft of Confidential or Personal Information is an important part of each employee's job. Accordingly, employees must observe good security practices. Employees are expected to keep Confidential Information secure from outside visitors and all other persons who do not have legitimate reason to see or use such information. Employees are not to remove company property without authorization. Failure to adhere to company policies regarding Confidential and Personal Information will be considered grounds for discipline, up to, and including termination.

Given the sensitivity of Confidential and Personal Information, employees may only dispose of and transmit such information by secure methods approved by Intrepid Studios.

### SOLICITATION AND DISTRIBUTION

Solicitation during work time and in work areas is prohibited. Solicitation is defined as the act of asking for something, selling something, urging someone to do something, petitioning, or distributing persuasive materials. This could include, but is not limited to, asking for donations for a child's school (including through sales of a product), attempting to convert someone to or from a religion, distributing political materials, or collecting signatures. Work time includes time when either the person soliciting, or being solicited to, is scheduled to be performing their work duties. Work areas include areas where employees generally do work, such as cubicles, offices, or conference rooms, and does not include areas such as the lunch or break room.

44

This policy does not prevent employees from using their approved breaks and rest periods to solicit outside of working areas and is not intended to infringe an employee's Section 7 rights. Those not employed by the company are prohibited from solicitation on company property at all times.

### CONFLICT OF INTEREST

A conflict of interest arises when an employee is engaged in activity that could be detrimental to the company. This includes when an employee improperly uses their position with the company for personal gain or the gain of someone with whom they have a relationship. *Improper use* includes behavior that is illegal, as well as behavior that is unethical or questionable to a reasonable person. These are some examples of a conflict of interest:

- An employee requesting or requiring gifts or discounts in exchange for starting or continuing a business relationship with a client or vendor
- An employee selecting a relative's company as a supplier when they have not produced the best proposal
- An employee taking a second job working for a competitor and sharing confidential company information with the competitor
- An employee taking a second job that interferes with their ability to do their work for the Company at their full potential, whether due to scheduling, exhaustion, or some other factor

Because how things appear, whether accurate or not, has a significant impact on the Company's reputation, employees should also avoid the appearance of a conflict of interest. If questions arise as to whether a certain activity or behavior is a conflict of interest, employees should speak with their manager or HR.

### OUTSIDE ACTIVITIES

Employees may engage in outside employment during non-working hours, provided doing so does not interfere with their job performance or constitute a conflict of interest. Prior to accepting outside employment, employees should notify their manager in writing. The notice must include the name of the Company, the title and nature of the position, the number of working hours per week, and the time of scheduled work hours. If the position constitutes a conflict of interest or interferes with the employee's job at any time, they may be required to limit or end their outside employment.

While on a leave of absence, you may not work or be gainfully employed for yourself or by another employer. If you are on a leave of absence and are found to be in violation of this policy, you will be subject to disciplinary action up to and including termination.

### REPORTING IRREGULARITIES

Employees should immediately report any actual or suspected theft, fraud, embezzlement, or misuse of Company funds or property, as well as suspicious behavior. An employee who is aware of such activity but does not report it will be considered part of the problem and disciplined accordingly.

### INSPECTIONS AND SEARCHES

Any items brought to or taken off of Company premises, whether property of the employee, the Company, or a third party, are subject to inspection or search unless prohibited by state law. Desks, lockers, workstations, work areas, computers, USB drives, files, e-mails, voice mails, etc. are also subject to inspection or search, as are all other assets owned or controlled by the Company. Any inspection or search conducted by the Company may occur at any time, with or without notice. Failure to submit to a search will be grounds for discipline.

### HARDWARE AND SOFTWARE USE

The following guidelines have been established for using the Internet and email in an ethical and professional manner. For the purpose of this policy, Company Internet includes productivity software, instant messaging applications, the Company cloud and networks, the intranet, and any other tool or program provided by or through the Company or its internet connection.

- Company Internet and email may not be used for transmitting, retrieving or storing any communications of a defamatory, discriminatory, harassing, or obscene nature.
- Telephones should only be used for company business. Employees should be professional and conscientious at all times when using Company phones or when using a personal phone for company business.
- Use of personal cell phones or other devices should be held to a reasonable limit. Reasonableness will be determined by management.
- Disparaging, abusive, profane, and offensive language are forbidden.
- Employees must respect all copyrights and may not copy, retrieve, modify, or forward copyrighted materials, except with permission or as a single copy for reference only. Almost every piece of content is or could be copyrighted (a notice of copyright is not required), so employees should proceed with caution when using or reproducing materials.
- Unless necessary for work, employees should avoid sending or receiving large files, watching videos, mass-forwarding emails, or engaging in other activities that either consume large amounts of bandwidth or create electronic clutter.
- Employees may not download any programs, applications, browser extensions, or any other files without prior approval or upon request of a manager.
- Each employee is responsible for the content of all text, audio, or images they place on or send over the Company's internet and email system. Employees may not send messages in which they are not identified as the sender.
- Email is not guaranteed to be private or confidential. The Company reserves the right to examine, monitor, and regulate email messages, directories, and files, as well as internet usage.
- Internal and external email messages are considered business records and may be subject to discovery in the event of litigation.

All company-issued hardware and software, as well as the email system and Internet connection, are Company-owned. Therefore, all Company policies are in effect at all

46

times when they are in use. Access to the internet through the Company's network is a privilege of employment that may be limited or revoked at any time.

## SOCIAL MEDIA

The Guiding Rule

Conduct that negatively affects an employee's job performance, the job performance of fellow employees, or the Company's legitimate business interests—including its reputation and ability to make a profit—may result in disciplinary action up to and including termination.

Below are some guidelines for the use of social media. These guidelines are not intended to infringe on an employee's Section 7 rights and any adverse action taken in accordance with this policy will evaluate whether employees were engaged in protected concerted activity.

Avoiding Harassment

Employees must not use statements, photographs, video, or audio that could reasonably be viewed as malicious, obscene, threatening, or intimidating toward customers, employees, or other people or organizations affiliated with the Company. This includes, but is not limited to, posts that could contribute to a hostile work environment on the basis of race, sex, sexual orientation, disability, religion, national origin, or any other status protected by state or federal law.

Avoiding Defamation

Employees must not post anything they know or suspect to be false about the Company or anyone associated with it, including fellow employees and clients. Writing something that is untrue and ultimately harmful to any person or organization is defamation and can lead to significant financial liability for the person who makes the statement.

Confidentiality

Employees must maintain the confidentiality of Company trade secrets and confidential information. Trade secrets include, but are not limited to, information regarding the development of systems, products, and technology. Private and confidential information includes, but is not limited to, customer lists, financial data, and private personal information about other employees or clients that they have not given the employee permission to share.

Representation

Employees must not represent themselves as a spokesperson for the Company unless requested to do so by management. If the Company is a subject of the content being created—whether by an employee or third party—employees should be clear and open about the fact that they are employed with the Company but that their views do not necessarily represent those of the Company.

Accounts

Employees must not use Company email addresses to register for social media accounts unless doing so at the request of management. Employees who manage social media

47

accounts on behalf of the Company should ensure that at least one member of management has all the login information needed to access the account in their absence.

## PERSONAL CELL PHONE USE

The use of personal cell phones, or work cell phones for personal matters, should be held to a reasonable limit during work hours and not interfere with an employee's productivity or the productivity of their coworkers. Reasonableness will be determined by management.

## PERSONAL PROPERTY

The Company is not liable for lost, misplaced, damaged, or stolen property. Employees should take all precautions necessary to safeguard their personal possessions. Employees should not have their personal mail sent to the Company, as it may be automatically opened, and should check with their manager before having larger items delivered to the workplace.

## PARKING

All parking is at an employee's own risk. Employees and visitors should lock their vehicles and take appropriate safeguards to protect their valuables, including removing them from the vehicle if appropriate under the circumstances. Employees are not to park in areas reserved for visitors.

## VIDEO RECORDING AND SURVEILLANCE

Purpose
Unless otherwise instructed, Intrepid Studios prohibits employee use of cameras in the workplace, when necessary to secure client privacy or to protect trade secrets and other proprietary business information

Restrictions on Employee Camera Use
Employees are prohibited from bringing cameras or other recording devices into areas where client privacy may be compromised. Employees are also prohibited from bringing cameras or other recording devices into areas or meetings where company trade secrets or proprietary business information could be disclosed.

The state of California prohibits the audio recording of conversations or meetings unless the consent of all parties involved is obtained. As such, secret recordings or recordings without permission of the employer are prohibited in all Intrepid Studios locations within California.

Company Monitoring
Intrepid Studios reserves the right to install and use video security cameras in work areas for specific business reasons, such as security, theft protection, protection of proprietary information, and monitoring of work performance. Video recordings may be used to monitor work performance and may be used as part of employee discipline. Intrepid Studios will never install security cameras in private areas such as bathrooms, locker

48

rooms, or designated changing areas, unless authorized or necessitated by court order. Security cameras will be plainly visible and / or clearly marked, unless doing so would be impractical or contrary to the business reason(s) for which the security camera was installed.

Because Intrepid Studios may find it necessary to monitor work areas with security cameras when there is a business reason to do so, employees should not have any expectation of privacy in work-related areas. Employee privacy in non-work areas will be respected to the extent possible, with reasonable suspicion of onsite drug or alcohol use, physical abuse, theft, or similar circumstances as possible exceptions. Employees should contact their supervisor department if they have questions about this policy.

# EMPLOYMENT SEPARATION

### VOLUNTARY TERMINATION

An employee who voluntarily resigns his employment or fails to report to work or call for 3 consecutively scheduled workdays without notice to, or approval by his supervisor, will be deemed to have voluntarily resigned from their job at Intrepid Studios by job abandonment. Employees are asked to give their supervisors written notice of their intention to terminate their employment at least fourteen (14) days prior to the last day they intend to work. All company-owned property and advances must be returned immediately upon termination of employment. All personal property must be removed from the premises. Intrepid Studios is not responsible for any property left by a terminated employee.

An employee who resigns and gives at least 72-hours notification to his supervisor will be paid all accrued pay and benefits at the time of termination. If a resigning employee fails to give 72-hours notification of termination, the final pay and benefits will be subject to a 72-hour delay from the time of notice to his supervisor. However, every effort will be made to pay such employees as soon as possible.

Paychecks will be available during normal office hours in Human Resources or by the Founders. Employees requesting that their paycheck be mailed to them must make the request in writing.

EXIT INTERVIEWS will be conducted at the time of termination, if possible. Employees will be asked to discuss the reasons for their resignation.

In the case of job abandonment, Intrepid Studios will mail the final paycheck and any other necessary information to the employee's last known address via certified mail. The check will not be mailed until after three days of absence without notification.

### TERMINATION

All employment with the Company is "at-will." This means that either the Company or the employee can terminate the employment relationship at any time, with or without notice, and for any reason allowed by law or for no reason at all. An employee's at-will

status can only be changed by written contract, signed by both the employee and the President or CEO.

### PERSONAL POSSESSIONS AND RETURN OF COMPANY PROPERTY

All Company property, such as computer equipment, keys, tools, badges or Company credit cards, must be returned immediately at the time of termination. Employees may be responsible for any lost or damaged items. When leaving, employees should ensure that they take all of their personal belongings with them.

# APPENDIX A

## STATE SPECIFIC BENEFITS

Laws vary from state to state. Whenever we have a remote employee that resides outside of our primary state of operation, it is our intention to always follow the law that is more favorable to the employee. In most cases this will be what is specified in our handbook. Additional laws for each state where we have employees residing are listed here for your reference. The Company recognizes the transient nature of our remote workforce and this appendix is only intended to be an outline of the legal requirements set forth herein. Should an employee reside and / or work (as applicable by the applicable law or statute) in a local municipality that requires additional benefits, the Company will always follow the law that is most favorable to the employee.

# ARIZONA EMPLOYEE HANDBOOK ADDENDUM

### (ARIZONA) STATE DISABILITY INSURANCE

The State of California has a partial wage-replacement insurance plan for California workers. The cost of this insurance is fully paid by the employee through payroll deductions. The SDI program includes both Disability Insurance and Paid Family Leave.

# CALIFORNIA EMPLOYEE HANDBOOK ADDENDUM

### (CALIFORNIA) STATE DISABILITY INSURANCE

The State of California has a partial wage-replacement insurance plan for California workers. The cost of this insurance is fully paid by the employee through payroll deductions. The SDI program includes both Disability Insurance and Paid Family Leave.

Disability Insurance (DI)
Employees who lose wages when an illness, injury or pregnancy-related disability prevents them from working and who meet all the state eligibility requirements can collect disability insurance benefits.

The benefits are calculated as a percentage of employee salary up to a weekly maximum as specified by law, for up to 52 weeks.

Employees are responsible for filing their claim and other forms promptly and accurately with the Employment Development Department. A claim form may be obtained from the Employment Development Department online, by telephone, or in person.

Paid Family Leave (PFL)
Employees may be eligible for partial wage replacement benefits under the Paid Family Leave Act for up to a maximum of eight weeks for the following reasons:

- To bond with a new child after birth or placement for adoption or foster care
- To care for a serious health condition of an employee's child, parent, parent-in-law, grandparent, grandchild, sibling, spouse, or registered domestic partner
- To participate in a qualifying event related to a family member's deployment to a foreign country

The Paid Family Leave Act provides benefits based on past earnings. The cost of the insurance is fully paid by the employee. The 12-month period begins on the first day an employee submits a claim.

To be eligible for benefits, employees may be required to provide medical and/or other information that supports a claim for time off to bond with a new child or to care for a family member with a serious health condition.

The employee is responsible for filing their claim for family leave insurance benefits and other forms promptly and accurately with the Employment Development Department. A claim form may be obtained from the Employment Development Department by telephone, letter, the Internet or in person. All eligibility and benefit determinations are made by the Employment Development Department.

Employees may not be eligible for Paid Family Leave benefits if they are receiving Disability Insurance, Unemployment Compensation Insurance or Workers' Compensation benefits.

The Paid Family Leave Act does not provide a right to leave, job protection or return to work rights. Further, this policy does not provide additional time off; rather, family leave insurance may provide compensation during an approved leave pursuant to any employer-provided leave.

## CALIFORNIA FAMILY RIGHTS ACT

Intrepid Studios, Inc. provides unpaid family and medical leave to eligible employees in accordance with the California Family Rights Act (CFRA).

Eligibility
To be eligible for CFRA leave, you must:
- Have been employed for at least 12 months (52 weeks) with the Company prior to beginning CFRA leave; and
- Have worked for the Company for at least 1,250 hours during the 12-month period immediately before the leave is to start.

-

Reasons for Leave
You may take CFRA leave for the following reasons:

- The birth, adoption, or foster care placement of a child.
- To care for your own or your family member's serious health condition (not including disability due to pregnancy, childbirth, or related medical conditions).
- A qualifying exigency related to your spouse, domestic partner, child, or parent who is a military member on covered active duty or called to covered active duty status (or has been notified of an impending call or order to covered active duty).

As used in this policy:

- *Family member* means your child, parent, grandparent, grandchild, sibling, spouse, domestic partner, or designated person.
- Child means a biological, adopted, or foster child; a stepchild; a legal ward; a child of a domestic partner; or a person to whom you stand in loco parentis.
- *Designated person* means any person related to you by blood or whose association to you is the equivalent of a family relationship.
- *Parent* means a biological, foster, or adoptive parent; a parent-in-law; a stepparent; a legal guardian; or a person who stood in loco parentis to you when you were a child.
- *Sibling* means a person related to another person by blood, adoption, or affinity through a common legal or biological parent.

You may identify your designated person at the time you request CFRA leave.

Leave Usage
Eligible employees may take up to 12 workweeks of leave per leave year. For purposes of this policy, the leave year is the calendar year.

CFRA leave is generally unpaid; however, you may elect to use applicable accrued leave to cover some or all of the leave taken. You may also be eligible for partial wage replacement benefits under California's Paid Family Leave (PFL) or State Disability Insurance (SDI) programs depending on your reason for leave. For additional information, contact Human Resources.

CFRA leave will run concurrently with other federal/state laws when permitted by law.

Intermittent Leave
When medically necessary, leave may be taken on an intermittent or a reduced work schedule.

Notice

54

If the need for leave is foreseeable (such as the birth of a child or planned medical treatment), you must provide reasonable advance notice and make a reasonable effort to schedule leave so that it will not unduly disrupt Company operations. If unforeseeable, provide notice as soon as practical. Notice should include the anticipated timing and duration of the leave.

Failure to comply with these notice rules is grounds for, and may result in, deferral of the request for leave until you comply with the notice requirement.

Certification
Where leave is requested for your own or a covered family member's serious health condition, the Company may require you to provide certification from your own or the Company's healthcare provider.

If leave is for your own serious health condition, certification must include:

- The date when the serious health condition began.
- The probable duration of the condition.
- A statement that, due to the serious health condition, you are unable to perform the function of your position.

If leave is for a covered family member's serious health condition, certification must include:

- The date when the serious health condition began.
- The probable duration of the condition.
- An estimate of the amount of time that the healthcare provider believes you are needed to care for the family member.
- A statement that the family member's serious health condition requires you to provide care during the period of treatment or supervision.

The Company may require subsequent recertification of your own serious health condition if additional leave is required.

If the Company has reason to doubt the validity of the certification provided, the Company may require, at its own expense, that you obtain a second opinion from a healthcare provider designated or approved by the Company. If the second opinion differs from the original certification, the Company may again require, at its own expense, that you obtain a third opinion from a different healthcare provider designated or approved jointly by you and the Company. The third opinion will be considered final and binding.

Return to Work
If you take leave for your own serious health condition, you must obtain certification from your healthcare provider that you are able to resume work.

Reinstatement
Upon return to work at the end of leave, you will be placed in your original job or an equivalent job with equivalent pay and benefits. You will not lose any benefits that accrued before leave was taken. You may not, however, be entitled to discretionary raises, promotions, bonus payments, or other benefits that become available during the period of leave.

Benefits
If the Company provides you with health benefits under a group health plan, the Company will maintain and pay for your health coverage for up to 12 weeks at the same level and under the same conditions as coverage would have been provided if you had not taken CFRA leave.

55

Failure to Return to Work

If you fail to return to work or fail to request an extension of leave prior to the expiration of the leave, you will be considered to have voluntarily terminated your employment. If you fail to return from leave, the Company may require reimbursement of the health insurance premiums paid during the leave under certain circumstances.

Retaliation

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (CALIFORNIA) PREGNANCY LEAVE

The Pregnancy Disability Leave (PDL) Act allows an employee who is disabled due to pregnancy, childbirth, or related medical conditions to take a pregnancy-related disability leave for the period of actual disability, up to a maximum of four months. The duration of the leave is determined by the employee's physician. Part-time employees are entitled to leave on a prorated basis. Employees will be required to provide medical certification supporting the need to time away under pregnancy disability leave.

Employees who take leave for pregnancy, childbirth, or a related medical condition will be treated like an employee with any other disability and will be eligible for temporary disability benefits in the same amount as any other employee on leave.

Regular and temporary full- and part-time employees of the Company are eligible for pregnancy leave without regard to length of employment. Any accrued but unused sick leave will be substituted for unpaid pregnancy disability leave. Employees may elect to substitute any other accrued but unused paid time off for unpaid pregnancy disability leave.

Upon request of the employee and recommendation of the employee's physician, the employee's work assignment may be changed to protect the health and safety of the employee and her child. Temporary transfers due to health considerations will be granted when possible. The transferred employee must be qualified for the position, and they will have an equivalent rate of pay and benefits received in the position they occupied immediately before the leave.

The Company will maintain health coverage during the period of actual disability, up to a maximum of four months, in addition to the requirement to maintain health coverage during an approved leave under the California Family Rights Act (CFRA) of up to 12 weeks, if applicable.

At the end of the employee's pregnancy disability leave, an employee who has a physical or mental disability (related to pregnancy or otherwise) may be entitled to reasonable accommodation, including additional leave, for that disability.

## (CALIFORNIA) VOTING LEAVE

If an employee cannot vote because of their scheduled work hours, then the employee will be given additional time off to vote in any state or federal election.

Employees must apply for leave at least two days before Election Day. The Company may specify the time during the day that leave can be taken. Generally, time off will be at the beginning or end of their shift, whichever allows the most free time for voting and the least time off from the regular working shift, unless otherwise mutually agreed upon.

Up to two hours will be compensated at the employee's regular rate of pay. Additional time off, when necessary, will be unpaid. Exempt employees will be paid in accordance with the Fair Labor Standards Act.

### (CALIFORNIA) CIVIL AIR PATROL LEAVE

The Company will provide not less than 10 days of leave per year for voluntary members of the California Wing of the Civil Air Patrol in order for volunteers to respond to an emergency operational mission.

The employee volunteer must be employed for at least 90 days immediately before the leave begins. Employees are required to give the Company as much notice as possible of the intended leave dates. Upon return, the employee is entitled to their position or position with equivalent seniority, benefits, pay and other terms of employment unless conditions unrelated to leave render such restoration impractical.

### (CALIFORNIA) MILITARY FAMILY LEAVE

An employee who works an average of 20 or more hours per week whose spouse is a member of the Armed Forces, National Guard or Reserves that has been deployed during a period of military conflict is eligible to receive up to 10 unpaid days off when their spouse is on leave from military deployment.

An employee must provide their supervisor with a notice of intention to take leave within two business days of receiving official notice that their spouse will be on leave from deployment. Employees taking family military leave must also provide the Company with written documentation certifying their spouse will be on leave from deployment.

### (CALIFORNIA) VOLUNTEER EMERGENCY RESPONDER LEAVE

Employees who are volunteer firefighters, reserve peace officers, or emergency rescue personnel will be allowed to take temporary unpaid leaves of absence for the purpose of performing emergency duties. Employees will also be allowed up to 14 days of unpaid leave per calendar year for training.

Employees who are volunteer emergency responders should inform their supervisor so that they are aware that the employee may need to take time off for emergency duty. When an employee is called to an emergency and needs to miss work, they should alert their supervisor before doing so whenever possible.

### (CALIFORNIA) WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, employees may be subpoenaed or otherwise compelled to serve as witnesses in a judicial proceeding. In such cases, you will be provided unpaid leave to attend.
Upon receiving a subpoena (or other document compelling your attendance), notify your Manager as soon as possible to make scheduling arrangements. You may opt to use available paid leave in place of unpaid leave in accordance with applicable law.
The Company reserves the right to require you to provide proof of the need for leave to the extent authorized by law.
The Company will not discriminate or retaliate against employees who request or take leave in accordance with this policy.

**(CALIFORNIA) CRIME VICTIM LEAVE AND ACCOMMODATIONS**

An employee who is the victim of a crime, an immediate family member of a victim, a registered domestic partner of a victim, or the child of a registered domestic partner of a victim, will be provided with unpaid leave to attend judicial proceedings related to the crime.

