# EXHIBIT 4
















Jason Zimmerman <jzimmerman@intrepidstudios.com>                    Fri, Jan 30, 8:51 PM    ☆  ☺  ↩  ⋮
to Robert, Douglas, me

1. Perforce servers have been shut down (safely)
1.2 backups current
1.3 File server access has been shutdown to restrict access
4. Able to email studio at anytime, we have a studio distribution group for mass mailing.
2 & 3 There is an obstacle with Google and Slack. Steven is the "primary admin owner" this trumps all access I have. I can reach out to him to and request owner access control, (if you're okay with me asking him).

Doug let me know if you'd like me to give you a call.

On Fri, Jan 30, 2026 at 5:52 PM Robert Dawson <robert.d.dawson@outlook.com> wrote:
    Doug and Jason,

    i need you to do the following tonight:

    1.  Please lock down the code - please ask Jacob if you do not understand
    2. Please delete John and Steven from slack
    3.  Please change steven and John's email and forward to Ryan Ogden
    4.  Be on notice we will have an email for you to send from info@intrepid tomorrow morning

    Let us know if you have any other security concerns

    Please notify me when this has been completed