# EXHIBIT 5



3:26-

















