Will Small, Esq. (SBN 253443)
Kelly Ann Tran, Esq. (SBN 254476)
**SMALL LAW PC**
402 W Broadway, Ste 1720
San Diego, CA 92101
Telephone: (619) 430-4796
Email:      will@smalllawcorp.com
            kelly@smalllawcorp.com

John A. Schena (SBN 269597)
Riley J. Minkoff (SBN 356538)
**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone: 619.236.8821
Facsimile: 619.236.8827
Email:      john@sscelaw.com
            riley@sscelaw.com

Attorneys for Plaintiff and Cross-Defendant Steven Sharif and Third-Party Defendant John Moore

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDINGS LLC, and JASON CARAMANIS,<br><br>        Defendants.<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>        Nominal Defendant. | Case No. 3:26-cv-00965-LL-MMP<br><br>**DECLARATION OF JOHN A. SCHENA IN SUPPORT OF PLAINTIFF AND CROSS-DEFENDANT STEVEN SHARIF AND THIRD-PARTY DEFENDANT JOHN MOORE'S MOTION TO COMPEL ARBITRATION AND STAY CROSS-COMPLAINT**<br><br>Date:     August 31, 2026<br><br>Judge:    Hon. Linda Lopez<br>Magistrate: Hon. Michelle M. Pettit |
| INTREPID STUDIOS, INC., a California Corporation,<br><br>        Cross-Claimant,<br><br>v.<br><br>STEVEN SHARIF, an individual<br><br>        Cross-Defendant. | Complaint Filed: February 14, 2026 |

INTREPID STUDIOS, INC., a California Corporation,

               Third-Party Plaintiff,

v.

JASON ZIMMERMAN an individual, JOHN MOORE an individual, MATTHEW RHOADES an individual, DOES INDIVIDUALS 1-10; and ROE ENTITIES I-X

               Third-Party Defendants.

Case No. 3:26-cv-00965-LL-MMP
DECLARATION OF JOHN A. SCHENA IN SUPPORT OF PLAINTIFF AND CROSS-DEFENDANT STEVEN SHARIF AND THIRD-PARTY DEFENDANT JOHN MOORE'S MOTION TO COMPEL ARBITRATION AND STAY CROSS-COMPLAINT

I, John A. Schena, declare as follows:

1.    I am an attorney duly admitted to practice before this Court and am a partner with Schwartz Semerdjian Cauley Schena & Bush LLP, counsel of record for Plaintiff and Cross-Defendant Steven Sharif and Third-Party Defendant John Moore in this action. I make this declaration in support of Mr. Sharif's and Mr. Moore's Motion to Compel Arbitration and Stay Cross-Complaint. I have personal knowledge of the facts stated herein, except as to matters stated on information and belief, and if called as a witness, I could and would competently testify thereto.

2.    I filed a Notice of Association of Counsel on July 13, 2026, on behalf of Plaintiff Steven Sharif and John Moore.

3.    That same day, I reviewed the Cross-Complaint filed by Intrepid Studios, Inc. on June 24, 2026.

4.    I then reached out to Intrepid Studios, Inc.'s counsel, Vincent Aiello, to meet and confer regarding their Cross-Complaint.

5.    Mr. Aiello and I met and conferred via phone call on July 10, 2026. I let Mr. Aiello know that our clients, along with other Equityholders of Intrepid Studios, Inc., had signed a Master Settlement Agreement in June 2024 on behalf of Intrepid Studios, Inc., which included a provision that all disputes regarding governance and/or funding of Intrepid Studios Inc. prior to June 12, 2024 are subject to mandatory arbitration. I let Mr. Aiello know that my clients intended to file a Motion to Compel Arbitration of the claims that occurred or began occurring prior to June 12, 2024, as dictated by the Master Settlement Agreement, if the Cross-Complaint was not amended to conform with the Master Settlement Agreement.

6.    Mr. Aiello was not familiar with the Master Settlement Agreement, and did not agree to withdraw the claims in Intrepid Studios Inc.'s Cross-Complaint that occurred or began occurring prior to June 12, 2024.

///

7. I met and conferred with Mr. Aiello via phone call again on July 14, 2026. Mr. Aiello agreed to an extension of July 27, 2026 to allow my clients to file the Motion to Compel Arbitration. I then email Mr. Aiello on July 14, 2026, to confirm what we had spoken about on the phone. In my email, I stated "As discussed, we will file our Motion to Compel Arbitration on behalf of Sharif and Moore on July 27th. We are amenable to a modified briefing schedule that permits 21 days for you to oppose (as opposed to 14 days)." Attached hereto as **Exhibit A** is a true and correct copy of the email correspondence.

8. Based on that email correspondence, my office intends to submit a stipulation to the Court that will allow the Cross-Claimant 21 days to oppose the Motion to Compel Arbitration, and that will put the hearing on calendar for September 7, 2026, instead of August 31, 2026.

9. I reserve the right to supplement this declaration as necessary based on additional facts, documents, or proceedings in this matter.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 27, 2026, at San Diego, California.

/s/ John A. Schena
John A. Schena

Case No. 3:26-cv-00965-LL-MMP
DECLARATION OF JOHN A. SCHENA IN SUPPORT OF PLAINTIFF AND CROSS-DEFENDANT STEVEN SHARIF AND THIRD-PARTY DEFENDANT JOHN MOORE'S MOTION TO COMPEL ARBITRATION AND STAY CROSS-COMPLAINT