# EXHIBIT A

 Outlook

---

**RE: [External] Case 3:26-cv-00965-LL-MMP Sharif v. Dawson et al; Meet and Confer regarding Cross-Complaint**

---

**From** John Schena <john@sscelaw.com>

**Date** Tue 7/14/2026 8:58 AM

**To** Aiello, Vincent <vaiello@spencerfane.com>; Becerra, Theresa C. <Tbecerra@spencerfane.com>; tthomas@spencerfane.com <tthomas@spencerfane.com>; jsmith@spencerfane.com <jsmith@spencerfane.com>; DeFreitas, Sonny <sdefreitas@spencerfane.com>

**Cc** Marie Landeros Coxon <marie@sscelaw.com>; Riley Minkoff <riley@sscelaw.com>; Will Small <will@smalllawcorp.com>

Vincent,

Thanks for the call this morning.  As discussed, we will file our Motion to Compel Arbitration on behalf of Sharif and Moore on July 27th.  We are amenable to a modified briefing schedule that permits 21 days for you to oppose (as opposed to 14 days).  Let me know if you need more time than that.

My office will look into Judge Lopez's rules as determine whether we need to formally stipulate to a modified briefing schedule.  If so, we will prepare and circulate.

**John A. Schena**



**SCHWARTZ SEMERDJIAN**
*Attorneys at Law*

**Schwartz Semerdjian Cauley Schena & Bush LLP**
101 West Broadway, Suite 810 | San Diego, CA 92101-8229
**Direct** 619.557-3527 | **Main** 619.236-8821 | **Fax** 619.236-8827
Los Angeles Office 310.550-8857
john@sscelaw.com
**www.sscelaw.com**

Additional offices worldwide through our affiliation with LEGUS.
Contact our office for more information.
**www.leguslaw.com**

*This message is intended for the addressee only and is privileged and confidential. Interception or other unauthorized use is prohibited. If you receive this message in error, please notify me by reply-email and immediately delete copies from your records.*

---

**From:** Aiello, Vincent <vaiello@spencerfane.com>
**Sent:** Friday, July 10, 2026 8:51 AM
**To:** John Schena <john@sscelaw.com>; Becerra, Theresa C. <Tbecerra@spencerfane.com>; tthomas@spencerfane.com; jsmith@spencerfane.com; DeFreitas, Sonny <sdefreitas@spencerfane.com>
**Cc:** Marie Landeros Coxon <marie@sscelaw.com>; Riley Minkoff <riley@sscelaw.com>; Will Small <will@smalllawcorp.com>

**Subject:** RE: [External] Case 3:26-cv-00965-LL-MMP Sharif v. Dawson et al; Meet and Confer regarding Cross-Complaint

John,

I'm available for a call this morning before noon. Look forward to speaking with you.

Regards,

Vincent Aiello, Esq.
Attorney at Law
Spencer Fane, LLP
M 702-234-1538
All Rights Reserved

---

**From:** John Schena <john@sscelaw.com>
**Sent:** Thursday, July 9, 2026 8:16 AM
**To:** Becerra, Theresa C. <Tbecerra@spencerfane.com>; tthomas@spencerfane.com; jsmith@spencerfane.com; Aiello, Vincent <vaiello@spencerfane.com>
**Cc:** Marie Landeros Coxon <marie@sscelaw.com>; Riley Minkoff <riley@sscelaw.com>; Will Small <will@smalllawcorp.com>
**Subject:** [EXTERNAL] Case 3:26-cv-00965-LL-MMP Sharif v. Dawson et al; Meet and Confer regarding Cross-Complaint

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Counsel,

My firm is associating in with Will Small to represent Steven Sharif and John Moore in the action pending in the Southern District, case number 3:26-cv-00965-LL-MMP.

The purpose of this email is to begin the meet and confer process regarding Intrepid Studios, Inc.'s Cross-Complaint. According to Hon. Linda Lopez's chamber rules, we are to do so prior to any motion practice. While I do not believe that the pleading as drafted complies with general federal pleading requirements, the primary concern is the conduct alleged for the vast majority of the claims was explicitly released in an all-encompassing Master Settlement Agreement. That agreement contains an arbitration clause, which we intend to invoke and put the release before an arbitrator as quickly as possible.

I think it would behoove the parties to stipulate to arbitration as to the Cross-Complaint against Messrs. Sharif and Moore without the delay and expense of motion practice.

Please let me know your position and availability for further meet and confer.

**John A. Schena**



**Schwartz Semerdjian Cauley Schena & Bush LLP**
101 West Broadway, Suite 810 | San Diego, CA 92101-8229
**Direct** 619.557-3527 | **Main** 619.236-8821 | **Fax** 619.236-8827
Los Angeles Office 310.550-8857
john@sscelaw.com

www.sscelaw.com

Additional offices worldwide through our affiliation with LEGUS.

Contact our office for more information.

www.leguslaw.com

*This message is intended for the addressee only and is privileged and confidential. Interception or other unauthorized use is prohibited. If you receive this message in error, please notify me by reply-email and immediately delete copies from your records.*