# EXHIBIT 1

William F. Small (Cal. SBN: 253443)
will@smalllawcorp.com
Kelly Ann Tran (Cal SBN: 254476)
kelly@smalllawcorp.com
**SMALL LAW PC**
402 W. Broadway, Ste. 1720
San Diego, CA 92101
Tel.: (619) 430-4793
Facsimile: (619) 664-4278

*Attorneys for Plaintiff,*
STEVEN SHARIF

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDINGS LLC, and JASON CARAMANIS, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. <br><br> AND ALL RELATED CROSS-CLAIMS | Case No. 3:26-cv-00965 LL-MMP <br><br> **DECLARATION OF STEVEN SHARIF IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL TURNOVER OF INTREPID'S INTELLECTUAL PROEPRTY** <br><br> **Date: 08/11/2026** <br><br> **Courtroom: 14B (14th Floor)** <br><br> **Action Filed:** 02/14/2026 <br> **Jud. Officer:** Hon. Linda Lopez |

I, Steven Sharif, declare:

1.     I am the Plaintiff and a Cross-Defendant in this action, a founder of Intrepid Studios, Inc. ("Intrepid"), and its former Chief Executive Officer. I have personal knowledge of the matters stated below and could testify competently to them.

Page   1

STEVEN SHARIF'S DECLARATION SUPPORTING OPPOSITION OF TURNOVER

2. I helped create and direct MMORPG (Massively Multiplayer Online Role Playing Game) known as *Ashes of Creation* and was directly involved in Intrepid's technology, domain, community, and platform administration during my tenure.

3. I resigned from Intrepid in January 2026 because I would not ratify conduct I believed injured the Company and its employees.

4. I do not possess or control any Intrepid hardware, including, but not limited to, any server, server chassis, drive, computer, security key, development device, ScaleMatrix hardware, or separately packed hardware component.

5. I do not possess or control any separate copy of Intrepid source code or any operational development credential for AWS, Perforce, Bitwarden, MongoDB, Okta, PlayFab, Jira, or the other development systems identified in Intrepid's motion that was not supplied to the Court-appointed custodian.

6. I never directed Jason Zimmerman, Matthew Rhoades, John Moore, or anyone else to remove, conceal, destroy, retain, or deny Intrepid access to Company hardware, source code, credentials, Slack records, or other Company property. I did not direct the movement of the ScaleMatrix equipment.

7. I cooperated with Michael Kunkel, the Court-appointed intellectual-property custodian. Everything in my possession or control that fell within the Court's temporary restraining order's scope was provided to Mr. Kunkel or made available as directed. Mr. Kunkel has never told me that I withheld any required credential, source-code material, or hardware.

8. After the current Intrepid Board assumed operational control, some platform access problems arose because Intrepid did not maintain vendor payments, subscriptions, or onboarding. Those failures were not caused by any instruction or lockout by me.

9. I retain administrative capability for Google Workspace. I do not oppose restoring a designated Company administrator or providing reasonable, logged

Page 2

STEVEN SHARIF'S DECLARATION SUPPORTING OPPOSITION OF TURNOVER

access once Intrepid addresses any billing or service impediment and supplies an itemized request. I do not waive arbitration, ownership, privilege, privacy, or other defenses by offering that cooperation.

10. John Moore maintains a personal GoDaddy registrar account under his personal login, recovery information, multi-factor authentication ("MFA"), and billing credentials ("the GoDaddy Account"). The GoDaddy Account currently administers the following domains: www.IntrepidStudios.com and www.AshesofCreation.com. The GoDaddy Account is not registered to Intrepid, nor does it have an Intrepid login. It is my understanding and belief that Mr. Moore can implement reasonable, logged DNS changes needed for existing website or email operations without surrendering the personal account, its recovery methods, MFA, or registrar control.

11. On March 19, 2024, Intrepid, myself and John Moore executed the Founders' Intellectual Property License Agreement ("the License Agreement). A true and correct copy of the License Agreement is attached as **Exhibit 2**. Intrepid executed separate counterparts through John Moore as President and Thomas M. Alkazin as Director. The transaction was approved by Intrepid's entire Board of Directors and by the holders of all outstanding shares at that time.

12. I personally created the accounts that own the Ashes of Creation-branded X account, YouTube channel, Reddit community and Discord channel. I have continuously retained ultimate administrator and recovery control over those accounts and developed fan sites for Ashes of Creation on them.

13. I allowed Intrepid personnel to post, moderate, or otherwise use the aforementioned accounts for ordinary Company purposes with my authorization, but I have never assigned the accounts, master credentials, recovery methods, or owner-level rights to Intrepid.

14. Attached collectively hereto as **Exhibit 3** are true and correct copies of screenshots I took of account information for the X Account, the Reddit

Page   3

STEVEN SHARIF'S DECLARATION SUPPORTING OPPOSITION OF TURNOVER

Account and the Discord Account. Portions of my personal identifying information have been redacted to protect my privacy.

15. Intrepid maintained separate Company communication properties, including its own Reddit presence, X account (with the account handle "@AshesofCreationSupport"), a separate Discord presence, Instagram, Vanilla Forums, Mailchimp, and Steam Community forums. Neither Mr. Moore nor I possesses credentials or administrator rights for those properties.

16. Community members have been banned from founder-administered communities only for violations of published rules in the ordinary course of moderation. All relevant Slack logs are backed up. Any assertion that I ordered Slack records deleted is false; any automated storage removal concerned duplicate backup material, not destruction of Slack evidence.

17. To my knowledge, Intrepid currently has no employees, committed operating funding, active development infrastructure, or viable launch operation. The Board has previously stated in this action that its practical objective is another foreclosure. I am not aware of any current operational need requiring transfer of personal registrar credentials for any of the social media accounts that are held under my name, particularly because Intrepid has separate Company communication properties.

///

///

///

///

///

///

///

///

///

Page    4

STEVEN SHARIF'S DECLARATION SUPPORTING OPPOSITION OF TURNOVER

Case No. 3:26-cv-00965 LL-MMP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 29, 2026.

Respectfully submitted,

Dated: July 29, 2026

**STEVEN SHARIF**

By: *Steven Sharif*
Steven Sharif

Page   5

STEVEN SHARIF'S DECLARATION SUPPORTING OPPOSITION OF TURNOVER

Case No. 3:26-cv-00965 LL-MMP