# EXHIBIT 2

## FOUNDERS' INTELLECTUAL PROPERTY LICENSE AGREEMENT

March _/9ᵗʰ_, 2024

### Recitals

A.    This Founders' Intellectual Property License Agreement (the "Agreement") is entered into as of the date first listed above by and between Intrepid Studios, Inc., a California corporation (the "Company" or "Licensee"), Steven Sharif, an individual ("Sharif"), and John Moore, an individual ("Moore") (collectively, Sharif and Moore are the "Founders" or "Licensors") (collectively, the Company, Sharif, and Moore are the "Parties" and each a "Party").

B.    Prior to the organization of the Company on May 20, 2015, which was founded by and amongst Licensors, the Licensors developed, have further developed since, and will continue to further develop certain Intellectual Property (as defined below), for which the Founders retain certain Intellectual Property Rights (as defined below), and for which the Licensed IP (as defined below) now relates to the actual and proposed business of the Company, namely the development and continued development of online video games and related products and services.

C.    The Parties seek to formalize the terms upon which the Founders, as Licensors, shall license to the Company, as the Licensee, the Licensed IP (as defined below) on the terms and conditions contained herein.

D.    Now, therefore, in consideration of the mutual covenants contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree to and intend to be bound by the following terms:

### Agreement

1.    **Definitions.** The following definitions shall apply to this Agreement:

1.1.    "Intellectual Property": Shall mean any recognized protectable rights and interests, whether appropriately registered or at common law, such as patents, copyrights, trademarks, service marks, inventions, confidential information, trade secrets, trade dress, works of authorship, author's rights, graphics, storylines, scripts, music, sound effects, gameplay, videos, trailers, characters, source code, object code, computer code, domain names, logos, insignia, color combinations, slogans, moral rights, rights of publicity, contract or licensing rights, designs, know-how, methodologies, inventions, innovations, good will, and applications, registrations, registration rights, renewals, and renewal rights for any of the foregoing.

1.2.    "Licensed IP". Shall mean the Intellectual Property owned by the either or both of the Founders, as substantially, but not comprehensively, set forth in either _Exhibit A: Jointly Licensed IP_, _Exhibit B: Sharif Licensed IP_, or _Exhibit C: Moore Licensed IP_ and as licensed to the Company under the terms and conditions of this Agreement.

2.    **Grant of License.** Subject to the terms and conditions of this Agreement, the Licensors hereby grant to the Licensee a nonexclusive, worldwide, royalty-bearing, nontransferable license for the Term (as defined below) in and to the Licensed IP to reproduce, exploit, and use the Licensed IP

in connection with the development of online video games and reasonable ancillary uses thereto, to include merchandise and the development of derivative works thereto.

3.  **License Restrictions.** The Licensors shall retain all right, title, and interest in the Licensed IP, to include all derivative works created thereof. This Agreement does not transfer ownership right of any Licensed IP or any derivative works created thereof. The Licensee shall not use the Licensed IP in any manner inconsistent with the terms, conditions, and stated intent contained in this Agreement.

4.  **Consideration.** The Parties understand and agree that various bases of value independently exist as to each Party in consummating the licensing of the Licensed IP with each other. As separate and sufficient consideration, the Company and each of the Founders shall execute concurrently herewith those certain Executive Employment Agreements and Executive Bonus Agreements, as each are herein incorporated by reference, which, among other concerns, compensate each Founder with certain royalties in consideration of the licenses to the Licensed IP granted herein.

5.  **Term & Termination.** The term of this Agreement shall last as long as both Founders remain continuously employed with the Company pursuant to the terms of each Founder's Executive Employment Agreement, or any successor instrument or arrangement thereto, or so long as both Founders remain entitled to the "Gold Bonus" (as defined in each Founder's Executive Bonus Agreement) (together, the "Term"). The Licensors may terminate this Agreement: (a) jointly for convenience upon thirty (30) days' written notice to the Company, subject to the completion of the Term; or (b) upon an unremedied breach of this Agreement following notice of breach delivered to the Company that remains unremedied for a period of thirty (30) days.

6.  **Assignor Representations & Warranties.** The Licensors represent and warrant: (a) that the Licensors, as set forth in Exhibits A, B, and C of this Agreement, are the true and rightful owners to the Licensed IP; (b) that the Licensors will provide full cooperation and provide to the Licensee any additional documents, information, or similar in order to effectuate the intent of this Agreement; and (c) that entering into this Agreement shall not circumvent any other agreement or arrangement currently in existence.

