# EXHIBIT 3

Case 3:26-cv-00965-LL-MMP    Document 167-3    Filed 07/29/26    PageID.5878    Page 2 of 5



Filed 07/29/26    PageID.5879   Page





