# EXHIBIT 4

William F. Small (Cal. SBN: 253443)
will@smalllawcorp.com
Kelly Ann Tran (Cal SBN: 254476)
kelly@smalllawcorp.com
**SMALL LAW PC**
402 W. Broadway, Ste. 1720
San Diego, CA 92101
Tel.: (619) 430-4793
Facsimile: (619) 664-4278

*Attorneys for Plaintiff,*
STEVEN SHARIF

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDINGS LLC, and JASON CARAMANIS, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No. 3:26-cv-00965 LL-MMP <br><br> **DECLARATION OF JOHN MOORE IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL TURNOVER OF INTREPID'S INTELLECTUAL PROEPRTY** <br><br> **Action Filed:  02/14/2026** <br> **Jud. Officer:  Hon. Linda Lopez** |
| AND ALL RELATED CROSS-CLAIMS | |

I, John Moore, declare:

1.     I am a third-party Defendant in this action, a founder and former executive of Intrepid Studios, Inc. ("Intrepid"). I have personal knowledge of the matters stated below and could testify competently to them.

1

DECLARATION OF JOHN MOORE IN SUPPORT OF OPPOSITION TO MOTION FOR TURNOVER

Case No. 3:26-cv-00965 LL-MMP

2. I resigned from Intrepid effective immediately on January 31, 2026. My resignation identified, among other things, inaccurate officer filings, risks from the Board's foreclosure strategy, improper employee treatment, and coercive conduct.

3. I do not possess or control any Intrepid hardware, including, but not limited to, any server, server chassis, drive, computer, security key, development device, ScaleMatrix hardware, or separately packed hardware component.

4. I never directed Jason Zimmerman, Matthew Rhoades, Steven Sharif, or anyone else to remove, conceal, destroy, retain, or deny Intrepid access to Company property, hardware, code, credentials, or records. I did not direct the ScaleMatrix equipment move.

5. I maintain a personal GoDaddy registrar account under my personal login, recovery information, multi-factor authentication ("MFA"), and billing credentials ("the GoDaddy Account"). The GoDaddy Account currently administers the following domains: www.IntrepidStudios.com and www.AshesofCreation.com. The GoDaddy Account is not registered to Intrepid, nor does it have an Intrepid login. I can implement reasonable, logged DNS changes needed for existing website or email operations without surrendering the personal account, its recovery methods, MFA, or registrar control.

6. A true and correct copy of the receipt for my payment and registration of the www.ashesofcreation.com domain is filed concurrently with this opposition as **Exhibit 5.** I paid for that registration with a personal credit card.

7. A true and correct copy of the email receipt for my payment and original purchase for the www.intrepidstudios.com domain is filed concurrently with this opposition as **Exhibit 6.** I paid for that registration with a personal credit card.

2

DECLARATION OF JOHN MOORE IN SUPPORT OF OPPOSITION TO MOTION FOR TURNOVER

Case No. 3:26-cv-00965 LL-MMP

8. On March 19, 2024, Intrepid, myself and Steven Sharif executed the Founders' Intellectual Property License Agreement ("the License Agreement). A true and correct copy of the License Agreement is filed concurrently with this opposition as **Exhibit 2**. Intrepid executed separate counterparts through myself as President and Thomas M. Alkazin as Director. The transaction was approved by Intrepid's entire Board of Directors and by the holders of all outstanding shares at that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 29, 2026.

Respectfully submitted,

Dated: July 29, 2026          **JOHN MOORE**

By: _John Moore_____
John Moore

3

DECLARATION OF JOHN MOORE IN SUPPORT OF OPPOSITION TO MOTION FOR TURNOVER

Case No. 3:26-cv-00965 LL-MMP