# EXHIBIT 5

Receipt

№ 991707726

CONTACT US 24/7 1-480-505-8877

---

DATE:

6/22/2016

CUSTOMER #:

57671172

BILL TO:

John Moore

1 ████████████

█████████████

██████

██████

PAYMENT:

Visa •••• 9846                                        $245.29

---

Previous Balance                                     $245.29

Received Payment                                    ($245.29)

---

**Balance Due (USD)**                                **$0.00**

---

| Term | Product | Amount |
|------|---------|--------|
| 2 yrs | .COM Domain Registration<br>AshesOfCreation.com [1] | $26.98 |
| 2 yrs | Ultimate Domain Protection and Security | $29.98 |

AshesOfCreation.com

| 2 yrs | Private Domain Registration | | $0.00 |
|---|---|---|---|

AshesOfCreation.com

| | | $15.98 | |
|---|---|---|---|
| | Discount | −$15.98 | |

| 2 yrs | Domain Ownership Protection | | $0.00 |
|---|---|---|---|

AshesOfCreation.com

| | | $35.96 | |
|---|---|---|---|
| | Discount | −$35.96 | |

| 2 yrs | Get Found Starter | | $0.00 |
|---|---|---|---|

| 2 yrs | Certified Domain Registration | | $0.00 |
|---|---|---|---|

AshesOfCreation.com

| 2 yrs | .US Domain Registration | | $20.99 |
|---|---|---|---|

ashesofcreation.us

| | | $23.98 | |
|---|---|---|---|
| | Discount | −$2.99 | |

| 2 yrs | Business Registration | | $6.99 |
|---|---|---|---|

ashesofcreation.us

| | | $9.98 | |
|---|---|---|---|
| | Discount | −$2.99 | |

| 2 yrs | Certified Domain Registration | | $0.00 |
| | ashesofcreation.us | | |

| 2 yrs | .NET Domain Registration | | $22.99 |
| | ashesofcreation.net [1] | | |

| 2 yrs | Ultimate Domain Protection and Security | | $29.98 |
| | ashesofcreation.net | | |

| 2 yrs | Private Domain Registration | | $0.00 |
| | ashesofcreation.net | | |
| | | $15.98 | |
| | Discount | -$15.98 | |

| 2 yrs | Domain Ownership Protection | | $0.00 |
| | ashesofcreation.net | | |
| | | $35.96 | |
| | Discount | -$35.96 | |

| 2 yrs | Get Found Starter | | $0.00 |

| 2 yrs | Certified Domain Registration | | $0.00 |
| | ashesofcreation.net | | |

| 2 yrs | .ORG Domain Registration | | $27.99 |
| | ashesofcreation.org [1] | | |

| 2 yrs | Ultimate Domain Protection and Security | | $29.98 |
| | ashesofcreation.org | | |

| 2 yrs | Private Domain Registration | | $0.00 |
| | ashesofcreation.org | | |
| | Discount | $15.98 −$15.98 | |

| 2 yrs | Domain Ownership Protection | | $0.00 |
| | ashesofcreation.org | | |
| | Discount | $35.96 −$35.96 | |

| 2 yrs | Get Found Starter | | $0.00 |

| 2 yrs | Certified Domain Registration | | $0.00 |
| | ashesofcreation.org | | |

| 2 yrs | .INFO Domain Registration | | $17.99 |
| | ashesofcreation.info [1] | | |

| | | | |
|---|---|---|---|
| 2 yrs | Ultimate Domain Protection and Security | | $29.98 |
| | ashesofcreation.info | | |
| 2 yrs | Private Domain Registration | | $0.00 |
| | ashesofcreation.info | | |
| | Discount | $15.98 −$15.98 | |
| 2 yrs | Domain Ownership Protection | | $0.00 |
| | ashesofcreation.info | | |
| | Discount | $35.96 −$35.96 | |
| 2 yrs | Get Found Starter | | $0.00 |
| 2 yrs | Certified Domain Registration | | $0.00 |
| | ashesofcreation.info | | |

| | |
|---|---|
| **Subtotal** | **$243.85** |
| Taxes | $0.00 |
| Fees | $1.44 |
| **Total (USD)** | **$245.29** |

**REFERENCE**

| | | |
|---|---|---|
| Taxes | | $0.00 |

GoDaddy.com, LLC                                                    $0.00
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

| | | |
|---|---|---|
| Fees | | $1.44 |
| 1.   ICANN | | $1.44 |

| | |
|---|---|
| AshesOfCreation.com | $0.36 |
| ashesofcreation.net | $0.36 |
| ashesofcreation.org | $0.36 |
| ashesofcreation.info | $0.36 |

Universal Terms of Service