# EXHIBIT 6

**From:** sales@afternic.com <sales@afternic.com>
**Sent:** Friday, June 19, 2015 3:52 PM
**To:** topteam@live.com <topteam@live.com>
**Subject:** Confirmation of order for 8280042

Dear John Moore,

Thank you for the purchase of:

intrepidstudios.com

Your credit card payment has been processed. Please note: the purchase is not final, nor is it complete, until you are contacted by the escrow manager and provided confirmation of the sale.

Please note that the domain(s) purchased are listed by a third-party owner.

The domain owner will need to take steps to transfer the domain to you. We are in contact with the seller regarding this sale, however we cannot always guarantee a successful transfer of 3rd party owned domains therefore all brokered domains must go through our escrow process to protect all parties involved. Please DO NOT begin developing your domain name until you have received login details allowing you full control of the domain or have completed your own transfer to your preferred registrar.

Domain transfers usually take 7-10 business days; you will receive additional information via email regarding the transfer status of your purchased domain.

Once the escrow process is complete, you will receive an email with instructions on:

Establishing the domain name in your name
or
Transferring the domain name to the registrar of your choice.

IMPORTANT:
If you do not receive these email instructions in 7-10 business days, please contact Afternic at sales@afternic.com. Please be sure that you have checked your SPAM folder before calling you may find the emails there.

As always, personalized assistance only a call away:

Monday -- Friday, 8 AM to 7:00 PM, EST.
1-866-351-9586 (United States)
+1 781-839-7990 (Worldwide)

Best Regards,

Todd Cantwell

Sales Manager
www.afternic.com

