William F. Small (Cal. SBN: 253443)
will@smalllawcorp.com
Kelly Ann Tran (Cal SBN: 254476)
kelly@smalllawcorp.com
**SMALL LAW PC**
402 W. Broadway, Ste. 1720
San Diego, CA 92101
Tel.: (619) 430-4793
Facsimile: (619) 664-4278

*Attorneys for Plaintiff,*
STEVEN SHARIF

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., | Case No. 3:26-cv-00965 LL-MMP |
| Plaintiff, | **DECLARATION OF WILLIAM F. SMALL IN SUPPORT OF STEVEN SHARIF'S OPPOSITION TO MOTION TO COMPEL TURNOVER OF INTREPID'S INTELLECTUAL PROEPRTY** |
| v. | |
| ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDINGS LLC, and JASON CARAMANIS, | |
| Defendants, | **Action Filed:   02/14/2026** |
| and | **Jud. Officer:   Hon. Linda Lopez** |
| INTREPID STUDIOS, INC., | |
| Nominal Defendant. | |
| AND ALL RELATED CROSS-CLAIMS | |

I, William F. Small, Esq., declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am the Managing Partner of Small Law PC, counsel of record for Plaintiff Steven Sharif ("Sharif") in the above-captioned action. I have personal knowledge of

1

DECLARATION OF WILLIAM F. SMALL IN SUPPORT OF OPPOSITION TO MOTION FOR TURNOVER

Case No. 3:26-cv-00965 LL-MMP

the facts set forth in this declaration, and, if called as a witness, could testify competently thereto.

2. Nominal Defendant/Cross-Claimant/Third-Party Plaintiff Intrepid Studios, Inc. ("Intrepid") filed its "Motion to Compel Turnover of Intrepid's Intellectual Property" (the "Turnover Motion") on June 24, 2026 [ECF No. 136].

3. After the date of this filing, I met and conferred with Intrepid's counsel of record regarding the issues presented by the Turnover Motion.

4. To facilitate a meaningful meet and confer attempt, Intrepid's counsel and I agreed to allow both parties a one-day extension to file respectively, Plaintiff's opposition and Intrepid's reply concerning this motion.

5. Intrepid's counsel and I were unable to reach an agreement on the issues set forth in the Turnover Motion, necessitating this opposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 29, 2026.

Respectfully submitted,

Dated: July 29, 2026          **SMALL LAW PC**

                                    /s/ *William F. Small*
                        By: _____
                            WILLIAM F. SMALL (SBN 253443)
                            Email: will@smalllawcorp.com
                            Attorney for Plaintiff
                            STEVEN SHARIF, as an individual and
                            derivatively on behalf of Intrepid Studios, Inc.

2

DECLARATION OF WILLIAM F. SMALL IN SUPPORT OF OPPOSITION TO MOTION FOR TURNOVER

Case No. 3:26-cv-00965 LL-MMP