# Exhibit 1

# Exhibit 1

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87220274**
**Filing Date: 10/29/2016**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Ashes of Creation |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Ashes of Creation |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Intrepid Studios Inc. |
| *STREET | 4955 RANCHO DEL MAR TRAIL |
| *CITY | San Diego |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 92130 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Computer game software; Downloadable electronic game software for use on **personal computers and consoles**; Interactive game programs; Video game software |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Stephen McArthur |
| FIRM NAME | The McArthur Law Firm |
| INTERNAL ADDRESS | #295 |
| STREET | 10008 National Blvd., |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90034 |
| PHONE | 3236394455 |
| EMAIL ADDRESS | stephen@smcarthurlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Stephen McArthur |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Stephen McArthur |
| FIRM NAME | The McArthur Law Firm |
| INTERNAL ADDRESS | #295 |
| *STREET | 10008 National Blvd., |
| *CITY | Los Angeles |
| *STATE (Required for U.S. addresses) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 90034 |
| PHONE | 3236394455 |
| *EMAIL ADDRESS | stephen@smcarthurlaw.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Stephen McArthur/ |
| * SIGNATORY'S NAME | Stephen McArthur |
| * SIGNATORY'S POSITION | Attorney of Record, California bar member |
| SIGNATORY'S PHONE NUMBER | 3236394455 |
| * DATE SIGNED | 10/29/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87220274**
**Filing Date: 10/29/2016**

## To the Commissioner for Trademarks:

**MARK:** Ashes of Creation (Standard Characters, see mark)
The literal element of the mark consists of Ashes of Creation.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Intrepid Studios Inc., a corporation of California, having an address of
    4955 RANCHO DEL MAR TRAIL
    San Diego, California 92130
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 009:  Computer game software; Downloadable electronic game software for use on personal computers and consoles; Interactive game programs; Video game software
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Stephen McArthur and Stephen McArthur of The McArthur Law Firm
    #295
    10008 National Blvd.,
    Los Angeles, California 90034
    United States
    3236394455(phone)
    stephen@smcarthurlaw.com (authorized)

The applicant's current Correspondence Information:
    Stephen McArthur
    The McArthur Law Firm
    #295
    10008 National Blvd.,
    Los Angeles, California 90034
    3236394455(phone)
    stephen@smcarthurlaw.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Stephen McArthur/   Date Signed: 10/29/2016
Signatory's Name: Stephen McArthur
Signatory's Position: Attorney of Record, California bar member

RAM Sale Number: 87220274
RAM Accounting Date: 10/31/2016

Serial Number: 87220274
Internet Transmission Date: Sat Oct 29 23:04:02 EDT 2016
TEAS Stamp: USPTO/FTK-XXX.XXX.XXX.XX-201610292304026
72965-87220274-57085f572a22bffc3cd2166ae
73155747f8ba96064cde4cdc55ebefe1ae79f5f6
a-CC-7324-20161029230203440781

# Ashes of Creation