# Exhibit 2

# Exhibit 2

**Generated on:** This page was generated by TSDR on 2026-08-03 13:24:55 EDT

**Mark:** ASHES OF CREATION

Ashes of Creation

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87220274 | **Application Filing Date:** | Oct. 29, 2016 |
| **US Registration Number:** | 5697812 | **Registration Date:** | Mar. 12, 2019 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Dec. 15, 2025

**Publication Date:** Mar. 21, 2017 **Notice of Allowance Date:** May 16, 2017

# Mark Information

**Mark Literal Elements:** ASHES OF CREATION

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer game software; Downloadable electronic game software for use on personal computers and consoles; Interactive game programs; Video game software

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Nov. 30, 2016 | **Use in Commerce:** | Dec. 17, 2018 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intrepid Studios Inc.

**Owner Address:** 4955 RANCHO DEL MAR TRAIL
San Diego, CALIFORNIA UNITED STATES 92130

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** David Schnider

**Attorney Primary Email Address:** dschnider@nolanheimann.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** David Schnider
NOLAN HEIMANN LLP
16000 Ventura Blvd., Ste 1200
Encino, CALIFORNIA United States 91436

**Phone:** 818-584-2612

**Correspondent e-mail:** dschnider@nolanheimann.com adarab@nolanheimann.com kholme@nolanheimann.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 15, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Dec. 15, 2025 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Dec. 15, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Sep. 12, 2025 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 27, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 27, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 27, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 27, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 27, 2025 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Aug. 27, 2025 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 12, 2024 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Mar. 12, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 05, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Feb. 04, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jan. 29, 2019 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jan. 25, 2019 | USE AMENDMENT FILED | |
| Jan. 25, 2019 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 30, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 29, 2018 | SOU EXTENSION 3 GRANTED | |
| Nov. 16, 2018 | SOU EXTENSION 3 FILED | |
| Nov. 19, 2018 | NOTICE OF REVIVAL - E-MAILED | |
| Nov. 18, 2018 | SOU EXTENSION RECEIVED WITH TEAS PETITION | |
| Nov. 18, 2018 | PETITION TO REVIVE-GRANTED | |
| Nov. 18, 2018 | TEAS PETITION TO REVIVE RECEIVED | |
| Apr. 10, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 07, 2018 | SOU EXTENSION 2 GRANTED | |
| Apr. 07, 2018 | SOU EXTENSION 2 FILED | |
| Apr. 07, 2018 | SOU TEAS EXTENSION RECEIVED | |
| Dec. 05, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Dec. 04, 2017 | SOU EXTENSION 1 GRANTED | |
| Nov. 16, 2017 | SOU EXTENSION 1 FILED | |
| Dec. 04, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |

| | |
|---|---|
| Nov. 17, 2017 | NOTICE OF REVIVAL - E-MAILED |
| Nov. 17, 2017 | SOU EXTENSION RECEIVED WITH TEAS PETITION |
| Nov. 17, 2017 | PETITION TO REVIVE-GRANTED |
| Nov. 17, 2017 | TEAS PETITION TO REVIVE RECEIVED |
| May 16, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Mar. 21, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Mar. 21, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Mar. 21, 2017 | PUBLISHED FOR OPPOSITION |
| Mar. 01, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Feb. 07, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Feb. 07, 2017 | ASSIGNED TO EXAMINER |
| Nov. 03, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Nov. 02, 2016 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Historical data usage          **Date in Location:** Dec. 15, 2025