# Exhibit 4

# Exhibit 4

| Trade-secret item Sharif swore was Intrepid's (Court's TRO Order, [ECF No. 20] at 2–3) | Same item claimed as Sharif's or Moore's "Licensed IP" (Founders' Intellectual Property License Agreement, Exhibits A, B, and C, [ECF No. 167-2] at 9–11) |
| --- | --- |
| **(a)** "Audio/visual effects." [ECF No. 20] at 2. | No specific parallel text; encompassed within the general recital of the Ashes of Creation "systems" and creative content of Verra described as Licensed IP. [ECF No. 167-2] at 9; *see also* [ECF No. 167-2] at 11 ("unique armor sets, foods, drinks, potions, weapons and POI designs of the story" as Moore Licensed IP). |
| **(b)** "Models for characters, monsters, the environment, visual effects, text narrative, sound effects, and animations *(i.e., production assets created by employees/contractors and incorporated into builds)*." [ECF No. 20] at 2. (emphasis added). | "John is directly involved with providing direction for the creation of the animals, monsters and mounts in Ashes of Creation. . . . Including the unique armor sets, foods, drinks, potions, weapons and POI designs of the story." [ECF No. 167-2] at 11; *see also* [ECF No. 167-2] at 9 ("the heroes and villains of the world along with the world races and cultural designs"). |
| **(c)** "The Company's confidential source code and technical implementation architecture, including server-side node simulation logic, distributed event-processing systems, dynamic resource-allocation algorithms, balancing formulas, and backend systems governing world persistence, territory control, and economic dependencies." [ECF No. 20] at 2. | The License Agreement covers the same technical implementations through its enumeration of the Node system, server-meshing designs, and world-state systems. [ECF No. 167-2] at 9 ("The Node system which allows a predicate based reaction to the input of the players for everything including; crafting, mob spawners, dungeons, drop tables, environmental responses, players housing, raid spawns, vendor tables, questing, cultural identity"); *see also* §§ 1.1, (defining "Intellectual Property" to include "source code, object code, computer code" as founder-owned IP licensed to Intrepid), [ECF No. 167-2] at 1. |
| **(d)** "Designs and implementations of server meshing technology and distributed networking systems." [ECF No. 20] at 2. | "The IP includes designs for unique server meshing technology in order to facilitate expansive playable areas and encourages high player density encounters around castles and guilds for players to engage in PvX content." [ECF No. 167-2] at 9. |
| **(e)** "Proprietary Player versus Player | "PvP flagging systems that allow for high |

| Trade-secret item Sharif swore was Intrepid's (Court's TRO Order, [ECF No. 20] at 2–3) | Same item claimed as Sharif's or Moore's "Licensed IP" (Founders' Intellectual Property License Agreement, Exhibits A, B, and C, [ECF No. 167-2] at 9–11) |
|---|---|
| risk-reward scaling algorithms and conditional reward-modification logic implemented within the combat and flagging systems." [ECF No. 20] at 2-3. | risk and high reward scenarios." [ECF No. 167-2] at 9; *see also* [ECF No. 167-2] at 10 (Sharif "specifically is responsible for class designs and stat design for player combat and encounter design"). |
| **(f)** "The implemented Node-system engine logic (predicate-based world-state engine, conditional matrices, progression thresholds, etc.) as embodied in the Company's code and backend architecture." [ECF No. 20] at 3. | "The Node system which allows a predicate based reaction to the input of the players for everything including; crafting, mob spawners, dungeons, drop tables, environmental responses, players housing, raid spawns, vendor tables, questing, cultural identity." [ECF No. 167-2] at 9. |
| **(g)** "Developmental tools used in game creation (population tool, spawner systems, quest/story arc systems, internal admin tools)." [ECF No. 20] at 3. | "[A]uthoring the design for developmental tools used in the creation of the game, such as the population tool to change dynamically spawners within the world, and the story arc system to have progressive quest content within the world." [ECF No. 167-2] at 9. |
| **(h)** "The event tool used to create open world events, wars, and caravan systems." [ECF No. 20] at 3. | "The event tool that allows for creating open world events, wars, and caravan passage." [ECF No. 167-2] at 9. |
| **(i)** "The implemented seasonal environmental systems as built into the engine." [ECF No. 20] at 3. | "A compelling season system that changes the dynamics of the world continually throughout the game's passage of time." [ECF No. 167-2] at 9. |
| **(j)** "The implemented trade/caravan systems, including economic balancing parameters and resource distribution logic." [ECF No. 20] at 3. | "The world map specifically created to compel use of the trade systems designed by Steven, that creates regionalized economies and unique and dynamic gatherable resources requiring the transit of caravans and trade throughout the world." [ECF No. 167-2] at 9. |
| **(k)** "Class implementation logic and stat balancing systems as embodied in the Company's codebase." [ECF No. 20] at 3. | "Steven specifically is responsible for class designs and stat design for player combat and encounter design. Authoring the moment to moment gameplay direction for the Ashes of Creation combat systems . . . ." [ECF No. 167-2] at 10. |
| **(l)** "Compiled builds, deployment pipelines, infrastructure configurations, and | No specific parallel text; encompassed within the general Licensed IP recital of the |

| Trade-secret item Sharif swore was Intrepid's (Court's TRO Order, [ECF No. 20] at 2–3) | Same item claimed as Sharif's or Moore's "Licensed IP" (Founders' Intellectual Property License Agreement, Exhibits A, B, and C, [ECF No. 167-2] at 9–11) |
|---|---|
| production environments." [ECF No. 20] at 3. | "Intricate systems of an MMORPG" and their supporting implementations. [ECF No. 167-2] at 9; *see also* § 1.1 (defining "Intellectual Property" to include "works of authorship," "source code, object code, computer code," and "know-how, methodologies, inventions, [and] innovations"), [ECF No. 167-2] at 1. |