William F. Small (Cal. SBN: 253443)
will@smalllawcorp.com
Kelly Ann Tran (Cal SBN: 254476)
kelly@smalllawcorp.com
**SMALL LAW PC**
402 W. Broadway, Ste. 1720
San Diego, CA 92101
Tel.: (619) 430-4793
Facsimile: (619) 664-4278

*Attorneys for Plaintiff/Cross-Defendant,*
STEVEN SHARIF

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDINGS LLC, and JASON CARAMANIS, <br><br> Defendants, <br><br> and <br><br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 3:26-cv-00965 LL-MMP <br><br> **PLAINTIFF AND CROSS-DEFENDANT STEVEN SHARIF'S OBJECTION TO NEW EVIDENCE SUBMITTED ON REPLY** <br><br> **Date: 08/11/2026** <br><br> **Courtroom: 14B (14th Floor)** <br><br> **Action Filed:  02/14/2026** <br> **Jud. Officer:   Hon. Linda Lopez** |

1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Steven Shariff will and hereby objects to new evidence submitted with "Intrepid Studios, Inc's Reply In Support Of Motion To Compel Turnover Of Intrepid's Intellectual Property" (ECF No. 170) ("the Reply") filed by Cross-Claimant Intrepid Studios, Inc. ("Intrepid") as follows:

**Objection to Exhibit 5 (ECF No. 170-5):**

Intrepid introduced on reply a completely new request for relief as it asked the Court to approve an "Order Regarding The Protocol For Producing Electronically Stored Information", which was attached as Exhibit 5 to the Reply. (See ECF No. 170 at p. 10, ll. 5-8; ECF No. 170-5.)

New issues and evidence may not be raised in reply briefs. See *Bazuaye v. I.N.S.*, 79 F.3d 118, 120 (9th Cir. 1996) ("Issues raised for the first time in the reply brief are waived."). A district court need not consider arguments raised for the first time in a reply brief. See *Koerner v. Grigas*, 328 F.3d 1039, 1048 (9th Cir. 2003).

Exhibit 5 (ECF No. 170-5) to Intrepid's reply is a 19-page "protocol" that declares disputed title, transfers exclusive operational control, governs discovery throughout the case, compels personal authentication mechanisms and privileged communications, imposes one-sided reporting and fee shifting, and threatens nonparties with contempt. (ECF No. 170-5 at pp. 3–18.) Intrepid casually submits that the Court should adopt this order on the last page of its reply, but it did not submit this proposed order as part of its motion and thus completely deprived Plaintiff of an opportunity to respond to it in its Opposition to the Turnover Motion. Plaintiff objects to Exhibit 5 (ECF No. 170-5) for these reasons.

The Court should not enter this order, which would impact discovery in this litigation and place significant obligations on Plaintiff, without providing Plaintiff an opportunity to respond.

///

///

STEVEN SHARIF'S OBJECTION TO NEW EVIDENCE SUBMITTED ON REPLY

Case No. 3:26-cv-00965 LL-MMP

Respectfully submitted,

Dated: August 6, 2026          **SMALL LAW PC**

By:    /s/ *William F. Small*
       WILLIAM F. SMALL (SBN 253443)
       Email: will@smalllawcorp.com
       Attorney for Plaintiff/Cross-Defendant
       STEVEN SHARIF

3

STEVEN SHARIF'S OBJECTION TO NEW EVIDENCE SUBMITTED ON REPLY