**Beverly Hills Law Corp., PC**
Sagar Parikh, Esq. (SBN 282655)
9777 Wilshire Blvd., Suite 400
Beverly Hills, CA 90212
Telephone:  (424) 340-6471
Facsimile:   (310) 982-2603
SP@BeverlyHillsLawCorp.com

Attorneys for Defendant Jason Caramanis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT DAWSON; RYAN OGDEN; THERESA FETTE; AARON BARTELS; TFE GAMES HOLDINGS, LLC; and JASON CARAMANIS, <br><br> Defendants, <br> and <br> INTREPID STUDIOS, INC., <br><br> Nominal Defendant. | Case No.: 3:26-cv-00965-LL-MMP <br><br> **JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT** |

## <u>ANSWER TO AMENDED COMPLAINT</u>

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

Jason Caramanis ("**Defendant**"), by and through his undersigned counsel of record, hereby files his answer to the amended verified complaint (the "**Amended Complaint**") filed by Plaintiff Steven Sharif ("**Plaintiff**" or "**Sharif**"), as an individual and derivatively on behalf of Intrepid Studios, Inc. ("**Intrepid**"), and affirmative defenses.

Defendant denies all allegations contained in the headings and/or subheadings preceding individually numbered paragraphs of the Amended Complaint as well as in the prayer for relief contained therein. Defendant further denies all allegations of the Amended Complaint to the extent not expressly admitted below. Defendant responds to the individually numbered paragraphs of the Amended Complaint as follows:

**NATURE OF THE ACTION**

1. Denied in the manner and form alleged and Defendant specifically denies any wrongdoing on his part.

2. Denied in the manner and form alleged and Defendant specifically denies any wrongdoing on his part.

3. Denied in the manner and form alleged and Defendant specifically denies any wrongdoing on his part.

4. Denied in the manner and form alleged and Defendant specifically denies any wrongdoing on his part.

5.   Denied in the manner and form alleged and Defendant specifically denies any wrongdoing on his part.

6.   Denied in the manner and form alleged and Defendant specifically denies any wrongdoing on his part.

7.   Denied in the manner and form alleged and Defendant specifically denies any wrongdoing on his part.

8.   Denied in the manner and form alleged and Defendant specifically denies any wrongdoing on his part.

9.   Denied.

10.   Denied as to all allegations concerning Defendant.

**JURISDICTION AND VENUE**

11.   Admitted.

12.   Admitted that venue is proper in this District. Defendant specifically denies any wrongful acts on his part directed at this District or elsewhere.

**PARTIES**

13.   Admitted only that Plaintiff is a former CEO and board member for the Company.

14.   Admitted.

15.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies

3

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

the same.

16. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

17. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

18. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

19. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

20. Admitted.

**DERIVATIVE AND DEMAND FUTILITY ALLEGATIONS**

21. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

22. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

the same.

23. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

24. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

25. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

### GENERAL ALLEGATIONS[1]

26. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

27. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

---

[1] Plaintiff's subheadings from the General Allegations section of the Amended Complaint are not reproduced here. Several of the subheadings contain inaccurate allegations and, as noted above, Defendants deny all allegations contained in the subheadings in the Amended Complaint.

28.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

29.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

30.     Admitted only that Intrepid has developed certain intellectual property and trade secrets.  Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph as specifically stated and therefore denies the same.

31.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph as specifically stated and therefore denies the same.

32.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

33.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

34.     Defendant is without sufficient knowledge or information to form a

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

35. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph as specifically stated and therefore denies the same.

36. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph as specifically stated and therefore denies the same.

37. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of all of the allegations in this paragraph as specifically stated and therefore denies the same.

38. Admitted that Defendant Dawson first met Plaintiff in 2020. The remaining allegations in this paragraph are denied in the manner and form alleged.

39. Denied in the manner and form alleged.

40. Denied in the manner and form alleged.

41. Denied in the manner and form alleged.

42. Denied in the manner and form alleged.

43. Denied in the manner and form alleged.

44. Denied.

45. Admitted that Defendant Dawson extended a series of loans to the

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

Company. The remaining allegations in this paragraph are denied in the manner and form alleged.

