UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC., <br><br>                                    Plaintiff, <br><br> v. <br><br> ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, and TFE GAMES HOLDINGS LLC, <br><br>                                    Defendants, <br><br>                                    And <br><br> INTREPID STUDIOS, INC., <br><br>                                    Nominal Defendant. | Case No.:  26cv965-LL-JLB <br><br> **ORDER:** <br><br> **(1) GRANTING IN PART AND DENYING IN PART CROSS MOTIONS TO APPOINT A RECEIVER;** <br><br> [ECF Nos. 78, 104] <br><br> **(2) GRANTING IN PART AND DENYING IN PART INTREPID STUDIOS, INC.'S MOTION TO COMPEL TURNOVER OF INTELLECTUAL PROPERTY** <br><br> [ECF No. 136] |

On August 11, 2026, the Court held a hearing on Cross Motions by the parties to appoint a receiver [ECF Nos. 78, 104] and for Intrepid Studios, Inc.'s Motion to Compel Turnover of Intellectual Property [ECF No. 136]. For the reasons stated on the record, the Court granted in part and denied in part the motions as follows:

/ / /

1

26cv965-LL-JLB

1.      A qualified person shall be appointed to do the following: (a) marshal, preserve, and safeguard Intrepid's intellectual property and related assets; and (b) oversee and monitor any foreclosure sale of Intrepid's assets, and to report to the Court on the propriety of any such sale.

2.      A qualified person shall be appointed to analyze relevant loan documents and related amendments, agreements, and filings to determine the amount of secured debt Intrepid owes, for the purpose of ensuring the propriety of any foreclosure sale and the limits of a credit bid.

3.      On or before **August 25, 2026**, the relevant parties shall file a joint status report proposing a qualified person(s) to perform the duties stated in Nos. 1 and 2 above, or inviting the Court to select a qualified person(s).

4.      The Court denies without prejudice Intrepid's Motion to Turnover Intrepid's Intellectual Property as to Jason Zimmerman and Matthew Rhoades.

5.      The Court reinstates the neutral IP Custodian the parties had previously selected in this litigation.

6.      On or before **August 17, 2026**, Steven Sharif and John Moore shall turnover to the IP Custodian Intrepid's intellectual property assets requested by Intrepid in its Motion except for the following, which remain in dispute:

      a.      the GoDaddy account for the domain of www.ashesofcreation.com

      b.      the Ashes of Creation Reddit account

      c.      the Ashes of Creation Discord account

      d.      the Ashes of Creation YouTube account

      e.      the Ashes of Creation X account

The IP Custodian shall preserve the assets and provide Intrepid with full operational access for business purposes. Sharif shall provide Intrepid or the IP Custodian limited access to the disputed assets listed above to the extent that it is necessary for Intrepid to conduct the business of Intrepid.

/ / /

26cv965-LL-JLB

7.    The Court denies Intrepid's request to turnover personal communication devices. To the extent that two-factor authentication is employed on such devices for Intrepid's assets, it should be removed or changed to the IP Custodian's credentials on or before **August 17, 2026**.

8.    The Court declines to adopt Intrepid's proposed ESI protocol.

**IT IS SO ORDERED.**

Dated:  August 12, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv965-LL-JLB