# EXHIBIT 1

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF INTREPID STUDIOS, INC.

Pursuant to the provisions of Section 307(b) of the California Corporations Code, the undersigned, being all of the members of the board of directors (the "**Board**") of Intrepid Studios, Inc., a California corporation (the "**Corporation**"), hereby waive notice of meeting and do hereby execute this consent for the purpose of adopting the following resolutions of the Board to the same extent and to have the same force and effect as the vote of the Board at a formal meeting:

1. Restated Articles of Incorporation

**WHEREAS**, the Board believes it is in the best interest of the Corporation and its shareholders to amend and restate the Articles of Incorporation of Intrepid Studios, Inc., dated December 5, 2016 (the "Articles of Incorporation"), to authorize the creation of Class A Common Stock, Class B Common Stock, and Class C Common Stock shares of the Corporation; and

**WHEREAS**, the Board has (a) reviewed the Restated Articles of Incorporation, in substantially the form attached hereto as Exhibit A (the "**Restated Articles of Incorporation**") and (b) determined that it is advisable and in the best interest of the Corporation and its shareholders to amend and restate the Articles of Incorporation by adopting and approving the Restated Articles of Incorporation.

**NOW, THEREFORE, BE IT RESOLVED**, that the Restated Articles of Incorporation is hereby approved, confirmed, ratified and adopted in all respects.

**RESOLVED FURTHER**, that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed in the name of the Corporation and on behalf of the Corporation (i) to enter into, execute, and deliver the Restated Articles of Incorporation and file, or cause the Restated Articles of Incorporation to be filed, with the Secretary of State of the State of California, with such changes or additions as shall be approved by such officer or officers executing the same (with the signature of such officer to be conclusive evidence of his or her approval thereof) and (ii) to pay any and all filing fees necessary to file the Restated Articles of Incorporation.

2. Restated Bylaws

**WHEREAS**, pursuant to Article X, Section 1 of the Bylaws of Intrepid Studios, Inc., dated May 20, 2015 (the "**Bylaws**"), the Board deems it to be in the best interest of the Corporation and its shareholders to restate the Bylaws; and

**WHEREAS**, the Board has (a) reviewed the Amended and Restated Bylaws of Intrepid Studios, Inc., in substantially the form attached hereto as

Exhibit B (the "**Restated Bylaws**") and (b) determined that it is advisable and in the best interest of the Corporation and its shareholders to restate the Bylaws by adopting and approving the Restated Bylaws.

**NOW, THEREFORE, BE IT RESOLVED**, that the Restated Bylaws is hereby approved, confirmed, ratified and adopted in all respects.

**RESOLVED FURTHER**, that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed in the name of the Corporation and on behalf of the Corporation to enter into, execute, and deliver the Restated Bylaws and file, or cause the Restated Bylaws to be filed, with the records of the Corporation.

3. Settlement Agreement and Conversion Agreements

**WHEREAS**, the Corporation has issued certain convertible notes, security and pledge agreements and other debt and security instruments (collectively, the "**Notes**" and each a "**Note**") to certain of its shareholders and third parties (each, a "**Noteholder**", and collectively, the "**Noteholders**"),

**WHEREAS**, the Board deems it to desirable and in the best interest of the Corporation and its shareholders to exchange each Note pursuant a Convertible Note Conversion Agreement, in substantially the form attached hereto as Exhibit C (the "**Conversion Agreement Form**"), by and between the Corporation and the respective Noteholder;

**WHEREAS**, to avoid any dispute or disagreement between or among the Corporation and any of the Noteholders as to the capitalization of the Corporation, its corporate governance documents, or principal or interest amounts owed under the Notes, among other things, the Board deems it to desirable and in the best interest of the Corporation and its shareholders to enter into the Master Settlement Agreement, in substantially the form attached hereto as Exhibit D (the "**Master Settlement Agreement**"), by and among the Corporation and the Noteholders;

**WHEREAS**, the Board has (a) reviewed the Conversion Agreement Form and (b) determined that it is advisable and in the best interest of the Corporation to simultaneously enter into a Conversion Agreement Form with each of the Noteholders; and

**WHEREAS**, the Board has (a) reviewed the Master Settlement Agreement and (b) determined that it is advisable and in the best interest of the Corporation and its shareholders to enter into the Master Settlement with the Noteholders.

