# EXHIBIT 2

# PROXY

The undersigned hereby appoints:

**Steven Sharif**

as my proxy, with full powers of substitution, to vote my 1,000 shares of Intrepid Studios, Inc., at the shareholder meeting to be held on July 10, 2024, at 2:00 p.m., at 3721 Valley Centre Dr., Ste. 200, San Diego, CA 92130.

General Powers (check if appropriate):

✓ I hereby authorize my proxy to use his/her best judgment on all matters which may come before the meeting.

DATED: ____________________

SIGNATURE: [signature]

PRINT NAME: John Moore

CORPORATE MINUTES OF A MEETING
OF THE SHAREHOLDERS OF
INTREPID STUDIOS, INC.

July 10, 2024

A meeting of the Shareholders of Intrepid Studios, Inc., (the "Corporation") was held at 3721 Valley Centre Dr., Ste. 200, San Diego, CA 92130, pursuant to duly given notice. President, Steven Sharif, chaired the meeting. Robert D. Dawson served as Secretary.

Shareholders Present:

Steven Sharif, Proxy for John Moore, having 1,000 shares in the Corporation.

Shareholders Not in Attendance:

Tom Alkazin, having 40 shares in the Corporation.

Also present was:

Robert D. Dawson, Secretary of the meeting.

1. **Call to Order**

The meeting was called to order on July 10, 2024, at _______ p.m. by Steven Sharif, the Corporation's CEO, elected President for this meeting. Robert D. Dawson was appointed Secretary for this meeting.

Roll call was taken and counsel determined that a quorum of directors was present.

2. **Explanation of Agenda**

Robert D. Dawson, Secretary, outlined the agenda for the meeting to include consideration of revised Articles of Incorporation, revised Bylaws, an election of the Board of Directors, approval of a stock purchase option, and a proposed Master Settlement Agreement.

3. **Resolutions**

**a. The Shareholders' of the Corporation have voted on and unanimously approved the Consent Agenda for the July 10, 2024 Shareholders' Meeting (the "Consent Agenda");**

**b. The Amended and Restated Articles of Incorporation attached as an exhibit to the Consent Agenda is hereby approved;**

**c. The Amended and Restated Bylaws attached as an exhibit to the Consent Agenda is hereby approved;**

**d. The following individuals are hereby elected as Directors of the Corporation: Steven Sharif, John Moore, Robert D. Dawson, and Ryan Ogden;**

**e. The Stock Purchase option attached herewith is hereby approved; and**

**f. The Master Settlement Agreement attached as an exhibit to the Consent Agenda is hereby approved.**

4. **Adjournment**

Upon motion made and duly seconded, the meeting was adjourned at ______ p.m.

As approved by the Shareholders on July 10, 2024

______________________________
Steven Sharif, President

______________________________
Robert D. Dawson, Secretary