# EXHIBIT 3

**CORPORATE MINUTES OF A MEETING**

**OF THE BOARD OF DIRECTORS OF**

**INTREPID STUDIOS, INC.**

September 4, 2024

A meeting of the Board of Directors of Intrepid Studios, Inc., (the "Corporation") was held at 3721 Valley Centre Dr., Ste. 200, San Diego, CA 92130, pursuant to duly given notice. Robert D. Dawson chaired the meeting. Steven Sharif served as Secretary.

**Board Members Present:**

Robert Dawson, Steven Sharif, Ryan Ogden

**Board Members Not in Attendance:**

John Moore

**1. Call to Order**

The meeting was called to order on September 4, 2024, at 12:00 p.m. by Robert D. Dawson, Chairman of the meeting. Steven Sharif was appointed Secretary for this meeting.

Roll call was taken and it was determined that a quorum of directors was present.

**2. Explanation of Agenda**

Robert Dawson, Chairman, outlined the agenda for the meeting to include a discussion of the timeline for both the alpha 2 launch and the commercial launch, revenue and cash flow forecast, ideas for additional sources of financing, how to handle unconverted promissory notes and company financial responsibilities.

**3. New Business**

Robert Dawson tendered his resignation as CFO. Ryan Ogden motioned to accept the resignation and Steven Sharif seconded the motion. A vote was held and the motion passed (3 in favor, 0 opposed).

Ryan Ogden motioned to appoint Rober Dawson as Chairman of the Board. Steven Sharif seconded the motion. A vote was held and the motion passed (3 in favor, 0 opposed).

Steven Sharif motioned to appoint Ryan Ogden as Chief Financial Officer. Robert Dawson seconded the motion. A vote was held and the motion passed (3 in favor, 0 opposed).

Robert Dawson motions to give the CFO the access and responsibility to handle filings with the California Secretary of State. Steven Sharif seconded the motion. A vote was held and the motion passed (3 in favor, 0 opposed).

Ryan Ogden motioned to replace John Moore as Secretary with Steven Sharif. Robert Dawson seconded the motion. A vote was held and the motion passed (3 in favor, 0 opposed).

**4. Adjournment**

Ryan Ogden motioned to adjourn the meeting. Steven Sharif seconded the motion. A vote was held and the motion passed (3 in favor, 0 opposed).

The meeting was adjourned.

**Minutes Prepared by:**

Steven Sharif, Secretary