# EXHIBIT 5

Theresa C. Becerra, Esq. (State Bar No. 205338)
**SPENCER FANE LLP**
201 Santa Monica Blvd., Suite 550
Santa Monica, California 90401
Telephone: (424) 217-1830
Fax: (424) 217-1854
Email: tbecerra@spencerfane.com

Vincent J. Aiello, Esq. *Pro Hac Vice*
Jason D. Smith, Esq. *Pro Hac Vice*
Tyler B. Thomas, Esq. *Pro Hac Vice*
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
Fax: (702) 938-8648
Email: vaiello@spencerfane.com
jdsmith@spencerfane.com
tbthomas@spencerfane.com
*Attorneys for Cross-Claimant and Third-Party Plaintiff Intrepid Studios, Inc*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br>Plaintiff,<br>v.<br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDINGS LLC, and JASON CARAMANIS,<br>Defendants,<br>and<br>INTREPID STUDIOS, INC.,<br>Nominal Defendant. | Case No. 3:26-cv-00965-LL-MMP<br><br>**DECLARATION OF VINCENT J. AIELLO, ESQ. IN SUPPORT OF CROSS-CLAIMANT INTREPID STUDIOS, INC.'S OPPOSITION TO PLAINTIFF/CROSS-DEFENDANT STEVEN SHARIF AND THIRD-PARTY DEFENDANT JOHN MOORE'S MOTION TO COMPEL ARBITRATION AND STAY CROSS-COMPLAINT [ECF NO. 161]** |
| INTREPID STUDIOS, INC., a California Corporation,<br>Cross-Claimant,<br>v.<br>STEVEN SHARIF, an individual<br>Cross-Defendant. | |

| | |
|---|---|
| INTREPID STUDIOS, INC., a California Corporation,<br>Third-Party Plaintiff,<br>v.<br>JASON ZIMMERMAN an individual, JOHN MOORE an individual, MATTHEW RHOADES an individual, DOES INDIVIDUALS 1-10; and ROE ENTITIES I-X<br>Third-Party Defendants. | |

I, Vincent J. Aiello, Esq., do hereby declare under penalty of perjury that the following assertions are true to the best of my knowledge and belief:

1. I make this Declaration in support of Cross-Claimant Intrepid Studios, Inc.'s Opposition to Plaintiff/Cross-Defendant Steven Sharif and Third-Party Defendant John Moore's Motion to Compel Arbitration and Stay Cross-Complaint [ECF NO. 161].

2. I am undersigned counsel for Cross-Claimant Intrepid Studios, Inc. ("Intrepid") in the above-captioned matter.

3. I am competent to testify to the matters set forth herein, of which I have personal knowledge. If called to testify regarding the facts set forth in this declaration, I could and would testify competently thereto.

4. Upon information and belief, and as represented to me, Exhibit 1 is a true and accurate copy of the Unanimous Written Consent of the Board of Directors of Intrepid Studios, Inc., kept in the ordinary course of business.

5. Upon information and belief, and as represented to me, Exhibit 2 is a true and accurate copy of the Corporate Minutes of a Meeting of the Shareholders of Intrepid Studios Inc., dated July 10, 2024, kept in the ordinary course of business.

6. Upon information and belief, and as represented as to me, Exhibit 3 is a true and accurate copy of the Corporate Minutes of a Meeting of the Board of

Directors of Intrepid Studios, Inc., dated September 4, 2024, kept in the ordinary course of business.

7. Upon information and belief, and as represented as to me, Exhibit 4 is a true and accurate copy of Plaintiff/Cross-Defendant Steven Sharif's ("Sharif") Reddit post on or about August 12, 2026.

I declare under penalty of perjury that the foregoing declaration is true and correct based upon my personal knowledge at this time.

DATED this 17th day of August 2026.

/s/ *Vincent J. Aiello*
VINCENT J. AIELLO, ESQ.