Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Amara S. Barbara, Esq.
California Bar No. 323332
abarbara@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 235-6000

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,

Plaintiff,

vs.

ROBERT DAWSON; RYAN OGDEN; THERESA FETTE; AARON BARTELS; TFE GAMES HOLDINGS, LLC; and JASON CARAMANIS,

Defendants,

and

INTREPID STUDIOS, INC.,

Nominal Defendant.

INTREPID STUDIOS, INC., a California Corporation,

Cross-Claimant,

vs.

STEVEN SHARIF, an individual,

Cross-Defendant.

Case No.: 3:26-cv-00965-LL-MMP

**TFE DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM TO COMMERCEWEST BANK**

Judicial Officer: Hon. Linda Lopez
Courtroom: 14B (14th Floor)
Hearing Date: N/A
Hearing Time: N/A

Action Filed: February 14, 2026
Trial Date: Not Set

| |
|---|
| INTREPID STUDIOS, INC., a California Corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>JASON ZIMMERMAN, an individual; JOHN MOORE, an individual;, MATTHEW RHOADES, an individual;, DOES INDIVIDUALS 1-10; and ROE ENTITIES I-X,<br><br>Third-Party Defendants. |

**TO: ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Defendants Robert Dawson ("**Dawson**"), Ryan Ogden ("**Ogden**"), Theresa Fette ("**Fette**"), Aaron Bartels ("**Bartels**"), and TFE Games Holdings, LLC ("**TFE**," and collectively, the "**TFE Defendants**"), by and through their counsel of record, Schwartz, PLLC and Rosing Pott & Strohbehn LLP, pursuant to Fed. R. Civ. P. 45(a)(4), intend to serve the *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* (the "**Subpoena Duces Tecum**") attached hereto as **Exhibit 1** to **CommerceWest Bank**.

Dated: August 19, 2026.

By: */s/ Sasha Aliakbar-Amid*
Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Nevada Bar No. 10985
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101

Samuel B. Strohbehn, Esq.
California Bar No. 257697
Amara S. Barbara, Esq.
California Bar No. 323332
Maddie Rudge, Esq.
California Bar No. 362727
ROSING POTT & STROHBEHN LLP

770 1st Avenue, Suite 200
San Diego, California 92101

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*