Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
samid@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Samuel B. Strohbehn, Esq.
California Bar No. 257697
sstrohbehn@rosinglaw.com
Amara S. Barbara, Esq.
California Bar No. 323332
abarbara@rosinglaw.com
Maddie Rudge, Esq.
California Bar No. 362727
mrudge@rosinglaw.com
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 235-6000

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,

Plaintiff,

vs.

ROBERT DAWSON; RYAN OGDEN; THERESA FETTE; AARON BARTELS; TFE GAMES HOLDINGS, LLC; and JASON CARAMANIS,

Defendants,

and

INTREPID STUDIOS, INC.,

Nominal Defendant.

INTREPID STUDIOS, INC., a California Corporation,

Cross-Claimant,

vs.

STEVEN SHARIF, an individual,

Cross-Defendant.

Case No.: 3:26-cv-00965-LL-MMP

**DEFENDANTS ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, AND TFE GAMES HOLDINGS, LLC'S JOINDER TO CROSS-CLAIMANT INTREPID STUDIOS, INC.'S OPPOSITION TO PLAINTIFF/ CROSS-DEFENDANT STEVEN SHARIF AND THIRD-PARTY DEFENDANT JOHN MOORE'S MOTION TO COMPEL ARBITRATION AND STAY CROSS-COMPLAINT [ECF NOS. 161, 179]**

Judicial Officer: Hon. Linda Lopez
Courtroom: 14B (14th Floor)
Hearing Date: August 31, 2026
Hearing Time: N/A

Action Filed: February 14, 2026
Trial Date: Not Set

INTREPID STUDIOS, INC., a California Corporation,

Third-Party Plaintiff,

vs.

JASON ZIMMERMAN, an individual; JOHN MOORE, an individual;, MATTHEW RHOADES, an individual;, DOES INDIVIDUALS 1-10; and ROE ENTITIES I-X,

Third-Party Defendants.

Defendants Robert Dawson ("**Dawson**"), Ryan Ogden ("**Ogden**"), Theresa Fette ("**Fette**"), Aaron Bartels ("**Bartels**"), and TFE Games Holdings, LLC ("**TFE**," together, the "**TFE Defendants**") hereby submit their *Joinder* ("**Joinder**") *to Cross-Claimant Intrepid Studios, Inc.'s Opposition to Plaintiff/Cross-Defendant Steven Sharif and Third-Party Defendant John Moore's Motion to Compel Arbitration and Stay Cross-Complaint* (the "**Opposition**") [ECF No. 179].

For the reasons set forth in the Opposition, the TFE Defendants respectfully request that this Court deny *Plaintiff/Cross-Defendant Steven Sharif and Third-Party Defendant John Moore's Motion to Compel Arbitration and Stay Cross-Complaint* [ECF No. 161].

Dated: August 20, 2026.

By: */s/ Sasha Aliakbar-Amid*

Samuel A. Schwartz, Esq.
(admitted *pro hac vice*)
Nevada Bar No. 10985
Sasha Aliakbar-Amid, Esq.
California Bar No. 334162
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101

Samuel B. Strohbehn, Esq.
California Bar No. 257697
Amara S. Barbara, Esq.
California Bar No. 323332

Maddie Rudge, Esq.
California Bar No. 362727
ROSING POTT & STROHBEHN LLP
770 1st Avenue, Suite 200
San Diego, California 92101

*Attorneys for Defendants Robert Dawson, Ryan Ogden, Theresa Fette, Aaron Bartels, and TFE Games Holdings, LLC*