Christopher M. Lea, Esq. (SBN 207723)
Laura Stewart, Esq. (SBN 198260)
WALSH LEA FURCOLO LLP
402 West Broadway, Suite 1010
San Diego, CA 92101
Telephone: (619) 232-8486
Facsimile: (619) 232-2691
clea@wlfllp.com
lstewart@wlfllp.com

Attorneys for Third-Party Defendants JASON ZIMMERMAN an individual, MATTHEW RHOADES an individual

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDINGS LLC, and JASON CARAMANIS,<br><br>Defendants,<br><br>and<br><br>INTREPID STUDIOS, INC.,<br><br>Nominal Defendant. | **CASE NO. 3:26-cv-00965-LL-MMP**<br><br>**JASON ZIMMERMAN AND MATTHEW RHOADES' ANSWER TO CROSS-COMPLAINT OF INTREPID STUDIOS, INC.**<br><br>JUDGE: Hon. Linda Lopez |
| INTREPID STUDIOS, INC., a California Corporation, | |

Cross-Claimant,

v.

STEVEN SHARIF, an individual

Cross-Defendant.

INTREPID STUDIOS, INC., a California Corporation,

Third-Party Plaintiff,

v.

JASON ZIMMERMAN an individual, JOHN MOORE an individual, MATTHEW RHOADES an individual, DOES INDIVIDUALS 1-10; and ROE ENTITIES I-X

Third-Party Defendants.

COMES NOW cross-defendants JASON ZIMMERMAN and MATTHEW RHOADES ("Cross-Defendants") and answer the cross-complaint of INTREPID STUDIOS, INC. ("Cross-Complainant" or "Intrepid"):

## I. NATURE OF THE ACTION

1. Responding to paragraph 1 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

2. Responding to paragraph 2 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

3. Responding to paragraph 3 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

4. Responding to paragraph 4 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

5. Responding to paragraph 5 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

6. Responding to paragraph 6 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

7. Responding to paragraph 7 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

8. Responding to paragraph 8 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

9. Responding to paragraph 9 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

10. Responding to paragraph 10 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

11. Responding to paragraph 11 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

***Cross-Claim Against Cross-Defendant Steven Sharif.***

12. Responding to paragraph 12 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

***Third-Party Complaint Against Third-Party Defendants Moore, Zimmerman, Rhoades, DOES Individuals 1-10, and ROE Entities I-X.***

13. Responding to paragraph 13 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

***Intrepid's Statutory and Legal Authority to Assert These Claims.***

14. Responding to paragraph 14 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

## II. JURISDICTION AND VENUE

15. Responding to paragraph 15 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

16. Responding to paragraph 16 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

17. Responding to paragraph 17 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

contained in the paragraph, and on that basis deny the allegations contained therein.

18. Responding to paragraph 18 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

**III. PARTIES**

19. Responding to paragraph 19 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

20. Responding to paragraph 20 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

21. Responding to paragraph 21 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

22. Responding to paragraph 22 of the cross-complaint, Cross-Defendants admit the allegation in the first and second sentences of paragraph 22. Cross-Defendants deny the allegations in the third sentence. Cross-Defendants admit the allegations in the fourth sentence.

23. Responding to paragraph 23 of the cross-complaint, Cross-Defendants admit the allegation in the first and second sentences of paragraph 23. Cross-Defendants deny the allegations in the third sentence. Cross-Defendants admit the allegations in the fourth sentence.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

24. Responding to paragraph 24 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

25. Responding to paragraph 25 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

## IV. FACTUAL ALLEGATIONS

26. Responding to paragraph 26 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

27. Responding to paragraph 27 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

28. Responding to paragraph 28 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

29. Responding to paragraph 29 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

30. Responding to paragraph 30 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

contained in the paragraph, and on that basis deny the allegations contained therein.

31. Responding to paragraph 31 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

32. Responding to paragraph 32 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

33. Responding to paragraph 33 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

34. Responding to paragraph 34 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

35. Responding to paragraph 35 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

36. Responding to paragraph 36 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

37. Responding to paragraph 37 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

contained in the paragraph, and on that basis deny the allegations contained therein.

38. Responding to paragraph 38 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

39. Responding to paragraph 39 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

40. Responding to paragraph 40 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

41. Responding to paragraph 41 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

42. Responding to paragraph 42 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

43. Responding to paragraph 43 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

44. Responding to paragraph 44 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

contained in the paragraph, and on that basis deny the allegations contained therein.

