Theresa C. Becerra, Esq. (State Bar No. 205338)
**SPENCER FANE LLP**
201 Santa Monica Blvd., Suite 550
Santa Monica, California 90401
Telephone: (424) 217-1830
Fax: (424) 217-1854
Email: tbecerra@spencerfane.com

Vincent J. Aiello, Esq. *(Pro Hac Vice)*
Tyler B. Thomas, Esq. *(Pro Hac Vice)*
Jason Smith, Esq. *(Pro Hac Vice)*
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3419
Fax: (702) 408-3401
Email: vaiello@spencerfane.com
tbthomas@spencerfane.com
jdsmith@spencerfane.com

*Attorneys for Intrepid Studios, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,

Plaintiff,

v.

ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDINGS LLC, and JASON CARAMANIS,

Defendants,

and

INTREPID STUDIOS, INC.,

Nominal Defendant.

---

INTREPID STUDIOS, INC., a California Corporation,

Cross-Claimant,

v.

STEVEN SHARIF, an individual

Cross-Defendant.

Case No. 3:26-cv-00965-LL-MMP

**INTREPID STUDIOS, INC.'S MOTION TO FILE UNDER SEAL EXHIBIT E TO ITS MOTION FOR ORDER TO SHOW CAUSE [ECF No. 195-5].**

**Action Filed:** **02/14/2026**
**Jud. Officer:** **Hon. Linda Lopez**

| | |
|---|---|
| INTREPID STUDIOS, INC., a California Corporation,<br>Third-Party Plaintiff,<br>v.<br>JASON ZIMMERMAN an individual, JOHN MOORE an individual, MATTHEW RHOADES an individual, DOES INDIVIDUALS 1-10; and ROE ENTITIES I-X<br>Third-Party Defendants. | |

Intrepid Studios, Inc. ("Intrepid") moves for an order (1) directing the Clerk to file under seal Exhibit E to Intrepid's Motion for Order to Show Cause, filed on 10/06/2026 as [ECF No. 195-5] (the "Unredacted Exhibit"), and (2) accepting the redacted Exhibit E filed concurrently as an exhibit to Vincent Aiello's Declaration in Support of Intrepid's Motion to Seal (the "Redacted Exhibit") as the public version of that exhibit.

The Unredacted Exhibit inadvertently discloses the home address, credit score, and personal financial infromation of Third-Party Defendant John Moore. Neither item bears on the relief sought in the Motion for Order to Show Cause. Although neither falls within the categories enumerated in Federal Rule of Civil Procedure 5.2(a), Intrepid seeks to remove both from the public record to protect Moore's privacy, and the Court may order that redaction for good cause under Rule 5.2(e)(1).

This Application is made under Federal Rule of Civil Procedure 5.2(e), Civil Local Rules 79.2, Section 2(j) of the Electronic Case Filing Administrative Policies and Procedures Manual, and Sections 4 of this Court's Civil Chambers Rules. Counsel's notice to and conference with opposing counsel, and their positions, are set out in the accompanying Declaration of Vincent J. Aiello.

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. BACKGROUND

On October 6, 2026, Intrepid filed its Motion for Order to Show Cause. [ECF No. 195-5]. Exhibit E to that Motion is a CommerceWest Bank Approval Request. Aiello Decl. ¶ 2. Exhibit E discloses Moore's residential street address and his FICO credit score. *Id.* ¶ 3. Their inclusion was inadvertent. *Id.*

Intrepid identified the issue on October 8, 2026, and. *Id.* ¶ 4. Intrepid has filed the Redacted Exhibit, which is identical to the Unredacted Exhibit except that Moore's home address, credit score, and other personal financial information is redacted. *Id.* ¶ 5. No other portion of Exhibit E is redacted.

### II. LEGAL STANDARD

The public has a general right to inspect and copy judicial records, and a party seeking to seal a judicial record bears the burden of overcoming a strong presumption in favor of access. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Where the underlying motion is more than tangentially related to the merits of the case, the movant must articulate compelling reasons supported by specific factual findings; otherwise, good cause suffices. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). Compelling reasons may exist where court files could become a vehicle for improper purposes. *Kamakana*, 447 F.3d at 1179. Separately, Rule 5.2(e)(1) authorizes the Court, for good cause, to require redaction of information beyond the identifiers listed in Rule 5.2(a).

### III. ARGUMENT

Compelling reasons support the narrow relief requested, and the request satisfies the lesser good-cause standard under Rule 5.2(e)(1) a fortiori. Moore's home address, credit score, and other financial information is personal information in which he holds a recognized privacy interest. Public disclosure of a litigant's residential address in a contested, publicly followed dispute creates a risk to personal

safety and of unwanted contact, and public disclosure of a credit score reveals private financial information that serves no purpose in resolving the Motion.

On the other side of the balance, the public's interest in this specific information is negligible. The Motion for Order to Show Cause does not turn on where Moore lives or on his creditworthiness. The Redacted Exhibit preserves every substantive portion of Exhibit E, so the public retains full access to the material the Court will consider in ruling on the Motion.

The request is also narrowly tailored, as Section 4 of the Chambers Rules requires. Intrepid seeks to seal a single exhibit and, in the public version, redacts only discrete items of personal information. Intrepid does not seek to seal the Motion or any other exhibit.

## IV. CONCLUSION

Intrepid respectfully requests that the Court direct the Clerk to seal Exhibit E to Intrepid's Motion for an Order to Show Cause, filed on 10/06/2026 as [ECF No. 195-5] and accept accepting the redacted Exhibit E filed concurrently as an exhibit to Vincent Aiello's Declaration in Support of Intrepid's Motion to Seal as the public version of that exhibit.

DATED: October 8, 2026.

Respectfully Submitted,

**SPENCER FANE LLP**

*/s/ Vincent J. Aiello*
Theresa C. Becerra, Esq.
201 Santa Monica Blvd., Suite 550
Santa Monica, California 90401
Telephone: (424) 217-1830
Fax: (424) 217-1854
Email: tbecerra@spencerfane.com

Vincent J. Aiello, Esq. *(Pro Hac Vice)*
Tyler B. Thomas, Esq. *(Pro Hac Vice)*
Jason Smith, Esq. *(Pro Hac Vice)*
SPENCER FANE LLP

300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3419
Fax: (702) 408-3401
Email: vaiello@spencerfane.com
jdsmith@spencerfane.com
tbthomas@spencerfane.com