**COMMERCEWEST BANK LOAN APPROVAL REQUEST**

| | | | |
|---|---|---|---|
| BORROWER: | Intrepid Studios, Inc. | GUARANTOR: | John Moore |
| Business Address:<br>Mailing Address: | 11558 Sorrento Valley Rd. STE 7 San Diego, CA 92121<br>Same as above | Address: | [redacted] |
| Loan #: | 10019349 | Guaranty Amount: | Unlimited |
| Type of Business: | Video Game Developer | PM/CLO: | Gavin Williams |
| Client Since: | 4/29/2020 | U/W: | Jimmy Ko |

| **TYPE (2C):** | **AMOUNT:** | **RATE:** 365/360 | **FEES:** | **MATURITY DATE / REPAYMENT TERMS:** |
|---|---|---|---|---|
| Main Street Lending New Loan Facility<br><br>(95% Participation) | $6,000,000 | LIBOR (3 months) +3%<br><br>Adjusted Quarterly | Federal Reserve Transaction Fee: 1% of Loan Amount ($60,000)<br><br>Loan Origination: $48,500<br><br>Doc: $10,000<br><br>Processing: $3,497<br><br>Exit Fee: Waived | 60 months.<br><br>Year 1: Principal and Interest Deferment;<br>Year 2: Deferred interest is Capitalized, Interest Only Payments.<br><br>Principal amortization of 15% at end of year 3; Principal amortization of 15% at end of year 4; Principal amortization at 70% at end of year 5.<br><br>*Straight line method (Principal +Interest) will be used to calculate payments<br><br>PPP: N/A |

**PURPOSE OF LOAN (30):** Working Capital, Capital Expenditures, and fee finance of $122M.

**REPAYMENT SOURCE:** Primary – Standalone Business Cash Flow; Secondary – Global Cash Flow; Tertiary – Recourse to Guarantors / Liquidation of Collateral.

**COLLATERAL DESCRIPTION (143 and 118)**

1. UCC-1, 1st blanket filing on all business assets of Intrepid Studios, Inc. Liens will be subordinated to CWBK.
   a. Active liens include SPG Advance, LLC, U.S. SBA, Lendistry, JP Morgan Chase, First Corporate Solutions, Forward Financing, LLC, C T Corporation System, CHTD Company, and Carmanis Jason/YA-YA Holdings, LLC/YA-YA Legacy Trust.
2. 2nd T/D on residential real estate located at [redacted]
   a. 1st T/D is held with 4955 EDMT, LLC
   b. Property is not located in an area designated by the Federal Emergency Management Agency as a Special Flood Hazard Area.

**DETAILS OF LIABILITY:**

| **BORROWER** | **TYPE** | **RATE** | **COMMITMENT** | **BALANCE** | **UNDISBURSED** | **MATURITY** | **RISK RATING** | **COLLATERAL** |
|---|---|---|---|---|---|---|---|---|
| Intrepid Studios, Inc | MSNLF | 3-month LIBOR +3% | $6,000,000 | $0 | $6,000,000 | 5 years | 4 | UCC-1 & 2nd T/D |
| Intrepid Studios, Inc (10016084) | SBA PPP | 1.00% | $1,131,800 | $1,131,800 | $0 | 4/29/22 | 4 | N/A |
| | | **TOTAL INDEBTEDNESS:** | **$7,131,800** | **$1,131,800** | **$6,000,000** | | | |
| | | **MAIN STREET LENDING (95%):** | **$5,700,000** | **$0** | **$5,700,000** | | | |
| | | **SBA PPP (100%):** | **$1,131,800** | **$1,131,800** | **$0** | | | |
| | | **CWBK INDEBTEDNESS:** | **$300,000** | **$0** | **$300,000** | | | |

**DEPOSIT RELATIONSHIP:**

**- Account Relationships Summary**

| | Deposits | | | Liabilities | | | |
|---|---|---|---|---|---|---|---|
| | Count | Total | Avg Rate | Count | Total | Avg Rate | Count |
| Direct | 3 | $1,079,347.43 | 0.0000 % | 1 | $1,131,800.00 | 1.0000 % | 1 |
| Indirect | 0 | $0.00 | 0.0000 % | 0 | $0.00 | 0.0000 % | 0 |
| Related | 0 | $0.00 | 0.0000 % | 0 | $0.00 | 0.0000 % | 0 |

**EXCEPTION TO LOAN POLICY:** N/A

| LOAN OPERATIONS GROUP INFO | | | |
|---|---|---|---|
| **CRA Reportable:** N | **Census Tract:**0083.39 | **CRA Income:** $9,416M @ FYE 2019 | **NAICS:** 511210 |
| **Risk Rating:** 4 | **MSA/MD:** 41740 – Middle | **State/County Code:** 06/073 | **Employees:** 80 |
| **AFT:** TBD | **Federal Call Code:** 4A | **Pledge:** N/A | **Net Banker:** Full Access |
| **INSURANCE REQUIREMENTS:** General Liability Insurance, BPP Insurance of $89M, Equipment Insurance and Property Insurance – pending appraisal. | | | |
| **LOAN DISBURSEMENT:**<br>1) Fee Finance of $122M<br>2) To be deposited to CWBK Account #TBD | | | |

| COVENANTS AND OTHER TICKLER ITEMS | FREQ (A, Q, M) | EXISTING | NEW | ACTUAL (FYE 2019) | IN COMPLIANCE YES | NO |
|---|---|---|---|---|---|---|
| 1. Maximum Debt/EBITDA (Year 2-3) | A | | 4.00:1.00 | 1.53:1.00 | x | |
| (Year 4-5) | A | | 3.00:1.00 | | | |
| 2. Minimum Current Ratio | A | | 2.50:1.00 | 15.34:1.00** | x | |
| 3. Minimum Aggregate Deposit Relationship | Q | | 15% | | TBD | |
| 4. CWBK Bank Products | Q | | 10 | | TBD | |
| 5. Business Personal Property Insurance of $89M, General Liability Insurance, Equipment Insurance, and Property Insurance | A | | | | TBD | |

*Per the MSNLF product, analysis is based on (9/30/2020) Debt/(FYE 2019) Adjusted EBITDA to qualify for the product with a maximum of 4.00:1.00. Debt includes subject MSNLF loan of $6MM.
**Current ratio is as of 9/30/2020. At FYE 2019 current ratio was 0.08:1.00 and is not an accurate representation moving forward.

**Covenant Definitions / Comments:**

1. **Debt to EBITDA =** (Total Debt – Fully Subordinated Debt)/Annualized Earnings before Interest, Tax, Depreciation and Amortization for CFTMI. First check is 2021. This first check will be done in 2022, as the FYE 2021 CPA Reviewed is not due until 120 days of each FYE.
2. **Current Ratio** = Current Assets/Current Liabilities.
3. **Minimum Deposit Relationship =** Borrower to maintain primary deposit relationship with CWBK – no split banking relationship. Minimum aggregate deposit balances: 15%
4. Client to maintain a minimum of 10 CWBK products during the relationship.
5. **BPP, General liability, Equipment and Property insurance =** The client to provide business personal property and general liability insurance naming CWBK as loss payee. The Bank shall tickle 30 days prior to expiration.

| **FINANCIAL REPORTING COVENANTS**<br>*FYE = 12/31* | FREQ (A/Q/M) | ITEM DATE | COMMENTS |
|---|---|---|---|
| Federal Tax Return and Extension<br>Intrepid Studios Inc | A | 12/31/19 | Due within 15 days of filing. K1s to be provided. |
| Business Financial Statements<br>Intrepid Studios Inc | A | 12/31/20 | CPA Reviewed (accrual based) year-end financial statements due within 120 days of year end. |
| Business Financial Statement<br>Intrepid Studios Inc | Q | 3/31/21 | CPA Compiled (accrual based) year-end financial statements due within 45 days of period end. |
| A/R, A/P Aging<br>Intrepid Studios Inc | Q | 3/31/21 | Due with 45 days of period end. |
| Debt Schedule | A | 12/31/21 | Due within 35 days of year end. |

| | | | |
|---|---|---|---|
| Intrepid Studios Inc | | | |
| Federal Tax Return and Extension<br>John Moore | A | 12/31/20 | Due within 15 days of filing. K1s to be provided. |
| Personal Financial Statement<br>John Moore | A | 12/31/21 | Due annually within 120 days of year end. |

**FURTHER COVENANTS AND COMMENTS:**

1. All loans to be subordinated to subject Main Street Lending Loan.
2. Submission of required financial reporting for the Main Street New Loan Facility as defined in Appendix C of the MSLP FAQs.

