William F. Small (Cal. SBN: 253443)
will@smalllawcorp.com
Kelly Ann Tran (Cal SBN: 254476)
kelly@smalllawcorp.com
**SMALL LAW PC**
402 W. Broadway, Ste. 1720
San Diego, CA 92101
Tel.: (619) 430-4793
Facsimile: (619) 664-4278

*Attorneys for Plaintiff,*
STEVEN SHARIF

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,<br>Plaintiff,<br>v.<br>ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDINGS LLC, and JASON CARAMANIS,<br>Defendants,<br>and<br>INTREPID STUDIOS, INC.,<br>Nominal Defendant. | Case No. 3:26-cv-00965 LL-MMP<br><br>**DECLARATION OF JOHN MOORE IN SUPPORT OF OPPOSITION TO MOTION FOR AN ORDER TO SHOW CAUSE WHY SHARIF AND MOORE SHOULD NOT BE HELD IN CIVIL CONTEMPT** |
| AND ALL RELATED CROSS-CLAIMS | |

I, John Moore, declare:

1. I am a Cross-Defendant in this action, a founder of Intrepid Studios, Inc. ("Intrepid"). Unless stated otherwise, I have personal knowledge of the matters stated below and could testify competently to them.

2. I am providing this declaration in support of my opposition to Intrepid's Motion for Civil Contempt.

3. I am not currently an employee of Intrepid and have not been at any time during the pendency of this litigation.

4. I have provided Michael Kunkel, the Court-appointed Intellectual Property Custodian, everything in my possession, custody, or control that the Court's August 12, 2026 turnover order, ECF No. 176, requires me to provide to him. This includes all credentials and access information in my possession, custody, or control that are subject to those turnover requirements.

5. I am not withholding any credential or access information required to be turned over to Mr. Kunkel. I have no additional items in my possession, custody, or control subject to those requirements that have not already been provided to him.

6. Specifically, I do not have any log-in information, access information or credentials for any of the systems identified in rows 4 through 7, 9 through 13, and 15 through 37 of ECF No. 195-1 (Exhibit A to Intrepid's Motion for Civil Contempt).

7. For the systems identified in rows 4 through 7, 9 through 13, and 15 through 37 of ECF No. 195-1, I have conducted a reasonable search of my records, data, devices and other sources in my possession, custody or control to attempt to locate any log-in information, access information or credentials for those systems, and I have been unable to locate any to turn over to Intrepid.

8. I also do not know what former Intrepid employees—or anyone—that does have the administrative log-in information, access information or credentials for those systems identified in rows 4 through 7, 9 through 13, and 15 through 37 of ECF No. 195-1.

9. It is my belief and understanding that the root credential for the Intrepid-owned accounts identified in rows 4 through 7, 9 through 13, and 15 through 37 of ECF No. 195-1, is an Intrepid email.

10. Because I do not have access to the root credential for any of the accounts identified in rows 4 through 7, 9 through 13, and 15 through 37 of ECF No. 195-1, I am not aware of any account recovery method that either I or Steven Sharif could employ to obtain access to those accounts.

11. Nonetheless, I am willing to make myself available if needed to confirm the right of Mr. Kunkel to access any of the aforementioned accounts, or to approve the transfer of administrative access to Mr. Kunkel, or to confirm any other actions that are necessary to effectuate that Court's Turnover Order regarding the non-disputed IP assets.

12. I do not possess or control any Intrepid hardware, including, but not limited to, any server, server chassis, drive, computer, security key, development device, ScaleMatrix hardware, or separately packed hardware component.

13. I do not possess or control any separate copy of Intrepid source code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2026. By: <u>*/s/ John Moore*</u>
John Moore