William F. Small (Cal. SBN: 253443)
will@smalllawcorp.com
Kelly Ann Tran (Cal SBN: 254476)
kelly@smalllawcorp.com
**SMALL LAW PC**
402 W. Broadway, Ste. 1720
San Diego, CA 92101
Tel.: (619) 430-4793
Facsimile: (619) 664-4278

*Attorneys for Plaintiff,*
STEVEN SHARIF

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

STEVEN SHARIF, as an individual and derivatively on behalf of INTREPID STUDIOS, INC.,

Plaintiff,

v.

ROBERT DAWSON, RYAN OGDEN, THERESA FETTE, AARON BARTELS, TFE GAMES HOLDINGS LLC, and JASON CARAMANIS,

Defendants,

and

INTREPID STUDIOS, INC.,

Nominal Defendant.

AND ALL RELATED CROSS-CLAIMS

Case No. 3:26-cv-00965 LL-MMP

**NOTICE OF ERRATA RE DECLARATION OF WILLIAM F. SMALL AND OPPOSITION IN SUPPORT OF OPPOSITION TO INTREPID STUDIOS, INC.'S MOTION FOR AN ORDER TO SHOW CAUSE WHY SHARIF AND MOORE SHOULD NOT BE HELD IN CIVIL CONTEMPT**

**Action Filed:** **02/14/2026**
**Jud. Officer:** **Hon. Linda Lopez**

TO THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Steven Sharif and John Moore, through undersigned counsel, respectfully submits this Notice of Errata to correct the following inadvertent errors in the Declaration of William Small in Support of the Opposition to to Intrepid Studios, Inc.'s Motion for an Order to Show Cause (the "Small Declaration")

(ECF No. 206-2) and in the Opposition to Intrepid Studios, Inc.'s Motion for an Order to Show Cause (the "Opposition") (ECF No. 206):

1. The signature date on the Small Declaration is incorrectly stated as October 7, 2026. The correct signature date is October 13, 2026.
2. Paragraph 5 of the Small Declaration incorrectly identifies a September 10, 2026 letter as "Exhibit L." Exhibit L was previously assigned to and attached as an email referenced in the Small Declaration. The September 10, 2026 letter was inadvertently omitted from the Small Declaration. A true and correct copy of the September 10, 2026 letter is attached to this Notice as **Exhibit P**, the next exhibit designation in sequence.
3. The final sentence of Footnote 1 in the Opposition incorrectly states: Intrepid withdrew its objections that the IP Custodian transfer administrative access to Intrepid. The sentence is corrected to state: Sharif withdrew his objections that the IP Custodian transfer administrative access to Intrepid.

Respectfully Submitted,

Dated: October 14, 2026 **SMALL LAW PC**

By: /s/ *William F. Small*

WILLIAM F. SMALL (SBN 253443)
Email: will@smalllawcorp.com
Attorney for Plaintiff
STEVEN SHARIF, as an individual and derivatively on behalf of Intrepid Studios, Inc.