*Immediate family member* means your spouse, child, stepchild, brother, stepbrother, sister, stepsister, mother, stepmother, father, or stepfather.

*Victim* means a person against whom one of the following crimes has been committed:

- A violent or serious felony, as defined under applicable law.
- A felony regarding theft or embezzlement.

When the need for leave is foreseeable, you must provide documentation of the scheduled proceeding. Such notice is typically given to the victim of the crime by a court or government agency setting the hearing, a district attorney or prosecuting attorney's office, or an office advocating for the victim or witness. If advance notice is not possible, you must provide appropriate documentation within a reasonable time after the absence.

You may opt to use available paid leave in place of unpaid leave in accordance with applicable law.

Information related to your request for leave will be maintained as confidential and will not be disclosed except as required by law.

The Company will not discriminate or retaliate against you due to your status as a victim or for requesting or obtaining leave in accordance with this policy.

**(CALIFORNIA) BONE MARROW DONATION LEAVE**

Employees will be granted up to five working days of paid time off for the purpose of donating bone marrow. Employees are required to utilize any earned vacation or sick leave, but if this leave has been exhausted, the Company will continue to pay regular wages for up to five working days. Leave can be taken intermittently.

Any applicable benefits including the employees' health coverage, accrued paid time off (e.g. vacation, sick leave, etc.), and other benefits will be maintained during the leave. Bone marrow donation leaves of absence do not run concurrently with leaves under the Family and Medical Leave Act (FMLA) or the California Family Rights Act (CFRA). Upon returning to work from a donor leave, the employee will be restored to the same or an equivalent position. The Company may request proof of the need for leave.

**(CALIFORNIA) ORGAN DONATION LEAVE**

Employees will be granted up to 30 working days of paid leave, followed by up to 30 days of unpaid leave for organ donation. Employees are required to use any earned but unused sick leave or vacation time (up to a maximum of two weeks), but if this leave has been exhausted or the leave exceeds two weeks, the Company will continue to pay regular wages for up to 30 days.

Any applicable benefits, including the employee's health coverage and accrued paid time off, will be maintained during the leave. Organ donation leaves of absence must be granted in addition to time under the Family and Medical Leave Act (FMLA) or the California Family Rights Act (CFRA). Upon returning to work from a donor leave, the employee will be restored to the same or an equivalent position. The Company may request proof of the need for leave.

### (CALIFORNIA) REHABILITATION LEAVE

The Company is committed to providing assistance to our employees. Any employee who wishes to voluntarily enter and participate in an alcohol and/or drug rehabilitation program may be granted a reasonable accommodation. This accommodation may include time off without pay and/or an adjusted work schedule, provided the accommodation does not impose an undue hardship on the Company. In general, it is the employee's responsibility to notify their supervisor or manager of the need for accommodation.

This policy does not prevent the Company from refusing to hire or disciplining, up to and including discharge, an employee who is unable to perform his or her duties or cannot perform the duties in a manner that would not endanger his or her health or safety or the health or safety of others because of the current use of alcohol or drugs.

### (CALIFORNIA) LITERACY EDUCATION ASSISTANCE

The Company will reasonably accommodate and assist any employee who reveals a problem with literacy and requests assistance in enrolling in an adult literacy education program, provided that it does not impose an undue hardship on the Company.

The Company will make reasonable efforts to safeguard the privacy of the employee as to the reason for their request under this policy. Approved time off of work to enroll and participate in an adult literacy education program will be unpaid; exempt employees will be paid in according with the Fair Labor Standards Act (FLSA).

### (CALIFORNIA) SCHOOL LEAVE FOR ACTIVITY ATTENDANCE

The Company will grant employees who are the parent, guardian, or grandparent of a child in grades K-12, or of a child attending a licensed daycare facility, up to 40 hours of leave without pay per calendar year to participate in activities of their child's school or daycare facility. This leave should not exceed 8 hours in any calendar month, except in case of emergency. Requests for such leave must be made in advance of the planned absence and employees may be asked for proof of the need for leave.

The employee must use available vacation or personal leave for school visitation, and must take leave without pay if no paid leave is available. Exempt employees may be provided time off with pay when necessary to comply with state and federal wage and hour laws.

### (CALIFORNIA) SCHOOL LEAVE FOR DISCIPLINARY MATTERS

The Company will grant unpaid time off for employees who are parents or guardians of school-age children who need time off to attend disciplinary events at school such as hearings and/or meetings for other events including suspension and expulsion. Employees are required to give reasonable notice to the Company that they need to take time off.

The employee must use available vacation or personal leave for school visitation, and must take leave without pay if no paid leave is available. Exempt employees may be provided time off with pay when necessary to comply with state and federal wage and hour laws.

### (CALIFORNIA) LEAVE & ACCOMMODATIONS FOR VICTIMS OF VIOLENCE

Intrepid Studios, Inc. will provide reasonable accommodations or leave to employees who are, or whose family members are, a victim of a qualifying act of violence to ensure their safety while at work, provided the accommodation does not create an undue hardship on the Company.

59

*Family member* means your child, parent, grandparent, grandchild, sibling, spouse, domestic partner, or designated person (as defined under applicable law).

*Qualifying act of violence* means any of the following, regardless of whether anyone is arrested, or prosecuted for, or convicted of committing any crime:
- Domestic violence.
- Sexual assault.
- Stalking.
- An act, conduct, or pattern of conduct in which:
  - An individual causes bodily injury or death to another individual.
  - An individual exhibits, draws, brandishes, or uses a firearm, or other dangerous weapon, with respect to another individual.
  - An individual uses, or makes a reasonably perceived or actual threat to use, force against another individual to cause physical injury or death.

Reasonable accommodations may include the implementation of safety measures such as:
- A transfer, reassignment, or modified schedule.
- A change in telephone number or workstation, or installed lock.
- Assistance in documenting domestic violence, sexual assault, stalking, or other qualifying act of violence that occurs in the workplace.
- An implemented safety procedure or other adjustment to a job structure, workplace facility, or work requirement in response to domestic violence, sexual assault, stalking, or other qualifying act of violence.
- Referral to a victim assistance organization.

Leave may be used for the following purposes:
1. To obtain or attempt to obtain any relief for yourself or a family member. Relief includes, but is not limited to, a temporary restraining order, restraining order, or other injunctive relief to help ensure your own or your family member's health, safety, or welfare.
2. To seek or obtain medical attention for yourself or a family member for injuries or recovery from injuries caused by a qualifying act of violence.
3. To seek, obtain, or assist a family member in seeking or obtaining services from a domestic violence shelter, program, rape crisis center, or victim services organization or agency as a result of a qualifying act of violence.
4. To seek, obtain, or assist a family member in seeking or obtaining psychological counseling or mental health services related to an experience of a qualifying act of violence.
5. To participate in safety planning or take other actions to increase safety from future qualifying acts of violence.
6. To relocate or engage in the process of securing a new residence due to the qualifying act of violence, including, but not limited to, securing temporary or permanent housing or enrolling children in a new school or childcare.
7. To provide care to a family member who is recovering from injuries caused by a qualifying act of violence.
8. To seek, obtain, or assist a family member in seeking or obtaining civil or criminal legal services in relation to the qualifying act of violence.
9. To prepare for, participate in, or attend any civil, administrative, or criminal legal proceeding related to the qualifying act of violence.
10. To seek, obtain, or provide childcare or care to a child or care-dependent adult if the care is necessary to ensure the safety of the child or care-dependent adult as a result of the qualifying act of violence.

60

<u>Notice</u>
You must provide reasonable notice of your need for leave or accommodation unless advance notice is not feasible. You may identify a "designated person" when you request leave.

Upon receiving a request, the Company will engage in a timely, good faith, and interactive process with you to determine effective reasonable accommodations.

<u>Certification</u>
When requesting leave or a reasonable accommodation, you may be asked to provide a written statement signed by you or an individual acting on your behalf, certifying that the accommodation is for an authorized purpose. You may also be asked to provide documentation that demonstrates your status as a victim of domestic violence, sexual assault, stalking, or other qualifying act of violence, such as:

- A police report showing that you or your family member was a victim.
- A court order protecting or separating you or your family member from the perpetrator of the qualifying act of violence, or other evidence from a court or prosecuting attorney that you or your family member has appeared in court.
- Documentation from a licensed medical professional, domestic violence counselor, sexual assault counselor, victim advocate, licensed healthcare provider, or counselor showing that you or your family member was undergoing treatment or seeking or receiving services directly related to the qualifying act of violence.
- Any other form of documentation that reasonably verifies that a qualifying act of violence occurred.

For accommodation(s), the Company may require recertification every six months.
If you no longer need an accommodation, you must notify the Company that the accommodation is no longer needed. If circumstances change and you need a new accommodation, you must request one.

<u>Leave Use</u>
The maximum amount of leave you may take under this policy is 12 weeks.

<u>Interaction with Other Leave</u>
You may use available paid leave as permissible under applicable law.
Leave under this policy runs concurrently with leave taken pursuant to the federal Family and Medical Leave Act (FMLA) and the California Family Rights Act (CFRA) when permissible under applicable law.

<u>Confidentiality</u>
Information related to your request for an accommodation will be maintained as confidential and will not be disclosed except as required by law or as necessary to protect your safety in the workplace. You will be provided notice before any authorized disclosure.

<u>Retaliation</u>
The Company will not discriminate or retaliate against you due to your status, or your family member's status, as a victim or for requesting or obtaining an accommodation in accordance with this policy.

61

# COLORADO EMPLOYEE HANDBOOK ADDENDUM

### (COLORADO) OVERTIME & MINIMUM PAY STANDARDS (COMPS) ORDER NOTICE

The Company is required to provide you with a copy of the latest Colorado Overtime and Minimum Pay Standards Order (COMPS Order) or COMPS Order poster with this handbook. A copy of the latest COMPS Order poster is included at the end of this handbook.

### (COLORADO) CIVIL AIR PATROL LEAVE

Intrepid Studios, Inc. will provide eligible employees with up to 15 days of unpaid Civil Air Patrol leave per calendar year to respond to an emergency operational mission of the Colorado Wing of the Civil Air Patrol.

*Eligibility*
To be eligible for Civil Air Patrol leave, you must be a member of the Colorado Wing of the Civil Air Patrol. Temporary employees are not eligible for Civil Air Patrol leave.

*Use of Leave*
Leave will only be allowed if you return to work as soon as practical after being relieved from the Civil Air Patrol mission.

*Notice*
Provide as much notice as possible of your intent to take Civil Air Patrol leave.

*Certification*
The Company may require you to provide evidence of the satisfactory completion of Civil Air Patrol service.

*Restoration*
Upon return from leave, you will be restored to your previous position or a similar position.

*Retaliation*
The Company will not retaliate or discriminate against employees who request or take leave in accordance with this policy.

### (COLORADO) DOMESTIC VIOLENCE LEAVE

Intrepid Studios, Inc. will provide employees who are victims of domestic violence, including sexual abuse, stalking, sexual assault, or any other crime including an act found by a court to be domestic violence, up to three days of unpaid leave time within a 12-month period.

*Eligibility*
You must have been employed with the Company for 12 or more months to be eligible for this leave.

*Use of Leave*
You may use leave available under this policy to:
- Seek a civil protection order to prevent domestic abuse.
- Obtain medical care and/or medical health counseling for yourself or your children to address physical or psychological injuries resulting from the act of domestic abuse, stalking, sexual assault, or other crime involving domestic violence.

- Make your home secure from the perpetrator of the crime or seek new housing to escape the perpetrator.
- Seek legal assistance to address issues arising from the crime and attend and prepare for court-related proceedings arising from the act or crime.

*Notice*

Except in a case of imminent danger, if you are seeking leave from work under this policy you must provide the Company with advance notice of the leave. In addition, the Company may require you to provide documentation verifying the need for the leave. Confidentiality of the situation will be maintained to the extent possible.

*Retaliation*

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (COLORADO) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are summoned for jury duty, you will be paid your regular wage (not to exceed $50 per day unless mutually agreed to) for the first three days of juror service or any part thereof. For any additional days, time spent on jury duty will be unpaid. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (COLORADO) PAID FAMILY AND MEDICAL LEAVE INSURANCE

Colorado's Family and Medical Leave Insurance (FAMLI) program provides eligible employees with paid leave to care for themselves or their family members under certain circumstances.

The program is administered by the Colorado Department of Labor and Employment, Division of Family and Medical Leave Insurance (FAMLI Division). Program premiums are funded through employee payroll deductions.

*Eligibility*

To be eligible for FAMLI leave, you must have earned at least $2,500 in wages in Colorado over the previous year.

*Reasons for Leave*

FAMLI leave can be taken for the following reasons:
- The birth of a child and to care for that child (leave must be completed within one year of the child's birth).
- The adoption or foster care placement of a child with you and to care for that child (leave must be completed within one year of the child's placement).
- To care for a family member with a serious health condition.
- To care for your own serious health condition.

63

- A qualifying exigency of a family member who is a military member on covered active duty or called to covered active-duty status (or has been notified of an impending call or order to covered active duty).
- To obtain safe housing, care, and/or legal assistance in response to domestic violence, stalking, sexual assault, or sexual abuse.

***Family member*** means:

- Regardless of age, your biological, adopted, or foster child, stepchild or legal ward, a child of your domestic partner, a child to whom you stand in loco parentis, or a person to whom you stood in loco parentis when the person was a minor;
- A biological, adoptive, or foster parent, stepparent, or legal guardian of you or your spouse or domestic partner, or a person who stood in loco parentis to you or your spouse or domestic partner when you or they were a minor child;
- A person to whom you are legally married under the laws of any state, or your domestic partner;
- A grandparent, grandchild, or sibling (whether a biological, foster, adoptive, or step relationship) of you or your spouse or domestic partner; or
- Any other individual with whom you have a significant personal bond that is or is like a family relationship, regardless of biological or legal relationship.

### *Leave Usage*

If eligible, you may take up to 12 weeks of FAMLI leave per year. If you have a serious health condition caused by pregnancy or childbirth complications, you may be eligible to take up to an additional four weeks, for a total of 16 weeks.

Leave may be taken continuously, intermittently, or in the form of a reduced schedule.

FAMLI leave will run concurrently with other leave when permissible under applicable law.

You may choose, but are not required, to use sick leave or other paid time off before using FAMLI leave.

### *Notice*

If leave is foreseeable, you must provide at least 30 days' notice. If leave is unforeseeable, you must provide notice as soon as practical.

### *Applying for Leave*

You must apply for FAMLI leave with the FAMLI Division. Instructions on how to file are available on the FAMLI Division website (https://famli.colorado.gov/). You have up to 30 days after leave has started to apply.

### *Compensation*

FAMLI leave benefits will be paid at a rate based on your average weekly wage. You can estimate your potential benefits by using the calculator available at https://famli.colorado.gov/individuals-and-families/premium-and-benefits-calculator.

### *Continuation of Health Benefits*

If the Company provides you with health benefits under a group health plan, the Company will maintain your health coverage at the same level and under the same conditions as if you had been continuously employed. You will be responsible for paying your share of the cost of health benefits as required prior to beginning leave.

*Restoration*

If you worked for the Company for at least 180 days prior to taking leave, you will be restored to your previous position or an equivalent position with equivalent employment benefits, pay, and other terms and conditions of employment.

*Retaliation*

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (COLORADO) VOTING LEAVE

Upon prior request (before Election Day), you will be provided up to two hours of paid time off to vote if you do not have three or more nonworking hours in which to vote during the hours the polls are open. The time when you can go to vote will be at the discretion of your Manager, consistent with applicable legal requirements.

## (COLORADO) WORKPLACE PUBLIC HEALTH RIGHTS NOTICE

The Company is required to provide you with information regarding your rights under the Colorado Healthy Families and Workplaces Act (HFWA) and the Colorado Public Health Emergency Whistleblower Law (PHEW). A copy of the latest Colorado Workplace Public Health Rights poster, included at the end of this handbook, satisfies this requirement.

# FLORIDA EMPLOYEE HANDBOOK ADDENDUM

## (FLORIDA) CIVIL AIR PATROL LEAVE

Intrepid Studios, Inc. will provide eligible employees with at least 15 days of unpaid Civil Air Patrol leave per year to participate in a Civil Air Patrol training or mission.

### *Eligibility*
To be eligible for Civil Air Patrol leave, you must:
Be employed by the Company for at least 90 days before beginning leave; and
Be a senior member of the Florida Wing of the Civil Air Patrol with at least an emergency services qualification.

### *Use of Leave*
You will not be required to use paid leave while on Civil Air Patrol leave. However, you may elect to substitute any paid leave for the work time missed on Civil Air Patrol leave.

### *Notice*
Provide as much notice as possible of your intent to take Civil Air Patrol leave.

### *Certification*
The Company may ask you to provide documentation supporting your need for leave.

### *Restoration*
Upon completion of leave, you must promptly notify the Company of your intent to return to work. The Company is not required to permit you to return to work if:
- The Company's circumstances have so changed as to make employment impossible or unreasonable;
- It would impose an undue hardship on the Company;
- Your employment prior to taking leave was for a brief, nonrecurring period, and there was no reasonable expectation that your employment would continue indefinitely or for a significant period; or
- The Company had legally sufficient cause to terminate you at the time you commenced leave.

If you are permitted to return to work, you are entitled to:
- The seniority that you had on the date leave began and any other rights and benefits that are bestowed upon you as a result of such seniority; and
- Any additional seniority that you would have attained if you had remained continuously employed and any other rights and benefits that would have been bestowed upon you as a result of such seniority.

After you have returned to work, you may not be terminated for a period of one year after the date you returned, except for cause.

### *Retaliation*
The Company will not retaliate or discriminate against employees who request or take leave in accordance with this policy.

## (FLORIDA) DOMESTIC/SEXUAL VIOLENCE LEAVE

Intrepid Studios, Inc. will provide employees who are victims of domestic or sexual violence, or whose family or household member is a victim of domestic violence, with up to three days of unpaid leave in any 12-month period for certain qualifying reasons.

66

*Eligibility*
To be eligible for domestic/sexual violence leave you must have worked for the Company for at least three months.

*Leave Usage*
You may take domestic/sexual violence leave to:
- Seek an injunction for protection against domestic violence or an injunction for protection in cases of repeat violence, dating, or sexual violence.
- Obtain medical care or mental health counseling for yourself or your family or household member to address physical or psychological injuries resulting from domestic violence.
- Obtain services from a victim services organization for yourself or your family or household member.
- Make your home secure from the perpetrator of domestic violence or seek new housing to escape the perpetrator.
- Seek legal assistance in addressing issues arising from domestic violence or prepare for and attend court-related proceedings arising from domestic violence.

*Family or household member* means your spouse, former spouse, persons related to you by blood or marriage, persons who are presently residing with you as if they are family or who have resided with you in the past as if they are family, and persons who have a child in common with you regardless of whether you have been married to them. With the exception of persons who have a child in common with you, the family or household members must be currently residing with you or have in the past resided with you in the same single dwelling unit.

*Notice*
Except in the case of imminent danger to your health and safety or that of your family or household member, you must provide reasonable advance notice of your need for leave. You may be required to provide documentation showing evidence of your need for leave.

*Compensation*
Leave under this policy is unpaid; however, you may substitute any applicable paid leave for all or a portion of your unpaid leave.

*Confidentiality*
Information about your request for leave will be kept confidential, except as required by federal or state law or as necessary to protect your safety in the workplace.

*Retaliation*
The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (FLORIDA) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to

the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

# HAWAII EMPLOYEE HANDBOOK ADDENDUM

## (HAWAII) BONE MARROW, STEM CELL, OR ORGAN DONATION LEAVE

Intrepid Studios, Inc. will provide eligible employees up to seven days of leave each calendar year to serve as a bone marrow donor or peripheral blood stem cell donor and up to 30 days of leave per calendar year to serve as an organ donor.

You are eligible for this leave if you have worked for the Company for at least one year immediately preceding the leave.

To obtain leave under this policy, you must submit written verification to your Manager that you are an organ donor, bone marrow donor, or peripheral blood stem cell donor and that there is a medical necessity for the donation of the organ, bone marrow, or peripheral blood stem cells.

Leave under this policy is unpaid.

A leave of absence under this policy will not constitute a break in your continuous employment for the purpose of the right to salary adjustments, sick leave, vacation, annual leave, or seniority. During a leave of absence under this policy, the Company will maintain and pay for coverage under a group health plan in the same manner as if you were actively at work during the leave period.

Leave provided under this policy will be in addition to, and will not run concurrently with, leave taken under the federal Family and Medical Leave Act (FMLA) or Hawaii Family Leave Law (HFLL).

Upon return from leave, you will be restored to the same position or to a position of equivalent seniority, benefits, pay, and other terms and conditions of employment. However, the Company may decline to restore your position due to conditions unrelated to the exercise of rights under Hawaii's donor leave law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (HAWAII) FAMILY LEAVE

In accordance with the Hawaii Family Leave Law (HFLL), Intrepid Studios, Inc. will allow eligible employees to take up to four weeks of unpaid family leave per leave year for certain reasons.

Eligibility

To be eligible for HFLL leave you must have worked for the Company for at least six consecutive months.

Leave Entitlement

You may take up to four weeks of unpaid HFLL leave per leave year for:
- The birth or adoption of a child; or
- To care for a child, spouse (including a partner to a civil union under Hawaii law or other civil union partnership in another state), reciprocal beneficiary, sibling, grandchild, or parent with a serious health condition.
- 

The leave year under this policy is a calendar year.

As used in this policy:
- *Child* means your biological, adopted, foster, or stepchild, or your legal ward.
- *Parent* means your biological, foster, adoptive, or step-parent, parent-in-law, legal guardian, grandparent, or grandparent-in-law.
- *Sibling* means your biological, adopted, or foster brother or sister, or stepbrother or stepsister.

69

Notice

If your need for HFLL leave is foreseeable, provide the Company with at least 30 days' written notice. If your leave is foreseeable but giving 30 days' written notice is not practicable, you must provide the Company with at least a verbal notification within two business days before your HFLL leave begins. In addition, you must submit a subsequent written notice to confirm the verbal notice as soon as practicable.

If known, notice should include:
- The general reason for the family leave request.
- The anticipated start of leave.
- The anticipated duration of leave.

If your leave is not foreseeable, you must provide the Company with at least a verbal notification within two business days of learning of the need for family leave or as soon as practicable, as well as written notice to follow as soon as practicable.
Failure to provide proper notice may delay the start of your leave.