7.  **Limitation of Liability.** EACH LICENSOR IS NOT LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, INCLUDING THE LOSS OF PROFITS, REVENUE, DATA, OR USE OR COST OF PROCUREMENT OF SUBSTITUTE GOODS INCURRED BY LICENSEE OR ANY THIRD PARTY, WHETHER IN AN ACTION IN CONTRACT OR TORT OR BASED ON A WARRANTY, EVEN IF EITHER LICENSOR OR ANY OTHER PERSON HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. LICENSOR'S LIABILITY FOR DAMAGES UNDER THIS AGREEMENT SHALL NOT EXCEED THE AMOUNTS ACTUALLY PAID BY LICENSEE TO LICENSOR UNDER THIS AGREEMENT OR ANY OTHER AGREEMENT INCORPORATED BY REFERENCE.

8.  **Limitations Period.** No action arising out of or in connection with this Agreement or the transactions contemplated by the Agreement may be brought by either party against the other more than one (1) year after the action accrues.

9.  **Confidentiality.** The Licensee acknowledges that the Licensed IP and all information relating to the business and operations of either or both Licensors that the Licensee learns or has learned during or prior to the Term, may be the valuable, confidential, and proprietary information of either or both of the Licensors. During the Term, and at all times afterwards, the Licensee, and its employees, contractors, consultants, and agents, shall: (a) safeguard the confidential information with the same

degree of care that it uses to protect its own confidential information; (b) maintain the confidentiality of this information; (c) not use the information except as permitted under this Agreement; and (d) not disseminate, disclose, sell, publish, or otherwise make available the information to any third party or law enforcement agency without the prior written consent of either or both Licensors, as applicable, or as disclosure may be required by applicable law.

10. **Further Assurances.** Each Party understands and agrees that additional actions by and amongst the Parties individually and collectively may be required to effectuate the purpose and intent of this Agreement, to include formal registration of the Licensed IP to the extent not already registered, as well as any derivative works created thereto. All Parties understand and agree to cooperate with each other in joint pursuit of such matters in all reasonable respects.

11. **Consultation with Independent Counsel.** Each Party understands and agrees that they have had the opportunity to have this Agreement reviewed by independent legal counsel. Each Party understands and agrees that the terms contained herein are reasonable and fair to the Parties.

12. **Headings.** Administrative headings in this Agreement are for the ease of the Parties and shall not constitute positive statements or right nor obligation upon the Parties.

13. **Incorporated Recitals.** Introductory recital paragraphs are hereby incorporated into the Agreement as though fully set forth herein.

14. **Amendments.** Any amendments to this Agreement shall be made in a writing, signed by the Parties, and attached hereto as a successive exhibit.

15. **Waivers.** Any waiver of any right or obligation by any Party shall not constitute an enduring waiver to that provision or any other provision of this Agreement. Rather, any such waivers shall be isolated to that occurrence as an agreed upon compromise amongst the Parties.

16. **Governing Law; Jurisdiction.** This Agreement shall be governed in all respects under the laws of the State of California. For any litigation that may ensue, preference shall be given to any judicial body of competent jurisdiction within the County of San Diego.

17. **Prevailing Party.** In the event of any legal action or proceeding, including but not limited to arbitration, brought by either Party against the other arising out of or related to this Agreement, the prevailing party shall be entitled to recover reasonable attorney's fees, expert witness fees, costs of suit, and expenses, in addition to any other relief to which the prevailing Party may be entitled. As used herein, "prevailing party" includes, without limitation, a party who dismisses an action for recovery hereunder in exchange for payment of the sums allegedly due, performance of the covenants contained herein, or other consideration which achieves the objectives of the action brought. The court or arbitrator shall determine which party is the prevailing party and the amount of reasonable attorney's fees and costs to award.

18. **Successors & Assigns.** The rights, benefits, and obligations of the Company under this Agreement shall not be transferable by the Company unless the Licensors, jointly, provide express written consent. If the Company so requests and the Licensors so provide such express written consent, then all rights, benefits, and obligations under this Agreement shall inure to the benefit of and be enforceable by or against the Company's successors and assigns. The rights, benefits, and obligations of each Licensor under this Agreement shall be transferable at will by each such Party. Upon the death or incapacity of either Licensor, such rights, benefits, and obligations shall pass to

the respective Licensor's estate or beneficiaries through the Executive's will or the laws of descent and distribution.