46. Denied in the manner and form alleged.

47. Denied.

48. Denied.

49. Admitted.

50. Denied in the manner and form alleged.

51. Denied in the manner and form alleged.

52. Defendant specifically denies any wrongdoing on his part or that he was the cause of any health problems which may have been experienced by Plaintiff. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

53. Admitted that the Settlement Agreement was entered into by the parties thereto including Plaintiff Sharif, who signed it both as a representative of Intrepid and in his individual capacity.

54. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

55. Defendant is without sufficient knowledge or information to form a

belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

56. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

57. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

58. Denied in the manner and form alleged.

59. Denied in the manner and form alleged and Defendant denies any wrongdoing on his part and specifically denies threatening to physically harm Plaintiff "and his loved ones".

60. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

61. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

62. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

therefore denies the same.

63. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

64. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

65. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

66. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

67. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

68. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

69. Defendant is without sufficient knowledge or information to form a

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

70.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

71.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

72.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

73.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

74.     Denied.

75.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

76.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

therefore denies the same.

77. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

78. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

79. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

80. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

81. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

82. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

83. Defendant is without sufficient knowledge or information to form a

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

84. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

85. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

86. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

87. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

88. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

89. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

90. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

91. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

92. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

93. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

94. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

95. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

96. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

therefore denies the same.

97. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

98. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

99. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

100. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

101. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

102. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

103. Defendant is without sufficient knowledge or information to form a

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

104. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

105. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

106. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

107. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

108. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

109. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

110. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

111. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

112. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

113. Denied in the manner and form alleged.

114. Denied in the manner and form alleged.

115. Denied in the manner and form alleged.

116. Denied in the manner and form alleged.

117. Denied in the manner and form alleged.

118. Denied in the manner and form alleged.

119. Admitted that the referenced statements were made. The rest of the allegations are denied.

120. Denied in the manner and form alleged.

121. Admitted that the referenced statements were made. The rest of the allegations are denied.

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

122.  Admitted that the referenced statements were made.  The rest of the allegations are denied.

123.  Admitted that the referenced statements were made.  The rest of the allegations are denied.

124.  Denied in the manner and form alleged.

125.  Admitted that the referenced statements were made.  The rest of the allegations are denied.

126.  Denied in the manner and form alleged.

127.  Admitted that the referenced statements were made.  The rest of the allegations are denied.

128.  Denied in the manner and form alleged.

129.  Admitted that the referenced statements were made.  The rest of the allegations are denied.

130.  Admitted that the referenced statements were made.  The rest of the allegations are denied.

131.  Admitted that the referenced statements were made.  The rest of the allegations are denied.

132.  Admitted that the referenced statements were made.  The rest of the allegations are denied.

133.  Admitted that the referenced statements were made.  The rest of the

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

allegations are denied.

134. Denied in the manner and form alleged.

135. Denied in the manner and form alleged.

136. Denied in the manner and form alleged.

137. Denied in the manner and form alleged.

138. Denied in the manner and form alleged.

139. Admitted that the referenced statements were made. The rest of the allegations are denied.

140. Denied in the manner and form alleged.

141. Admitted that the referenced statements were made. The rest of the allegations are denied.

142. Admitted that the referenced statements were made. The rest of the allegations are denied.

143. Admitted that the referenced statements were made. The rest of the allegations are denied.

144. Denied in the manner and form alleged.

145. Denied in the manner and form alleged.

146. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

147. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

148. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

149. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

150. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

151. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

152. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

153. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

therefore denies the same.

154.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

155.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

156.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

157.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

## FIRST CLAIM FOR RELIEF

(Defend Trade Secrets Act, 18 U.S.C. §§ 1831, *et seq.*)

AGAINST THE BOARD DEFENDANT AND TFE

158.    Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

159.    Admitted only that Plaintiff Sharif purports to bring this claim as a derivative claim.  Defendant denies that Plaintiff has brought a valid claim.

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

160.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

161.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

162.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

163.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

164.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

165.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

166.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

therefore denies the same.

167.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

168.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

## SECOND CLAIM FOR RELIEF

(Misappropriation of Trade Secrets under California's Uniform Trade Secret Act, Cal. Civ. Code §§ 3426, *et seq.*)

### AGAINST THE BOARD DEFENDANT AND TFE

169.    Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

170.    Admitted only that Plaintiff Sharif purports to bring this claim as a derivative claim. Defendant denies that Plaintiff has brought a valid claim.