**NOW, THEREFORE, BE IT RESOLVED**, that the Conversion Agreement Form is hereby approved, confirmed, ratified and adopted in all respects.

**RESOLVED FURTHER,** that the Master Settlement Agreement is hereby approved, confirmed, ratified and adopted in all respects.

**RESOLVED FURTHER**, that the form, terms and provisions of, and the execution, delivery and performance of the Master Settlement Agreement and each Conversion Agreement Form by the Corporation, together with all related agreements, instruments and documents prepared and executed in connection therewith, be, and they hereby are, approved, ratified and confirmed in all respects.

**RESOLVED FURTHER**, that each officer of the Corporation be and is authorized, empowered and directed to execute and deliver, on behalf of the Corporation, the Master Settlement Agreement and each Conversion Agreement Form; and to take or cause to be taken all such other actions as may be necessary to effect the transactions contemplated by the Master Settlement Agreement and each Conversion Agreement Form.

4. Ratification of Officer Appointments

**WHEREAS**, the Board believes it is advisable and in the best interest of the Corporation to ratify the appointment of the following individuals to the office set forth next to his or her name with respect to the Corporation, effective immediately until his or her successor is duly elected and qualified or until his or her earlier death, resignation or removal (the "Officer Appointments"):

Steven Sarif ………………………… Chief Executive Officer

John Moore ……………………… President, Chairman of the Board & Secretary

Robert Dawson………………………… Chief Financial Officer

**NOW, THEREFORE, BE IT RESOLVED**, that the Officer Appointments be, and hereby are, ratified, approved, authorized and adopted in all respects.

5. Amended and Restated Promissory Note and Letter of Credit

**WHEREAS**, the Corporation previously issued certain promissory notes to CTB Rise International Inc., dated as of August 22, 2019 (the "**CTB Promissory Note**") and to Jason Caramanis, dated as of September 22, 2019 (the "**Caramanis Promissory Note**"); and the CTB Promissory Note was subsequently assigned to Jason Caramanis;

**WHEREAS**, the Corporation previously issued a certain Line of Credit Convertible Promissory Note to Jason Caramanis, dated as of February 20, 2017 (the "**Line of Credit Promissory Note**") secured by that certain Pledge and Security Agreement, dated as of February 20, 2017 (the "**Security Agreement**");

**WHEREAS**, the Board deems it to be desirable and in the best interest of the Corporation and its shareholders to amend, restate and consolidate in their entirety the CTB Promissory Note and the Caramanis Promissory Note, in substantially the form attached hereto as Exhibit E (the "**Amended and Restated Promissory Note**") by and among the Corporation, Jason Caramanis and CTB Rise International Inc.; and

**WHEREAS**, the Board deems it to be desirable and in the best interest of the Corporation and its shareholders to amend, restate, and combine in their entirety the Line of Credit Promissory Note and Security Agreement, in substantially the form attached hereto as Exhibit F (the "**Amended and Restated Line of Credit**") by and between the Corporation and Jason Caramanis.

**NOW, THEREFORE, BE IT RESOLVED**, that the Amended and Restated Promissory Note is hereby approved, confirmed, ratified and adopted in all respects.

**RESOLVED FURTHER,** that the Amended and Restated Letter of Credit is hereby approved, confirmed, ratified and adopted in all respects.

**RESOLVED FURTHER**, that the form, terms and provisions of, and the execution, delivery and performance of the Amended and Restated Promissory Note and the Amended and Restated Line of Credit by the Corporation, together with any related agreements, instruments and documents prepared and executed in connection therewith, be, and they hereby are, approved, ratified and confirmed in all respects.