45. Responding to paragraph 45 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

46. Responding to paragraph 46 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

47. Responding to paragraph 47 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

48. Responding to paragraph 48 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

49. Responding to paragraph 49 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

50. Responding to paragraph 50 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

51. Responding to paragraph 51 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

contained in the paragraph, and on that basis deny the allegations contained therein.

52. Responding to paragraph 52 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

53. Responding to paragraph 53 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

54. Responding to paragraph 54 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

55. Responding to paragraph 55 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

56. Responding to paragraph 56 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

57. Responding to paragraph 57 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

58. Responding to paragraph 58 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

contained in the paragraph, and on that basis deny the allegations contained therein.

59. Responding to paragraph 59 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

60. Responding to paragraph 60 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

61. Responding to paragraph 61 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

62. Responding to paragraph 62 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

63. Responding to paragraph 63 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

64. Responding to paragraph 64 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

65. Responding to paragraph 65 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

contained in the paragraph, and on that basis deny the allegations contained therein.

66. Responding to paragraph 66 of the cross-complaint, Cross-Defendants admit the allegations contained in the paragraph.

67. Responding to paragraph 67 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

68. Responding to paragraph 68 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

69. Responding to paragraph 69 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

70. Responding to paragraph 70 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

71. Responding to paragraph 71 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

72. Responding to paragraph 71 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

73. Responding to paragraph 73 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

74. Responding to paragraph 74 of the cross-complaint, Cross-Defendants admit the allegations contained in the paragraph.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

75. Responding to paragraph 71 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

76. Responding to paragraph 76 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

77. Responding to paragraph 77 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

78. Responding to paragraph 78 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

79. Responding to paragraph 79 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

80. Responding to paragraph 80 of the cross-complaint, Cross-Defendants admit the allegations contained in the paragraph.

81. Responding to paragraph 81 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

82. Responding to paragraph 82 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

83. Responding to paragraph 83 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

84. Responding to paragraph 84 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

contained in the paragraph, and on that basis deny the allegations contained therein.

85. Responding to paragraph 85 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

86. Responding to paragraph 86 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

87. Responding to paragraph 87 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

88. Responding to paragraph 88 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

89. Responding to paragraph 89 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

90. Responding to paragraph 90 of the cross-complaint, Cross-Defendants admit the allegations contained in the paragraph.

91. Responding to paragraph 91 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

92. Responding to paragraph 90 of the cross-complaint, Cross-Defendants admit the allegations contained in the paragraph.