**PROHIBITIONS:**

1. Direct proceeds from the MSL may not benefit an Eligible Borrower's foreign parents, affiliates or subsidiaries;

2. Direct proceeds from the MSL may not be used to refinance or accelerate payment of existing debt, except:

    - At the time of origination of the MSNLF loan, if the debt was owed to a different, unaffiliated lender; or
    - Under the limited exception for mandatory and due debt and interest payments after the origination of the Main Street loan.

3. In addition, under the Program an Eligible Borrower may not use **any** funds (including the proceeds of a Main Street loan) during the term of the loan (and, in some cases, for 12 months after the Main Street loan is repaid) for the following reasons:
    - To pay dividends, distribute capital, repurchase equity, or pay compensation over specified thresholds, except as provided under section 2.D of the MSNLF, MSPLF, or MSELF Borrower Certifications and Covenants or the FAQs posted on the Federal Reserve Board's website on the Main Street Lending Program
    - To repay the principal balance of, or pay any interest on, any debt, unless the principal or interest payment is mandatory and due, until (i) the Eligible Loan is repaid in full *or* (ii) neither the SPV nor a Governmental Assignee holds an interest in the Eligible Loan in any capacity. This restriction shall apply only to other debt for borrowed money of the Borrower. The Borrower may, however, at the time of origination of the Eligible Loan, use the proceeds of the Eligible Loan to refinance existing debt owed by the Borrower to a lender that is not the Eligible Lender or an affiliate of the Eligible Lender.

4. The compensation, stock repurchase, and capital distribution restrictions that apply to direct loan programs under section 4003©(3)(A)(ii) of the CARES Act apply under each of the MSELF, MSNLF and MSPLF, except that, in each case, restrictions on dividends and other capital distributions will not apply to:
    - Distributions made by an S corporation or other tax pass-through entity to the extent reasonably required to cover its owners' tax obligations in respect of the entity's earnings; or
    - Distributions made by a tribal business to a tribal government owner

5. In addition to other certifications required by applicable statutes and regulations, the borrower will be required to provide certifications and covenants required by the specific Main Street Loan Program the borrower is participating in.

6. Borrower must comply with all program requirements set forth by the Federal Reserve Board regarding MSLP and as provided in H.R. 748 (The CARES Act) including the restrictions mentioned in section 4003©(3)(A)(ii) of the CARES Act.

**CONDITIONS OF APPROVAL:**

- Approval through Main Street Lending Portal
- All loans must be subordinated to subject loan.
- UCC-1 blanket filings to be paid off or fully subordinated. CWBK to take the UCC-1, 1st position blanket filing on MI.

**CONDITIONS OF FUNDING:**

- Updated General Liability, BPP, Equipment, and Property Insurance Certificates.
- Receive a binding commitment from the Main Street SPV to purchase a participation in the loan.
- Receipt of Appraisal.

**Intrepid Studios, Inc**
**MSNLF of $6MM**
**Approved on 12/02/2020**

RECOMMENDED BY:

DocuSigned by:
Eddie Sung
6A2795FDDD56407...
Eddie Y. Sung, FVP & Credit Administrator

RECOMMENDED BY:

DocuSigned by:
David Quizon
83A6E48B2E094F5...
David Quizon, EVP & CCO

APPROVED BY:

DocuSigned by:
Ivo Tjan
29E7B3A9665A4DC...
Ivo Tjan, CEO / Chairman

**CREDIT REQUEST:**

Subject request is for a $6MM Main Street New Loan Facility for working capital for employee expansion, marketing, and fee finance of $122M.

**COVID – 19 QUESTIONNAIRE:**

Client completed business impact questionnaire as of 11/16/2020. The client has indicated workforce has had to restructure to working from home and that has had a minor impact on project timelines.

The Company has adjusted personnel practices from working from home, scheduling changes for hourly workers, paid or unpaid time off, and business travel.

Company has responded accordingly and expects stable earnings for FYE 2020. The Company intends to capitalize on various testing periods and revenue events for 2020.

**RISK RATING:**

Risk rating **4** (Acceptable) is assigned to this credit facility based on the following:

- Global Cash Flow of 2.85x at 12/31/2019 and 1.62x at 9/30/2020.
  - Pro-forma calculation for personal cash flow at 9/30/2020 was calculated using an average of 2018-2019 and prorated for 9 months.
- Standalone business DCR was sufficient at 2.85x at 12/31/2019 and 1.39x at 9/30/2020.
- Stressed Debt/EBITDA of 1.53:1.00 per 2019 EBITDA and 9/30/2020 balance sheet including MSNLF of $6MM. Per the MSLP, for MSNLF, the maximum Debt/EBITDA allowed is 4.00:1.00.
- Client shows sufficient liquidity of 15.34x and working capital of $2,296M at 9/30/2020.
  - As of 12/1/2020, the business reflects $1,079M in cash with CWBK per SilverLake.
- John Moore has made personal payments in a timely manner as evidenced by FICO of [redacted], with adjusted net worth (ANW) of $467M, and verified personal liquidity of $600M.

**HISTORY / BACKGROUND / MANAGEMENT:**

Intrepid Studios, Inc. was registered on 5/20/2015 in CA. Guarantor, John Moore, serves as President/COO and founded the company with Steven Sharif, who serves as Creative Director. John Moore owns 100% of the business. The founders assembled a team of veteran talent with strong experience in the MMORPG industry from companies such as Blizzard Entertainment, Sony Online Entertainment, 2K Games, Qualcomm, Disney Interactive, and etc.

Intrepid Studios, Inc. is an independent developer and publisher of massive multiplayer online role-playing game (MMORPG), Ashes of Creation. They currently also have two unannounced projects within Ashes of Creation. As of May 2020, the game has over 1.5 million registered users. The average revenue per paying user was $130, where the

average for the industry was $64. Ashes of Creation is still in Alpha 1 phase and expects to complete full launch in 2022.

The Company is prioritizing the PC market and has intentions of transitioning to the console and mobile markets after building a brand with their flagship product.

Website:
https://intrepidstudios.com/
https://ashesofcreation.com/

**Business Credit Report:**
PayNet report dated 12/1/2020 reflects a Master Score of 645 for Intrepid Studios, Inc. The report indicated no bankruptcies, judgments, tax liens or delinquent trades. Positive factors include large business size with extensive borrowings.

Internet Search
A search of the Borrower and Guarantors on the internet resulted in no derogatory information found.

**INDUSTRY ANALYSIS:**
**Grand View Research – May 2020**

"The global video game market size was valued at USD 151.06 billion in 2019 and is expected to grow at a Compound Annual Growth Rate (CAGR) of 12.9% from 2020 to 2027. Technological proliferation and innovation in both hardware and software are expected to be the key factors driving the growth. The growing penetration of internet services coupled with the easy availability and access of games on the internet across the globe is also expected to keep the market growth prospects upbeat in the forthcoming years. Game developers are also constantly improvising and pushing the technological limits regarding the real-time rendering of graphics in the video game industry, which is further expected to propel the growth.



The rising inclination from physical games to online games has led the industry participants to focus on hardware compatibility and efficiency. Free2Play (F2P), Massively Multiplayer Online (MMO), and multiplayer games have progressively gained popularity, a trend which is anticipated to continue over the next eight years. The rising disposable income level is leading to an increased consumer spending on gaming products. Furthermore, the changing consumer preferences have led to the large-scale adoption of more advanced gaming consoles equipped with sophisticated features such as record and share and cross-platform gameplay."

The trend of social media gaming is expected to have a positive impact on shaping up the market growth. For instance, a substantial percentage of the global population use social networking sites such as Facebook and Reddit for gaming. The availability of different genres of games such as action, role play, simulation, and strategy is anticipated to attract the customers. Growing popularity of eSports tournaments and the increasing number of professional gamers are anticipated to increase sales of video games and accessories along with gaming hardware and software.

**Entertainment Software Association – 7/15/20**

"Players of all ages and backgrounds embrace that power of play through video games. There are more than 214 million video game players across the United States, three quarters of all U.S. households have at least one person who plays video games, and 64 percent of U.S. adults and 70 percent of those under 18 regularly play video games. Large majorities of players say video games provide mental stimulation (80 percent) and relaxation (79 percent).