Certification

If you wish to take HFLL leave, the Company may, at its discretion, require you to provide appropriate written certification as follows:

- For the birth of a child, a written statement issued by a health care provider or the family court.
- For the placement of a child for adoption with you, the petition you filed with the court or a written statement issued by a recognized adoption agency, the attorney handling the adoption, or by the individual officially designated by the birth parent to select and approve the adoptive family.
- For the serious health condition of your child, spouse, reciprocal beneficiary, or parent, a written statement by a health care provider is required. The written certification must provide the information requested in the Hawaii Family Leave Certification of Serious Health Condition form provided by the State of Hawaii, Department of Labor and Industrial Relations, including:
    o The patient's name and relationship to you;
    o The health care provider's name, title, type of practice or field of specialization, location, and signature;
    o A statement that the patient's condition qualifies for family leave as a serious health condition as defined under the HFLL;
    o A statement that you are needed to participate in the care of the patient;
    o A statement that the patient's condition requires hospitalization or the health care provider's continuing treatment or continuing supervision;
    o The approximate date the serious health condition began, and the probable duration that you will be needed to care for the patient with a serious health condition; and
    o Whether it will be necessary for you to take leave intermittently, and if so, the estimated time that you will be needed to care for the patient with a serious health condition.

If the Company requires you to furnish appropriate written certification, this certification must be provided before the family leave begins for foreseeable leave. If the requested leave is unforeseeable, provide written certification no later than two business days after the family leave begins.

70

Failure to provide the appropriate written certification or to comply with the usual notice and certification requirements in a timely manner may result in delay or denial of leave.

Substitution of Paid Leave

You may substitute accrued but unused sick leave, up to a maximum of 10 days per year, unless a collective-bargaining agreement provides for use of more than 10 days, for any part of your family leave. You may elect to substitute any amount of accrued but unused vacation, personal leave, or paid time off for any part of your family leave.

Interaction with Other Laws

If the reason for leave qualifies you for both HFLL and leave under the federal Family and Medical Leave Act (FMLA), the leaves must run concurrently.

Reinstatement

Upon your return from leave, you will be reinstated to your original position, or if no longer available, an equivalent position with equivalent terms and conditions of employment, including pay and employment benefits. However, you will not be entitled to reinstatement if during your HFLL leave there is a layoff or workforce reduction where you would have lost your position had you not been on leave.

Benefits

Use of HFLL leave will not result in the loss of any employment benefit that accrued before the start of your leave that was not used during leave. In addition, you will be entitled to any changes in pay and benefits as if you had not taken family leave except where the change is contingent on seniority or accrual by policy or contract.

Abuse of Leave

If you are found to have provided a false reason for a leave, you will be subject to disciplinary action up to and including termination.

Retaliation

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (HAWAII) LEAVE FOR VICTIMS OF DOMESTIC/SEXUAL VIOLENCE

If you are a victim of domestic or sexual violence, or have a minor child who is a victim of domestic or sexual violence, Intrepid Studios, Inc. will provide you with a reasonable period of leave from work to:

- Seek medical attention for you or your minor child to recover from physical or psychological injury or disability caused by domestic or sexual violence;
- Obtain services from a victim services organization;
- Obtain psychological or other counseling;
- Temporarily or permanently relocate; or
- Take legal action, including preparing for or participating in any civil or criminal legal proceeding related to or resulting from domestic or sexual violence, or other actions to enhance your or your minor child's physical, psychological, or economic health or safety or to enhance the safety of those who associate with or work with you.

For purposes of this policy:

- **Child** means your biological, adopted, or foster son or daughter; a stepchild; or a legal ward.

71

- ***Reasonable period of leave*** means the following time periods:
  - o Where due to physical or psychological injury to or disability to you or your minor child, the period of time determined to be necessary by the attending health care provider, considering the condition of the individual and the job requirements.
  - o Where due to your need to take legal or other actions, including preparing for or participating in any civil or criminal legal proceeding, obtaining services from a victim services organization, or permanently or temporarily relocating, the period of time necessary to complete the activity as determined by your or your minor child's attorney or advocate, court, or personnel of the relevant victim services organization.

Eligibility

To be eligible for leave under this policy, you must have worked for the Company for at least six consecutive months.

Duration of Leave

Regardless of the reason for the leave, time off under this policy may not exceed 30 days per calendar year.

Interaction with Other Leave

Leave taken under this policy will run concurrently with other leave to which you are entitled.

Notice

You must provide reasonable notice of your intent to take leave under this policy unless doing so is not practicable due to imminent danger to you or your minor child. During the leave, the Company may request weekly reports regarding your leave status and may inquire about your intention to return to work.

Certification for Medical Attention

When seeking leave under this policy to obtain medical attention, you will be asked to provide a certificate from your health care provider estimating the length of the leave and the estimated starting and ending date of the leave. In addition, before returning to work, the Company may require you to provide medical certification from your attending health care provider attesting to your condition and approving your return to work.

The leave will not be protected until the required certification is provided.

Verification of Victim Status

When taking leave under this policy for not more than five calendar days for nonmedical reasons, you must provide a signed statement indicating that you or your minor child are a victim of domestic or sexual violence and that the leave is for a purpose permitted by this policy.
When taking leave under this policy for more than five calendar days for nonmedical reasons, you must provide documentation verifying that you or your minor child are a victim of domestic or sexual violence and that the leave is for a purpose permitted by this policy. Such documentation may include:

- A signed written statement from a person listed below from whom you or your minor child has sought assistance in relation to the domestic or sexual violence:
  - o An employee, agent, or volunteer of a victim services organization.
  - o Your attorney or advocate.
  - o Your minor child's attorney or advocate.

72

- o   A medical or other health care professional.
- o   A member of the clergy.
  - A police or court record supporting the occurrence of the domestic or sexual violence.

Compensation
Leave under this policy is unpaid. You must exhaust available, accrued paid or unpaid leave that may be used for the purposes addressed in this policy. You are entitled to no more than 30 days of leave under this policy when combined with other available leave.

Reinstatement
Upon return from leave, you will be reinstated to your original position or a position of comparable status and pay without loss of accumulated service credits and privileges.

Confidentiality
The Company will treat information provided under this policy as confidential and will not disclose such information unless agreed to in writing by you or required by law.

Retaliation
The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (HAWAII) WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, employees may be summoned to serve as witnesses or attend court as prospective witnesses. In such cases, you will be provided unpaid leave to attend. Notify your Manager as soon as possible to make scheduling arrangements.

The Company reserves the right to require employees to provide proof of the need for leave to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

# INDIANA EMPLOYEE HANDBOOK ADDENDUM

### (INDIANA) COURT ATTENDANCE AND WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, employees may be subpoenaed to testify as a witness in a criminal proceeding. In such cases, you will be provided unpaid leave to attend. Notify your Manager as soon as possible to make scheduling arrangements.

The Company reserves the right to require employees to provide proof of the need for leave to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (INDIANA) EMPLOYMENT PROTECTIONS FOR CIVIL AIR PATROL MEMBERS

If you are a member of the Civil Air Patrol, Intrepid Studios, Inc. will not discipline you for:

- Being absent from work due to responding to an emergency service operation that began before you were scheduled to report to work; or
- Leaving work with permission from your Manager to respond to an emergency service operation that began after you reported to work.

To be eligible for these protections, you must notify the Company in writing that you are a member of the Civil Air Patrol. The Company may reject the notification on the grounds that you are an essential employee.

If your notification is rejected, you:

- Must promptly notify the commander or other officer in charge of the Civil Air Patrol of the rejection of your notification; and
- Will not be entitled the protections provided above.

If your notification is accepted, work missed will be considered unpaid leave. The Company may require you to present a written statement from the commander or other officer in charge of the Civil Air Patrol indicating that you were engaged in an emergency service operation at the time of your absence.

### (INDIANA) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (INDIANA) MILITARY FAMILY LEAVE

Intrepid Studios, Inc. will provide up to 10 days of unpaid leave per year to employees who are the spouse, parent, grandparent, child, or sibling of a person who is ordered to active duty.

74

Active duty means full-time service on active duty orders in the U.S. Armed Forces or the National Guard for a period that exceeds 89 consecutive calendar days.

To be eligible for military family leave, you must meet the following conditions:
- Employed by the Company at least 12 months.
- Have worked at least 1,500 hours during the 12-month period immediately preceding the day the leave begins.

Eligible employees may take a leave of absence during one or more of the following periods:
- During the 30 days before active duty orders are in effect;
- During a period in which the person ordered to active duty is on leave while active duty orders are in effect; and/or
- During the 30 days after the active duty orders are terminated.

To take a leave of absence under this policy, provide written notice, including a copy of the active duty orders if available, to your Manager of the date the leave will begin. Provide this notice at least 30 days before the date you intend to begin leave, unless the active duty orders are issued less than 30 days before the date the requested leave is to begin. The leave of absence may not exceed the equivalent of 10 working days in each calendar year.

Military family leave under this policy is unpaid; however, you may choose to substitute any paid leave (other than medical or sick leave) for any part of the military family leave.

You will be allowed to continue available group health benefits at your own expense.

Upon returning to work at the end of leave, you will be placed in your original job or an equivalent job with equivalent seniority, pay, benefits, and other terms and conditions of employment.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

# KANSAS EMPLOYEE HANDBOOK ADDENDUM

### (KANSAS) EMERGENCY SERVICE WORKERS PROTECTION

Intrepid Studios, Inc. will not discharge you based on the fact that you perform duties as a volunteer firefighter, volunteer certified emergency medical service provider, volunteer reserve law enforcement officer, or volunteer part-time law enforcement officer.

### (KANSAS) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (KANSAS) LEAVE FOR VICTIMS OF DOMESTIC VIOLENCE/SEXUAL ASSAULT

Intrepid Studios, Inc. will provide employees who are victims of domestic violence or sexual assault up to eight days of leave per year to:

- Obtain or attempt to obtain any relief, including, but not limited to, a temporary restraining order, restraining order, or other injunctive relief to help ensure the health, safety, or welfare of the victim or the victim's children.
- Seek medical attention for injuries caused by domestic violence or sexual assault.
- Obtain services from a domestic violence shelter, domestic violence program, or rape crisis center due to domestic violence or sexual assault.
- Settle matters, including, but not limited to, court appearances in the aftermath of domestic violence or sexual assault.

In order to obtain leave under this policy, you must provide reasonable advance notice of your intention to take leave, unless such advance notice is not feasible. Within 48 hours after returning from the requested time off, you must provide documentation to support the necessity for leave. Appropriate forms of documentation include:

- A police report indicating that you were a victim of domestic violence or sexual assault.
- A court order protecting or separating you from the perpetrator of an act of domestic violence or sexual assault, or other evidence from the court or prosecuting attorney that you have appeared in court.
- Documentation from a medical professional, domestic violence advocate, or advocate for victims of sexual assault, health care provider, or counselor that you were undergoing treatment for physical or mental injuries or abuse resulting in victimization from an act of domestic violence or sexual assault.
-

If an unscheduled absence occurs, Company will not take action against you if, within 48 hours after the beginning of the unscheduled absence, you provide certification to the Company as described above.

Any information provided by you regarding a request for leave will be kept confidential to the extent allowed by law.

Leave under this policy is unpaid; however, exempt employees may receive pay as required by law. You may opt to use PTO in place of unpaid leave.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (KANSAS) VOTING LEAVE

If your work schedule prevents you from voting on Election Day, Intrepid Studios, Inc. will allow you a reasonable time off to vote (at least two consecutive hours, not including your lunch period). The time when you can go to vote will be at the discretion of your Manager, consistent with applicable legal requirements.

# MARYLAND EMPLOYEE HANDBOOK ADDENDUM

## (MARYLAND) CIVIL AIR PATROL LEAVE

Intrepid Studios, Inc. will provide eligible employees with at least 15 days of unpaid Civil Air Patrol leave per calendar year to respond to an emergency mission of the Maryland Wing of the Civil Air Patrol.

*Eligibility*

To be eligible for Civil Air Patrol leave, you must:

- Be employed by the Company for at least 90 days before beginning leave; and
- Be a volunteer member of the Maryland Wing of the Civil Air Patrol.

*Use of Leave*

You will not be required to exhaust any paid leave in order to take Civil Air Patrol leave.

*Notice*

If eligible, you must provide as much notice as possible of the intended dates leave will begin and end. After arriving at an emergency location, you must provide the Company with an estimated amount of time needed to complete the emergency mission. You must report to the Company necessary changes in the time required to complete the mission.

*Certification*

The Company may require certification from the proper Civil Air Patrol authority verifying your eligibility for the leave requested or taken. The Company may deny the leave if you fail to provide the required certification.

*Restoration*

Upon return from leave, you will be restored to your previous position or a position with equivalent seniority status, benefits, pay, and conditions of employment.

*Benefits*

Taking Civil Air Patrol leave under this policy will not result in the loss of any benefits accrued before the date on which the leave commenced.

*Retaliation*

The Company will not retaliate or discriminate against employees who request or take leave in accordance with this policy.

## (MARYLAND) COURT ATTENDANCE AND WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, employees may be subpoenaed to testify as a witness in court. In such cases, you will be provided unpaid leave to attend. Notify your Manager as soon as possible to make scheduling arrangements. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of the need for leave to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (MARYLAND) CRIME VICTIM LEAVE

If you are the victim of a crime, or have a special relationship to a victim of a crime, you may take time off from work to attend any proceeding relating to the crime, provided you have the right to appear. You are eligible for leave under this policy if you are:

- The victim of the crime or juvenile delinquent act at issue in the proceeding;
- The victim's next of kin or guardian when the victim is deceased or disabled; or
- The victim's representative.

Representative means a person who is designated by:

- The next of kin or guardian of a victim who is deceased or disabled; or
- The court in a dispute over who will be the representative.

Notify your Manager of your need to take leave as soon as possible to make scheduling arrangements.

Time off under this policy will be without pay; however, exempt employees will not incur any reduction in pay for a partial week's absence for leave under this policy. You may opt to use PTO in place of unpaid leave.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (MARYLAND) FAMILY MILITARY LEAVE

If eligible, Intrepid Studios, Inc. will allow you to take leave from work on the day that an immediate family member is leaving for, or returning from, active duty outside the United States as a member of the U.S. Armed Forces. An immediate family member is a spouse, parent, stepparent, child, stepchild, or sibling.

To be eligible for family military leave, you must:

- Be employed by the Company either full time or part time;
- Have worked for the Company for the last 12 months; and
- Have worked at least 1,250 hours during the last 12 months.

When requesting family military leave, you may be required to submit proof verifying that the leave is being taken for appropriate purposes.

The Company will not require you to use sick, vacation, or other paid leave when taking leave under this policy.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (MARYLAND) FLEXIBLE LEAVE

In accordance with the Maryland Flexible Leave Act, you may use earned and available paid leave for the illness or death of an immediate family member.

For purposes of this policy:

- Immediate family means a child, spouse, or parent.
- A child is an adopted, biological, or foster child, a stepchild, or a legal ward who is either: 1) under the age of 18; or 2) at least 18 and incapable of self care due to a mental or physical disability. A parent is an adoptive, biological, or foster parent, a stepparent, a legal guardian, or a person standing in loco parentis.

79

- Paid leave means paid time away from work that is earned and available to an employee: 1) based on hours worked; or 2) as an annual grant of a fixed number of hours or days of leave for performance of service. Paid leave includes sick leave, vacation time, paid time off, and compensatory time.
- 

The age requirement for children does not apply in regard to leave taken for the death of an immediate family member.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MARYLAND) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MARYLAND) PUBLIC HEALTH EMERGENCY LEAVE FOR ESSENTIAL WORKERS

Intrepid Studios, Inc. provides paid public health emergency leave to eligible essential employees in accordance with the Maryland Essential Workers' Protection Act.

*Eligibility*
To be eligible for public health emergency leave, you must:
- Perform a duty or work responsibility during an emergency that cannot be performed remotely or is required to be completed at the work site; and
- Provide services that the Company determines to be essential or critical to its operations.

*Reasons for Leave*
You may use public health emergency leave:
- To isolate, without an order, because you have been diagnosed with or are experiencing symptoms associated with the communicable disease that is the subject of the emergency and are awaiting results of a test to confirm the diagnosis;
- To seek or obtain a medical diagnosis, preventive care, or treatment because you have been diagnosed with the communicable disease that is the subject of the emergency;
- To care for a family member who is isolating, without an order to do so, because of a diagnosis of the communicable disease that is the subject of the emergency;
- Due to a determination by a public health official or healthcare professional that your presence at your place of employment or in the community would jeopardize the health of other individuals because of your exposure to, or exhibited symptoms associated with, the communicable disease that is the subject of the emergency, regardless of whether you have been diagnosed with the communicable disease;

80

- To care for a family member due to a determination by a public health official or healthcare professional that the family member's presence at their place of employment or in the community would jeopardize the health of others because of their exposure to, or exhibited symptoms associated with, the communicable disease that is the subject of the emergency or due to symptoms exhibited regardless of whether the family member has been diagnosed with the communicable disease; or
- To care for a child or other family member because the care provider of the family member is unavailable due to the emergency or their school or place of care has been closed by a federal, state, or local public official or at the discretion of the school or place of care due to the emergency, including if the school or place of care is physically closed but providing instruction remotely.

Paid public health emergency leave is in addition to any other leave or benefit, including paid sick leave under the Maryland Healthy Working Families Act.

*Notice*

Provide notice of your need for leave as soon as practical.

*Compensation*

Leave under this policy is paid. You will be compensated at the rate provided in the federal program, order, law, or regulation. If not specified, you will be compensated as follows:

- If you are a full-time essential worker who regularly works 40 or more hours per week, you will be compensated for 112 hours;
- If you are a part-time essential worker who regularly works less than 40 hours per week, you will be compensated for an amount of hours equivalent to the average hours worked during a typical four-week working period;
- If your work schedule varies from week to week, you will be compensated for the average number of hours that you were scheduled per week over the six-month period ending on the date on which the emergency is declared or proclaimed; or
- If you did not work during the six-month period ending on the date on which the emergency is declared or proclaimed, you will be compensated an amount equal to your reasonable expectation at the time of hiring or the average number of hours per week that you would normally be scheduled to work, whichever is greater.

*Retaliation*

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MARYLAND) VOTING LEAVE

If your work schedule prevents you from voting on Election Day, Intrepid Studios, Inc. will allow you a reasonable time off to vote. The time when you can go to vote will be at the discretion of your Manager, consistent with applicable legal requirements. The time will be paid if it otherwise would have been work time.

81

# MASSACHUSETTS EMPLOYEE HANDBOOK ADDENDUM

## (MASSACHUSETTS) PREGNANT WORKERS FAIRNESS ACT NOTICE

The Massachusetts Pregnant Workers Fairness Act prohibits discrimination against employees due to pregnancy or conditions related to pregnancy. The law also requires employers to provide reasonable accommodations to employees who are pregnant or have a condition related to pregnancy. Conditions related to pregnancy include, but are not limited to, morning sickness, lactation, or the need to express breast milk.

The procedures for requesting an accommodation are described in the Accommodations for Pregnancy, Childbirth, and Related Medical Conditions policy.

## (MASSACHUSETTS) PAID FAMILY AND MEDICAL LEAVE

Intrepid Studios, Inc. provides time off to eligible employees who qualify for paid family and medical leave (PFML) benefits under Massachusetts law. PFML benefits are funded through a state tax.

### *Eligibility*

To be eligible for PFML, you must work in Massachusetts and meet the financial eligibility requirements for unemployment benefits under Massachusetts law at the time of your requested leave.

### *Leave Entitlement and Usage*

You may take up to 12 weeks of paid *family leave* in a benefit year for any of the following reasons:

- The birth of a child and in order to care for that child (leave to be completed within 12 months of the child's birth).
- The placement of a child with you for adoption or foster care and in order to care for the newly placed child (leave to be completed within 12 months of the child's placement).
- To care for a family member with a serious health condition.
- A qualifying exigency of a family member who is a military member on covered active duty or called to covered active-duty status (or has been notified of an impending call or order to covered active duty).

You may take up to 26 weeks of paid *family leave* in a benefit year to care for a family member who is a covered service member and who has a serious injury or illness related to active-duty service.

You may take up to 20 weeks of paid *medical leave* in a benefit year to care for your own serious health condition, which renders you unable to perform any of the essential functions of your position.

For purposes of this policy, the leave year is the consecutive 52-week period beginning on the Sunday immediately before the first day that you take paid family or medical leave.

**Family member** means your spouse, domestic partner, child, parent, or parent of your spouse or domestic partner; a person who stood in loco parentis to you when you were a minor; or your grandchild, grandparent, or sibling.

**Covered service member** means:

- A member of the armed forces, including a member of the National Guard or Reserves, who is:

82

- o Undergoing medical treatment, recuperation, or therapy;
- o Otherwise in outpatient status; or
- o Otherwise on the temporary disability retired list for a serious injury or illness that was incurred by the member in the line of duty on active duty in the armed forces, or a serious injury or illness that existed before the beginning of the member's active duty and was aggravated by service in the line of duty on active duty in the armed forces; **or**
- A former member of the armed forces, including a former member of the National Guard or reserves, who is undergoing medical treatment, recuperation, or therapy for:
  - o A serious injury or illness that was incurred by the member in line of duty on active duty in the armed forces; or
  - o A serious injury or illness that existed before the beginning of the member's active duty and was aggravated by service in line of duty on active duty in the armed forces and manifested before or after the member was discharged or released from service.

*Serious health condition* means an illness, injury, impairment, or physical or mental condition that involves either inpatient care in a hospital, hospice, or residential medical facility, or continuing treatment by a healthcare provider. To qualify as "continuing treatment," the patient must either be incapacitated for more than three consecutive full calendar days, incapacitated due to pregnancy or prenatal care, or incapacitated due to a chronic serious health condition that requires periodic treatment and continues over an extended period of time.

### *Intermittent Leave*
If medically necessary, you may take PFML intermittently or on a reduced schedule basis:
- To care for your own, a family member's, or a covered service member's serious health condition.
- Because of a qualifying exigency related to your family member who is on active duty or has been notified of an impending call or order to active duty.

If leave is taken for the birth, adoption, or foster care placement of a child, you may only take leave intermittently or on a reduced schedule basis if you and the Company agree.

### *Interaction with Other Laws*
PFML will run concurrently with any leave for which you may be eligible under the federal Family and Medical Leave Act (FMLA) and the Massachusetts Parental Leave Act (MPLA).

### *Notice*
Where the need for leave is foreseeable at least 30 days in advance, you must provide at least 30 days' written notice. If the need for leave is not foreseeable at least 30 days in advance, you must give notice as soon as practical under the circumstances.

In addition, if you are seeking intermittent or reduced schedule leave that is foreseeable due to a planned medical treatment, you must consult with the Company in advance of your application for benefits and make a reasonable effort to schedule treatment so as to not unduly disrupt the Company's operations, subject to the approval of your healthcare provider.