19. **Severability.** If any provision of this Agreement is found to be unenforceable or a violation of any statute, rule, regulation, order, or decree of any governmental authority, court, or agency, then such provision shall be modified to the minimum extent necessary to render it enforceable and cure such violation. All other provisions shall remain in full force and effect notwithstanding such violation. If such narrow modification is impracticable, the unenforceable provision shall be severed, but all other provisions hereof shall remain in full force and effect notwithstanding such violation.

20. **Amendments.** Any amendments to this Agreement shall be made in a writing, signed by the Parties, and attached hereto as a successive exhibit.

21. **Waiver.** Any waiver of any right or obligation by any Party shall not constitute an enduring waiver to that provision or any other provision of this Agreement. Rather, any such waivers shall be isolated to that occurrence as an agreed upon compromise amongst the Parties.

22. **Counterparts & E-Sign.** This Agreement may be executed in any number of counterparts, which shall together constitute a single instrument. This Agreement may be executed by electronic means.

23. **Notices.** Notices under this Agreement shall be delivered by: (a) first-class mail, postage pre-paid and by (b) electronic mail directed as follows:

23.1.  Licensee.

Intrepid Studios, Inc.
2683 Via De La Valle, Suite G #139, Del Mar, CA 92014
Email: _____

23.2.  Licensors.

Steven Sharif
Address: _4955 Rancho Del Mar Trail, San Diego CA 92130_
topteam@live.com

*With a Copy to:*

Klinedinst PC
Attn: James D. Snyder, Esq.
501 W. Broadway, Suite 1100
jsnyder@klinedinstlaw.com
(619) 400-8000

John Moore
Address: _4955 Rancho Del Mar Trail, San Diego CA 92130_
Email: _Johncm22@Live.com_

*With a Copy to:*

Klinedinst PC
Attn: James D. Snyder, Esq.
501 W. Broadway, Suite 1100
jsnyder@klinedinstlaw.com
(619) 400-8000

*[Signatures appear on the following page]*

## Execution

In witness whereof, the Parties do so agree and accept the provisions of this Agreement:

| | |
|---|---|
| **Company; Licensee** ||
| Intrepid Studios, Inc. ||
| Name | *Thomas M. Alkazin* |
| Title | *Director* |
| Signature | *[signature]* |
| Date | *3/19/24* |
| **Founders; Licensors** ||
| Steven Sharif ||
| Signature | *[signature]* |
| Date | *3/19/24* |
| John Moore ||
| Signature | *[signature]* |
| Date | *3/19/24* |

### Execution

In witness whereof, the Parties do so agree and accept the provisions of this Agreement:

| Company; Licensee | |
|---|---|
| Intrepid Studios, Inc. | |
| Name | *John Moore* |
| Title | *President* |
| Signature | *John Moore* |
| Date | *3/19/24* |
| **Founders; Licensors** | |
| Steven Sharif | |
| Signature | *Steven Sharif* |
| Date | *3-19-24* |
| John Moore | |
| Signature | *John Moore* |
| Date | *3/19/24* |

## Exhibit A: Joint Licensed IP

- Ashes of Creation – MMORPG set in a high fantasy world called Verra. Phoenix Logo and name, www.AshesofCreation.com.

Description of the Licensed IP developed by John Moore and Steven Sharif

Intricate systems of an MMORPG (Massively Mutliplayer Online Roleplaying Game) that include all narrative devices, and lore for the world of Verra and its inhabitants. Utilizing open world design settings that uniquely interact with PvP and PvE systems encouraging political intrigue and player centric designs. Steven as the original Game Master for this world as far back as 2006, created the unique system details that exist in propviding a compelling setting for the game Ashes of Creation. The IP includes designs for unique server meshing technology in order to facilitate expansive playable areas and encourages high player density encounters around castles and guilds for players to engage in PvX content. The world map specifically created to compel use of the trade systems designed by Steven, that creates regionalized economies and unique and dynamic gatherable resources requiring the transit of caravans and trade throughout the world. A compelling season system that changes the dynamics of the world continually throughout the game's passage of time. PvP flagging systems that allow for high risk and high reward scenarios. The Node system which allows a predicate based reaction to the input of the players for everything including; crafting, mob spawners, dungeons, drop tables, environmental responses, players housing, raid spawns, vendor tables, questing, cultural identity. In addition, authoring the design for developmental tools used in the creation of the game, such as the population tool to change dynamically spawners within the world, and the story arc system to have progressive quest content within the world. The event tool that allows for creating open world events, wars, and caravan passage. The unique biomes are created to replicate the original table game that was Ashes of Creation from 2006-2024 created by Steven. This includes the city names, continent names and designs, along with dungeons and the heroes and villains of the world along with the world races and cultural designs.