171.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

172.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

therefore denies the same.

173.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

174.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

175.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

176.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

177.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

178.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

179.   Defendant is without sufficient knowledge or information to form a

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

### THIRD CLAIM FOR RELIEF

(Violations of California Commercial Code §§ 9101, *et seq.*)

AGAINST THE BOARD DEFENDANT AND TFE

180.   Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

181.   Admitted only that Plaintiff Sharif purports to bring this claim as a derivative claim.  Defendant denies that Plaintiff has brought a valid claim.

182.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

183.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

184.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

185.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

therefore denies the same.

186. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

187. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

188. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

**FOURTH CLAIM FOR RELIEF**

(Breach of Fiduciary Duty)

AGAINST BOARD DEFENDANTS

189. Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

190. Admitted only that Plaintiff Sharif purports to bring this claim as a derivative claim. Defendant denies that Plaintiff has brought a valid claim.

191. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

192. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

193. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

194. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

195. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

196. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

197. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

//

//

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

# FIFTH CLAIM FOR RELIEF

## (Aiding and abetting Breach of Fiduciary Duty)

### AGAINST DEFENDANT TFE AND JASON CARAMANIS

198. Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

199. Admitted only that Plaintiff Sharif purports to bring this claim as a derivative claim. Defendant denies that Plaintiff has brought a valid claim.

200. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

201. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

202. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

203. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

204. Denied in the manner alleged.

205. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

## SIXTH CLAIM FOR RELIEF

### (Corporate Waste)

### AGAINST BOARD DEFENDANTS

206. Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

207. Admitted only that Plaintiff Sharif purports to bring this claim as a derivative claim. Defendant denies that Plaintiff has brought a valid claim.

208. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

209. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

210. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

211. Defendant is without sufficient knowledge or information to form a

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

212.  Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

213.  Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

**SEVENTH CLAIM FOR RELIEF**

(Intentional Infliction of Emotional Distress)

AGAINST BOARD DEFENDANT AND CARAMANIS

214.  Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

215.  Admitted that Plaintiff brings this claim as a direct claim. Defendant denies that it is a valid claim.

216.  Denied.

217.  Denied.

218.  Denied

219.  Denied in the manner alleged.

220.  Denied

30

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

221. Denied

222. Denied

## EIGHTH CLAIM FOR RELIEF

### (Civil Conspiracy)

### AGAINST ALL BOARD DEFENDANT AND TFE

223. Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

224. Admitted only that Plaintiff Sharif purports to bring this claim as both a derivative claim and direct claim. Defendant denies that Plaintiff has brought a valid claim.

225. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

226. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

227. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

//

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

## NINTH CLAIM FOR RELIEF

(Conversion of Corporate Assets)

AGAINST BOARD DEFENDANTS

228. Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

229. Admitted only that Plaintiff Sharif purports to bring this claim as a derivative claim. Defendant denies that Plaintiff has brought a valid claim.

230. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

231. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

232. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

## TENTH CLAIM FOR RELIEF

(Civil Extortion)

AGAINST DEFENDANT DAWSON AND CARAMANIS

233. Defendant repeats, realleges, and incorporates by reference each of the

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

foregoing responses as if fully set forth herein.

234. Admitted only that Plaintiff Sharif purports to bring this claim as a direct claim. Defendant denies that Plaintiff has brought a valid claim.

235. Denied.

236. Denied as to Defendant.

237. Denied.

238. Denied as to Defendant.

239. Denied as to Defendant.

240. Denied.

241. Denied.

242. Denied.

243. Denied.

244. Denied.

245. Denied.

**ELEVENTH CLAIM FOR RELIEF**

(Defamation)

AGAINST DEFENDANT DAWSON, OGDEN, AND CARAMANIS

246. Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

247. Admitted only that Plaintiff Sharif purports to bring this claim as a

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

direct claim.  Defendant denies that Plaintiff has brought a valid claim.