**RESOLVED FURTHER**, that each officer of the Corporation be and is authorized, empowered and directed to execute and deliver, on behalf of the Corporation, the Amended and Restated Promissory Note and the Amended and Restated Line of Credit; and to take or cause to be taken all such other actions as may be necessary to effect the transactions contemplated by the Amended and Restated Promissory Note and the Amended and Restated Line of Credit.

6. Shareholders' Agreement

**WHEREAS**, the Board deems it to be desirable and in the best interest of the Corporation and its shareholders to enter into a Shareholders' Agreement of the Corporation among the Corporation and certain of its shareholders, in substantially the form attached hereto as Exhibit G (the "**Shareholders' Agreement**").

**NOW, THEREFORE, BE IT RESOLVED**, that the Shareholders' Agreement is hereby approved, confirmed, ratified and adopted in all respects.

**RESOLVED FURTHER**, that the form, terms and provisions of, and the execution, delivery and performance of the Shareholders' Agreement by the Corporation, together with all related agreements, instruments and documents

prepared and executed in connection therewith, be, and they hereby are, approved, ratified and confirmed in all respects.

**RESOLVED FURTHER**, that each officer of the Corporation be and is authorized, empowered and directed to execute and deliver, on behalf of the Corporation, the Shareholders' Agreement; and to take or cause to be taken all such other actions as may be necessary to effect the transactions contemplated by the Shareholders' Agreement.

7. Payoff of CommerceWest Bank Loan.

**WHEREAS,** the Corporation previously entered into a Loan Agreement and Promissory Note between the Corporation and CommerceWest Bank, each dated December 7, 2020 for a principal amount of $6,000,000.00 plus interest (the "Loan"); and

**WHEREAS,** the Board deems it to be desirable and in the best interest of the Corporation and its shareholders to payoff the Loan with first available proceeds beyond the immediate operating costs of the Corporation.

**NOW, THEREFORE, BE IT RESOLVED**, that the Corporation, acknowledges, approves and agrees that the Loan shall be paid off with first available proceeds beyond the immediate operating costs of the Corporation.

**RESOLVED FURTHER**, that each officer of the Corporation be and is authorized, empowered and directed to, on behalf of the Corporation, take or cause to be taken all such other actions as may be necessary to effect the payoff of the Loan as set forth herein.

8. Purchase Option Agreement

**WHEREAS**, in connection with the Conversion Agreement, Jason Caramanis and Steven Sharif intend to enter into that certain Purchase Option Agreement (the "**Purchase Option Agreement**") whereby Jason Caramanis grants Steven Sharif an option to purchase shares of Class B Common Stock of the Company and a portion of the unpaid interest thereto; and

**WHEREAS**, certain transfer and assignment restrictions in the Company's governance documents require approval by the Board in order to effect the potential transfer of shares of Class B Common Stock as contemplated in the Purchase Option Agreement.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company, acknowledges, adopts and approves the Option Purchase Agreement and the potential share transfer contemplated thereunder.

9. Omnibus

**RESOLVED**, that the officers of the Corporation are hereby authorized and directed to execute all documents and take whatever action necessary or advisable to carry out the purpose of the foregoing resolutions and to consummate the transactions contemplated therein and that such actions taken prior to the date hereof, if any, are expressly authorized, approved and ratified.

**IN WITNESS WHEREOF**, this Unanimous Written Consent has been executed by the undersigned directors of the Board. This Unanimous Written Consent may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall constitute one instrument.

DocuSigned by:
Steven Sharif
19A27458E0024BC...
Steven Sharif

DocuSigned by:
407FF6168834488...
John Moore

**Exhibit A**

Restated Articles of Incorporation

**Exhibit B**

Restated Bylaws

**Exhibit C**

Conversion Agreement Form

**Exhibit D**

Master Settlement Agreement

**Exhibit E**

Amended and Restated Promissory Note

# Exhibit F

Amended and Restated Letter of Credit

**Exhibit G**

Shareholders' Agreement