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

93. Responding to paragraph 93 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

94. Responding to paragraph 94 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

95. Responding to paragraph 95 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

96. Responding to paragraph 96 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

97. Responding to paragraph 97 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

98. Responding to paragraph 98 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

99. Responding to paragraph 99 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

100. Responding to paragraph 100 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

101. Responding to paragraph 101 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

102. Responding to paragraph 102 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

103. Responding to paragraph 103 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

104. Responding to paragraph 104 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

105. Responding to paragraph 105 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

106. Responding to paragraph 106 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

107. Responding to paragraph 107 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

108. Responding to paragraph 108 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

109. Responding to paragraph 109 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

110. Responding to paragraph 110 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

111. Responding to paragraph 111 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

112. Responding to paragraph 112 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

113. Responding to paragraph 113 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

114. Responding to paragraph 114 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

115. Responding to paragraph 115 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

116. Responding to paragraph 116 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

117. Responding to paragraph 117 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

118. Responding to paragraph 118 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

119. Responding to paragraph 119 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

120. Responding to paragraph 120 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

121. Responding to paragraph 121 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

122. Responding to paragraph 122 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

123. Responding to paragraph 123 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

124. Responding to paragraph 124 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

125. Responding to paragraph 125 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

126. Responding to paragraph 126 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

127. Responding to paragraph 127 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

128. Responding to paragraph 128 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

129. Responding to paragraph 129 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

130. Responding to paragraph 130 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

131. Responding to paragraph 131 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

132. Responding to paragraph 132 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

133. Responding to paragraph 133 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

134. Responding to paragraph 134 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

135. Responding to paragraph 135 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

136. Responding to paragraph 136 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

137. Responding to paragraph 137 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

138. Responding to paragraph 138 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

139. Responding to paragraph 139 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

140. Responding to paragraph 140 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

141. Responding to paragraph 141 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

142. Responding to paragraph 142 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

143. Responding to paragraph 143 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

144. Responding to paragraph 144 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

145. Responding to paragraph 145 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

146. Responding to paragraph 146 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

147. Responding to paragraph 147 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

148. Responding to paragraph 148 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

149. Responding to paragraph 149 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

150. Responding to paragraph 150 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

151. Responding to paragraph 151 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

152. Responding to paragraph 152 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

153. Responding to paragraph 153 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

154. Responding to paragraph 154 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

155. Responding to paragraph 155 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

156. Responding to paragraph 156 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

157. Responding to paragraph 157 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

158. Responding to paragraph 158 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

159. Responding to paragraph 159 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

160. Responding to paragraph 160 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

161. Responding to paragraph 161 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

162. Responding to paragraph 162 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

163. Responding to paragraph 163 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

164. Responding to paragraph 164 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

165. Responding to paragraph 165 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

166. Responding to paragraph 166 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

167. Responding to paragraph 167 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

168. Responding to paragraph 168 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

169. Responding to paragraph 169 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

170. Responding to paragraph 170 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

171. Responding to paragraph 171 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

172. Responding to paragraph 172 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

173. Responding to paragraph 173 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

174. Responding to paragraph 174 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

175. Responding to paragraph 175 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

176. Responding to paragraph 176 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

177. Responding to paragraph 177 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

178. Responding to paragraph 178 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

179. Responding to paragraph 179 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

180. Responding to paragraph 180 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

181. Responding to paragraph 181 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

182 Responding to paragraph 182 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

183. Responding to paragraph 183 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

184. Responding to paragraph 184 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.





WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

185. Responding to paragraph 185 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

186. Responding to paragraph 186 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

187. Responding to paragraph 187 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

188. Responding to paragraph 188 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

189. Responding to paragraph 189 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

190. Responding to paragraph 190 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

191. Responding to paragraph 191 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

192. Responding to paragraph 192 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

193. Responding to paragraph 193 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

194. Responding to paragraph 194 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

195. Responding to paragraph 195 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

196. Responding to paragraph 196 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

197. Responding to paragraph 197 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

198. Responding to paragraph 198 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

199. Responding to paragraph 199 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

200. Responding to paragraph 200 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

201. Responding to paragraph 201 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

202. Responding to paragraph 202 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

203. Responding to paragraph 203 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

204. Responding to paragraph 204 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

205. Responding to paragraph 205 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

206. Responding to paragraph 206 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

207. Responding to paragraph 207 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

208. Responding to paragraph 208 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

209. Responding to paragraph 209 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

210. Responding to paragraph 210 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

211. Responding to paragraph 211 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

212. Responding to paragraph 212 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

213. Responding to paragraph 213 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

allegations contained in the paragraph, and on that basis deny the allegations contained therein.

214. Responding to paragraph 214 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

215. Responding to paragraph 215 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

216. Responding to paragraph 216 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

217. Responding to paragraph 217 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

218. Responding to paragraph 218 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

219. Responding to paragraph 219 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

220. Responding to paragraph 220 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

allegations contained in the paragraph, and on that basis deny the allegations contained therein.

221. Responding to paragraph 221 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

222. Responding to paragraph 222 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

223. Responding to paragraph 223 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

224. Responding to paragraph 224 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

225. Responding to paragraph 225 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

226. Responding to paragraph 226 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

227. Responding to paragraph 227 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

allegations contained in the paragraph, and on that basis deny the allegations contained therein.

228. Responding to paragraph 228 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

229. Responding to paragraph 229 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

**PRAYER FOR RELIEF ON CROSS-CLAIM**

Responding to paragraph A-I of the prayer for relief of the cross-complaint, cross-defendants deny cross-complainants are entitled to any of the relief sought therein.

230. Responding to paragraph 230 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

231. Responding to paragraph 231 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

232. Responding to paragraph 232 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

233. Responding to paragraph 233 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

allegations contained in the paragraph, and on that basis deny the allegations contained therein.