Video games help to connect us, and 65 percent of players say they play with others online or in person. More than half of parents (55 percent) say they play games with their children, and 92 percent pay attention to the games their child plays.

As the 2020 Essential Facts demonstrates, video games have become the leading form of entertainment because they bring us joy, connection and a sense of belonging when we need it most. Their value to society has never been more vital."

**S&P Global – 10/1/2020**

"People sheltering at home due to the pandemic increasingly turned to video games, resulting in revenue spikes for gaming firms and record sales for consoles, speakers said on the latest episode of "MediaTalk," an S&P Global Market Intelligence podcast.

Neil Barbour, an analyst tracking the technology and media sectors at Kagan, a media research group within S&P Global Market Intelligence, said the second quarter was the best non-holiday period for Nintendo Co. Ltd.'s Switch console, with 5.7 million units shipped. In addition, Microsoft Corp. doubled its Xbox shipments year over year. Gaming software companies including Activision Blizzard Inc., Electronic Arts Inc. and Take-Two Interactive Software Europe Ltd also experienced double-digit revenue growth in the second quarter."

**FINANCIAL ANALYSIS:**

This analysis is based on 12/31/2018 – 12/31/2019 company prepared financial statements and 9/30/2020 interim period financial statement.

**Income Statement Analysis:**

| **Description ($'000s)** | **12/31/2018 12 Mos. Co. Prep** | **%** | **12/31/2019 12 Mos. Co. Prep** | **%** | **9/30/2020 9 Mos. Interim** | **%** |
|---|---|---|---|---|---|---|
| Sales | $4,717 | 100% | $9,416 | 100% | $5,591 | 100% |
| Gross Profit | $4,178 | 89% | $8,380 | 89% | $5,274 | 94% |
| Operating Exp | $4,055 | 86% | $5,411 | 57% | $3,910 | 70% |
| Operating Profit | $123 | 3% | $2,969 | 32% | $1,364 | 24% |
| EBITDA | $191 | 4% | $2,969 | 32% | $1,364 | 24% |
| Add Backs | $87 | 2% | $1,164 | 12% | $248 | 4% |
| Adjusted EBITDA | $278 | 6% | $4,133 | 44% | $1,612 | 29% |
| **Net Profit** | **$118** | **3%** | **$2,496** | **27%** | **$2,260** | **40%** |

- Intrepid's flagship product is currently in Alpha 1 stage. More features will be added Q2 2021 in Alpha 2. Beta 1 and Beta 2 phases will be executed Q3 2021 and Q4 2021.
- The client currently makes revenue from preorders and licensing fees paid to the client.
    - There is also an option for customers to pre-purchase subscription time which allows access to testing phases and unique virtual items for buying-in early.
- Sales improved by 100% from FYE 2018 to FYE 2019. Annualized 9/30/2020 sales would reflect a 21% decline from FYE 2019.
    - Sales fluctuation has been due to timing of licensing fee payments made to Intrepid and serves as the majority of the company's pre-launch revenues. Additionally, pre-order sales campaigns will fluctuate with marketing campaigns and testing schedules. Sales declined at 9/30/2020 as FYE 2019 reflected an increase from marketing campaigns that did not occur at 9/30/2020.
    - Revenue will reflect more stability once nearing official launch.
- Gross profit margin improved as a result of the flagship game being farther in its product cycle. This allows for less non-recurring costs to occur. Client stated margin should reflect 94% - 96% going forward.
- Operating expenses consist primarily of payroll, insurance, travel and occasional outside services. Outside services are typically one-time expenses.
    - One-time expenses include outsourcing, software purchases, product development costs, loan fees, contracted services, travel expenses, legal fees, web design, and recruiting services.

- Operating expenses reflect periods of reduced staff and added staff. The company is currently expanding and looking to grow staff to roughly 125 employees.
- Currently the company has 80 employees.

- For FYE 2019 and 9/30/2020 periods reviewed, client showed Net Profitability and EBITDA to service the debt.

| **Description ($'000s)** | **12/31/2021 12 Mos. Co. Prep/Proj** | **%** |
|---|---|---|
| Sales | $105,400 | 100% |
| Gross Profit | $105,400 | 100% |
| Operating Exp | $49,101 | 47% |
| Operating Profit | $56,299 | 53% |
| EBITDA | $56,299 | 53% |
| **Net Profit** | **$56,299** | **53%** |

- Projections for 2021 includes the assumption of the subject MSLP loan to allow for faster growth.
- Significant sales growth is projected due to entering Beta stage of their flagship game expected in 2021.

**Balance Sheet Summary:**

| **Description** | **12/31/2018** | **12/31/2019** | **9/30/2020** | **2020** |
|---|---|---|---|---|
| **($'000s)** | **TR** | **TR** | **Co Prep** | **Sageworks** |
| Current Ratio | 2.83 | 0.08 | 15.34 | 2.84 |
| Stated Debt/EBITDA | 0.99 | 0.08 | N/A* | -- |
| Stressed Debt/EBITDA | 32.40 | 1.53 | N/A* | -- |

*EBITDA is based on only 9 months

- Current ratio shows significant improvement at 9/30/2020 from an increase in pre-order sales due to a marketing event in July.
  - Low liquidity in 2019 is considered to be an anomaly and it is expected to improve as testing phases and marketing events continue.
- Stressed Debt/EBITDA is based on EBITDA from 12/31/2019 income and liabilities from 9/30/2020 balance sheet with the inclusion of the MSLP loan of $6MM for FYE 2019.

### Balance Sheet and Main Street Lending Eligibility:

| MSNLF | | | |
|---|---|---|---|
| **Borrower** | 12/31/2018 | 12/31/2019 | 12/31/2021 |
| Liabilities (Subtract LOC current balance and debts being paid off) | | $310,047 | $310,047 |
| **New MSNLF Loan Facility** | | $6,000,000 | $6,000,000 |
| **Total Debt** | **$0** | **$6,310,047** | **$6,310,047** |
| | | | |
| **EBITDA** | | **$4,132,813** | **$56,298,924** |
| | | | |
| **DEBT/EBITDA** | **#DIV/0!** | **1.53** | **0.11** |
| | | | |
| **IN COMPLIANCE** | **#DIV/0!** | **Yes** | **Yes** |
| | | | |
| | | | |
| Minimum Loan Amount | | $ 250,000 | |
| Maximum Loan Amount | | $ 35,000,000 | |
| | | | |
| **FINAL COMPLIANCE** | **#DIV/0!** | **Yes** | |
| | | | |
| **Eligible Borrowers (Must be yes all below)** | Drop Down | | |
| 1. Was Established prior to 03/13/2020 | Yes | | |
| 2. Is not an Ineligible Business* | Yes | | |
| 3. 15,000 or Fewer Employees | Yes | | |
| (or) 2019 Revenue of $5 Billion or Less | Yes | | |
| 4. Created or Organized in the US** | Yes | | |
| 5. No MSPLF, MSELF or PMCCF*** | Yes | | |
| 6. Has not received further CARES support**** | Yes | | |

- MSLP analysis is based on 9/30/2020 balance sheet including the $6MM MSLP loan. EBITDA is based on FYE 2019 adjusted EBITDA adding back $1,164M in one-time expenses such as software, and product development costs.
- 12/31/2021 EBITDA is based on projections provided by the client with 9/30/2020 liabilities. No liabilities were taken out from the calculations.