Failure to provide appropriate notice may result in the delay or denial of leave, where consistent with Massachusetts law.

### *Claims*
To obtain PFML benefits, you must file an application for benefits with the Massachusetts Department of Family and Medical Leave (DFML). You must provide notice to the Company prior to filing your application for benefits with the DFML. The DFML will accept an application

up to 60 days prior to the anticipated leave start date. All applications must be supported by a certification showing that the leave is for a qualifying reason. Applications and other forms are available from the DFML website (https://www.mass.gov/info-details/paid-family-and-medical-leave-pfml-overview-and-benefits#-how-can-i-apply-for-paid-leave-massachusetts-benefits).

You should be notified by the DFML of the approval or denial of your application within 14 calendar days.

*Fitness for Duty Requirements*

If you take leave because of your own serious health condition (except if you are taking intermittent leave), you are required to provide medical certification that you are fit to resume work. You will not be permitted to resume work until certification is provided.

*Continuation of Health Benefits*

If the Company provides you with health benefits under a group health plan, the Company will maintain and pay for your health coverage at the same level and under the same conditions as coverage would have been provided if you had not taken PFML. If you use paid time off to cover part or all of PFML leave, the employee portion of any premiums will continue to be paid through payroll deductions. If you are not using paid time off to cover part or all of PFML leave, you will be responsible for remitting your portion of health premiums to the Company in order to ensure continuation of benefits.

*Reinstatement*

Upon return from covered PFML, you will be reinstated to your previous position or to an equivalent position, with the same status, pay, employment benefits, length-of-service credit, and seniority credit as of the date of leave. However, the Company reserves the right to deny reinstatement if other employees of equal length-of-service credit and status in the same or equivalent positions have been laid off due to economic conditions or other changes in operating conditions affecting employment during the period of leave.

*Benefit Amount*

An employee's weekly PFML benefits are calculated and provided by the Family and Employment Security Trust Fund. No family or medical leave benefits are payable during the first seven calendar days of an approved initial claim for benefits, and this initial waiting period will count against the total available period of leave in a benefit year. Where the approved claim involves leave on an intermittent or reduced leave schedule, the wait period will be seven consecutive calendar days, not the total accumulation of seven days of leave.

*Supplementing PFML Benefits with Accrued Paid Leave*

If you are receiving PFML benefits, you may supplement, or "top off," your PFML benefits with any accrued paid leave (sick time, vacation, paid time off, personal time, etc.). If you choose to supplement your PFML benefits in this way, the combined weekly sum of PFML benefits and employer-provided paid leave benefits cannot exceed your Individual Average Weekly Wage (IAWW). The IAWW is the average amount you earned per week in the two quarters when you earned the most money (or the one quarter with the most money if you only worked in two or fewer quarters).

*Retaliation*

The Company will not retaliate against employees who request or take PFML in accordance with this policy.

## (MASSACHUSETTS) CRIME VICTIM AND WITNESS LEAVE

Occasionally, employees may be the victim of a crime or legally compelled to attend a judicial proceeding as a witness. In these circumstances, employees may take unpaid leave to:

- Respond to a subpoena to appear as a witness in any criminal proceeding;
- Attend a court proceeding or participate in a police investigation related to a criminal case in which they are a witness or a crime victim (or a deceased family member was a victim);
- Attend or participate in a court proceeding related to a civil case in which they are a victim of family violence; or
- Obtain a restraining or protective order on their own behalf.

If you need to take leave under this policy, notify your Manager as soon as possible. You may be required to provide documentation supporting such leave.

This policy does not apply to employees who have committed or are alleged to have committed a crime.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MASSACHUSETTS) DOMESTIC VIOLENCE LEAVE

Intrepid Studios, Inc. provides up to 15 days of unpaid leave per rolling 12-month period to victims of abusive behavior, domestic violence, sexual assault, kidnapping, and/or stalking, and certain family members, for purposes directly related to the abusive behavior. These purposes may include seeking legal or medical services, counseling, or victim's services; securing housing; obtaining a protective order; appearing in court or before a grand jury; or addressing other issues directly related to the abusive behavior against the victim or family member of the victim.

You may take domestic violence leave if you are a victim of abusive behavior, or due to the abuse of a covered family member, including your spouse/partner, parent, child, sibling, grandparent or grandchild, or persons in a guardian relationship. Perpetrators or accused perpetrators of abuse are not entitled to domestic violence leave.

Before taking domestic violence leave, you must exhaust all of your accrued paid time off, including but not limited to sick time, vacation days, and personal time. You must provide advance notice of your need for leave whenever possible; however, this requirement does not apply if you or a covered family member faces imminent danger to you or your family member's health or safety. Should you be unable to provide advance notice based on a risk of imminent danger, you must notify your Manager or HR within three business days that the time off was related to domestic violence. Should you be unable to notify the Company, a family member, counselor, clergy, or assisting professional may do so on your behalf.

The Company may require documentation supporting your claim for domestic violence leave. Such documentation can consist of a protective order or other court document, police report, police witness statement, documents reflecting the perpetrator's conviction or admission of guilt, documentation of medical treatment, and/or a victim advocate, counselor, social worker, health care worker, member of the clergy, or other assisting professional's sworn statement. In lieu of these documents, you may also submit your own sworn signed statement. Any documentation supporting the need for domestic violence leave must be submitted within 30 days of your last date of absence.

85

While the leave may not be paid, you are entitled to return to the same or a substantially equivalent position once your leave has ended. You will not be terminated, retaliated against, or receive a reduction in benefits based on your use of domestic violence leave. All information related to the leave will be kept in the strictest confidence.

### (MASSACHUSETTS) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

You will be paid your regular wages for the first three days of juror service or any part thereof. For any additional days, time spent on jury duty will be unpaid. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (MASSACHUSETTS) PARENTAL LEAVE

Intrepid Studios, Inc. provides up to eight weeks of unpaid leave in a 12-month period to employees for the birth or adoption of a child. You must work full time and have three consecutive months of employment with the Company to qualify for this leave.

You must provide at least two weeks' notice of the anticipated date of departure and the date you intend to return, or provide notice as soon as practicable if there are reasons beyond your control.

You will be placed in your original job or an equivalent job with equivalent pay and benefits upon return from leave. You will not lose any benefits that accrued before leave was taken.

Federal FMLA leave and Massachusetts parental leave run concurrently and cannot be used consecutively if leave is covered under both laws.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (MASSACHUSETTS) SMALL NECESSITIES LEAVE

Pursuant to the Massachusetts Small Necessities Leave Act, Intrepid Studios, Inc. will provide eligible employees with up to 24 hours of unpaid leave during any 12-month period for the following reasons:
- To participate in school, Head Start, and day care activities directly related to the educational advancement of your child, including parent-teacher conferences or interviewing for a new school.
- To accompany your child to routine medical or dental appointments, including check-ups or vaccinations.
- To accompany your elderly relative to routine medical or dental appointments or appointments for other professional services related to the elder's care, including interviewing at nursing or group homes.

86

Leave may be taken intermittently or on a reduced leave schedule.

You are eligible for small necessities leave if you have worked for Company for 12 months, either consecutively or nonconsecutively, and worked at least 1,250 hours in the previous 12-month period.

If the need for leave is foreseeable, you must provide seven days' notice. Otherwise, provide notice as soon as possible. You may also be required to submit certification verifying the reason for the leave. You may elect to use PTO vacation in place of unpaid leave.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MASSACHUSETTS) VOTING LEAVE

If your work schedule prevents you from voting on Election Day, Intrepid Studios, Inc. will allow you a reasonable time off to vote. The time when you can go to vote will be at the discretion of your Manager, consistent with applicable legal requirements.

# MICHIGAN( EMPLOYEE HANDBOOK ADDENDUM

### (MICHIGAN) SOCIAL SECURITY NUMBER PRIVACY

All employees must provide Intrepid Studios, Inc. with their Social Security numbers (SSNs) for the Company to satisfy payroll, state, and federal tax and insurance coverage requirements. Consistent with Michigan law, the Company takes reasonable steps to maintain the confidentiality of SSNs.

All documents and records containing SSNs and personal identification information are kept in a secure environment. Only authorized personnel with a legitimate business need may access records and documents (both internal and external) that contain employee SSNs and identification information.

In addition to the Company's policy protecting against the disclosure of confidential information, employees are prohibited from accessing, viewing, or using other employees' Social Security information maintained by the Company unless authorized and for lawful purposes.

When necessary, documents containing the SSNs of employees will be properly destroyed through shredding or other means before disposal.

Any employees who unlawfully or without authorization access Social Security data will be disciplined up to and including termination of employment and may be referred to authorities for possible prosecution.

### (MICHIGAN) CRIME VICTIM LEAVE

Intrepid Studios, Inc. will provide eligible employees time off from work to respond to a subpoena or request by the prosecuting attorney for the purposes of giving testimony.

Eligibility
To be eligible for time off under this policy, you must be a victim of crime or a victim representative.

A *victim* is an individual who has suffered direct or threatened physical, financial, or emotional harm as a result of the commission of a crime.

A *victim representative* is an individual who is:
- A guardian or custodian of a child of a deceased victim if the child is less than 18 years of age.
- A parent, guardian, or custodian of a victim of assault if the victim is less than 18 years old.
- A person who has been designated to act in place of a victim of assault while the victim is physically or emotionally disabled.

Compensation
Time off granted under this policy will be unpaid; however, exempt employees may be compensated as required by applicable law.

Notice

Upon receiving a subpoena, provide your Manager with reasonable advance notice of the need for leave. If advance notice is not practicable, provide appropriate documentation within a reasonable time after the absence.

Retaliation
The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MICHIGAN) EARNED SICK LEAVE

Intrepid Studios, Inc. provides earned paid sick leave to eligible employees in accordance with Michigan's Earned Sick Time Act.

Eligibility
All Michigan employees are eligible for earned sick leave.

Reasons for Leave
Sick leave may be used for the following reasons:

- For your own or a family member's mental or physical illness, injury, or health condition; medical diagnosis, care, or treatment of a mental or physical illness, injury, or health condition; or preventative medical care.
- If you or a family member is the victim of domestic violence or sexual assault:
    o To obtain medical care or psychological or other counseling for physical or psychological injury or disability;
    o To obtain services from a victim services organization;
    o To relocate due to domestic violence or sexual assault;
    o To obtain legal services; or
    o To participate in any civil or criminal proceedings related to or resulting from the domestic violence or sexual assault.
- For meetings at your child's school or place of care related to:
    o The child's health or disability; or
    o The effects of domestic violence or sexual assault on the child.
- Absences necessary due to:
    o Closure of your place of business by order of a public official due to a public health emergency;
    o Your need to care for a child whose school or place of care has been closed by order of a public official due to a public health emergency; or
    o Your, or a family member's, exposure to a communicable disease, if it has been determined by the health authorities that your or a family member's presence in the community would jeopardize the health of others because of the exposure to a communicable disease.

*Family member* means:
- A biological, adopted, or foster child; stepchild or legal ward; child of your domestic partner; or a child to whom you stand in loco parentis.
- Your or your spouse's/domestic partner's biological parent, foster parent, stepparent, adoptive parent, legal guardian, or an individual who stood in loco parentis to you or your spouse/domestic partner as a minor child.
- An individual to whom you are legally married under the laws of any state or your domestic partner.
- A grandparent.
- A grandchild.

- A biological, foster, or adopted sibling.
- Any other individual related to you by blood or affinity whose close association with you is the equivalent of a family relationship.

<u>Amount of Leave and Usage</u>

Eligible employees will be provided 72 hours of sick leave at the beginning of each leave year.

For purposes of this policy, the leave year is a calendar year. Once you have worked sufficient hours to have accrued the frontloaded 72 hours of sick leave, you will accrue sick leave at a rate of one hour for every 30 hours worked for the remainder of each leave year.

You may begin using sick leave 90 calendar days after beginning employment. You may only use 72 hours of sick leave per leave year.

Sick leave may be used in one-hour increments. Unused sick leave carries over to the next leave year; however, you may only use 72 hours of sick leave per leave year.

<u>Compensation</u>

You will be compensated for sick leave at your normal hourly wage or the applicable state minimum wage, whichever is greater.

## (MICHIGAN) EMPLOYMENT PROTECTIONS FOR CIVIL AIR PATROL MEMBERS

If you are a member of the Civil Air Patrol, Intrepid Studios, Inc. will not discriminate against, discipline, or discharge you because of your membership or because you are absent from work due to your response to an emergency declared by the governor, or by the President of the United States.

If you are a member of the Civil Air Patrol, you must notify the Company of your membership upon hiring or within 30 days of the date you join, whichever is later.

To be entitled to the protections provided by this policy, you must provide the Company with as much notice as possible of the dates you will be absent from work due to the emergency. You must also provide the Company with verification from the Civil Air Patrol of the emergency need for your service. Time missed from work while responding to the emergency will be treated as unpaid time off.

# MINNESOTA EMPLOYEE HANDBOOK ADDENDUM

## (MINNESOTA) NURSING MOTHERS, LACTATING EMPLOYEES, AND PREGNANCY ACCOMMODATIONS - EMPLOYEE NOTICE

Minnesota's Nursing Mothers, Lactating Employees, and Pregnancy Accommodations law (Minnesota Statutes § 181.939) gives pregnant and lactating employees certain legal rights.

Pregnant employees have the right to request and receive reasonable accommodations, which may include, but are not limited to, more frequent or longer breaks, seating, limits to heavy lifting, temporary transfer to another position, temporary leave of absence, or modification in work schedule or tasks. An employer cannot require an employee to take a leave or accept an accommodation.

Lactating employees have the right to reasonable paid break times to express milk at work

unless they are expressing milk during a break that is not usually paid, such as a meal break. Employers should provide a clean, private, and secure room that is not a bathroom near the work area that includes access to an electrical outlet for employees to express milk.

It is against the law for an employer to retaliate, or to take negative action, against a pregnant or lactating employee for exercising their rights under this law.

Employees who believe their rights have been violated under this law can contact the Minnesota Department of Labor and Industry's Labor Standards Division at dli.laborstandards@state.mn.us or 651-284-5075 for help. Employees also have the right to file a civil lawsuit for relief. For more information about this law, visit dli.mn.gov/new parents.

## (MINNESOTA) WAGE DISCLOSURE PROTECTION

Notice to employees — Under the Minnesota Wage Disclosure Protection law, you have the right to tell any person the amount of your own wages. Your employer cannot retaliate against you for disclosing your own wages or discussing another employee's wages which have been disclosed voluntarily. Your remedies under the Wage Disclosure Protection law are to bring a civil action against your employer and/or file a complaint with the Minnesota Department of Labor and Industry at (651) 284-5075 or (800) 342-5354.

## (MINNESOTA) BONE MARROW DONATION LEAVE

Intrepid Studios, Inc. will provide eligible employees with up to 40 hours of paid leave to undergo medical procedures to donate bone marrow.

Eligibility
To be eligible for bone marrow donation leave, you must work at least 20 hours per week.

Notice and Documentation
To obtain leave under this policy you must provide reasonable notice of the need for leave and submit verification from a physician detailing the purpose and length of the leave requested. If there is a medical determination that you do not qualify as a donor, the paid leave of absence provided to you prior to that medical determination will not be forfeited.

Retaliation
The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MINNESOTA) CIVIL AIR PATROL LEAVE

If you are a member of the Civil Air Patrol, Intrepid Studios, Inc. will provide you with unpaid leave for work missed while rendering services as a member of the Civil Air Patrol at the request of the state or any of its political subdivisions, provided the leave would not unduly disrupt the operations of the Company.

Provide as much notice as possible of the dates you will be absent from work due to your service as a Civil Air Patrol member. The Company may ask you to provide documentation verifying the need for your service.

The Company will not retaliate against employees who request or take leave in accordance with this policy

91

## (MINNESOTA) EARNED SICK AND SAFE LEAVE

Intrepid Studios, Inc. provides paid sick and safe leave to eligible employees in accordance with Minnesota's Earned Sick and Safe Time law.

<u>Eligibility</u>

To be eligible for sick and safe leave, it must be anticipated that you will perform at least 80 hours of work in a year for the Company in Minnesota.

<u>Reasons for Leave</u>

Sick and safe leave may be taken for the following reasons:

- Your own mental or physical illness, injury, or health condition; need for medical diagnosis, care, or treatment of a mental or physical illness, injury, or health condition; or need for preventive medical or health care.
- To care for a family member with a mental or physical illness, injury, or health condition; need for medical diagnosis, care, or treatment of a physical illness, injury, or health condition; or need for preventive medical or health care.
- To make arrangements for or attend funeral services or a memorial, or address financial or legal matters that arise after the death of a family member.
- Due to you or your family member being the victim of domestic abuse, sexual assault, or stalking, provided the absence is to:
  - Seek medical attention related to physical or psychological injury or disability caused by the domestic abuse, sexual assault, or stalking;
  - Obtain services from a victim services organization;
  - Obtain psychological or other counseling;
  - Seek relocation or take steps to secure an existing home due to domestic abuse, sexual assault, or stalking; or
  - Seek legal advice or take legal action, including preparing for or participating in any civil or criminal legal proceeding related to or resulting from domestic abuse, sexual assault, or stalking.
- The closure of your place of business due to weather or other public emergency or your need to care for a family member whose school or place of care has been closed due to weather or other public emergency.
- Your inability to work or telework because you are:
  - Prohibited from working by the Company due to health concerns related to the potential transmission of a communicable illness related to a public emergency; or
  - Seeking or awaiting the results of a diagnostic test for, or a medical diagnosis of, a communicable disease related to a public emergency and you have been exposed to a communicable disease or the Company has requested a test or diagnosis.
- When it has been determined by the health authorities having jurisdiction or by a healthcare professional that you or your family member's presence in the community would jeopardize the health of others because of you or your family member's exposure to a communicable disease, whether or not you or your family member has actually contracted the communicable disease.

***Family member*** means:

- Your child, including foster child, adult child, legal ward, child for whom you are legal guardian, or child to whom you stand or stood in loco parentis;
- Your spouse or registered domestic partner;
- Your sibling, stepsibling, or foster sibling;

92

- Your biological, adoptive, foster, or step parent, or a person who stood in loco parentis to you when you were a minor child;
- Your grandchild, foster grandchild, or step-grandchild;
- Your grandparent or step-grandparent;
- A child of your sibling;
- A sibling of your parents;
- A child-in-law or sibling-in-law;
- Any of the family members listed above of your spouse or registered domestic partner;
- Any other individual related to you by blood or whose close association with you is the equivalent of a family relationship; and
- Up to one individual annually designated by you.

Accrual and Usage
See Time Off section in Handbook.

## (MINNESOTA) ISOLATION AND QUARANTINE LEAVE

Intrepid Studios, Inc. provides up to 21 days of unpaid leave to eligible employees who need to isolate or quarantine in accordance with Minnesota law.

You are eligible for leave if you are subject to isolation or quarantine, or if you are caring for a minor or disabled vulnerable adult family member who is subject to isolation or quarantine, because of:

- A directive from the commissioner of health;
- An order of a federal quarantine officer;
- A state or federal court order; or
- A written recommendation of the commissioner (or their designee).

Provide notice of your need for leave as soon as practical.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MINNESOTA) ELECTION JUDGE LEAVE

Intrepid Studios, Inc. will provide employees who are selected to serve as election judges with paid leave to fulfill the duties of their role. The Company may reduce your salary or wages by the amount you were paid by the appointing authority when missing work to serve as an election judge.

You must provide at least 20 days' written notice of your need to take leave. Notice must be accompanied by certification from the appointing authority stating the hours you will be absent from work.

The Company may restrict the number of employees to be absent from work for the purpose of serving as election judges to no more than 20% of the total workforce at any single worksite.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

93

## (MINNESOTA) LEAVE FOR VICTIMS OF HARASSMENT OR DOMESTIC VIOLENCE

Intrepid Studios, Inc. will provide employees who are victims of harassment or domestic abuse, or whose family or household member is the victim of domestic abuse, with reasonable time off for certain qualifying reasons.

Eligibility
All employees are eligible for this leave.

Leave Usage
Leave may be taken for the following reasons:
- In the case of harassment, to obtain a restraining order against the harasser; or
- In the case of domestic abuse, to obtain an order of protection for yourself or your family or household member.

*Family or household member* means your spouse or former spouse, your parents and children, a person related to you by blood, a person who currently resides with you or has resided with you in the past, a person with whom you have a child in common, regardless of whether you were married or lived together, or any person with whom you are involved in a significant romantic or sexual relationship. In addition, this term refers to a man and woman if the woman is pregnant and the man is alleged to be the father, regardless of whether they have been married or have lived together at any time.

Notice
Except in the case of imminent danger to your health and safety or that of your family or household member, you must provide at least 48 hours' advance notice of your need for leave. You may be required to provide documentation showing evidence of your need for leave.

Compensation
Leave under this policy is unpaid; however, you may substitute any applicable paid leave for all or a portion of your unpaid leave.

Confidentiality
Information about your request for leave will be kept confidential, except as required by federal or state law or as necessary to protect your safety in the workplace.

Retaliation
The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MINNESOTA) MILITARY CEREMONY LEAVE

Intrepid Studios, Inc. will provide up to one day of unpaid leave for employees to attend a send-off or homecoming ceremony for an immediate family member ordered into or returning from active service unless it would unduly disrupt Company operations. *Immediate family member* means your grandparent, parent, legal guardian, sibling, child, grandchild, spouse, fiancé, or fiancée.

You must provide reasonable notice of your need to take leave.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

94

### (MINNESOTA) MILITARY INJURY OR CASUALTY LEAVE

Intrepid Studios, Inc. will provide up to 10 days of unpaid leave to employees whose immediate family member was injured or killed while on active duty with the U.S. Armed Forces. *Immediate family member* means your parent, child, grandparent, sibling, or spouse.

Provide notice of your need for leave as soon as practical.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (MINNESOTA) POLITICAL LEAVE

Intrepid Studios, Inc. will provide eligible employees with unpaid leave to:

- Attend any meeting of the state central committee or executive committee of a major political party (provided they are a member of the committee); or
- Attend any convention of major political party delegates, including meetings of official convention committees (provided they are a delegate or alternate delegate to that convention).

You must provide at least 10 days' written notice of your intent to take leave.

The Company will not retaliate against employees who request or take leave in accordance with this policy

### (MINNESOTA) PREGNANCY AND PARENTING LEAVE

Intrepid Studios, Inc. provides eligible employees with up to 12 weeks total of unpaid pregnancy or parenting leave in accordance with the Minnesota Pregnancy and Parenting Leave Act (MPPLA).