## Exhibit B: Sharif Licensed IP

- Ashes of Creation – MMORPG set in a high fantasy world called Verra. Phoenix Logo and name, www.AshesofCreation.com.

Description of the Licensed IP developed by Steven Sharif

Intricate systems of an MMORPG (Massively Mutliplayer Online Roleplaying Game) that include all narrative devices, and lore for the world of Verra and its inhabitants. Utilizing open world design settings that uniquely interact with PvP and PvE systems encouraging political intrigue and player centric designs. Steven as the original Game Master for this world as far back as 2006, created the unique system details that exist in propviding a compelling setting for the game Ashes of Creation. The IP includes designs for unique server meshing technology in order to facilitate expansive playable areas and encourages high player density encounters around castles and guilds for players to engage in PvX content. The world map specifically created to compel use of the trade systems designed by Steven, that creates regionalized economies and unique and dynamic gatherable resources requiring the transit of caravans and trade throughout the world. A compelling season system that changes the dynamics of the world continually throughout the game's passage of time. PvP flagging systems that allow for high risk and high reward scenarios. The Node system which allows a predicate based reaction to the input of the players for everything including; crafting, mob spawners, dungeons, drop tables, environmental responses, players housing, raid spawns, vendor tables, questing, cultural identity. In addition, authoring the design for developmental tools used in the creation of the game, such as the population tool to change dynamically spawners within the world, and the story arc system to have progressive quest content within the world. The event tool that allows for creating open world events, wars, and caravan passage. The unique biomes are created to replicate the original table game that was Ashes of Creation from 2006-2013 created by Steven. This includes the city names, continent names and designs, along with dungeons and the heroes and villains of the world along with the world races and cultural designs.

In addition, Steven specifically is responsible for class designs and stat design for player combat and encounter design. Authoring the moment to moment gameplay direction for the Ashes of Creation combat systems, derived in part from his vast experience across gaming but specifically his privately developed table top campaign set in his custom Ashes of Creation world and ruleset from 2006-2024.

**Exhibit C: Moore Licensed IP**

- Ashes of Creation – MMORPG set in a high fantasy world called Verra. Phoenix Logo and name, www.AshesofCreation.com.

Description of the Licensed IP developed by John Moore and Steven Sharif

Intricate systems of an MMORPG (Massively Mutliplayer Online Roleplaying Game) that include all narrative devices, and lore for the world of Verra and its inhabitants. Utilizing open world design settings that uniquely interact with PvP and PvE systems encouraging political intrigue and player centric designs. Steven as the original Game Master for this world as far back as 2006, created the unique system details that exist in propviding a compelling setting for the game Ashes of Creation. The IP includes designs for unique server meshing technology in order to facilitate expansive playable areas and encourages high player density encounters around castles and guilds for players to engage in PvX content. The world map specifically created to compel use of the trade systems designed by Steven, that creates regionalized economies and unique and dynamic gatherable resources requiring the transit of caravans and trade throughout the world. A compelling season system that changes the dynamics of the world continually throughout the game's passage of time. PvP flagging systems that allow for high risk and high reward scenarios. The Node system which allows a predicate based reaction to the input of the players for everything including; crafting, mob spawners, dungeons, drop tables, environmental responses, players housing, raid spawns, vendor tables, questing, cultural identity. In addition, authoring the design for developmental tools used in the creation of the game, such as the population tool to change dynamically spawners within the world, and the story arc system to have progressive quest content within the world. The event tool that allows for creating open world events, wars, and caravan passage. The unique biomes are created to replicate the original table game that was Ashes of Creation from 2006-2013 created by Steven. This includes the city names, continent names and designs, along with dungeons and the heroes and villains of the world along with the world races and cultural designs.

In addition, John is directly involved with providing direction for the creation of the animals, monsters and mounts in Ashes of Creation. Directly designed from the lore and fantasy developed with Steven in the Ashes of Creation table top game from his involvement from 2010-2024. As well as, the areas of the world that include the Underrealms, Sujoma and other locations and cultures within the continents of Verra and the Sanctus origan stories. Including the unique armor sets, foods, drinks, potions, weapons and POI designs of the story.