248.  Denied as to Defendant.

249.  Denied as to Defendant.

250.  Denied as to Defendant.

251.  Denied

252.  Denied as alleged.

253.  Denied

254.  Denied.

255.  Denied.

256.  Denied

257.  Denied

258.  Denied

259.  Denied

260.  Denied

**TWELFTH CLAIM FOR RELIEF**

(Declaratory Judgment)

AGAINST DEFENDANT DAWSON AND TFE

261.  Defendant repeats, realleges, and incorporates by reference each of the foregoing responses as if fully set forth herein.

262.  Admitted only that Plaintiff Sharif purports to bring this claim as a

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

derivative claim.  Defendant denies that Plaintiff has brought a valid claim.

263.  Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

264.  Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

265.  Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

266.  Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

267.  Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

268.  Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

269.  Defendant is without sufficient knowledge or information to form a

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

270.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies the same.

## AFFIRMATIVE DEFENSES

For further and separate defenses to the causes of action alleged in the Amended Complaint, and without admitting that they have the burden of proof on any of these defenses, Defendant asserts as follows:

## FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state any claim against this Defendant upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff lacks standing to bring some or all of his claims.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has not suffered damages as a result of the conduct alleged in the Amended Complaint.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused in whole or in part, or were contributed to, by his own wrongful conduct.

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused by the acts or omissions of a third party over whom these Defendant have no control.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were the result of intervening and/or superseding events, factors, occurrences, or conditions, which were in no way caused by this Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the litigation privilege, including California Civil Code section 47(b), to the extent the alleged statements or conduct were made in connection with, in anticipation of, or during judicial, quasi-judicial, arbitral, settlement, or other legally protected proceedings.

## EIGHTH AFFIRMATIVE DEFENSE

The relief sought by Plaintiff is barred by the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because the alleged statements and conduct constitute protected speech, petitioning activity, prelitigation communications, litigation-related communications, or activity otherwise protected by the First Amendment, the California Constitution, and/or the Noerr-Pennington doctrine.

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's defamation claim is barred, in whole or in part, because Defendant did not publish any false statement of fact with the required degree of fault, negligence, knowledge of falsity, reckless disregard for truth, or actual malice.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by his own fraudulent conduct.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's defamation claim is barred, in whole or in part, because Defendant did not publish, authorize, ratify, adopt, or republish any actionable defamatory statement concerning Plaintiff.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages, if any.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Defendant is not liable for the acts of any other Defendant.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendant suffered damages as a result of Plaintiff's actions and omissions and, therefore, has the right to offset any amount of money that may be owed to or due to Plaintiff by way of damages or restitution.

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff consented to, invited, provoked, authorized, or caused the alleged publication or republication of the challenged statements.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims for aiding and abetting, conspiracy, and derivative relief are barred because there was no actionable underlying tort, breach of fiduciary duty, statutory violation, or other predicate wrongdoing by any person for which Defendant may be held liable.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's civil extortion claim is barred because the alleged communications, if any, constituted lawful demands, negotiation positions, creditor/investor communications, litigation-related communications, protected petitioning activity, or other non-actionable conduct, and did not constitute extortion, attempted extortion, or independently wrongful conduct.

In the event further investigation or discovery reveals the applicability of any additional defenses, Defendant reserves the right to seek leave of Court to amend his answer to specifically assert the same. Such defenses are herein incorporated by reference for the specific purpose of not waiving the same.

## <u>PRAYER FOR RELIEF</u>

**WHEREFORE**, Defendant prays for judgment as follows:

1.     That Plaintiff takes nothing by reason of his claims;

2.     That judgment be rendered in favor of Defendant on all claims;

3.     That Defendant be awarded his attorneys' fees and costs of suit incurred in defense of this action; and

4.     For such other relief as the Court deems proper.


DATED:  August 10, 2026                    BEVERLY HILLS LAW CORP., PC


                                By:   ___*Sagar Parikh*_____
                                        SAGAR PARIKH, ESQ.
                                      Attorneys for Defendant Jason Caramanis

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT

## **<u>VERIFICATION</u>**

I, Jason Caramanis, declare as follows:

I am a Defendant in this action.  I have read the foregoing Answer to Amended Complaint and know its contents.  The matters stated in the Answer are true of my own knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2026, at Los Angeles, California.


*Jason Caramanis*

 Jason Caramanis

JASON CARAMANIS'S ANSWER TO AMENDED COMPLAINT