234. Responding to paragraph 234 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

235. Responding to paragraph 235 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

236. Responding to paragraph 236 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

237. Responding to paragraph 237 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

238. Responding to paragraph 238 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

239. Responding to paragraph 239 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

240. Responding to paragraph 240 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

241. Responding to paragraph 241 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

242. Responding to paragraph 242 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

243. Responding to paragraph 243 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

244. Responding to paragraph 244 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

245. Responding to paragraph 245 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

246. Responding to paragraph 246 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

247. Responding to paragraph 247 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

248. Responding to paragraph 248 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

249. Responding to paragraph 249 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

250. Responding to paragraph 250 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

251. Responding to paragraph 251 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

252. Responding to paragraph 252 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

253. Responding to paragraph 253 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

254. Responding to paragraph 254 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

255. Responding to paragraph 255 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

256. Responding to paragraph 256 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

257. Responding to paragraph 257 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

258. Responding to paragraph 258 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

259. Responding to paragraph 259 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

allegations contained in the paragraph, and on that basis deny the allegations contained therein.

260. Responding to paragraph 260 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

261. Responding to paragraph 261 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

262. Responding to paragraph 262 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

263. Responding to paragraph 263 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

264. Responding to paragraph 264 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

265. Responding to paragraph 265 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

266. Responding to paragraph 266 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

allegations contained in the paragraph, and on that basis deny the allegations contained therein.

267. Responding to paragraph 267 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

268. Responding to paragraph 268 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

269. Responding to paragraph 269 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

270. Responding to paragraph 270 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

271. Responding to paragraph 271 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

272. Responding to paragraph 272 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

273. Responding to paragraph 273 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

allegations contained in the paragraph, and on that basis deny the allegations contained therein.

274. Responding to paragraph 274 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

275. Responding to paragraph 275 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

276. Responding to paragraph 276 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

277. Responding to paragraph 277 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

278. Responding to paragraph 278 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

279. Responding to paragraph 279 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

280. Responding to paragraph 280 of the cross-complaint, Cross-Defendants admit the allegations contained therein.

281. Responding to paragraph 281 of the cross-complaint, Cross-Defendants admit the allegations contained therein.

282. Responding to paragraph 282 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

283. Responding to paragraph 283 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

284. Responding to paragraph 284 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

285. Responding to paragraph 285 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

286. Responding to paragraph 286 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

287. Responding to paragraph 287 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

288. Responding to paragraph 288 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

289. Responding to paragraph 289 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

290. Responding to paragraph 290 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

291. Responding to paragraph 291 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

292. Responding to paragraph 292 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

293. Responding to paragraph 293 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

294. Responding to paragraph 294 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

295. Responding to paragraph 295 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

296. Responding to paragraph 296 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

297. Responding to paragraph 297 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

298. Responding to paragraph 298 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

299. Responding to paragraph 299 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

300. Responding to paragraph 300 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

301. Responding to paragraph 301 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

302. Responding to paragraph 302 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

303. Responding to paragraph 303 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

304. Responding to paragraph 304 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

305. Responding to paragraph 305 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

306. Responding to paragraph 306 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

allegations contained in the paragraph, and on that basis deny the allegations contained therein.

307. Responding to paragraph 307 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

308. Responding to paragraph 308 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

309. Responding to paragraph 309 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

310. Responding to paragraph 310 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

311. Responding to paragraph 311 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

312. Responding to paragraph 312 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

313. Responding to paragraph 313 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

314. Responding to paragraph 314 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

315. Responding to paragraph 315 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

allegations contained in the paragraph, and on that basis deny the allegations contained therein.

316. Responding to paragraph 316 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

317. Responding to paragraph 317 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

318. Responding to paragraph 318 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

319. Responding to paragraph 319 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

320. Responding to paragraph 320 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

321. Responding to paragraph 321 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

322. Responding to paragraph 322 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

323. Responding to paragraph 323 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

324. Responding to paragraph 324 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

325. Responding to paragraph 325 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

326. Responding to paragraph 326 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

327. Responding to paragraph 327 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

328. Responding to paragraph 328 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

329. Responding to paragraph 329 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

330. Responding to paragraph 330 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

331. Responding to paragraph 331 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

332. Responding to paragraph 332 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

333. Responding to paragraph 333 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

334. Responding to paragraph 334 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

335. Responding to paragraph 335 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

336. Responding to paragraph 336 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

337. Responding to paragraph 337 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

338. Responding to paragraph 338 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

339. Responding to paragraph 339 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

340. Responding to paragraph 340 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

341. Responding to paragraph 341 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

342. Responding to paragraph 342 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

343. Responding to paragraph 343 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

344. Responding to paragraph 344 of the cross-complaint, Cross-Defendants have insufficient knowledge or information to form a belief as to the allegations contained in the paragraph, and on that basis deny the allegations contained therein.