## GLOBAL CASH FLOW ANALYSIS:

### Global Cash Flow (SBA PPP Excluded):

| Statement | Tax Return | Tax Return | Pro-Forma | Pro-Forma |
|---|---|---|---|---|
| Period | 12/31/2018 | 12/31/2019 | 9/30/2020 | 12/31/2021 |
| **People** | | | | |
| Net Personal Income before Debt Service: | $433,511 | $289,971 | $271,306 | $361,741 |
| Estimated Debt Service: | $239,644 | $239,644 | $179,733 | $239,644 |
| Discretionary Cash Flow: | $193,867 | $50,327 | $91,573 | $122,097 |
| Debt Service Coverage Ratio: | 1.81 | 1.21 | 1.51 | 1.51 |
| Debt to Income (Net) | | | | |
| Statement | Co. Prep | Co. Prep | Interim | Projection |
| Period | 12/31/2018 | 12/31/2019 | 9/30/2020 | 12/31/2021 |
| **Businesses** | | | | |
| * EBITDA After Dividends: | $190,546 | $2,969,011 | $1,363,756 | $56,298,923 |
| *One-time add-backs* | *$86,705* | *$1,163,802* | *$247,626* | *$0* |
| *Adjusted EBITDA after Dividends* | *$277,251* | *$4,132,813* | *$1,611,382* | *$56,298,923* |
| * Estimated Debt Service: | $1,310,291 | $1,310,291 | $982,718 | $1,310,291 |
| Discretionary Cash Flow: | ($1,033,040) | $2,822,522 | $628,664 | $54,988,632 |
| Debt Service Coverage Ratio: | 0.15 | 2.27 | 1.39 | 42.97 |
| **Global** | | | | |
| Global Total Income: | $710,762 | $4,422,784 | $1,882,688 | $56,660,664 |
| Global Total Debt Service: | $1,549,935 | $1,549,935 | $1,162,451 | $1,549,935 |
| Global Discretionary Cash Flow: | ($839,173) | $2,872,849 | $720,236 | $55,110,729 |
| Global Debt Service Coverage Ratio: | 0.46 | 2.85 | 1.62 | 36.56 |

- Personal analysis is based on 2018 – 2019 PTRs for personal Guarantors. 2020 pro-forma calculation was based on an average of 2018 - 2019 and prorated for 9 months. 2021 pro-forma was based on an average of 2018 – 2019.
    - Personal debts were based on Experian CR dated 12/1/2020 and PFS dated 10/27/2020.
- Business analysis is based on Co. Prep. Accrual based financials from 12/31/2018 – 9/30/2020 and projections dated 1/01/2020 – 12/31/2021.
- CWBK PPP of $1,132M was fully discounted as it is expected to be forgiven.
- Subject MSNLF of $6MM was debt serviced at 5 years, 3-month LIBOR + 3.00%.
    - Other debt includes EIDL SBA loan of $150M debt serviced at 3.75% over 3-years and SBA PPP loan of $1,132M debt serviced at 1.00% over 18-months.

### Global Cash Flow (SBA PPP Included):

| Statement | Tax Return | Tax Return | Pro-Forma | Pro-Forma |
|---|---|---|---|---|
| Period | 12/31/2018 | 12/31/2019 | 9/30/2020 | 12/31/2021 |
| **People** | | | | |
| Net Personal Income before Debt Service: | $433,511 | $289,971 | $271,306 | $361,741 |
| Estimated Debt Service: | $239,644 | $239,644 | $179,733 | $239,644 |
| Discretionary Cash Flow: | $193,867 | $50,327 | $91,573 | $122,097 |
| Debt Service Coverage Ratio: | 1.81 | 1.21 | 1.51 | 1.51 |
| Debt to Income (Net) | | | | |
| Statement | Co. Prep | Co. Prep | Interim | Projection |
| Period | 12/31/2018 | 12/31/2019 | 9/30/2020 | 12/31/2021 |
| **Businesses** | | | | |
| * EBITDA After Dividends: | $190,546 | $2,969,011 | $1,363,756 | $56,298,923 |
| *One-time add-backs* | *$86,705* | *$1,163,802* | *$247,626* | *$0* |
| *Adjusted EBITDA after Dividends* | *$277,251* | *$4,132,813* | *$1,611,382* | *$56,298,923* |
| * Estimated Debt Service: | $2,074,757 | $2,074,757 | $1,556,068 | $2,074,757 |
| Discretionary Cash Flow: | ($1,797,506) | $2,058,056 | $55,314 | $54,224,166 |
| Debt Service Coverage Ratio: | 0.09 | 1.43 | 0.88 | 27.14 |
| **Global** | | | | |
| Global Total Income: | $710,762 | $4,422,784 | $1,882,688 | $56,660,664 |
| Global Total Debt Service: | $2,314,401 | $2,314,401 | $1,735,801 | $2,314,401 |
| Global Discretionary Cash Flow: | ($1,603,639) | $2,108,383 | $146,887 | $54,346,263 |
| Global Debt Service Coverage Ratio: | 0.31 | 1.91 | 1.08 | 24.48 |

- Global cash flow includes SBA PPP loan (10016084) of $1,132M, termed-out at 1% over 18 months. This is expected to be fully forgiven.

**STRESS TEST:**

| Statement | Tax Return | Tax Return | Pro-Forma | Pro-Forma |
|---|---|---|---|---|
| Period | 12/31/2018 | 12/31/2019 | 9/30/2020 | 12/31/2021 |
| **People** | | | | |
| Net Personal Income before Debt Service: | $433,511 | $289,971 | $271,306 | $361,741 |
| Estimated Debt Service: | $239,644 | $239,644 | $179,733 | $239,644 |
| Discretionary Cash Flow: | $193,867 | $50,327 | $91,573 | $122,097 |
| Debt Service Coverage Ratio: | 1.81 | 1.21 | 1.51 | 1.51 |
| Debt to Income (Net) | | | | |
| **Statement** | **Co. Prep** | **Co. Prep** | **Interim** | **Projection** |
| **Period** | **12/31/2018** | **12/31/2019** | **9/30/2020** | **12/31/2021** |
| **Businesses** | | | | |
| * EBITDA After Dividends: | $190,546 | $2,969,011 | $1,363,756 | $56,298,923 |
| *One-time add-backs* | *$86,705* | *$1,163,802* | *$247,626* | *$0* |
| ***Adjusted EBITDA after Dividends*** | ***$277,251*** | ***$4,132,813*** | ***$1,611,382*** | ***$56,298,923*** |
| * Estimated Debt Service: | $1,376,446 | $1,376,446 | $1,032,335 | $1,376,446 |
| Discretionary Cash Flow: | ($1,099,195) | $2,756,367 | $579,047 | $54,922,477 |
| Debt Service Coverage Ratio: | 0.14 | 2.16 | 1.32 | 40.90 |
| **Global** | | | | |
| Global Total Income: | $710,762 | $4,422,784 | $1,882,688 | $56,660,664 |
| Global Total Debt Service: | $1,616,090 | $1,616,090 | $1,212,068 | $1,616,090 |
| Global Discretionary Cash Flow: | ($905,328) | $2,806,694 | $670,620 | $55,044,574 |
| Global Debt Service Coverage Ratio: | 0.44 | 2.74 | 1.55 | 35.06 |

- DCR reflects subject $6MM MSNLF termed -out over 5 years with a 2% rate increase.

**UCA CASH FLOW**

| **Description ($'000s)** | **FYE 2019** | **Interim 9/30/2020** |
|---|---|---|
| Cash From Sales | $9,416 | $5,025 |
| Gross Cash From Operations | $3,211 | $626 |
| Net Cash From Operations | $3,207 | $626 |
| Cash After Debt Amort. | $2,738 | $391 |
| **Financing Surplus** | **$2,325** | **$1,788** |

- Company reported sufficient cash flow to support normal business operations for periods observed.
- Company also produces a financing surplus for periods observed. Excess cash for FYE 2019 was used to pay down long-term debt and FYE 9/30/2020 cash was held and improved liquidity.

**PERSONAL ANALYSIS:**

**Mr. John Moore:**

**Experian Personal:**

| | |
|---|---|
| As of Date | 12/01/20 |
| Name | John Moore |
| FICO(BK) | [redacted] |

## Score Summary

| Risk Model | Score | Code | Score Factor Description |
|---|---|---|---|
| FICO Score 2 (Score range: 300 - 850) | [redacted] | 10 | Ratio of balance to limit on bank revolving or other rev accts too high |
| | | 12 | Length of time revolving accounts have been established |
| | | 01 | Amount owed on accounts is too high |
| | | 08 | Too many inquiries last 12 months |
| Experian Bankruptcy Model (Score range: 108 - 1200) | | K | Bk revolvg balances to credit limits ratio or lack of revolvg acct info |
| | | H | Recently active or lack of bank, retail or finance accounts |
| | | X | Presence of recent inquiries |
| | | G | Age of oldest reported account |

- No bankruptcies, liens, or derogatories reported on Experian credit report.