Eligibility
All employees are eligible for pregnancy and parenting leave.

Use of Leave
MPPLA leave is available to biological or adoptive parents in conjunction with the birth or adoption of a child. A *child* is a person under the age of 18 or under the age of 20 but still attending a secondary school. Leave must start within 12 months of the birth or adoption; however, if the child remains in the hospital longer than the mother, leave must begin within 12 months after the child leaves the hospital (parenting leave).

MPPLA leave is also available to eligible female employees for prenatal care or for incapacity due to pregnancy, childbirth, or related health conditions and will begin at the time of request (pregnancy leave).

Interaction with FMLA
MPPLA leave and federal Family and Medical Leave Act (FMLA) leave run concurrently, which means the leave provided by each individual law will count against your entitlement under both laws. However, if you take FMLA leave for unrelated reasons (such as a back injury not caused by pregnancy), you will still be entitled to 12 weeks of leave for pregnancy-related illness and parental leave.

Return to Work

After leave, you will be returned to your former position or to a position of comparable duties, number of hours, and pay. However, if during such leave the Company experiences a layoff and you would have lost your job had you not been on leave, you will not be reinstated. In this situation, you will retain all rights under the Company layoff and recall system.

Upon agreement with the Company, you may return to work part time during the leave period without forfeiting the right to return to employment at the end of the leave period.

<u>Notice</u>
You must provide reasonable advance notice of the dates leave will begin and the estimated amount of leave that will be taken. If the leave is for more than one month, you must notify your Manager at least two weeks prior to returning from such leave.

<u>Substitution of Paid Leave</u>
The amount of MPPLA leave will be reduced by any paid leave provided by the Company, including disability, personal, medical, or sick leave, or accrued vacation time, so the total leave (MPPLA leave plus paid leave) is not more than 12 weeks.

MPPLA will not be reduced for any period of paid or unpaid leave taken for prenatal care medical appointments.

<u>Benefits</u>
The Company will continue to provide insurance coverage under any group insurance policy, group subscriber contract, or healthcare plan to you and your dependents as if you were not on leave. However, during the leave period, you must continue to pay your share of the cost of benefits.

In some instances, the Company may recover premiums it paid to maintain health coverage or other benefits for you and your family if you do not return to work at the end of your approved leave period, unless the continuation, recurrence, or onset of a serious health condition or other circumstances beyond your control prevent your return.

<u>Abuse of Leave</u>
If you are found to have provided a false reason for a leave, you will be subject to disciplinary action, up to and including termination.

<u>Retaliation</u>
The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MINNESOTA) PUBLIC OFFICIAL LEAVE

Intrepid Studios, Inc. will provide employees who have been elected to public office with unpaid leave to attend meetings required by the public office.

Provide as much notice as possible of when you will need to be absent from work to attend meetings. The Company will make an effort to allow you to make up the missed work time.

The Company will not retaliate against employees who request or take leave in accordance with this policy

### (MINNESOTA) SCHOOL CONFERENCE AND ACTIVITIES LEAVE

If eligible, Intrepid Studios, Inc. will provide you with up to 16 hours of unpaid leave in a 12-month period to attend school conferences or activities related to your child, if those conferences or activities cannot be scheduled outside your regular work hours. If your child receives childcare services or attends a prekindergarten regular or special education program, you may use this leave time to attend a conference or activity related to your child, or to observe and monitor the services or program, provided the conference, activity, or observation cannot be scheduled outside your regular work hours.

If leave cannot be scheduled outside your regular work hours and the need for the leave is foreseeable, you must provide reasonable prior notice and make a reasonable effort to schedule the leave so as not to unduly disrupt the operations of the Company.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (MINNESOTA) VICTIM AND WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, you may have an obligation to participate in criminal legal proceedings either as a witness or because you or a close family member was victimized by a criminal act. The Company provides unpaid leave to attend those proceedings under circumstances described below.

If you are required to attend a criminal proceeding either as a witness or as a crime victim (or a close family member of a crime victim), you must provide at least 48 hours' advance notice to your Manager to make arrangements for a leave of absence. If it is impractical or an emergency prevents you from providing advance notice, provide notification as soon as possible.

The Company reserves the right to require employees to provide proof of the need for leave to the extent authorized by law.

Leave under this policy is unpaid. You may opt to use PTO in place of unpaid leave.

Any information related to your leave will be kept confidential by the Company.

This policy does not apply to employees seeking leave because they have committed or are alleged to have committed a criminal act.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (MINNESOTA) VOTING LEAVE

Intrepid Studios, Inc. will allow you a reasonable, paid time off to vote. The time when you can go to vote will be at the discretion of your Manager, consistent with applicable legal requirements.

# MISSOURI EMPLOYEE HANDBOOK ADDENDUM

## (MISSOURI) CIVIL AIR PATROL LEAVE

Intrepid Studios, Inc. will provide eligible employees who are members of the Civil Air Patrol with unpaid time off to engage in the performance of a Civil Air Patrol emergency or a counter-narcotics mission.

### Eligibility

To be eligible for Civil Air Patrol leave, you must be a member of the Civil Air Patrol and be either:

- Qualified for a Civil Air Patrol emergency service specialty; or
- Certified to fly counter-narcotics missions.

### Use of Leave

Civil Air Patrol leave is capped at 15 workdays per calendar year. However, this cap does not apply when responding to a state or nationally declared emergency in Missouri.

You will not lose any leave, or any other rights or benefits, to which you would have otherwise been entitled while on Civil Air Patrol leave.

The Company may request that you be excused from responding to a specific mission, which your supervising wing commander must grant.

### Notice

Provide as much notice as possible of your intent to take leave. The Company may ask you to provide documentation verifying your Civil Air Patrol service.

### Retaliation

The Company will not retaliate or discriminate against employees who request or take leave in accordance with this policy.

## (MISSOURI) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MISSOURI) VICTIM AND WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, you may have an obligation to participate in criminal legal proceedings either as a witness or because you, or a close family member, was victimized by a criminal act. The Company provides unpaid leave to attend those proceedings under circumstances described below.

98

If you are required to attend a criminal proceeding either as a witness or as a crime victim (or a close family member of a crime victim), you must inform your Manager as soon as possible to make scheduling arrangements. The Company reserves the right to require employees to provide proof of the need to attend the criminal proceedings to the extent authorized by law.

Leave under this policy is unpaid; however, exempt employees may receive pay as required by applicable law. You may opt to use PTO for any unpaid leave.

You are expected to return to work if you are excused from the criminal proceedings during regular working hours or released from the criminal proceeding earlier than expected.

This policy does not apply to employees seeking leave because they have committed or are alleged to have committed a criminal act.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (MISSOURI) VOTING LEAVE

If your work schedule prevents you from having three consecutive hours of time off work when voting polls are open, upon prior notice to Intrepid Studios, Inc., you may take up to three hours off work for the purpose of voting. The timing of your leave will be determined by your Manager.

# NEVADA EMPLOYEE HANDBOOK ADDENDUM

### (NEVADA) COURT ATTENDANCE AND WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, employees may be subpoenaed to appear as a witness in a judicial or administrative proceeding. In such cases, you will be provided unpaid leave to attend. Notify your Manager as soon as possible to make scheduling arrangements.

The Company reserves the right to require employees to provide proof of the need for leave to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (NEVADA) EMERGENCY SERVICES LEAVE

Intrepid Studios, Inc. will provide employees who perform duties as volunteer emergency services workers with unpaid time off to perform these services. Covered emergency services workers include:

- Volunteer ambulance drivers and attendants.
- Volunteer firefighters.
- Members of a volunteer search and rescue or reserve unit of a sheriff's department.
- Members of the Civil Air Patrol.

If you are a voluntary emergency services worker, you must disclose your potential obligations to your Manager.

You must provide notice of your need for leave as soon as practical.

The Company will not discriminate or retaliate against employees who serve as volunteer emergency services workers or who take leave in accordance with this policy.

### (NEVADA) LEAVE FOR VICTIMS OF DOMESTIC VIOLENCE AND SEXUAL ASSAULT

Intrepid Studios, Inc. provides eligible employees with up to 160 hours of unpaid victim leave in a 12-month period in accordance with Nevada's leave law for victims of domestic violence and sexual assault.

Eligibility
To be eligible for victim leave, you must:
- Be employed by the Company for at least 90 days; and
- Be a victim of domestic violence or sexual assault or have a household or family member who is the victim of domestic violence or sexual assault.
- Reasons for Leave
- Victim leave may be taken for one or more of the following reasons:
- The diagnosis, care, or treatment of a health condition related to domestic violence or sexual assault committed against you or a member of your family or household;
- To obtain counseling or assistance related to domestic violence or sexual assault committed against you or a member of your family or household;
- To participate in any court proceedings related to an act of domestic violence or sexual assault committed against you or a member of your family or household; or

100

- To establish a safety plan, including any action to increase your safety or the safety of a member of your family or household, from a future act of domestic violence or sexual assault.

Leave Usage

Victim leave must be used within the 12 months immediately following the date on which the domestic violence or sexual assault occurred. Leave may be used consecutively or intermittently.
Victim leave will run concurrently with other leaves where permissible under applicable law.

Notice

You must provide reasonable advance notice of the need for leave unless you are prevented from doing so because of imminent danger to your health or safety or danger to the health or safety of a family or household member. After taking victim leave, you must provide at least 48 hours' advance notice of the need to use additional hours of leave. Victim leave is unpaid; however, you may elect to use any available paid leave time.

Documentation

You may be required to provide documentation supporting your need for leave.
Documentation may include, but is not limited to:

- A police report.
- A copy of an application for an order for protection.
- An affidavit from an organization that provides services to victims of domestic violence.
- Documentation from a physician.

Confidentiality

The Company will take all reasonable steps to keep confidential all information relating to your request for victim leave.

Retaliation

The Company will not discriminate or retaliate against employees who request or take leave in accordance with this policy.

## (NEVADA) LEAVE TO ATTEND JUVENILE COURT

Intrepid Studios, Inc. will provide unpaid leave to employees who need to attend court with or on behalf of a child. To be eligible for this leave, you must be the parent or guardian of the child.

You must provide advance verbal notice of your need for leave as soon as practical. In the case of a detention hearing, you must provide the Company with a certificate of attendance immediately upon your return to work.

For any hearing after the initial detention hearing, you must provide a copy of the written notice of hearing prior to attending the hearing.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEVADA) LEGISLATIVE LEAVE

Intrepid Studios, Inc. will provide employees who serve as state legislators with unpaid leave, provided they are members, to attend the following:

- Meeting of the legislative commission or subcommittee of the legislative commission.
- Meeting of the interim finance committee, other legislative committee, or other subcommittee created by statute.
- Meeting of an interim committee that conducts a study or investigation under Nev. Rev. Stat. § 218E.200 or other legislature-established committee conducting an interim study.
- Meeting of a non-legislative committee, if the employee's membership in the committee is in the employee's official capacity as a legislator.

You must provide written notice of your need to take leave as soon as practical.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEVADA) SCHOOL CONFERENCE AND EMERGENCY LEAVE

Intrepid Studios, Inc. will provide unpaid leave to employees who are the parent, guardian, or custodian of a child who is enrolled in a public or private school to:

- Attend a conference requested by an administrator at the child's school; or
- Respond to an emergency regarding their child that occurs during the workday.

You must provide notice of your need for leave as soon as practical.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEVADA) SCHOOL VISITATION LEAVE

Intrepid Studios, Inc. will provide up to four hours of leave during any school year to employees who are the parent, guardian, or custodian of a child who is enrolled in a public or private school to:

- Attend parent-teacher conferences.
- Attend school-related activities during regular school hours.
- Volunteer or otherwise be involved at the school in which your child is enrolled during regular school hours.
- Attend school-sponsored events.

Leave will be granted for each child who is enrolled in public or private school. The smallest increment of leave you may take is one hour.

You must provide a written request for leave at least five school days before leave is to be taken.
You may be required to provide documentation verifying that during the time of leave, you did attend or were otherwise involved in an eligible school-related activity.

Time off under this policy will be without pay; however, exempt employees may receive pay for partial day absences, as required by applicable law.

102

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEVADA) VOTING LEAVE

Intrepid Studios, Inc. encourages all employees to exercise their right to vote. If your work schedule prevents you from voting on Election Day, the Company will allow you sufficient time off to vote in accordance with the following conditions:

- One hour if your polling place is two miles or less from the workplace.
- Two hours if your polling place is more than two, but not more than 10 miles from the workplace.
- Three hours if your polling place is more than 10 miles from the workplace.

You must provide notice of the need for time off to vote prior to Election Day. The time when you can go to vote will be at the discretion of your Manager, consistent with applicable legal requirements.

No deduction will be made from your usual salary or wages because of the leave.

# NEW MEXICO EMPLOYEE HANDBOOK ADDENDUM

### (NEW MEXICO) DOMESTIC ABUSE VICTIM LEAVE

If you, or one of your family members, are a victim of domestic abuse, Intrepid Studios, Inc. will provide you with up to 14 days of leave per calendar year, with a maximum of eight hours per day, for the purposes of:

- Obtaining a protection order or similar judicial relief.
- Meeting with law enforcement officials.
- Consulting with attorneys or district attorneys' victim advocates.
- Attending court proceedings.

As used in this policy, *family member* includes your minor child or a person for whom you are the legal guardian.

Time off under this policy is without pay; however, exempt employees will be paid in accordance with applicable law. You may choose to use any accrued sick leave or other available paid time off for leave under this policy. Health coverage and eligibility for other benefits will continue during the leave of absence.

If the need for domestic abuse leave is foreseeable, provide reasonable advance notice to your Manager. Where domestic abuse leave is taken in an emergency, you or your representative must provide notice within 24 hours of taking leave. You may be required to provide one of the following verifying the need for domestic abuse leave:

- A police report indicating that you or a family member was a victim of domestic abuse.
- A copy of an order of protection or other court evidence produced in connection with an incident of domestic abuse; however, the document does not constitute a waiver of confidentiality or privilege between you and your advocate or attorney.
- A written statement from you indicating that the domestic abuse leave was taken for the purpose of obtaining an order of protection or other judicial relief from domestic abuse, to meet with law enforcement officials, to consult with attorneys or victim advocates, or to attend court proceedings related to the domestic abuse.
- The written statement of an attorney representing you, a district attorney's victim advocate, a law enforcement official, or a prosecuting attorney that you or your family member appeared or are scheduled to appear in court in connection with an incident of domestic abuse.

Information regarding domestic abuse leave will be kept strictly confidential and will only be disclosed with your consent or as required by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (NEW MEXICO) ISOLATION AND QUARANTINE LEAVE

Intrepid Studios, Inc. provides unpaid leave to employees who need to isolate or quarantine in accordance with a court order.

Provide notice of your need for leave as soon as practical.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEW MEXICO) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEW MEXICO) PAID SICK LEAVE

Intrepid Studios, Inc. provides paid sick leave to eligible employees in accordance with New Mexico's Healthy Workplaces Act (HWA). The benefits and protections provided by this policy may not be waived.

*Eligibility*

All employees (including part time, exempt, seasonal, and temporary) who work in New Mexico are eligible for sick leave.

*Reasons for Leave*

Sick leave may be taken for the following reasons:

- For your own or a family member's mental or physical illness, injury, or health condition; need for medical diagnosis, care, or treatment; or need for preventive medical care.
- For meetings at your child's school or place of care related to the child's health or disability.
- For absences related to you or a family member being a victim of domestic abuse, sexual assault, or stalking, provided that leave is used to:
  - Obtain medical or psychological treatment or counseling;
  - Relocate;
  - Prepare for or participate in legal proceedings; or
  - Obtain other services related to the domestic abuse, sexual assault, or stalking.

*Family member* means your spouse or domestic partner or a person related to you or your spouse or domestic partner as:

- A biological, adopted, or foster child, stepchild, legal ward, or child to whom you stand in loco parentis.
- A biological, adoptive, or foster parent, stepparent, legal guardian, or a person who stood in loco parentis to you when you were a minor child.
- A grandparent.
- A grandchild.
- A biological, adopted, foster, or step sibling.
- A spouse or domestic partner of a family member.

105

- An individual whose close association with you or your spouse or domestic partner is the equivalent of a family relationship.

*Domestic partner* means an individual with whom another individual maintains a household and a mutual committed relationship without a legally recognized marriage.

Amount of Leave and Usage
New Mexico employees may use up to 64 hours of their combined Vacation (PTO) and Sick Leave as sick and safe leave, for any of the above reasons, in accordance with New Mexico's Healthy Workplaces Act (HWA).

See BENEFITS for Vacation (PTO) and Sick Leave accrual details.

Compensation
You will be compensated for sick leave at your regular hourly rate and benefits.

Notice
If the need for leave is foreseeable, you must make a reasonable effort to provide notice before taking leave. If unforeseeable, provide notice as soon as practical. If known, notice should include the expected length of the absence. Notice may be written or verbal.

You must a make reasonable effort to schedule planned sick leave in a manner that does not unduly disrupt business operations.

Documentation
If you are absent for two or more consecutive days, you may be requested to provide reasonable documentation verifying that the leave is being taken for permitted purposes.

**Reasonable documentation** means documentation signed by a health care professional (not necessarily a doctor) indicating the sick leave taken is necessary.

For absences related to domestic abuse, sexual assault, or stalking, you may provide one of the following:
- A police report.
- A court-issued document.
- A statement signed by a victim services organization, clergy member, attorney, advocate, you, a family member, or any other person.

The signed statement does not have to be notarized or be in any particular format. It only needs to affirm you took sick leave for a permitted purpose. The statement does not have to be in English; it can be in your native language.

When documentation is required, you must timely provide it to the Company upon request. You must provide the documentation within 14 days of the date you return to work.

The Company will never require that the documentation explain the nature of any medical condition or the details of the domestic abuse, sexual assault, or stalking. Furthermore, the Company will not delay the use of sick leave because it has not yet received documentation.

All information and documentation received regarding your reasons for taking sick leave is confidential. The Company will not disclose this information except with your permission as necessary for validation of disability insurance claims, accommodations consistent with the

106

federal Americans with Disabilities Act (ADA), as required by the Healthy Workplaces Act, or by court order.

*Payment upon Termination*
You will not be paid for any unused sick leave when your employment ends.

*Transfers*
If you are transferred to a separate division, entity, or location but are still employed by the Company, you are entitled to keep and use all sick leave you earned prior to transfer.

*Collective Bargaining Agreements*
The HWA does not pre-empt or override the terms of any collective bargaining agreement. The sick leave provided by this policy, in accordance with the HWA, is in in addition to any paid time off provided by the Company pursuant to a collective bargaining agreement, unless that paid time off provided may be used for the same purposes and under the same terms and conditions as the HWA.

*Retaliation*
The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEW MEXICO) VOTING LEAVE

Intrepid Studios, Inc. encourages all employees to exercise their right to vote. If your work hours begin two or more hours after the polls open or end three or more hours before the polls close, you will be considered to have sufficient time outside of work to vote. If your work schedule does not allow sufficient time, you may take up to two hours of time off to vote, without loss of pay.

You must provide reasonable advance notice of the need for time off to vote so that the time off can be scheduled to minimize disruption to normal work schedules. Proof of having voted may be required.

The time when you can go to vote will be at the discretion of your Manager, consistent with applicable legal requirements.

# NEW YORK EMPLOYEE HANDBOOK ADDENDUM

### (NEW YORK) REPRODUCTIVE HEALTH RIGHTS NOTICE

Pursuant to New York's Reproductive Health Bias Law (N.Y. Labor Law § 203-e), Intrepid Studios, Inc. will not access your personal information regarding your own or your dependent's reproductive health decision-making—including, but not limited to, the decision to use or access a particular drug, device, or medical service—without your prior informed affirmative written consent.

Furthermore, the Company will not:
- Discriminate or retaliate against you with respect to compensation, terms, conditions, or privileges of employment because of, or on the basis of, your own or your dependent's reproductive health decision-making; or
- Require you to sign a waiver or other document that appears to deny you the right to make your own reproductive healthcare decisions.

If you believe your rights have been violated under this law, you may bring a civil action against the Company. In such civil action, the court may:
- Award damages, including, but not limited to, back pay, benefits, and reasonable attorneys' fees and costs;
- Provide injunctive relief;
- Order reinstatement; and/or
- Award liquidated damages.

If you have questions related to this notice, consult Human Resources.

### (NEW YORK) ACCOMMODATIONS FOR VICTIMS OF DOMESTIC VIOLENCE

Intrepid Studios, Inc. will provide reasonable accommodations to employees who are victims of domestic violence who must be absent from work for a reasonable time, unless such accommodation would cause an undue hardship on the Company.

Accommodations include reasonable time off to:
- Seek medical attention for injuries caused by domestic violence, including for a child who is the victim of domestic violence;
- Obtain services from a domestic violence shelter, program, or rape crisis center as a result of domestic violence;
- Obtain psychological counseling related to an incident or incidents of domestic violence, including for a child who is the victim of domestic violence;
- Participate in safety planning or other action taken to increase safety from future incidents of domestic violence (e.g., temporary or permanent relocation); or
- Obtain legal services, assist in the prosecution of an offense, or appear in court related to an incident of domestic violence.

A *victim of domestic violence* is any person who is older than 16, married, or is a parent accompanied by a minor child in a situation where the individual or minor child is the victim of an act committed by a family or household member in violation of New York penal law. The act must have resulted in actual physical or emotional injury or created a substantial risk of physical or emotional harm to the person or their child.

Notice

You must provide reasonable advance notice of your intention to take time off for the above reasons unless advanced notice is not feasible. If an unscheduled absence occurs, you must provide the following documentation within a reasonable amount of time after your absence:

- A police report indicating that you or your child was a victim of domestic violence;
- A court order protecting or separating you or your child from the perpetrator of the domestic violence;
- Other evidence from the court or prosecuting attorney that you appeared in court; or
- Documentation from a medical professional, domestic violence advocate, health care provider, or counselor that you or your child underwent counseling or treatment for physical or mental injuries or abuse resulting from the domestic violence.

Confidentiality

The Company will maintain the confidentiality of any information regarding your status as a victim of domestic violence, except as required by federal or state law or as necessary to protect your safety in the workplace.

Compensation

The time off may be charged against any paid time off to which you are entitled. If you have no available paid time off, the time off may be treated as unpaid time.

Retaliation

The Company will not retaliate against a victim of domestic violence for requesting or obtaining reasonable accommodation in accordance with this policy.