345. Responding to paragraph 345 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

346. Responding to paragraph 346 of the cross-complaint, Cross-Defendants deny the allegations contained therein.

/ / /

/ / /



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

**PRAYER FOR RELIEF**

Responding to paragraph A-P of the prayer for relief of the cross-complaint, cross-defendants deny cross-complainants are entitled to any of the relief sought therein.

**AFFIRMATIVE DEFENSES**

For further and separate defenses to the causes of action alleged in the Third Party Complaint (Cross-Complaint), and without admitting that they have the burden of proof on any of these defenses, Cross-Defendants assert as follows:

**FIRST AFFIRMATIVE DEFENSE**

The Cross-Complaint fails to state any claim against these Cross-Defendants upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Cross-Complainant lacks standing to bring some or all of his claims.

**THIRD AFFIRMATIVE DEFENSE**

Cross-Complainant has not suffered damages as a result of the conduct alleged in the Cross-Complaint.

**FOURTH AFFIRMATIVE DEFENSE**

Cross-Complainant's damages, if any, were caused in whole or in part, or were contributed to, by its own wrongful conduct.

**FIFTH AFFIRMATIVE DEFENSE**

Cross-Complainant's damages, if any, were caused by the acts or omissions of a third party over whom these Cross-Defendants have no control.

**SIXTH AFFIRMATIVE DEFENSE**

Cross-Complainant's damages, if any, were the result of intervening and/or superseding events, factors, occurrences, or conditions, which were in no way caused by these Cross-Defendants.

/ / /

/ / /

WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

**SEVENTH AFFIRMATIVE DEFENSE**

Cross-Complainant's claims are barred by the doctrines of waiver, release, estoppel, and/or laches.

**EIGHTH AFFIRMATIVE DEFENSE**

The relief sought by Cross-Complainant is barred by the doctrine of unclean hands.

**NINTH AFFIRMATIVE DEFENSE**

Cross-Complainant's claims are not well grounded in fact and are not warranted by existing law or good faith argument for the extension or modification of existing law but pursued only for the purpose of harassment, unnecessary delay.

**TENTH AFFIRMATIVE DEFENSE**

Some or all of Cross-Complainant's claims are barred by the statute of frauds.

**ELEVENTH AFFIRMATIVE DEFENSE**

Intrepid's claims are barred by its own conduct and that of its investors.

**TWELFTH AFFIRMATIVE DEFENSE**

Cross-Defendants performed all duties owed to Intrepid, if any, other than any duties which were prevented or excused, and therefore were never in breach of said duties.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Intrepid has failed to mitigate its damages, if any.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Cross-Complainant's claims are barred, in whole or in part, to the extent that it seeks improper multiple damage awards, and damage awards duplicative of those sought in other actions, in violation of the due process guarantees of the Fifth and Fourteenth Amendments of the United States Constitution and the Eighth Amendment of the United States Constitution.

/ / /



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

**FIFTEENTH AFFIRMATIVE DEFENSE**

Cross-Complainant's claims are barred, in whole or in part, due to its ratification of, and consent to, Cross-Defendants' conduct.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Cross-Complainant's claims are barred, in whole or in part, by the applicable federal and state statutes of limitations.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Cross-Defendants hereby incorporate by reference those Affirmative Defenses enumerated in Rule 8 of the Federal Rules of Civil Procedure as if fully set forth herein. In the event further investigation or discovery reveals the applicability of any additional defenses, Defendants reserve the right to seek leave of Court to amend their answer to specifically assert the same. Such defenses are herein incorporated by reference for the specific purpose of not waiving the same.

**PRAYER FOR RELIEF**

**WHEREFORE**, Cross-Defendants pray for judgment as follows:

1. That Third Party Plaintiff takes nothing by reason of its claims;
2. That judgment be rendered in favor of Cross-Defendants on all claims;
3. That Cross-Defendants be awarded their attorneys' fees and costs of suit incurred in defense of this action; and
4. For such other relief as the Court deems proper.

DATED: 9/15/26

WALSH LEA FURCOLO LLP

By: /s/ Laura Stewart
Christopher M. Lea, Esq.
Laura Stewart, Esq.
Attorneys for Third-Party Defendants
JASON ZIMMERMAN an individual,
MATTHEW RHOADES an individual



WALSH LEA FURCOLO LLP
402 WEST BROADWAY
SUITE 1010
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486