**John Moore PFS as of 10/27/2020**

| ASSETS (In $000s) | Stated | Adjusted | LIABILITIES (In $000s) | Stated | Adjusted |
|---|---|---|---|---|---|
| Cash | $740 | $600 | Revolving Debt | $0 | $74 |
| Stocks & Bonds | $150,000 | $0 | Installment | $0 | $59 |
| Retirement Accounts | $0 | $0 | Mortgage – Primary | $4,500 | $4,500 |
| Real Estate - Primary | $4,500 | $4,500 | Mortgage – Others | $0 | $0 |
| Real Estate – Others | $0 | $0 | | | |
| CSVLI | $150 | $0 | **TOTAL LIABILITIES** | **$4,500** | **$4,633** |
| Other Personal Property | $270 | $0 | **NET WORTH** | **$151,160** | **$467** |
| **TOTAL ASSETS** | **$155,660** | **$5,100** | **TOTAL LIABILITIES & NW** | **$155,660** | **$5,100** |

- $150M of stock in Intrepid Studios, Inc.
- Account statement from J.P. Morgan Chase provided as of 10/30/2020 to verify cash.
- All other assets were discounted to $0 as there was no verification.
- Client owns personal residence property located at [redacted]. Per Zillow as of 12/1/2020, value was $5,041M. Stated value was used for conservatism.
- Personal debt was based on PFS dated 10/27/2020 and Experian CR dated 12/1/2020.

**Personal Cash Flow:**

| Income & Expenses | 2018 Tax Return<br>Jimmv Ko<br>William D.<br>12/31/2018 | 2019 Tax Return<br>Jimmv Ko<br>William D.<br>12/31/2019 |
|---|---|---|
| Yearly Gross Wages / Salaries | $48,101 | $150,000 |
| Other Regular and Dependable Sources of Income | $251,185 | $149,971 |
| Cash Flow from Real Estate Investments before Debt Service | $0 | $0 |
| Cash Flow from Business and Investment Holdings before Debt Service | $180,370 | $0 |
| Trek Holdings, LLC | ($8,986) | $0 |
| Intrepid Studios Inc | $189,356 | $0 |
| Personal Income Adjustments (Optional) | $0 | $0 |
| **Total Personal Income** | **$479,656** | **$299,971** |
| **Expenses** | | |
| Yearly Rent Payments | $0 | $0 |
| Taxes Paid (Optional) | $36,145 | $0 |
| Personal Expenses (Optional) | $10,000 | $10,000 |
| **Net Personal Income before Debt Service** | **$433,511** | **$289,971** |
| **Debt Service Payments** | | |
| Yearly Recurring Debt Payments | $239,644 | $239,644 |
| Approximate Yearly Real Estate Investment Loan Payments | $0 | $0 |
| Approximate Yearly Business and Investment Holdings Loan Payments | $0 | $0 |
| Other Annual Debt Service | $0 | $0 |
| Portion of Other Debt Service to be Refinanced | $0 | $0 |
| **Total Approximate Yearly Debt Service Payments** | **$239,644** | **$239,644** |
| **Discretionary Cash Flow** | **$193,867** | **$50,327** |
| **Personal Debt Service Coverage Ratio** | **1.81** | **1.21** |
| **Personal Debt to Income Ratio** | **0.55** | **0.83** |

- Personal cash flow is derived from 2018 – 2019 personal tax returns.
- Income is primarily from wages and distributions received from Intrepid Studios, Inc.
- Living expenses are based on CWBK policy of $10M per adult.
- Personal debt was based on PFS dated 10/27/2020 and Experian CR dated 12/1/2020.
    - Payment for student loans was estimated at 5.8% interest and amortized over 10 years. Payment information was unavailable on CR as payments are currently deferred.

- 5.8% interest was used as it was reported to be the average student loan rate from a report by New America in 2017 which included federal and private student loans. Student loan originated in 2017.

**COLLATERAL ANALYSIS:**

The collateral on request is the following:

1. UCC-1 blanket filing on all business assets of Intrepid Studios, Inc. 9/30/2020 company prepared interims reflect A/R of $566M and net fixed assets of $89M.
    a. Fixed assets consist of furniture, fixtures, and computer equipment.
2. Jr. Lien on residential real estate located at [redacted]
    a. Value for personal residence was $5,041M as of 12/1/2020 per Zillow. Stated value of $4,500M was used for adjusted net worth for conservatism.
        i. Property's 1st T/D is held with 4955 EDMT, LLC with a balance of $4,500M.

**STRENGTHS:**

- Global Cash Flow of 2.85x at 12/31/2019 and 1.62x at 9/30/2020.
    - Pro-forma calculation for personal cash flow at 9/30/2020 was calculated using an average of 2018-2019 and prorated for 9 months.
- Standalone business DCR was sufficient at 2.85x at 12/31/2019 and 1.39x at 9/30/2020.
- Stressed Debt/EBITDA of 1.53:1.00 per 2019 EBITDA and 9/30/2020 balance sheet including MSNLF of $6MM. Per the MSLP, for MSNLF, the maximum Debt/EBITDA allowed is 4.00:1.00.
- Client shows sufficient liquidity of 15.34x and working capital of $2,296M at 9/30/2020.
    - As of 12/1/2020, the business reflects $1,079M in cash with CWBK per SilverLake.
- John Moore has made personal payments in a timely manner as evidenced by FICO of [redacted], with adjusted net worth (ANW) of $467M, and verified personal liquidity of $600M.

**WEAKNESSES:**

- ➢ Insufficient cash flow at FYE 2018 with standalone business DCR of 0.15x and global DCR of 0.46x.
- ➢ Low liquidity at FYE 2019 with current ratio of 0.08x and negative working capital of ($305M).

**MITIGANTS:**

- ➢ Insufficient cash flow at FYE 2018 is due to the cycle of the Company's game development. Their flagship MMORPG is currently in Alpha stage and is expected to enter Beta in 2021.

- Cash levels have significantly improved at 9/30/2020 at $1,891M. Liquidity position is expected to improve as income is generated with the progression of their development.
    - Current ratio was 15.34x and working capital was $2,296M.
    - As of 12/1/2020, the business reflects $1,079M in cash with CWBK per SilverLake.

**SUMMARY & RECOMMENDATIONS:**
Based on the above strengths and weaknesses outlined above, approval is recommended as presented.