## (NEW YORK) BLOOD AND BONE MARROW DONATION LEAVE

Intrepid Studios, Inc. provides those employees who work an average of 20 or more hours per week:

- Up to three hours of unpaid leave in any calendar year to donate blood. You must give reasonable notice of at least three working days of your intent to take leave to give blood. Provide documentation to your Manager immediately after such leave is taken.
- Unpaid time off, as determined by your physician, not to exceed 24 hours without Company approval to undergo a medical procedure to donate bone marrow. If you seek leave to donate bone marrow, you must provide verification from a physician setting forth the purpose and length of each leave required.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEW YORK) COVID-19 SICK LEAVE

If you are, or your minor dependent child is, subject to an individual order of mandatory or precautionary quarantine or isolation issued by New York State, the New York State Department of Health, a local board of health, or any other government entity authorized to issue such order due to COVID-19 (Individual Quarantine Order), you may be eligible for paid and/or unpaid leave in addition to paid family leave benefits (PFLB) and disability benefits (DB).

Program Specifics

For the duration of the Individual Quarantine Order the Company is required to provide you with at least 14 days of paid sick leave.

Leave will be provided without the loss of any accrued sick leave and may only be used for up to three orders of quarantine or isolation.

Eligibility

You are not eligible for leave if you are deemed asymptomatic or have not yet been diagnosed with a medical condition and are physically able to work remotely or through other means while under an Individual Quarantine Order.

If you have returned to the United States after non-business-related travel to a country from which the Centers for Disease Control and Prevention (CDC) has issued a level two or three travel health notice, you are not eligible for these benefits if you were provided notice of the travel advisory, were warned that you would not be eligible for such benefits if you elected to travel to such countries, and chose to travel anyway. All employees in this category are entitled to use any accrued leave provided by the Company. If you do not have any accrued leave, you may use unpaid leave for the duration of the quarantine or isolation.

Restoration

Upon return from leave, you will be restored to the same position you held prior to the leave with the same pay and other terms and conditions of your employment.

How to Apply for Benefits

Information on how to apply for DB and/or PFLB when you are under an Individual Quarantine Order is available at https://paidfamilyleave.ny.gov/if-you-are-quarantined-yourself#how-to-apply.

Business Closure

If the Company temporarily closes or goes out of business due to COVID-19, you may not be eligible for the above-mentioned benefits and should immediately apply for unemployment insurance. The unemployment insurance benefits one-week waiting period has been waived. Information on how to file a claim can be obtained at https://labor.ny.gov/unemploymentassistance.shtm.

Discrimination and Retaliation

The Company will not discriminate or retaliate against employees who take leave in accordance with this policy.

## (NEW YORK) CRIME VICTIM AND WITNESS LEAVE

Intrepid Studios, Inc. will provide eligible employees with time off from work, without pay, for any of the following reasons:

- To comply with a subpoena to testify in a criminal proceeding (including time off to consult with the district attorney);
- To give a victim impact statement at a pre-sentencing proceeding;
- To give a statement at a sentencing proceeding; or
- To give a statement at a parole board hearing.

You are eligible for time off under this policy if you are:

- The victim of the crime at issue in the proceedings;
- The victim's next of kin;
- The victim's representative if the victim is deceased as a result of the offense;
- A "Good Samaritan"; or

110

- Pursuing an application or the enforcement of an order of protection as provided under relevant law.

For purpose of this policy:

*Good Samaritan* means someone who acts in good faith to apprehend a person who has committed a crime in his or her presence, to prevent a crime or an attempted crime from occurring, or to aid a law enforcement officer in effecting an arrest.

*Victim's representative* means a person who represents or stands in the place of another person, including but not limited to, an agent, attorney, guardian, conservator, executor, heir, or parent of a minor.

If you are required to attend a criminal proceeding either as a witness or as a crime victim (or a close family member of a crime victim), you must notify your Manager as soon as possible and at least one day before taking leave to make scheduling arrangements. The Company reserves the right to require employees to provide proof of the need to attend the criminal proceedings to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEW YORK) DISABILITY BENEFITS

If you are unable to work for more than seven consecutive days due to a non-work-related illness or injury, or pregnancy-related disability, you may be eligible for disability benefits. Disability benefits provide up to 26 weeks of partial wage replacement benefits during any 52-consecutive-week period. Benefits are payable beginning on the eighth consecutive day of disability.

If you have been disabled for more than seven days, the Company will provide you with a Form DB-271S, *Statement of Rights*, within five days of learning that you are disabled. The *Statement of Rights* provides information on how to file a claim for benefits. You must file a claim within the first 30 days of your disability or all or part of your claim may be rejected. You must be under the care of a physician, chiropractor, podiatrist, psychologist, dentist, or certified nurse midwife to qualify for disability benefits.

Disability benefits are a wage replacement benefit, not a protected leave benefit. If you are temporarily disabled, you may be eligible for job-protected leave under the federal Family and Medical Leave Act or other state or local law.

To learn more about the New York Disability Benefits law, including eligibility requirements and benefits, or to obtain a claim form (Form DB-450), contact the New York State Workers' Compensation Board (www.wcb.ny.gov).

## (NEW YORK) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

You will be paid a minimum of $40 per day for the first three days of juror service or any part thereof. For any additional days, time spent on jury duty will be unpaid. If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty.

You may opt to use PTO in place of unpaid leave.

111

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEW YORK) MILITARY SPOUSE LEAVE

Intrepid Studios, Inc. provides up to 10 days of unpaid leave to employees who are the spouse of a military member who is home on leave during a period of military deployment.

To be eligible for military spouse leave you must:
- Work an average of 20 or more hours per week; and
- Be the spouse of a member of the U.S. Armed Forces, National Guard, or Reserves who has been deployed during a period of military conflict to a combat theater or combat zone of operations.

A *period of military conflict* means a period of war declared by the U.S. Congress or a period during which a member of the Reserves is ordered to active duty under federal authority.
If you need to take military spouse leave, notify your Manager as soon as reasonably possible.

The Company reserves the right to ask for documents supporting the need for leave.

You may elect to use any available paid time off for which you are eligible under Company policy for the purpose of taking military spouse leave, and such paid time off will run concurrently with the leave afforded under this policy.

The Company will not discriminate or retaliate against employees who request or take leave in accordance with this policy.

## (NEW YORK) PAID FAMILY LEAVE

New York's Paid Family Leave (PFL) program provides eligible employees with job-protected, paid time off to:
- Bond with a newly born, adopted, or foster child.
- Care for a family member with a serious health condition.
- Assist in situations when a spouse, domestic partner, child, or parent is deployed abroad on active military service.

Eligibility
Eligible employees may take PFL leave as follows:
- If you work **full time** (a regular schedule of 20 or more hours per week), you are eligible after 26 consecutive weeks of employment.
- If you work **part time** (a regular schedule of less than 20 hours per week), you are eligible after working 175 days, which do not need to be consecutive.

Amount of Benefit
You will be provided up to 12 weeks of leave at 67 percent of your weekly pay (capped at 67 percent of statewide average pay).

You may use accrued paid leave in order to receive full pay while on PFL.

Funding

PFL is funded through employee payroll contributions that are set each year to match the cost of coverage. The rate of employee contributions is reviewed annually and is subject to change by the New York State Department of Financial Services.

If you are not eligible for PFL, you will be provided a waiver to sign, and PFL contributions will not be deducted from your wages.

Qualifying Events

If you are eligible, you may use PFL for the following reasons:

- **New child:** You may take PFL during the first 12 months following the birth, adoption, or fostering of a child. Expectant mothers cannot take PFL for their own pregnancy. PFL for the birth of a child begins after the child's birth and is not available for prenatal conditions.
- **Serious health condition:** You may take PFL to care for a family member with a serious health condition. The relative may live outside of New York State and even outside the country. You cannot take PFL for your own health condition.
- **Military active service deployment:** You may take PFL when your spouse, domestic partner, child, or parent is deployed abroad on active military service or has been notified of an impending military deployment abroad. You cannot use PFL for your own qualifying military event.

As used in this policy:

- *Family member* includes a spouse, domestic partner, child and stepchild, parent and stepparent, parent-in-law, grandparent, grandchild, and sibling (biological, adopted, half, and step).
- *Serious health condition* is an illness, injury, impairment, or physical or mental condition, including transplant preparation and recovery from surgery related to organ or tissue donation, that involves inpatient care in a hospital, hospice, or residential medical facility; or continuing medical treatment or continuing supervision by a health care provider.

Health Insurance

Your health insurance will continue while you are on leave; however, if you contribute to the cost of your health insurance, you must continue to pay your portion of the premium cost while on leave.

Interaction with Other Laws

PFL may be taken by employees who are eligible for time off under the federal Family and Medical Leave Act (FMLA). PFL will run concurrently with designated FMLA leave when the reason for leave qualifies under both PFL and FMLA. Eligible employees must then apply for both PFL and FMLA.

You may not receive short-term disability and PFL benefits at the same time. You may not take more than 26 combined weeks of short-term disability and PFL in a 52-week period.

If you are unable to work and qualify for workers' compensation benefits, you may not use PFL benefits at the same time as you are receiving workers' compensation benefits. If you are receiving reduced earnings, you may be eligible for PFL.

Notice and Required Documentation

113

Notify your Manager and Human Resources if you intend to use PFL. If leave is foreseeable, you must give 30 days' advance notice so the Company can plan for your absence. If the event was not foreseeable, notify Human Resources as soon as possible. If you fail to give notice without unusual circumstances justifying the failure, PFL may be delayed or partially denied.

You must provide documentation in support of your PFL request within 30 days after the leave begins. The Company may require additional proof during your leave, but not more often than once a week. Proof must include a statement of disability from the leave recipient's health care provider.

Returning to Work
On return from PFL, you will be reinstated to your original position, or if no longer available, an equivalent position with equivalent terms and conditions of employment, including pay and employment benefits.

Use of PFL will not result in the loss of any employment benefit that accrued before the start of your family leave that was not used during your family leave.

Retaliation
The Company will not retaliate against employees who request or take leave in accordance with this policy.

Additional Information
If you have additional questions regarding PFL, visit https://paidfamilyleave.ny.gov/.

## (NEW YORK) PAID PRENATAL PERSONAL LEAVE

Intrepid Studios, Inc. will provide employees with 20 hours of paid prenatal personal leave during any 52-week calendar period. Paid prenatal personal leave is in addition to leave provided under New York's Sick Leave Law.

Paid prenatal personal leave may be used for healthcare services during or related to your pregnancy, including physical examinations, medical procedures, monitoring and testing, and discussions with your healthcare provider related to your pregnancy.

Paid prenatal personal leave may be taken in hourly increments and will be compensated at your regular rate of pay or the applicable minimum wage, whichever is greater.

If your need for leave is foreseeable, provide notice as soon as possible. If unforeseeable, provide notice as soon as practical. You are not required to provide documentation supporting your need for leave.

Upon return to work following any paid prenatal personal leave, you will be restored to the position you held prior to taking leave or a position with the same pay and other terms and conditions of employment.

You will not be compensated for unused paid prenatal personal leave when your employment ends.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

114

## (NEW YORK) PAID SICK LEAVE

Intrepid Studios, Inc. provides paid sick leave to eligible employees in accordance with New York law.

Eligibility
All employees are eligible for sick leave.

Reasons for Leave
Sick leave may be used for the following purposes:
- For your own or a family member's mental or physical illness, injury, or health condition regardless of whether such illness, injury, or health condition has been diagnosed or requires medical care at the time that you request leave;
- For the diagnosis, care, or treatment of your own or a family member's mental or physical illness, injury, or health condition or need for medical diagnosis or preventive care; or
- For your absence from work when you or your family member has been the victim of domestic violence, a family offense, sexual offense, stalking, or human trafficking, and you need to:
  - Obtain services from a domestic violence shelter, rape crisis center, or other services program;
  - Participate in safety planning, temporarily or permanently relocate, or take other actions to increase your safety or the safety of your family members;
  - Meet with an attorney or other social services provider to obtain information and advice on, and prepare for or participate in, any criminal or civil proceeding;
  - File a complaint or domestic incident report with law enforcement;
  - Meet with a district attorney's office;
  - Enroll children in a new school; or
  - Take any other actions necessary to ensure your or a family member's health or safety or to protect those who associate or work with you.

If you are responsible for the domestic violence, family offense, sexual offense, stalking, or human trafficking, you are not eligible for leave under this policy.

***Family member*** means:
- Your child, spouse, domestic partner, parent, sibling, grandchild, or grandparent; or
- The child or parent of your spouse or domestic partner.

***Parent*** means:
- Your biological, foster, step, or adoptive parent; or
- A person who acted as your legal guardian or a person who stood in loco parentis when you were a minor child.

***Child*** means:
- Your biological, adopted, or foster child;
- A legal ward; or
- A child for which you stand in loco parentis.

Amount of Leave and Usage
Eligible employees will be provided 56 hours of sick leave at the beginning of each leave year. For purposes of this policy, the leave year is a calendar year.

115

The minimum increment of leave that you may take at one time is one hour. Unused sick leave will carry over to the following leave year; however, you may still only use 56 hours of sick leave in a leave year

Compensation
You will be paid at your regular rate of pay or the applicable minimum wage, whichever is greater.

Notice
If the need for leave is foreseeable, you must provide reasonable notice of your need for leave. If unforeseeable, provide notice as soon as practical. If known, notice should include the expected length of the absence.

Documentation
If you use sick leave for three or more consecutive days, you may be required to provide reasonable documentation confirming your eligibility for leave. Reasonable documentation is limited to the following:
- A statement from a licensed medical provider attesting to your need for sick leave, the amount of leave needed, and the date you may return to work; or
- A statement from you attesting to your eligibility for leave.

The statement does not need to explain the nature of the illness or details related to domestic violence, family offense, sexual offense, stalking, or human trafficking that necessitates the use of leave.

Confidentiality
Details surrounding your request for leave will be kept confidential, except as required by federal or state law or as necessary to protect your safety in the workplace.

Recordkeeping
You may request (verbally or in writing) a summary of the amounts of sick leave you have accrued and used in the current calendar year and/or any previous calendar year. This information will be provided within three business days.

Payment upon Termination
You will not be paid for any unused sick leave when your employment ends.

Retaliation
The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (NEW YORK) VOTING LEAVE

Intrepid Studios, Inc. encourages all employees to fulfill their civic responsibility and to vote in public elections. Most work schedules provide sufficient time to vote either before or after working hours. If the polls are open for at least four consecutive hours before or after the work shift, you will be deemed to have sufficient time outside of work hours to vote.

If you do not have sufficient time before or after work to vote, you may take enough time off at the beginning or end of your work shift to vote. Up to two hours' time off for this purpose will be provided without loss of pay.

You must request time off to vote from your Manager at least two working days prior to Election Day so that the necessary time off can be scheduled at the beginning or end of the work shift, whichever provides the least disruption to normal business operations.

The Company will not retaliate or tolerate retaliation against employees who request or take leave under this policy. If you believe that you are being retaliated against because you requested or took leave under this policy, immediately report it to your Manager or Human Resources.

# NORTH CAROLINA EMPLOYEE HANDBOOK ADDENDUM

### (NORTH CAROLINA) CIVIL AIR PATROL LEAVE

Intrepid Studios, Inc. will provide eligible employees with up to 14 days of unpaid Civil Air Patrol leave to perform their duties related to a state-approved mission or a U.S. Air Force-authorized mission.

Eligibility

To be eligible for Civil Air Patrol leave, you must be a volunteer member of the North Carolina Wing of the Civil Air Patrol.

Use of Leave

Leave may be for no more than seven consecutive scheduled working days. The total amount of leave you may use in a calendar year is 14 days.

You may substitute any available paid leave for your unpaid Civil Air Patrol leave.

Notice

If your need for leave is foreseeable, provide as much advance notice as possible. If unforeseeable, provide notice as soon as practical.

Documentation

To verify that leave was used for a proper purpose, you may be required to furnish a copy of your mission order.

Retaliation

The Company will not retaliate or discriminate against employees who request or take leave in accordance with this policy.

### (NORTH CAROLINA) ELECTION PRECINCT OFFICIAL LEAVE

Intrepid Studios, Inc. will provide employees who are appointed as election precinct officials with unpaid leave on Election Day or canvass day to perform the duties of their position.

You must provide at least 30 days' notice of your intent to take leave to serve as an election precinct official.

The Company will not retaliate or discriminate against employees who request or take leave in accordance with this policy.

### (NORTH CAROLINA) SCHOOL VISITATION LEAVE

If you are the parent, guardian, or person standing in loco parentis of a school-aged child, Intrepid Studios, Inc. will provide you up to four hours of time off per year to attend or otherwise be involved at the child's school.

You and your Manager must mutually agree to the scheduling of leave.

Submit a written request for leave at least 48 hours in advance of the requested absence. You may be required to provide documentation from the child's school verifying that you were involved at the school during the leave time.

Leave under this policy will be unpaid; however, exempt employees may be paid as required by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

# OHIO EMPLOYEE HANDBOOK ADDENDUM

## (OHIO) CRIME VICTIM AND WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, you may have an obligation to participate in criminal legal proceedings either as a witness or because you, or a close family member, was victimized by a criminal act. The Company provides unpaid leave to attend those proceedings under circumstances described below.

If you are required to attend a criminal proceeding, including a grand jury or juvenile proceeding, either as a witness or as a crime victim (or a close family member or representative of a crime victim), inform your Manager as soon as possible to make arrangements for a leave of absence. This includes instances when you have been requested by the prosecutor to participate in the preparation of the criminal case against the suspect.

The Company may require you to provide proof of your need to attend the proceedings to the extent authorized by law.

Leave under this policy will be unpaid unless otherwise required by applicable law. You may opt to use available PTO in place of unpaid leave.

Any information related to your leave will be kept confidential by the Company to the extent possible.

This policy does not apply to employees seeking leave because they have committed, or are alleged to have committed, an offense against the Company or an offense involving them during the course of their employment.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (OHIO) ELECTION OFFICIAL LEAVE

Intrepid Studios, Inc. will provide employees who are precinct election officials with unpaid leave for registration and/or Election Day to perform the duties of their position.

Provide as much notice as possible of your need for leave.

The Company will not retaliate or discriminate against employees who request or take leave in accordance with this policy.

## (OHIO) EMERGENCY SERVICES LEAVE

If you are a volunteer firefighter or a volunteer provider of emergency medical services, Intrepid Studios, Inc. will not discharge, discriminate, or take any other disciplinary action against you for failing to report to work on time or for being absent from work because you were responding to an emergency. Work time missed for responding to an emergency will be unpaid.

You must notify the Company of your status as a current volunteer firefighter or volunteer provider of emergency medical services, including when your status as such is terminated.

If you intend to become a volunteer firefighter or a volunteer provider of medical services, you

120

must provide written notification to the Company of your status as a volunteer no later than 30 days after receiving your certification. This notification must be signed by:

- The chief of the volunteer fire department with which you serve; or
- The medical director or chief administrator of the cooperating physician advisory board of the emergency medical organization with which you serve.

If you are going to be late or absent from work because you have responded to an emergency, you must make every effort to notify the Company.

If you are unable to notify the Company due to the extreme circumstances of the emergency or your inability to contact the Company, you must provide a written statement from the applicable director or chief explaining why prior notice was not given.

The Company may also request you provide a written statement from the applicable director or chief verifying the date and time you responded to the emergency.

## (OHIO) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (OHIO) MILITARY FAMILY LEAVE

Intrepid Studios, Inc. will provide eligible employees with up to 10 days or 80 hours (whichever is less) of unpaid military family leave in a calendar year.

To be eligible for leave, you must meet the following criteria:

- Have been employed with the Company for at least 12 consecutive months and for at least 1,250 hours in the 12 months immediately preceding commencement of the leave.
- Must be the parent, spouse, or a person who has or had legal custody of a person who is a member of the uniformed services and is called into active duty in the uniformed services for a period longer than 30 days, or is injured, wounded, or hospitalized while serving on active duty in the uniformed services.
- Have exhausted all other available leave, except sick leave or disability leave.

You must provide at least 14 days' notice prior to taking the leave if the leave is taken due to a call to active duty. At least two days' notice must be provided if the leave is taken due to an injury, wound, or hospitalization. If the covered family member's situation is critical or life threatening, no notice is required.

You may take leave no more than two weeks prior to, or one week after, the covered family member's deployment date.

121

You may be required to provide certification from the appropriate military authority to verify that the above leave eligibility criteria is satisfied.

The Company will continue to provide benefits while you are on leave under this policy. You will be responsible for the same proportion of the cost of the benefits as you regularly pay when not on leave.

Leave under this policy is unpaid; however, exempt employees may receive pay for partial day absences, as required by applicable law.

Upon return from leave, you will be restored to the position you held prior to taking the leave or a position with equivalent seniority, benefits, pay, and other terms and conditions of employment.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (OHIO) VOTING LEAVE

If your work schedule prevents you from voting on Election Day, Intrepid Studios, Inc. will allow you a reasonable time off to vote. The time when you can go to vote will be at the discretion of your Manager, consistent with applicable legal requirements.

# OREGON EMPLOYEE HANDBOOK ADDENDUM

## (OREGON) BONE MARROW DONATION LEAVE

Intrepid Studios, Inc. will provide eligible employees up to 40 hours of leave to undergo a medical procedure to donate bone marrow.

To be eligible for leave under this policy, you must work an average of 20 or more hours per week.

You may determine the total length of the leave, but leave may not exceed the amount of your accrued paid leave or 40 work hours, whichever is less, unless the Company agrees otherwise. You may choose to substitute accrued paid leave.

You may be required to provide the Company with verification from a physician of the purpose and length of each leave. If there is a medical determination that you do not qualify as a bone marrow donor, the paid leave used prior to the determination is not affected.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (OREGON) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (OREGON) JUVENILE COURT ATTENDANCE LEAVE

Intrepid Studios, Inc. realizes that, on occasion, employees may be summoned to appear at a delinquency proceeding with a youth who is in their physical or legal custody. In such cases, you will be provided unpaid leave to attend. Notify your Manager as soon as possible to make scheduling arrangements.

The Company reserves the right to require employees to provide proof of the need for leave to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (OREGON) LEGISLATIVE LEAVE

Intrepid Studios, Inc. will provide employees who are members or prospective members of the Legislative Assembly with an unpaid leave of absence to attend sessions of the Legislative Assembly or to perform other official duties.

123

This leave of absence is available to non-temporary employees who have been employed by the Company for at least 90 days.

You must provide notice of your intent to take leave as follows:
- At least 30 days before a regular session; and
- As soon as possible when it is apparent that a special or emergency session will be called.

At the conclusion of the leave of absence, you must apply to be restored to employment within the following timeframes:
- 15 days after adjournment sine die of the regular legislative session; or
- Five days after the assignment is completed, if the leave is for a lesser period than a regular session.

Upon application, you will be restored to your previous position or, if such position no longer exists, to a similar position without loss of seniority, the right to participate in insurance, or any other employment benefits.