**ATTACHMENTS:**
- Business Spreads
- MSNLF Eligibility Worksheet
- Debt Schedule
- DCR Analysis
- Personal Spreads

Intrepid Studios, Inc

| | Company Prepared<br>Accrual Method<br>Steven Tsai<br>12/31/2018<br>12 months | % Sales | Company Prepared<br>Accrual Method<br>Steven Tsai<br>12/31/2019<br>12 months | % Sales | Company Prepared<br>Accrual Method<br>Steven Tsai<br>9/30/2020<br>9 months | % Sales |
|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | |
| Sales (Income) | $4,716,722 | 100.00% | $9,416,023 | 100.00% | $5,590,924 | 100.00% |
| Cost of Sales (COGS) | $538,439 | 11.42% | $1,036,288 | 11.01% | $317,159 | 5.67% |
| Depreciation (COGS-related) | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Gross Profit** | **$4,178,283** | **88.58%** | **$8,379,735** | **88.99%** | **$5,273,765** | **94.33%** |
| Depreciation | $20,130 | 0.43% | $0 | 0.00% | $0 | 0.00% |
| Amortization | $45,003 | 0.95% | $0 | 0.00% | $0 | 0.00% |
| Overhead or S,G,& A Expenses | $3,096,914 | 65.66% | $4,020,647 | 42.70% | $3,040,395 | 54.38% |
| G & A Payroll Expense | $2,580,590 | 54.71% | $3,716,615 | 39.47% | $2,865,513 | 51.25% |
| Rent | $188,599 | 4.00% | $222,839 | 2.37% | $117,156 | 2.10% |
| Advertising | $327,725 | 6.95% | $81,193 | 0.86% | $57,726 | 1.03% |
| Other Operating Income | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Other Operating Expenses | $892,898 | 18.93% | $1,390,464 | 14.77% | $869,686 | 15.56% |
| Accounting | $24,000 | 0.51% | $4,290 | 0.05% | $25,394 | 0.45% |
| Business Meals | $78,336 | 1.66% | $68,936 | 0.73% | $32,999 | 0.59% |
| Computers & Equipment | $0 | 0.00% | $45,991 | 0.49% | $0 | 0.00% |
| Computer & Internet | $82,873 | 1.76% | $59,564 | 0.63% | $28,922 | 0.52% |
| Consulting | $36,500 | 0.77% | $30,000 | 0.32% | $2,500 | 0.04% |
| Employee Activities | $0 | 0.00% | $7,371 | 0.08% | $0 | 0.00% |
| Furniture & Equipment | $1,520 | 0.03% | $22,398 | 0.24% | $26,469 | 0.47% |
| Insurance | $140,156 | 2.97% | $446,374 | 4.74% | $305,520 | 5.46% |
| Legal | $84,381 | 1.79% | $226,552 | 2.41% | $27,011 | 0.48% |
| Loan Fees | $0 | 0.00% | $47,122 | 0.50% | $440 | 0.01% |
| Marketing | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Office Supplies | $0 | 0.00% | $38,779 | 0.41% | $3,769 | 0.07% |
| Outside Services | $86,705 | 1.84% | $0 | 0.00% | $247,626 | 4.43% |
| Paypal Service Fees | $66,204 | 1.40% | $0 | 0.00% | $0 | 0.00% |
| Recruiting Services | $0 | 0.00% | $15,200 | 0.16% | $0 | 0.00% |
| Relocation Costs | $2,500 | 0.05% | $10,027 | 0.11% | $0 | 0.00% |
| Repairs & Maintenance | $4,078 | 0.09% | $15,504 | 0.16% | $1,959 | 0.04% |
| Research & Development | $0 | 0.00% | $9,677 | 0.10% | $3 | 0.00% |
| Telephone | $3,779 | 0.08% | $5,259 | 0.06% | $4,714 | 0.08% |
| Travel | $212,280 | 4.50% | $214,136 | 2.27% | $26,248 | 0.47% |
| Utilities | $20,112 | 0.43% | $26,232 | 0.28% | $17,585 | 0.31% |
| Web Design | $4,482 | 0.10% | $61,491 | 0.65% | $81,626 | 1.46% |
| Other | $44,992 | 0.95% | $35,561 | 0.38% | $36,901 | 0.66% |
| **Total Operating Expenses** | **$4,054,945** | **85.97%** | **$5,411,111** | **57.47%** | **$3,910,081** | **69.94%** |
| **Operating Profit** | **$123,338** | **2.61%** | **$2,968,624** | **31.53%** | **$1,363,684** | **24.39%** |
| Interest Expense | $5,515 | 0.12% | $469,077 | 4.98% | $235,078 | 4.20% |
| Other Income | $2,075 | 0.04% | $387 | 0.00% | $72 | 0.00% |
| Interest | $48 | 0.00% | $0 | 0.00% | $1 | 0.00% |
| Credit Card Cash Redemption | $2,027 | 0.04% | $387 | 0.00% | $71 | 0.00% |
| Other Expenses | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Unadjusted EBITDA** | **$190,546** | **4.04%** | **$2,969,011** | **31.53%** | **$1,363,756** | **24.39%** |
| EBITDA Adjustments | $0 | 0.00% | $1,163,802 | 12.36% | $0 | 0.00% |
| **EBITDA** | **$190,546** | **4.04%** | **$4,132,813** | **43.89%** | **$1,363,756** | **24.39%** |
| *Percent Ownership* | *100.0000%* | -- | *100.0000%* | -- | *100.0000%* | -- |
| *Percent Ownership EBITDA* | *$190,546* | *4.04%* | *$4,132,813* | *43.89%* | *$1,363,756* | *24.39%* |
| **Net Profit Before Taxes** | **$119,898** | **2.54%** | **$2,499,934** | **26.55%** | **$1,128,678** | **20.19%** |
| Taxes Paid | $1,960 | 0.04% | $3,866 | 0.04% | $0 | 0.00% |
| Extraordinary Gain | $0 | 0.00% | $0 | 0.00% | $1,131,800 | 20.24% |
| PPP | $0 | 0.00% | $0 | 0.00% | $1,131,800 | 20.24% |
| Extraordinary Loss | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Net Income** | **$117,938** | **2.50%** | **$2,496,068** | **26.51%** | **$2,260,478** | **40.43%** |

| Balance Sheet | Company Prepared<br>Accrual Method<br>Steven Tsai<br>12/31/2018 | % Assets | Company Prepared<br>Accrual Method<br>Steven Tsai<br>12/31/2019 | % Assets | Company Prepared<br>Accrual Method<br>Steven Tsai<br>9/30/2020 | % Assets |
|---|---|---|---|---|---|---|
| Cash (Bank Funds) | $251,958 | 25.16% | $25,311 | 2.13% | $1,890,570 | 56.37% |
| Accounts Receivable | $0 | 0.00% | $0 | 0.00% | $565,934 | 16.87% |
| Merchant Sales Receivable | $0 | 0.00% | $0 | 0.00% | $565,934 | 16.87% |
| Inventory | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Other Current Assets | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Total Current Assets** | **$251,958** | **25.16%** | **$25,311** | **2.13%** | **$2,456,504** | **73.25%** |
| Gross Fixed Assets | $162,584 | 16.24% | $185,284 | 15.59% | $193,641 | 5.77% |
| Accumulated Depreciation | $104,633 | 10.45% | $104,633 | 8.81% | $104,633 | 3.12% |
| **Net Fixed Assets** | **$57,951** | **5.79%** | **$80,651** | **6.79%** | **$89,008** | **2.65%** |
| Gross Intangible Assets | $736,449 | 73.55% | $1,127,238 | 94.87% | $853,291 | 25.44% |
| Shareholder Loan | $164,503 | 16.43% | $455,292 | 38.32% | $0 | 0.00% |
| loan to Tom Alkazim | $0 | 0.00% | $100,000 | 8.42% | $100,000 | 2.98% |
| Product Development | $346,885 | 34.64% | $346,885 | 29.19% | $405,948 | 12.10% |
| Software | $225,061 | 22.48% | $225,061 | 18.94% | $347,343 | 10.36% |
| Accumulated Amortization | $45,002 | 4.49% | $45,002 | 3.79% | $45,002 | 1.34% |
| **Net Intangible Assets** | **$691,447** | **69.05%** | **$1,082,236** | **91.08%** | **$808,289** | **24.10%** |
| Other Assets | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Total Assets** | **$1,001,356** | **100.00%** | **$1,188,198** | **100.00%** | **$3,353,801** | **100.00%** |
| Accounts Payable | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Short Term Debt | $42,014 | 4.20% | $41,009 | 3.45% | $43,253 | 1.29% |
| Credit Card | $42,014 | 4.20% | $41,009 | 3.45% | $43,253 | 1.29% |
| Current Portion of Long Term Debt | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Other Current Liabilities | $46,879 | 4.68% | $289,061 | 24.33% | $116,894 | 3.49% |
| **Total Current Liabilities** | **$88,893** | **8.88%** | **$330,070** | **27.78%** | **$160,147** | **4.78%** |
| Notes Payable / Senior Debt | $100,000 | 9.99% | $558,779 | 47.03% | $149,900 | 4.47% |
| Notes Payable / Subordinated Debt | $3,000,000 | 299.59% | $0 | 0.00% | $0 | 0.00% |
| Other Long Term Liabilities | ($2) | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Total Long Term Liabilities** | **$3,099,998** | **309.58%** | **$558,779** | **47.03%** | **$149,900** | **4.47%** |
| **Total Liabilities** | **$3,188,891** | **318.46%** | **$888,849** | **74.81%** | **$310,047** | **9.24%** |
| Preferred Stock | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Common Stock | $1,000 | 0.10% | $1,000 | 0.08% | $1,000 | 0.03% |
| Additional Paid-in Capital | $200 | 0.02% | $200 | 0.02% | $200 | 0.01% |
| Other Stock / Equity | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Ending Retained Earnings | ($2,188,735) | -218.58% | $298,149 | 25.09% | $3,042,554 | 90.72% |
| **Total Equity** | **($2,187,535)** | **-218.46%** | **$299,349** | **25.19%** | **$3,043,754** | **90.76%** |
| **Total Liabilities + Equity** | **$1,001,356** | **100.00%** | **$1,188,198** | **100.00%** | **$3,353,801** | **100.00%** |
| **Total Assets - (Total Liabilities + Equity)** | **$0** | **0.00%** | **$0** | **0.00%** | **$0** | **0.00%** |
| Tangible Net Worth | ($2,878,982) | -287.51% | ($782,887) | -65.89% | $2,235,465 | 66.65% |
| Contingent Liabilities | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Other Annual Debt Service | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Portion of Other Debt Service to be Refinanced | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |

| | Company Prepared<br>Accrual Method<br>Steven Tsai | Company Prepared<br>Accrual Method<br>Steven Tsai | Company Prepared<br>Accrual Method<br>Steven Tsai |
|---|---|---|---|
| **UCA Cash Flow Statement** | | **12/31/2019** | **9/30/2020** |
| Sales (Income) | | $9,416,023 | $5,590,924 |
| Decrease (Increase) in Accounts Receivable | | $0 | ($565,934) |
| **Cash Collected from Sales** | | $9,416,023 | $5,024,990 |
| Cost of Sales (COGS) | | ($1,036,288) | ($317,159) |
| Depreciation (COGS-related) | | $0 | $0 |
| Decrease (Increase) in Inventory | | $0 | $0 |
| Increase (Decrease) in Accounts Payable | | $0 | $0 |
| **Cash Paid to Suppliers** | | ($1,036,288) | ($317,159) |
| **Cash from Trading Activities** | | **$8,379,735** | **$4,707,831** |
| Overhead or S,G,&A Expenses | | ($4,020,647) | ($3,040,395) |
| Other Operating Expenses | | ($1,390,464) | ($869,686) |
| Other Operating Income | | $0 | $0 |
| Decrease (Increase) in Other Current Assets | | $0 | $0 |
| Increase (Decrease) in Other Current Liabilities | | $242,182 | ($172,167) |
| **Cash Paid for Operating Costs** | | ($5,168,929) | ($4,082,248) |
| **Cash after Operations** | | **$3,210,806** | **$625,583** |
| Other Income | | $387 | $72 |
| Other Expenses | | $0 | $0 |
| Taxes Paid | | ($3,866) | $0 |
| **Other Income (Expense) and Taxes Paid** | | ($3,479) | $72 |
| **Net Cash after Operations** | | **$3,207,327** | **$625,655** |
| Dividends Paid / Withdrawals | | $0 | $0 |
| Interest Expense | | ($469,077) | ($235,078) |
| **Cash Paid for Dividends and Interest** | | ($469,077) | ($235,078) |
| **Net Cash Income** | | **$2,738,250** | **$390,577** |
| Current Portion Long Term Debt | | $0 | $0 |
| **Cash after Debt Amortization** | | **$2,738,250** | **$390,577** |
| Decrease (Increase) in Gross Fixed Assets | | ($22,700) | ($8,357) |
| Increase (Decrease) in Accumulated Depreciation | | $0 | $0 |
| Total Depreciation Expense | | $0 | $0 |
| **Change in Net Fixed Assets** | | ($22,700) | ($8,357) |
| Decrease (Increase) in Intangible Assets | | ($390,789) | $273,947 |
| Decrease (Increase) in Other Assets | | $0 | $0 |
| **Change in Investments** | | ($390,789) | $273,947 |
| **Cash Paid for Plant and Investments** | | **($413,489)** | **$265,590** |
| Extraordinary Gain | | $0 | $1,131,800 |
| Extraordinary Loss | | $0 | $0 |
| **Extraordinary and Non-Cash Items** | | $0 | $1,131,800 |
| **Financing Surplus (Requirements)** | | **$2,324,761** | **$1,787,967** |
| Increase (Decrease) in Short Term Debt | | ($1,005) | $2,244 |
| Increase (Decrease) in Long Term Liabilities | | ($2,541,219) | ($408,879) |
| Increase (Decrease) in Preferred Stock | | $0 | $0 |
| Increase (Decrease) in Common Stock | | $0 | $0 |
| Increase (Decrease) in Additional Paid-in Capital | | $0 | $0 |
| Increase (Decrease) in Other Stock | | $0 | $0 |
| Other Changes to Retained Earnings | | $0 | $483,927 |
| Unexplained Changes to Retained Earnings | | ($9,184) | $0 |
| **Total External Financing** | | ($2,551,408) | $77,292 |
| **Cash after Financing** | | **($226,647)** | **$1,865,259** |
| **Total Change in Cash & Equivalents** | | ($226,647) | $1,865,259 |
| **Beginning Cash & Equivalents** | | $251,958 | $25,311 |
| **Ending Cash & Equivalents** | | $25,311 | $1,890,570 |
| **Unexplained Change in Cash on Balance Sheet** | | $0 | $0 |

| Statement of Equity | Company Prepared<br>Accrual Method<br>Steven Tsai<br>12/31/2018 | % Assets | Company Prepared<br>Accrual Method<br>Steven Tsai<br>12/31/2019 | % Assets | Company Prepared<br>Accrual Method<br>Steven Tsai<br>9/30/2020 | % Assets |
|---|---|---|---|---|---|---|
| Preferred Stock | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Common Stock | $1,000 | 0.10% | $1,000 | 0.08% | $1,000 | 0.03% |
| Additional Paid-in Capital | $200 | 0.02% | $200 | 0.02% | $200 | 0.01% |
| Other Stock / Equity | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Total Stock** | **$1,200** | **0.12%** | **$1,200** | **0.10%** | **$1,200** | **0.04%** |
| **Beginning Retained Earnings** | **($2,306,673)** | **-230.35%** | **($2,188,735)** | **-184.21%** | **$298,149** | **8.89%** |
| **Net Income** | **$117,938** | **11.78%** | **$2,496,068** | **210.07%** | **$2,260,478** | **67.40%** |
| Dividends Paid / Withdrawals | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Other Changes to Retained Earnings | $0 | 0.00% | $0 | 0.00% | $483,927 | 14.43% |
| **Unexplained Changes to RE** | **$0** | **0.00%** | **($9,184)** | **-0.77%** | **$0** | **0.00%** |
| **Ending Retained Earnings** | **($2,188,735)** | **-218.58%** | **$307,333** | **25.87%** | **$3,042,554** | **90.72%** |
| Ending Equity as Calculated Above | ($2,187,535) | -218.46% | $308,533 | 25.97% | $3,043,754 | 90.76% |
| Actual Equity from Balance Sheet | ($2,187,535) | -218.46% | $299,349 | 25.19% | $3,043,754 | 90.76% |
| Difference (Unexplained Change in Equity) | $0 | 0.00% | ($9,184) | -0.77% | $0 | 0.00% |

**MSNLF**

| **Borrower** | 12/31/2018 | 12/31/2019 | 12/31/2021 |
|---|---|---|---|
| Liabilities (Subtract LOC current balance and debts being paid off) | | $310,047 | $310,047 |
| **New MSNLF Loan Facility** | | $6,000,000 | $6,000,000 |
| **Total Debt** | **$0** | **$6,310,047** | **$6,310,047** |
| | | | |
| **EBITDA** | | **$4,132,813** | **$56,298,924** |
| | | | |
| **DEBT/EBITDA** | **#DIV/0!** | **1.53** | **0.11** |
| | | | |
| **IN COMPLIANCE** | **#DIV/0!** | **Yes** | **Yes** |
| | | | |
| | | | |
| Minimum Loan Amount | | $ 250,000 | |
| Maximum Loan Amount | | $ 35,000,000 | |
| | | | |
| **FINAL COMPLIANCE** | **#DIV/0!** | **Yes** | |
| | | | |
| **Eligible Borrowers (Must be yes all below)** | Drop Down | | |
| 1. Was Established prior to 03/13/2020 | Yes | | |
| 2. Is not an Ineligible Business* | Yes | | |
| 3. 15,000 or Fewer Employees | Yes | | |
| (or) 2019 Revenue of $5 Billion or Less | Yes | | |
| 4. Created or Organized in the US** | Yes | | |
| 5. No MSPLF, MSELF or PMCCF*** | Yes | | |
| 6. Has not received further CARES support**** | Yes | | |