Restoration may be denied if:
- You fail to apply for restoration within the required timelines; or
- The Company's circumstances have changed during your leave of absence so that restoration is impossible or unreasonable.

The Company will not retaliate or discriminate against employees who request or take leave in accordance with this policy.

## (OREGON) PAID FAMILY AND MEDICAL LEAVE INSURANCE

Oregon's Paid Family and Medical Leave Insurance (PFMLI) program, more commonly known as Paid Leave Oregon, allows eligible employees to take up to 12 weeks of paid family, medical, and safe leave per benefit year. The program is administered by the Oregon Employment Department (OED) and funded through payroll taxes.

*Eligibility*
To be eligible for PFMLI benefits, you must have earned at least $1,000 in wages in the previous year.

*Reasons for Leave*
If eligible, you make take leave under the PFMLI program for the following reasons:
- **Family leave:** To care for a family member with a serious health condition or to bond with a new child after birth, adoption, or foster care placement.
- **Medical leave:** For your own serious health condition.
- **Safe leave:** If you or your minor child is a survivor of sexual assault, domestic violence, harassment, or stalking, to obtain legal or law enforcement assistance, seek medical treatment or recover from injuries, obtain counseling or support services, or relocate or take other steps to secure your (or your child's) health and safety.

***Family member*** means:
- Your spouse or domestic partner;
- Your child or your child's spouse or domestic partner;
- Your parent or your parent's spouse or domestic partner;

124

- Your sibling, stepsibling, or their spouse or domestic partner;
- Your grandparent or your grandparent's spouse or domestic partner;
- Your grandchild or your grandchild's spouse or domestic partner; or
- Any individual related by blood or affinity whose close association with you is the equivalent of a family relationship.

*Child* includes a biological, adopted, foster, or stepchild, the child of a registered same-sex domestic partner, or a child with whom you are in a relationship of in loco parentis.

*Leave Usage*

You are entitled to 12 weeks of leave per benefit year in any combination of family, medical, and safe leave. The benefit year begins the Sunday before the period of leave and lasts 52 weeks. You may also qualify for an additional two weeks of paid leave if you have limitations related to pregnancy. Bonding leave must be taken within the first 12 months after the birth, adoption, or placement.

You may take paid leave in increments equal to one workday or one workweek. You can take leave all at once (consecutive) or in separate blocks of time (nonconsecutive). Consecutive leave is taken in one block of time due to a single qualifying event (such as five weeks of leave for knee surgery).

Nonconsecutive leave is taken in separate blocks of time due to a single qualifying reason (such as one day every week for 12 weeks for chemotherapy).

The Company cannot require you to take sick leave, vacation leave, or other accrued leave prior to using PFMLI leave.

*Notice*

If leave is foreseeable, you must provide the Company at least 30 days' notice. If leave is unforeseeable, you must provide notice within 24 hours, and provide written notice within three days of starting leave.

If you do not provide the required notice, your first weekly benefit may be reduced by 25%.

*Applying for Leave*

You must apply for PFMLI benefits with Paid Leave Oregon online at https://paidleave.oregon.gov or request a paper application from OED. The application may be submitted as early as 30 days before the start of leave or up to 30 days after the start of leave.

*Compensation*

Compensation for PFMLI leave is determined by the OED.

*Interaction with Other Laws*

PFMLI leave will run concurrently with other leaves where permissible under applicable law.

*Fitness for Duty Requirements*

If you take PFMLI leave because of your own serious health condition (except if you are taking intermittent leave), you must provide medical certification to the Company that you are fit to resume work. You will not be permitted to resume work until certification is provided.

*Restoration*

If you have worked for the Company for at least 90 consecutive calendar days, you will be restored to your previous position when you return from leave. If the position no longer exists, you will be restored to an equivalent or similar position as required under applicable law.

*Retaliation*
The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (OREGON) STATE BOARD OR COMMISSION LEAVE

Intrepid Studios, Inc. will provide employees who are appointed members of a state board or commission with unpaid leave to perform the duties of their appointed role.

You must provide at least 21 days' written notice of your intent to take leave. You will not be required to use paid leave for any time spent performing your respective duties.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

# PENNSYLVANIA EMPLOYEE HANDBOOK ADDENDUM

## (PENNSYLVANIA) CRIME VICTIM AND WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, you may have an obligation to participate in criminal legal proceedings either as a witness or because you, or a close family member, was victimized by a criminal act. The Company provides unpaid leave to attend those proceedings under circumstances described below.

If you are required to attend a criminal proceeding, including a grand jury or juvenile proceeding, either as a witness or as a crime victim (or a close family member or representative of a crime victim), inform your Manager as soon as possible to make arrangements for a leave of absence.

The Company reserves the right to require employees to provide proof of the need to attend the criminal proceedings to the extent authorized by law.

Leave under this policy is unpaid. You may opt to use PTO in place of unpaid leave.

Any information related to your leave will be kept confidential by the Company to the extent possible.

This policy does not apply to employees seeking leave because they have committed or are alleged to have committed a criminal act.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (PENNSYLVANIA) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (PENNSYLVANIA) ORGAN AND TISSUE DONATION LEAVE

Intrepid Studios, Inc. will provide eligible employees with up to 12 weeks of unpaid, job-protected leave in a 12-month period for the purpose of serving as an organ or tissue donor in accordance with the Pennsylvania Living Donor Protection Act.

*Eligibility*
To be eligible for donation leave, you must:
1. Have worked for the Company for at least 12 months;
2. Have worked at least 1,250 hours in the last 12 months; and

127

3.  Be employed at a worksite that has 50 or more employees within 75 miles.

Reasons for Leave
Donation leave may be used for the preparation and recovery necessary for surgery related to organ or tissue donation by or for you or your spouse, child, or parent.

As used in this policy:
- **Organ** means a human kidney, liver, heart, lung, pancreas, esophagus, stomach, small or large intestine or portion of the gastrointestinal tract or another part of the human body designated by the Department of Health by regulation. The term includes blood vessels recovered during the recovery of an organ if the blood vessels are intended for use in organ transplantation.
- **Tissue** means a portion of the human body other than an organ, including, but not limited to, a human eye, skin, bone, bone marrow, heart valve, spermatozoon, ova, artery, vein, tendon, ligament, pituitary gland, or fluid. The term does not include blood or a blood derivative, unless the blood or blood derivative is donated for the purpose of research or education.

Donation leave will run concurrently with leave provided under the federal Family and Medical Leave Act.

*Notice*
If the need for leave is foreseeable, you must give at least 30 days' notice. If 30 days' notice is not possible, give notice as soon as practicable (within one or two business days of learning of your need for leave). Failure to provide appropriate notice may result in the delay or denial of leave.

If the need for leave is unforeseeable, provide notice as soon as possible. Normal call-in procedures apply to all absences from work, including those for which leave under this policy may be requested. Failure to provide appropriate notice may result in the delay or denial of leave.

You may be required to provide written documentation regarding the preparation and recovery necessary for surgery.

*Health Insurance*
Your health insurance coverage will be maintained by the Company during leave on the same basis as if you were still working. You must continue to make timely payments of your share of the premiums for such coverage. Failure to pay premiums within 30 days of when they are due may result in a lapse of coverage. If this occurs, you will be notified 15 days before the date coverage will lapse that coverage will terminate unless payments are promptly made.

Alternatively, at our option, the Company may pay your share of the premiums during the leave and recover the costs of this insurance upon your return to work. Coverage that lapses due to nonpayment of premiums will be reinstated immediately upon return to work without a waiting period. Under most circumstances, if you do not return to work at the end of leave, the Company may require reimbursement for the health insurance premiums paid during the leave.

*Reinstatement*
Upon returning to work at the end of leave, you will generally be placed in your original job or an equivalent job with equivalent pay and benefits. You will not lose any benefits that accrued before leave was taken.

128

_Retaliation_

The Company will not retaliate against employees who request or take leave in accordance with this policy.

# SOUTH CAROLINA EMPLOYEE HANDBOOK ADDENDUM

## (SOUTH CAROLINA) CRIME VICTIM AND WITNESS LEAVE

If you are subpoenaed as a victim of or a witness to a crime, Intrepid Studios, Inc. will provide you with unpaid time off to attend court proceedings related to the crime.

Victim means any individual who suffers direct or threatened physical, psychological, or financial harm as the result of the commission or attempted commission of a criminal offense. The term includes the spouse, parent, child, or lawful representative of a victim who is deceased, a minor, incompetent, or physically or psychologically incapacitated.

The term does not include:

- Any individual who is the subject of an investigation for, who is charged with, or who has been convicted of or pled guilty or nolo contendere to the offense in question;
- Any individual (including a spouse, parent, child, or lawful representative) who is acting on behalf of the suspect, juvenile offender, or defendant, unless such actions are required by law; or
- Any individual who was imprisoned or engaged in an illegal act at the time of the offense at issue in the proceedings.

Upon receipt of a valid subpoena, notify your Manager as soon as possible to make scheduling arrangements.

The Company will not retaliate against, suspend, or reduce the wages or benefits of employees who request or take leave in accordance with this policy.

## (SOUTH CAROLINA) EMERGENCY SERVICE WORKERS LEAVE

If you are a volunteer firefighter or a volunteer medical services employee, Intrepid Studios, Inc. will not terminate you for responding to a declared state of emergency by the President of the United States or governor of South Carolina. Any work time missed while responding to an emergency will be unpaid.

## (SOUTH CAROLINA) ISOLATION AND QUARANTINE LEAVE

Intrepid Studios, Inc. provides unpaid leave to employees who are ordered to isolate or quarantine by the Department of Health and Environmental Control.

Provide notice of your need for leave as soon as practical.

You may be required to substitute any accrued and unused paid leave (e.g., vacation/paid time off/sick days/personal days) for this leave as permitted by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

# TENNESSEE EMPLOYEE HANDBOOK ADDENDUM

## (TENNESSEE) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements. You will receive your regular compensation for time spent on jury duty.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

(Tennessee) Voting Leave

If your work schedule prevents you from voting on Election Day, Intrepid Studios, Inc. will allow you a reasonable time off to vote. The time when you can go to vote will be at the discretion of your Manager, consistent with applicable legal requirements.

# TEXAS EMPLOYEE HANDBOOK ADDENDUM

## (TEXAS) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (TEXAS) POLITICAL CONVENTION LEAVE

Intrepid Studios, Inc. will provide employees with unpaid leave to attend:
- A precinct convention for which they are eligible to participate; or
- A county, district, or state convention for which they are a delegate.

Provide as much notice as possible of your need for leave.

The Company will not discriminate or retaliate against employees who request or take leave in accordance with this policy.

## (TEXAS) VOTING LEAVE

If your work schedule prevents you from voting on Election Day, Intrepid Studios, Inc. will allow you a reasonable time off to vote. The time when you can go to vote will be at the discretion of your Manager, consistent with applicable legal requirements.

## (TEXAS) WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, employees may be subpoenaed to appear in a civil, criminal, legislative, or administrative proceeding. In such cases, you will be provided unpaid leave to attend. Notify your Manager as soon as possible to make scheduling arrangements. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of the need for leave to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

132

# VIRGINIA EMPLOYEE HANDBOOK ADDENDUM

## (VIRGINIA) BONE MARROW AND ORGAN DONATION LEAVE

Intrepid Studios, Inc. will provide eligible employees with:

- Up to 30 business days of unpaid leave in a 12-month period to serve as a bone marrow donor.
- Up to 60 business days of unpaid leave in a 12-month period to serve as an organ donor.

Eligibility

To be eligible for donation leave, as of the date the requested leave begins, you must have:

- Been employed by the Company for at least 12 months; and
- Worked at least 1,250 hours for the Company during the previous 12 months.

Leave Request

To request donation leave, you must provide the Company with written verification from a physician that you are an eligible bone marrow or organ donor and there is a medical necessity for the donation.

Pay

Donation leave is unpaid. You may choose to use available accrued but unused paid time off/paid sick time in lieu of unpaid leave.

Interaction with Other Laws

Leave cannot be taken concurrently with leave under the federal Family and Medical Leave Act (FMLA).

Return to Work

Upon returning to work at the end of donation leave, you will be restored to your previous position or to an equivalent position with equivalent benefits, pay, and other terms and conditions of employment.

Maintenance of Health Benefits

If the Company provides you with health benefits under a group health plan, the Company will maintain and pay for your health coverage at the same level and under the same conditions as coverage would have been provided if you had not taken donation leave.

Retaliation

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (VIRGINIA) CIVIL AIR PATROL LEAVE

Intrepid Studios, Inc. will provide unpaid leave to employees who are members of the Civil Air Patrol to engage in training for emergency missions with the Civil Air Patrol or to respond to an emergency mission as a Civil Air Patrol volunteer.

Duration of Leave

Leave used for training is limited to 10 workdays per federal fiscal year. Leave used to respond to an emergency mission is limited to 30 workdays per federal fiscal year.

You will not be required to exhaust any other leave to which you are entitled prior to taking Civil Air Patrol leave.

Notice

Provide as much notice as possible of your intent to take leave. You must provide:
- Certification that you have been authorized by the U.S. Air Force, the governor, or a department, division, agency, or political subdivision of the state to respond to or train for an emergency mission; and
- Verification from the Civil Air Patrol of the emergency need of your volunteer service.

Retaliation

The Company will not retaliate or discriminate against employees who request or take leave in accordance with this policy.

## (VIRGINIA) COURT ATTENDANCE AND WITNESS LEAVE

Intrepid Studios, Inc. realizes that, on occasion, you may be summoned or subpoenaed to appear as a witness in a civil or criminal proceeding. In such cases, you will be provided unpaid leave to attend. Notify your Manager as soon as possible to make scheduling arrangements. You may opt to use PTO/vacation in place of unpaid leave.

The Company reserves the right to require you to provide proof of the need for leave to the extent authorized by law.

This policy does not apply to employees seeking leave because they are a defendant in a criminal case.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (VIRGINIA) CRIME VICTIM LEAVE

Intrepid Studios, Inc. will provide employees who are victims of a crime leave from work to attend any criminal proceedings. Criminal proceedings are proceedings at which the victim has the right or opportunity to appear involving a crime against the victim, including all of the following:
- The initial appearance of the person suspected of committing the criminal offense against the victim.
- Any proceeding in which the court considers the post-arrest release of the person accused of committing a criminal offense against the victim or the conditions of that release.
- Any proceeding in which a negotiated plea for the person accused of committing the criminal offense against the victim will be presented to the court.
- Any sentencing proceeding.
- Any proceeding in which post-conviction release from confinement is considered.
- Any probation revocation disposition proceeding or any proceeding in which the court is requested to terminate the probation of a person who is convicted of committing a criminal offense against the victim.

Any proceeding in which the court is requested to modify the terms of probation or intensive probation of a person if the modification will substantially affect the person's contact with or safety of the victim or if the modification involves restitution or incarceration status.

134

You are eligible for leave under this policy if:
- You have suffered physical, psychological, or economic harm as a direct result of the commission of a felony or of assault and battery, stalking, sexual battery, attempted sexual battery, maiming or driving while intoxicated;
- You are a spouse or child of the victim;
- The victim is a minor and you are the victim's parent or legal guardian; or
- The victim is physically or mentally incapacitated or was a homicide victim and you are the victim's spouse, parent, sibling, or legal guardian.

You are not eligible for leave if you are the person who committed the crime or the relative or guardian of an individual who committed the crime.

Prior to taking leave, provide your Manager with a copy of the form provided to you by the applicable law enforcement agency and, if applicable, provide a copy of the notice of each scheduled criminal proceeding that is provided to you as victim.

The Company may limit the leave provided under this policy if the leave creates an undue hardship.

Leave under this policy is without pay; however, the wages of exempt employees will not be reduced for a partial week's absence. You may elect to use accrued paid vacation, personal leave, or sick leave.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (VIRGINIA) ELECTION WORKER LEAVE

Intrepid Studios, Inc. will provide employees who are election workers with unpaid leave to:
- Serve at a polling place on Election Day; or
- Serve at a meeting of the electoral board following the election to determine the results of such election.
- 

*Election worker* means a member of a local electoral board, a deputy general registrar, or an officer of election.

You must provide reasonable notice of your need to take leave.

If you serve four or more hours (including travel time), you will not be required to start any work shift that begins on or after 5 p.m. on the day of your service or begins before 3 a.m. on the day following your service.

The Company will not retaliate or discriminate against employees who request or take leave in accordance with this policy.

# WASHINGTON EMPLOYEE HANDBOOK ADDENDUM

## (WASHINGTON) ACCOMMODATIONS FOR VICTIMS OF DOMESTIC VIOLENCE, SEXUAL ASSAULT, OR STALKING

Intrepid Studios, Inc. will provide reasonable safety accommodation to employees who are victims of domestic violence, sexual assault, or stalking, provided the accommodation would not pose an undue hardship on Company business.

Reasonable safety accommodations may include, but are not limited to:
- Transfer or reassignment;
- Modified job schedule;
- Change in work telephone number, email address, or workstation;
- Installed locks;
- Implementing safety procedures; or
- Any other adjustment to a job structure, workplace facility, or work requirement in response to an actual or threatened act of domestic violence, sexual assault, or stalking.

If you require a safety accommodation, notify your Manager. You may be required to provide documentation verifying that you are a victim of domestic violence, sexual assault, or stalking. This requirement may be satisfied by providing the Company with documents such as a police report, court order, or written statement.

After receiving your request for a safety accommodation, the Company will work with you to explore potential accommodations. The Company encourages you to suggest specific accommodations that you believe would be effective. However, the Company is not required to make any requested accommodation and may provide an alternative accommodation that can be made without imposing an undue hardship on the Company.

The Company will not discriminate or retaliate against employees who are victims of domestic violence, sexual assault, or stalking, or who request an accommodation in accordance with this policy.

## (WASHINGTON) JURY DUTY LEAVE

Intrepid Studios, Inc. encourages employees to fulfill their civic duties related to jury duty. If you are summoned for jury duty, notify your Manager as soon as possible to make scheduling arrangements.

If you are classified as exempt, you will not incur any deduction in pay for a partial week's absence due to jury duty. If you are classified as nonexempt, you will not be compensated for time spent on jury duty. You may opt to use PTO in place of unpaid leave.

The Company reserves the right to require employees to provide proof of jury duty service to the extent authorized by law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (WASHINGTON) LEAVE FOR VICTIMS OF DOMESTIC VIOLENCE, SEXUAL ASSAULT, OR STALKING

If you are a victim, or a family member of a victim, of domestic violence, sexual assault, or stalking, Intrepid Studios, Inc. will provide you with reasonable unpaid leave from work to take

136

care of legal or law enforcement needs or to get medical treatment, social services assistance, or mental health counseling. *Family member* means a child, spouse, parent, parent-in-law, grandparent, or person you are dating. The Company may request verification of your family relationship.

When possible, you must provide reasonable advance notice of the need for leave. If advance notice cannot be given because of an emergency or unforeseen circumstances due to domestic violence, sexual assault, or stalking, you or someone on your behalf must provide notice no later than the end of the first day you take leave.

You may be required to provide verification that you or your family member is a victim of domestic violence, sexual assault, or stalking and that the leave is being taken for purposes described above. Verification must be provided in a timely manner and will only be used to establish that the leave is legally protected. You may satisfy the verification requirements by providing the Company with documents such as a police report, court order, or written statement.

With exception, information provided by you will be kept confidential. This includes:
- The fact that you or your family member is a victim of domestic violence, sexual assault, or stalking.
- That you have requested or obtained domestic violence leave.
- Any written or oral statement, documentation, record, or corroborating evidence you provide.

Information provided by you will only be disclosed under the following circumstances:
- When requested or consented to by you.
- When ordered by a court or administrative agency.
- Where otherwise required by applicable federal or state law.

Leave under this policy is unpaid; however, you may choose to use any accrued paid leave. Leave may be taken intermittently, on a reduced work schedule, or in a single block of time, as the circumstances warrant. During the leave, the Company will maintain any health insurance coverage being provided in the same manner as if you had not taken leave.

The leave must be reasonable in duration, which will be determined by management and you, based upon the circumstances.

Upon return from leave, you will be reinstated to the position held prior to taking leave or to an equivalent position with equivalent benefits, pay, and other terms and conditions of employment, subject to certain exceptions as provided under Washington law.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

### (WASHINGTON) MILITARY FAMILY LEAVE

In accordance with the Washington Military Family Leave Act (MFLA), Intrepid Studios, Inc. will provide employees who are the spouse of a military member up to 15 days of leave from work for each deployment when the military spouse is deployed or called up to active duty. The leave may be used prior to the deployment, or during the period when the military spouse is on leave during the deployment.

As used in this policy:

- *Spouse* includes same-sex spouses and state-registered domestic partners.
- *Military member* means a member of the U.S. Armed Forces, National Guard, or reserves.
- To be eligible for such leave, you must work 20 or more hours per week.

To take military family leave, you must provide notice of intention to take leave within five business days of receiving official notice of an impending call or order to active duty or of a leave from deployment.

The leave provided under this policy is unpaid; however, you may substitute any available paid leave. You may split the 15-day leave between different periods of time (pre-deployment or while the military member is on leave during deployment). The total number of days of leave, however, cannot exceed 15 days per deployment.

The Company may count FMLA-qualified leave related to a deployment as state MFLA leave if the leave is taken before the deployment, or during any period when the military spouse is on leave from deployment.

You will be allowed to continue available group health benefits at your own expense.

Upon return from leave, you will be restored to your prior position.

The Company will not retaliate against employees who request or take leave in accordance with this policy.

## (WASHINGTON) PAID FAMILY AND MEDICAL LEAVE INSURANCE

Washington's Paid Family and Medical Leave (PFML) program is a mandatory statewide insurance program that provides most employees in Washington with paid time off to give or receive care. Eligible employees are entitled to partial wage replacement benefits of up to 90 percent of their weekly pay, depending on their income. The program is administered by the Washington Employment Security Department (ESD) and is funded by premiums paid by both employees (through payroll deductions) and employers.

Eligibility
To be eligible for PFML you must:
- Have worked at least 820 hours (or about 16 hours a week) in Washington during the qualifying period. The 820 hours are cumulative, regardless of the number of employers or jobs you have had during the year. All paid work in Washington over the course of the year counts toward the 820 hours, including part-time, seasonal, and temporary work.
- Experience a qualifying event.

If you are not eligible for PFML, you may still qualify for leave under the federal Family and Medical Leave Act (FMLA). Refer to the Family and Medical Leave policy for details.

*Qualifying Events*
You may take PFML for the following reasons:
- Family leave to:
- Bond with your newborn child, newly adopted child, or newly placed foster child (bonding leave);
- Care for a family member with a serious health condition;

138

- Prepare for a family member's pre- and post-deployment activities, as well as time for childcare issues related to the family member's deployment; or
- Deal with the death of a newborn or newly adopted/fostered child (bereavement leave).
- Medical leave to care for your own serious health condition.