| Statement | Tax Return | Tax Return | Pro-Forma | Pro-Forma |
|---|---|---|---|---|
| Period | 12/31/2018 | 12/31/2019 | 9/30/2020 | 12/31/2021 |
| **People** | | | | |
| Net Personal Income before Debt Service: | $433,511 | $289,971 | $271,306 | $361,741 |
| Estimated Debt Service: | $239,644 | $239,644 | $179,733 | $239,644 |
| Discretionary Cash Flow: | $193,867 | $50,327 | $91,573 | $122,097 |
| Debt Service Coverage Ratio: | 1.81 | 1.21 | 1.51 | 1.51 |
| Debt to Income (Net) | | | | |
| Statement | Co. Prep | Co. Prep | Interim | Projection |
| Period | 12/31/2018 | 12/31/2019 | 9/30/2020 | 12/31/2021 |
| **Businesses** | | | | |
| * EBITDA After Dividends: | $190,546 | $2,969,011 | $1,363,756 | $56,298,923 |
| *One-time add-backs* | *$86,705* | *$1,163,802* | *$247,626* | *$0* |
| *Adjusted EBITDA after Dividends* | *$277,251* | *$4,132,813* | *$1,611,382* | *$56,298,923* |
| * Estimated Debt Service: | $1,310,291 | $1,310,291 | $982,718 | $1,310,291 |
| Discretionary Cash Flow: | ($1,033,040) | $2,822,522 | $628,664 | $54,988,632 |
| Debt Service Coverage Ratio: | 0.15 | 2.27 | 1.39 | 42.97 |
| **Global** | | | | |
| Global Total Income: | $710,762 | $4,422,784 | $1,882,688 | $56,660,664 |
| Global Total Debt Service: | $1,549,935 | $1,549,935 | $1,162,451 | $1,549,935 |
| Global Discretionary Cash Flow: | ($839,173) | $2,872,849 | $720,236 | $55,110,729 |
| Global Debt Service Coverage Ratio: | 0.46 | 2.85 | 1.62 | 36.56 |

| Borrower | Number | Description | Type | Financing | Balance | Payment Amount | Interest Rate | First Payment Date | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|
| **Proposed Loans** | | | | | | | | | |
| Intrepid Studios, Inc | New Loan | MSNLF | Fixed Payment | Senior Debt | $6,000,000.00 | $108,492.28 | 3.21% | 10/31/2020 | 60 |
| Intrepid Studios, Inc | New Loan | EIDL SBA | Fixed Payment | Senior Debt | $149,900.00 | $698.65 | 3.75% | 10/31/2020 | 360 |
| Moore, John | New Loan | Loanme 6220 | Fixed Payment | Student Loan | $59,348.00 | $655.33 | 5.80% | 10/30/2020 | 120 |
| Moore, John | New Loan | Barclays 3923 | Fixed Payment | Credit Card | $24,905.00 | $33.00 | 1.00% | 10/30/2020 | 600 |
| Moore, John | New Loan | JPM 2270 | Fixed Payment | Credit Card | $24,606.00 | $473.00 | 1.00% | 10/30/2020 | 53 |
| Moore, John | New Loan | BOA 5904 | Fixed Payment | Credit Card | $6,933.00 | $69.00 | 1.00% | 10/30/2020 | 105 |
| Moore, John | New Loan | JPM 2760 | Fixed Payment | Credit Card | $2,114.00 | $35.00 | 1.00% | 10/30/2020 | 62 |
| Moore, John | New Loan | WFB 0508 | Fixed Payment | Credit Card | $12,681.00 | $370.00 | 1.00% | 10/30/2020 | 35 |
| Moore, John | New Loan | JPM 9077 | Fixed Payment | Credit Card | $2,285.00 | $35.00 | 1.00% | 10/30/2020 | 67 |
| Moore, John | New Loan | New Loan | Fixed Payment | First Mortgage on Primary Residence | $4,500,000.00 | $18,300.00 | 4.00% | 10/30/2020 | 527 |
| **Existing Loans** | | | | | | | | | |
| Intrepid Studios, Inc | 10016084 | 10016084 | Fixed Payment | Senior Debt | $1,131,800.00 | $63,705.48 | 1.00% | 10/31/2020 | 18 |

| | 2018 Tax Return | 2019 Tax Return |
|---|---|---|
| | Jimmy Ko<br>William D.<br>**12/31/2018** | Jimmy Ko<br>William D.<br>**12/31/2019** |
| **Income & Expenses** | | |
| Yearly Gross Wages / Salaries | $48,101 | $150,000 |
| Other Regular and Dependable Sources of Income | $251,185 | $149,971 |
| Cash Flow from Real Estate Investments before Debt Service | $0 | $0 |
| Cash Flow from Business and Investment Holdings before Debt Service | $180,370 | $0 |
| Trek Holdings, LLC | ($8,986) | $0 |
| Intrepid Studios Inc | $189,356 | $0 |
| Personal Income Adjustments (Optional) | $0 | $0 |
| **Total Personal Income** | **$479,656** | **$299,971** |
| **Expenses** | | |
| Yearly Rent Payments | $0 | $0 |
| Taxes Paid (Optional) | $36,145 | $0 |
| Personal Expenses (Optional) | $10,000 | $10,000 |
| **Net Personal Income before Debt Service** | **$433,511** | **$289,971** |
| **Debt Service Payments** | | |
| Yearly Recurring Debt Payments | $239,644 | $239,644 |
| Approximate Yearly Real Estate Investment Loan Payments | $0 | $0 |
| Approximate Yearly Business and Investment Holdings Loan Payments | $0 | $0 |
| Other Annual Debt Service | $0 | $0 |
| Portion of Other Debt Service to be Refinanced | $0 | $0 |
| **Total Approximate Yearly Debt Service Payments** | **$239,644** | **$239,644** |
| **Discretionary Cash Flow** | **$193,867** | **$50,327** |
| **Personal Debt Service Coverage Ratio** | **1.81** | **1.21** |
| **Personal Debt to Income Ratio** | **0.55** | **0.83** |

INTREPID STUDIOS, INC. Business Client

Details : Edit : Addresses : Bookmarks : Groups : Reports : Files (1) : Subscriptions : Links (0)

11558 SORRENTO VALLEY RD STE 7
-
SAN DIEGO, CA 92121-0000

Home: -
Alt Home: -
Business: 760-505-7231
Fax: -
Mobile: -

Opt Out: Allow Contact (Marketing Department)

Email: STEVENSHARIF@INTREPIDSTUDIOS.COM

Web: -

Client Since: 04/28/2020

Last Activity: 9/9/2020 at 1:26PM

SSN/Tax ID: [redacted]

Alias: -

Founding Date: -

Bank Contact: Kevin Nelson

Primary Branch: 92 - Central Operations Division

CRM ID: 26530

EOD Code: 0

360 View | Accounts | Relationships | Contacts | Activities | Referrals | Incidents | Comments | Profiles

Show Accounts: Open

**Primary ? (Total Deposit Balance: $1,079,347.43 - Total Loan Balance: $1,131,800.00 - Total Other Balance: $1,079,347.43 )**

**ATM & Credit Cards**

No Accounts!

**Treasury Management**

| Product Type | Acct No | Opened | Balance |
|---|---|---|---|
| WireTransfer | [redacted] | 05/01/2020 | $0.00 |

**Deposit Account**

| Product Type | Acct No | Opened | Balance |
|---|---|---|---|
| Business Checking | [redacted] | 04/28/2020 | $72,637.63 |
| Business Checking | | 05/11/2020 | $1,006,709.80 |

**Internet Banking**

| Product Type | Acct No | Opened | Balance |
|---|---|---|---|
| InternetBanking | [redacted] | 05/01/2020 | $0.00 |

**Loans**

| Product Type | Acct No | Opened | Balance |
|---|---|---|---|
| Loan9E | [redacted] | 04/29/2020 | $1,131,800.00 |

**Other**

| Product Type | Acct No | Opened | Balance |
|---|---|---|---|
| E-Statements | [redacted] | 04/28/2020 | $72,637.63 |
| E-Statements | | 05/11/2020 | $1,006,709.80 |

**Savings Accounts**

No Accounts!

**Safe Deposit Boxes**

No Accounts!

**DDLs**

No Accounts!

**Bill Pay**

| Product Type | Acct No | Opened | Balance |
|---|---|---|---|
| Bill Pay | [redacted] | 05/01/2020 | $0.00 |

**CDs**

No Accounts!

**All Accounts Total: Deposit Balance: $1,079,347.43 - Loan Balance: $1,131,800.00 - Other Balance: $1,079,347.43**

**All Accounts (Projected) Total: Deposit Balance: $1,079,347.43 - Loan Balance: $1,131,800.00 - Other Balance: $1,079,347.43**

* Account data last imported on 12/1/2020 at 7:00 AM