*Family member* means:
- Your biological, adopted, or foster child, stepchild, a child's spouse, or a child to whom you stand in loco parentis, are a legal guardian, or are a de facto parent, regardless of age or dependency status.
- Your spouse or state registered domestic partner.
- Your parent or your spouse's parent (including biological, adoptive, de facto, or foster parent, stepparent, or legal guardian or an individual who stood in loco parentis to you or your spouse as a child).
- Your sibling.
- Your grandchild.
- Your grandparent.
- Any individual who regularly resides in your home or where your relationship creates an expectation that you care for the person, and that person depends on you for care. It does not include an individual who simply resides in your home with no expectation that you care for them.

Usage
Eligible employees may generally take up to 12 weeks of PFML per year. If you have more than one qualifying event in the same year, you may be eligible to take up to 16 weeks of PFML. Combined leave cannot exceed 16 total weeks unless there is a serious, incapacitating health issue related to pregnancy, which adds two more weeks (18 weeks total).

Bonding leave must be taken during the first 12 months after the child's birth or placement.

Bereavement leave must be used within seven calendar days of the child's death.

During the first six weeks after the birth of a child, any PFML used based on incapacity due to pregnancy or for prenatal care will count as paid medical leave by default, unless you choose to use paid family leave during that period.

PFML may be used intermittently rather than all at once. You will not be required to use other leave before using PFML.

Requesting Leave
If the need for leave is foreseeable, provide 30 days' written notice of your intent to take leave. Notice must contain at least the anticipated timing and duration of leave. If unforeseeable, provide written notice as soon as practical.

Failure to provide proper notice may result in the denial of leave for a period of time equal to the number of days that notice was insufficient.

Questions and Applying for Benefits
If you have questions regarding this policy, contact HR. If you are eligible for PFML benefits, you may obtain detailed information about the program and apply for benefits through the Washington Employment Security Department (ESD) website at https://paidleave.wa.gov/.

Health Insurance
Your health insurance will continue while you are on leave. If you contribute to the cost of your health insurance, you must continue to pay your portion of the premium cost during your leave.

Interaction with Other Laws
PFML is in addition to any leave for sickness or temporary disability because of pregnancy or childbirth.

The use of FMLA does not reduce your allowed PFML benefit, so it is possible to use both types of leave. PFML and FMLA will run concurrently unless otherwise required by law.

Job Restoration
Unless you have been identified as a key employee (as defined under the FMLA) prior to taking PFML, upon return from leave you will be restored to your previous or an equivalent job, provided you worked for the Company for at least 12 months and worked at least 1,250 hours in the 12 months before taking leave.

Retaliation
The Company will not retaliate against employees who request or take leave under the Washington PFML program.

## (WASHINGTON) PREGNANCY DISABILITY LEAVE

Intrepid Studios, Inc. will provide employees who are sick or temporarily disabled due to pregnancy or childbirth with a leave of absence for the time they are sick or temporarily disabled. The Company will treat employees on pregnancy-related leave the same as other employees on leave for sickness or other temporary disabilities.

Upon return from pregnancy disability leave, employees will be returned to their previous position or an equivalent position.

The Company will not retaliate against employees who request or take pregnancy disability leave in accordance with this policy.

## (WASHINGTON) SEATTLE PAID SICK AND SAFE LEAVE

Intrepid Studios, Inc. provides paid sick and safe leave to eligible employees in accordance with the Seattle Paid Sick and Safe Time Ordinance.

*Eligibility*
All employees who work within the geographic boundaries of the City of Seattle are eligible for sick and safe leave.

*Reasons for Leave*
Sick leave may be taken for your own or a family member's mental or physical illness, injury, or health condition; need for medical diagnosis, care, or treatment; or need for preventive medical care.

Safe leave may be used for the following reasons:
- Your need to care for a family member whose school or place of care has been closed.
- Closure of your place of business by order of a public official to limit exposure to an infectious agent, biological toxin, or hazardous material.

140

- For any of the following reasons related to domestic violence, sexual assault, or stalking:
  - To seek legal or law enforcement assistance or remedies to ensure your health and safety or the health and safety of your family or household members including, but not limited to, preparing for, or participating in, any civil or criminal legal proceeding related to or derived from domestic violence, sexual assault, or stalking;
  - To seek treatment by a health care provider for physical or mental injuries caused by domestic violence, sexual assault, or stalking, or to attend to health care treatment for a victim who is a family or household member;
  - To obtain, or assist a family or household member in obtaining, services from a domestic violence shelter, rape crisis center, or other social services program for relief from domestic violence, sexual assault, or stalking;
  - To obtain, or assist a family or household member in obtaining, mental health counseling related to an incident of domestic violence, sexual assault, or stalking, in which you or a family or household member was a victim of domestic violence, sexual assault, or stalking; or
  - To participate in safety planning, temporarily or permanently relocate, or take other actions to increase your safety or the safety of your family or household members from future domestic violence, sexual assault, or stalking.

*Family member* means:
- Your child. Child means a biological, adopted, or foster child, stepchild, a child to whom you stand in loco parentis, or a child to whom you are the legal guardian or de facto parent, regardless of age or dependency status.
- Your parent. Parent means a biological, adoptive, de facto, or foster parent, stepparent, or the legal guardian of you or your spouse or domestic partner, or a person who stood in loco parentis to you when you were a minor child.
- Your spouse or registered domestic partner.
- Your grandparent.
- Your grandchild.
- Your sibling.

*Household member* means:
- Your current or former spouse or domestic partner;
- A person with whom you have a child in common;
- An adult person related to you by blood or marriage;
- An adult person with whom you are residing with or have resided with in the past;
- A person 16 years of age or older with whom you are or were residing and with whom you are or were in a dating relationship; or
- A person with whom you have a biological or legal parent-child relationship, including stepparent, stepchild, grandparent, and grandchild.

### Accrual and Usage
Seattle employees may use up to 56 hours of their combined Vacation (PTO) and Sick Leave as sick and safe leave, for any of the above reasons, in accordance with Seattle's Paid Sick and Safe Leave Ordinance.

See BENEFITS for Vacation (PTO) and Sick Leave accrual details.

### Compensation
If you are eligible for overtime, you will be paid the greater of the applicable minimum wage or your normal hourly rate. If you are exempt, you will be paid your normal hourly compensation.

141

*Notice*

If the need for leave is foreseeable, you must make a good faith effort to provide advance notice of at least 10 days. If unforeseeable, provide notice as soon as practical. If known, notice should include the expected length of the absence.

*Documentation*

If you use sick and safe leave for more than three consecutive days, you may be required to provide reasonable documentation to verify that leave is being used for a covered purpose.

For sick leave during the COVID-19 pandemic, you may not be required to provide a doctor's note or health care provider verification pursuant to a temporary emergency rule issued by the Seattle Office of Labor Standards. For alternative documentation, see below.

For safe leave, the following documentation applies:
- For verification of the closure of a school or place of care, you may provide notice of the closure in whatever format you received it.
- For verification of leave taken for domestic violence, sexual assault, or stalking, you may provide your own written statement; a police report; applicable evidence from the court or the prosecuting attorney; or documentation from an advocate, attorney, member of the clergy, or medical or other professional.

If you anticipate that providing reasonable documentation will result in an unreasonable burden or expense to you, you may provide an oral or written explanation addressing:
1. How your use of paid sick and safe time was for an authorized purpose; and
2. How the verification requirement creates an unreasonable burden or expense on you.

Within 10 calendar days of providing your explanation, the Company will make a reasonable effort to identify alternative ways for you to meet the verification requirement in a manner which does not result in an unreasonable burden or expense on you. A reasonable effort to identify and provide alternatives could include, but is not limited to:
- Accepting your oral or written explanation;
- Accepting documentation from individuals other than your doctor, like service providers, social workers, case managers, or legal advocates, stating that, to their knowledge, your use of paid sick leave is for a covered purpose; or

Interaction with Other Leave

Sick and safe leave will run concurrently with other types of leave where permitted under applicable law.

Payment upon Termination

You will not be paid for any unused sick and safe time when your employment ends.

Reinstatement of Leave upon Rehire

The Company will reinstate previously accrued, unused sick and safe time if you separate and are rehired within 12 months.

Retaliation

The Company will not retaliate against employees who request or take sick and safe leave in accordance with this policy.

142

# EMPLOYEE HANDBOOK ACKNOWLEDGEMENT

I acknowledge receipt of Intrepid Studios' Employee Handbook and agree to follow the guidelines within it. I also acknowledge the following:

1. Receipt of this handbook does not create a contract of employment or in any way alter my at-will employment status; the Company or I can end the employment relationship at any time, with or without notice, and with or without cause.
2. I am not entitled to any particular sequence of disciplinary measures prior to termination.
3. With the exception of the at-will employment policy, this handbook may be modified at any time.
4. Violation of any policy in this handbook, or any policy included as an addendum, may be grounds for discipline, up to and including termination.
5. This handbook does not include every process, policy, and expectation applicable to employees, or my position specifically; I may be counseled, disciplined, or terminated for poor behavior or performance even if the behavior or performance issue is not addressed in the handbook.
6. Should any provision in this handbook be in conflict with federal, state, or local law, that provision only will be considered ineffective, while the rest of the handbook remains effective.
7. If I have questions regarding any policy in this handbook, or other expectations related to my behavior or performance, it is my responsibility to speak with my manager or Human Resources.
8. [Colorado Residents Only] Additionally, by signing, I acknowledge that I have received a copy of the current Colorado Overtime and Minimum Pay Standards Order (COMPS Order) or COMPS Order poster published by the Colorado Department of Labor and Employment.
9. [Minnesota Residents Only] Additionally, by signing, I acknowledge that I have received a copy of the Earned Sick and Safe Time Employee Notice published by the Minnesota Department of Labor and Industry.

*Jason Zimmerman*
_____
Signature

Jason Zimmerman
_____
Printed Name

3/13/2025
_____
Date

143

# APPENDIX B

Case 3:26-cv-00965-LL-MMP     Document 136-2     Filed 06/24/26     PageID.4744     Page 153 of 156

Case 3:26-cv-00965-LLMMP Document 136-2 Filed 06/24/26 PageID.4745 Page 154 of 156



# COLORADO OVERTIME & MINIMUM PAY STANDARDS ORDER ("COMPS Order") #39, POSTER & NOTICE

**COLORADO** Department of Labor and Employment

*Effective 1/1/24: must update annually; new poster available each December*

## Colorado Minimum Wage: inflation-adjusted annually; $14.42/hour in 2024, (Rule 3)

- Employees must be paid at least minimum wage (whether hourly, salary, commission, piecework, etc.) unless exempt
- Unemancipated minors can be paid 15% less than full minimum wage
- Use the highest minimum wage that applies; all local minimum wages are posted at **ColoradoLaborLaw.gov**

## Overtime: 1½ times regular pay rates for hours over 40 weekly, 12 daily, or 12 consecutive (Rule 4)

- Overtime is required *each* week over 40 hours, or day over 12, even if 2 or more weeks or days *average* fewer hours
  - Employers cannot provide time off ("comp time") instead of time-and-a-half premium pay for overtime hours
- Key variances/exemptions (all are detailed in Rules 2.3-2.4):
  - Modified overtime in a small number of health care jobs; exemption for certain heavy vehicle drivers
  - No 40-hour weekly overtime in downhill ski/snowboard jobs (but 56-hour overtime for many under federal law)
  - Agriculture: overtime after 48-56 hours (based on size and seasonality); extra breaks and pay on long days

## Meal Periods: 30 minutes uninterrupted and duty-free, for shifts over 5 hours (Rule 1.9)

- Can be unpaid, but only if employees are completely relieved of all duties, and allowed to pursue personal activities
  - If work makes uninterrupted meal periods impractical, eating on-duty must be permitted, and the time must be paid
- To the extent practical, meal periods must be at least 1 hour after starting and 1 hour before ending shifts

## Rest Periods: 10 minutes, paid, every 4 hours (Rule 5.2)

| Work Hours: | Up to 2 | >2, up to 6 | >6, up to 10 | >10, up to 14 | >14, up to 18 | >18, up to 22 | >22 |
|---|---|---|---|---|---|---|---|
| Rest Periods: | 0 | 1 | 2 | 3 | 4 | 5 | 6 |

- Need not be off-site, but must not include work, and should be in the middle of the 4 hours to the extent practical
- Rest periods are time worked for minimum wage and overtime purposes, and if employers do not authorize and permit rest periods, they must pay extra for time that would have been rest periods, including for non-hourly-paid employees
- Key variances/exemptions:
  - In some circumstances, 10-minute rest periods can be divided into two of 5 minutes (Rule 5.2.1)
  - Agriculture: certain work requires more breaks; other is exempt (Rule 2.3, & Agricultural Labor Conditions Rules)

## Time Worked: Pay for time employers allow performing labor/service for their benefit (Rule 1.9)

- All time on-premises, on duty, or at workplaces (but not just letting off-duty employees be on-premises), including:
  - putting on/removing work clothes/gear (but not clothes worn outside work), cleanup/setup, or other off-clock duty,
  - waiting for assignments at work, or receiving or sharing work-related information,
  - security/safety screening, or clocking/checking in or out, or
  - waiting for any of the above tasks.
- Travel for employer benefit is time worked; normal home/work travel is not (details in Rule 1.9.2)
- Sleep time, if sufficiently uninterrupted and lengthy, can be excluded in certain situations (details in Rule 1.9.3)

## Deductions, Credits, Charges, & Withheld Pay (Rule 6, and Article 4 of C.R.S. Title 8)

- Final pay: Owed promptly (if a termination by employer) or at next pay date (if employee resigned)
- Vacation pay: Departing employees must be paid all accrued and unused vacation pay, including paid time off usable for vacation, without deducting or declaring forfeiture based on cause for termination, lack of resignation notice, etc.
- Deductions from pay: Allowed if listed below or in C.R.S. 8-4-105 (including deductions required by law, in a written agreement for the benefit of the employee, for theft in a police report, or for property loss after audit/notice)
- Tip credits: Employers can pay up to $3.02 below the highest applicable minimum wage (Colorado or local), if: (a) tips (not mandatory service charges) raise pay to full minimum, & (b) tips aren't diverted to non-tipped staff/owners
- Meal credits/deductions: Allowed for the cost or value (without employer profit) of voluntarily accepted meals
- Lodging credits/deductions: Allowed if housing is voluntarily accepted by the employee, primarily for the employee's (not the employer's) benefit, recorded in writing, and limited to $25 or $100 per week (based on housing type)
- Uniforms: Must be provided at no cost unless they are ordinary clothes without special material or design; employers must pay for any special cleaning required, and cannot require deposits or deduct for ordinary wear and tear

## Exemptions from COMPS (Rule 2.2 lists all; key exemptions are below)

- Executives/supervisors, administrators, and professionals paid at least a salary (not hourly wages) of $55,000 in 2024 (then inflation-adjusted in future years), except $33.17/hour for highly technical computer work
- Other highly compensated, non-manual-labor employees paid at least 2.25 the above salary ($123,750 in 2024)
- 20% owners, or at a nonprofit the highest-paid/highest-ranked employee, if actively engaged in management
- Various (not all) types of salespersons, taxi drivers, camp/outdoor education field staff, or property managers

## Record-Keeping & Notices of Rights (Rule 7)

- Employers must give all employees (and keep for three years) pay statements that include time worked, pay rate (including any tips and credits), and total pay
- This year's poster must be displayed where easily accessible, or if not practical (such as for remote workers), provided within one month of beginning work and when employees request a copy
- Employers must include a copy of this poster, or the COMPS Order, in any employment handbook or manual
- Violation of notice of rights rules (posting or distribution), including by providing information undercutting this poster, may yield fines and/or ineligibility for employee-specific credits, deductions, or exemptions in COMPS

## Complaint & Anti-Retaliation Rights (Rule 8)

- Employees can send the Division (contact info below) complaints or tips about violations, or file lawsuits in court
- Employers cannot retaliate against, or interfere with, employees exercising their rights
- Anonymous tips are accepted; anonymity or confidentiality are protected if requested (Wage Protection Rule 4.7)
- Owners and other individuals with control over work may be liable for certain violations — not just the business, even if the business is a corporation, partnership, or other entity separate from its owner(s) (Rule 1.6)
- Immigration status is irrelevant to these labor rights: the Division will not ask or report status in investigations or rulings, and it is illegal for anyone to use immigration status to interfere with these rights (Wage Protection Rule 4.8)

***This Poster is a summary and cannot be relied on as complete labor law information. For all rules, fact sheets, translations, questions, or complaints, contact:***
**DIVISION OF LABOR STANDARDS & STATISTICS**, ColoradoLaborLaw.gov, cdle_labor_standards@state.co.us, 303-318-8441 / 888-390-7936

 **DEPARTMENT OF LABOR AND INDUSTRY**

# Earned sick and safe time employee notice

Employees in Minnesota are entitled to earned sick and safe time, a form of paid leave. Employees must accrue at least one hour of earned sick and safe time for every 30 hours they work, up to at least 48 hours in a year. A year for purposes of the employee's earned sick and safe time accrual is defined in the employer's handbook policy.

The earned sick and safe time hours the employee has available, as well as those that have been used in the most recent pay period, must be indicated on the employee's earnings statement that they receive at the end of each pay period. Earned sick and safe time must be paid at the same hourly rate employees earn from employment. Employees are not required to seek or find a replacement for their shift to use earned sick and safe time. They may use earned sick and safe time for all or part of a shift, depending on their need.

Earned sick and safe time can be used for:

- an employee's mental or physical illness, treatment or preventive care;
- the mental or physical illness, treatment or preventive care of an employee's family member;
- absence due to domestic abuse, sexual assault or stalking of an employee or their family member;
- closure of an employee's workplace due to weather or public emergency or closure of their family member's school or care facility due to weather or public emergency; and
- when determined by a health authority or health care professional that an employee or their family member is at risk of infecting others with a communicable disease.

## Notifying employer, documentation

An employer can require their employees to provide up to seven days of advance notice when possible (for example, when an employee has a medical appointment scheduled in advance) before using sick and safe time. An employer can also require their employees to provide certain documentation regarding the reason for their use of earned sick and safe time if they use it for more than three consecutive days.

If an employee plans to use earned sick and safe time for an appointment, preventive care or another permissible reason, follow the process outlined in the employer's handbook policy.

## Retaliation, right to file complaint

It is against the law for an employer to retaliate, or to take negative action, against an employee for using or requesting earned sick and safe time or otherwise exercising their earned sick and safe time rights under the law. If an employee believes they have been retaliated against or improperly denied earned sick and safe time,

they can file a complaint with the Minnesota Department of Labor and Industry. They can also file a civil action in court for earned sick and safe time violations.

## For more information

Contact the Minnesota Department of Labor and Industry's Labor Standards Division at 651-284-5075 or dli.laborstandards@state.mn.us or visit the department's earned sick and safe time webpage at dli.mn.gov/sick-leave.

This document contains important information about your employment. Check the box at the left to receive this information in this language.

| | | |
|---|---|---|
| | Spanish/Español | Este documento contiene información importante sobre su empleo. Marque la casilla a la izquierda para recibir esta información en este idioma. |
| | Hmong/Hmoob | Daim ntawv no muaj cov xov tseem ceeb hais txog thaum koj ua hauj lwm. Khij lub npauv ntawm sab laug yog koj xav tau cov xov tseem ceeb no txhais ua lus Hmoob. |
| | Vietnamese/Việt ngữ | Tài liệu này chứa thông tin quan trọng về việc làm của quý vị. Đánh dấu vào ô bên trái để nhận thông tin này bằng Việt ngữ. |
| | Simp. Chinese/简体中文 | 本文件包含与您的雇用相关的重要信息。勾选左边的方框将接收以这种语言提供的信息。 |
| | Russian/русский | Данный документ содержит важную информацию о вашем трудоустройстве. Отметьте галочкой квадрат слева для получения этой информации на данном языке. |
| | Somali/Soomaali | Dukumentigan waxaa ku qoran macluumaad muhiim ah oo ku saabsan shaqadaada. Calaamadi sanduuqan haddii aad rabto inaad macluumaadkan ku hesho luqaddan. |
| | Laotian/ພາສາລາວ | ເອກະສານນີ້ມີຂໍ້ມູນທີ່ສຳຄັນກ່ຽວກັບການຈ້າງງານຂອງທ່ານ. ໝາຍເບື້ອງກ່ອງທີ່ຢູ່ເບື້ອງຊ້າຍເພື່ອຮັບຂໍ້ມູນນີ້ໃນພາສານີ້. |
| | Korean/한국어 | 이 문서에는 귀하의 고용 형태에 관련된 중요한 정보가 담겨있습니다. 이 언어로 이 정보를 받기를 원하시면 왼쪽 상자에 체크하여 주세요. |
| | Tagalog/Tagalog | Ang dokumentong ito ay nagtataglay ng mahalagang impormasyon tungkol sa iyong pagtatrabaho. Lagyan ng tsek ang kahon sa kaliwa upang matanggap ang impormasyong ito sa wikang ito. |
| | Oromo/Oromoo | Waraqaan kun waayee hojii keetii odeeffannoo barbaachisoo ta'an qabatee jira. Saaxinnii karaa bitaatti argamu kana irratti mallattoo godhi yoo afaan Kanaan barreeffama argachuu barbaadde. |
| | Amharic/አማርኛ | ይህ ዶኩመንት አተጣጣሮን በሚመለከት አስፈላጊ መረጃ የያዘ ነው። ይህንን ዶኩመንት በስተግራ በኩል ባለው ቋንቋ ተተርጉሞ እንዲሰጦት ከፈለጉ በዛው በስተግራ በኩል ባለው ሳጥን ውስጥ ምልክት ያድርጉ። |
| | Karen / ကညီကျိၥ် | လံၥ်တီလံၥ်မိၥ်တခါအံၤဟ်ဃုၥ်တၢ်ဂ့ၢ်တၢ်ကျိၤအကါဒိၣ်လၢအဘၣ်ဃးဒီးနတၢ်ဖံးတၢ်မၤန္ၣ်လီၤ. တဲၤနိၣ်တၢ်ဒၢလၢအၥ့ၣ်တၢပၤလၢတၢ်ကၢး.န္ၣ်တၢ်ဂ့ၢ်တၢ်ကျိၤလၢကျိၥ်တခါအံၤဆၢဟ်တၢ်ကွၢ်. |
| | Arabic/العربية | يحتوي هذا المستند على معلومات مهمة حول عملك. ضع علامة في المربع على اليمين للحصول على هذه المعلومات في هذه اللغة. |